FILED: September 6, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1927
(3:20-cv-00740)

_____

CHRISTOPHER FAIN; SHAUNTAE ANDERSON, individually and on behalf of all others similarly situated

   Plaintiffs - Appellees

 and

ZACHARY MARTELL; BRIAN MCNEMAR; LEANN JAMES; SHAWN ANDERSON, a/k/a Shauntae Anderson

   Plaintiffs

v.

WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, Bureau for Medical Services

   Defendants - Appellants

 and

TED CHEATHAM; THE HEALTH PLAN OF WEST VIRGINIA, INC.; JASON HAUGHT, Interim Director of the West Virginia Public Employees Insurance Agency

   Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Huntington |
| Originating Case Number | 3:20-cv-00740 |
| Date notice of appeal filed in originating court: | 08/31/2022 |
| Appellant(s) | William Crouch |
| Appellate Case Number | 22-1927 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |