# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 22-1927; Christopher Fain, et al. v. William Crouch, et al. |
| **Originating No. & Caption** | 3:20-cv-00740; Christopher Fain, et al. v. William Crouch, et al. |
| **Originating Court/Agency** | Southern District of West Virginia (Hungtington Division) |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 30 days post-judgment | |
| Date of entry of order or judgment appealed | 8/2/2022 and 8/17/2022 | |
| Date notice of appeal or petition for review filed | 8/31/2022 | |
| If cross appeal, date first appeal filed | n/a | |
| Date of filing any post-judgment motion | n/a | |
| Date order entered disposing of any post-judgment motion | n/a | |
| Date of filing any motion to extend appeal period | n/a | |
| Time for filing appeal extended to | n/a | |
| Is appeal from final judgment or order? | ◉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-944-0217.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ● Yes | ○ No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | n/a | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | 22-1721; Kadel, et al. v. Folwell, et al. | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| The West Virginia Department of Health and Human Resources, Bureau for Medical Services ("Medicaid"), is the State agency that administers West Virginia's Medicaid program. Bill Crouch is the Cabinet Secretary of the West Virginia Department of Health and Human Resources. Cynthia Beane is the Commissioner for the Bureau for Medical Services. Medicaid covers psychiatric diagnostic evaluation, psychotherapy, psychological evaluation, counseling, office visits, hormones, and lab work as treatment related to gender-confirming care. Since at least 2004, "transsexual surgery" has been designated as a non-covered service. Plaintiffs alleged that Medicaid's exclusion of coverage for "transsexual surgery" violates the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution; Section 1557 of the Patient Protection and Affordable Care Act, 42 U.S.C. § 18116; the Medicaid Act's Availability Requirement, 42 U.S.C. § 1396a(a)(10)(A); and the Medicaid Act's Comparability Requirement, 42 U.S.C. § 1396a(a)(10)(B). Plaintiffs sought entry of a permanent injunction prohibiting Medicaid from enforcing the exclusion. The District Court entered summary judgment in favor of Plaintiffs and issued a permanent injunction. Medicaid, Crouch, and Beane appeal from the decision, as well as the District Court's order certifying a Plaintiff class pursuant to Rule 23 of the Federal Rules of Civil Procedure. |

| **Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary) |
|---|
| Medicaid is overseen by the Centers for Medicare and Medicaid Services ("CMS"), which does not require coverage for gender-confirming surgery. Medicaid is under budgetary constraints, including a flat budget and projected deficits, which creates a limit to what Medicaid can cover, because it has to be able to pay for existing coverages on an ongoing basis as well as any services added to existing coverages.<br><br>Appellants challenge the District Court's ruling that the exclusion violates the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution; Section 1557 of the Patient Protection and Affordable Care Act, 42 U.S.C. § 18116; the Medicaid Act's Availability Requirement, 42 U.S.C. § 1396a(a)(10)(A); and the Medicaid Act's Comparability Requirement, 42 U.S.C. § 1396a(a)(10)(B). Appellants challenge the District Court's ruling that Plaintiffs are entitled to a permanent injunction prohibiting Medicaid from enforcing the exclusion.<br><br>Appellants challenge the District Court's certification of a class of "all transgender people who are or will be enrolled in West Virginia Medicaid and who are seeking or will seek gender-confirming care barred by the Exclusion." Appellants assert that Plaintiffs did not meet the numerosity, commonality, typicality and adequacy requirements for certification of a class pursuant to Rule 23 of the Federal Rules of Civil Procedure. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Christopher Fain | Adverse Party: Shauntae Anderson |
| Attorney: Avatara A. Smith-Carrington<br>Address: Lambda Legal Defense & Education Fund<br>       1776 K Street, NW, 8th Floor<br>       Washington, DC 20006<br><br>E-mail: asmithcarrington@lambdalegal.org<br><br>Phone: (202) 804-6245 | Attorney: Avatara A. Smith-Carrington<br>Address: Lambda Legal Defense & Education Fund<br>       1776 K Street, NW, 8th Floor<br>       Washington, DC 20006<br><br>E-mail: asmithcarrington@lambdalegal.org<br><br>Phone: (202) 804-6245 |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: William (Bill) Crouch<br><br>Attorney: Lou Ann S. Cyrus<br>Address: Shuman McCuskey Slicer PLLC<br>1411 Virginia Street East, Suite 200<br>Charleston, WV  25301<br><br>E-mail: lcyrus@shumanlaw.com<br><br>Phone: (304) 345-1400 | Name: Cynthia Beane<br><br>Attorney: Lou Ann S. Cyrus<br>Address: Shuman McCuskey Slicer PLLC<br>1411 Virginia Street East, Suite 200<br>Charleston, WV  25301<br><br>E-mail: lcyrus@shumanlaw.com<br><br>Phone: (304) 345-1400 |
| **Appellant (continued)** ||
| Name: West Virginia Department of Health and Human Resources, Bureau for Medical Services<br><br>Attorney: Lou Ann S. Cyrus<br>Address: Shuman McCuskey Slicer PLLC<br>1411 Virginia Street East, Suite 200<br>Charleston, WV  25301<br><br>E-mail: lcyrus@shumanlaw.com<br><br>Phone: (304) 345-1400 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/Kimberly M. Bandy      **Date:** 9/21/2022

**Counsel for:** Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

|   |   |
|---|---|
|   |   |
| Signature: | Date: |

# DOCKETING STATEMENT ADDITIONAL PAGE

22-1927; Christopher Fain, et al. v. William Crouch, et al.

**Adverse Parties**

Additional Counsel for Christopher Fain and Shauntae Anderson:

| | |
|---|---|
| Tara L. Borelli | tborelli@lambdalegal.org |
| Lambda Legal Defense & Education Fund | |
| 1 West Court Square, Ste. 105 | (424) 298-7911 |
| Decatur, GA  30030 | |
| | |
| Anna P. Prakash | aprakash@nka.com |
| Nichols Kaster, PLLP | |
| 4700 IDS Center 80 South 8th Street | (612) 256-3291 |
| Minneapolis, MN  55402 | |
| | |
| Walt Auvil | auvil@theemploymentlawcenter.com |
| The Employment Law Center PLLC | |
| 1208 Market Street | (304) 485-3058 |
| Parkersburg, WV  26101 | |
| | |
| Carl S. Charles | ccharles@lambdalegal.org |
| Lambda Legal Defense & Education Fund | |
| 1 West Court Square, Ste. 105 | (470) 225-5341 |
| Decatur, GA  30030 | |

**DOCKETING STATEMENT ADDITIONAL PAGE**

22-1927; Christopher Fain, et al. v. William Crouch, et al.

**Appellant**

Additional Counsel for William (Bill) Crouch, Cynthia Beane, and West Virginia Department of Health and Human Resources, Bureau for Medical Services:

| | |
|---|---|
| Roberta F. Green | rgreen@shumanlaw.com |
| Shuman McCuskey Slicer PLLC | |
| 1411 Virginia Street East, Suite 200 | (304) 345-1400 |
| Charleston, WV  25301 | |
| | |
| Caleb B. David | cdavid@shumanlaw.com |
| Shuman McCuskey Slicer PLLC | |
| 1411 Virginia Street East, Suite 200 | (304) 345-1400 |
| Charleston, WV  25301 | |
| | |
| Kimberly M. Bandy | kbandy@shumanlaw.com |
| Shuman McCuskey Slicer PLLC | |
| 1411 Virginia Street East, Suite 200 | (304) 345-1400 |
| Charleston, WV  25301 | |