# NO. 22-1927

In The

# United States Court Of Appeals
### For The Fourth Circuit

**CHRISTOPHER FAIN; SHAUNTAE ANDERSON,**
**individually and on behalf of all others similarly situated,**

*Plaintiffs - Appellees,*

v.

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, Bureau for Medical Services,**

*Defendants – Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

———————————

**JOINT APPENDIX – Volume II of VI**
**(Pages 591 – 1075)**

———————————

| | | |
|---|---|---|
| Kimberly M. Bandy | Tara L. Borelli | Carl S. Charles |
| Lou Ann S. Cyrus | LAMBDA LEGAL DEFENSE & | LAMBDA LEGAL DEFENSE & |
| Caleb B. David | EDUCATION FUND, INC. | EDUCATION FUND, INC. |
| Roberta F. Green | 1 West Court Square | 120 Wall Street |
| SHUMAN MCCUSKEY | Suite 105 | Suite 105 |
| SLICER PLLC | Decatur, GA 3003 | New York, NY 10005 |
| P. O. Box 3953 | (470) 225-5341 | (404) 897-1880 |
| Charleston, WV 25339 | | |
| (304) 345-1400 | | |
| | | |
| *Counsel for Appellants* | *Counsel for Appellees* | *Counsel for Appellees* |
| | | |
| Anna P. Prakash | Nora W. Huppert | Avatara A. Smith-Carrington |
| NICHOLS KASTER, LLP | LAMBDA LEGAL DEFENSE & | LAMBDA LEGAL DEFENSE & |
| 4700 IDS Center | EDUCATION FUND, INC. | EDUCATION FUND, INC. |
| 80 South 8th Street | 65 East Wacker Place | 1776 K Street, NW |
| Minneapolis, MN 55402 | Suite 2000 | 8th Floor |
| (612) 256-3200 | Chicago, IL 60613 | Washington, DC 20006 |
| | (847) 345-2094 | (202) 804-6245 |
| | | |
| *Counsel for Appellees* | *Counsel for Appellees* | *Counsel for Appellees* |

## <u>TABLE OF CONTENTS</u>
### Volume I of VI

Page

**District Court Docket Sheet [3:20-cv-00740]**.................................................JA1

**Class Action Complaint**
      filed November 12, 2020 (DE1) ..........................................JA36

**Defendants' Memorandum of Law in Support of Motion for Partial Dismissal of Plaintiffs' Class Action Complaint**
      filed January 11, 2021 (DE25)..............................................JA75

<u>Exhibits</u> **to**
**Motion to Dismiss**
      filed February 2, 2021 (DE32):

    A.    **Affidavit of Angela Wowczuk**
            sworn February 2, 2021(DE32-1)....................................JA94

    B.    **Affidavit of Brian Thompson**
            sworn February 1, 2021 (DE32-2)....................................JA98

    C.    **Affidavit of UniCare Health Plan of West Virginia, Inc.**
            sworn January 29, 2021 (DE32-3) ................................JA100

**Memorandum Opinion and Order**
**Denying Defendant Cheatham's Motion to Dismiss the Complaint and Defendants William Crouch, Cynthia Beane, and the West Virginia Department of Health and Human Resources, Bureau for Medical Services' Motion for Partial Dismissal of Plaintiffs' Class Action Complaint and Motion to Dismiss and granting Plaintiffs' Motion for Leave to file a Sur-Reply**
      filed May 19, 2021(DE57)...................................................JA101

i

**First Amended Class Action Complaint**
     filed October 28, 2021 (DE140) ..........................................JA117

**Defendants' Answer to Plaintiff's**
**First Amended Class Action Complaint**
     filed November 12, 2021 (DE151)......................................JA162

**Certificate of Service for the**
**Expert Disclosure Report of Dan H. Karasic, M.D.**
     filed January 14, 2022 (DE182)............................................JA210

**Plaintiffs' Motion for Class Certification**
**Pursuant to Fed. R. Civ. P. 23**
**With Attachments,**
     filed May 31, 2022 (DE248)................................................JA212

     <u>Attachments:</u>

    1.     **Declaration of the Employment Law Center, PLLC**
          dated May 31, 2022 (DE248-1) ......................................JA215

    2.     **Declaration of Nicole J. Schladt in Support of**
          **Plaintiffs' Motion for Class Certification,**
          **With Exhibit A**
          dated May 31, 2022 (DE248-2) ......................................JA217

        A.     **Nichols Kaster, PLLP Firm Resume (DE248-3).........JA220**

**Attachments to**
**Plaintiffs' Motion for Class Certification**
**Pursuant to Fed. R. Civ. P. 23**
    **filed May 31, 2022 (DE248), Continued:**

3.    **Declaration of Avatara Smith-Carrington in Support of**
    **Plaintiffs' Motion for Class Certification,**
    **With Exhibits A – E**
        **dated May 31, 2022 (DE248-4)** ......................................JA257

    A.    **Resume of Avatara Smith-Carrington (DE248-5)** ....JA265

    B.    **Resume of Tara L. Borelli (DE248-6)** ..........................JA268

    C.    **Resume of Carl S. Charles (DE248-7)** .........................JA279

    D.    **Resume of Sasha J. Buchert (DE248-8)** .......................JA281

    E.    **Resume of Nora Huppert (DE248-9)** ...........................JA282

**Plaintiffs' Motion for Summary Judgment,**
**With Attachments,**
    **filed May 31, 2022 (DE250)** ...................................................JA284

    **Attachments:**

    A.    **Declaration of Christopher Fain**
        **sworn April 27, 2022 (DE250-1)** .....................................JA287

    B.    **Declaration of Shauntae Anderson**
        **sworn April 19, 2022 (DE250-2)** .....................................JA293

<u>Exhibits</u> to
 Plaintiffs' Motion for Summary Judgment,
        filed May 31, 2022 (DE250), Continued:

C.    Declaration of Walt Auvil,
      With Exhibits
            sworn May 31, 2022 (DE250-3) .....................................JA299

      1.    Defendants' Response to Plaintiff's
            First Set of Requests for Admissions
                  dated August 27, 2021 (DE250-4).......................JA303

      2.    Defendants' Response to Plaintiff's
            First Set of Interrogatories
                  dated August 27, 2021 (DE250-5).......................JA309

      3.    Defendants' Response to Plaintiff's
            Second Set of Interrogatories
                  dated October 25, 2021 (DE250-6) .....................JA317

      4.    Defendants' First Supplemental Response to
            Plaintiff's First Set of Interrogatories
                  dated November 30, 2021 (DE250-7) ................JA324

      5.    Defendants' Second Supplemental Response to
            Plaintiff's Second Set of Interrogatories
                  dated November 30, 2021(DE250-8) .................JA330

      5(a).  Defendants' Ninth Supplemental Response to
            Plaintiff's First Set of Requests for Production
                  dated March 25, 2022 (DE250-9) ........................JA338

iv

<u>Exhibits</u> **to**
**C.    Declaration of Walt Auvil,**
         **sworn May 31, 2022 (DE250-3), Continued:**

6.    **Redacted Excerpt of Deposition of**
       **Christopher Fain**
              **taken April 28, 2022 (DE250-10) .........................JA346**

7.    **Excerpt of Deposition of Shauntae Anderson**
              **taken April 22, 2022 (DE250-11) .........................JA362**

8.    **Excerpt of Deposition of Secretary Bill J. Crouch**
              **taken March 17, 2022(DE250-12)  ......................JA374**

9.    **Excerpt of Deposition of**
       **Commissioner Cynthia Beane**
              **taken March 29, 2022 (DE250-13)  ......................JA396**

10.    **Excerpt of Deposition of Dr. James Becker**
              **taken March 30, 2022 (DE250-14)  ......................JA464**

11.    **Excerpt of Deposition of Frederick Lewis**
              **taken April 14, 2022 (DE250-15)  ........................JA493**

12.    **Excerpt of Deposition of Becky Manning**
              **taken April 12, 2022 (DE250-16) .........................JA514**

13.    **Excerpt of Deposition of Brian Thompson**
              **taken April 13, 2022 (DE250-17) .........................JA537**

14.    **Excerpt of Deposition of Sarah Young**
              **taken March 11, 2022 (DE250-18) ......................JA549**

15.    **Excerpt of Deposition of Dr. Dan H. Karasic, M.D.**
              **taken April 15, 2022 (DE250-19) .........................JA580**

<u>**TABLE OF CONTENTS**</u>
**Volume II of VI**

**Page**

<u>**Exhibits**</u> **to**

C.    **Declaration of Walt Auvil,**
        **sworn May 31, 2022 (DE250-3), Continued:**

16.    **Expert Report of Dan H. Karasic, M.D.**
    **(public version, portions redacted)**
        **dated January 13, 2022 (DE250-20)** ................... JA591

17.    **Expert Rebuttal Report of Dan H. Karasic, M.D.**
        **dated March 17, 2022 (DE250-21)** ...................... JA645

18.    **Excerpt of Deposition of**
    **Dr. Loren S. Schechter, M.D.**
        **taken March 28, 2022 (DE250-22)** ...................... JA683

19.    **Expert Report of Loren S. Schechter, M.D.**
        **dated January 8, 2022 (DE250-23)** ...................... JA690

20.    **Expert Rebuttal Report of**
    **Loren S. Schechter, M.D.**
        **dated March 17, 2022 (DE250-24)** ...................... JA774

21.    **Excerpt of Deposition of**
    **Dr. Johanna Olson-Kennedy, M.D., M.S.**
        **taken April 25, 2022 (DE250-25)** ........................ JA867

22.    **Expert Rebuttal Report of**
    **Dr. Johanna Olson-Kennedy, M.D., M.S.**
        **dated March 17, 2022 (DE250-26)** ...................... JA872

<u>**Exhibits**</u> **to**

C.    **Declaration of Walt Auvil,**
       **sworn May 31, 2022 (DE250-3), Continued:**

23.    **Excerpt of Bureau for Medical Services**
        **Manual, Chapter 100**
               **undated (DE250-27) .............................................JA931**

24.    **Excerpt of Bureau for Medical Services**
        **Manual, Chapter 519**
               **undated (DE250-28) .............................................JA936**

25.    **Aetna, The Health Plan, and UniCare**
        **Composite Exhibit, Excerpted**
               **undated (DE250-29) .............................................JA944**

26.    **InterQual Composite Exhibit**
               **dated April 2021 (DE250-30) ..............................JA967**

27.    **Bureau for Medical Services, "Medicaid 101 An**
        **Overview of West Virginia's Medicaid Program"**
               **undated (DE250-31) ...........................................JA1015**

28.    **Medicaid.gov, "Mandatory &**
        **Optional Medicaid Benefits"**
               **visited November 23, 2021 (DE250-32)...........JA1035**

29.    **Excerpt of State Fiscal Year 2021 Model Purchase**
        **of Service Provider Agreement Between**
        **West Virginia and Aetna Better Health of W.V.**
               **dated May 6, 2021 (DE250-33) .........................JA1039**

**Exhibits** to

C.    **Declaration of Walt Auvil,**
          **sworn May 31, 2022 (DE250-3), Continued:**

      30.    **Excerpt of State Fiscal Year 2021 Model Purchase**
             **of Service Provider Agreement Between West**
             **Virginia and UniCare W.V.**
                    **dated May 6, 2021 (DE250-34)** ..........................JA1043

      31.    **Excerpt of State Fiscal Year 2021 Model Purchase**
             **of Service Provider Agreement between West**
             **Virginia and The Health Plan**
                    **dated April 21, 2021 (DE250-35)** ......................JA1047

      32.    **Email re: "[External] Gender Dysphoria Question"**
                    **dated October 13, 2020 (DE250-36)** .................JA1051

      33.    **Cost of Care Composite Exhibit, Excerpted**
                    **dated January 2019 (DE250-37)** ........................JA1052

## TABLE OF CONTENTS
### Volume III of VI

Page

Defendants' Motion for Summary Judgment,
With Exhibits,
    filed May 31, 2022 (DE252)...............................................................JA1076

Exhibits:

1.    Excerpts of Deposition of Sarah Young,
    With Exhibits
        taken March 11, 2022 (DE252-1)..................................JA1083

2.    Excerpts of Deposition of Secretary Bill Crouch
        taken March 17, 2022 (DE252-2)..................................JA1163

3.    Excerpts of Deposition of
    Commissioner Cynthia Beane, With Exhibits
        taken March 29, 2022 (DE252-3)..................................JA1173

4.    Redacted Excerpts of Deposition of
    Shauntae Anderson
        taken April 22, 2022 (DE252-4)...................................JA1291

5.    Redacted Excerpts of Deposition of
    Christopher Fain
        taken April 28, 2022 (DE252-5)...................................JA1322

6.    Redacted Affidavit of Jennifer Myers
        sworn April 29, 2022 (DE252-6)...................................JA1370

7.    Excerpts of Deposition of Brian Thompson,
    With Exhibits
        taken April 13, 2022 (DE252-7)...................................JA1378

<u>Exhibits</u> **to**

**Defendants' Motion for Summary Judgment,**
**filed May 31, 2022 (DE252), Continued:**

8.    Excerpts of Deposition of Dr. Dan Karasic,
       With Exhibits,
              taken April 15, 2022 (DE252-8)...................................JA1408

9.    Excerpts of Deposition of Dr. James Becker
              taken March 30, 2022 (DE252-9)................................JA1448

10.   Excerpts of Deposition of Frederick Lewis
              taken April 4, 2022 (DE252-10)..................................JA1453

12.   Excerpts of Deposition of Becky Manning,
       With Exhibits
              taken April 12, 2022 (DE252-12)................................JA1468

14.   Excerpts of Deposition of Jennifer Myers,
       With Exhibits
              taken April 8, 2022 (DE252-14) ................................JA1498

# TABLE OF CONTENTS
## Volume IV of VI

Page

**Exhibits to**
**Defendants' Motion for Summary Judgment,**
   **filed May 31, 2022 (DE252), Continued:**

15A.  Deposition of Loren S. Schechter, M.D.,
      With Exhibits
            taken March 28, 2022 (DE252-15)...............................JA1533

15C.  Certificate of Service for the Expert Rebuttal Report of
      Loren S. Schechter, M.D.
            filed March 18, 2022 (DE252-17) ...............................JA1762
      Littman Article Entitled "Individuals Treated for
      Gender Dysphoria with Medical and/or Surgical
      Transition Who Subsequently Detransitioned: A Survey
      of 100 Detransitioners"
            dated October 19, 2021 (DE252-17)............................JA1764

16.   Excerpts of Deposition of
      Johanna Olson-Kennedy, M.D., With Exhibits
            taken April 25, 2022 (DE252-18) ...............................JA1781

17.   Affidavit of Sarah Young
            dated May 27, 2022 (DE252-19) ..................................JA1818

18A.  Excerpts of Deposition of Dr. Stephen Levine
            taken April 27, 2022 (DE252-20)................................JA1821

18B.  Vandenbussche, "Detransition-Related Needs and
      Support: A Cross-Sectional Online Survey"
            undated (DE252-21)......................................................JA1833

xi

**Plaintiffs' Motion to Exclude Expert
Testimony of Stephen B. Levine, M.D.,
With Exhibits,**
    filed May 31, 2022 (DE254).............................................................JA1853

**<u>Exhibits:</u>**

1.    **Declaration of Carl S. Charles**
            sworn May 31, 2022 (DE254-1) ...................................JA1856

    A.    **Expert Disclosure Report of
    Dr. Stephen B. Levine, M.D.**
                dated February 18, 2022 (DE254-2)..................JA1860

    B.    **Excerpt of Deposition of Dr. Stephen Levine Fain**
                taken April 27, 2022 (DE254-3) ........................JA1957

    C.    **Excerpt of Deposition of Dr. Stephen Levine,
    in relation to *Kadel v. N.C. State Health Plan for
    Teachers and State Employees***
                taken September 10, 2021 (DE254-4) ..............JA2007

    D.    **Excerpt from Transcript of the Bench Trial in
    *Soneeya v. Turco*, Bench Trial Day 1,**
                dated April 8, 2019 (DE254-5) ..........................JA2066

    E.    **Excerpt Deposition of Cynthia Beane**
                taken March 29, 2022 (DE254-6) ......................JA2068

    F.    **Excerpt of Deposition of Dr. Stephen Levine
    in Relation to *Claire v. Florida Department of
    Management Services***
                taken December 21, 2020 (DE254-7) ...............JA2073

**Exhibits** to

1.    **Declaration of Carl S. Charles**
           **sworn May 31, 2022 (DE254-1), Continued**

    G.    **Dahlen,** *et al.* **Article "International Clinical**
          **Practice Guidelines for Gender Minority/Trans**
          **People: Systematic Review and Quality**
          **Assessment"**
                  **visited April 26, 2022 (DE254-8) ......................JA2085**

    H.    **Statement of Marci L. Bowers, M.D., "Dear**
          **Colleagues, Clients and Friends"**
                  **undated (DE254-9) .............................................JA2096**

    I.    **Printout from the Cass Review website**
          **"About the Review" page**
                  **undated (DE254-10) ...........................................JA2099**

    J.    **Excerpt of Expert Rebuttal Report of Dr. Johanna**
          **Olson-Kennedy, M.D., M.S.**
                  **dated March 17, 2022 (DE254-11) ....................JA2102**

    K.    **Excerpt from the Published Ph.D. Thesis,**
          **"On Gender Dysphoria" Written by**
          **Cecilia Dhejne, Ph.D.**
                  **dated March 31, 2017 (DE254-12) ....................JA2107**

    L.    **Dhejne,** *et al.* **Article "Long-Term Follow-Up of**
          **Transsexual Persons Undergoing Sex**
          **Reassignment Surgery: Cohort Study in Sweden"**
                  **dated February 2011(DE254-13)......................JA2111**

**Exhibits** to

1.     **Declaration of Carl S. Charles**
              **sworn May 31, 2022 (DE254-1), Continued**

       **M.     Simonsen,** *et al.* **Article "Long-Term Follow-Up of**
              **Individuals Undergoing Sex-Reassignment**
              **Surgery: Somatic Morbidity and Cause of Death"**
                     **dated March 2016 (DE254-14) .........................JA2119**

# TABLE OF CONTENTS
## Volume V of VI

Page

**Exhibits** to

1. **Declaration of Carl S. Charles**
      **sworn May 31, 2022 (DE254-1Continued**

   N.   **Excerpt from the Diagnostic and Statistical**
        **Manual of Mental Disorders, Version 5**
            **undated (DE254-15) ..........................................JA2129**

   O.   **Excerpt of Deposition of Dan Karasic, M.D.**
            **taken April 15, 2022 (DE254-16) ......................JA2138**

   P.   **InterQual Criteria Sheets for Gender-Confirming**
        **Surgeries (Hysterectomy and Phalloplasty)**
            **dated April 2021 (DE254-17) ...........................JA2143**

   Q.   **Littman Article "Correction: Parent Reports of**
        **Adolescents and Young Adults Perceived to**
        **Show Signs of a Rapid Onset of Gender**
        **Dysphoria"**
            **dated March 19, 2019 (DE254-18) ....................JA2159**

   R.   **Bauer, _et al_. Article "Do Clinical Data from**
        **Transgender Adolescents Support the**
        **Phenomenon of 'Rapid-Onset Gender**
        **Dysphoria'?"**
            **undated (DE254-19) ..........................................JA2164**

   S.   **Defendants' Response to Plaintiff's**
        **Second Set of Interrogatories**
            **filed October 25, 2021 (DE254-20) ...................JA2170**

<u>Exhibits</u> to

1.    **Declaration of Carl S. Charles**
         **sworn May 31, 2022 (DE254-1Continued**

    T.    **Excerpt of Deposition of Dr. Stephen Levine**
          **in relation to *B.P.J. v. West Virginia***
          ***State Board of Education***
               **taken March 30, 2022 (DE254-21)** .................... JA2177

**Plaintiffs' Memorandum of Law in Support of Motion to Exclude**
**Expert Testimony of Stephen B. Levine, M.D.**
         **filed May 31, 2022 (DE255)** ............................................................ JA2187

**Order**
**Granting Joint Motion to File Exhibits Under Seal**
         **filed June 1, 2022 (DE256)** .................................................................. JA2211

**Corrected Stipulation of Plaintiffs and Defendants**
         **filed June 10, 2022 (DE258)** ............................................................... JA2212

**Defendants' Response in Opposition to**
**Plaintiffs' Motion for Class Certification**
         **filed June 14, 2022 (DE259)** ............................................................... JA2217

**Defendants' Response to Plaintiffs' Motion to Exclude**
**Expert Testimony of Stephen B. Levine, M.D.,**
**With Exhibit,**
         **filed June 14, 2022 (DE260)** ............................................................... JA2241

    A.    **de Vries, *et al*. "Young Adult Psychological Outcome**
          **After Puberty Suppression and Gender Reassignment"**
               **visited October 7,2016 (DE260-1)** ............................... JA2265

**Exhibits** **to**
**Defendants' Response in Opposition to**
**Plaintiffs' Motion for Summary Judgment**
      **filed June 14, 2022 (DE261):**

    **19A.**  **Defendants' Third Supplemental Response to**
         **Plaintiff's First Set of Requests for Production**
            **filed November 30, 2021 (DE261-1)** ..........................**JA2276**
         **InterQual Composite Exhibit**
            **dated October 2021 (DE261-1)** ...................................**JA2281**

    **19B.**  **InterQual Composite Exhibit**
           **dated October 2021 (DE261-2)** ...................................**JA2351**

**Exhibits** **to**
**Plaintiffs' Opposition to Motion for Summary Judgment**
      **filed June 14, 2022 (DE262):**

    **1.**     **Supplemental Declaration of Walt Auvil,**
        **With Exhibits 34 & 35**
           **dated June 14, 2022 (DE262-1)** ...................................**JA2416**

        **34.**    **InterQual, 2012.2 Procedures Adult Criteria,**
           **Reduction Mammoplasty, Male (DE262-2)** .............**JA2418**

        **35.**    **InterQual, 2021 Reduction Mammoplasty,**
           **Male (Adolescent) (DE262-3)** ...................................**JA2422**

**Plaintiffs' Reply Memorandum of Law in Support of Motion to Exclude Expert Testimony of Stephen B. Levine, M.D., With Exhibits,**

      **filed June 21, 2022 (DE266)**................................................................**JA2428**

    **Exhibits:**

     1.     **Declaration of Carl. S. Charles,**
           **With Exhibit U**
                **sworn June 21, 2022 (DE266-1)**....................................**JA2452**

         U.     **Excerpt of Deposition of**
              **Dr. Johanna Olson-Kennedy**
                **taken April 25, 2022 (DE266-2)**........................**JA2454**

**Reporter's Transcript of Proceedings Before The Honorable Robert C. Chambers,**

      **on July 13, 2022 (DE269)**.....................................................**JA2464**

**Memorandum Opinion and Order Granting Plaintiffs' Motion for Class Certification**

      **filed August 2, 2022 (DE270)**..............................................**JA2552**

**Memorandum Opinion and Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendants' Motion for Summary Judgment**

      **filed August 2, 2022 (DE271)**..............................................**JA2562**

**Judgment Order**

      **filed August 17, 2022 (DE273)**.............................................**JA2592**

**Defendants' Notice of Appeal**

      **filed August 31, 2022 (DE277)**.............................................**JA2594**

## <u>TABLE OF CONTENTS</u>
### Volume VI of VI – Under Seal

Page

Ex. A:   Expert Disclosure Report of Dan H. Karasic, M.D.
         dated January 13, 2022 (DE257)..................................JA2598

Ex. B:   Affidavit of Jennifer Myers
         sworn April 29, 2022 (DE257-1)..................................JA2652

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN, *et al.*,
individually and on behalf of all others
similarly situated,

       *Plaintiffs,*

    v.

WILLIAM CROUCH, *et al.*,

       *Defendants.*

CIVIL ACTION NO. 3:20-cv-00740
HON. ROBERT C. CHAMBERS

**EXPERT DISCLOSURE REPORT OF DAN H. KARASIC, M.D.**

1.      My name is Dan H. Karasic. I have been retained by counsel for plaintiffs Christopher Fain, Shauntae Anderson, and Leanne James (collectively, "Plaintiffs") as an expert in connection with the above-captioned litigation.

2.      The following is a summary of my opinions in this case:

- The exclusions in West Virginia's state employee health plans and Medicaid Program (together, the "Exclusion") bar coverage for medical treatments that are part of widely-accepted medical protocols for the treatment of transgender people with gender dysphoria that are recognized by major medical and mental health professional associations in the United States.

- The accepted protocols for the treatment of transgender people with gender dysphoria provide for mental-health assessments, including of co-occurring conditions; criteria for eligibility for each treatment; and an informed consent process before medical interventions are initiated.

- Decades of medical research and clinical experience have demonstrated that the medical treatments barred from coverage by the Exclusion are safe, effective, and medically-necessary to relieve gender dysphoria for transgender people.

- Denying gender-affirming medical care to transgender people for whom it is medically indicated puts them at risk of significant harm to their health and well-being, including heightened risk of depression and suicidality.

- For transgender people for whom gender-affirming medical care is indicated, no alternative treatments have been demonstrated to be effective.

3.      I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinions.

## I.      BACKGROUND AND QUALIFICATIONS

4.      I am a Professor Emeritus of Psychiatry at the UCSF Weill Institute for Neurosciences.  I have been on faculty at the University of California – San Francisco since 1991. I have also had a telepsychiatry private practice since 2020.

5.      I received my Doctor of Medicine (M.D.) degree from the Yale Medical School in 1987. In 1991, I completed my residency in psychiatry at the University of California – Los Angeles Neuropsychiatric Institute, and from 1990 to 1991 I was a postdoctoral fellow in a training program in mental health services for persons living with AIDS at UCLA.

6.      For over 30 years, I have worked with patients with gender dysphoria. I am a Distinguished Fellow of the American Psychiatric Association and currently the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, as well as the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

7.      Over the past 30 years, I have provided care for thousands of transgender patients. For 17 years, I was the psychiatrist for the Dimensions Clinic for transgender youth in San Francisco.

8.      I previously sat on the Board of Directors of the World Professional Association for Transgender Health (WPATH) and am a co-author of the *WPATH Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*, Version 7, which are

2

the internationally accepted guidelines designed to promote the health and welfare of transgender, transsexual, and gender variant persons. I remain active in the work of WPATH. For the upcoming WPATH Standards of Care, Version 8, I am the lead author on the Mental Health chapter.

9.     As a member of the WPATH Global Education Initiative, I helped develop a specialty certification program in transgender health and helped train over 2,000 health providers. At UCSF, I developed protocols and outcome measures for the Transgender Surgery Program at the UCSF Medical Center. I also served on the Medical Advisory Board for the UCSF Center of Excellence for Transgender Care, and co-wrote the mental health section of the original *Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People* and the revision in 2016.

10.     I have also worked with the San Francisco Department of Public Health, having developed and implemented their training program for the care of transgender patients and for mental health assessments for gender-affirming surgery. I served on the City and County of San Francisco Human Rights Commission's LGBT Advisory Committee, and I have been an expert consultant for California state agencies and on multiple occasions for the United Nations Development Programme on international issues in transgender care.

11.     I have held numerous clinical positions concurrent to my clinical professorship at UCSF. Among these, I served as an attending psychiatrist for San Francisco General Hospital's consultation-liaison service for AIDS care, as an outpatient psychiatrist for HIV-AIDS patients at UCSF, as a psychiatrist for the Transgender Life Care Program and the Dimensions Clinic at Castro Mission Health Center, and the founder and co-lead of the UCSF Alliance Health Project's Transgender Team. In these clinical roles, I specialized in the evaluation and treatment of transgender, gender dysphoric, and HIV-positive patients. I also regularly provide consultation on

3

challenging cases to psychologists and other psychotherapists working with transgender and gender dysphoric patients. I have been a consultant in transgender care to the California Department of State Hospitals and am currently a consultant for the California Department of Corrections and Rehabilitation on the care of incarcerated transgender people.

12.     In addition to this work, I have done research on the treatment of depression. I have authored many articles and book chapters, and edited the book *Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation*.

13.     In preparing this report, I have relied on my training and years of research and clinical experience, as set out in my curriculum vitae, and on the materials listed therein. A true and accurate copy of my curriculum vitae is attached hereto as Exhibit A. It documents my education, training, research, and years of experience in this field and includes a list of publications.

14.     I have also reviewed the materials listed in the attached bibliography (Exhibit B). The sources cited therein include authoritative, scientific peer-reviewed publications. They include the documents specifically cited as supportive examples in particular sections of this report.

15.     I also rely upon my interviews of Ms. Anderson, Ms. James, and Mr. Fain, on December 17-9, 2021, and plaintiffs' mental health and medical records.

16.     Additionally, I have reviewed the First Amended Class Action Complaint in this case.

17.     The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new

scientific research or publications or in response to statements and issues that may arise in my area of expertise.

### Prior Testimony

18.    In the last four years, I have testified as an expert by deposition in *Kadel v. Folwell*, 1:19-cv-00272 (M.D.N.C.).

### Compensation

19.    I am being compensated for my work on this matter at a rate of $400.00 per hour for preparation of declarations and expert reports. I will be compensated $3,200.00 per day for any deposition testimony or trial testimony. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

## II.    EXPERT OPINIONS

### Gender Identity

20.    Sex assigned at birth refers to the sex assigned to a person at the time of their birth, typically based on the appearance of external genital characteristics. While the terms "male sex" and "female sex" are sometimes used in reference to a person's genitals, chromosomes, and hormones, the reality is that sex is complicated and multifactorial. Aside from external genital characteristics, chromosomes, and endogenous hormones, other factors related to sex include gonads, gender identity, and variations in brain structure and function. Because these factors may not always be in alignment as typically male or typically female, "the terms biological sex and biological male or female are imprecise and should be avoided." (Hembree, et al., 2017).

21.    Gender identity is "a person's deeply felt, inherent sense of being a girl, woman, or female; a man, or male; a blend of male or female; or an alternative gender" (American Psychological Association, 2015, at 834). Gender identity does not always align with sex assigned

EXPERT REPORT OF DR. DAN H. KARASIC, M.D.
*Fain et al., v. Crouch et al.*, NO. 3:20-cv-00740

**JA595**

at birth. Gender identity, which has biological bases, is not a product of external influence and not subject to voluntary change. As documented by multiple leading medical authorities, efforts to change a person's gender identity are ineffective, can cause harm, and are unethical. (American Psychological Association, 2021, Byne, et al., 2018, Coleman, et al., 2012).

### Gender Dysphoria and its Treatment

22.     The term "gender dysphoria" (uncapitalized) is distress related to the incongruence between one's gender identity and attributes related to one's sex assigned at birth.

23.     The diagnosis of Gender Dysphoria in the Diagnostic and Statistical Manual Fifth Edition (DSM-5), released in 2013, involves two major diagnostic criteria for adolescents and adults:

    A.     A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by at least two of the following (one of which must be Criterion A1):

        1.     A marked incongruence between one's experienced/expressed gender and primary or secondary sex characteristics.

        2.     A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender.

        3.     A strong desire for the primary and/or secondary sex characteristics of the other gender.

        4.     A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

        5.     A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

        6.     A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B.  The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

24.  The World Professional Association of Transgender Health (WPATH) has issued *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People* ("WPATH SOC") since 1979. The current version is WPATH SOC 7, with WPATH SOC 8 due out in early 2022. WPATH SOC 7 provides guidelines for multidisciplinary care of transgender individuals and describes criteria for medical interventions to treat gender dysphoria, including hormone treatment and surgery when medically indicated. WPATH SOC 7 also states, "Treatment aimed at trying to change a person's gender identity and expression … is no longer considered ethical," because it is known to be ineffective and can cause harm to patients.

25.  The WPATH Standards of Care are endorsed and cited as authoritative by many professional medical associations including the American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association, the American Psychological Association, the Endocrine Society, the Pediatric Endocrine Society, the American College of Obstetrics and Gynecology, the American College of Physicians, and the World Medical Association, among others.

26.  A clinical practice guideline from the Endocrine Society (the Endocrine Society Guideline) provides similar protocols for the medically necessary treatment of gender dysphoria. (Hembree, et al., 2017).

27.  Being transgender is widely accepted as a variation in human development, and is not considered a mental illness. People who are transgender have no impairment in their ability to be productive, contributing members of society simply because of their transgender status. The American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders, Fifth

7

Edition (DSM 5) states: Gender dysphoria "is more descriptive than the previous DSM-IV term 'gender identity disorder' and focuses on dysphoria as the clinical problem, not identity per se." (APA, 2013). WPATH states in SOC 7, "[b]eing transsexual, transgender, or gender-nonconforming is a matter of diversity, not pathology…. Thus, transsexual, transgender, and gender-nonconforming individuals are not inherently disordered. Rather, the distress of gender dysphoria, when present, is the concern that might be diagnosable and for which various treatment options are available." The American Psychological Association states, "[w]hereas diversity in gender identity and expression is part of the human experience and transgender and gender nonbinary identities and expressions are healthy, incongruence between one's sex and gender is neither pathological nor a mental health disorder." (American Psychological Association, 2021). The World Health Organization states, "[g]ender incongruence has thus broadly been moved out of the 'Mental and behavioural disorders' chapter and into the new 'Conditions related to sexual health' chapter. This reflects evidence that trans-related and gender diverse identities are not conditions of mental ill health, and classifying them as such can cause enormous stigma." (WHO Europe).

28.    The overarching goal of treatment is to eliminate the distress of gender dysphoria by aligning an individual patient's body and presentation with their internal sense of self. The denial of medically indicated care to transgender people not only results in the prolonging of their gender dysphoria, but causes additional distress and poses other health risks, such as depression, posttraumatic stress disorder, and suicidality. In other words, lack of access to gender-affirming care directly contributes to poorer mental health outcomes for transgender people. (Owen-Smith, et al., 2018).

8

29.     For patients for whom gender-affirming medical care is indicated, no alternative treatments have been demonstrated to be effective. The American Psychological Association states that gender identity change efforts provide no benefit and instead do harm. (American Psychological Association, 2021).

30.     Accordingly, major medical organizations, such as the American Medical Association, American Psychiatric Association, the Endocrine Society, American College of Obstetricians and Gynecologists, and American Academy of Family Physicians oppose the denial of this medically necessary care and support public and private health insurance coverage for treatment of gender dysphoria as recommended by the patient's physician. (American Medical Association, 2021; American Psychiatric Association, 2018; Endocrine Society, 2012; American College of Obstetricians and Gynecologists, 2021; American Academy of Family Physicians, 2020).

## Treatment of Gender Dysphoria

31.     Gender dysphoria is a condition that is highly amenable to treatment, and the prevailing treatment for it is highly effective.  With access to medically-indicated care, transgender people can experience significant and potentially complete relief from their symptoms of gender dysphoria.

32.     The WPATH SOC 7 and the Endocrine Society Guideline establish authoritative protocols for the treatment of gender dysphoria.

33.     Treatment protocols for gender dysphoria are comparable to those for other mental health and medical conditions. WPATH lists medically necessary treatments, which include, for example, hormones, genital surgery, including vaginoplasty and orchiectomy for people assigned male at birth, and hysterectomy, oophorectomy, metoidioplasty, phalloplasty for people assigned

9

female at birth; chest/breast surgery, and gender-affirming facial surgery. (WPATH 2016). These or similar procedures are done on cisgender people with other diagnoses.

34.    Gender-affirming medical interventions in accordance with the WPATH SOC 7 and Endocrine Society Guidelines are widely recognized in the medical community as safe, effective, and medically necessary for many transgender people with gender dysphoria. (*See* American Academy of Pediatrics, 2018; the American Medical Association, 2021; the Endocrine Society, 2020, the Pediatric Endocrine Society, 2021; the American Psychiatric Association, 2018; the American Psychological Association, 2021; the American Congress of Obstetricians and Gynecologists, 2021; the American Academy of Family Physicians, 2020; WPATH, 2012).

35.    There is substantial evidence that hormone therapy and/or surgical care are effective in treating gender dysphoria. This evidence includes scientific studies assessing mental health outcomes for transgender people who are treated with these interventions, and decades of clinical experience.

36.    The research and studies supporting the necessity, safety, and effectiveness of counseling, hormone therapy, and surgical care for gender dysphoria are the same type of evidence-based data that the medical community routinely relies upon when treating other medical conditions.

37.    Medical treatment for gender dysphoria has been studied for over half a century, and there is substantial evidence that it improves quality of life and measures of mental health. (Aldridge et al., 2020; Almazon, et al., 2021; Baker et al., 2021; Murad, et al., 2010; Nobili et al., 2018; Pfafflin & Junge, 1998; T'Sjoen et al. 2019; van de Grift et al., 2017; White Hughto and Reisner, 2016; Wierckx et al., 2014).

10

38.     A systematic review of 20 studies showed improved quality of life, decreased depression, and decreased anxiety with hormonal treatment in transgender people. (Baker, et al., 2021). Another systematic review showed improvement in mental health and quality of life measures in transgender people with hormonal treatment (White Hughto and Reisner, 2016). In the United Kingdom, one study demonstrated that depression and anxiety were substantially reduced over 18 months of gender-affirming hormonal treatment. (Aldridge, et al., 2020). In a secondary analysis of data from the US Transgender Survey, having had genital surgery was associated with decreased psychological distress and suicidal ideation. (Almazan, et al., 2021). In transgender patients followed 4-6 years after surgery, satisfaction was very high (over 90%) and regret was low. (van de Grift et al., 2018). The Cornell "What We Know" systematic review of 55 studies from 1991-2017 strongly supported that gender-affirming hormone and surgical treatment improved the well-being of transgender individuals. (What We Know, 2018).

39.     The studies on gender-affirming medical care for treatment of dysphoria are consistent with decades of clinical experience of mental health providers across the U.S. and around the world. At professional conferences and other settings in which I interact with colleagues, clinicians report that gender-affirming medical care, for those for whom it is indicated, provides great clinical benefit. In my 30 years of clinical experience treating gender dysphoric patients, I have seen the benefits of gender-affirming medical care on my patients' health and well-being. I have seen many patients show improvements in mental health, as well as in performance in school, in social functioning with peers, and in family relationships when they experience relief from gender dysphoria with gender-affirming medical care.

40.     Accordingly, treatments for gender dysphoria are not considered elective or cosmetic. WPATH (2016) states, "The medical procedures attendant to gender

11

affirming/confirming surgeries are not 'cosmetic' or 'elective' or 'for the mere convenience of the patient.' These reconstructive procedures are not optional in any meaningful sense, but are understood to be medically necessary for the treatment of the diagnosed condition. In some cases, such surgery is the **only** effective treatment for the condition, and for some people genital surgery is essential and life-saving."

41.    As part of the treatment process for gender dysphoria, patients provide informed consent to their care.  In addition, a treating doctor will not offer gender-affirming medical treatments unless they have concluded after weighing the risks and benefits of care that treatment is appropriate. The risks and benefits of care are discussed with the transgender patient, who must assent. This process is no different than the informed consent process for other treatments. However, for gender-affirming medical care, there is the additional safeguard of the assessment by a mental health professional, who, in addition to diagnosing gender dysphoria, also assesses capacity to consent and reviews the risks and benefits of treatment with the patient.

42.    Regret among those who are treated with gender-affirming medical care is rare. For example, in one study in the Netherlands, none of the youth who received puberty blockers, hormones, and surgery, and followed over an 8-year period expressed regret. (DeVries, 2014.) Zucker, et al., (2010), summarizing key studies on regret for adolescents referred for surgery when they reached the age of majority in the Netherlands, states, "there was virtually no evidence of regret, suggesting that the intervention was effective."

43.    Regret rates for gender-affirming surgery in adults are also very low. A pooled review across multiple studies of 7,928 patients receiving gender-affirming surgery showed a regret rate of 1%. (Bustos, et al., 2021). Over 50 years of gender-affirming surgery in Sweden, the regret rate, as measured by legal gender change reversal, was 2%. (Dhejne, et al., 2014). These are

very low regret rates for surgery. For example, 47% of women expressed at least some regret after reconstructive breast surgery following mastectomy for breast cancer. (Sheehan, et al., 2008).

44.     For all the reasons above, I am aware of no basis in medicine or science for West Virginia's categorical Exclusion of coverage for gender-affirming care.

45.     One misperception is that hormone therapy is experimental because the U.S. Food and Drug Administration ("FDA") has not yet approved its use for the specific application of treating Gender Dysphoria. Medications very commonly are prescribed for off-label uses.  Many gender-affirming hormone treatments were approved for treatment of other conditions and have been used for those conditions as well as for gender-affirming care for many years, supporting their safety and efficacy. The U.S. Department of Health and Human Services Agency for Healthcare Research and Quality states, "[Off-label prescribing] is legal and common. In fact, one in five prescriptions written today are for off-label use." *See* https://www.ahrq.gov/patients-consumers/patient-involvement/off-label-drug-usage.html.

46.     Finally, the cost of providing gender-affirming care is generally very low, particularly in the context coverage through group health plans.  To begin, transgender people constitute a small percentage of the overall population, approximately 0.5%. (Crissman, et. al., 2017).  Furthermore, the fraction of the population receiving clinical care for Gender Dysphoria is much smaller, well under one in a thousand patients (Zhang, et al., 2020).  As a result, one study estimated an average cost of $0.016 cents per member per month to provide gender-affirming care. (Padula, et al., 2016).  The authors conclude: "Health insurance coverage for the U.S. transgender population is affordable and cost-effective, and has a low budget impact on U.S. society." A study by Herman (2013) similarly found low costs to providing health coverage for gender affirming care.  Additionally, when a form of treatment is covered for cisgender people under an insurance

13

plan, it is generally not disproportionately costly to cover the same treatment for transgender people simply because it is provided to treat gender dysphoria.

* * *

14

**JA604**

**<u>Interviews of the Plaintiffs</u>**







15



16



17



18



19



20



21



22



23



24

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and corrected.

Executed this __13__ day of January, 2022.

Dan H. Karasic, M.D.

25

**JA615**

Subscribed and sworn before me, a Notary Public in and for the _____FAIRFAX_____, State of

_____VIRGINIA_____, this 13 day of _____January_____, 2022.

SEAL

VY NGOC THANH NGUYEN
ELECTRONIC NOTARY PUBLIC · REG. # _____
Commonwealth of Virginia
My Commission Expires 06/30/2024

_____
Signature of Notary

EXPERT REPORT OF DR. DAN H. KARASIC, M.D.
*Fain et al., v. Crouch et al.*, NO. 3:20-cv-00740

**JA616**

# 1642105924-karasic-report413914-9

Final Audit Report                                                                2022-01-14

| Created: | 2022-01-14 |
| --- | --- |
| By: | vy nguyen (viivynt@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAco_LJP2ClfTZ68Bm3eHrL-ysOSo469wb |

## "1642105924-karasic-report413914-9" History

Document created by vy nguyen (viivynt@gmail.com)
2022-01-14 - 3:59:45 AM GMT - IP address: 108.51.108.227

Document emailed to Dan Karasic (karasic@gmail.com) for signature
2022-01-14 - 4:00:17 AM GMT

Email viewed by Dan Karasic (karasic@gmail.com)
2022-01-14 - 4:00:18 AM GMT - IP address: 72.14.199.113

Document e-signed by Dan Karasic (karasic@gmail.com)
Signature Date: 2022-01-14 - 4:01:36 AM GMT - Time Source: server - IP address: 52.119.116.207

Agreement completed.
2022-01-14 - 4:01:36 AM GMT

 Adobe Sign

# Exhibit A

**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**  Dan H. Karasic, MD

**Position:**  Professor Emeritus
Psychiatry
School of Medicine

Voice: 415-935-1511
Fax: 888-232-9336

## EDUCATION

| | | | |
|---|---|---|---|
| 1978 - 1982 | Occidental College, Los Angeles | A.B.; Summa Cum Laude | Biology |
| 1982 - 1987 | Yale University School of Medicine | M.D. | Medicine |
| 1987 - 1988 | University of California, Los Angeles | Intern | Medicine, Psychiatry, and Neurology |
| 1988 - 1991 | University of California, Los Angeles; Neuropsychiatric Institute | Resident | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles; Department of Sociology | Postdoctoral Fellow | Training Program in Mental Health Services for Persons with AIDS |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1990 | Medical Licensure, California, License Number G65105 |
| 1990 | Drug Enforcement Administration Registration Number BK1765354 |
| 1993 | American Board of Psychiatry and Neurology, Board Certified in Psychiatry |

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1991 - 1993 | University of California, San Francisco | Health Sciences Psychiatry Clincial Instructor |
| 1993 - 1999 | University of California, San Francisco | Health Sciences Psychiatry Assistant Clinical Professor |
| 1999 - 2005 | University of California, San Francisco | Health Sciences Psychiatry |

| | | | |
|---|---|---|---|
| 2005 - present | University of California, San Francisco | Associate Clinical Professor Health Sciences Clinical Professor | Psychiatry |

## OTHER POSITIONS HELD CONCURRENTLY

| | | | |
|---|---|---|---|
| 1980 - 1980 | Associated Western Universities / U.S. Department of Energy | Honors Undergraduate Research Fellow | UCLA Medicine |
| 1981 - 1981 | University of California, Los Angeles; Medicine American Heart Association, California Affiliate | Summer Student Research Fellow | UCLA |
| 1986 - 1987 | Yale University School of Medicine; American Heart Association, Connecticut Affiliate | Medical Student Research Fellow | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles | Postdoctoral Fellow | Sociology |
| 1991 - 2001 | SFGH Consultation-Liaison Service; AIDS Care | Attending Psychiatrist | Psychiatry |
| 1991 - 2001 | AIDS Consultation-Liaison Medical Student Elective | Course Director | Psychiatry |
| 1991 - present | UCSF Positive Health Program at San General Hospital (Ward 86) | HIV/AIDS Outpatient Psychiatrist | Psychiatry Francisco |
| 1991 - present | UCSF AHP (AIDS Health Project/Alliance Health Project) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1994 - 2002 | St. Mary's Medical Center CARE Unit. The CARE Unit specializes in the care of patients with AIDS dementia. | Consultant | Psychiatry |
| 2001 - 2010 | Depression and Antiretroviral Adherence Study (The H.O.M.E. study: Health Outcomes of Mood Enhancement) | Clinical Director | Psychiatry and Medicine |
| 2003 - 2020 | Transgender Life Care Program and Clinic, Castro Mission Health Center | Psychiatrist Clinic | Dimensions Dimensions |
| 2013 - 2020 | UCSF Alliance Health Project, Co-lead, Transgender Team | Co-Lead and Psychiatrist | Psychiatry |

## HONORS AND AWARDS

| | | |
|---|---|---|
| 1981 | Phi Beta Kappa Honor Society | Phi Beta Kappa |
| 1990 | NIMH Postdoctoral Fellowship in Mental Health Services for People with | National Institute of Mental Health |

| | AIDS (1990-1991) | |
| --- | --- | --- |
| 2001 | Lesbian Gay Bisexual Transgender Leadership Award, LGBT Task Force of the Cultural Competence and Diversity Program | SFGH Department of Psychiatry |
| 2006 | Distinguished Fellow | American Psychiatric Association |
| 2012 | Chancellor's Award for Leadership in LGBT Health | UCSF |

## KEYWORDS/AREAS OF INTEREST
Psychiatry, HIV/AIDS, consultation-liaison, medication adherence, gay/lesbian, transgender, gender dysphoria, sexuality, homeless/marginally housed, mood disorders, teaching/supervision

## CLINICAL ACTIVITIES SUMMARY
As psychiatrist for the Positive Health Practice at Ward 86, I evaluated and treated patients with psychiatric illness and HIV. I provide consultation to internists, fellows, and nurse practitioners on managing psychiatric illness in their patients.  Clinical work includes attention to the needs of special populations, including working with a multidisciplinary team in a drop-in clinic for HIV-positive women, and addressing issues emerging in HIV and Hepatitis C co-infection. As psychiatrist at the UCSF Alliance Health Project, I evaluated and treated patients and I am co-chair of the Gender Team, which provides assessment and care for transgender patients. As psychiatrist for the Transgender Life Care program and Dimensions Clinic, I evaluate and treat transgender patients, working with a multidisciplinary team at Castro Mission Health Center. In my faculty practice, I treated transgender, gender dysphoric,  and HIV-positive patients referred from providers across Northern California, and I provide consultation on challenging cases to psychologists and other psychotherapists working with transgender and gender dysphoric patients.

## MEMBERSHIPS

1992 - present Northern California Psychiatric Society

1992 - present American Psychiatric Association

2000 - 2019 Bay Area Gender Associates (an organization of psychotherapists working with transgendered clients)

2001 - present World Professional Association for Transgender Health

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| 1981 - 1982 | The Occidental | News Editor |
| --- | --- | --- |
| 1984 - 1985 | Yale University School of Medicine | Class President |
| 1989 - 1991 | Kaposi's Sarcoma Group, AIDS Project Los Angeles | Volunteer Facilitator |
| 1992 - 1996 | Early Career Psychiatrist Committee, Association of Gay and Lesbian Psychiatrists | Chair |
| 1992 - 1996 | Board of Directors, Association of Gay and Lesbian Psychiatrists | Member |

| 1993 - 1993 | Local Arrangements Committee, Association of Gay and Lesbian Psychiatrists | Chair |
| 1994 - 1995 | Educational Program, Association of Gay and Lesbian Psychiatrists, 1995 Annual Meeting | Director |
| 1994 - 1998 | Board of Directors, BAY Positives | Member |
| 1994 - present | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Member |
| 1995 - 1997 | Board of Directors, Bay Area Young Positives. BAY Positives is the nation's first community-based organization providing psychosocial and recreational services to HIV-positive youth | President |
| 1995 - 1997 | Executive Committee, Bay Area Young Positives. | Chair |
| 1996 - 2004 | Committee on Lesbian, Gay, Bisexual and Transgender Issues, Northern California Psychiatric Society | Chair |
| 1998 - 2002 | City of San Francisco Human Rights Commission, Lesbian, Gay Bisexual Transgender Advisory Committee | Member |
| 2000 - 2004 | Association of Gay and Lesbian Psychiatrists. Responsible for the organization's educational programs | Vice President |
| 2004 - 2005 | Association of Gay and Lesbian Psychiatrists | President-elect |
| 2005 - 2007 | Caucus of Lesbian, Gay, and Bisexual Psychiatrists of the American Psychiatric Association | Chair |
| 2005 - 2007 | Association of Gay and Lesbian Psychiatrists | President |
| 2007 - 2009 | Association of Gay and Lesbian Psychiatrists | Immediate Past President |
| 2009 - 2010 | Consensus Committee for Revision of the Sexual and Gender Identity Disorders for DSM-V, GID of Adults subcommittee. (Wrote WPATH recommendations as advisory body to the APA DSM V Committee for the Sexual and Gender Identity Disorders chapter revision.) | Member |
| 2010 - 2011 | Scientific Committee, 2011 WPATH Biennial Symposium, Atlanta | Member |
| 2010 - 2022 | World Professional Association for Transgender Care Standards of Care Workgroup and Committee (writing seventh and eighth revisions of the WPATH Standards of Care, which is used internationally for transgender care.) | Member |
| 2010 - 2018 | ICD 11 Advisory Committee, World Professional Association for Transgender Health | Member |
| 2012 - 2014 | Psychiatry and Diagnosis Track Co-chair, Scientific Committee, 2014 WPATH Biennial Symposium, Bangkok | Member |
| 2014 - 2016 | Scientific Committee, 2016 WPATH Biennial Symposium, Amsterdam | Member |

| 2014 - 2018 | Board of Directors (elected to 4 year term), World Professional Association for Transgender Health | Member |
| 2014 - 2018 | Public Policy Committee, World Professional Association for Transgender Health | Chair |
| 2014 - 2018 | WPATH Global Education Initiative: Training providers and specialty certification in transgender health | Trainer and Steering Committee Member |
| 2014 - 2016 | American Psychiatric Association Workgroup on Gender Dysphoria | Member |
| 2016 - present | American Psychiatric Association Workgroup on Gender Dysphoria | Chair |
| 2016 | USPATH: Inaugural WPATH U.S. Conference, Los Angeles, 2017 | Conference Chair |

## SERVICE TO PROFESSIONAL PUBLICATIONS

2011 - present Journal of Sexual Medicine, reviewer

2014 - present International Journal of Transgenderism, reviewer

2016 - present LGBT Health, reviewer

## INVITED PRESENTATIONS - INTERNATIONAL

| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Plenary Session Speaker |
| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Symposium Speaker |
| 2009 | Karolinska Institutet, Stockholm Sweden | Invited Lecturer |
| 2012 | Cuban National Center for Sex Education (CENESEX), Havana, Cuba | Invited Speaker |
| 2013 | Swedish Gender Clinics Annual Meeting, Stockholm, Sweden | Keynote Speaker |
| 2013 | Conference on International Issues in Transgender care, United Nations Development Programme - The Lancet, Beijing, China | Expert Consultant |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Track Chair |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Symposium Chair |

| 2015 | Israeli Center for Human Sexuality and Gender Identity, Tel Aviv | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Symposium Chair |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |
| 2017 | Brazil Professional Association for Transgender Health, Sao Paulo | |
| 2017 | Vietnam- United Nations Development Programme Asia Transgender Health Conference, Hanoi | |
| 2018 | United Nations Development Programme Asia Conference on Transgender Health and Human Rights, Bangkok | |
| 2018 | World Professional Association for Transgender Health, Buenos Aires | Invited Speaker |
| 2021 | Manitoba Psychiatric Association, Keynote Speaker | |

## INVITED PRESENTATIONS - NATIONAL

| 1990 | Being Alive Medical Update, Century Cable Television | Televised Lecturer |
| 1992 | Institute on Hospital and Community Psychiatry, Toronto | Symposium Speaker |
| 1992 | Academy of Psychosomatic Medicine Annual Meeting, San Diego | Symposium Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Chair |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Paper Session Co-chair |
| 1995 | Spring Meeting of the Association of Gay and Lesbian Psychiatrists, Miami Beach | Symposium Chair |
| 1996 | American Psychiatric Association 152nd Annual Meeting, New York | Workshop Speaker |
| 1997 | American Psychiatric Association Annual Meeting, San Diego | Workshop Speaker |
| 1997 | Gay and Lesbian Medical Association Annual | Invited Speaker Symposium |
| 1998 | American Psychiatric Association Annual Meeting, | Workshop Chair |

| | | |
|---|---|---|
| | Toronto | |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Presenter |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Workshop Chair |
| 2000 | American Psychiatric Association Annual Meeting, Chicago | Workshop Chair |
| 2000 | National Youth Leadership Forum On Medicine, University of California, Berkeley | Invited Speaker |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Workshop Chair |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Media Program Chair |
| 2001 | Association of Gay and Lesbian Psychiatrists Symposium, New Orleans | Chair |
| 2001 | Harry Benjamin International Gender Dysphoria Association Biennial Meeting, Galveston, Texas | Invited Speaker |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Media Program Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2003 | Association of Gay and Lesbian Psychiatrists CME | Chair Conference |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Co-Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Workshop Chair |

| 2003 | American Public Health Association Annual Meeting, San Francisco | Invited Speaker |
|------|------------------------------------------------------------------|-----------------|
| 2004 | Mission Mental Health Clinic Clinical Conference | Invited Speaker |
| 2004 | Association of Gay and Lesbian Psychiatrists Conference, New York | Co-Chair |
| 2004 | Mental Health Care Provider Education Program: Los Angeles. Sponsored by the American Psychiatric Association Office of HIV Psychiatry | Invited Speaker |
| 2005 | American Psychiatric Association Annual Meeting, Atlanta | Workshop Speaker |
| 2005 | Association of Gay and Lesbian Psychiatrists Saturday Symposium | Invited Speaker |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco | Invited Speaker |
| 2009 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Chair |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Speaker |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | Invited Speaker |

Invited Speaker

| | | |
|---|---|---|
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA | |
| 2011 | Institute on Psychiatric Services, San Francisco    Invited Speaker | |
| 2012 | Gay and Lesbian Medical Association Annual Meeting | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco | Invited Speaker |
| 2013 | Gay and Lesbian Medical Association, Denver, CO | Invited Speaker |
| 2014 | American Psychiatric Association Annual Meeting, New | Invited Speaker York |
| 2014 | Institute on Psychiatric Services, San Francisco | Moderator |
| 2014 | Institute on Psychiatric Services, San Francisco | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco    Invited Speaker | |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA | Invited Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Workshop Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto | Course Faculty |
| 2016 | American Psychiatric Association Annual Meeting | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Atlanta | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Springfield, MO | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Fort Lauderdale, FL | Course Faculty |
| 2017 | World Professional Association for Transgender Health, GEI, Los Angeles Course Faculty | |
| | World Professional Association for Transgender Health | |

Surgeon's Training, Irvine, CA Course Faculty

| | | |
|---|---|---|
| 2017 | American Urological Association Annual Meeting, San Francisco CA | Invited Speaker |
| 2018 | World Professional Association for Transgender Health GEI, Portland OR, Course Faculty | |
| 2018 | World Professional Association for Transgender Health GEI, Palm Springs, Course Faculty | |
| 2019 | American Society for Adolescent Psychiatry Annual Meeting, San Francisco, Speaker | |
| 2019 | American Psychiatric Association Annual Meeting, San Francisco, Session Chair | |
| 2020 | Psychiatric Congress, Invited Speaker | |

**INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS**

| | | |
|---|---|---|
| 1990 | Advanced Group Therapy Seminar, UCLA Neuropsychiatric Institute | Invited Lecturer |
| 1991 | Joint Project of the Southern California AIDS Interfaith Council and UCLA School of Medicine | Symposium Speaker |
| 1991 | Joint Project of the Southern California AIDS Interfaith Council and UCLA School of Medicine | Workshop Panelist |
| 1992 | Advanced Group Therapy Seminar, UCLA Neuropsychiatric Institute | Invited Lecturer |
| 1993 | UCSF School of Nursing   Invited Lecturer | |
| 1995 | UCSF/SFGH Department of Medicine Clinical Care Conference | Invited Speaker |
| 1996 | UCSF School of Nursing   Invited Speaker | |
| 1996 | Psychopharmacology for the Primary Care AIDS/Clinician, Invited Lecturer series of four lectures, UCSF Department of Medicine | |
| 1996 | UCSF AIDS Health Project Psychotherapy Internship Training Program | |
| 1996 | UCSF/SFGH Department of Medicine AIDS Quarterly Update | Invited Speaker |

| Year | Institution/Event | Role |
|------|-------------------|------|
| | | Invited Speaker |
| 1996 | San Francisco General Hospital, Division of Addiction Medicine | Invited Speaker |
| 1996 | UCSF Langley Porter Psychiatric Hospital and Clinics Rounds | Invited Speaker Grand |
| 1997 | UCSF School of Nursing | Invited Speaker |
| 1997 | UCSF Department of Medicine AIDS Program | Invited Speaker |
| 1997 | Northern California Psychiatric Society Annual Meeting, Monterey | Workshop Speaker |
| 1997 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1997 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1997 | Northern California Psychiatric Society LGBT Committee Chair Fall Symposium | |
| 1997 | Progress Foundation, San Francisco | Invited Speaker |
| 1998 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 1999 | Northern California Psychiatric Society Annual Meeting, Santa Rosa | Invited Speaker |
| 1999 | Northern California Psychiatric Society Annual Meeting, Santa Rosa | Invited Speaker |
| 1999 | University of California, Davis, Department of Psychiatry Rounds | Invited Speaker Grand |
| 1999 | California Pacific Medical Center Department of Psychiatry Grand Rounds | Invited Speaker |
| 1999 | San Francisco General Hospital Department of Psychiatry Departmental Case Conference | Discussant |
| 2000 | Langley Porter Psychiatric Hospital and Clinics Consultation Liaison Seminar | Invited Speaker |
| 2000 | San Francisco General Hospital, Psychopharmacology Seminar | Invited Speaker |
| 2000 | UCSF Transgender Health Conference, Laurel Heights Conference Center | Invited Speaker |
| 2000 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2000 | Community Consortium Treatment Update Symposium, California Pacific Medical Center, Davies Campus | Invited Speaker |

| 2000 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds |
| 2001 | Psychiatry Course for UCSF Second Year Medical Students  Invited Lecturer |
| 2003 | Tom Waddell Health Center Inservice  Invited Speaker |
| 2003 | San Francisco Veterans Affairs Outpatient Clinic  Invited Speaker |
| 2004 | San Francisco General Hospital Psychiatric Emergency Service Clinical Conference  Invited Speaker |
| 2004 | South of Market Mental Health Clinic, San Francisco  Invited Speaker |
| 2005 | Northern Psychiatric Psychiatric Society Annual Meeting Invited Speaker |
| 2005 | Equality and Parity: A Statewide Action for Transgender  Invited Speaker HIV Prevention and Care, San Francisco |
| 2005 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds. |
| 2006 | SFGH/UCSF Department of Psychiatry Grand Rounds  Invited Speaker |
| 2007 | UCSF Department of Medicine, HIV/AIDS Grand Rounds, Invited Speaker Positive Health Program |
| 2007 | California Pacific Medical Center LGBT Health  Invited Speaker Symposium, San Francisco LGBT Community Center |
| 2007 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco  Invited Speaker |
| 2008 | UCSF Department of Medicine, Positive Health Program, Invited Speaker HIV/AIDS Grand Rounds |
| 2008 | San Francisco General Hospital Psychiatry Grand Rounds  Invited Speaker |
| 2008 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco  Invited Speaker |
| 2010 | Northern California Psychiatric Society Annual Meeting,  Invited Speaker Monterey, CA |
| 2011 | Transgender Mental Health Care Across the Life Span,  Invited Speaker Stanford University |
| 2011 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds |
| 2012 | UCSF AIDS Health Project  Invited Speaker 2012 San Francisco Veterans Affairs Medical Center. |
| 2013 | Association of Family and Conciliation Courts Conference, Invited Speaker Los Angeles, CA |
| 2014 | UCSF Transgender Health elective  Invited Speaker |
| 2014 | UCSF Department of Psychiatry Grand Rounds  Invited Speaker |

|      |                                                                        |                                      |
|------|------------------------------------------------------------------------|--------------------------------------|
|      |                                                                        | Invited Speaker                      |
| 2014 | California Pacific Medical Center Department of Grand Rounds            | Invited Speaker Psychaitry           |
| 2014 | UCLA Semel Institute Department of Psychiatry Grand Rounds             | Invited Speaker                      |
| 2015 | UCSF Transgender Health elective                                       | Invited Speaker                      |
| 2015 | Fenway Health Center Boston, MA (webinar)                              | Invited Speaker                      |
| 2015 | Transgender Health Symposium, Palm Springs                            | Invited Speaker                      |
| 2015 | Transgender Health Symposium, Palm Springs                            | Co-Chair                             |
| 2015 | Santa Clara Valley Medical Center Grand Rounds                        | Invited Speaker                      |
| 2016 | UCSF School of Medicine Transgender Health elective                   | Invited Speaker                      |
| 2016 | Langley Porter Psychiatric Institute APC Case Conference              | Invited Speaker (2 session series)   |
| 2016 | Zuckerberg San Francisco General Department of Psychiatry Grand Rounds | Invited Speaker                     |
| 2016 | UCSF Mini-Medical School Lectures to the Public                       | Invited Speaker                      |
| 2021 | Los Angeles County Department of Mental Health, Invited Speaker       |                                      |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| 2005 | Northern California Psychiatric Society |
|------|-----------------------------------------|
| 2005 | Northern California Psychiatric Society Annual Meeting, Napa |
| 2005 | Association of Gay and Lesbian Psychiatrist Annual Conference |
| 2006 | Annual Meeting, American Psychiatric Association, Atlanta |
| 2006 | Annual Meeting, American Psychiatric Association, Toronto |
| 2006 | Institute on Psychiatric Services, New York |
| 2007 | Association of Gay and Lesbian Psychiatrists Annual Conference |
| 2007 | American Psychiatric Association Annual Meeting, San Diego |
| 2007 | The Medical Management of HIV/AIDS, a UCSF CME Conference |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco |
| 2009 | American Psychiatric Association, San Francisco |
| 2009 | World Professional Association for Transgender Health, Oslo, Norway |
| 2010 | Annual Meeting of the Northern California Psychiatric Society, Monterey, CA |

| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University |
| 2011 | National Transgender Health Summit, San Francisco |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA |
| 2011 | Institute on Psychiatric Services, San Francisco |
| 2012 | Gay and Lesbian Medical Association Annual Meeting, San Francisco |
| 2013 | National Transgender Health Summit, Oakland, CA |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco |
| 2013 | Gay and Lesbian Medical Association, Denver, CO |
| 2014 | American Psychiatric Association Annual Meeting, New York |
| 2014 | Institute on Psychiatric Services, San Francisco |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium |
| 2015 | National Transgender Health Summit, Oakland |
| 2015 | American Psychiatric Association Annual Meeting, Toronto |
| 2016 | American Psychiatric Association Annual Meeting, Atlanta |
| 2016 | World Professional Association for Transgender Health, Amsterdam |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| 1998 - 2002 | City and County of San Francisco Human Rights  Member Commission LGBT Advisory Committee |

## SERVICE ACTIVITIES SUMMARY

My current service work focuses on developing transgender care at UCSF, nationally, and internationally.

I worked with urologist Maurice Garcia, MD on developing protocols as well as outcome measures for the UCSF Transgender Surgery Program at UCSF Medical Center. I am on the Medical Advisory Board of the UCSF Center of Excellence for Transgender Care, and have cowritten the mental health section of the original Primary Care Protocols and the new revision. I have chaired the Mental Health Track of UCSF's National Transgender Health Summit since its inception in 2011.  I am a founder and co-chair of the Gender Team at the UCSF Alliance Health Project. I helped develop, and participated as a trainer, in the San Francisco
Department of Public Health provider training program for care of transgender patients and for mental health assessments for surgery, and have worked in program development for the SFDPH Transgender Health Services surgery program.

I am the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, which developed a CME course fort the 2015 and 2016 APA Annual Meetings, and is now embarking on a larger educational mission to train American psychiatrists to better care for transgender patients. I have been leading education efforts in transgender health at APA meetings since 1998. On the APA Workgroup on Gender Dysphoria, I am a co-author of a paper of transgender issues that has been approved by the American Psychiatric Association as a resource document and is in press for the American Journal of Psychiatry. I am also the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

I have been active internationally in transgender health through my work as a member of the Board of Directors of the World Professional Association for Transgender Health. I am an author of the WPATH Standards of Care, Version 7, and am Chapter Lead for the Mental Health Chapter of SOC 8.
I chaired of the WPATH Public Policy Committee and was a member of the Global Education Initiative, which developed a specialty certification program in transgender health. I helped plan the 2016 WPATH Amsterdam conference, and was on the scientific committee for the last four biennial international conferences. I was on the founding committee of USPATH, the national affiliate of WPATH, and I chaired the inaugural USPATH conference, in Los Angeles in 2017. As a member of the steering committee of the WPATH Global Educational Initiative, I helped train over 2000 health providers in transgender health, and helped develop a board certification program and examination in transgender health.

## UNIVERSITY SERVICE  UC SYSTEM AND MULTI-CAMPUS SERVICE

| | | |
|---|---|---|
| 1991 - present | HIV/AIDS Task Force | Member |
| 1992 - 1993 | HIV Research Group | Member |
| 1992 - 1997 | Space Committee | Member |
| 1992 - present | Gay, Lesbian and Bisexual Issues Task Force | Member |
| 1994 - 1997 | SFGH Residency Training Committee | Member |
| 1996 - 1997 | Domestic Partners Benefits Subcommittee. | Chair |
| 1996 - 2000 | Chancellor's Advisory Committee on Gay, Lesbian, and Transgender Issues. | Member Bisexual |
| 1996 - 2003 | HIV/AIDS Task Force | Co-Chair |
| 1996 - 2003 | Cultural Competence and Diversity Program | Member |
| 2009 - present | Medical Advisory Board, UCSF Center of Excellence for Transgender Health | Member |
| 2010 - present | Steering Committee, Child Adolescent Gender Center | Member |
| 2011 - present | Mental Health Track, National Transgender Health Summit | Chair |

## DEPARTMENTAL SERVICE

1991 - present San Francisco General Hospital, Department of Psychiatry, Member HIV/AIDS Task Force

1992 - 1993   San Francisco General Hospital, Department of Psychiatry, Member  HIV Research Group

1992 - 1997   San Francisco General Hospital, Department of Psychiatry, Member  Space Committee

1992 - 2003   San Francisco General Hospital, Department of Psychiatry, Member  GLBT Issues Task Force

1994 - 1997   San Francisco General Hospital, Department of Psychiatry, Member Residency Training Committee

1996 - 2003   San Francisco General Hospital, Department of Psychiatry, Member  Cultural Competence and Diversity Program

1996 - 2003   San Francisco General Hospital, Department of Psychiatry, Co-Chair HIV/AIDS Task Force

2012 - 2020 San Francisco Department of Public Health Gender   Member Competence Trainings Committee

2013 - 2020 San Francisco Department of Public Health Transgender       Member Health Implementation Task Force

2014 - 2020 San Francisco General Hospital, Department of Psychiatry, Member  Transgender Surgery Planning Workgroup

## PEER REVIEWED PUBLICATIONS

1. Berliner JA, Frank HJL, **Karasic D**, Capdeville M. Lipoprotein-induced insulin resistance in aortic endothelium. Diabetes. 1984; 33:1039-44.

2. Bradberry CW, **Karasic DH**, Deutch AY, Roth RH. Regionally-specific alterations in mesotelencephalic dopamine synthesis in diabetic rats: association with precursor tyrosine. Journal of Neural Transmission. General Section, 1989; 78:221-9.

3. Targ EF, **Karasic DH**, Bystritsky A, Diefenbach PN, Anderson DA, Fawzy FI. Structured group therapy and fluoxetine to treat depression in HIV-positive persons. Psychosomatics. 1994; 35:132-7.

4. Karasic DH. Homophobia and self-destructive behaviors. The Northern California Psychiatric Physician. 1996; 37 Nov.-Dec. Reprinted by the Washington State Psychiatric Society and the Southern California Psychiatric Society newsletters.

5. Karasic D. Anxiety and anxiety disorders. Focus. 1996 Nov; 11(12):5-6. PMID: 12206111

6. Polansky JS, **Karasic DH**, Speier PL, Hastik KL, Haller E. Homophobia: Therapeutic and training considerations for psychiatry. Journal of the Gay and Lesbian Medical Association. 1997 1(1) 41-47.

7. Karasic DH. Progress in health care for transgendered people. Editorial. Journal of the Gay and Lesbian Medical Association, 4(4) 2000 157-8.

8. Perry S, **Karasic D.** Depression, adherence to HAART, and survival. Focus: A Guide to AIDS Research and Counseling. 2002 17(9) 5-6.

9.  Fraser L, **Karasic DH**, Meyer WJ, Wylie, K. Recommendations for Revision of the DSM Diagnosis of Gender Identity Disorder in Adults. International Journal of Transgenderism. Volume 12, Issue 2. 2010, Pages 80-85.

10. Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., **Karasic D** and 22 others. (2011). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, 7th Version.  International Journal of Transgenderism, 13:165-232, 2011

11. Tsai AC, **Karasic DH**, et al. Directly Observed Antidepressant Medication Treatment and HIV Outcomes Among Homeless and Marginally Housed HIV-Positive Adults: A Randomized Controlled Trial. American Journal of Public Health. February 2013, Vol. 103, No. 2, pp. 308-315.

12. Tsai AC, Mimmiaga MJ, Dilley JW, Hammer GP, **Karasic DH**, Charlebois ED, Sorenson JL, Safren SA, Bangsberg DR. Does Effective Depression Treatment Alone Reduce Secondary HIV Transmission Risk? Equivocal Findings from a Randomized Controlled Trial. AIDS and Behavior, October 2013, Volume 17, Issue 8, pp 2765-2772.

13. **Karasic DH.** Protecting Transgender Rights Promotes Transgender Health. LGBT Health. 2016 Aug; 3(4):245-7. PMID: 27458863

14. Winter S, Diamond M, Green J, **Karasic D**, Reed T, Whittle S, Wylie K. Transgender people: health at the margins of society. Lancet. 2016 Jul 23;388(10042):390-400. doi: 10.1016/S0140-6736(16)00683-8. Review./> PMID: 27323925

15. Grelotti DJ, Hammer GP, Dilley JW, **Karasic DH**, Sorensen JL, Bangsberg DR, Tsai AC. Does substance use compromise depression treatment in persons with HIV? Findings from a randomized controlled trial. AIDS Care. 2016 Sep 2:1-7. [Epub ahead of print]/> PMID: 27590273

16. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, Shumer DE, Edwards-Leeper L, Pleak RR, Spack N, **Karasic DH**, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG.
    Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. J Clin Child Adolesc Psychol. 2016 Oct 24:1-11. [Epub ahead of print]/> PMID: 27775428

17. Milrod C, **Karasic DH**. Age Is Just a Number: WPATH-Affiliated Surgeons' Experiences and Attitudes Toward Vaginoplasty in Transgender Females Under 18 Years of Age in the United States. J Sex Med 2017;14:624–634.

18. **Karasic, DH** & Fraser, L  Multidisciplinary Care and the Standards of Care for Transgender and Gender Non-conforming Individuals. Schechter, L & Safa, B. (Eds.) Gender Confirmation Surgery, Clinics in Plastic Surgery Special Issue, Vol 45, Issue 3, pp 295-299. 2018 Elsevier,Philadelphia. https://doi.org/10.1016/j.cps.2018.03.016

19. Milrod C, Monto M, **Karasic DH.** Recommending or Rejecting "the Dimple": WPATHAffiliated Medical Professionals' Experiences and Attitudes Toward Gender-Confirming Vulvoplasty in Transgender Women. J Sex Med. 2019 Apr;16(4):586-595. doi: 10.1016/j.jsxm.2019.01.316. Epub 2019 Mar 2.

**BOOKS AND CHAPTERS**

1. **Karasic DH**, Dilley JW. Anxiety and depression: Mood and HIV disease. In: The UCSF AIDS Health Project Guide to Counseling: Perspectives on Psychotherapy, Prevention, and Therapeutic Practice. Dilley JW and Marks R, eds. Jossey-Bass. San Francisco, 1998, pp.227-248.

2. **Karasic DH**, Dilley JW. Human immunodeficiency-associated psychiatric disorders. In: The AIDS Knowledge Base, Third Edition. Cohen PT, Sande MA, Volberding PA, eds. Lippincott-Williams &Wilkens, Philadelphia, 1999, pp. 577-584.

3. **Karasic DH** and Drescher J. eds. Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation. 2005. Haworth Press, Binghamton, NY. (Book Co-Editor)

4. **Karasic DH**. Transgender and Gender Nonconforming Patients. In: Clinical Manual of Cultural Psychiatry, Second Edition. Lim RF ed. pp 397-410. American Psychiatric Publishing, Arlington VA. 2015.

5. **Karasic DH**. Mental Health Care of the Transgender Patient. In: Comprehensive Care of the Transgender Patient, Ferrando CA ed. pp. 8-11. Elsevier, 2019.

6. **Karasic DH**. The Mental Health Assessment for Surgery. In: Gender Confirmation Surgery – Principles and Techniques for an Emerging Field. Schechter L ed. Springer Nature, in press 2019.


**OTHER PUBLICATIONS**

1. **Karasic DH**, Dilley JW. HIV-associated psychiatric disorders: Treatment issues. In: Cohen P, Sande MA, Volberding P, eds., The AIDS Knowledge Base. Waltham, MA: The Medical Publishing Group/ Massachusetts Medical Society. 1994. pp. 5.31-1-5.

2. **Karasic DH**, Dilley JW. HIV-associated psychiatric disorders: Clinical syndromes and diagnosis. In: Cohen P, Sande MA, Volberding P, eds., The AIDS Knowledge Base, Second Edition. Waltham, MA: The Medical Publishing Group/Massachusetts Medical Society. 1994 pp. 5.30-1-5.

3. **Karasic DH**. A primer on transgender care. In: Gender and sexuality. The Carlat Report Psychiatry. April 2012. Vol 10, Issue 4.

4. **Karasic D and Ehrensaft D**. We must put an end to gender conversion therapy for kids. Wired. 7/6/15.


**EXPERT WITNESS AND CONSULTATION ON TRANSGENDER CARE AND RIGHTS**

2008  Consultant, California Department of State Hospitals

2012  Dugan v. Lake, Logan UT

2012 XY v. Ontario http://www.canlii.org/en/on/onhrt/doc/2012/2012hrto726/2012hrto726.html

2014 Cabading v California Baptist University

2014 CF v. Alberta
      http://www.canlii.org/en/ab/abqb/doc/2014/2014abqb237/2014abqb237.html

2017 United Nations Development Programme consultant, transgender health care and legal
      rights in the Republic of Vietnam; Hanoi.

2017- Forsberg v Saskatchewan; Saskatchewan Human Rights v Saskatchewan
2018 https://canliiconnects.org/en/summaries/54130
      https://canliiconnects.org/en/cases/2018skqb159

2018 United Nations Development Programme consultant, transgender legal rights in
      Southeast Asia; Bangkok.

2018    Consultant, California Department of State Hospitals

2019, 2021 Consultant/Expert, Disability Rights Washington

2019, 2021 Consultant/Expert, ACLU Washington

2021 Consultant, California Department of Corrections and Rehabilitation

2021 Expert, *Kadel v. Folwell*, 1:19-cv-00272 (M.D.N.C.).

2021 Expert, Drew Glass v. City of Forest Park - Case No. 1:20-cv-914 (Southern
District Ohio)

2021-2022 Expert, Brandt et al v. Rutledge et al. 4:21-cv-00450 (E.D. Ark.)

# Exhibit B

# EXHIBIT B – DAN KARASIC BIBLIOGRAPHY

Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology, 7*(3), 302–311. https://doi.org/10.1037/cpp0000288.

Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, 156(7), 611–618. https://doi.org/10.1001/jamasurg.2021.0952.

American Academy of Child and Adolescent Psychiatry (2019). Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth, *available at* https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx.

American Academy of Family Physicians (2020). Care for the Transgender and Nonbinary Patient, *available at* www.aafp.org/about/policies/all/transgender-nonbinary.html.

American Academy of Pediatrics (2018). Policy Statement:  Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents, *available at* https://pediatrics.aappublications.org/content/142/4/e20182162.

American College of Obstetricians and Gynecologists (2021). Committee Opinion No. 823: Health Care for Transgender and Gender Diverse Individuals, *available at* https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2021/03/health-care-for-transgender-and-gender-diverse-individuals.

American Medical Association (2012). Letter to National Governor's Association , *available at* https://searchlf.ama-assn.org/letter/documentDownload?uri=%2Funstructured%2Fbinary%2Fletter%2FLETTERS%2F2021-4-26-Bill-McBride-opposing-anti-trans-bills-Final.pdf.

American Psychiatric Association. (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association (2018). Position Statement on Access to Care for Transgender and Gender Diverse Individuals, *available at* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2018-Access-to-Care-for-Transgender-and-Gender-Diverse-Individuals.pdf.

American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts, *available at* https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

American Psychological Association (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, 70, 832-864

Bauer GR, Scheim AI, Pyne J, Travers R, Hammond R. Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. BMC Public Health. 2015 Jun 2;15:525. doi: 10.1186/s12889-015-1867-2. PMID: 26032733; PMCID: PMC4450977.

Brik, T., Vrouenraets, L.J.J.J., de Vries, M.C. *et al.* (2020). Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. *Arch Sex Behav* 49, 2611–2618, *available at* https://doi.org/10.1007/s10508-020-01660.

Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477, *available at* https://doi.org/10.1097/GOX.0000000000003477.

Byne, W., Karasic, D. H., Coleman, E., Eyler, A. E., Kidd, J. D., Meyer-Bahlburg, H. F. L., … Pula, J. (2018). Gender dysphoria in adults: An overview and primer for psychiatrists. *Transgender Health*, *3*(1), 57-70, *available at* https://doi.org/10.1089/trgh.2017.0053.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13(4), 165-232.

Colton-Meier, S. L., Fitzgerald, K. M., Pardo, S. T., & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health*, 15(3), 281-299.

Crissman, H. P., Berger, M. B., Graham, L. F., & Dalton, V. K. (2017). Transgender Demographics: A Household Probability Sample of US Adults, 2014. *American journal of public health*, *107*(2), 213–215. https://doi.org/10.2105/AJPH.2016.303571.

Daniel, H., & Butkus, R. (2015). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163*(2), 135-137, *available at* https://doi.org/10.7326/M14-2482.

Danker, S., Narayan, S.K., Bluebond-Langner, R., Schechter, L.S., Berli, J.U. (2018). Abstract: A Survey Study of Surgeons' Experience with Regret and/or Reversal of Gender-Confirmation Surgeries, *Plastic and Reconstructive Surgery - Global Open*. September 2018 6 (9 Suppl): 189-189. doi: 10.1097/01.GOX.0000547077.23299.00.

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*, *134*(4), 696-704, *available at* https://doi.org/10.1542/peds.2013-2958.

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The journal of sexual medicine*, *8*(8), 2276–2283, *available at* https://doi.org/10.1111/j.1743-6109.2010.01943.x.

Deutsch, M.B. (ed.). (2016). Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People (2d ed.). San Francisco, CA: UCSF Center of Excellence for Transgender Health.

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960-2010: prevalence, incidence, and regrets. *Archives of Sexual Behavior*, *43*(8), 1535–1545, *available at* https://doi.org/10.1007/s10508-014-0300-8.

Drescher, J., Haller, E., & Yarbrough, E. (2018). Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists and the Council on Minority Mental Health and Health Disparities, American Psychiatric Association.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental Health and Self-Worth in Socially Transitioned Transgender Youth. *Journal of the American Academy of Child and Adolescent Psychiatry*, *56*(2), 116–123.e2. https://doi.org/10.1016/j.jaac.2016.10.016.

Endocrine Society (2020). Transgender Health, an Endocrine Society position statement, *available at* https://www.endocrine.org/advocacy/position-statements/transgender-health.

Ehrensaft D. (2017). Gender nonconforming youth: current perspectives. *Adolescent Health, Medicine and Therapeutics*, *8*, 57–67, *available at* https://doi.org/10.2147/AHMT.S110859.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S., Meyer, W. J., Murad, M. H., … T'Sjoen, G. G. (2017). Endocrine treatment of genderdysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism*, *102*(11), 3869-3903, *available at* https://doi.org/10.1210/jc.2017-01658 .

Herman, J. (2013). Costs and Benefits of Providing Transition-related Health Care Coverage in Employee Health Benefits Plans: Findings from a Survey of Employers. *UCLA: The Williams Institute*. Retrieved from https://escholarship.org/uc/item/5z

Inwards-Breland D. Mental Health Outcomes and Receipt of Gender Affirming Care. Presented at the American Academy of Pediatrics 2021 Virtual Conference & Exhibition.

Korpaisarn, S., & Safer, J. D. (2019). Etiology of Gender Identity. *Endocrinology and metabolism clinics of North America*, *48*(2), 323–329, *available at* https://doi.org/10.1016/j.ecl.2019.01.002.

Kuper, L.E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics*. 145. e20193006. 10.1542/peds.2019-3006.

Lopez, X., Marinkovic, M., Eimicke, T., Rosenthal, S.M., & Olshan, J.S. (2017). Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on transgender health. *Current Opinion in Pediatrics*. 29(4): 475-480. doi:10.1097/MOP.0000000000000516.

Medical Accident Group. (May 28, 2014). Two thirds of Brits regret having cosmetic surgery. https://www.medicalaccidentgroup.co.uk/news/two-thirds-brits-regret-cosmetic-surgery/ (last accessed May 25, 2021).

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, 72(2), 214-231.

Owen-Smith, A. A., Gerth, J., Sineath, R. C., Barzilay, J., Becerra-Culqui, T. A., Getahun, D., Giammattei, S., Hunkeler, E., Lash, T. L., Millman, A., Nash, R., Quinn, V. P., Robinson, B., Roblin, D., Sanchez, T., Silverberg, M. J., Tangpricha, V., Valentine, C., Winter, S., Woodyatt, C., ... Goodman, M. (2018). Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals. *The journal of sexual medicine*, *15*(4), 591–600, *available at* https://doi.org/10.1016/j.jsxm.2018.01.017.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis. *Journal of general internal medicine*, *31*(4), 394–401. https://doi.org/10.1007/s11606-015-3529-6

Pediatric Endocrine Society (2020). Position Statement: Transgender Health. https://www.endocrine.org/-/media/a65106b6ae7f4d2394a1ebeba458591d.ashx.

Pediatric Endocrine Society Opposes Bills that Harm Transgender youth (2021), *available at* https://pedsendo.org/news-announcements/the-pediatric-endocrine-society-opposes-bills-that-harm-transgender-youth-2/.

Pfafflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991. (Jacobson & Meir, trans.).

Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

Saraswat, A., Weinand, J.D., & Safer, J. (2015). Evidence supporting the biologic nature of gender identity. *Endocrine Practice, 21 2*, 199-204.

Sheehan, J., Sherman, K. A., Lam, T., & Boyages, J. (2008). Regret associated with the decision for breast reconstruction: the association of negative body image, distress and surgery characteristics with decision regret. *Psychology & health*, *23*(2), 207–219, *available at* https://doi.org/10.1080/14768320601124899.

Smith, Y., Van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99.

Steensma, TD et al. (2013). Factors Associated With Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-Up Study. Journal of the American Academy of Child & Adolescent Psychiatry. 52(6): 582-590

Substance Abuse and Mental Health Services Administration. (2015). Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration.

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704, *available at* https://doi.org/10.1016/j.jadohealth.2019.12.018.

Wallien MSC, Cohen-Kettenis P.T. (2008). Psychosexual Outcome of Gender-Dysphoric Children. *Journal of the American Academy of Child and Adolescent Psychiatry*, 47(12): 1413-23, *available at* DOI:https://doi.org/10.1097/CHI.0b013e31818956b9

What We Know Project, Ctr. for the Study of Inequality, Cornell Univ., What does the scholarly research say about the effect of gender transition on transgender well-being?, *available at* https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

Wiepjes, C.M., Nota, N. M., de Blok, C.J., Klaver, M., de Vries, A.L., Wensing-Kruger, S.A., ... & Gooren, L.J. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets. *The Journal of Sexual Medicine*, 15(4), 582-590.

World Health Organization. (2018). Gender Incongruence. In International Classification of Diseases, 11th Revision, *available* at https://icd.who.int/browse11/l-m/en#/http%3A%2F%2Fid.who.int%2Ficd%2Fentity%2F411470068.

World Medical Association. (2017, February 17). WMA statement on transgender People, *available at* https://www.wma.net/policies-post/wma-statement-on-transgender-people/.

World Professional Association for Transgender Health. (2018). WPATH Position on "Rapid-Onset Gender Dysphoria (ROGD)," *available at* https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf.

World Professional Association for Transgender Health. (2016). Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A. https://www.wpath.org/newsroom/medical-necessity-statement

Zhang, Q., Goodman, M., Adams, N., Corneil, T., Hashemi, L., Kreukels, B., Motmans, J., Snyder, R., & Coleman, E. (2020). Epidemiological considerations in transgender health: A systematic review with focus on higher quality data. *International journal of transgender health*, *21*(2), 125–137. https://doi.org/10.1080/26895269.2020.1753136.

Zucker, K., et al (2010) Puberty-Blocking Hormonal Therapy for Adolescents with Gender Identity Disorder: A Descriptive Clinical Study, Journal of Gay & Lesbian Mental Health, 15:1, 58-82, DOI: 10.1080/19359705.2011.530574, *available at* http://dx.doi.org/10.1080/19359705.2011.530574.

First Amended Class Action Complaint, *Fain v. Crouch*, Case No. 3:20-cv-00740 (S.D.W.V.)

Health plan booklets for plans offered through the West Virginia Public Employees Insurance Agency and the West Virginia Bureau for Medicaid Services

Medical records of Plaintiffs Christopher Fain, Shauntae Anderson, and Leanne James

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN, *et al.*,
individually and on behalf of all others
similarly situated,

        *Plaintiffs,*

      v.

WILLIAM CROUCH, *et al.*,

        *Defendants.*

CIVIL ACTION NO. 3:20-cv-00740
HON. ROBERT C. CHAMBERS

**EXPERT REBUTTAL REPORT OF DAN H. KARASIC, M.D.**

1.      I have been retained by counsel for plaintiffs as an expert in connection with the above-captioned litigation.

2.      I previously submitted an expert witness report in this case ("Karasic Report"), which contains my background and credentials.

3.      I have been asked by the Plaintiffs to respond to, rebut, and provide my expert opinion regarding the report by Dr. Stephen B. Levine ("Levine Report"). I do not address each and every assertion made in Dr. Levine's report that I believe to be baseless, misleading, or mischaracterizations of the scientific literature, as there are many. Instead, my aim is to provide an explanation of the erroneous premises upon which his conclusions are based.

4.      I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinions.

**JA645**

5.      I reserve the right to supplement my opinions, if necessary, as the case proceeds. An updated bibliography with sources considered in forming the opinions below is attached as Exhibit A.

**GENDER DYSPHORIA AND ITS TREATMENT**

6.      I previously explained in my original report the diagnostic criteria treatment and treatment standards for transgender adolescents and adults.  (Karasic Report, ¶¶ 23-26).  Because Dr. Levine's report focuses heavily on his concerns about treatment of pre-pubertal children, I briefly review the relevant diagnostic and treatment protocols for children before responding to his report specifically.

7.      "Gender Dysphoria in Children" is a diagnosis applied only to pre-pubertal children, in the Diagnostic and Statistical Manual Fifth Edition (DSM-5), released in 2013.  The criteria include "A: A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration."  The diagnosis also requires the presence of criterion A1, which is "A strong desire to be of the other gender or insistence that one is the other gender (or some alternative gender different from one's assigned gender."  The prior version of the diagnosis, Gender Identity Disorder of Children, in DSM IV, did not require this A1 criterion of gender identity, and could be applied solely on the basis of gender atypical behavior.  Most research on persistence and desistance of gender identity in pre-pubertal children was conducted in the era of DSM-IV and earlier versions, and applied a broader diagnosis that could be based only on gender atypical behavior alone, without necessarily a transgender identity.

8.      No medical or surgical treatment for gender dysphoria is provided to pre-pubertal children.  Adolescents may be treated with medications to delay the onset of puberty, which are also used in children without gender dysphoria, but with early onset of puberty.  After ongoing

work with mental health professionals, adolescents may start treatment with hormones. Adults may start hormones after work with a therapist, or after assessment by a primary care provider or endocrinologist.

9.      Mental health professionals, primary care providers, endocrinologists, and surgeons often work collaboratively, whether in multidisciplinary teams, or with communication between individual professional practices.

10.     Affirming care for transgender children does not mean steering children in any particular direction, but rather supporting them through their period of exploration of gender expression and increasing self-awareness of their identity (Coleman, et al., 2012). For prepubescent children, no medical or surgical intervention is involved. Instead, interventions are directed at supporting the child with family, peers, and school.

11.     Puberty blockers may be indicated at Tanner Stage 2 of puberty if the onset of physical changes of puberty is causing distress. Puberty blockers allow the child time to better understand their gender identity under the care of a mental health professional, while delaying distress from the progression of the development of secondary sex characteristics. These treatments are reversible, and if stopped the youth will undergo a normal puberty.

12.     It is not until later in adolescence, when the adolescent and parents—in consultation with mental health professionals and pediatricians—have had time to ensure that change in gender identity is unlikely, that the adolescent may start cross-sex hormones, with the consent of parents and agreement of mental health and medical professionals.

13.     Given that prior longitudinal studies included gender nonconforming children who were not transgender due to the broad criteria for the since-abandoned "gender identity disorder in children" diagnosis, these studies shed little light into questions of persistence and desistance of

gender dysphoria in pre-pubertal children. However, longitudinal studies show that gender dysphoria in adolescence usually persists (DeVries, et al., 2011).  Additionally, no medical treatment, let alone irreversible medical and surgical interventions, is used prior to puberty, so the persistence and desistance statistics of pre-pubertal children do not inform the decision whether or not to initiate these treatments.

14.    Data from the Dutch experience with evaluation and care by a multidisciplinary team, using puberty blockers, followed by hormones and surgery when indicated, show that this approach appears to result in high satisfaction, a lack of regret, and mental health outcomes similar to those of a control group that was not transgender.  (DeVries, et al., 2014).

15.    In an American prospective study of 104 transgender and nonbinary youth, treatment with puberty blockers or hormones was associated with 60% less moderate to severe depression and 73% less suicidal ideation over 12 months, compared to youth not treated. (Tordoff, et al. 2022).

16.    In another United States study, treatment with gender affirming hormones in transgender youth was associated with a substantial reduction in body dissatisfaction, as well as improvement on mental health measures (Kuper, et al., 2020).

17.    Denial of this appropriate care for transgender youth is also opposed by mainstream organizations responsible for the care of youth, including the American Academy of Pediatrics, the Academy of Child and Adolescent Psychiatry, and the Pediatric Endocrine Society.

18.    Parental support and other social support have been associated with dramatically less suicidal ideation in transgender people, as has treatment with hormones and completing medical transition. (Bauer, et al., 2015).  Provision of puberty blockers for transgender youth likewise decreases suicidality (Turban, et al., 2020).  The American Academy of Child and

Adolescent Psychiatry states, "Research consistently demonstrates that gender diverse youth who are supported to live and/or explore the gender role that is consistent with their gender identity have better mental health outcomes than those who are not." (AACAP, 2019).

19.    Dr. Levine speculates that puberty-delaying treatment may lead to a series of negative health effects, in Section C of his report beginning at page 58.  While other experts in this matter will respond to several of those arguments, I explain here why his claims about "psychosocial effects" and mental health issues are unfounded.  Dr. Levine relies heavily on his own published opinion pieces, rather than on research to support his views.  Dr. Levine does cite a paper on increased mental health symptoms in transgender youth compared to the general population.  (Levine Report, ¶ 144; citing Reisner 2015), but that is not surprising given the ongoing stigma and discrimination that transgender people face, and Dr. Levine's speculation about psychological harms of puberty blockers are unfounded.  In fact, the use of puberty blockers has been associated with a substantial decrease in depression and suicidal ideation, when compared to those untreated (Tordoff, et al 2022).

20.    Dr. Levine grossly misrepresents the process of assessment before medical and surgical interventions for transgender adolescents.  Dr. Levine states, "Yet according to WPATH, perfunctory mental health assessments, which the draft SOC 8 describe as 'brief assessment process," are sufficient to approve [medical and surgical interventions]."  (Levine Report, ¶ 149). This is a fabrication by Dr. Levine, as the actual text of the SOC 8 Adolescent chapter draft says the opposite.  The draft states that a "comprehensive assessment" is necessary.  The SOC 8 draft describes the components of the comprehensive assessment in detail, and advises against more perfunctory assessments. Dr. Levine cites an anti-WPATH group's editorial about SOC 8, rather

than the SOC 8 draft itself (Levine Report, ¶ 149 n.221), to draw conclusions that are diametrically opposed to what is stated in the SOC 8 Adolescent draft.

## DR. LEVINE'S VIEWS ARE OUTSIDE THE MAINSTREAM

21.     Dr. Levine's views as described in his report are outside the mainstream of experts in transgender health and mainstream medical organizations.

22.     Dr. Levine was an editor of Standards of Care 5 ("SOC 5") of the Harry Benjamin Gender Dysphoria Association (the precursor to The World Professional Association of Transgender Health, "WPATH"), which were released in 1998.  After widespread criticism of the SOC 5, it was replaced by the SOC 6 in just three years.  By contrast, the SOC 6 (published in 2001) and SOC 7 (published in 2012) have each been used for approximately 10 years.  Dr. Levine was critical of the changes in transgender care since 1998, and has been a critic of modern transgender care since.  His involvement in transgender health in recent years has centered on the denial of care to transgender people.  Dr. Levine's bias and misrepresentations were noted in *Norsworthy v. Beard*, in which U.S. District Judge Jon Tigar stated: "The Court gives very little weight to the opinions of Levine, whose report misrepresents the Standards of Care; overwhelmingly relies on generalizations about gender dysphoric prisoners, rather than an individualized assessment of Norsworthy; contains illogical inferences; and admittedly includes references to a fabricated anecdote."

23.     Dr. Levine uses his prior experience with WPATH—over two decades ago—to burnish his credentials as an expert in transgender health, but otherwise dismisses WPATH as an "activist," rather than a professional, organization.  Many WPATH members are academics who publish in peer-reviewed journals.  Many are academic leaders in endocrinology, internal medicine, plastic surgery, urology, psychiatry, psychology, and other disciplines of the health

sciences.  WPATH restricts its full membership to those with professional credentials and most members are licensed clinicians.  The fact that WPATH engages in advocacy on behalf of its patient population for access to beneficial care is typical of medical associations.  For example, the American Psychiatric Association advocates for a wide range of public policy changes to improve access to mental health care, e.g., for migrants and for incarcerated people.[1]

24.    Dr. Levine argues that dissenting views are not tolerated by myself and, in WPATH.  (Levine Report, ¶ 69).  I have attended several WPATH conferences since 2001, and have been a member of the Scientific Committees that have reviewed abstract submissions for the conferences, and the diversity of views presented and discussed have always been notable.

25.    Dr. Levine's bias leads him to propound at length his own theories of etiology and treatment of gender dysphoria (which are unsupported by scientific peer-reviewed literature), while dismissing the approaches of modern mainstream medicine and pediatrics, as put forward in academic journals like The Lancet, the American Journal of Psychiatry, the Journal of the American Medical Association, and the New England Journal of Medicine, as well as by organizations including the American Medical Association, the American Psychiatric Association, the American Academy of Pediatrics, and the American Psychological Association.  Dr. Levine's theories should be understood in the context of his own confirmation bias since, as described

---

[1] *See* American Psychiatric Association. (2019). Position Statement on the Care of Medically Vulnerable Migrants in the United States. *Available at* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-Care-of-Medically-Vulnerable-Migrants-in-the-US.pdf; American Psychiatric Association. (2016). Position Statement on Treatment of Substance Use Disorders in the Criminal Justice System. *Available at* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2016-Substance-Use-Disorders-in-the-Criminal-Justice-System.pdf; *see generally* American Psychiatric Association Policy Finder, *available at* https://www.psychiatry.org/home/policy-finder.

below, he misinterprets the literature he cites and disregards the body of literature that contradicts his views.

26.    Dr. Levine points to elevated rates of mental health problems in the transgender community, suggesting that being transgender is the cause of these negative outcomes and, thus, something doctors should try to prevent.  (Levine Report, ¶¶ 34, 35).  But being transgender is not something doctors can prevent.  And these comments disregard the significant stigma transgender people continue to face, and stigma is a well-documented risk factor for mental health and substance use issues.

## DR. LEVINE'S ATTEMPTS TO DISCREDIT WPATH AND THE STANDARDS OF CARE ARE BASELESS

27.    Dr. Levine makes a number of inaccurate assertions regarding the widely accepted standards of care for treatment of gender dysphoria, as set forth in the WPATH SOC.  Contrary to Dr. Levine's claims and as discussed in my initial report, the WPATH SOC "are endorsed and cited as *authoritative* by many professional medical associations including the American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association, the American Psychological Association, the Endocrine Society, the Pediatric Endocrine Society, the American College of Obstetrics and Gynecology, the American College of Physicians, and the World Medical Association, among others."  (Karasic Report, ¶ 25).

28.    Dr. Levine creates a straw man by providing a false description of care under the WPATH Standards of Care and then attacks it.  He either misunderstands the prevailing protocols or assumes, without basis, that all or most providers disregard them.  As a clinician who, unlike Dr. Levine, actively works with a multitude of clinicians providing care to transgender youth and

adults, I know firsthand that his characterization of treatment and care for transgender people is wholly inconsistent with the prevailing practice.

29.     Dr. Levine erroneously states that a patient's diagnosis of gender dysphoria is "self-generated" and "merely recorded" by the provider.  (Levine Report, ¶ 9).  This is incorrect.  The critical element of the gender dysphoria diagnosis is the presence of symptoms that meet the threshold for clinical impairment or distress.  The diagnosis of gender dysphoria is codified in the DSM-5, which is published by the American Psychiatric Association, with attendant criteria. Psychiatrists and psychologists have many years of training to make diagnoses, which are made primary by clinical interview with the patient.  This process is similar to that of diagnosing other DSM diagnoses, to determine treatment for other disorders.  The process of taking a history of symptoms from a patient is not only used to determine most psychiatric treatment, but also many medical and pediatric treatments.  Clinicians do not simply defer to the reported experiences of the patient, but instead use application of professional experience and expertise to assess whether the patient meets the relevant diagnostic criteria.  It is surprising to hear any medical professional dismiss the importance of taking a good history from a patient.  Even medical disorders that rely on blood tests and imaging for a definitive diagnosis rely first on taking a history to know which tests to order.

30.     Dr. Levine also claims that WPATH has "downgraded the role of counseling or psychotherapy as a requirement" for gender-affirming care, and that there is "a crisis of inadequate or absent mental health assessments prior to" transition.  (Levine Report, ¶ 75; page 67(D)).  There is no requirement for psychotherapy before gender-affirming care because it may not be necessary for the patient, and requiring unnecessary care does not serve a therapeutic goal in medicine.

Rather than being a "downgrade," this allows the flexibility for the provision of the best care to each individual.

31.     Dr. Levine also attempts to suggest that the clinicians who help develop the SOC have a financial conflict of interest because they also work in the field. (Levine Report, ¶ 77). To clarify, those writing WPATH Standards of Care are not paid for their efforts. Additionally, clinical practice guidelines are written by those with expertise and experience in the field, and even Dr. Levine acknowledges that "clinicians" in the field should be involved. (Levine Report, ¶ 77). For example, clinical practice guidelines for psychiatrists working with people with eating disorders were written by psychiatrists who work in that field. It would make no sense for clinical practice guidelines for the care of transgender people to be written by those without experience doing that work. (American Psychiatric Association, 2006).

32.     Dr. Levine also invokes a distinction between the diagnosis in the DSM-5, which requires either "clinically significant distress or impairment in social, occupational, or other important areas of functioning," while the World Health Organization's International Classification of Diseases, 11th Revision ("ICD 11") refers to "gender incongruence." (Levine Report, ¶ 86). The U.S. currently uses ICD-10-CM, the clinical modification of ICD-10 by the Centers for Medicaid & Medicare Services, for medical claim reporting. The ICD-10-CM diagnosis is linked to the Gender Dysphoria diagnosis in DSM-5. ICD-11 is being implemented in other parts of the world but is not expected to be implemented in the U.S. for several years.

33.     Dr. Levine is incorrect when he states that the diagnosis is based on a "highly personal feeling" of incongruence "not subject to objective medical criteria." (Levine Report, ¶ 86). As explained in both my original report and this report above, the diagnosis is performed by measuring the patient's symptoms according to well-defined diagnostic criteria in the DSM-5.

While Dr. Levine invokes these arguments to claim that treatment for gender dysphoria cannot meet the definition of medically necessary care in the Medicaid program and state employee health plans (Levine Report, ¶ 85; *id.* at n.124), I have examined those definitions (which are typical of medical necessity definitions in many plans I have seen), and gender dysphoria satisfies those definitions.

34.     Dr. Levine points to comments by Drs. Laura Edwards-Leeper and Erica Anderson claiming that patients are being "rushed" into treatment, and comments by WPATH President-Elect Dr. Marci Bowers discussing the role of dissent within WPATH.  (Levine Report, ¶¶ 23, 146).  But these doctors' comments were aimed at improving care, not banning it.  After making the comments cited by Dr. Levine, Dr. Bowers and Dr. Anderson were signatories to a letter from USPATH and WPATH supporting gender-affirming medical care for adolescents with gender dysphoria and opposing legislation aimed at banning care for transgender adolescents.[2]  And Dr. Edwards-Leeper and Dr. Anderson similarly expressed their full support for gender-affirming care and "disgust" at legislative bans of such care.[3]  Ultimately, if there are individual doctors who deviate from the accepted protocols and inappropriately provide care that is harmful to patients, medical licensing boards can address that without denying care to those who have been appropriately assessed and determined to need it.

---

[2] United States Professional Association for Transgender Health and World Professional Association for Transgender Health. (2021). Joint Letter from USPATH and WPATH. *Available at* https://www.wpath.org/media/cms/Documents/Public%20Policies/2021/Joint%20WPATH%20USPATH%20Letter%20Dated%20Oct%2012%202021.pdf; *see also* World Professional Association for Transgender Health. WPATH Public Documents. *Available at* https://www.wpath.org/policies.

[3] Laura Edwards-Leeper and Erica Anderson, the Mental Health Establishment is Failing Trans Kids, Washington Post, Nov. 24, 2021, *available at* https://www.washingtonpost.com/outlook/2021/11/24/trans-kids-therapy-psychologist/.

35.     Dr. Levine cites my evaluations of the Plaintiffs in this case as an example of the supposed downgrading of mental health assessments under the Standards of Care.  (Levine Report, ¶ 75).  But clinical interviews with patients are typically used to diagnose other DSM diagnoses and determine treatment.  This widely used assessment tool is not unique to gender dysphoria. Clinical interviews also are frequently conducted via telehealth platforms and recognized by the Standards of Care as an appropriate communication mode for a variety of reasons, including as part of a response to the global pandemic.

36.     Dr. Levine asserts "[i]n my experience most current members of WPATH have little ongoing experience with the mentally ill."  (Levine Report, ¶ 74).  I do not know what he is basing this on since he has not been involved with WPATH in two decades.  But it is simply not true.  I have been involved with WPATH for many years and have 35 years of experience treating people with mental illnesses.  And there are many others like me in WPATH.  Mental health providers make up the largest percentage of WPATH's membership.  These mental health professionals are licensed and regulated by state licensing boards, and most provide care to both cisgender and transgender clients—including those with serious mental illness.  Having been actively involved for three decades as a UCSF professor in the training of psychiatry residents, internal medicine residents and fellows, and medical students, as well as of mental health and medical professionals at conferences around the nation, by my observation, the mainstream views of health professionals on transgender care include widespread acceptance of the WPATH Standards of Care.

37.     As a clinician who, unlike Dr. Levine, actively works with a multitude of clinicians providing care to transgender youth and adults, I am acutely aware of the dedicated professionals who provide care to transgender people, like the care they provide to others, undertaking serious

endeavor in trying to provide the best care for their patients according to prevailing standards of care, not the pushing of a political agenda.

<u>**GENDER-AFFIRMING MEDICAL CARE CAN HAVE
LONG-TERM BENEFITS FOR PATIENTS**</u>

38.     Dr. Levine claims that there is "no convincing evidence" that gender-affirming care results in "lasting improvements" to health and well-being.  (Levine Report, ¶ 95).  This is incorrect.  Dr. Levine may not be convinced, but evidence of benefit has been presented.  One large meta-analysis and listing of studies categorized into whether or not the study shows benefits is Cornell University's "What We Know series, What does the scholarly research say about the effect of gender transition on transgender well-being?" which lists 51 studies published between 1991 and 2017 that have shown benefits from gender-affirming care.  *See* https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/  (finding "a robust international consensus in the peer-reviewed literature that gender transition, including medical treatments such as hormone therapy and surgeries, improves the overall well-being of transgender individuals").

39.     Dr. Levine's claims also are inconsistent with my own decades-long clinical experience.  I have treated people ranging from adolescents to the elderly.  Many of my patients have remained with me for decades, e.g., where a patient is on medications that need to be monitored, and their medical transition was a positive health care decision not just in the short term but for the course of their lives.

40.     Dr. Levine's assertions based on anecdotal evidence that "regret" and "detransition" are starting to mount (Levine Report, ¶¶ 38, et seq.) is inconsistent with the data.  A study of everyone receiving gender-affirming surgery in Sweden over 50 years (1960 to 2010)

13
**JA657**

found a regret rate of 2.2%, declining over the years.  There were ten cases of regret from 1960 to 1980, and only five cases of regret total in the last 30 years that were reviewed, from 1981-2010. (Dhejne, et al., 2014).  A meta-analysis of 27 studies which reported regret after gender-affirming surgery found that of 7928 people having gender-affirming surgery, the regret rate was 1%. (Bustos, et al., 2021).  Dr. Levine dismisses this study, but one that he cites (Wiepjes, et al 2018) showed even lower regret rates—0.3%-0.6%.  These regret rates are very low, especially in comparison to rates of regret for a number of surgical procedures that cisgender people undergo. For example, one study of women who had mastectomy for breast cancer, followed by breast reconstructive surgery, reported a 47% regret rate for having breast reconstruction (Sheehan, et al., 2008).

41.    Dr. Levine's assertion is also at odds with my clinical experience.  I have had some patients who halted their transition due to challenging personal circumstances—e.g., fear of losing family support—but they still had gender dysphoria.  And some came back years later to resume their transition.  But in 30 years, I have never seen a patient who had undergone hormone therapy and/or surgery and later came to identify with their sex assigned at birth and, thus, regretted the treatment and wanted to undo its effects.

42.    Dr. Levine's assertions that successful transition for transgender individuals "is not biologically attainable" (Levine Report, ¶ 18) due to lack of reproductive capacity are untrue. Some transgender individuals retain reproductive capacity and have children. Transgender individuals may find other ways to build families, but so do other individuals who need medical assistance with reproduction or choose to adopt.  Reproductive capacity is not what makes a person a man or a woman, and we do not describe others as less of a man or woman for needing assistance with family building or choosing not to raise children.

43.     Apparently in support of the unattainable goal of trying to deter people from being transgender, Dr. Levine makes the wholly unsupported statement that transgender people are not attractive, are unable to form lasting relationships and attract sexual-romantic partners, are not loved by others, and do not have friends because people will not be comfortable interacting with them.  (Levine Report, ¶¶ 140, 141, 142).  That may be his own view of transgender people, but it is not at all consistent with clinical experience, including my own.  Many transgender people, when appropriately treated, lead fulfilling lives, forming romantic relationships and having families, and having close relationships with friends and extended family.

## DR. LEVINE'S MISREPRESENTATION OF THE SCIENTIFIC LITERATURE

44.     Dr. Levine misrepresents the scientific literature regarding treatment for transgender people in at least three ways.  First, he makes assertions that run contrary to a large body of literature, much of which he ignores.  For example, Dr. Levine states that mainstream transgender care, including gender confirming surgery, lacks a "long-term demonstrated efficacy, and points to a growing risk of harm and regret."  (Levine Report, ¶ 15).  In fact, transgender care, including gender confirming surgery, has been studied extensively, with much evidence of the effectiveness of such treatment, and of low regret rates.  (Cornell "What We Know" systematic review; see also, e.g., Almazan and Keuroghlian, 2021; Colton-Meier, et al., 2011; Murad, et al., 2010; Smith, et al., 2005; Pfafflin & Junge, 1998).

45.     Second, Dr. Levine cites a number of unscientific sources to support his opinions, including for example The Federalist, a conservative online magazine; a piece labeled "Opinion" in Newsweek; https://genderreport.ca, a non-scientific Canadian website; and pieces simply posted on a website, https://segm.org/.

46.     Third, Dr. Levine mischaracterizes a number of the sources he cites.  Dr. Levine

discusses research by Cecelia Dhejne (2011) regarding suicidality in transgender people.   These

numbers were based on a total of 10 transgender people in 30 years (1973-2003) who committed

suicide, versus 5 suicides in a control group of cisgender people.  From 1987-2003, there was no

statistically significant difference in suicide risk between transgender people and cisgender

controls.  The study was not designed to compare people who had gender affirming care with those

who had not, and therefore no conclusions can be drawn from that study about the efficacy of

gender-affirming care.  (Levine Report, ¶ 109).  In fact, the peer reviewed literature does show a

reduction in suicidality after access to gender-affirming care (Almazan and Keuroghlian 2021;

Tordoff et al. 2022) .

47.     As an additional example, Dr. Levine critiques an article cited in my original report,

de Vries et al. (2014), suggesting that the study showed poor health outcomes for four participants.

(Levine Report, ¶ 39).  Once again, Dr. Levine misrepresents the literature.  One patient died from

post-surgical necrotizing fasciitis, a bacterial infection that can be a side effect of any surgery.  Dr.

Levine falsely suggests that three patients developed obesity and diabetes due to hormone therapy

(*id.*), but the study only states that three study participants were ineligible for surgery due to those

conditions, and does not report them as side effects of the hormone therapy (de Vries et al. 2014).

48.     Levine also cites C.M. Wiepjes, et al. (2020) in paragraph 110 n.174 of his report

for the proposition that rates of suicide are similar across all stages of transition.  But while this

Dutch study shows a higher suicide rate in transgender patients of the clinic than in the *general*

population, it also showed a *decrease* in the suicide rate for transgender women over time, and

made no assertions of the effect of treatment on suicide risk.  Finally, Dr. Levine invokes

Bränström and Panchankis as "the most conclusive results" regarding the effects of gender

affirming care. (Levine Report, ¶ 111 et seq.). His argument appears to be that because a correction was issued as to some findings in the paper, this should be understood as casting doubt on the efficacy of this care writ large. But there is a broad body of scientific literature establishing the health benefits of access to gender-confirming care, and Dr. Levine's focus on this particular article does not affect the breadth of the larger literature establishing that this care is safe and effective.

49.    Dr. Levine also claims that the Endocrine Society "implores researchers to not conflate biological sex … with the concept of gender identity." (Levine Report, ¶ 17 (citing Bhargava A., et al.)). This both misunderstands the nature of my original testimony, which is that all people have a collection of sex-related characteristics; and misconstrues Bhargava, which expressly points readers to the Endocrine Society guidelines for treatment of transgender people. As I previously explained (Karasic Report, ¶ 20), those guidelines expressed caution against the use of the term "biological sex" as imprecise. (Hembree, et al., 2017).

50.    As another example, Dr. Levine attempts to undermine the WPATH Standards of Care by invoking a decision of the U.S. Department of Health and Human Services involving an exclusion of coverage for gender-affirming care. (Levine Report, ¶ 24). He neglects to mention this decision was issued as part of the agency's determination that it should *remove* the exclusion on coverage for gender-affirming care. Dep't of Health and Human Servs., Departmental Appeals Board, Appellate Div., NCD 140.3, Transsexual Surgery (2014).

51.    Dr. Levine claims that I prefer to rely upon "systematic reviews of evidence commissioned and paid for by WPATH." (Levine Report, ¶ 28). Other than the WPATH Standards of Care and WPATH Position Statements, which are organized and released by WPATH, none of my citations of scientific evidence on the benefits of transgender care are

"commissioned and paid for by WPATH." The studies cited are the result of independent research that is submitted to scientific journals and subjected to peer review before publication.

52.    Dr. Levine's assertions that the evidence base for treatment of gender dysphoria is of "very low quality and unfit tool for clinical decision-making." But this ignores that the quality of the evidence base for gender-affirming care is well in line with a variety of other conditions that are routinely treated. Even the source he cites, Dahlen, et al. 2021, acknowledges that "finding poor quality [clinical practice guidelines] is not confined to this area of healthcare."

53.    Dr. Levine mentions ratings of quality of evidence for transgender care, including randomized control trials. (Levine Report, ¶ 96). Randomized, controlled, blinded trials of whether a child or adult is allowed to transition are not possible. Often evidence is derived from lesser-graded evidence, not only for transgender care, but for many treatments for which randomized, controlled, blinded trials are not possible.

## DR. LEVINE'S DESCRIPTION OF GENDER-AFFIRMING CARE FOR ADOLESCENTS WITH GENDER DYSPHORIA BEARS NO RESEMBLANCE TO THE PREVAILING TREATMENT PROTOCOLS

54.    Dr. Levine offers a description of medical care for adolescents with gender dysphoria that bears no resemblance to the widely accepted protocols for treatment articulated in the WPATH Standards of Care 7 ("WPATH SOC") and the Endocrine Society Guideline. Throughout his report, Dr. Levine claims that doctors who provide medical interventions to treat gender dysphoria "are expected to accept a patient's self-diagnosis of gender dysphoria," rush to provide medical interventions without psychiatric assessments of patients, disregard other mental health and family issues that could be causing the patient distress, oppose psychotherapy, and fail to inform patients and their families of the risks associated with treatment. (*See, e.g.*, Levine, ¶ 148).

18
**JA662**

55.    Dr. Levine suggests that this is not just an accepted mode of treatment, but "expected"—but the model he describes is completely at odds with the protocols provided in the WPATH SOC and the Endocrine Society Guideline:

- The protocols provide that before any medical or surgical interventions are provided to adolescents, a careful mental health assessment should be conducted to ascertain whether the diagnostic criteria for Gender Dysphoria in Adolescents and Adults are met and the appropriateness of such care for the patient. (Coleman, et al., 2012, at 18; Hembree, et al., 2017, at 3877).

- The protocols provide for the mental health assessment to evaluate other issues that may be causing the patient distress. (Coleman, et al., 2012, at 18 ("Before any physical interventions are considered for adolescents, extensive exploration of psychological, family, and social issues should be undertaken."); Hembree, et al., 2017, at 3876 (clinicians must be able to diagnose psychiatric conditions)).

- The protocols provide that clinicians should ensure that any psychiatric conditions are appropriately treated and that it is important that mental health care is available to patients before, during, and sometimes after transitioning. (Hembree, et al., 2017, at 3876, 3879.)

- The protocols provide for a rigorous informed consent process that includes informing the patient and their parents of side effects of treatment, including the potential loss of fertility. For hormone therapy, in addition to requiring the parents' informed consent, the adolescent must have "sufficient mental capacity . . . to estimate the consequences of this (partly) irreversible treatment, weigh the benefits and risks, and give informed consent." (Hembree, et al., 2017, at 3878.)

56.     As described above, under the WPATH SOC and Endocrine Society Guideline, affirming care for transgender youth does not mean steering them in any particular direction, but rather supporting them through their period of exploration of gender expression and increasing self-awareness of their identity.  (Coleman, et al., 2012, at 18; Ehrensaft, 2017).  The WPATH SOC 7 makes clear that "[h]ormonal or surgical interventions are appropriate for some adolescents, but not for others."  (Coleman, et al., 2012, at 16).

57.     There is no basis for Dr. Levine's suggestion that providing gender-affirming medical care will cause youth with gender dysphoria who would otherwise desist to, instead, persist.  (*See, e.g.*, Levine, ¶¶ 139, 154).  This claim erroneously relies on the assertion that social transition in prepubertal children can cause their gender dysphoria to persist into adolescence. First, contrary to Dr. Levine's suggestion, the fact that there is a correlation between social transition prior to puberty and persistence does not establish that social transition causes persistence of gender dysphoria.  A recently published study, which Dr. Levine fails to cite, has found this not to be true. The study authors found that gender identification did not meaningfully differ before and after social transition. (Rae, et al., 2019).  As a Steensma study reported (*see* Steensma, 2013), the intensity of gender dysphoria prior to puberty predicted persistence, and children with more intense dysphoria were more likely to socially transition.  Second, whatever conclusions can be drawn from these desistance studies about the impact of gender affirmation on the persistence rates in prepubertal children, as discussed above, this research does not apply to adolescents with gender dysphoria, for whom desistance is rare.

58.     In addition, Dr. Levine's criticism, particularly with regard to desistance, relies heavily on studies relying on the now obsolete and overly broad categorizations contained in the DSM III-R and DSM IV for "Gender Identity Disorder in Children."  Importantly, one could meet

criteria for the DSM III-R or DSM-IV diagnosis of gender identity disorder without identifying as transgender because the diagnostic criteria did not require identification with a gender other than the one assigned to the person at birth. This problem with the diagnosis was remedied with the new DSM-5 diagnosis of "gender dysphoria in children," which requires a child to have "a strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender)." It is therefore not surprising that the children discussed in the studies cited by Dr. Levine did not identify as transgender at follow-up as these children did not necessarily identify as transgender to begin with.

59.     Dr. Levine cites a survey by Lisa Littman of participants on discussion websites for parents who opposed their children's gender transition and derived a theory that adolescents develop "rapid onset gender dysphoria" via "social contagion." This survey has been contradicted by the World Professional Association for Transgender Health. The survey was of parents' perception after learning of their children's transgender identity, rather than of the children themselves, and conflicts with the experience of those who work with the children themselves. No conclusions can be drawn from the Littman survey other than the fact that some anonymous people recruited from internet sites who opposed transition care for youth speculate that transgender identity is due to social contagion. This speculation from anonymous people online does not constitute a reliable source, and does not establish a true phenomenon. No study to date has demonstrated that the determinant of gender identity is psychosocial. Moreover, the diagnostic criteria for gender dysphoria are rigorous and if there were individuals claiming a transgender identity to fit into a peer group, they would not meet the criteria for a gender dysphoria diagnosis let alone be deemed to need medical interventions.

60.     Furthermore, noting the serious flaws with the Littman survey, a correction to the article was later published, which noted that, "Rapid-onset gender dysphoria (ROGD) is not a formal mental health diagnosis at this time" and that the "report did not collect data from the adolescents and young adults (AYAs) or clinicians and therefore does not validate the phenomenon."  The correction goes on to say that "the term should not be used in any way to imply that it explains the experiences of all gender dysphoric youth."[4]

### DR. LEVINE OFFERS NO ALTERNATIVE EFFECTIVE TREATMENT FOR PEOPLE WITH GENDER DYSPHORIA

61.     Dr. Levine disapproves of existing protocols for treating gender dysphoria, but the alternative treatments he proposes lack any evidence of effectiveness.

62.     Dr. Levine claims there is evidence that psychotherapy can sometimes enable a return to a gender identity that matches sex assigned at birth but offers nothing but anecdotes of "reinvestment" in one's sex assigned at birth.  (Levine Report, ¶ 88 ("I and other clinicians have witnessed reinvestment in the patient's biological sex in some individual patients following a period of time.")).  Efforts were made in the past to assist patients to come to identify with their sex assigned at birth but those efforts have proven to be ineffective and harmful and, thus, treatment with the goal of changing a person's gender identity is no longer considered ethical. (Coleman, et al., 2012, at 16; American Psychological Association, 2021).

---

[4] Dr. Levine states that I attempted to "suppress the presentation of a key research paper at a scientific conference."  (Levine Report, ¶ 58).  This is simply incorrect.  Dr. Levine is referring to the conference abstract by Littman published by the Journal of Adolescent Health in 2017. The poster was accepted for a conference sponsored by the Society for Adolescent Health and Medicine.  I was not involved in this conference or organization, and had no awareness of the abstract, the conference, or the organization that held the conference until after the conference, and certainly made no effort to suppress its presentation at the conference.

63.    But even Dr. Levine admits that there is no scientific support for his preferred method of withholding care from transgender youth.  (Levine Report, ¶ 37 ("It is true that quality evidence proving long-term effectiveness of psychotherapy interventions [alone] is missing")).  While psychotherapy can provide support with issues that arise in tandem with gender dysphoria, this approach alone is not a substitute for medical interventions where medically indicated for a particular patient.

64.    Dr. Levine points to "gender-psychotherapy" and "watchful waiting" as alternative treatment approaches to the existing treatment paradigms outlined in the WPATH SOC and the Endocrine Society Guideline.  (Levine Report, ¶ 160).  While "watchful waiting" is an approach for prepubertal children followed by some clinicians, it is not an accepted approach used with adolescents.  That is because, while there are studies finding that many prepubertal children diagnosed with Gender Identity Disorder (a precursor diagnosis to Gender Dysphoria in Children) identified with their sex assigned at birth at a later follow up, there is no evidence that gender dysphoria that continues into adolescence is likely to desist.  To the contrary, all of the research on this topic makes clear that desistance is a prepubertal phenomenon.  (*See, e.g.*, Steensma, 2011).  Dr. Levine himself admits that his advocacy for watchful waiting is unsupported by scientific evidence.  (Levine, ¶ 160 ("The results of alternative approaches, such as watchful waiting for children, or gender-psychotherapy, are likewise lacking in long-term evidence.")).

65.    Dr. Levine relies significantly on the work of Kenneth Zucker in support of "watchful waiting."  (*See, e.g.*, Levine, ¶ 90).  But Zucker recognizes the need for medical interventions for gender dysphoria in adolescence and does not suggest that watchful waiting is appropriate for adolescents.  (Zucker, et al., 2010).  His clinic in Toronto provided puberty blockers and hormone therapy to adolescents with gender dysphoria.  (Zucker, et al., 2010).  Similarly, the

Dutch researchers who coined the term watchful waiting for prepubertal children did the seminal research on medical interventions for those patients whose gender dysphoria persists until adolescence and found that puberty blockers, hormones, and later surgery successfully treated gender dysphoria in the same youth once they were of developmental stage for those treatments. (de Vries, 2011; Steensma, 2011; de Vries, 2014).  The result was that mental health outcomes significantly improved in the youth who received transition care in the study. *Id.*  Other studies have also shown improvement in mental health measures in trans youth with gender- affirming medical treatment.  (van der Miesen, et al., 2020; Kuper, et al., 2020).  It is important to emphasize that in the Dutch research, the youth who were going to desist from the gender identity disorder diagnosis were not treated with medications and surgery, and desistance occurred before puberty. The youth whose gender dysphoria persisted to puberty, and who were therefore treated, did not have a reversion to the gender identity congruent with sex assigned at birth, nor did any research participants who transitioned experience regret at doing so.

66.    Dr. Levine admits that "alternative approaches" to gender affirming care lack evidence but then states "psychotherapy is a promising intervention for young people."  (Levine Report, ¶ 160).  Some young people, transgender or not, benefit from psychotherapy, which is not a new treatment for those in distress.  However, this therapy does not change gender identity, and is not a substitute for gender-affirming medical and surgical care in those where such interventions are medically indicated.  Dr. Levine appears to endorse psychotherapy for the purpose of attempting to persuade transgender youth that they are not transgender.  Gender identity change efforts, or conversion therapy, have been rejected by major mental health organizations as harmful and unethical, including the American Psychological Association and the American Psychiatric Association.

24
**JA668**

67.    Dr. Levine asserts that a number of countries "have either stopped or sharply curtailed" gender-affirming care.  (Levine, ¶ 102).  But none of the countries he discussed—U.K., Finland, or Sweden—has banned care.  Sweden, in response to the Bell v. Tavistock court decision in the U.K. (since overruled), made a decision to stop initiating gender-affirming medical interventions to minors outside of the context of research protocols, but to continue to provide care to existing patients.  In none of these countries has a law banning transition care to minors been enacted and in none of these countries is gender-affirming care for minors unavailable.

68.    The suggestion that adolescents can just wait until they are 18 years old to get care ignores the harm of not providing the care.  Allowing endogenous puberty to advance is not a neutral decision.  For many adolescents, the development of secondary sex characteristics that do not match their gender identity can have a severe negative impact on their mental health and can exacerbate lifelong dysphoria because some of those characteristics are impossible to change later through surgeries.

69.    As I explained in my original report, the overarching goal of treatment is to eliminate the distress of gender dysphoria by aligning an individual patient's body and presentation with their internal sense of self.  The denial of medically indicated care to transgender people not only results in the prolonging of their gender dysphoria, but causes additional distress and poses other health risks, such as depression, posttraumatic stress disorder, and suicidality.  The prevalence of these mental health conditions is widely thought to be a consequence of minority stress, the chronic stress from coping with societal stigma and discrimination because of one's identity, including gender identity and gender expression.  (American Medical Association, 2019).  In other words, lack of access to gender affirming care directly contributes to poorer mental health outcomes for transgender people.  (Owen-Smith, et al., 2018).

### DR. LEVINE DRAWS INAPPROPRIATE CONCLUSIONS FROM THE
### NUMBERS AND SEX-RATIOS OF GENDER CLINIC REFERRALS

70.    Dr. Levine references the increase in the numbers of referrals to gender clinics, and changes in sex ratios of patients.  (Levine, ¶¶ 59, 91).  As an initial matter, in his caricature of doctors pushing medical transition, Dr. Levine says the field is ignoring and avoiding exploration of these developments.  (Levine, ¶ 59).  That is not the case.  Indeed, the draft WPATH SOC, 8th revision Adolescent chapter specifically discusses the increase in referrals to gender clinics and the sex ratios of these young patients.  (*See* WPATH SOC Draft for Public Comment - Adolescent, Dec. 2021, at 1, 3-4).  But Dr. Levine draws unsupported conclusions about the rise in number of referrals and changes in sex ratios observed in some clinics.  He claims this means adolescents are rapidly adopting a transgender identity only to change their mind later, leading them to undergo irreversible medical treatments they later regret.  This conclusion is unfounded.

71.    The rise in numbers of referrals is hardly surprising given the greater awareness on the part of youth and their parents of what gender dysphoria is and that care is available, as well as the significant increase in the number of clinics available to provide care.  In addition, the stigma associated with being transgender, while still significant, has lessened in recent years.  Coming out to parents and seeking care are options that did not exist for many youth until recently, so an increase in numbers of referrals to gender clinics is not surprising.

72.    While increases in numbers and changes in sex ratios of patients referred to some gender clinics have been reported, since the number of patients referred to gender clinics reflects only a small fraction of the people identifying as transgender, these changes may reflect changes in referral patterns to clinics rather than changes in the number of people identifying as transgender.

73.     Sex ratios of patients vary from clinic to clinic and over time.  When I was the psychiatrist for the Dimensions Clinic for transgender youth in San Francisco from 2003 to 2020, a consistent majority of my patients were assigned female at birth.  Other clinics have had more assigned male at birth patients.  The rise in numbers and percentage of patients assigned female at birth observed at some clinics in recent years is not surprising given the historical development of the study of gender dysphoria in youth.  The first large American study of gender non-conforming youth was the Feminine Boy Study at UCLA.  There was significant societal discomfort with and rejection of boys who departed from sex stereotypes—the director of the study referred to them as "sissy boys" in the book resulting from the study—and these boys often experienced bullying from peers.  In this context, boys who were perceived to be effeminate were the population brought in to psychiatrists by their parents and were the population that was initially studied by researchers.  (Green, 1987).  Parents were not as concerned about gender non-conforming girls as they were more socially accepted.  There was also less awareness among the general public of the existence of transgender males and that transitioning was an option for individuals assigned female at birth who were experiencing gender dysphoria.  The increase in awareness in recent decades made it possible for individuals who ultimately came to identify as transgender men to come out and seek care.

**CONCLUSION**

74.     Dr. Levine presents a perspective on transgender health that is far from the mainstream medicine and mental health practices.  The practice of transgender health and the medical necessity of the provision of health care to treat gender dysphoria is well established.  Transgender patients benefit from their healthcare, regret rates are very low, and the treatments

endorsed by mainstream medicine have been shown to improve quality of life, decrease distress, and decrease suicidality.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and corrected.

Executed this _____17_____ day of March, 2022.

_____
Dan H. Karasic, M.D.

Subscribed and sworn before me, a Notary Public in and for the ___County of Norfolk___, State of

___Virginia___, this _17_ day of ___March___, 2022.

KETSIA MCCLEASE
Electronic Notary Public
Commonwealth of Virginia
Registration No. 327724
My Commission Expires Apr 30, 2023

_____Ketsia McClease_____
Signature of Notary

This notarial act was performed online by way of
two-way audio/video communication technology.

# 1647460027-karasic-rebuttal-report_final

Final Audit Report                                                              2022-03-17

| | |
|---|---|
| Created: | 2022-03-17 |
| By: | Ketsia McClease (ketsiac@aol.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAoIGkt9Tlc854xAbdXnmpLoTS9rwOoo0e |

## "1647460027-karasic-rebuttal-report_final" History

📄 Document created by Ketsia McClease (ketsiac@aol.com)
   2022-03-17 - 5:06:04 PM GMT- IP address: 68.225.139.93

✉️ Document emailed to Dan Karasic (karasic@gmail.com) for signature
   2022-03-17 - 5:08:35 PM GMT

📄 Email viewed by Dan Karasic (karasic@gmail.com)
   2022-03-17 - 5:12:24 PM GMT- IP address: 66.249.84.197

✍️ Document e-signed by Dan Karasic (karasic@gmail.com)
   Signature Date: 2022-03-17 - 5:12:59 PM GMT - Time Source: server- IP address: 52.119.116.207

✅ Agreement completed.
   2022-03-17 - 5:12:59 PM GMT

 Adobe Sign

# Exhibit A

## A  ARASIC  I  IO RA

Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology, 7*(3), 302–311. https://doi.org/10.1037/cpp0000288.

Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, 156(7), 611–618. https://doi.org/10.1001/jamasurg.2021.0952.

American Academy of Child and Adolescent Psychiatry (2019). Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth, *available at* https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx.

American Academy of Family Physicians (2020). Care for the Transgender and Nonbinary Patient, *available at* www.aafp.org/about/policies/all/transgender-nonbinary.html.

American Academy of Pediatrics (2018). Policy Statement:  Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents, *available at* https://pediatrics.aappublications.org/content/142/4/e20182162.

American College of Obstetricians and Gynecologists (2021). Committee Opinion No. 823: Health Care for Transgender and Gender Diverse Individuals, *available at* https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2021/03/health-care-for-transgender-and-gender-diverse-individuals

American Medical Association (2021). Letter to National Governor's Association , *available at* https://searchlf.ama-assn.org/letter/documentDownload?uri=%2Funstructured%2Fbinary%2Fletter%2FLETTERS%2F2021-4-26-Bill-McBride-opposing-anti-trans-bills-Final.pdf.

American Psychiatric Association. Treatment of patients with eating disorders,third edition. American Psychiatric Association. Am J Psychiatry. 2006 Jul;163(7 Suppl):4-54. PMID: 16925191.

American Psychiatric Association. (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association (2018). Position Statement on Access to Care for Transgender and Gender Diverse Individuals, *available at* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2018-Access-to-Care-for-Transgender-and-Gender-Diverse-Individuals.pdf.

American Psychiatric Association (2018). Position Statement on Conversion Therapy and LGBTQ Patients, *available at* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-Conversion-Therapy.pdf

American Psychiatric Association (2020). Position Statement on Issues Related to Sexual Orientation and Gender Minority Status, *available at* https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-Sexual-Orientation-Gender-Minority-Status.pdf

American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts, *available at* https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

American Psychological Association (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, 70, 832-864

Bauer GR, Scheim AI, Pyne J, Travers R, Hammond R. Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. BMC Public Health. 2015 Jun 2;15:525. doi: 10.1186/s12889-015-1867-2. PMID: 26032733; PMCID: PMC4450977.

Brik, T., Vrouenraets, L.J.J.J., de Vries, M.C. *et al.* (2020). Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. *Arch Sex Behav* 49  2611–2618, *available at* https://doi.org/10.1007/s10508-020-01660.

Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477, *available at* https://doi.org/10.1097/GOX.0000000000003477.

Byne, W., Karasic, D. H., Coleman, E., Eyler, A. E., Kidd, J. D., Meyer-Bahlburg, H. F. L., … Pula, J. (2018). Gender dysphoria in adults: An overview and primer for psychiatrists. *Transgender Health*, *3*(1), 57-70, *available at*https://doi.org/10.1089/trgh.2017.0053.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13(4), 165-232.

Colton-Meier, S. L., Fitzgerald, K. M., Pardo, S. T., & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health*, 15(3), 281-299.

Crissman, H. P., Berger, M. B., Graham, L. F., & Dalton, V. K. (2017). Transgender Demographics: A Household Probability Sample of US Adults, 2014. *American journal of public health*, *107*(2), 213–215. https://doi.org/10.2105/AJPH.2016.303571.

Daniel, H., & Butkus, R. (2015). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163*(2), 135-137, *available at* https://doi.org/10.7326/M14-2482.

Danker, S., Narayan, S.K., Bluebond-Langner, R., Schechter, L.S., Berli, J.U. (2018). Abstract: A Survey Study of Surgeons' Experience with Regret and/or Reversal of Gender-Confirmation Surgeries, *Plastic and Reconstructive Surgery - Global Open*. September 2018 6 (9 Suppl): 189-189. doi: 10.1097/01.GOX.0000547077.23299.00.

Department of Health and Human Services., Departmental Appeals Board, Appellate Div., NCD 140.3, Transsexual Surgery (2014)

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics, 134*(4), 696-704, *available at* https://doi.org/10.1542/peds.2013-2958.

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The journal of sexual medicine, 8*(8), 2276–2283, *available at* https://doi.org/10.1111/j.1743-6109.2010.01943.x.

Deutsch, M.B. (ed.). (2016). Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People (2d ed.). San Francisco, CA: UCSF Center of Excellence for Transgender Health.

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960-2010: prevalence, incidence, and regrets. *Archives of Sexual Behavior, 43*(8), 1535–1545, *available at* https://doi.org/10.1007/s10508-014-0300-8.

Drescher, J., Haller, E., & Yarbrough, E. (2018). Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists and the Council on Minority Mental Health and Health Disparities, American Psychiatric Association.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental Health and Self-Worth in Socially Transitioned Transgender Youth. *Journal of the American Academy of Child and Adolescent Psychiatry, 56*(2), 116–123.e2. https://doi.org/10.1016/j.jaac.2016.10.016.

Endocrine Society (2020). Transgender Health, an Endocrine Society position statement, *available at* https://www.endocrine.org/advocacy/position-statements/transgender-health.

Ehrensaft D. (2017). Gender nonconforming youth: current perspectives. *Adolescent Health, Medicine and Therapeutics, 8*, 57–67, *available at* https://doi.org/10.2147/AHMT.S110859.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S., Meyer, W. J., Murad, M. H., … T'Sjoen, G. G. (2017). Endocrine treatment of genderdysphoric/gender-incongruent persons:

3

**JA679**

An Endocrine Society clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism*, *102*(11), 3869-3903, *available at* https://doi.org/10.1210/jc.2017-01658 .

Herman, J. (2013). Costs and Benefits of Providing Transition-related Health Care Coverage in Employee Health Benefits Plans: Findings from a Survey of Employers. *UCLA: The Williams Institute*. Retrieved from https://escholarship.org/uc/item/5z

Inwards-Breland D. Mental Health Outcomes and Receipt of Gender Affirming Care. Presented at the American Academy of Pediatrics 2021 Virtual Conference & Exhibition.

Korpaisarn, S., & Safer, J. D. (2019). Etiology of Gender Identity. *Endocrinology and metabolism clinics of North America*, *48*(2), 323–329, *available at*https://doi.org/10.1016/j.ecl.2019.01.002.

Kuper, L.E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy.  *Pediatrics*. 145. e20193006. 10.1542/peds.2019-3006.

Lopez, X., Marinkovic, M., Eimicke, T., Rosenthal, S.M., & Olshan, J.S. (2017). Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on transgender health. *Current Opinion in Pediatrics*. 29(4): 475-480. doi:10.1097/MOP.0000000000000516.

Medical Accident Group. (May 28, 2014). Two thirds of Brits regret having cosmetic surgery. https://www.medicalaccidentgroup.co.uk/news/two-thirds-brits-regret-cosmetic-surgery/ (last accessed May 25, 2021).

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, 72(2), 214-231.

Owen-Smith, A. A., Gerth, J., Sineath, R. C., Barzilay, J., Becerra-Culqui, T. A., Getahun, D., Giammattei, S., Hunkeler, E., Lash, T. L., Millman, A., Nash, R., Quinn, V. P., Robinson, B., Roblin, D., Sanchez, T., Silverberg, M. J., Tangpricha, V., Valentine, C., Winter, S., Woodyatt, C., … Goodman, M. (2018). Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals. *The journal of sexual medicine*, *15*(4), 591–600, *available at* https://doi.org/10.1016/j.jsxm.2018.01.017.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis. *Journal of general internal medicine*, *31*(4), 394–401. https://doi.org/10.1007/s11606-015-3529-6

Pediatric Endocrine Society (2020). Position Statement: Transgender Health. https://www.endocrine.org/-/media/a65106b6ae7f4d2394a1ebeba458591d.ashx.

**JA680**

Pediatric Endocrine Society Opposes Bills that Harm Transgender youth (2021), *available at* https://pedsendo.org/news-announcements/the-pediatric-endocrine-society-opposes-bills-that-harm-transgender-youth-2/.

Pfafflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991. (Jacobson & Meir, trans.).

Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

Saraswat, A., Weinand, J.D., & Safer, J. (2015). Evidence supporting the biologic nature of gender identity. *Endocrine Practice, 21 2*, 199-204.

Sheehan, J., Sherman, K. A., Lam, T., & Boyages, J. (2008). Regret associated with the decision for breast reconstruction: the association of negative body image, distress and surgery characteristics with decision regret. *Psychology & health*, *23*(2), 207–219, *available at* https://doi.org/10.1080/14768320601124899.

Smith, Y., Van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99.

Steensma, TD et al. (2013). Factors Associated With Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-Up Study. Journal of the American Academy of Child & Adolescent Psychiatry. 52(6): 582-590

Substance Abuse and Mental Health Services Administration. (2015). Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Tordoff DM, Wanta JW, Collin A, Stepney C, Inwards-Breland DJ, Ahrens K. Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA Netw Open*. 2022;5(2):e220978. doi:10.1001/jamanetworkopen.2022.0978.

Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. Pediatrics. 2020 Feb;145(2):e20191725. doi: 10.1542/peds.2019-1725. Erratum in: Pediatrics. 2021 Apr;147(4): PMID: 31974216; PMCID: PMC7073269.

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704, *available at* https://doi.org/10.1016/j.jadohealth.2019.12.018.

Wallien MSC, Cohen-Kettenis P.T. (2008). Psychosexual Outcome of Gender-Dysphoric Children. *Journal of the American Academy of Child and Adolescent Psychiatry*, 47(12): 1413-23, *available at* DOI:https://doi.org/10.1097/CHI.0b013e31818956b9

What We Know Project, Ctr. for the Study of Inequality, Cornell Univ., What does the scholarly research say about the effect of gender transition on transgender well-being?, *available at* https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

Wiepjes, C.M., Nota, N. M., de Blok, C.J., Klaver, M., de Vries, A.L., Wensing-Kruger, S.A., ... & Gooren, L.J. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets. *The Journal of Sexual Medicine*, 15(4), 582-590.

World Health Organization. (2018). Gender Incongruence. In International Classification of Diseases, 11th Revision, *available* at https://icd.who.int/browse11/l-m/en#/http%3A%2F%2Fid.who.int%2Ficd%2Fentity%2F411470068.

World Medical Association. (2017, February 17). WMA statement on transgender People, *available at* https://www.wma.net/policies-post/wma-statement-on-transgender-people/.

World Professional Association for Transgender Health. (2018). WPATH Position on "Rapid-Onset Gender Dysphoria (ROGD)," *available at* https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf.

World Professional Association for Transgender Health. (2016). Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A. https://www.wpath.org/newsroom/medical-necessity-statement

Zhang, Q., Goodman, M., Adams, N., Corneil, T., Hashemi, L., Kreukels, B., Motmans, J., Snyder, R., & Coleman, E. (2020). Epidemiological considerations in transgender health: A systematic review with focus on higher quality data. *International journal of transgender health*, *21*(2), 125–137. https://doi.org/10.1080/26895269.2020.1753136.

Zucker, K., et al (2010) Puberty-Blocking Hormonal Therapy for Adolescents with Gender Identity Disorder: A Descriptive Clinical Study, Journal of Gay & Lesbian Mental Health, 15:1, 58-82, DOI: 10.1080/19359705.2011.530574, *available at* http://dx.doi.org/10.1080/19359705.2011.530574.

First Amended Class Action Complaint, *Fain v. Crouch*, Case No. 3:20-cv-00740 (S.D.W.V.)

Health plan booklets for plans offered through the West Virginia Public Employees Insurance Agency and the West Virginia Bureau for Medicaid Services

Medical records of Plaintiffs Christopher Fain, Shauntae Anderson, and Leanne James

CHRISTOPHER FAIN, ET AL vs.                    LOREN S. SCHECHTER, MD
WILLIAM CROUCH, ET AL                                   03/28/2022

```
 1        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2              HUNTINGTON DIVISION

 3

 4  CHRISTOPHER FAIN; ZACHARY
      MARTELL; BRIAN MCNEMAR; SHAWN
 5  ANDERSON a/k/a SHAUNTAE ANDERSON;
      and LEANNE JAMES, individually
 6  and on behalf of all others
      similarly situated,
 7
      Plaintiffs,
 8              Civil Action No. 3:20-cv-00740
                    Hon. Robert C. Chambers, Judge
 9  v.

10  WILLIAM CROUCH, in his official
      capacity as Cabinet Secretary

11  of the West Virginia Department
      of Health and Human Resources;
12  CYNTHIA BEANE, in her official

      capacity as Commissioner for
13  the West Virginia Bureau for
      Medical Services; WEST VIRGINIA
14  DEPARTMENT OF HEALTH AND HUMAN
      RESOURCES, BUREAU FOR MEDICAL
15  SERVICES; JASON HAUGHT, in his
      official Capacity as Director
16  of the West Virginia Public
      Employees Insurance Agency;
17  and THE HEALTH PLAN OF WEST
      VIRGINIA, INC.,
18
      Defendants.
19

20        VIDEO CONFERENCE DEPOSITION
                    OF
21        LOREN S. SCHECHTER, M.D.
                March 28, 2022
22

23

24
```

Realtime Reporters, LLC
schedulerealtime@gmail.com 304-344-8463

**JA683**

CHRISTOPHER FAIN, ET AL vs.
WILLIAM CROUCH, ET AL

LOREN S. SCHECHTER, MD
03/28/2022

1

2

3

4          VIDEO CONFERENCE DEPOSITION
                      OF
5           LOREN S. SCHECHTER, M.D.
                March 28, 2022
6

7

8          Videoconference deposition of DR.

9   LOREN S. SCHECHTER taken by the Defendants

10  under the West Virginia Rules of Civil

11  Procedure in the above-entitled action,

12  pursuant to notice, before Teresa S. Evans, a

13  Registered Merit Reporter, all parties located

14  remotely, on the 28th day of March, 2022.

15

16

17

18          REALTIME REPORTERS, LLC
19          TERESA S. EVANS, RMR, CRR
               713 Lee Street
20          Charleston, WV  25301
               (304) 344-8463
21          realtimereporters.net

22

23

24

CHRISTOPHER FAIN, ET AL vs.                    LOREN S. SCHECHTER, MD
WILLIAM CROUCH, ET AL                                    03/28/2022

```
 1            APPEARANCES:

 2
     APPEARING FOR THE PLAINTIFFS:
 3
             THE EMPLOYMENT LAW CENTER
 4            Walt Auvil, Esquire
             1208 Market Street
 5            Parkersburg, WV  26101

 6            Nora Huppert, Esquire
             Lambda Legal Defense and Education
 7            Fund, Inc.
             65 E. Wacker Pl, Suite 2000
 8            Chicago, IL 60601
             nhuppert@lambdalegal.org
 9
             Tara L. Borelli, Esquire
10            Lambda Legal Defense and Education
             Fund,Inc.
11            1 West Court Square, Suite 105
             Decatur, GA 30030
12            tborelli@lambdalegal.org

13            Avatara Smith-Carrington, Esquire
             Lambda Legal Defense and Education
14            Fund,Inc.
             3500 Oak Lawn Avenue, Suite 500
15            Dallas, Texas 75219-6722

16
     APPEARING FOR THE DEFENDANTS:
17
             Caleb David, Esquire
18            Lou Ann Cyrus, Esquire
             SHUMAN, McCUSKEY & SLICER
19            1411 Virginia Street
             Charleston, WV  25339-3953
20

21

22

23

24
```

**JA685**

## DEPOSITION OF LOREN S. SCHECHTER, M.D.

CHRISTOPHER FAIN, ET AL vs.                          LOREN S. SCHECHTER, MD
WILLIAM CROUCH, ET AL                                              03/28/2022

1      Q.  And when you reviewed that policy, did you

2   believe that those procedures were entirely

3   excluded or -- excuse me, or not covered for

4   transgender patients or for people with gender

5   dysphoria?

6            MS. HUPPERT:  Objection to form?

7      A.  So it would typically only be transgender

8   individuals who would seek to access those

9   interventions.

10      Q.  Well, for instance, in your report, you

11   frequently mention that individuals with breast

12   cancer receive double mastectomy.  That's a common

13   occurrence for an individual with cancer, correct?

14      A.  That can be, yes, one of the options, as --

15   there may be others.

16      Q.  Did you see anything in any of the

17   insurance policies that you reviewed that said if a

18   individual has breast cancer and a double

19   mastectomy is the procedure that is recommended,

20   that the transgendered individual cannot undergo

21   that procedure, it's not covered?

22            MS. HUPPERT:  Objection to form.

23      A.  So again, I'm -- sex transformation

24   procedures would only be done for transgender

## DEPOSITION OF LOREN S. SCHECHTER, M.D.

Case 3:20-cv-00740   Document 250-22   Filed 05/31/22   Page 6 of 8 PageID #: 2096

CHRISTOPHER FAIN, ET AL vs.                        LOREN S. SCHECHTER, MD
WILLIAM CROUCH, ET AL                                       03/28/2022

1  individuals.

2      Q.  Okay.  What if a cisgender individual

3  wanted one of those procedures?

4      A.  Which procedure?

5      Q.  A -- we'll do a top surgery.  What if a

6  cisgender individual requested a top surgery from

7  -- requested prior approval for coverage for a top

8  surgery from West Virginia Medicaid?

9          MS. HUPPERT:  Object to form.

10     A.  And again, I would need to know more about

11  the situation.  "Top surgery" meaning --

12     Q.  A -- we'll say a double mastectomy.

13         MS. HUPPERT:  Object to form.

14     A.  Cisgender individuals may undergo double

15  mastectomies for a variety of indications:  A

16  predisposition, for example, to breast cancer.  So

17  an individual, cisgender woman - or for that

18  matter, a cisgender man - may have a genetic

19  predisposition, a strong family history.

20         Mastectomy may be one of the treatment

21  options open to them.

22     Q.  And is there anything that you reviewed

23  that would suggest to you that in those same

24  situations for transgender individuals, that those

## DEPOSITION OF LOREN S. SCHECHTER, M.D.

CHRISTOPHER FAIN, ET AL vs.                              LOREN S. SCHECHTER, MD
WILLIAM CROUCH, ET AL                                                    03/28/2022

1  coverages are not available to them?

2             MS. HUPPERT:  Object to form.

3      A.  So again, the sex transformation -- again,

4  I apologize.  I don't like that particular term,

5  but we'll use, I believe, what's in it.  Sex

6  transformation would only be performed for a

7  transgender individual.

8             A cisgender individual -- at least I

9  haven't had that experience in my practice, to seek

10  a, quote, sex transformation procedure.

11      Q.  Are you aware of West Virginia Medicaid

12  denying coverage for a double mastectomy for

13  someone with cancer because they are transgender?

14             MS. HUPPERT:  Objection to form.

15      A.  Again, my issue is the exclusion or the

16  lack of coverage for sex transformation procedures,

17  which again, are only performed on transgender

18  individuals.

19      Q.  So I can ask the question again.  Are you

20  aware of West Virginia Medicaid denying coverage to

21  an individual with cancer, noncoverage for a double

22  mastectomy, for an individual with cancer because

23  they are transgender?

24             MS. HUPPERT:  Object to form.

## DEPOSITION OF LOREN S. SCHECHTER, M.D.

CHRISTOPHER FAIN, ET AL vs.                                    LOREN S. SCHECHTER, MD
WILLIAM CROUCH, ET AL                                                      03/28/2022

```
1      A.  I don't recall the specific scale.

2      Q.  Okay.  Are you familiar with the Grade

3  system providing a strong treatment recommendation?

4            MS. HUPPERT:  Object to form.

5      A.  I'd have to see the specific scale.  I

6  can't speak contemporaneously to the specifics of

7  how they do it, how they -- how Grade grades.

8      Q.  Okay.  Now, Doctor, in your original report

9  - and I believe that it's in Paragraph 18 - you

10  state "The term transgender is used to describe a

11  diverse group of individuals whose gender identity

12  or internal sense of gender differs from the sex

13  they were assigned at birth."

14            Is that an accurate statement?

15      A.  It is.

16      Q.  Okay.  And there are a couple of different

17  terms in there that I'd like you to define.  And

18  the first one is sex.

19      A.  Sure.  So sex is comprised of several

20  factors, which may include one's anatomy, typically

21  external and/or internal genitalia, chromosomes and

22  their gender identity, their internal sense of who

23  they know themselves to be.

24      Q.  So an individual -- let me ask:  Do you
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN, *et al.*, individually and
on behalf of all others similarly situated,

                    *Plaintiffs*,

        v.

WILLIAM CROUCH, *et al.*,

                    *Defendants.*

CIVIL ACTION NO. 3:20-cv-00740

HON. ROBERT C. CHAMBERS, JUDGE

**EXPERT DISCLOSURE REPORT OF
LOREN S. SCHECHTER, M.D.**

## I.    PRELIMINARY STATEMENT

1.      I am a board-certified plastic surgeon.  I specialize in performing gender

confirming surgeries (including chest reconstruction surgeries, genital reconstruction

surgeries, and other procedures to feminize or masculinize the face and body, as described

in more detail below), and I am a recognized expert in this field.

2.      I have been retained by counsel for Plaintiffs in the above-captioned lawsuit

to provide an expert opinion on: 1) the standards of care for treating individuals diagnosed

with gender dysphoria; 2) the safety, efficacy, and cost of gender confirming surgeries as

treatment for gender dysphoria; 3) the similarities between surgical techniques to treat

gender dysphoria with those utilized for surgical treatment of other diagnoses; and 4)

whether the categorical exclusions of transition-related surgical care in both the West

**JA690**

Virginia state employee healthcare plans and West Virginia's Medicaid Program are consistent with the standards of care for treating transgender individuals diagnosed with gender dysphoria.

3.      I refer to the family of procedures discussed in this report as "gender confirmation," "gender confirming surgeries," or "gender affirming surgeries" because they are one of the therapeutic tools used to enable people to be comfortable living in accordance with their gender identities.  Out of the myriad of labels I've heard for these procedures    "sex reassignment surgery," "gender reassignment surgery," and "sex change operation," to name but a few    none is as accurate when it comes to describing what is actually taking place as "gender confirmation" or "gender affirmation surgery." Most, if not all, of the other names used for these procedures suggest that a person is making a choice to switch genders, or that there is a single "surgery" involved.  From the hundreds of discussions I have had with patients over the years, nothing could be further from the truth.  This is not about choice; it is about using one or more surgical procedures as therapeutic tools to enable people to live authentically.

## II.    BACKGROUND AND QUALIFICATIONS

### A.    Qualifications

4.      The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae ("CV"). A true and correct copy of my most up-to-date CV is attached as Exhibit A.

5.      I received my medical degree from the University of Chicago, Pritzker

**JA691**

School of Medicine. I completed my residency and chief residency in plastic and reconstructive surgery and a fellowship in reconstructive microsurgery at the University of Chicago Hospitals.

6.      I previously served as a Clinical Professor of Surgery at the University of Illinois at Chicago, and resigned that position to become the Director of Gender Affirmation Surgery at Rush University Medical Center beginning April 2022.  I will also serve as Professor of Surgery at Rush University Medical Center (pending academic review).  I also maintain a clinical practice in plastic surgery in Illinois where I treat patients from around the country, as well as from around the world.

7.      I have been performing gender confirming surgeries for more than 27 years. For at least the past five years, I have been performing approximately 150 gender confirmation procedures every year.  I have performed over 1,500 gender confirmation surgeries during my medical career.  Currently, approximately 90 percent of the patients in my clinical practice are transgender individuals seeking gender confirmation surgeries.

8.      I was a contributing author to the Seventh Version (current) of the World Professional Association for Transgender Health's ("WPATH") Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People ("Standards of Care").  In particular, I wrote the section focused on the relationship of the surgeon with the treating mental health professional and the physician prescribing hormone therapy. WPATH is in the final stages of drafting the eighth version of the Standards of Care, and I am the co-lead author of the surgical and postoperative care chapter.

3

**JA692**

9.      The Standards of Care provide clinical guidance for health professionals based on the best available science and expert professional consensus.  The purpose of the Standards of Care is to assist health providers in delivering medical care to transgender people in order to provide them with safe and effective pathways to achieving lasting personal comfort with their gendered selves and to maximize their overall health, psychological well-being, and self-fulfillment.

10.      In addition, I have written a number of peer-reviewed journal articles and chapters in professional textbooks about gender confirmation surgeries.  In 2016, I published Surgical Management of the Transgender Patient, the first surgical atlas (a reference guide for surgeons on how to perform surgical procedures using safe, well-established techniques) dedicated to gender confirming surgeries.  In 2020, I published a guide for surgeons entitled Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. A full and complete list of my publications is included in my CV.

11.      I am a guest reviewer for several peer-reviewed medical journals, including the Journal of Plastic and Reconstructive Surgery, the Journal of Reconstructive Microsurgery, the Journal of the American College of Plastic Surgeons, the Journal of Plastic and Reconstructive Surgery, The Journal of Plastic and Aesthetic Research, and the Journal of Sexual Medicine.  I also serve on the editorial board of both Transgender Health and the International Journal of Transgender Health. Each of these publications is a peer-reviewed medical journal.  A full and complete list of my reviewerships and editorial roles is included in my CV.

4

**JA693**

12.     I am actively involved in training other surgeons to perform gender confirmation surgeries.  In 2017, I started the surgical fellowship in gender surgery, now placed at Rush University Medical Center in Chicago.  I am also the Medical Director of the Center for Gender Confirmation Surgery at Weiss Memorial Hospital.  I am a co-investigator on a study regarding uterine transplantation for transgender women.

13.     I have given dozens of public addresses, seminars, and lectures on gender confirming surgery, including many through the American Society of Plastic Surgeons.  I have also taught a number of courses through WPATH's Gender Education Institute, which provides training courses toward a member certification program in transgender health for practitioners around the world.  In addition, in 2018, I co-directed the first live surgery course in gender confirming procedures at Mount Sinai Hospital in New York City, and I am the Director for that live surgery course in 2022.  In 2019, I directed the inaugural Gender Affirming Breast, Chest, and Body Master Class for the American Society of Plastic Surgeons.

14.     I am also a founding member and president of the American Society of Gender Surgeons; a current member of the Executive Committee of the Board of Directors of the World Professional Association for Transgender Health, where I serve as treasurer; and a former member of the Board of Governors of the American College of Surgeons.  I am a guest examiner for the American Board of Plastic Surgery, which involves administering the plastic surgery oral board exam to surgeons who have completed their plastic surgery training and seek board certification.  I am the former

5

**JA694**

Chair of the Patient Safety Committee for the American Society of Plastic Surgeons.  I

have been an invited discussant at the Pentagon regarding transgender servicemembers.

       **B.**    **Compensation**

      15.    I am being compensated at an hourly rate of   400/hour plus expenses for

my time spent preparing written testimony and reports, and providing local testimony

(including deposition or providing hearing testimony by telephone or video-

teleconference).  I will be compensated a flat daily rate of   7,500 for any out-of-town

deposition or hearing testimony.  My compensation does not depend on the outcome of

this litigation, the opinions I express, or the testimony I may provide.

       **C.**    **Previous Testimony**

      16.    Over the past four years, I have given expert testimony at trial or by

deposition in the following cases:

- *illis v.   lagg*, Cook County, IL (trial)

- *ru  e v.   outh Da  ota*, D. S.D. (deposition)

- *oyden v.   tate of    is onsin*, W.D. Wis. (deposition)

- *Kadel v.   ol  ell*, M.D.N.C. (deposition)

- *oomey v.   tate of Ari ona*, D. Ariz. (deposition)

To the best of my recollection, I have not given expert testimony at a trial or at a

deposition in any other case during this period.

**III.**    **BASIS FOR OPINIONS**

      17.    My opinions contained in this report are based on all of the following: (1)

**JA695**

my clinical experience of over 27 years of caring for transgender individuals; (2) my review and familiarity with relevant peer-reviewed literature;[1] and (3) discussions with colleagues and other experts in the field, including attendance and participation in various educational conferences both nationally and internationally. The research I relied on in preparing this report is cited in the footnotes and detailed in the reference list attached as Exhibit B to this report. I also have reviewed the First Amended Class Action Complaint (ECF No. 140) in this case, as well as the exclusions being challenged in this matter.

## IV.    DISCUSSION

### A.    Background on Gender Identity and Gender Dysphoria

18.    The term "transgender" is used to describe a diverse group of individuals whose gender identity, or internal sense of gender, differs from the sex they were assigned at birth.

19.    Many transgender individuals experience gender dysphoria at some point in their lives. Gender dysphoria is a serious medical condition, defined by the Diagnostic and Statistical Manual of Mental Disorders (DSM-V) published by the American Psychiatric Association as "a difference between one's experienced/expressed gender and

---

[1] I regularly and routinely perform literature searches as an educator, including in my roles as clinical professor of surgery at the University of Illinois and attending surgeon at Rush University, where I participate in fellow, resident, and student education; Director of the Center for Gender Confirmation Surgery at Weiss Memorial Hospital; lecturer for the Global Education Initiative for WPATH; invited lecturer at national and international conferences; co-lead author of the surgery and post-operative care chapter of the upcoming WPATH Standards of Care Version 8; an editor and reviewer for peer-reviewed publications; and a course director for various educational opportunities for WPATH, American Society of Plastic Surgeons, and other organizations.

7

**JA696**

assigned gender, and significant distress or problems functioning." Gender dysphoria is also recognized by the International Classification of Diseases-11 (ICD-11), under the label of gender incongruence, and the International Classification of Diseases-10 (ICD-10). Individuals diagnosed with gender dysphoria have an intense and persistent discomfort with the primary and/or secondary sex characteristics of the sex they were assigned at birth. Gender dysphoria can lead to debilitating anxiety and depression, as well as serious incidents of self-harm, including self-mutilation, suicide attempts, and suicide.

20.     Appropriate medical care, including mental health services, hormone therapy, and gender confirmation surgeries can help alleviate gender dysphoria. Gender confirmation surgeries, which bring a person's body into better alignment with their gender identity, have been shown to be an effective treatment for gender dysphoria.

**B.     Gender Confirming Surgeries are Standard, Medically Accepted, and Medically Necessary Treatments for Gender Dysphoria for Transgender People**

21.     It is my professional opinion, supported by the prevailing consensus of the medical community, that procedures used to treat gender dysphoria are medically necessary treatments for many transgender individuals; these procedures are properly considered as medically necessary, and are not cosmetic in nature; and these procedures are safe and effective treatments for gender dysphoria.

*1.     Applicable Standards of Care for Treating Gender Dysphoria*

22.     WPATH is a non-profit professional and educational organization devoted

8

**JA697**

to transgender health.  WPATH's mission is "to promote evidence-based care, education, research, advocacy, public policy, and respect in transgender health."[2]  WPATH publishes the Standards of Care.  The Standards of Care are based on the best available scientific evidence and expert professional consensus.  WPATH published the first version of the Standards of Care in 1979.  Since that time, the guidelines have been updated through seven versions, reflecting the significant advances made in the understanding, management, and care of transgender individuals.  The Standards of Care are widely recognized guidelines for the clinical management of transgender individuals with gender dysphoria.  Most surgeons who regularly treat individuals experiencing gender dysphoria, including myself, practice in accordance with the Standards of Care.

23.    As indicated in the Standards of Care, effective treatment options for gender dysphoria include mental health care, hormone therapy, and various surgical procedures to align a person's primary and/or secondary sex characteristics with the person's gender identity.  (Standards of Care at 9-10.)  Surgery is often the last and most considered of the treatment options for gender dysphoria in transgender individuals.  Not every transgender person may undergo every available surgical procedure.  In fact, the Standards of Care note that " t he number and sequence of surgical procedures may vary from patient to patient, according to their clinical needs."  (Standards of Care at 58.)  Evidence shows that while some transgender individuals do not require surgery, "for many others surgery is essential and medically necessary to alleviate their gender dysphoria.  For the latter group,

---

[2] WPATH, Mission and Vision, https://www.wpath.org/about/mission-and-vision.

relief from gender dysphoria cannot be achieved without modification of their primary and/or secondary sex characteristics to establish greater congruence with their gender identity." (Standards of Care at 54-55.)

24.    The Standards of Care set forth criteria for initiation of surgical treatment. The Endocrine Society    the leading professional organization devoted to research on hormones and the clinical practice of endocrinology    has also issued clinical guidelines for the treatment of transgender individuals.[3]  The guidelines indicate, that for transgender individuals, gender confirming surgeries often are necessary and effective treatments.[4]

25.    The broader medical community, including the American Medical Association, American Psychological Association, American Psychiatric Association, American College of Obstetricians and Gynecologists, American Academy of Family Physicians, and World Health Organization, recognizes that gender confirming surgeries are standard, appropriate, and often necessary treatments for people with gender dysphoria.

### 2.    *Surgical Treatments for Gender Dysphoria*

26.    For transgender women and non-binary people assigned male at birth, surgical treatment options that are generally accepted in the medical community and are consistent with the Standards of Care include, but are not limited to:

- Chest reconstruction surgery: augmentation mammoplasty (breast

---

[3] Wylie C Hembree et al., *ndo rine  reatment of  ender Dys hori    ender  n ongruent Persons An  ndo rine  o iety Clini al Pra ti e   uideline*, 102 J. Clin. Endocrinology & Metabolism 3869 (2017).
[4] *d.*

10

**JA699**

implants);
- Genital reconstruction surgeries: penectomy (removal of the penis), orchiectomy (removal of the testes), vaginoplasty, clitoroplasty, and/or vulvoplasty (creation of female genitalia including the labia minora and majora);
- Non-genital, non-breast surgical interventions: facial feminization surgery, liposuction, lipofilling, voice surgery, thyroid cartilage reduction, gluteal augmentation (implants/lipofilling), and hair reconstruction, among others.

27.     For transgender men and non-binary people assigned female at birth,

surgical treatment options that are generally accepted in the medical community and are

consistent with the Standards of Care include, but are not limited to:

- Chest reconstruction surgery: subcutaneous mastectomy, creation of a male chest;
- Genital surgery: hysterectomy/oophorectomy, reconstruction of the urethra, which can be combined with a metoidioplasty or with a phalloplasty (employing a pedicled or free vascularized flap), vaginectomy, scrotoplasty, and implantation of erection and/or testicular prostheses;
- Non-genital, non-breast surgical interventions: liposuction, lipofilling, pectoral implants, various aesthetic procedures, and sometimes voice surgery (rare).

### 3.     *Gender Confirmation Surgeries are Medically Necessary, Not Cosmetic*

28.     The medical community and insurance providers recognize a distinction

between surgery which is medically necessary, and cosmetic surgery, which generally is

not.  No particular procedure is inherently cosmetic or inherently medically necessary;

rather, the underlying diagnosis determines whether the procedure is considered cosmetic

or medically necessary.

29.     With respect to surgical treatments for gender dysphoria, the medical

community generally consider those surgeries to be medically necessary.  This is true

11

**JA700**

even though the same surgical procedures might be considered cosmetic when performed

on someone without gender dysphoria.  Gender confirming surgeries are not cosmetic

because, when performed in accordance with the Standards of Care, they are clinically

indicated to treat the underlying medical condition of gender dysphoria.  Indeed, as

explained further below, the surgical procedures listed above to treat gender dysphoria are

similar to surgical procedures performed for other diagnoses (e.g., breast cancer).

Because these medically necessary procedures help transgender individuals live and

present in a manner more consistent with their gender identity and therefore reduce and/or

treat their gender dysphoria, the professional medical consensus is that these are

appropriately categorized as medically necessary.

30.    Certain surgical procedures are medically necessary when used to treat

gender dysphoria or another medical condition, but are cosmetic when they are used only

to alter one's appearance without an underlying medical diagnosis (e.g., a non-

transgender woman obtaining a breast augmentation for aesthetic reasons).  While the

procedures themselves are technically similar, the reasons for performing the procedures

are not.

**C.    Gender Confirming Surgeries are Safe, Effective, and Cost Efficient**

31.    The prevailing peer-reviewed clinical research, as well as my own clinical

expertise as a plastic surgeon specializing in gender confirmation surgeries, shows that

surgical procedures for gender dysphoria are safe, effective, and cost efficient; and that

**JA701**

many of these procedures are analogous to surgical procedures used to treat other medical conditions.

### 1.    Gender Confirming Surgeries are Safe

32.    It is my professional opinion, based on my clinical experience and review of available peer-reviewed research, that gender confirmation surgeries are safe.  Notably, when performing gender confirmation surgeries, surgeons use many of the same procedures that they use to treat other medical conditions.  The fact that the medical community deems these analogous procedures sufficiently safe to treat conditions other than gender dysphoria is by itself more than sufficient to support the safety of those surgeries to treat gender dysphoria.  There is no medical basis to conclude that the same surgical procedures are more or less safe simply because they are used to treat gender dysphoria, versus other underlying medical conditions.

33.    For example, surgeons regularly perform mastectomies and chest/breast reconstruction, hysterectomies/salpingo-oophorectomies (which includes removal of the fallopian tubes and ovaries), and orchiectomies to treat individuals with cancer, or a genetic predisposition to cancer (BRCA 1, 2 genes in the case of prophylactic mastectomy or oophorectomy).  Similarly, surgeons perform procedures to reconstruct external genitalia for individuals who have certain medical conditions (e.g., cancer) or who have suffered traumatic injuries or disabling infections to their genitalia.  This would include procedures to correct conditions such as hypospadias (a disorder in which the urinary opening is not in the typical location on the glans penis), epispadias (a condition where

13

**JA702**

the urethra is not properly developed), exstrophy (where the bladder develops outside the fetus), fournier's gangrene (where tissue dies because of an infection), penile webbing, or buried penis (which can occur as a result of obesity, diabetes, or recurrent infections). This would also include procedures to correct conditions such as congenital absence of the vagina or reconstruction of the vagina/vulva following oncologic resection, traumatic injury, or infection.

### 2. *Gender Confirmation Surgeries Effectively Treat Gender Dysphoria*

34.    It is my professional opinion, based on decades of clinical experience, as well as a substantial body of peer-reviewed research, that standard medical surgical treatments for gender dysphoria are effective when performed in accordance with the Standards of Care.

35.    Peer-reviewed studies find that transgender women who undergo one or more gender confirmation surgeries report positive health outcomes. For example, a peer-reviewed study of transgender women found that those who underwent breast reconstruction surgeries experienced statistically significant improvements in their psychosocial well-being.[5] Another peer-reviewed study of transgender women who had vaginoplasty found that study participants' mean improvement in quality of life after

---

[5] Weigert, R., Frison, E., Sessiecq, Q., Mutairi, K. A., & Casoli, V. (2013). Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals. Plastic and Reconstructive Surgery, 132(6), 1421-1429.  doi:10.1097/01.prs.0000434415.70711.49.

**JA703**

surgery was 7.9 on a scale from one to ten.[6]  Another study of transgender women found

that surgical interventions were highly correlated with alleviating gender dysphoria.[7]  A

recent literature review concluded that in appropriately selected individuals, gender

confirmation surgery is effective at improving quality of life, overall happiness, and

sexual functioning in transgender women who are diagnosed with gender dysphoria.[8]

Another recent post-operative and six-month follow-up survey of transgender female

patients found improvements in quality of life in a significant majority of patients.[9]

36.    The available peer-reviewed literature likewise concludes that when

performed in accordance with the prevailing standards of care, male chest reconstruction

surgery is safe and effective in alleviating gender dysphoria.  For example, one study

found that transgender men who received chest reconstruction experienced few clinical

complications and were overwhelmingly satisfied with their surgical outcomes.[10]

Another peer-reviewed study of transgender men who received chest reconstruction found

---

[6] Horbach, S. E. R., Bouman, M., Smit, J. M., Ozer, M., Buncamper, M. & Mullender, M. G. (2015). Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques.
[7] Hess, J., Neto, R., Panic, L., Rubben, H. & Senf, W. (2014). Satisfaction with Male-to-Female Gender Reassignment Surgery.  (Among survey respondents, the majority (90.2%) said that that their expectations for life as a woman were fulfilled after surgery. A similarly high percentage (85.4%) saw themselves as women.)
[8] Hadj-Moussa, M.,et al. Feminizing Genital Gender-Confirmation Surgery, 2018, 1-14. 2018 Jul;6(3):457-468.e2. doi: 10.1016.
[9] Papadopulos, N.A., et al. Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increase Quality of Life in a Prospective Study. Plast Reconstr Surg. 2017 Aug;140(2):286-294. doi: 10.1097.
[10] Frederick, M. et al., (2017), Chest Surgery in Female to Male Transgender Individuals, Annals of Plastic Surgery, 78(3), 249-253.

**JA704**

that the procedure improved psychosocial well-being and physical well-being among participants.[11]  Numerous other studies have reached similar conclusions.[12]  These findings extend to adolescents; for example, a recent study in JAMA Pediatrics concluded that: "Chest dysphoria was high among presurgical transmasculine youth, and surgical intervention positively affected both minors and young adults."[13]

37.    The overwhelming majority of patients who obtain gender confirmation surgery in a manner consistent with the Standards of Care are both satisfied and experience a reduction of gender dysphoria.  For the vast majority of transgender people who seek such surgery, the surgery is successful at treating gender dysphoria and alleviating a lifelong struggle to find peace of mind and comfort with their bodies.

### 3.    Gender Confirmation Surgeries are Cost Efficient

38.    When billing insurers for reimbursement, health care providers use Current Procedural Terminology (CPT) codes, which are developed and maintained by the American Medical Association.  The same code or codes may apply to a particular

---

[11] Agarwal, C. et al., (2018). Quality of life improvement after chest wall masculinization in female-to-male transgender patients: A prospective study using the BREAST-Q and Body Uneasiness Test, 71, 651-657.

[12]  .g., Olson-Kennedy, J. et al., (2018), Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults, JAMA Pediatrics, 172(5), 431-436; Van de Grift, T., et al., (2017), Surgical Indications and Outcomes of Mastectomy in Transmen: A Prospective Study of Technical and Self-Reported Measures. Plastic and Reconstructive Surgery, 140(3), 415e-424e. doi:10.1097/PRS.0000000000003607; Berry, M.G. et al., (2012), Female-to-male transgender chest reconstruction: A large consecutive, single-surgeon experience. Journal of Plastic, Reconstructive & Aesthetic Surgery 65, 711-719.

[13] Olson-Kennedy, J. *su  ra* at n. 12.  Additionally, Frederick et al., *su  ra* at n. 10, included adolescents aged 15-17, as well as adults.

16

**JA705**

procedure regardless of whether the procedure is performed on a transgender patient or a non-transgender patient.  For example, vaginoplasty may be performed for a non-transgender woman as treatment for congenital absence of the vagina or for a transgender woman with gender dysphoria.  The same CPT code(s) may be used for both procedures. The same is true for a subcutaneous mastectomy, which may be performed for a non-transgender woman to reduce her risk of breast cancer or for a transgender man with gender dysphoria.

39.    Researchers affiliated with the Johns Hopkins Bloomberg School of Public Health, the Commonwealth of Massachusetts Group Insurance Commission, and the University of Colorado, found access to gender confirmation surgeries through insurance to be a likely cost-effective treatment long-term.[14]  Gender confirmation surgery typically results in, at a minimum, a significant reduction of gender dysphoria.  Transgender people with gender dysphoria who, for lack of insurance access, are unable to obtain gender confirmation surgeries tend to have higher rates of negative health outcomes such as depression, HIV, drug abuse, and suicidality.  These researchers found that the one-time costs of gender confirmation surgeries coupled with standard post-operative care, primary and maintenance care, were overall less expensive at 5- and 10-year marks, as compared to the long-term treatment of the negative health outcomes associated with lack of

--------

[14] William V Padula, Shiona Heru & Jonathan D Campbell, Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis, J Gen Intern Med, 31(4), 394–401 (2015). doi: 10.1007/s11606-015-3529-6.

**JA706**

insurance and resulting healthcare access.[15]  Similarly, a RAND Corporation study reported findings that due to discrimination, lack of insurance, and problematic interactions with providers, transgender people often avoid seeking treatment for gender dysphoria and other more common health issues.  This avoidance resulted in negative healthcare outcomes and greater potential costs related to treating to those outcomes in the long-term.[16]  Additionally, this research confirms that coverage for gender confirmation surgeries is affordable and a nominal percentage of the care offered through group health plans.

## V.    SUMMARY OF OPINIONS AND CONCLUSIONS

40.    Based on over 27 years of clinical experience performing gender confirmation procedures and caring for transgender individuals, my knowledge of the standards of care and relevant peer-reviewed literature, and my discussions and interactions with experts throughout the world, it is my professional opinion that gender confirmation surgeries are safe, effective, and medically necessary treatments for gender dysphoria in transgender individuals.  In my experience, the overwhelming number of individuals who undergo gender confirmation procedures describe relief and/or reduction of their gender dysphoria and improvement in their quality of life and overall functioning.

41.    Furthermore, based on my clinical and professional experience and my

---

[15]  *d.* at 398.
[16] Schaefer, Agnes Gereben, Radha Iyengar Plumb, Srikanth Kadiyala, Jennifer Kavanagh, Charles C. Engel, Kayla M. Williams, and Amii M. Kress, The Implications of Allowing Transgender Personnel to Serve Openly in the U.S. Military. Santa Monica, CA: RAND Corporation, 2016. https://www.rand.org/pubs/research_briefs/RB9909.html.

18

**JA707**

ongoing review of the literature, it is my professional opinion that the denial of necessary medical care is likely to perpetuate gender dysphoria and create or exacerbate other medical issues, such as depression and anxiety, leading to an increased possibility of self-harm, negative health outcomes, and even suicide.

42.    In conclusion, it is my professional opinion that the categorical exclusion of transition-related surgical care in both the West Virginia state employee healthcare plans and West Virginia's Medicaid Program are 1) inconsistent with the Standards of Care for treating transgender individuals diagnosed with gender dysphoria, 2) inconsistent with the peer-reviewed scientific and medical research demonstrating that gender confirmation surgeries are safe, effective, and more cost efficient treatments for gender dysphoria over the long-term, 3) and inconsistent with expert medical and surgical consensus.  To the extent the exclusion is premised on the assumption that gender confirmation surgical care is not medically necessary, that assumption is wrong.  The Standards of Care confirm, based on clinical evidence, that gender confirmation surgeries are medically necessary to help people alleviate the often serious and life-threatening symptoms of gender dysphoria.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this ____8th____ day of January, 2022.


_Loren Schechter_
Loren Schechter (Jan 8, 2022 09:53 CST)
Loren S. Schechter, M.D.

Subscribed and sworn before me, a Notary Public in and for the ____County of Norfolk____,

State of ___Virginia_____, this _8_ day of _____January_____, 2022.

KETSIA MCCLEASE
Electronic Notary Public
Commonwealth of Virginia
Registration No. 327724
My Commission Expires Apr 30, 2023

_____
Signature of Notary

This notarial act was performed online by way of
two-way audio/video communication technology.

# 1641473539-1-fain-v-crouch-schechter-report413913-5

Final Audit Report                                    2022-01-08

| | |
|---|---|
| Created: | 2022-01-08 |
| By: | Ketsia McClease (ketsiac@aol.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYND4vJqJ5rg7SHe9LhrQ-k-2aBdlVCeG |

## "1641473539-1-fain-v-crouch-schechter-report413913-5" History

📄 Document created by Ketsia McClease (ketsiac@aol.com)
2022-01-08 - 3:50:24 PM GMT- IP address: 98.166.233.37

📧 Document emailed to Loren Schechter (lorenschechter1@gmail.com) for signature
2022-01-08 - 3:50:59 PM GMT

📄 Email viewed by Loren Schechter (lorenschechter1@gmail.com)
2022-01-08 - 3:51:17 PM GMT- IP address: 104.28.104.31

✒️ Document e-signed by Loren Schechter (lorenschechter1@gmail.com)
Signature Date: 2022-01-08 - 3:53:07 PM GMT - Time Source: server- IP address: 73.246.0.64

✅ Agreement completed.
2022-01-08 - 3:53:07 PM GMT

 Adobe Sign

**JA710**

# Exhibit A

# Curriculum Vitae

**NAME**                    **LOREN SLONE SCHECHTER, MD, FACS**

**OFFICE**                  4700 Marine Dr.
                            Suite 515
                            Chicago, Il 60640
                            Tel: 847.967.5122
                            Fax: 847.967.5125

**E MAIL**                  lorenschechter1@gmail.com

**MARITAL STATUS**          Married (Rebecca Brown Schechter, MD)

**CERTIFICATION**           The American Board of Plastic Surgery, 2001
                            Certificate Number 6271
                            Date Issued: September 2001
                            Maintenance of Certification: 2011
                            Maintenance of Certification: 2021

**EDUCATION**
1986-1990                   The University of Michigan          BS, 1990
1990-1994                   The University of Chicago           MD, 1994
                            Pritzker School of Medicine

**POSTGRADUATE TRAINING**
Residency:                  The University of Chicago Hospitals 1994-1999
                            Coordinated Training Program in
                            Plastic and Reconstructive Surgery
Chief Resident:             The University of Chicago Hospitals 1998-1999
                            Section of Plastic and Reconstructive
                            Surgery
Fellowship:                 Reconstructive Microsurgery 1999-2000
                            The University of Chicago Hospitals
                            Section of Plastic and Reconstructive
                            Surgery

**TEACHING APPOINTMENT**
                            Professor of Surgery, Chief Section of Gender-Affirmation
                            Surgery, Rush University Medical Center-In Process

                            Clinical Professor of Surgery, The University of Illinois at
                            Chicago-resigned to accept position at Rush University

Page   of

**JA712**

Ad unct Assistant Professor, Dept. of Surgery, Rush University Medical Center

Associate Professor, Physician Assistant Program, College of Health Professionals, Rosalind Franklin University

**LICENSURE**

Illinois
Illinois Controlled Substance
DEA

**STAFF APPOINTMENTS**

Rush University Medical Center
Advocate Lutheran General Hospital
Louis A. Weiss Memorial Hospital
Illinois Sports Medicine and Orthopedic Surgery Center

**HONORS AND AWARDS**

| | |
|---|---|
| 2021 | Chicago Maga ine Top Doctor-Surgery |
| 2020 | The University of Minnesota Program in Human Sexuality, recipient of 50 Distinguished Sexual and Gender Health Revolutionaries |
| 2017-2020 | Castle Connolly Top Doctor (Chicago) |
| 2017 | Chicago Consumer Checkbook Top Doctor |
| 2015 | University of Minnesota Program in Human Sexuality Leadership Council |
| 2014-2015 | Rosalind Franklin University of Medicine and Science Chicago Medical School Honors and recogni es for dedication and commitment to teaching |
| 2014 | National Center for Lesbian Rights honored guest |
| 2013 | Illinois State Bar Association Award for Community Leadership |
| 2010 | Advocate Lutheran General 2009 Physicians Philanthropy Leadership Committee-Outstanding Leadership |
| 2009 | Advocate Lutheran General Hospital Value Leader (received for compassion) |
| 1994 | Doctor of Medicine with Honors |
| 1994 | University of Chicago Department of Surgery Award for Outstanding Performance in the Field of Surgery |
| 1994 | Catherine Dobson Pri e for the Best Oral Presentation Given at the 48th Annual Senior Scientific Session in The Area of Clinical Investigation |
| 1993 | Alpha Omega Alpha |

Page    of

**JA713**

| 1991 | University of Chicago National Institutes Of Health Summer Research Award |
| 1990 | Bachelor of Science with High Distinction And Honors in Economics |
| 1990 | ames B. Angell Award for Academic Distinction |
| 1989 | Omicron Delta Epsilon-National Economic Honor Society |
| 1988 | College Honors Program Sophomore Honors Award For Academic Distinction |
| 1988 | Class Honors (Dean s List) |

**MEMBERSHIPS**

| 2018- | The American Association of Plastic Surgeons |
| 2016- | The American Society for Gender Surgeons (founding member and president-elect) |
| 2010- | World Society for Reconstructive Microsurgery |
| 2005- | The University of Chicago Plastic Surgery Alumni Association |
| 2005- | The Chicago Surgical Society |
| 2004- | The American Society for Reconstructive Microsurgery |
| 2003- | The American College of Surgeons |
| 2002- | The American Society of Plastic Surgeons |
| 2001- | Illinois Society of Plastic Surgeons (formerly Chicago Society of Plastic Surgeons) |
| 2001- | The American Society of Maxillofacial Surgeons |
| 2001- | American Burn Association |
| 2001- | Midwest Association of Plastic Surgeons |
| 2001- | WPATH |
| 1994- | The University of Chicago Surgical Society |
| 1994- | The University of Chicago Alumni Association |
| 1992- | American Medical Association |
| 1992- | Illinois State Medical Society |
| 1992- | Chicago Medical Society |
| 1990- | The University of Michigan Alumni Association |

**CURRENT HOSPITAL COMMITTEES**

Director, Center for Gender Confirmation Surgery,
Louis A. Weiss Memorial Hospital

**PROFESSIONAL SOCIETY COMMITTEES**

WPATH Executive Committee

Treasurer, The World Professional Association for Transgender Health

Page    of

**JA714**

Chair, Finance and Investment Committee, The American Society of Plastic Surgeons

WPATH 2020 Biennial Meeting Steering Committee

American Society of Breast Surgeons Research Committee, ASPS representative

American Board of Plastic Surgery, Guest Oral Board Examiner

WPATH Ethics Committee

American College of Radiology Committee on Appropriateness Criteria Transgender Breast Imaging Topic, Expert Panel on Breast Imaging:  Transgender Breast Cancer Screening Expert Panel on Breast Imaging

American Society of Plastic Surgeons, Finance and Investment Committee

Board of Directors, at-large, The World Professional Association for Transgender Health

PlastyPac, Board of Governors

Medicare Carrier Advisory Committee

**OTHER**

American Board of Plastic Surgery-Oral Board Guest Examiner (2020, 2021)

Guest Reviewer, Pain Management

Guest Reviewer, Plastic and Aesthetic Research

Guest Reviewer, European Medical  ournal

Guest Reviewer, Open Forum Infectious Diseases

Guest Reviewer, The  ournal of The American College of Surgeons

Guest Book Reviewer, Plastic and Reconstructive    Surgery

Editorial Board, Transgender Health

Page    of

Editorial Board (Associate Editor), International ournal of Transgenderism

Fellow of the Maliniac Circle

Guest Reviewer, ournal of Reconstructive Microsurgery

Guest Reviewer, ournal of Plastic and Reconstructive Surgery

Guest Reviewer, ournal of Sexual Medicine

Guest Editor, Clinics in Plastic Surgery, Transgender Surgery (Elsevier Publishing)

Guest Reviewer, The ournal of Plastic and Reconstructive Surgery

## PRE IOUS EDITORIAL ROLE

Guest Reviewer, EPlasty, online ournal

Module Editor for Patient Safety, Plastic Surgery Hyperguide

Editorial Advisory Board, Plastic Surgery Practice

Guest Reviewer, International ournal of Transgenderism

Guest Reviewer, Pediatrics

## PRE IOUS ACADEMIC APPOINTMENT

Visiting Clinical Professor in Surgery, The University of Illinois at Chicago

Chief, Division of Plastic and Reconstructive Surgery, Chicago Medical School, Rosalind Franklin University of Medicine and Science

Associate Professor of Surgery, The College of Health Professionals, Rosalind Franklin University

Clinical Associate in Surgery, The University of Chicago

Page   of

**JA716**

## PRE IOUS HOSPITAL COMMITTEES

Division Director, Plastic Surgery, Lutheran General Hospital

Division Director, Plastic Surgery, St. Francis Hospital

Medical Staff Executive Committee, Secretary,
Advocate Lutheran General Hospital

Credentials Committee, Lutheran General Hospital

Pharmacy and Therapeutics Committee Lutheran General Hospital

Operating Room Committee, St. Francis Hospital

Cancer Committee, Lutheran General Hospital
                          -Director of    uality Control

Risk and Safety Assessment Committee, Lutheran General
Hospital

Nominating Committee, Rush North Shore Medical Center

Surgical Advisory Committee, Rush North Shore Medical Center

Section Director, Plastic Surgery, Rush North Shore Medical
Center

## PRE IOUS SOCIETY COMMITTEES

PlastyPac, Chair, Board of Governors

Chair of the Metro Chicago District #2 Committee on Applicants,
American College of Surgeons

American Society of Plastic Surgery, Health Policy Committee

American Society of Plastic Surgery, Patient Safety Committee

American Society of Plastic Surgeons, Coding and Payment Policy
Committee

American Society of Plastic Surgeons, Practice Management
Education Committee

Board of Governors, Governor-at-large, The American College of
Surgeons

Page    of

American College of Surgeons, International Relations Committee

Chair, Government Affairs Committee, American Society of Plastic Surgeons

President, The Metropolitan Chicago Chapter of The American College of Surgeons

2012 Nominating Committee, American Society of Plastic Surgeons

Program Committee, The World Society for Reconstructive Microsurgery, 2013 Bi-Annual Meeting

President, Illinois Society of Plastic Surgeons

Vice-President, The Illinois Society of Plastic Surgeons (formerly the Chicago Society of Plastic Surgery)

Vice-President, The Metropolitan Chapter of the American College of Surgeons

American Society of Plastic Surgery, Chairman, Patient Safety Committee

2006-2007 Pathways to Leadership, The American Society of Plastic Surgery

2005    2006 President, The University of Chicago Plastic Surgery Alumni Association

2003 Leadership Tomorrow Program, The American Society of Plastic Surgery

Senior Residents Mentoring Program, The American Society of Plastic Surgery

American Society of Maxillofacial Surgery, Education Committee

Alternate Councilor, Chicago Medical Society

American Society of Aesthetic Plastic Surgery, Electronic Communications Committee

American Society of Aesthetic Plastic Surgery, Intranet Steering Committee

Page    of

**JA718**

American Society of Aesthetic Plastic Surgery, International
Committee

Membership Coordinator, The Chicago Society of Plastic Surgeons
The Illinois State Medical Society, Governmental Affairs Council

The Illinois State Medical Society, Council on Economics

Chicago Medical Society, Physician Review Committee
    -Subcomittee on Fee Mediation

Chairman, Chicago Medical Society, Healthcare Economics
Committee

Secretary/Treasurer, The Metropolitan Chicago Chapter of the
American College of Surgeons

Scientific Committee, 2007    Biennial Symposium WPATH

Local Organi ing Committee 2007 WPATH

Secretary, The Chicago Society of Plastic Surgeons

Treasurer, The Chicago Society of Plastic Surgeons

Council Member, The Metropolitan Chicago Chapter of the
American College of Surgeons

**INTERNATIONAL MEDICAL SER ICE**
    Northwest Medical Teams
    Manos de Ayuda (Oaxaca, Mexico)

    Hospital de Los Ninos (San uan, Puerto Rico)

**COMMUNITY SER ICE**
    Alumni Council, The University of Chicago Medical and
    Biological Sciences Alumni Association

    The University of Minnesota Presidents Club Chancellors Society

    Board of Directors, Chicago Plastic Surgery Research Foundation

    National Center for Gender Spectrum Health Advisory Council

Page   of

**JA719**

## PRE  IOUS COMMUNITY SER  ICE

Board of Directors, Committee on  ewish Genetic Diseases,  ewish
United Fund, Chicago, Illinois

Governing Council, Lutheran General Hospital, Park Ridge, Il

Lutheran General Hospital Development Council, Park Ridge, Il

Lutheran General Hospital Men s Association, Park Ridge, Il

Advisory Board, Committee on  ewish Genetic Diseases, Cancer
Genetics Subcommittee,  ewish United Fund, Chicago, Illinois

Health Care Advisory Board, Congressman Mark Kirk, 10th
Congressional District, Illinois

Ma or Gifts Committee, Saint Francis Hospital Development
Council, Evanston, Il

## isiting Professor

1.  University of Utah, Division of Plastic Surgery, November 6-8, 2014.

2.  Northwestern University, Division of Plastic Surgery, April 21-22, 2016.

3.  The University of North Carolina, Division of Plastic Surgery, March 28-29, 2017

4.  Georgetown University, Department of Plastic Surgery, May 17-18, 2017

5.  The University of Basel, Basel, Swit erland, August 31-September 1, 2018

6.  The Ochsner Health System, New Orleans, LA  anuary 28- anuary 30, 2019

7.  The University of Toronto, Toronto, Ontario, Canada, February 21-22, 2019

8.   The University of Michigan, October3-4, 2019, Ann Arbor, MI,

## In  ited Discussant

1.  Department of Defense, Military service by people who are transgender, Invitation from
Terry Adirim, M.D., M.P.H.Deputy Assistant Secretary of Defense for Health Services Policy
Oversight, The Pentagon, November 9, 2017

2.  Aesthetic Surgery  ournal, Invited Discussant May 7, 2019,  ournal Club.  What is
 Nonbinary  and What Do I need to Know   A Primer for Surgeons Providing Chest Surgery for
Transgender Patients.

Page  of

**JA720**

## Research Interests

1. Role of Omental Stem Cells in Wound Healing (Grant: Tawani Foundation)

2. Robotic-Assisted Bilateral Prophylatic Nipple Sparing Mastectomy with Immediate Tissue Expander/Implant Reconstruction (Pending submission to the FDA for Investigational Device Exemption in association with Intuitive Surgical)

3. Transgender Health and Medicine Research Conference, National Institutes of Health, Bethesda, MD May 7-8, 2015

4. Uterine Transplantation, Rush University Medical Center (IRB pending)

5. Gender Affirmation Surgery Prospective Surveys (Rush University-IRB approved)

6. National Network for Gender Affirming Surgeries: Canadian Institute of Health Research, Training Grant   LGB   T 2S Stigma Reduction   Life Course Mental Wellness (application in process)

## BIBLIOGRAPHY
### PEER RE  IEWED ARTICLES

1. E. Wall, D. A. Schoeller, **L  Schechter**, L. . Gottlieb: Measured Total Energy Re uirements of Adult Patients with Burns. *The Journal of Burn Care and Rehabilitation* 20:329, 1999.

2. David C. Cronin, II, **Loren Schechter**, Somchi Limrichramren, Charles G. Winans, Robert Lohman, and  . Michael Millis, Advances in Pediatric Liver Transplantation: Continuous Monitoring of Portal Venous and Hepatic Artery Flow with an Implantable Doppler Probe. *Transplantation 74 6 :887-889, 2002.*

3.     Robert F. Lohman**, Loren S  Schechter**, Lawrence S.  achary, Solomon Aronson: Evaluation of Changes in Skeletal Muscle Blood Flow in the Dog with Contrast Ultrasonography Revisited: Has the Techni ue Been Useful, and Where are We Headed Now   *The Journal of Plastic and Reconstructive Surgery* 111(4):1477-1480, 2003.

4. Alvin B. Cohn, Eric Odessey, Francis Casper, **Loren S  Schechter**: Hereditary Gingival Fibromatosis: Aggressive Two-Stage Surgical Resection in Lieu of Traditional Therapy, *The Annals of Plastic  Surgery  ol 57, Number 5, November 2006*.

5. Eric Odessey, Al Cohn, Kenneth Beaman, and **Loren Schechter**: Mucormycosis of the Maxillary Sinus: Extensive Destruction with an Indolent Presentation, *Surgical Infections*, Vol. 9, Number 1, 2008

6. Iris A. Seit , MD, David To o, MD, **Loren S  Schechter**, MD Anatomy of a Medication Error: Inadvertent Intranasal In ection of Neosynephrine During Nasal Surgery   A Case Report

**JA721**

and Review of The Literature Plast Reconstr Surg. 2010 Mar;125(3):113e-4e. doi: 10.1097/PRS.0b013e3181cb68f9

7. Iris Seit , MD Craig Williams, MD, Thomas Weidrich, MD,  ohn Seiler, MD, Ginard Henry, MD, and **Loren S  Schechter, MD**:  Omental Free Tissue Transfer for Coverage of Complex Upper Extremity Defects:  The Forgotten Flap  *N  .  2009   ec 4 4 :397-405. doi: 10.1007 s11552-009-9187-6. Epub 2009 Mar 25.*

8.     Michael Salvino and **Loren S  Schechter**:  Microvascular Reconstruction of Iatrogenic Femoral Artery Thrombus in an Infant:  A Case Report and Review of the Literature ePlasty Volume 9 ISSN:  19357-5719, E-location ID:  e20

9.     Phillip C. Haeck, MD,  ennifer A. Swanson, BS, Med, Ronald E. Iverson, MD., **Loren S  Schechter, MD**, Robert Singer, MD, Bob Basu, MD, MPH, Lynn A. Damit , MD, Scott Bradley Bradley Glasberg, MD, Lawrence S. Glasman, MD, Michael F. McGuire, MD, and the ASPS Patient Safety Committee:  Evidence-Based Patient Safety Advisory:  Patient Selection and Procedures in Ambulatory Surgery, Supplement to Plastic and Reconstructive Surgery, Volume 124, Number 4s, October Supplement 2009.

10.     Philip C. Haeck, MD,  ennifer A. Swanson, BS, Med, **Loren S  Schechter, MD**, Eli abeth . Hall-Findlay, MD, Noel B. McDevitt, MD, Gary Smotrich, MD, Neal R. Reisman, MD,  D, Scot Bradley Glasberg, MD, and the ASPS Patient Safety Committee:  Evidence-Based Patient Safety Advisory:  Blood Dyscrasias, Patient Selection and Procedures in Ambulatory Surgery, Supplement to Plastic and Reconstructive Surgery, Volume 124, Number 4s, October Supplement 2009.

11.     **Loren S  Schechter, MD**, The Surgeon s Relationship with The Physician Prescribing Hormones and the Mental Health Professional:  Review for Version 7 of the World Professional Association of Transgender Health s Standards of Care *International Journal of Transgenderism* 11 (4), p.222-225 Oct-Dec 2009

12. Iris A Seit , MD, PhD, Craig Williams, MD, **Loren S  Schechter, MD**, Facilitating Harvest of the Serratus Fascial Flap With Ultrasonic Dissection, *Eplasty 2010  Feb 23 10:e18*

13. Seit , I, Friedewald SM, Rimler,  , **Schechter, LS**, Breast MRI helps define the blood supply to the nipple-areolar complex, Plastische Chirurgie, Supplement 1, 10.  ahrgang, September 2010, p. 75

14. Iris A. Seit **,** Sally Friedwald, MD;  onathon Rimler, **Loren S  Schechter**, Breast MRI to Define The Blood Supply to The Nipple-Areolar Complex. *Plast Recon Surg  Suppl 126  26  p. 27 Oct 2010*

15. Kalliainen LK; ASPS Health Policy Committee Evidence-Based Clinical Practice Guidelines:  Reduction Mammaplasty, The American Society of Plastic Surgeons Plast Reconstr Surg. 2012 Oct;130(4):785-9 **Loren S  Schechter** (member and contributor, ASPS Health Policy Committee)

**JA722**

16.  Eli Coleman, Walter Bockting, Marsha Bot er, Peggy Cohen-Kettenis, Griet DeCuypere, amie Feldman, Lin Fraser, amison Green, Gail Knudson, Walter . Meyer, Stan Monstrey, Richard K. Adler, George R. Brown, Aaron H. Devor, Randall Ehrbar, Randi Ettner, Evan Eyler, Rob Garofalo, Dan H. Karasic, Arlene Istar Lev, Gal Mayer, Heino Meyer-Bahlburg, Blaine Paxton Hall, Friedmann Pf fflin, Katherine Rachlin, Bean Robinson, **Loren S  Schechter**, Vin Tangpricha, Mick van Trotsenburg, Anne Vitale, Sam Winter, Stephen Whittle, Kevan R. Wylie     Ken  ucker, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7, *International Journal of Transgenderism, 13  4  p. 165-232, August 2012.*

17.  onathan Bank, M.D., Lucio A. Pavone, M.D., Iris A. Seit , M.D., Ph.D., Michelle C. Roughton M.D., **Loren S  Schechter M D**  Case Report and Review of the Literature - Deep Inferior Epigastric Perforator Flap for Breast Reconstruction after Abdominal Recontouring, eplasty Ref.: Ms. No. EPLASTY-D-12-00050R1

18. Seit  IA, Siwinski P, Rioux-Forker D, Pavone L, **Schechter LS** Upper and Lower Limb Salvage with Omental Free Flaps:  A Long-Term Functional Outcome Analysis, Plast Reconst Surg. 2014; 134 (4 Suppl 1): 140. Doi: 10.1097/01.prs.0000455514.83516.31. No abstract available.  PMID: 25254872  PubMed - in process

19.  Seit  IA, Friedewald S, **Schechter LS**,  NACsomes :  A Classification system of the blood sypply to the nipple areola complex (NAC) based on diagnostic breast MRI exams, accepted for publication, Plast Reconstr Aesthet Surg. 2015  un;68(6):792-9. doi: 10.1016/ .b ps.2015.02.027. Epub 2015 Feb 19.

20.  **Loren S  Schechter**, Gender Confirmation Surgery:  An Update for the Primary Care Provider, Transgender Health.  an 2016, 1(1): 32-40.

21.  **Loren S  Schechter**, Mimis N. Cohn, Gender Confirmation Surgery:  A New Frontier in Plastic Surgery Education,  ournal of Plastic and Reconstructive Surgery, October 2016, 138 (4): 784 e

22.  Berli  U, Knudson G, Fraser L, Tangpricha V, Ettner R, Ettner FM, Safer  D, Graham  , Monstrey S, **Schechter L**, Gender Confirmation Surgery: What Surgeons Need To Know When Providing Care For Transgender Individuals,  AMA Surg. 2017 Apr 1;152(4):394-400. doi: 10.1001/ amasurg.2016.5549

23.  Seit , I.A., Lee,  .C., Sulo, S, Shah, V, Shah, M,  imene , M, **Schechter, L**, Common characteristics of functional and adverse outcomes in acute lower-extremity trauma reconstruction, The European  ournal of Plastic Surgery, (2017) doi:10.1007/s00238-016-1268-5

24.  **Loren S  Schechter**, Salvatore D Arpa, Mimis Cohen, Ervin Koc ancic, Karel Claes, Stan Monstrey, Gender Confirmation Surgery:  Guiding Principles  Sex Med. 2017  un;14(6):852-856. doi: 10.1016/ . sxm.2017.04.001. Epub 2017 May 3

Page     of

25.  Response to Letter to the Editor: "Gender Confirmation Surgery: Guiding Principles". **Schechter LS**.   Sex Med. 2017 Aug;14(8):1067. doi: 10.1016/ . sxm.2017.06.002. PMID: 28760249

26.  Iris A. Seit  , **Loren S  Schechter**, "Successful Tongue Replantation Following Segmental Auto-Amputation Using Supermicrosurgical Techni ue,     Reconstr Microsurg Open 2017; 02(02): e132-e135 DOI: 10.1055/s-0037-1606584

27.  Berli  U, Knudson G, **Schechter L**. Gender Confirmation Surgery and Terminology in Transgender Health-Reply.  AMA Surg. 2017 Nov 1;152(11):1091. doi: 10.1001/ amasurg.2017.2347. PMID: 28724140

28.  Randi Ettner, Fred Ettner, Tanya Freise, **Loren Schechter**, Tonya White,   Tomboys Revisited: A retrospective comparison of childhood behavioral patterns in lesbian women and transmen     ournal of Child and Adolescent Psychiatry ISSN: 2643-6655 Volume No: 1 Issue No: 1

29.  Editor:  **Loren S  Schechter**, Bauback Safa, Gender Confirmation Surgery, Clinics in Plastic Surgery, Vol. 45 (3),   uly 2018

30.  **Loren S  Schechter**, Bauback Safa, Preface:  Gender Surgery:  A Truly Multidisciplinary Field, Gender Confirmation Surgery, Clinics in Plastic Surgery, Vol. 45 (3), p. xiii   uly 2018 (editors Loren S. Schechter, Bauback Safa)

31.  Introduction to Phalloplasty. **Schechter LS**, Safa B.Clin Plast Surg. 2018   ul;45(3):387-389. doi: 10.1016/ .cps.2018.03.014. Epub 2018 May 1. Review. PMID: 29908627

32.  David Whitehead, **Loren S  Schechter**, Cheek Augmentation Techni ues, Facial Plastic Surgery Clinics of North America 27 (2019) 199-206

33.  Mosser SW, **Schechter LS**, Fac ue AR,  et. al, Nipple Areolar Complex Reconstruction in an Integral Part of Chest Reconstruction in the Treatment of Transgender and Gender Diverse People, The International   ournal of Transgenderism, DOI: 10.11080/15532739.2019.1568343

34.  Koc ancic E,   aunarena  H, **Schechter L**, Acar   . Inflatable penile prosthesis implantation after gender affirming phalloplasty with radial forearm free flap. Int   Impot Res. 2020   an;32(1):99-106. doi: 10.1038/s41443-019-0153-8. Epub 2019   un 6.

35.  **Loren S  Schechter**, Mimis N. Cohen,   Gender Confirmation Surgery:  Moving Forward, The   ournal of Craniofacial Surgery, Vol. 30, No. 5,   uly 2019, P. 1364

36.  **Loren S  Schechter**, Rebecca Schechter,   Training Surgeons in Gender Confirmation Surgery,   The   ournal of Craniofacial Surgery, Vol 30, No 5,   uly 2019, p. 1380

37.  Fac ue AR, Atencio D, **Schechter LS**. Anatomical Basis and Surgical Techni ues Employed in Facial Femini ation and Masculini ation.   Craniofac Surg. 2019   ul;30(5):1406-1408. doi: 10.1097/SCS.0000000000005535.PMID: 31299732

Page     of

38.  Walter Pierre Bouman MD PhD,  on Arcelus MD PhD, Griet De Cuypere MD PhD, M. Pa
Galupo PhD, Baudewi nt e P.C. Kreukels PhD, Scott Leibowit  MD, Damien W. Riggs PhD,
**Loren S  Schechter MD FACS**, Guy T S oen MD PhD,  aimie Veale PhD, Transgender and
gender diverse people s involvement in transgender health research, International  ournal of
Transgenderism, vol. 19, no. 4, 357-358.

39.  Bustos SS, Kapoor T, **Schechter LS**, Ciudad P, Forte A , Del Corral G, Manri ue
O ."Impact of Social Media Presence on Online Reviews Among Plastic Surgeons Who Perform
Gender Affirming Surgeries"  Plast Reconstr Aesthet Surg. 2020 Apr;73(4):783-808. doi:
10.1016/ .b ps.2019.11.031. Epub 2019 Nov 28.

40.  Wiegmann AL **Schechter LS**, Aesthetic Surgery  ournal, Invited Commentary on:
 Gender Surgery Beyond Chest and Genitals:  Current Insurance Landscape  *Aesthetic Surgery
Journal*,s  318,https://doi.org/10.1093/as /s  318 Published 28 December 2019

41.  Rayisa Hontacharuk, Brandon Alba, **Loren Schechter**, International  ournal of Impotence
Research, Invited Commentary on:   Suprapubic Pedicled Phalloplasty in Transgender Men: A
Multi-Centric Retrospective Cohort Analysis  (accepted for publication, The International
 ournal of Impotence Research)

42.   The Affordable Care Act and Its Impact on Plastic Surgery and Gender-Affirmation
Surgery,   The  ournal of Plastic and Reconstructive Surgery, (accepted for publication)

43.  Ara A. Salibian, MD; **Loren S  Schechter, MD**, FACS; Wiliam M. Ku on, MD; Mark-
Bram Bouman, MD, PhD; Lee C. hao, MD; Rachel Bluebond-Langner, MD  Vaginal Canal
Reconstruction in Penile Inversion Vaginoplasty with Flaps, Peritoneum or Skin Grafts: Where
Is The Evidence,  The  ournal of Plastic and Reconstructive Surgery (submitted for publication)

44.  Devin Coon, MD MSE, Rachel Bluebond-Langner, MD, Pierre Brassard, MD, William
Ku on, MD, Stan Monstrey, MD, **Loren S  Schechter, MD**,  The State of the Art in
Vaginoplasty:  A Comparison of Algorithms, Surgical Techni ues and Management Practices
Across Six High-Volume Centers,  The  ournal of Plastic and Reconstructive Surgery (in
preparation)

45.  Rayisa Hontscharuk, Brandon Alba, Devin Coon, Elyse Pine, Caterine Manno, Madeline
Deutsch, **Loren Schechter**, Perioperative Transgender Hormone Management:  Avoiding VTE
and other Complications, The  ournal of Plastic and Reconstructive Surgery (accepted for
publication, the  ournal of Plastic and Reconstructive Surgery)

46.  **Loren S  Schechter** and Rayisa Hontscharuk, Invited Commentary, Phantom Penis:
Extrapolating Neuroscience and Employing Imagination for Trans Male Embodiment, Studies in
Gender and Sexuality (accepted for publication)

47. Omer Acar, Ervin Koc ancic, Susan Talamini, and **Loren Schechter**  Masculini ing Genital
Gender Affirming Surgery:  Metoidioplasty and Urethral Lengthening, Int  Impot Res. 2020
Mar 19. doi: 10.1038/s41443-020-0259- . Epub ahead of print  Review.PMID: 32203431

Page     of

**JA725**

48.  Norah Oles, BS; Halley Darrach, BS; Wilmina Landford, MD; Matthew Gar a; Claire Twose, MLIS; Phuong Tran, MS; Brandyn Lau, MPH; **Loren Schechter**, Devin Coon, MD, MSE Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-Reviewed Literature and Methods of Assessing Patient-Centered OutcomesPart 1: Breast/Chest, Face, and Voice (Accepted for publication, Annals of Surgery)

49.  Siotos, Cheah, Damoulakis, Kelly, Siotou, **Schechter**, Shena , Derman and Dorafshar**,** Trends of Medicare Reimbursement Rates for Common Plastic Surgery Procedures (accepted for publication,  ournal of Plastic and Reconstructive Surgery)

50.  **Loren S  Schechter**, Discussion:   uantifying the psychosocial benefits of masculini ing mastectomy in trans-male patients with patient reported outcomes:  The UCSF Gender  uality of Life (  oL) survey, The  ournal of Plastic and Reconstructive Surgery Plastic and Reconstructive Surgery May 2021; 147(5)

51.  Alire a Hamidian  ahromi, **Loren Schechter,** Commentary on: Telemedicine in Transgender Care: A Twenty First  Century Beckoning, Plastic and Reconstructive Surgery, May 1; 147 (5):  898e-899e.

52.   a ayeri HE, Lope  , Sluiter EC, O Brien-Coon D, Bluebond-Langner R, Ku on WM  r, Berli  U, Monstrey S , Deschamps-Braly  C, Dorafshar AH, **Schechter LS,**Discussion: Promoting Centers for Transgender Care,  ournal of Oral and Maxillofacial Surgery. 2021  an;79(1):3-4. Doi:  10.1016/ . oms.2020.09.027. Epub 2020 Oct 19. PMID:  33091402

53.  Letter to the editor, Body mass index re uirements for gender-affirming surgeries are not empirically based. *Transgender Health*.(submitted for publication)

54.  Strategies for innervation of the neophallus, Rayisa Hontscharuk, Charalampso Siotos, **Loren S  Schechter**, https://doi.org/10.20517/2347-9264.2020.124  The  ournal of Plastic and Aesthetic Research

55.  Sasha Karan Narayan1, Rayisa Hontscharuk, Sara Danker,  ess Guerriero, Angela Carter, Gaines Blasdel, Rachel Bluebond-Langner, Randi Ettner, Asa Radix, Loren Schechter,  ens Urs Berli, Guiding the Conversation-Types of Regret after Gender-Affirming Surgery and Their Associated Etiologies, Annals of Translational Medicine, https://atm.amegroups.com/issue/view/1060

56.  Alire a Hamidian, Louisa Boyd, Loren Schechter, An Updated Overview of Gender Dysphoria and Gender Affirmation Surgery: What Every Plastic Surgeon Should Know World Surg 2021 Apr 1. doi: 10.1007/s00268-021-06084-6.

**JA726**

57.   Alire a Hamidian, Sydney Horen, Amir Dorafshar, Michelle Seu, Asa Radix, Erica Anderson, amison Green, Lin Fraser, Li a ohannesson, Giuliano Testa, and Loren S. Schechter, Uterine Transplant and Donation in Transgender Individuals:  Proof of Concept https://doi.org/10.1080/26895269.2021.1915635

58. Rayisa Hontscharuk, Brandon Alba, Alire a Hamidian, Loren S. Schechter, Penile Inversion Vaginoplasty Outcomes:  Complications and Satisfaction, (accepted for publication, Andrology)

59.   "Plastic Surgeon Financial Compensation - Incenti ation Models in Surgical Care Delivery: The Past, Present     Future" (accepted for publication,  ournal of Plastic and Reconstructive Surgery)

60. Alire a Hamidian,  enna Stoehr, Loren S. Schechter, "Telemedicine for Gender-Affirming Medical and Surgical Care: A Systematic Review and Call-to-Action" Transgender Health https://doi.org/10.1089/trgh.2020.0136

61. Alire a Hamidian, Sydney Horen, Loren Schechter, Amir Dorafshar, Laryngochondroplasty: A Systematic Review of Safety, Satisfaction, and Surgical Techni ues (accepted for publication, The  ournal of Plastic and Reconstructive Surgery)

62. Ann Brown, Ana P Lourenco, Bethany L Niell, Beth Cronin, Eli abeth H Dibble, Maggie L DiNome, Mita Sanghavi Goel,  uliana Hansen, Samantha L Heller, Maxine S  ochelson, Baer Karrington, Katherine A Klein, Te as S Mehta, Mary S Newell, Loren Schechter, Ashley R Stuckey, Mary E Swain,  ennifer Tseng, Daymen S Tuscano, Linda Moy, ACR Appropriateness Criteria   Transgender Breast Cancer Screening,  ournal of The American College of Radiology, 2021; 18:  S502-S518  https://doi.org/10.1016/ . acr.2021.09.005

63.  Amir Dorafshar, Alire a Hamidian, Sydney Horen, Loren Schecter, Li a ohannesson, Giuliano Testa, Martin Hertl, Summer Dewdney,  eannie Aschkensasy, Mary Wood-Molo, Cynthia Brincat, Edward Cherullo,  ay M Behel, Charles Hebert, Robert Shulman, Shruti Bashi, Anna Alecci, and Badrinth Kontrey, Strategic Planning and Essential Steps for Establishing a Uterine Transplant and Rehabilitation Program: From Idea to Reality (Accepted for publication, Annals of Surgery)

64.  a ayeri, Hossein; Lope ,  oseph; Goldman, Edward; Shena , Deana; Schechter, Loren; Dorafshar, Amir; vercler, Christian, What is the Surgeon s Duty to Disclose COVID-19 Diagnosis   (Submitted to FACE:  ournal of the American Society of Maxillofacial Surgeon)


**NON PEER RE IEWED ARTICLES**

1. Printen K , Schechter HO, Velden  HE, **Schechter LS,** Otto S,  aley A, Otto W: Undetected Transport Hypoxia in Ma or Surgical Procedures. *The   uarterly Bulletin of St. Francis Hospital*, Spring, 1989

2. **Schechter LS**, Memmel H, Layke  : Breast Reconstruction: The Plastic Surgeon as a Member of the Multi-Disciplinary Team. *Chicago Medicine*, 106(15):  34-38, 2003

Page     of

3. **Schechter LS**:  Mission Accomplished:  Achieving a Successful Microsurgical Reconstruction of the Head and Neck.  *Plastic Surgery Products,* March 2004

4  **Loren S  Schechter, MD**:  A Helping Hand.  *Plastic Surgery Products*, November 2005.

5.  **Loren S  Schechter, MD**:  On Guard for DVT.  *Plastic Surgery Products*,  une 2007.

6.  **Loren S  Schechter, MD** and Iris Seit , MD, PhD:  Mission:  Possible  Achieving a Successful Microsurgical Reconstruction of the Head and Neck, *Plastic Surgery Practice,* May 2009.

7.  **Loren S  Schechter, MD** and Iris A. Seit , MD, PhD:  Soft-tissue Reconstruction of Arms and Hands, *Plastic Surgery Practice*, February, 2010.

8.  Lucio A. Pavone, MD, Iris A. Seit , MD, PhD, **Loren S  Schechter**, **MD**:  Current Options in Autologous Breast Reconstruction, *Plastic Surgery Practice*, November, 2010.

9.  Lucio A. Pavone, MD, Iris A. Seit , MD, Michelle C. Roughton, MD, Daniel  . Liu, **Loren S  Schechter, MD**:  Options in Breast Reconstruction, *Chicago Medicine*,  une 2013.

**Textbooks and Book Chapters**

  **Loren S  Schechter,** Surgery for Gender Identity Disorder, *Plastic Surgery*, Third Edition, ed. Neligan, 2013, Elsevier, Vol. Four, Volume Editor:  David H. Song.

  **Loren S  Schechter,** Surgery for Gender Identity Disorder, *Plastic Surgery*, Fourth Edition, ed. Neligan, 2013, Elsevier, Vol. Four, Volume Editor (Submitted for publication):  David H. Song

3.  Nicholas Kim and **Loren S  Schechter**, Plastic Surgery Board Review:  Pearls of Wisdom, 3rd Edition, Gender Confirmation Surgery McGraw Hill, 2016

4.  **Loren S  Schechter**, Surgical Management of the Transgender Patient (Elsevier, 2016)

5.  **Loren S  Schechter** and Rebecca B. Schechter, Pursuing Gender Transition Surgeries, *Adult Transgender Care  An Interdisciplinary Approach for Training Mental Health Professionals*, First Edition, published 2018, Taylor and Francis, edited by Michael Kauth and  illian Shipherd

6.  **Loren S  Schechter**, Breast and Chest Surgery in Transgender Patients, Comprehensive Care of the Transgender Patient first edition, Elsevier, 2020

7.  **Loren S  Schechter** (editor), Gender Confirmation Surgery-Principles and Techni ues for an Emerging Field, Springer-Verlag, 2020

8.  **Loren S  Schechter**, Bauback Safa, (editors), Gender Confirmation Surgery, Clinics in Plastic Surgery 45:3, Elsevier,  uly 2018

Page    of

**JA728**

9.  **Loren S  Schechter** and Paul Weiss, Transgender Breast Surgery, Cosmetic Breast Surgery, edited by Sameer A. Patel and C.Bob Basu, Thieme, 2020

10. **Loren S  Schechter**, Rebecca B. Schechteer, Surgical Effects of GnRHa Treatment, Pubertal Suppression in Transgender Youth, Elsevier, 2019

11. **Loren S  Schechter**, Surgical Anatomy:  Phalloplasty, in Urological Care for the Transgender Patient:  A Comprehensive guide (in preparation, Springer Nature)

12. **Loren S  Schechter** and Alexander Fac ue, Transgender Surgery-Femini ation and Masculini ation, Tips and Tricks in Plastic Surgery, edited by Seth R. Thaller and   ubin Panthaki,(Springer Nature, Editors Seth R.Thaller and   ubin . Panthaki https://doi.org/10.1007/978-3-030-78028-9

13. **Loren S  Schechter** and Alexander Fac ue, Aesthetic Breast Surgery in Transgender Patients:  Male to Female, Spear s Surgery of the Breast:  Principles and Art, 4e by Allen Gabriel, Wolters Kluwer (in publication)

14. **Loren S  Schechter** and Alexander Fac ue, Navigating Problems with Transgender Top Surgery, Managing Common and Uncommon Complication of Aesthetic Breast Surgery, edited by Dr.  ohn Y.S. Kim, Springer Nature

15. **Loren S  Schechter**, Gender Affirming Surgery:  Bottom Surgery, The Art of Aesthetic Surgery:  Principles and Techni ues, edited by Drs. Foad Nahai,  effrey Kenkel, Grant Stevens, Far ad Nahai,  ohn Hunter, and William P. Adams,(Thieme, In Publication)

16. **Loren S  Schechter**, Rayisa Hontscharuk, and Amir Dorafshar, ALT Free Flap with Its Sensory Nerve:  Versatility in its Utili ation, Reconstructive Principles and Strategies with Neuroti ation:  Current and Future Developments in Nerve Repair, Reconstruction, and Flaps, edited by Risal D ohan, MD (Springer Nature, in preparation)

17. **Loren S  Schechter**, Recipient Vessels in Reconstructive Microsurgery,

**ABSTRACTS**
1. **L S  Schechter**,  .G. Lease, L. . Gottlieb:  Routine HIV Testing in a Burn Center:  A Five Year Experience.  AAST 52nd Annual Meeting Program Manual, P. 122, 1992

2. E. Wall, **L  Schechter**, L. . Gottlieb, D. Schoeller:  Calculated Versus Measured Energy Re uirements in Adult Burn Patients.  Proceedings of the ABA 26th Annual Meeting, p. 239, 1994

3. **L  Schechter**, Robert Walton:  Plication of the Orbital Septum in Lower Eyelid Blepharoplasty.  New Frontiers in Aesthetic Surgery Annual Meeting Program Manual, p.90-91, 1999

**JA729**

4.  **Loren Schechter, M D** , K. Ali adeh, M.D., M. McKinnon, M.D., Craniofacial Osseo-Distraction:  A Bridge to Eucephaly, Abstracts of the 12th Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, p. 63, 1999.

5.  McKay McKinnon, M.D., K. Ali adeh, M.D., **L  Schechter**, M.D., Ethnic Aesthetic Analysis and Surgery, Abstracts of the 12th Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, p. 89, 1999

6.  Mark A. Grevious, **Loren S  Schechter**, David H. Song, and Robert Lohman:  Sural Neurocutaneous Flaps for Reconstruction of Leg Wounds The American Society of Plastic Surgery Senior Residents  Conference 2001

7.  **Loren S  Schechter**, Mark A. Grevious, David H. Song, Risal D ohan, and Robert F. Lohman:  Comparing Sural Neurocutaneous and Free Flaps for Reconstruction of Leg Wounds: Indications and Outcomes, The World Society for Reconstructive Microsurgery p.29, 2001

8.  LC Wu, **LS Schechter**, and RF Lohman:  Negative Pressure Wound Therapy as a Bridge Between Debridement and Free Flap Reconstruction of Extremity Wounds, The World Society for Reconstructive Microsurgery p. 31, 2001

9.  Mark A. Grevious, **Loren S  Schechter**, Risal D ohan, David H. Song, and Robert Lohman: Role of Free-Tissue Transfer and Sural Neurocutaneous Flaps for Reconstruction of Leg Wounds, The  ournal of Reconstructive Microsurgery, 18(6):533, 2002.

10.  Lawrence  . Gottlieb, Alex Kaplan, Kirstin Stenson, **Loren Schechter**:  The Thoracoacromial Trunk as a Recipient Vessels:  A Lifeboat in Head and Neck Reconstruction, The  ournal of Reconstructive Microsurgery, 18(6):563, 2002.

11.    Li a C. Wu M.D., **Loren S  Schechter, M D** ,Robert F.Lohman M.D., Robin Wall, P.A., Miec yslawa Franc yk, P.T., Ph.D.: Defining the Role for Negative Pressure Therapy in the Treatment Algorithm of Extremity Wounds, Plastic Surgical Forum, Vol.   V, p.245 2002.

12.  Li a C. Wu, **Loren S  Schechter**, Robert F. Lohman, Somchai Limsrichamren, Charles G. Winans,  . Michael Millis, and David C. Cronin:  Implantable Doppler Probe for Continuous Monitoring of Hepatic Artery and Portal Vein Blood Flow in Pediatric Liver Transplantation, The  ournal of Reconstructive Microsurgery, 19(7):  517, 2003.

13  **Loren S  Schechter, MD,**  ohn C. Layke, MD, Wayne M. Goldstein, MD, Lawrence  . Gottlieb, MD:  The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee: An 18 Year Experience, Plastic Surgery Forum, Vol.     VII, P. 133.

14.     oseph Talarico, MD, Wayne Lee, MD, **Loren Schechter, MD**:  When Component Separation Isn t Enough, American Hernia Society, Inc, Hernia Repair 2005, P. 194

15     **Loren S  Schechter, MD, FACS**,  ames Boffa, MD, Randi Ettner, Ph.D., and Frederic Ettner, MD: Revision Vaginoplasty With Sigmoid Interposition:  A Reliable Solution for a Difficult Problem, The World Professional Association for Transgender Health (WPATH) 2007
      Biennial Symposium P. 31-32

16.    acob M.P. Bloom, MS, Alvin B. Cohn, MD, Ben amin Schlechter, MD, Nancy Davis, MA, **Loren S  Schechter, MD**, Abdominoplasty and Intra-Abdominal Surgery:  Safety First, Plastic Surgery Abstract Supplement vol. 120, no 4, p. 99

17.    I.A. Seit , C.S. Williams, T.A. Wiedrich, **L S  Schechter**, Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap, Plastic Surgery At The Red Sea International Symposium Book Of Abstracts, March 24-28, 2009, p. 25

18.    Michael Salvino, MD and **Loren S  Schechter, MD**, Microvascular Reconstruction of Iatrogenic Femoral Artery In ury in a Neonate, The Midwestern Association of Plastic Surgeons Book of Abstracts, April 18-19, 2009, p.65

19.    Michelle Roughton, MD and **Loren Schechter, MD**, Two Birds, One Stone:  Combining Abdominoplasty with Intra-Abdominal Procedures, The Midwestern Association of Plastic Surgeons Book of Abstracts, April 18-19, 2009, p.65

20.  Iris A. Seit , MD, Phd, Sarah Friedewald, MD,  onathon Rimler, BS, **Loren Schechter, MD, FACS**, Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,p.26

21.  Iris A. Seit , MD, Phd, Craig Williams, MD, Daniel Resnick, MD, Mano  Shah, MD, **Loren Schechter, MD, FACS**, Achieving Soft Tissue Coverage of Complex Upper and Lower Extremity Defects with Omental Free Tissue Transfer, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, p. 28

22.  Iris A. Seit , MD, Phd, Craig Williams, MD, **Loren Schechter, MD, FACS**, Facilitating Harvest of the Serratus Fascial Flap with Ultrasonic Dissection, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, p. 29

23.  Michelle Roughton, MD, **Loren Schechter, MD, FACS,** Patient Safety:  Abdominoplasty and Intra-Abdominal Procedures,
Advocate Research Forum, Research and Case Report Presentation Abstracts, Advocate Lutheran General Hospital, May 5, 2010, p. 20

24.  Iris A. Seit , MD, PhD., Sarah M. Friedewald, MD,  onathon Rimler, BS, **Loren S  Schechter, MD, FACS**, Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, Abstract, P. 44.

25.  Loren S. Schechter, MD, FACS, Gender Confirmation Surgery in the Male-to-Female Individual:  A Single Surgeon s Fourteen Year Experience, Annals of Plastic Surgery, Vol. 74, Suppl. 3,  une 2015, p. s187.

Page     of

26.  25th WPATH Symposium, Surgeons Only, November 1, 2018, Buenos Aires, Argentina, A Novel Approach for Neovagina Configuration During Vaginoplasty for Gender Confirmation Surgery

27.  25th WPATH Symposium, Surgeons Only, November 1, 2018, Buenos Aires, Argentina, IPP Implantation Post-Phalloplasty:  The Chicago Experience

28.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, The Role of Pelvic Floor Physical Terhapy in Patients Undergoing Gender Confirming Vaginoplasty Procedures

29.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Establishing Guidelines for VTE Prophylaxis in Gender Confirmation Surgery

30.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Gender Surgeons Experience with Detransion and Regret

**PRESENTATIONS**

1.  Student Summer Research Poster Forum-The University of Chicago,  an. 21, 1992:   A Comparison of Dynamic Energy Expenditure Versus Resting Energy Expenditure in Burn Patients Using The Doubly Labeled Water Method

2.  American Association for the Surgery of Trauma, Sept. 17-19, 1992, Louisville, KY:   Routine HIV Testing in A Burn Center:  A Five Year Experience

3.  American Burn Association Poster Session, April 20-23, 1994, Orlando, Fl:   Calculated Versus Measured Energy Re uirements in Adult Burn Patients

4.  48th Annual Senior Scientific Session:  The University of Chicago, May 19, 1994:   Calculated Versus Measured Energy Re uirements in Adult Burn Patients

5.  Plastic Surgery Senior Residents Conference, April 20-25, 1999, Galveston, T  :   Plication of the Orbital Septum in Lower Eyelid Blepharoplasty

6.  The Chicago Society of Plastic Surgery, May 6, 1999,   Plication of the Orbital Septum in Lower Eyelid Blepharoplasty

7.  The American Society for Aesthetic Plastic Surgery, May 14-19, 1999, Dallas, T  :   Plication of the Orbital Septum in Lower Eyelid Blepharoplasty

8.     III Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery,  une 27- uly 2, 1999, San Francisco, CA:   Craniofacial Osseo-Distraction: A Bridge to Eucephaly

Page     of

**JA732**

9.     III Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery,  une 27- uly 2, 1999 San Francisco, CA:  "Ethnic Aesthetic Analysis and Surgery"

10.  Inaugural Congress of the World Society for Reconstructive Microsurgery, October 31-November 3, 2001, Taipei, Taiwan:    Comparing Sural Neurocutaneous and Free Flaps for Reconstruction of Leg Wounds:  Indications and Outcomes

11.  American Society for Reconstructive Microsurgery,  anuary 12-15, 2002, Cancun, Mexico: "The Role to Free Tissue Transfer and Sural Neurocutaneous flaps for Reconstruction of Leg Wounds"

12.     American Society of Plastic Surgery, 71st Annual Scientific Meeting, November 2-6, 2002, San Antonio, Texas:  "Defining the Role for Negative Pressure Therapy in the Treatment Algorithm of Extremity Wounds"

13.  American Society of Reconstructive Microsurgery, Annual Scientific Meeting,  anuary 11-15, 2003, Kauai, Hawaii:  "Advances in Pediatric Liver Transplantation:  Continuous Monitoring of Portal Venous and Hepatic Artery Flow With an Implantable Doppler Probe"

14.  The 5th Annual Chicago Trauma Symposium, August 8-10, 2003, Chicago, Illinois:   Soft Tissue Salvage:  Where Are We in 2003

15.  The Midwestern Association of Plastic Surgeons, 42nd Annual Meeting, Chicago, Il May 1-2, 2004:    The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An Eighteen Year Experience

16.  The 6th Annual Chicago Trauma Sympsoium, August 12-15, 2004, Chicago, Il   Complex Wound Management

17.  The American Society of Plastic Surgery, October 9-13, 2004, Philadelphia, Pennsylvania:   The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An Eighteen Year Experience

18.  The American Society for Reconstructive Microsurgery,  anuary 15-18, 2005, Fa ardo, Puerto Rico:    Surviving as a Plastic Surgeon

19.     American Hernia Society, Poster Presentation, February 9-12, 2005, San Diego, California:    When Component Separation Isn t Enough

20.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il:    Hereditary Gingival Fibromatosis in Mono ygotic Twins:  First Reported Case

21.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il:    Modified Components Separation Techni ue for Two Massive Ventral Hernias

Page    of

**JA733**

22.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il:  Mucormycosis of the Head and Neck:  A Fatal Disease

23.  The 7th Annual Chicago Trauma Symposium, August 11-14, 2005, Chicago, Il  Management of Complex In uries

24.      Current Concepts in Advanced Wound Healing:  *A Practical Overview*, Rush North Shore Medical Center, Skokie, Il September 18, 2005   From Flaps to Grafts

25.  Tai oon Baxamusa, M and Loren S.Schechter, MD, Abdominoplasty:  Use in Reconstruction of the Mangled Upper Extremity, The American Association For Hand Surgery Annual Scientific Meeting,  anuary 11-14, 2006, Tucson, Ari ona.

26.  The American Academy of Orthopedic Surgeons 2006 Annual Meeting, March 22-26, 2006, Chicago, Il  Methods of Patella-Femoral and Extensor Mechanism Reconstruction for Fracture and Disruption After Total Knee Arthroplasty

27.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois   Elective Abdominal Plastic Surgery Procedures Combined with Concomitant Intra-abdominal Operations:  A Single Surgeon s Four Year Experience

28.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois   Hereditary Gingival Fibromatosis:  Aggressive Two-Stage Surgical Resection Versus Traditional Therapy

29.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois  Abdominoplasty Graft    VAC Therapy:  Two Useful Ad uncts in Full-Thickness Grafting of the Mangled Upper Extremity

30.  The American Association of Plastic Surgeons 85th Annual Meeting, May 6-9, 2006 Hilton Head, South Carolina   Excision of Giant Neurofibromas

31.  The 8th Annual Chicago Trauma Symposium,  uly 27-30, 2006, Chicago, Il   Management of Complex In uries

32.  The American Society of Plastic Surgeons Annual Meeting, October 6-12, 2006, San Francisco, California   Excision of Giant Neurofibromas

33.  The American College of Surgeons Poster Presentation, October, 2006, Chicago, Il   Abdominoplasty:  Use in Reconstruction of the Mangled Upper Extremity

34. American Medical Association-RFS 3rd Annual Poster Symposium, November 10, Las Vegas, NV, 2006   Abdominal Wall Reconstruction With Alloderm

Page    of

**JA734**

35. Advocate In ury Institute:  Trauma 2006:  The Spectrum of Care), November 30-December 2, 2006, Lisle, Il,  Pit Bull Mauling:  A Case Study

36. The 9th Annual Chicago Trauma Symposium, August 10-12, 2007, Chicago, Il
 Management of Complex In uries

37.    The World Professional Association for Transgender Health (WPATH) 2007 Biennial Symposium, September 5-8. 2007, Chicago, Il Revision Vaginoplasty With Sigmoid Interposition:   A Reliable Solution for a Difficult Problem

38. Metropolitan Chicago Chapter of the American College of Surgeons, 2008 Annual Meeting, March 15, 2008  ER Call:  Who s  ob is it Anyway

39. The 10th Annual Chicago Trauma Symposium, August 7-10, 2008, Chicago, Il
 Management of Complex In uries

40. 23nd Annual Clinical Symposium on Advances in Skin    Wound Care: The Conference for Prevention and Healing October 26-30, 2008, Las Vegas, Nevada,poster presentation   Use of Dual Therapies Consisting of Negative Pressure Wound Therapy (NPWT) and Small Intestine Mucosa (SIS) on a Complex Degloving In ury With an Expose Achilles Tendon:  A Case Report

41.    The American Society of Plastic Surgeons Annual Meeting, October 31-November 3, 2008, Chicago, Il  Panel: Fresh Faces, Real Cases

42. The American Association for Hand Surgery Annual Meeting,  anuary 7-13, 2009, Maui, Hawaii, poster session:  Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap.

43.    Plastic Surgery At The Red Sea Symposium, March 24-28, 2009 Eilat, Israel,  Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap.

44.    ASPS/I UAM Transatlantic Innovations Meeting, April 4-7, 2009 Miason de la Chimie, Paris, France,  Advertising in Plastic Surgery

45. ASPS/I UAM Transatlantic Innovations Meeting, April 4-7, 2009 Miason de la Chimie, Paris, France,  Cost-Effectiveness of Physician Extenders in Plastic Surgery

46.    Midwestern Association of Plastic Surgeons, 47th Annual Meeting, April 18-19, 2009, Chicago, Il,  Microvascular Reconstruction of Iatrogenic Femoral Artery In ury in a Neonate

47.    Midwestern Association of Plastic Surgeons, 47th Annual Meeting, April 18-19, 2009, Chicago, Il,  Two Birds, One Stone:  Combining Abdominoplasty with Intra-Abdominal Procedures

Page    of

**JA735**

48. The 11th Annual Chicago Trauma Symposium, August 1, 2009, Chicago, Il   Management of Complex In uries

49. Societa Italiana Di Microchirurgia,      III Congresso Na ionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009,   Omental Free Tissue Transfer for Coverage of Complex Extremity Defects:  The Forgotten Flap.

50. Societa Italiana Di Microchirurgia,      III Congresso Na ionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009,   Challenging Cases.

51.     American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA,   President s Panel:  The Future of the Solo Practice-Can We, Should We Survive

52. The 12th Annual Chicago Trauma Symposium, August 5-8, 2010, Chicago, Il   Management of Complex In uries

53. Breast MRI to Define The Blood Supply to the Nipple-Areolar Complex.  German Society of Plastic, Reconstructive and Aesthetic Surgery (DGPRAEC), Dresden, Germany, September 2010

54. Roundtable Discussion:  Electronic Health Records-Implications for Plastic Surgeons, The American Society of Plastic Surgeons Annual Meeting, October 3, 2010, Toronto, CA

55. Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, The American Society of Plastic Surgeons Annual Meeting, October 3, 2010, Toronto, CA.

56. ASPS/ASPSN  oint Patient Safety Panel:  Patient Selection and Managing Patient Expectations, The American Society of Plastic Surgeons Annual Meeting, October 4, 2010, Toronto, CA

57. Lunch and Learn:   Prevention of VTE in Plastic Surgery Patients, The American Society of Plastic Surgeons Annual Meeting, October 5, 2010, Toronto, CA

58. Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, 16th Congress of The International Confederation for Plastic Reconstructive and Aesthetic Surgery, May 22-27, 2011, Vancouver, Canada

59. Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29  une-2  uly, 2011, Helsinki, Finland

60. Applications of the Omentum for Limb Salvage:  The Largest Reported Series, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29  une-2  uly, 2011, Helsinki, Finland

Page     of

**JA736**

61. Successful Tongue Replantation Following Auto-Amputation Using Supermicrosurgical Techni ue, Poster Session, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29  une-2  uly, 2011, Helsinki, Finland

62. The 13th Annual Chicago Trauma Symposium, August 25-28, 2011, Chicago, Il   Soft Tissue Defects-Getting Coverage

63. WPATH:  Pre-conference Symposium, September 24, 2011, Atlanta, GA  Surgical Options and Decision-Making

64. American Society of Plastic Surgeons Annual Meeting, September 27, 2011, Denver, CO Closing Session Lunch and Learn:  Pathways to Prevention-Avoiding Adverse Events, Part I: Patient Selection and Preventing Adverse Events in the Ambulatory Surgical Setting

65. American Society of Plastic Surgeons Annual Meeting, September 27, 2011, Denver, CO Closing Session Lunch and Learn:  Pathways to Prevention-Avoiding Adverse Events, Part III: Preventing VTE

66.    IV Congresso Na ionale della Societa Italiana di Microchirugia congiunto con la American Society for Reconstructive Microsurgery, October 20-22, 2011, Palermo, Sicily: 3 Step Approach to Lower Extremity Trauma

67.    IV Congresso Na ionale della Societa Italiana Microchirugia congiunto con la American Society for Reconstructive Microsurgery, October 20-22, 2011, Palermo, Sicily:  Applications of the Omentum for Limb Salvage:  The Largest Reported Series

68. American Society for Reconstructive Microsurgery, Poster Presentation,  anuary 14-17, 2012, Las Vegas, NV: Neonatal Limb Salvage:  When Conservative Management is Surgical Intervention

69. The 14th Annual Chicago Trauma Symposium, August 2-5, 2012, Chicago, Il   Soft Tissue Defects-Getting Coverage

70. The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30, 2012, New Orleans, LA   Reimbursement in Breast Reconstruction

71. The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30, 2012, New Orleans, LA   Thriving in a New Economic Reality:  Business Relationships and Integration in the Marketplace

72. The 15th Annual Chicago Trauma Symposium, August 2-5, 2013, Chicago, Il   Soft Tissue Defects-Getting Coverage

73. 2014 WPATH Symposium, Tansgender Health from Global Perspectives, February 14-18, 2014,   Short Scar Chest Surgery.

Page    of

**JA737**

74. 2014 WPATH Symposium, Transgender Health from Global Perspectives, February 14-18, 2014,  Intestinal Vaginoplasty with Right and Left Colon.

75. 24th Annual Southern Comfort Conference, September 3-7, 2014, Atlanta, Georgia,  Gender Confirmation Surgery:  State of the Art.

76. The 15th Annual Chicago Trauma Symposium, September 4-7, 2014, Chicago, Il   Soft Tissue Defects-Getting Coverage

77. The Midwest Association of Plastic Surgeons, May 30, 2015, Chicago, Il  Gender Confirmation Surgery:  A Single-Surgeon s Experience

78. The Midwest Association of Plastic Surgeons, May 30, 2015, Chicago, Il, Moderator, Gender Reassignment.

79. the American Society of Plastic Surgeons 2015 Professional Liability Insurance and Patient Safety Committee Meeting,  uly 17, 2015,   Gender Confirmation Surgery.

80. The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA.  From Fee-for-Service to Bundled Payments

81. The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Moderator, Transgender Surgery

82. The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Efficient Use of Physician Assistants in Plastic Surgery.

83. The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Patient Safety:  Prevention of VTE

84. The World Professional Association for Transgender Health, Ob ective  uality Parameters for Gender Confirmation Surgery,  une 18-22, 2016, Amsterdam, Netherlands

85. The World Professional Association for Transgender Health, Resident Education Curriculum for Gender Confirmation Surgery,  une 18-22, 2016, Amsterdam, Netherlands

86. The World Professional Association for Transgender Health, Urologic Management of a Reconstructed Urethra(Poster session #195),  une 18-22, 2016, Amsterdam, Netherlands

87. The World Professional Association for Transgender Health, Construction of a neovagina for male-to-female gender reassignment surgery using a modified intestinal vaginoplasty techni ue, poster session (Poster session #198),  une 18-22, 2016, Amsterdam, Netherlands

88. Aesthetica Super Symposium, The American Society of Plastic Surgeons, Genital Aesthetics:  What are we trying to achieve , Washington, DC  une 23-25, 2016

Page    of

**JA738**

89.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Female to Male Gender Reassignment, Washington, DC   une 23-25, 2016

90.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, The  ournal of retractions, what I no longer do, Washington, DC   une 23-25, 2016

91.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, The three minute drill, tips and tricks, Washington, DC   une 23-25, 2016

92.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Moderator, Mini master class:  Male genital plastic surgery, Washington, DC   une 23-25, 2016

93.  The 16th Annual Chicago Trauma Symposium, August 18-21, 2016, Chicago, Il   Soft Tissue Defects-Getting Coverage

94.  USPATH Poster Session, Feb 2-5, 2017, Los Angeles, CA, Partial Flap Failure Five Weeks Following Radial Forearm Phalloplasty:  Case Report and Review of the Literature

95.  USPATH Poster Session, Feb 2-5, 2017, Los Angeles, CA, Urethroplasty for Stricture after Phalloplasty in Transmen Surgery for Urethral Stricture Disease after Radial Forearm Flap Phalloplasty  Management Options in Gender Confirmation Surgery

96.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Patient Evaluation and Chest Surgery in Transmen: A Pre-operative Classification

97.  USPATH, Feb 2-5, 2017, Los Angeles, CA Single Stage Urethral Reconstruction in Flap Phalloplasty: Modification of Techni ue for Construction of Proximal Urethra

98.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Use of Bilayer Wound Matrix on Forearm Donor Site Following Phalloplasty

99.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Vaginoplasty: Surgical Techni ues

100.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Positioning of a Penile Prosthesis with an Acellular Dermal Matrix Wrap following Radial Forearm Phalloplasty

101.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Principles for a Gender Surgery Program

102.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Construction of a Neovagina Using a Modified Intestinal Vaginoplasty Techni ue

103. The 18th Annual Chicago Orthopedic Symposium,   uly 6-9, 2017, Chicago, Il   Soft Tissue Defects-Getting Coverage

Page     of

**JA739**

104.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Moderator:  Genital Surgery Trends for Women

105.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Adding Transgender Surgery to Your Practice, Moderator and Speaker

106.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Transbottom Surgery

107.  14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 A Novel Approach to IPP Implantation Post Phalloplasty:  The Chicago Experience

108.  14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018, A Novel Approach for Neovagina Configuration During Vaginoplasty for Gender Confirmation Surgery

109.  14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 Developlment of a Pelvic Floor Physical Therapy Protocol for Patients Undergoing Vaginoplasty for Gender Confirmation

110.  14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018  Establishing Guidelines for Gender Confirmation Surgery:  The Perioperative Risk of Asymptomatic Deep Venous Thrombosis for Vaginoplasty

111.  The 19th Annual Chicago Trauma Symposium, August 16-19, 2018, Chicago, Il    Soft Tissue Defects-Getting Coverage

112.  Midwest LGBT    Health Symposium, September 14-15, 2018, Chicago, Il     uality Parameters in Gender Confirmation Surgery

113.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Poster Session, Proposed Guidelines for Medical Tattoo Following Phalloplasty; An Interdisciplinary Approach

114.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Establishment of the First Gender Confirmation Surgery Fellowship

115.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, ISSM Lecture, The Importance of Surgical Training

116.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Tracking Patient-Reported Outcomes in Gender Confirmation Surgery

117.   Theori ing the Phantom Penis,   The Psychotherapy Center for Gender and Sexuality s 6th Biannual Conference, Transformations, March 29-March 30, 2019, NY, NY

Page    of

## INSTRUCTIONAL COURSES

1. Emory University and WPATH:  Contemporary Management of Transgender Patients:  Surgical Options and Decision-Making, September 5, 2007 Chicago, Il

2. Craniomaxillofacial Trauma Surgery:  An Interdisciplinary Approach, February 16-17, 2008, Burr Ridge, Il

3. Societa Italiana Di Microchirurgia,      III Congresso Na ionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, Moderator:  Free Papers, Lower Extremity

4. American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Moderator: ASPS/ASPSN Patient Panel:  Effective Communication-A Key to Patient Safety and Prevention of Malpractice Claims

5.      American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Instructional Course:  Strategies to Identify and Prevent Errors and Near Misses in Your Practice

6.      American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Roundtable Discussion:  Electronic Health Records-Implications for Plastic Surgeons

7. 10th Congress of The European Federation of Societies for Microsurgery, May 2   22, 2010, Genoa, Italy,   The Mangled Lower Extremities:  An Algorithm for Soft Tissue Reconstruction.

8. Mulitspecialty Course for Operating Room Personnel-Craniomaxillofacial, Orthopaedics, and Spine, A Team Approach, AO North American,   une 26-27, 2010, The Westin Lombard Yorktown Center.

9. Management of Emergency Cases in the Operating Room, The American Society of Plastic Surgeons Annual Meeting, October 4, 2010, Toronto, CA.

10. Surgical Approaches and Techni ues in Craniomaxillofacial Trauma, November 6, 2010, Burr Ridge, Il.

11. The Business of Reconstructive Microsurgery:  Maximi ing Economic value (Chair)The American Society for Reconstructive Microsurgery,   anuary 14-17, 2012, Las Vegas, Nevada.

12. Strategies to Identify and Prevent Errors and Near Misses in Your Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30[th], 2012, New Orleans, LA

13. Strategies to Identify and Prevent Errors and Near Misses in Your Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 11th-15th, 2013, San Diego, CA

Page    of

14. Mythbusters: Microsurgical Breast Reconstruction in Private Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 11th-15th, 2013, San Diego, CA

15. Minimi ing Complications in Perioperative Care, The American Society for Reconstructive Microsurgery,  anuary 11-14, 2014, Kauai, Hawaii

16. Genitourinary and Perineal Reconstruction, The American Society for Reconstructive Microsurgery,  anuary 11-14, 2014, Kauai, Hawaii

17. Transgender Breast Surgery, The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA

18. Gender Confirmation Surgery, The School of the Art Institute (recipient of American College Health Fund s Gallagher Koster Innovative Practices in College Health Award), October 27, 2015, Chicago, Il

19. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Overview of Surgical Treatment Options

20. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course, November 5-7, 2015 Chicago, Il Surgical Procedures

21. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Surgical Complications

22. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Post-operative Care

23. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Case Discussions:  The Multidisciplinary Team

24. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course,  anuary 20-23,2016, Atlanta, GA Overview of Surgical Treatment Options

25. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course,  anuary 20-23, 2016, Atlanta, GA Surgical Treatment Options

26. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course, March 30-April 1, 2016, Springfield, MO, Surgical Treatment Options.

Page    of

**JA742**

27.  Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Certified Training Course, March 30-April 1, 2016, Springfield, MO, Multi-disciplinary Case Discussion.

28.  Introduction to Transgender Surgery, ASPS Breast Surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

29.  Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Global Education Initiative Advanced Training Course, September 28, 2016, Ft. Lauderdale, FL.

30.  Cirugias de Confirmacion de Sexo Paso a Paso,        V Congreso Confederacion Americana de Urologia (CAU), Panama City, Panama, October 4-8, 2016.

31.  Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Global Education Initiative Advanced Training Course, December 3, 2016, Arlington, VA.

32.  PSEN (sponsored by ASPS and endorsed by WPATH), Transgender 101 for Surgeons, anuary 2017-March 2017

33.  Surgical Anatomy and Surgical Approaches to M-to-F Genital Gender Affirming Surgery and the Management of the Patient Before, During and After Surgery:  A Human Cadaver Based Course, Orange County, CA, Feb. 1, 2017

34.  Gender Confirmation Surgery, ALAPP, 2 Congreso Internacional de la Asociacion Latinoamericana de Piso Pelvico, Sao Paulo, Brasil, 9-11 de mar o de 2017

35.  Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Global Education Initiative Foundations Training Course, Overview of Surgical Treatment, March 31-April 2, 2017, Minneapolois Minnesota.

36.  Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Global Education Initiative Foundations Training Course, The Multi-Disciplinary Team Case Discussions, March 31-April 2, 2017, Minneapolois Minnesota.

37.  Transfeminine Cadaver Course, WPATH, May 19-20, 2017, Chicago, Il

38.  Transgender/Penile Reconstruction-Penile Reconstruction:  Radial Forearm Flap Vs. Anterolateral Thigh Flap, Moderator and Presenter, The World Society for Reconstructive Microsurgery,  une 14-17, 2017, Seoul, Korea

39.  Primer of Transgender Breast Surgery, ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

40.  Confirmation Surgery in Gender Dysphoria: current state and future developments, International Continence Society, Florence, Italy, September 12-15, 2017

41.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, ASPS/WPATH  oint Session, Session Planner and Moderator

42. Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Global Education Initiative Foundations Training Course:  Overview of Surgical Treatment, Columbus, OH, October 20-21, 2017

43.  Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Global Education Initiative Advanced Training Course:  Medical Care in the Perioperative Period, Aftercare:  Identifying Potential Complications, Columbus, OH, October 20-21, 2017

44.  Webinar:  Gender Affirming Surgeries 101:  Explore The Latest Topics in Gender Affirmation Surgery, PSEN, April 18, 2018

45.  Course Director:  MT. Sinai/WPATH Live Surgery Training Course for Gender Affirmation Procedures, April 26-28, 2018, New York, NY

46.  Philadelphia Trans Wellness Conference, Perioperative Care of the Transgender Woman Undergoing Vaginoplasty (Workshop), Philadelphia, PA, August 3, 2018

47.  Philadelphia Trans Wellness Conference, Gender Confirmation Surgery (Workshop), Philadelphia, PA, August 3, 2018

48.  Gender Confirmation Surgery, 2018 Oral and Written Board Preparation Course, The American Society of Plastic Surgeons, August 16-18, 2018, Rosemont, Il

49.  Confirmation Surgery in Gender Dysphoria:  Current State and Future Developments, The International Continence Society, Philadelphia, PA August 28, 2018

50.  WPATH Global Education Initiative, Foundations Training Course,   Overview of Surgical Treatment,   Cincinnati, OH, September 14-15, 2018

51.  WPATH Global Education Initiative, Foundations Training Course,   The Multi-Disciplinary Team:  Case Discussions,   Cincinnati, OH, September 14-15, 2018

52.  WPATH Global Education Initiative, Advanced Training Course,   Medical Care in the Perioperative Period After Care:  Identifying Potential Complications,   Cincinnati, OH, September 14-15, 2018

53.  25th WPATH Symposium, Surgeons Conference, November 1, 2018, Buenos Aires, Argentina, Moderator

54.  25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Global Education Initiative (GEI):  Surgery and Ethics

Page     of

**JA744**

55.  WPATH GEI:  Best Practices in Medical and Mental Health Care, Foundations in Surgery, New Orleans, March 22, 2019

56.  WPATH GEI:  Best Practices in Medical and Mental Health Care, Advanced Surgery, New Orleans, March 22, 2019

57.  Program Chair:  ASPS/WPATH GEI Inaugural Gender-Affirming Breast, Chest, and Body Master Class, Miami, Fl,   uly 20, 2019

58.  Overview of Surgical Management and The Standards of Care (WPATH, v. 7) ASPS/WPATH GEI Inaugural Gender-Affirming Breast, Chest, and Body Master Class, Miami, Fl,   uly 20, 2019

59.  Program Director, Gender Affirming Breast,Chest, and Body Master Class, The American Society of Plastic Surgeons, Miami, Fl,   uly 20, 2019

60.  Gender Confirmation Surgery, The American Society of Plastic Surgeons Oral and Written Board Preparation Course, August 15, 2019, Rosemont, Il

61. Upper Surgeries (chest surgery    breast augmentation), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

62. Preparing for Upper Surgeries-Case Based (chest surgery    breast augmentation), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

63. Preparing for Femini  ing Lower Surgeries-Case Based (vaginoplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

64. Lower Surgeries-Masculini  ing (phalloplasty    metoidioplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

65. Preparing for Masculini  ing Lower Surgeries-Case Based (phalloplasty    metoidioplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

66. Panel Discussion about Ethics in Surgery and Interdisciplinary Care, WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

67. Discussion about Ethics and Tensions in Child and Adolescent Care, WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

68.  Transgender Health:  Best Practices in Medical and Mental Health Care Foundation Training Courses, Hanoi, Viet Nam,   an 14-17, 2020 (Foundations in Surgery, Advanced Medical-surgery and complicated case studies), Planning    Documentation (upper surgeries-chest surgery and breast augmentation, preparing for upper surgeries-case based (chest surgery and breast augmentation), lower surgeries (femini  ing-vaginoplasty), preparing for femini  ing lower surgeries-case based, lower surgeries-masculini  ing (phalloplasty and metoidioplasty), preparing

Page     of

**JA745**

for masculini ing lower surgeries-case-based (phalloplasty and metoidioplasty), Ethics-panel discussion about ethics in surgery and interdisciplinary care)

69.  WPATH GEI Panel Cases Discussion, via Webinar, May 29, 30, 31, 2020

70.  WPATH GEI:  Illinois Dept. of Corrections, Foundations in Surgery, November 20, 2020

71.  WPATH GEI:  Illinois Dept. of Corrections, Ethical Considerations in Transgender Healthcare, November 20, 2020

72.  WPATH GEI:  Illinois Dept. of Corrections, Foundations in Surgery, February 26, 2021

73.  WPATH GEI:  Illinois Dept. of Corrections, Ethical Considerations in Transgender Healthcare, February 26, 2021.

74.  Current Concepts in Gender Affirming Surgery for Women in Transition, March 11-12, 2021 (online event), Moderator, Transgender Health.

75.  GEI Foundations Course, Live      A, March 21, 2021

76.  GEI Foundations Course, Live Case Panel Discussion, March 23, 2021

77.  GEI Advanced Ethics Workshop; Surgical and Interdisciplinary care ethics panel, May 1, 2021 (virtual)

78.  Wpath GEI Foundations course for the Illinois Dept of Corrections, Foundations in Surgery, May 21, 2021

79.  Wpath GEI, Foundations course for the Illinois Dept of Corrections, Ethical considerations in Transgender Healthcare, May 21, 2021

80.  WPATH GEI, Online GEI Foundations Course, Moderator, August 31, 2001.

81.  WPATH Health Plan Provider (HPP) Training,      A Panel, September 13, 14, 21 2021, via  oom

82.  WPATH, GEI Advanced Medical Course, Upper and Lower Surgery (via  oom), December 9, 2021

**SYMPOSIA**

1.  Program Director, 2011 Chicago Breast Symposium, October 15, 2011, The Chicago Plastic Surgery Research Foundation and The Chicago Medical School at Rosalind Franklin University, North Chicago, IL,

2.  Fundamentals of Evidence-Based Medicine    How to Incorporate it Into Your Practice, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons,  uly 13-14, 2012 Washington, DC

3.  Understanding Outcome Measures in Breast    Body Contouring Surgery, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons,  uly 13-14, 2012 Washington, DC

4.  Benchmarking Complications:  What We Know About Body Contouring Complication Rates from Established Databases, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons,  uly 13-14, 2012 Washington, DC

5.  Special Lecture:  VTE Prophylaxis for Plastic Surgery in 2011, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons,  uly 13-14, 2012 Washington, DC

6. Nipple Sparing Mastectomy:  Unexpected Outcomes, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons,  uly 13-14, 2012 Washington, DC

7.  Program Director, 2011 Chicago Breast Symposium, October 13-14, 2012, The Chicago Plastic Surgery Research Foundation and The Chicago Medical School at Rosalind Franklin University, North Chicago, Il

8.  Practice Strategies in a Changing Healthcare Environment, Moderator, Midwestern Association of Plastic Surgeons, April 27-28, 2013, Chicago, Il

9.  Moderator:  Breast Scientific Paper Session, The Annual Meeting of The American Society of Plastic Surgery, October 12, 2014, Chicago, Il.

10. Moderator:  The World Professional Association for Transgender Health, Tuesday,  une 21, Surgical Session (0945-1045),  une 18-22, 2016, Amsterdam, Netherlands

11.  Course Director:  Transmale Genital Surgery:  WPATH Gender Education Initiative, October 21-22, 2016 Chicago, Il

12.  Co-Chair and Moderator: Surgeon s Only Session, USPATH, Los Angeles, CA, Feb. 2, 2017

13.  Vascular Anastomosis:  Options for Lengthening Vascular Pedicle, Surgeon s Only Session, USPATH, Los Angeles, CA, Feb. 2, 2017

14.  Transgender Healthcare Mini-Symposium, Chicago Medical School of Rosalind Franklin University, North Chicago, Il March 10, 2017.

15. Moderator:  Penile Transplant:  Genito-urinary trauma/penile cancer, The European Association of Urologists, Meeting of the EAU Section of Genito-Urinary Reconstructive Surgeons (ESGURS), London, United Kingdom, March 23-26, 2017

16: 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Mini-Symposium:  A Comprehensive Approach to Gender Confirming Surgery

17.  Program Director, 2nd Annual Live Surgery Conference for Gender Affirmation Procedures, Ichan School of Medicine at Mt. Sinai, NY, NY February 28, 2019-March 2, 2019.

18.  Moderator,  Genital Reassignment for Adolescents:  Considerations and Conundrums, Discussions on gender affirmation:  surgery and beyond, Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30- une 1, 2019

19.  Moderator,  Reconstructive Urology and Genitourinary Options in Gender Affirming Surgery,  Discussions on gender affirmation:  surgery and beyond, Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30- une 1, 2019

20.  Moderator,  Complications in Masculini ing Genital Reconstruction Surgery,  Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30- une 1, 2019

21.  Moderator,  Preparing for Surgery and Recovery,  Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30- une 1, 2019

22.  Discussant,  WPATH Standards of Care Version 8 Preview,  Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30- une 1, 2019

23.  Program Coordinator, Surgeon s Only Course, USPATH, September 5, 2019, Washington, DC

24.  Master Series in Transgender Surgery 2020: Vaginoplasty and Top Surgery, course co-director, Mayo Clinic, Rochester, MN, August 7-8, 2020

25.  WPATH 2020 Surgeons  Program, Co-Chair, November 6-7, 2020, Virtual Symposium (due to covid-19 cancellation of Hong Kong meeting)

26.  WPATH  ournal Club #3, Uterine Transplantation and Donation in Transgender Individuals; Proof of Concept, December 13, 2021 (  oom)

**FACULTY SPONSORED RESEARCH**
1.  Societa Italiana Di Microchirurgia,     III Congresso Na ionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009,  Free Tissue Transfer in the Treatment of  ygomycosis.  Presented by Michelle Roughton, MD

Page     of

2.  Hines/North Chicago VA Research Day, Edward Hines,  r., VA Hospital, Maywood, Il, April 29, 2010,  Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex. Presented by Iris A. Seit , MD, PhD.

3.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,  Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex.  Presented by Iris A. Seit , MD, PhD.

4.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,  Achieving Soft Tissue Coverage of Complex Upper and Lower Extremity Defects with Omental Free Tissue Transfer.  Presented by Iris A. Seit , MD, PhD.

5.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,  Facilitating Harvest of the Serratus Fascial Flap with Ultrasonic Dissection.   Presented by Iris A. Seit , MD, PhD.

6.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,  Patient Safety:  Abdominoplasty and Intra-Abdominal Procedures.   Presented by Michelle Roughton, MD

7.  The Midwestern Association of Plastic Surgeons, 49th Annual Scientific Meeting, May 15th, 2010,  Breast MRI Helps Define The Blood Supply to the Nipple-Areolar Complex.   Presented by Iris A. Seit , MD, PhD.

8.  onathan M. Hagedorn, BA, **Loren S  Schechter**, MD, FACS, Dr. Mano  R. Shah, MD, FACS, Matthew L.  imene , MD,  ustine Lee, MD, PhD, Varun Shah.  Re-examining the Indications for Limb Salvage, 2011 All School Research Consortium at Rosalind Franklin University.  Chicago Medical School of Rosalind Franklin University, 3/16/11.

9.  onathan Bank, MD, Lucio A. Pavone, MD, Iris A. Seit , Michelle C. Roughton, MD, Loren S. Schechter, MD Deep Inferior Epigastric Perforator Flap for Breast Reconstruction after Abdominoplasty The Midwestern Association of Plastic Surgeons, 51st Annual Educational Meeting, April 21-22, 2012, Northwestern Memorial Hospital, Chicago, Illinois

10.  Samuel Lake, Iris A. Seit , MD, Phd, Loren S. Schechter, MD, Daniel Peterson, Phd Omentum and Subcutaneous Fat Derived Cell Populations Contain hMSCs Comparable to Bone Marrow-Derived hMSCsFirst Place, Rosalind Franklin University Summer Research Poster Session

11.   . Siwinski, MS II, Iris A. Seit , MD PhD, Dana Rioux Forker, MD, Lucio A. Pavone, MD, Loren S Schechter, MD FACS. Upper and Lower Limb Salvage With Omental Free Flaps: A Long-Term Functional Outcome Analysis. Annual Dr. Kenneth A. Suare  Research Day, Midwestern University, Downers Grove, IL, May 2014

Page     of

**JA749**

12.  Whitehead DM, Koc ancic E, Iacovelli V, Morgantini LA, **Schechter LS**. A Case Report: Penile Prosthesis With an Alloderm Wrap Positioned After Radial Forearm Phalloplasty. Poster session presented at: American Society for Reconstructive Microsurgery Annual Meeting, 2018  an 13-16; Phoenix, A .

13.  Whitehead DM, Koc ancic E, Iacovelli V, Morgantini LA, **Schechter LS**. An Innovative Techni ue: Single Stage Urethral Reconstruction in Female-to-Male Patients. Poster session presented at: American Society for Reconstructive Microsurgery Annual Meeting, 2018  an 13-16; Phoenix, A .

14.  Whitehead, DM Inflatable Penile Prosthesis Implantation Post Phalloplasty:  Surgical Techni ue, Challenges, and Outcomes, MAPS 2018 Annual Scientific Meeting, April 14, 2018, Chicago, Il

15.  Whitehead, DM, Inverted Penile Skin With Scrotal Graft And Omission of Sacrospinal Fixation: Our Novel Vaginoplasty Techni ue  MAPS 2018 Annual Scientific Meeting, April 14, 2018, Chicago, Il

16.  S. Marecik,  . Singh. **L  Schechter**, M. Abdulhai, K. Kochar,  . Park, Robotic Repair of a Recto-Neovaginal Fistula in a Transgender Patient Utili ing Intestinal Vaginoplasty, The American College of Surgeons Clinical Congress 2020, October 7, 20

**Keynote Address**

1.  University of Utah, Gender Confirmation Surgery, Transgender Provider Summit, November 8, 2014

**IN ITED LECTURES**
1.  Management of Soft Tissue In uries of the Face, Grand Rounds, Emergency Medicine, The University of Chicago, August, 1999

2.  Case Report:  Excision of a Giant Neurofibroma, Operating Room Staff Lecture Series, Continuing Education Series, St. Francis Hospital, Evanston, Il March 2000

3.  Wounds, Lincolnwood Family Practice, Lincolnwood, Il April 2000

4.  The  unior Attending, Grand Rounds, Plastic and Reconstructive Surgery, The University of Chicago,  une 2000

5.  Case Report:  Excision of a Giant Neurofibroma, Department of Medicine Grand Rounds, St. Francis Hospital, Evanston, Il  une 2000

6.  Facial Trauma, Resurrection Medical Center Emergency Medicine Residency, September 2000

Page    of

**JA750**

7.  Plastic Surgery of the Breast and Abdomen, Grand Rounds, Dept. of Obstetrics and Gynecology, Evanston Hospital, September, 2000

8.  Change of Face; Is Cosmetic Surgery for You , Adult Education Series, Rush North Shore Medical Center, October, 2000

9.  Reconstructive Surgery of the Breast, Professional Lecture Series on Breast Cancer, St. Francis Hospital, October, 2000

10.    Plastic Surgery of the Breast and Abdomen, Grand Rounds, Dept. of Obstetrics and Gynecology, Lutheran General Hospital, December, 2000

11.    Change of Face; Is Cosmetic Surgery for You , Adult Education Series, Lutheran General Hospital and The Arlington Heights Public Library, December, 2000

12.    Updates in Breast Reconstruction, The Breast Center, Lutheran General Hospital,  anuary 2001

13.  Abdominal Wall Reconstruction, Trauma Conference, Lutheran General Hospital, February 2001

14.  Wound Care, Rush North Shore Medical Center, March 2001

15.  Breast Reconstruction, Diagnosis and Treatment Updates on Breast Cancer, Lutheran General Hospital, April 2001

16.  Wound Care and V.A.C. Therapy, Double Tree Hotel, Skokie, Il October 2001

17.  The Role of the V.A.C. in  Reconstructive Surgery, LaCrosse, WI November 2001

18.  Dressing for Success:  The Role of the V.A.C. in Reconstructive Surgery, Grand Rounds, The University of Minnesota Section of Plastic and Reconstructive, Minneapolis, MN  anuary, 2002

19.  The Vacuum Assisted Closure Device in the Management of Complex Soft Tissue Defects, Eau Claire, WI February, 2002

20.  The Vacuum Assisted Closure Device in Acute     Traumatic Soft Tissue In uries, Orland Park, Il March, 2002

21.  Body Contouring After Weight Loss, The Gurnee Weight Loss Support Group, Gurnee, Il April, 2002

22.    An Algorithm to Complex Soft Tissue Reconstruction With Negative Pressure Therapy, Owensboro Mercy Medical Center, Owensboro, Ky, April, 2002

Page    of

**JA751**

23.  Breast and Body Contouring, St. Francis Hospital Weight Loss Support Group, Evanston, Il April, 2002

24.  The Wound Closure Ladder vs. The Reconstructive Elevator, Surgical Grand Rounds, Lutheran General Hospital, Park Ridge, Il, May, 2002.

25.     An Algorithm for Complex Soft Tissue Reconstruction with the Vacuum Assisted Closure Device, The Field Museum, Chicago,Il, May, 2002

26.     The Role of Negative Pressure Wound Therapy in Reconstructive Surgery, Kinetic Concepts, Inc. San Antonio, Texas,  uly 31, 2002

27.     Management of Complex Soft Tissue In uries of the Lower Extremity, Chicago Trauma Symposium, August 2-5, 2002, Chicago, Illinois:

28.     Wound Bed Preparation, Smith Nephew, Oak Brook, Il, August 6, 2002

29.  Getting Under Your Skin...Is Cosmetic Surgery for You  , Rush North Shore Adult Continuing Education Series, Skokie, Il August 28, 2002.

30.  The Role of Negative Pressure Therapy in Complex Soft Tissue Wounds, Columbia/St. Mary s Wound, Ostomy, and Continence Nurse Program, Milwaukee, Wi, September 17, 2002

31.  A Systematic Approach to Functional Restoration, Grand Rounds, Dept. of Physical Therapy and Rehabilitation Medicine, Lutheran General Hospital, September 19, 2002

32.  The Role of Negative Pressure Wound Therapy in Reconstructive Surgery, Ann Arbor, Mi September 26, 2002

33.     Dressing for Success:  The Role of the Vacuum Assisted Closure Device in Plastic Surgery, Indianopolis, In November 11, 2002

34.  The Wound Closure Ladder Versus the Reconstructive Elevator, Crystal Lake, Il November 21, 2002

35.  A Systematic Approach to Functional Restoration, Grand Rounds, Dept. of Physical Therapy, Evanston Northwestern Healthcare, Evanston, Il February 13, 2003

36.  Case Studies in Traumatic Wound Reconstruction, American Association of Critical Care Nurses, Northwest Chicago Area Chapter, Park Ridge, Il February 19, 2003

37.  Reconstruction of Complex Soft Tissue In uries of the Lower Extremity, Podiatry Lecture Series, Rush North Shore Medical Center, Skokie, Il March 5, 2003

38.  The Use of Negative Pressure Wound Therapy in Reconstructive Surgery, Kalama  oo, Mi March 19, 2003

Page    of

**JA752**

39. Updates in Breast Reconstruction, The Midwest Clinical Conference, The Chicago Medical Society, Chicago, Il March 21, 2003

40. Updates of Vacuum Assisted Closure, Grand Rounds, The Medical College of Wisconsin, Department of Plastic Surgery, Milwaukee, Wi March 26, 2003

41. Breast Reconstruction, Surgical Grand Rounds, Lutheran General Hospital, Park Ridge, Il March 27, 2003

42. Decision-Making in Breast Reconstruction: Plastic Surgeons as Members of a Multi-Disciplinary Team, 1st Annual Advocate Lutheran General Hospital Breast Cancer Symposium, Rosemont, Il, April 11, 2003

43. The Wound Closure Ladder Versus The Reconstructive Elevator, Duluth, Mn, April 24, 2003

44. Dressing For Successs: The Role of The Wound VAC in Reconstructive Surgery, Detroit, Mi, May 9, 2003

45. Plastic Surgery Pearls, Grand Rounds Orthopedic Surgery Physician Assistants Lutheran General Hospital and Finch University of Health Sciences, Park Ridge, Il, une 5, 2003

46. A Systematic Approach to Complex Reconstruction, 12th Annual Vendor Fair  Surgical Innovations,  October 18, 2003, Lutheran General Hospital, Park Ridge, Il 2003

47. Dressing For Success: The Role of the Wound VAC in Reconstructive Surgery, American Society of Plastic Surgery, October 26, 2003, San Diego, CA

48. Beautiful You: From Botox to Weekend Surgeries, 21st Century Cosmetic Considerations, March 21, 2004 Hadassah Women s Health Symposium, Skokie, Il

49. Updates in Breast Reconstruction, The 2nd Annual Breast Cancer Symposium, Advocate Lutheran General, Hyatt Rosemont, April 2, 2004

50. Head and Neck Reconstruction, Grand Rounds, The University of Illinois Metropolitan Group Hospitals Residency in General Surgery, Advocate Lutheran General Hospital, May 6, 2004

51. Abdominal Wall Reconstruction, Surgeons Forum, LifeCell Corporation, May 15, 2004, Chicago, Il

52. 4th Annual Chicagoland Day of Sharing for Breast Cancer Awareness, Saturday, October 2, 2004, Hoffman Estates, Il

Page    of

**JA753**

53.  Abdominal Wall Reconstruction, University of Illinois Metropolitan Group Hospitals Residency in General Surgery, November 19, 2004, Skokie, Il

54.  Advances in Wound Care, Wound and Skin Care Survival Skills, Advocate Good Samaritan Hospital, Tuesday, February 8, 2005, Downer s Grove, Il

55.  Plastic Surgery:  A Five Year Perspective in Practice,  Grand Rounds, The University of Chicago, May 18, 2005, Chicago, Il

56.  New Techni ues in Breast Reconstruction, The Cancer Wellness Center, October 11, 2005 Northbrook, Il

57.  Principles of Plastic Surgery;  Soft Tissue Reconstruction of the Hand, Rehab Connections, Inc., Hand, Wrist, and Elbow Forum, October 28, 2005, Homer Glen, Il

58.  Principles of Plastic Surgery, Lutheran General Hospital   uarterly Trauma Conference, November 9, 2005, Park Ridge, Il

59.  Principles of Plastic Surgery, Continuing Medical Education, St. Francis Hospital, November 15, 2005, Evanston, Il

60.  Dressing for Success:  A Seven Year Experience with Negative Pressure Wound Therapy, Kinetic Concepts Inc, November 30, 2005, Glenview, Il.

61.  Breast Reconstruction:  The Next Generation, Breast Tumor Conference, Lutheran General Hospital, May 9, 2006.

62.  Complex Wound Care:  Skin Grafts, Flaps, and Reconstruction, The Eli abeth D. Wick Symposium on Wound Care, *Current Concepts in Advanced Healing:  An Update*, Rush North Shore Medical Center, November 4, 2006.

63.  An Approach to Maxillofacial Trauma:  Grand Rounds, Lutheran General Hospital/Univ. of Illinois Metropolitan Group Hospital Residency in General Surgery, November 9, 2006.

64.   From Paris to Park Ridge , Northern Trust and Advocate Lutheran General Hospital, Northern Trust Bank,  une 7, 2007.

65.   Private Practice Plastic Surgery:  A Seven Year Perspective,  Grand Rounds, The University of Chicago, Section of Plastic Surgery.

66.   Meet the Experts on Breast Cancer,   7th Annual Chicagoland Day of Sharing, Sunday, April 13th, 2008

67.  Gender Confirmation Surgey: Surgical Options and Decision-Making, The University of Minnesota, Division of Human Sexuality, May 10, 2008, Minneapolis, Minnesota.

Page    of

68.    Private Practice Plastic Surgery:  A Seven Year Perspective,   Grand Rounds, Loyola University, 2008 Section of Plastic Surgery.

69.    Management of Lower Extremity Trauma,    Grand Rounds, The University of Chicago, Section of Plastic Surgery, October, 8, 2008.

70.    Concepts in Plastic Surgery: A Multi-Disciplinary Approach,   Frontline Surgical Advancements, Lutheran General Hospital, November 1, 2008

71.    Surgical Techni ues-New Surgical Techni ues/Plastic Surgery/Prosthetics,   Caldwell Breast Center CME Series, Advocate Lutheran General Hospital, November 12, 2008

72.    Genetics:  *A Family Affair*   Panel Discussion:  Predictive Genetic Testing, 23rd Annual Illinois Department of Public Health Conference, Oak Brook Hills Marriott Resort, Oak Brook, Il, March 18, 2009

73.    Gender Confirmation Surgery  Minnesota TransHealth and Wellness Conference, May 15, 2009, Metropolitan State University, Saint Paul, MN.

74.    The Role of Plastic Surgery in Wound Care,    Practical Wound Care  A Multidisciplinary Approach, Advocate Lutheran General Hospital, October 9-10, 2009, Park Ridge, Il.

75.    In The Family,    Panel, General Session III, 2009 Illinois Women s Health Conference, Illinois Dept. of Health, Office of Women s Health October 28-29, 2009, Oak Brook, Il.

76.    Patient Safety in Plastic Surgery,   The University of Chicago, Section of Plastic Surgery, Grand Rounds, November 18, 2009.

77.    Compartment Syndrome,  6th Annual Advocate In ury Institute Symposium, Trauma 2009: Yes We Can , November 19-20, 2009.

78.    Maxillofacial Trauma,   6th Annual Advocate In ury Institute Symposium, Trauma 2009: Yes We Can , November 19-20, 2009.

79.    Management of Complex Lower Extremity In uries,    Grand Rounds, The Section of Plastic Surgery, The University of Chicago, December 16, 2009, Chicago, Il.

80.    Gender-Confirming MTF Surgery:  Indications and Techni ues,    Working Group on Gender, New York State Psychiatric Institute, March 12, 2010

81.    Gender-Confirmation Surgery,  Minnesota Trans Health and Wellness Conference, Metropolitan State University, St. Paul Campus, May 14th, 2010

82.    Physical In uries and Impairments,   Heroes Welcome Home The Chicago Association of Realtors, Rosemont, Illinois, May 25th, 2010.

Page     of

83.    Genetics and Your Health,    Hadassah Heals:  Healing Mind, Body,      Soul, Wellness Fair, 2010, August 29, 2010, Wilmette, Illinois.

84.    GCS,    Southern Comfort Conference 2010, September 6-11, 2010, Atlanta, GA.

85.    Gender Confirming Surgery,    The Center, The LGBT Community Center, October 22, 2010 New York, NY.

86.    Gender Confirming Surgery,    the Center, The LGBT Community Center, May 20, 2011, New York, NY.

87.    Gender Confirming Surgery,    Roosevelt-St. Lukes Hospital, May 20, 2011, New York, NY

88.    Principles of Plastic Surgery,    Learn about Ortho, Lutheran General Hospital, May 25, 2011, Park Ridge, Il.

89.    Forging Multidisciplinary Relationships in Private Practice,    Chicago Breast Reconstruction Symposium 2011, September 9, 2011, Chicago, Il

90.    Gender Confirming Surgery,    Minnesota TransHealth and Wellness Conference, Diverse Families:  Health Through Community, September 10, 2011, Minneapolis, Minnesota

91.    Gender Confirming Surgery,    University of Chicago, Prit ker School of Medicine, Anatomy Class, September 16, 2011, Chicago, Il

92.    Facial Trauma,   8th Annual Advocate In ury Institute Symposium, Trauma 2011:  40 years in the Making, Wyndham Lisle-Chicago, November 9-10, 2011

93.    Establishing a Community-Based Microsurgical Practice,      MP Reconstructive Symposium, November 18-20, 2011, Chicago, Il

94.    Surgery for Gender Identity Disorder,   Grand Rounds, Dept. of Obstetrics and Gynecology, Northshore University Health System, December 7, 2011

95.    Managing Facial Fractures,    Trauma Grand Rounds, Lutheran General Hospital, Park Ridge, Il  uly 17, 2012

96.    Principles of Transgender Medicine,   The University of Chicago Prit ker School of Medicine, Chicago, Il, September 7, 2012

97.    State of the art breast reconstruction,    Advocate Health Care, 11th Breast Imaging Symposium,   anuary 26, 2013, Park Ridge, Il.

98.    State of the art breast reconstruction,     Grand Rounds, Dept. of Surgery, Mount Sinai Hospital, April 25, 2013, Chicago, Il.

Page      of

**JA756**

99.    Getting under your skin: is cosmetic surgery right for you    Lutheran General Hospital community lecture series, May 7, 2013, Park Ridge, Il.

100.    Gender Confirming Surgery,   University of Chicago, Prit ker School of Medicine, Anatomy Class, September 27, 2013, Chicago, Il

101.    State of the Art Breast Reconstruction,   Edward Cancer Center, Edward Hospital, October 22, 2013, Naperville, Il

102.    Transgender Medicine and Ministry,   Pastoral Voice, Advocate Lutheran General Hospital, October 23, 2013, Park Ridge, Il

103.    Principles of Transgender Medicine and Surgery,   The University of Illinois at Chicago College of Medicine,   anuary 28, 2014, Chicago, Il

104.    Principles of Transgender Medicine and Surgery,   Latest Surgical Innovations and Considerations, 22nd Annual Educational Workshop, Advocate Lutheran General Hospital, March 1, 2014, Park Ridge, Il.

105.    Principles of Transgender Medicine:  Gender Confirming Surgery,   Loyola University Medical Center, March 12, 2014.

106.    Principles of Plastic Surgery,   Grand Rounds, Dept. of Obstetrics and Gynecology, Lutheran General Hospital, September 12, 2014.

107.    Gender Confirmation Surgery,   The University of Chicago, Prit ker School of Medicine, October 3, 2014

108.    Private Practice:  Is There a Future    The Annual Meeting of The American Society of Plastic Surgical Administrators/The American Society of Plastic Surgery Assistants, Chicago, Il, October 11, 2014.

109.    Private Practice:  Is There a Future    The Annual Meeting of The American Society of Plastic Surgery Nurses, Chicago, Il, October 12, 2014.

110.    Gender Confirmation Surgery   Grand Rounds, The University of Minnesota, Dept. of Plastic Surgery, Minneapolis, MN, October 29, 2014.

111.    Body Contour After Massive Weight Loss,   The Bariatric Support Group, Advocate Lutheran General Hospital, February 5, 2015, Lutheran General Hospital, Park Ridge, Il.

112.    Gender Confirmation Surgery,   The School of the Art Institute of Chicago, February 1, 2015, Chicago, Il.

Page     of

113.   Gender Confirmation Surgery,   The Community Kinship Life/Bronx Lebanon Department of Family Medicine, Bronx, NY, March 6, 2015

114.   Gender Confirmation Surgery,    Educational Inservice, Lutheran General Hospital, Park Ridge, Il, April 20, 2015

115.   Principles of Plastic Surgery,    Surgical Trends, Lutheran General Hospital, Park Ridge, Il, May 16, 2015

116.   Updates on Gender Confirmation Surgery,    Surgical Trends, Lutheran General Hospital, Park Ridge, Il, May 16, 2015

117.   Gender Confirmation Surgery,   Lurie Childrens  Hospital, Chicago, Il, May 18, 2015,Chicago, Il 2015.

118.   Gender Confirmation Surgery,   TransClinical Care and Management Track Philadelphia Trans-Health Conference,  une 5, 2015, Philadelphia, Pa.

119.   Gender Confirmation Surgery: A Fifteen Year Experience,   Grand Rounds, The University of Minnesota, Plastic and Reconstructive Surgery and the Program in Human Sexuality,   uly 30, 2015, Minneapolis, Mn

120.   Gender Confirmation Surgery,    Grand Rounds, Tel Aviv Medical Center, Tel Aviv, Israel, August 13, 2015

121.   Gender Confirmation Surgery,    Grand Rounds, University of Illinois, Dept of Family Medicine, September 2, 2015

122.   Principles of Plastic Surgery,   Grand Rounds, St. Francis Hospital, Evanston, Il September 18, 2015

123.   Gender Confirmation Surgery,   Midwest LGBT   Health Symposium, Chicago, Il, October 2, 2015

124.   Gender Confirmation Surgery,   Southern Comfort Conference, Weston, Fl, October 3, 2015

125.   Surgical Transitions for Transgender Patients,   Transgender Health Training Institute, Rush University Medical Center, Chicago,Il, October 8, 2015

126.   Gender Confirmation Surgery,   The Transgender Health Education Peach State Conference, Atlanta, GA, October 30, 2015

127.   Gender Confirmation Surgery,    Weiss Memorial Medical Center, November 4, 2015, Chicago, Il

Page    of

**JA758**

128.    Gender Confirmation Surgery,    University of Illinois at Chicago, Operating Room Staff Inservice, November 18, 2015, Chicago, Il

129.    Gender Confirmation Surgery,    University of Illinois at Chicago, Plastic Surgery and Urology Inservice, November 18, 2015, Chicago, Il

130.    Gender Confirmation Surgery,    Weiss Memorial Medical Center, November 19, 2015, Chicago, Il

131.    Gender Confirmation Surgery,    Section of Plastic Surgery, The University of Illinois at Chicago,  anuary 13, 2016, Chicago, Il

132.    Gender Confirmation Surgery,   Dept. of Medicine, Louis A. Weiss Memorial Hospital, February 18, 2016, Chicago, Il

133.    Gender Confirmation Surgery,   BCBSIL Managed Care Roundtable
March 2, 2016 Chicago, Il

134.    Gender Confirmation Surgery-MtF,   Keystone Conference, March 10, 2016, Harrisburg, PA

135.    Gender Confirmation Surgery-FtM,   Keystone Conference, March 10, 2016, Harrisburg, PA

136.    Gender Confirmation Surgery,   Grand Rounds, Dept. of Ob-Gyn, March 25, 2016, Lutheran General Hospital, Park Ridge, Il 60068

137.    Surgical Management of the Transgender Patient,    Spring Meeting, The New York Regional Society of Plastic Surgeons, April 16, 2016, New York, NY

138.    A Three Step Approach to Complex Lower Extremity Trauma,    University of Illinois at Chicago, April 27, 2016, Chicago, Il.

139.    Gender Confirmation Surgery,   Howard Brown Health Center,  uly 12, 2016, Chicago, Il

140.    Creating the Transgender Breast M-F; F-M , ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

141.    Overview of Transgender Breast Surgery,   ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

142.    VTE Chemoprophylaxis in Cosmetic Breast and Body Surgery:  Science or Myth , ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

143.    Gender Confirmation Surgery,   Gender Program, Lurie Childrens , Parent Group, September 20, 201, 467 W. Deming, Chicago, Il

Page     of

144.    Gender Confirmation Surgery,  The American Society of Plastic Surgeons Expo, September 24, 2016, Los Angeles, CA

145.  Transgender Surgery, Management of the Transgender Patient, Female to Male Surgery, Overview and Phalloplasty, The American College of Surgeons, Clinical Congress 2016 October 16-20,2016 Washington, DC

146.    Gender Confirmation Surgery,  The Department of Anesthesia, The University of Illinois at Chicago, November 9, 2016

147.    Gender Confirmation Surgery,  The Division of Plastic Surgery, The University of Illinois at Chicago, December 14, 2016

148.    Gender Confirmation Surgery,   Nursing Education, The University of Illinois at Chicago, anuary 10, 2017

149.    F2M-Radial Forearm Total Phalloplasty:  Plastic Surgeon s Point of View,  The European Association of Urologists, Meeting of the EAU Section of Genito-Urinary Reconstructive Surgeons (ESGURS), London, United Kingdom, March 23-26, 2017

150.    Gender Confirmation Surgery,  Grand Rounds, The Department of Surgery, The University of North Carolina, March 29, 2017.

151.    Transgender Facial Surgery,  *The Aesthetic Meeting 2017   50  ears of Aesthetics* - in San Diego, California April 27  May 2, 2017.

152.    Gender Confirmation Surgery:  A New Surgical Frontier,  15th Annual Morristown Surgical Symposium Gender and Surgery, Morristown, N , May 5, 2017.

153.    Gender Confirmation Surgery:  A New Surgical Frontier,  Dept. of Obstetrics and Gynecology, The Medical College of Wisconsin, May 24, 2017

154.    Gender Confirmation Surgery:  A New Surgical Frontier,  Dept. of Obstetrics and Gynecology, Howard Brown Health Center, August 8, 2017

155.    Current State of the Art:  Gynecomastia,  ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

156.    Gender Confirmation Surgery-An Overview,  ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

157.    Gender Confirmation Surgery,   Grand Rounds, Dept. of Obstetrics and Gynecology, The University of Chicago, August 25, 2017

Page    of

**JA760**

158.   Gender Confirmation Surgery,   Wake Forest School of Medicine, Transgender Health Conference, Winston-Salem, NC, September 28-29, 2017

159.   Phalloplasty,   Bra ilian Professional Association for Transgender Health, Teatro Marcos Lindenberg, Universidade Federal de S o Paulo (Unifesp), November 1-4, 2017

160.   Gender Confirmation Surgery,   Bra lian Professional Association for Transgender Health/WPATH Session, Teatro Marcos Lindenberg, Universidade Federal de S o Paulo (Unifesp), November 1-4, 2017

161.   Gender Confirmation Surgery,   The Division of Plastic Surgery, The University of Illinois at Chicago, December 13, 2017, Chicago, Il

162.   Gender Confirmation Surgery,   Gender and Sex Development Program, Ann and Robert H. Lurie Children s Hospital of Chicago, December 18, 2017, Chicago, Il

163.   Transgender Breast Augmentation,   34th Annual Atlanta Breast Surgery Symposium,  anuary 19-21, 2018, Atlanta, GA

164.   Top Surgery: Transmasculine Chest Contouring,   34th Annual Atlanta Breast Surgery Symposium,  anuary 19-21, 2018, Atlanta, GA

165.   Gender Confirmation Surgery,   The 17th International Congress of Plastic and Reconstructive Surgery in Shanghai, March 18-25, 2018, Shanghai, China

166.   Gender Confirmation Surgery: Facial Femini ation and Metoidioplasty,   97th Meeting of the American Association of Plastic Surgeons, Reconstructive Symposium, April 7-10, 2018, Seattle, WA

167. Moderator:   Gender Confirmation Surgery:  Top Surgery , The Annual Meeting of The American Society of Aesthetic Plastic Surgery, April 26-May 1, 2018, New York, NY

168.   Gender Confirmation Surgery,   Econsult monthly meeting, Dept. of Veterans  Affaris, May 24, 2018

169.   Gender Confirmation Surgery,   Transgender Care Conference:  Improving Care Across the Lifespan, Moses Cone Hospital, Greensboro, NC,  une 8, 2018

170.   WPATH State of the Art,   1st Swiss Consensus Meeting on the Standardi ation of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018
171.   Facial Femini tion Surgery: The New Frontier   1st Swiss Consensus Meeting on the Standardi ation of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

Page   of

**JA761**

172.   Current Techni ues and Results in Mastectomies,  1st Swiss Consensus Meeting on the Standardi ation of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

173.   Gender Confirmation Surgery,   The University of Chicago, Prit ker School of Medicine, September 7, 2018, Chicago, Il.

174.   The Business End:  Incorporating Gender Confirmation Surgery, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, September 29, 2018, Chicago, Il

175.   Body Contouring in Men, Gynecomastia, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, September 30, 2018, Chicago, Il

176.   Moderator:  Breast Augmentation and Chest Surgery in Gender Diverse Individuals, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

177.   Moderator:  Aesthetic Surgery of The Male Genitalia, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

178.   Moderator:  Gender Confirmation Surgeries:  The Standards of Care and Development of Gender Identity, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

179.   The Center for Gender Confirmation Surgery Lecture Series,   Introduction to Gender Confirmation Surgery,   Weiss Memorial Hospital, October 17, 2018, Chicago, Il

180.   Institute 3: Gender Dysphoria Across Development: Multidisciplinary Perspectives on the Evidence, Ethics, and Efficacy of Gender Transition, Gender Confirming Care in Adolescence: Evidence, Timing, Options, and Outcomes,  The American Academy of Child and Adolescent Psychiatry, 65th Annual Meeting, October 22-27, 2018, Seattle, WA

181.   Gender Confirmation Surgery, Combined Endocrine Grand Rounds, The University of Illinois at Chicago, Rush University, Cook County Hospital,  anuary 8, 2019

182.   Gender Confirmation Surgery:  An Update, Division of Plastic Surgery, The University of Illinois at Chicago,  anuary 23, 2019

183.   Gender Confirmation Surgery from Top to Bottom:  A 20 Year Experience, Grand Rounds, The Department of Surgery, Ochsner Health System,  anuary 30, 2019, New Orleans, LA

184.   Master Series of Microsurgery:  Battle of the Masters
One Reconstructive Problem   Two Masters with Two Different Approaches, Gender Affirmation, Male-to-Female Vaginoplasty:  Intestinal Vaginoplasty, The American Society for Reconstructive Microsurgery, Palm Desert, California, February 2, 2019

Page     of

185.  Gender Confirmation Surgery:  From Top to Bottom, The University of Toronto, Toronto, Canada, February 21, 2019

186.  Gender Confirmation Surgery:  Where are We, The University of Toronto, Toronto, Canada, February 21, 2019

187.  Professors  Rounds: Gender Confirmation Surgery:  A Twenty Year Experience, Princess Margaret Hospital, Toronto, Canada, February 22, 2019

188.  A 3 Step Approach to Lower Extremity Trauma, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

189.  Gender Surgery:  Where are We Now  , Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

190.  Gender Confirmation Surgery, A Single Surgeon s 20 Year Experience, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

191.  Gender Confirmation Surgery:  Where We Have Been and Where We Are Going, Grand Rounds, The University of Chicago, Section of Plastic Surgery, March 13, 2019

192.  Gender Confirmation Surgery:  From Top To Bottom, Resident Core Curriculum Conference, The University of Chicago, Section of Plastic Surgery, March 13, 2019.

193.   Gender Confirmation Surgery,   WPATH/AMSA Medical School Trans Health Elective, Webinar, March 13, 2019

194.  Robotic Vaginoplasty:  An Alternative to Penile Inversion Vaginoplasty in Cases of Insufficient Skin, Vaginal Stenosis, and Rectovaginal Fistula.  The European Professional Association for Transgender Health, April 9-13, Rome, Italy

195.  Current State of Gender-Affirming Surgery in the US and Beyond, Gender-affirming genital surgery presented by the American Urologic Association in collaboration with the Society for Genitourinary Reconstructive Surgeons (GURS), May 2, 2019, Chicago, Il

196.  Surgical Training-How Can I get it, The Aesthetic Meeting 2019, New Orleans, LA, May 20, 2019

197.  What is the Standard of Care in This New Frontier, The Aesthetic Meeting 2019, New Orleans, LA, May 20, 2019

198. The 20th Annual Chicago Orthopedic Symposium, August 15-18, 2019, Chicago, Il   Soft Tissue Defects-Getting Coverage

Page    of

**JA763**

199. Gender Confirmation Sugery, The Potocsnak Family Division of Adolescent and Young Adult Medicine, Ann    Robert H. Lurie Children s Hospital of Chicago, August 19, 2019

200.  Anatomy, Embryology, and Surgery, The University of Chicago, First Year Medical Student Anatomy Lecture, September 9, 2019, The University of Chicago, Chicago, Il.

201.  Gender Confirmation Surgery, Howard Brown Health Center Gender Affirming Learning Series, September 13, 2019, Chicago, Il.

202.  Moderator, Patient Selection in Gender Affirming Survey Surgery, 88th Annual Meeting of The American Society of Plastic Surgeons, September 20-23, 2019, San Diego, CA

203.  Breast Augmentation in Transwomen: Optimi ing Aesthetics and Avoiding Revisions, 88th Annual Meeting of The American Society of Plastic Surgeons, September 20-23, 2019, San Diego, CA

204.  Breast Reconstruction, State of the Art, NYU-Langone Health, NYU School of Medicine, Standards of Care and Insurance Coverage, Saturday, November 23, 2019, New York, NY.

205.  ASRM Masters Series in Microsurgery:  Think Big, Act Small:  The Building Blocks for Success,  Building a Microsurgery Private Practice from the Ground Up , 2020 ASRM Annual Meeting, Ft. Lauderdale, Florida,  anuary 10-14, 2020

206.  ASPS/ASRM Combined Panel II:  Gender Affirmation Surgery:  Reconstruction Challenges of Function and Sensation, 2020 ASRM Annual Meeting, Ft. Lauderdale, Florida,  anuary 10-14, 2020

207.  Rush University Medical Center, Division of Urology, Grand Rounds,  Gender Confirmation Surgery:  A Single Surgeon s Experience,  anuary 22, 2020

208.  Rush University Medical Center, Department of General Surgery, Grand Rounds,  Gender Confirmation Surgery:  A Single Surgeon s Experience,  February 5, 2020.

209.  WPATH/AMSA (American Medical Association) Gender Scholar Course, Webinar, March 11, 2020

210.  Rush University Medical Center, Division of Plastic Surgery, Weekly Presentation, Gender Confirmation Surgery:  Can a Surgeon Provide Informed Consent , April 29, 2020

211.  Legal Issues Faced by the Transgender Community, ISBA Standing Committee on Women and The Law and the ISBA Standing Committee on Sexual Orientation and Gender Identity, Co-Sponsored by the National Association of Women  udges District 8, Live Webinar, May 28, 2020

212.  Principles of Transgender Surgery, National Association of Women s  udges, District 8, Webinar,  une 4, 2020

Page    of

**JA764**

213. Gender-Affirming Surgery, National Association of Women s udges, District 8, Webinar, uly 8, 2020

214. Gender-Affirming Surgery, The University of Chicago, Prit ker School of Medicine, 1st year Anatomy, September 15, 2020

215. Gender-Affirming Surgery, Rush University Medical School, 2nd year Genitourinary Anatomy, September 16, 2020.

216. Surgical Management of the Transgender Patient, Rosalind Franklin University, The Chicago Medical School, Plastic Surgery Interest Group, October 7, 2020

217. Breast Augmentation in Transgender Individuals, The American Society of Plastic Surgeons Spring Meeting, March 20, 2021

218. International Continence Society Institute of Physiotherapy Podcast 5-Pelvic Floor Most Common Disorders and Transgender Patients (recorded April 30, 2021)

219. The American Association of Plastic Surgeons Annual Meeting, Reconstructive Symposium, Gender Affirmation Panel, Complications of GCS, Miami, FL, May 15, 2021 (presented virtually)

220. Gender Confirmation Surgery, Grand Rounds, Rush University, Section of Urology, une 8, 2021.

221. Genitourinary introduction lecture, M2, Rush University School of Medicine, September 2, 2021 (by oom)

222. Demystifing Gender: Fostering Gender Friendly Healthcare, Gender Affirmative Care in Adults, uerencia (lady hardinge medical college, WHO Collaborating Center for Adolescent Health, Dept of Paediatrics, SCH LHMC, New Delhi, WPATH September 5, 2021 (by oom)

223. Gender Confirmation Surgery, The University of Chicago Prit ker School of Medicine, MS-1, Anatomy lecture, September, 14, 2021, Chicago Il.

224. Gender Confirmation Surgery, A Single Surgeon s 22 Year Experience: Where are We Now , Research Seminar, Section of Endocrinology, The University of Chicago, Chicago, Il, October 4, 2011 (by oom)
225. Chest Surgery, The Illinois Dept. of Corrections (by oom), October 13, 2021.

226. Vaginoplasty, The Illinois Dept. of Corrections (by oom), October 15, 2021.

227. International Continence Society, 20th Physioforum, Pelvic Floor Physical Therapy and Gender-Affirming Surgery, October 16, 2021, Melbourne, Australia (by oom)

Page    of

**JA765**

228.  Rush University Division of Plastic Surgery, Gender Affirmation Surgery:  Where Are We Now  , educational conference, November 23, 2021, Chicago, Il

229.  51 Congreso Argentino de Cirugia Plastica, Microsurgery Symposium, SACPER-FILACP, 3 Step Approach to Lower Extremity Trauma, November 29, 2021, Mar del Plata, Argentina

230.  51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery I,  Gesti  n  uir  rgica de la Disforia de G  nero: Descripci  n general del mane o  uir  rgico y los est  ndares de atenci  n,
December 1, 2021, Mar del Plata, Argentina

231.  51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery II, Cirug a Genital Masculini  ante (Metoidioplastia y Faloplastia), December 2, 2021, Mar del Plata, Argentina

232.  51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery III, Faloplastia: optimi  aci  n de resultados y reducci  n de complicaciones, December 2, 2021, Mar del Plata, Argentina

233.  Government of India, Ministry of Health and Welfare, National AIDS Control Organi  ation, Meeting with AIIMS on Gender Affirmation Care (GAC) Clinic Pilot Intervention, December 21,2021, New Delhi (virtual)

# Exhibit

**JA767**

# References

1.    Cori A. Agarwal et al., *Quality of Life Improvement After Chest Wall Masculinization in Female-To-Male Transgender Patients: A Prospective Study Using the BREAST-Q and Body Uneasiness Test*, 71 Journal of Plastic, Reconstructive & Aesthetic Surgery 651-657 (2018).

2.    American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders (DSM-5). Washington, DC (2013).

3.    M.G. Berry et al., *Female-To-Male Transgender Chest Reconstruction: A Large Consecutive, Single-Surgeon Experience*, 65 Journal of Plastic, Reconstructive & Aesthetic Surgery 711-719 (2012).

4.    Centers for Medicare & Medicaid Services, Decision Memo for Gender Dysphoria and Gender Reassignment Surgery (CAG-00446N) (2016).

5.    Michael L. Conforti et al., *Evaluation of Performance Characteristics of the Medicinal Leech (Hirudo medicinalis) for the Treatment of Venous Congestion*, 109 Plastic and Reconstructive Surgery 228-235 (2001).

6.    Melissa A. Crosby et al., *Outcomes of Partial Vaginal Reconstruction with Pedicled Flaps following Oncologic Resection*, 127 Plastic and Reconstructive Surgery 663-669 (2011).

7.    Nicholas G. Cuccolo et al., *Epidemiologic Characteristics and Postoperative Complications following Augmentation Mammaplasty: Comparison of Transgender and Cisgender Females*, 7 Plastic and Reconstructive Surgery – Global Open e2461 (2019).

8.    Bruce L. Cunningham et al., *Analysis of Breast Reduction Complications Derived from the BRAVO Study*, 115 Plastic and Reconstructive Surgery 1597-1604 (2005).

9.    Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*, 6 PloS ONE e16885 (2011).

10.   Violante Di Donato et al., *Vulvovaginal Reconstruction After Radical Excision From Treatment of Vulvar Cancer: Evaluation of Feasibility and Morbidity of Different Surgical Techniques*, 26 Surgical Oncology 511-521 (2017).

**JA768**

11.   Miroslav L. Djordjevic et al., *Reversal Surgery in Regretful Male-to-Female Transsexuals After Sex Reassignment Surgery*, 13 The Journal of Sexual Medicine 1000-1007 (2016).

12.   *Evidence-based Clinical Practice Guideline: Reduction Mammaplasty*, American Society of Plastic Surgeons.

13.   Michael Fleming, Carol Steinman & Gene Bocknek, *Methodological Problems in Assessing Sex-Reassignment Surgery: A Reply to Meyer and Reter*, 9 Archives of Sexual Behavior 451-456 (1980).

14.   Thomas W. Gaither et al., *Postoperative Complications following Primary Penile Inversion Vaginoplasty among 330 Male-to-Female Transgender Patients*, 199 Journal of Urology 760-765 (2018).

15.   Charles Galanis et al., *Microvascular Lifeboats: A Stepwise Approach to Intraoperative Venous Congestion in DIEP Flap Breast Reconstruction*, 134 Plastic and Reconstructive Surgery 20-27 (2014).

16.   *Good Practice Guidelines for the Assessment and Treatment of Adults with Gender Dysphoria*, Royal College of Psychiatrists 1-59 (2013).

17.   Miriam Hadj-Moussa et al., *Feminizing Genital Gender-Confirmation Surgery*, 6 Sexual Medicine Reviews 457-468.e2 (2018).

18.   Phillip C. Haeck et al., *Evidence-Based Patient Safety Advisory: Patient Selection and Procedures in Ambulatory Surgery*, 124 Plastic and Reconstructive Surgery 6S-27S (2009).

19.   Lene Nyhøj Heidemann et al., *Complications following Nipple-Sparing Mastectomy and Immediate Acellular Dermal Matrix Implant-based Breast Reconstruction—A Systematic Review and Meta-analysis*, 6 Plastic and Reconstructive Surgery – Global Open e1625 (2018).

20.   Wylie C Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102 The Journal of Clinical Endocrinology & Metabolism 3869-3903 (2017).

21.   C. Herlin et al., *Leech Therapy In Flap Salvage: Systematic Review and Practical Recommendations*, 62 Annales de Chirurgie Plastique Esthétique e1-e13 (2017).

22.  Jochen Hess et al., *Satisfaction With Male-to-Female Gender Reassignment Surgery*, Deutsches Aerzteblatt Online (2014).

23.  Rayisa Hontscharuk et al., *Penile Inversion Vaginoplasty Outcomes: Complications and Satisfaction*, Andrology (2021). Doi: 10.1111/andr.13030. Epub ahead of print. PMID: 33955679.

24.  Rayisa Hontscharuk et al., *Perioperative Transgender Hormone Management: Avoiding Venous Thromboembolism and Other Complications*, 147 Plastic & Reconstructive Surgery 1008-1017 (2021). Doi: 10.1097/PRS.0000000000007786. PMID: 33776045.

25.  Sophie E.R. Horbach et al., *Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques*, 12 The Journal of Sexual Medicine 1499-1512 (2015).

26.  Alireza Hamidian Jahromi et al., *An Updated Overview of Gender Dysphoria and Gender Affirmation Surgery: What Every Plastic Surgeon Should Know*, World Journal of Surgery (2021). Doi: 10.1007/s00268-021-06084-6. Epub ahead of print. PMID: 33796924.

27.  Alireza Hamidian Jahromi et al., *Review of Telemedicine in Transgender Care: A Twenty-First–Century Beckoning*, by Malke Asaad et al., 147 Plastic and Reconstructive Surgery 898e-899e (2021).

28.  Isabelle F. P. M. Kappen et al., *Quality of Life and Patient Satisfaction in Adults Treated for a Cleft Lip and Palate: A Qualitative Analysis*, 56 The Cleft Palate-Craniofacial Journal 1171-1180 (2019).

29.  Megan Lane et al., *Trends in Gender-Affirming Surgery in Insured Patients in the United States*, 6 Plastic and Reconstructive Surgery – Global Open e1738 (2018).

30.  Ricardo Lara, California Insurance Commissioner, "Enactment of Senate Bill 855 – Submission of Health Insurance Policies for Compliance Review" (2020), http://www.insurance.ca.gov/0250-insurers/0300-insurers/0200-bulletins/bulletin-notices-commiss-opinion/upload/Notice-to-Health-Insurers-re-Requirements-of-Senate-Bill-855.pdf.

31.  Z-Hye Lee et al., *Quantifying Outcomes for Leech Therapy in Digit Revascularization and Replantation*, 44 Journal of Hand Surgery (European Volume) 414-418 (2019).

3

**JA770**

32.    Albert Leriche et al., *Long-term Outcome of Forearm Flee-Flap Phalloplasty in the Treatment of Transsexualism*, 101 BJU International 1297-1300 (2008).

33.    Sheera F Lerman et al., *Suicidality After Burn Injuries: A Systematic Review*, 42 Journal of Burn Care & Research 357-364 (2021).

34.    Oscar J. Manrique et al., *Complications and Patient-Reported Outcomes in Male-to-Female Vaginoplasty—Where We Are Today*, 80 Annals of Plastic Surgery 684-691 (2018).

35.    Adrian McArdle et al., *Vaginal Reconstruction Following Radical Surgery for Colorectal Malignancies: A Systematic Review of the Literature*, 19 Annals of Surgical Oncology 3933-3942 (2012).

36.    Travis J. Miller et al., *Breast Augmentation in Male-to-Female Transgender Patients: Technical Considerations and Outcomes*, 21 JPRAS Open 63-74 (2019).

37.    Leslie L. Montgomery et al., *Issues of Regret in Women With Contralateral Prophylactic Mastectomies*, 6 Annals of Surgical Oncology 546-552 (1999).

38.    Shane D. Morrison et al., *Phalloplasty: A Review of Techniques and Outcomes*, 138 Plastic and Reconstructive Surgery 594-615 (2016).

39.    Sasha Karan Narayan et al., *Guiding the Conversation—Types of Regret After Gender-Affirming Surgery and Their Associated Etiologies*, 9 Annals of Translational Medicine 605-616 (2021).

40.    Emily Newfield et al., *Female-to-Male Transgender Quality of Life*, 15 Quality of Life Research 1447-1457 (2006).

41.    Dennis P. Orgill, Review of *Medicinal Leech Therapy*, by Andreas Michalsen et al., 120 Plastic and Reconstructive Surgery 808 (2007).

42.    William V. Padula et al., *Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis*, 31 Journal of General Internal Medicine 394-401 (2015).

43.    Nikolaos A. Papadopulos et al., *Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increased Quality of Life in a Prospective Study*, 140 Plastic and Reconstructive Surgery 286-294 (2017).

44.    Ara A. Salibian et al., *Vaginal Canal Reconstruction in Penile Inversion*

*Vaginoplasty with Flaps, Peritoneum, or Skin Grafts: Where Is the Evidence?*, 147 Plastic & Reconstructive Surgery 634e-643e (2021).

45.  Agnes Gereben Schaefer et al., *The Implications of Allowing Transgender Personnel to Serve Openly in the U.S. Military*. Santa Monica, CA: RAND Corporation (2016).

46.  Loren S. Schechter, *Discussion: Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco, Gender Quality of Life Survey*, 147 Plastic & Reconstructive Surgery 741e-742e (2021).

47.  Loren S. Schechter, *Surgical Management of the Transgender Patient*, Surgical Therapy,17–24 (2016)

48.  Loren S. Schechter, *The Surgeon's Relationship with the Physician Prescribing Hormones and the Mental Health Professional: Review for Version 7 of the World Professional Association for Transgender Health's Standards of Care*, 11 International Journal of Transgenderism 222-225 (2009).

49.  Loren S. Schechter et. al., *Uterine Transplantation and Donation in Transgender Individuals; Proof of Concept*, International Journal of Transgender Health 1-11 (2021).

50.  Science AMA Series: I'm Cecilia Dhejne a fellow of the European Committee of Sexual Medicine, from the Karolinska University Hospital in Sweden. I'm here to talk about transgender health, suicide rates, and my often misinterpreted study. Ask me anything!, Reddit.com, July 27, 2017 05:14, 30T https://www.reddit.com/r/science/comments/6q3e8v/science_ama_series_im_c ecilia_dhejne_a_fellow_of30T.

51.  Iris Seitz et al., *Successful Tongue Replantation Following Segmental Autoamputation Using Supermicrosurgical Technique*, 02 Journal of Reconstructive Microsurgery Open e132-e135 (2017).

52.  Rikke Kildevæld Simonsen et al., *Long-term follow-up of individuals undergoing sex reassignment surgery: Psychiatric morbidity and mortality*, 70 Nordic Journal of Psychiatry 241-247 (2016).

53.  Elizabeth M. Swisher et al., *Prophylactic Oophorectomy and Ovarian Cancer Surveillance*, 46 The Journal of Reproductive Medicine 87-94 (2001).

54.  U.S. Dep't of Health & Human Servs., Departmental Appeals Bd., Appellate Division NCD 140.3, Docket No. A-13-87, Decision No. 2576 (May 30, 2014).

55.  Tim C. van de Grift et al., *Body Image in Transmen: Multidimensional Measurement and the Effects of Mastectomy*, 13 The Journal of Sexual Medicine 1778-1786 (2016).

56.  H. P. Versteegh et al., *Postoperative Complications After Reconstructive Surgery for Cloacal Malformations: A Systematic Review*, 19 Techniques in Coloproctology 201-207 (2015).

57.  *What does the scholarly research say about the effect of gender transition on transgender well-being?* What We Know (2021), https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

58.  Romain Weigert et al., *Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals*, 132 Plastic and Reconstructive Surgery 1421-1429 (2013).

59.  Aaron L. Wiegmann et al., *The Affordable Care Act and Its Impact on Plastic and Gender-Affirmation Surgery*, 147 Plastic & Reconstructive Surgery 135e-153e (2020).

60.  Martin Wiener et al., *A New Approach to an Old Flap: A Technique to Augment Venous Drainage from the Paramedian Forehead Flap*, 143 Journal of the of the American Society of Plastic Surgeons 269-271 (2019).

61.  Chantal M. Wiepjes et al., *The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets*, 15 The Journal of Sexual Medicine 582-590 (2018).

62.  World Professional Association for Transgender Health, Mission and Vision, https://www.wpath.org/about/mission-and-vision.

63.  World Professional Association for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People*, 7th Ed. (2011).

64.  Toni Zhong et al., *Decision Regret Following Breast Reconstruction: The Role of Self-Efficacy and Satisfaction With Information in the Preoperative Period*, 132 Plastic and Reconstructive Surgery 724e-734e (2013).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHRISTOPHER FAIN, *et al.*, individually and
on behalf of all others similarly situated,

CIVIL ACTION NO. 3:20-cv-00740

HON. ROBERT C. CHAMBERS, JUDGE

*Plaintiffs*,

v.

WILLIAM CROUCH, *et al.*,

*Defendants.*

---

**EXPERT REBUTTAL REPORT OF
LOREN S. SCHECHTER, M.D.**

I, Loren S. Schechter, M.D., declare as follows:

1.     I have been retained by counsel for Plaintiffs as an expert in connection with the

above-captioned litigation.

2.     I previously submitted an expert witness report in this case ("Schechter Report").

I submit this report to respond to points raised in the Expert Disclosure Report of Dr. Stephen B.

Levine, M.D. ("Levine Report") provided by Defendants.

3.     My background, qualifications, and compensation for my services in this case,

and the bases for my opinions in this case are described in my original report.  In preparing this

report, I was provided with and reviewed the Levine Report and the accompanying exhibits.

4.     My opinions contained in this report are based on my professional background as

described in my updated curriculum vitae (attached as Exhibit A); my clinical experience of

nearly 25 years of caring for transgender individuals; my review and familiarity with relevant

**JA774**

peer-reviewed literature, including my own research;[1] and discussions with colleagues and other experts in the field, including attendance and participation in various educational conferences both nationally and internationally.  The research I relied on in preparing this report is cited in my curriculum vitae, my original expert report, and the sources cited herein and the updated bibliography attached as Exhibit B.

5.      As explained in my original report, I refer to the family of procedures discussed in this report interchangeably as "gender confirmation," "gender confirming surgeries," or "gender affirming surgeries" because they are one of the therapeutic tools used to enable people to live in accordance with their gender identities.  This care applies specifically to people who are transgender because they are the only ones who undergo procedures for gender dysphoria (or gender incongruence).

6.      I have personal knowledge of the matters stated in this report.  I may further supplement these opinions in response to information produced by Defendants in discovery and in response to additional information from Dr. Levine or any other expert testimony Defendants may disclose.

I.    QUALIFICATIONS OF DR. LEVINE

7.      Based on the disclosures in Dr. Levine's report, he appears to lack the requisite

---

[1] As mentioned in my original report, I regularly and routinely perform literature searches in my academic roles at Rush University; and as Director of the Center for Gender Confirmation Surgery at Weiss Memorial Hospital (a role I will hold until April 5, 2022, when I will assume the position of Director of Gender Affirmation Surgery at Rush University Medical Center); Guest Examiner for The American Board of Plastic Surgery; lecturer for the Global Education Initiative for WPATH; invited lecturer at national and international conferences; co-lead author of the surgery and post-operative care chapter of the upcoming WPATH Standards of Care Version 8; an editor and reviewer for peer-reviewed publications; and a course director for various educational opportunities for WPATH, American Society of Plastic Surgeons, and other organizations.

qualifications to offer his opinions.  Dr. Levine opines on surgical interventions pertaining to gender dysphoria, but he provides no evidence as to training or experience in a surgical discipline.  Additionally, he is not a member of the World Professional Association for Transgender Health ("WPATH"), which is recognized by the mainstream medical consensus as the authoritative entity that has established comprehensive Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People ("Standards of Care").  Dr. Levine's previous involvement with the Standards of Care, Version 5 would seem to indicate that he does not support categorical bans on coverage for surgery, since those guidelines recognized that surgery can be medically necessary care for transgender people.

## II.    DR. LEVINE'S CRITIQUE OF MY EXPERT TESTIMONY IS UNFOUNDED

8.      Although Dr. Levine has been designated to rebut my expert opinions, he says little about my expert report specifically.  The few points he does raise misrepresent my testimony and the scientific literature, as explained below.  Dr. Levine offers a number of other general critiques about the state of the science, and I respond to those further below.

9.      Dr. Levine first claims that I seem "to be unaware of the body of literature that shows that gender-affirming interventions fail to improve mental health or to reduce suicidality or suicide long-term."  Levine Report at 32 ¶ 62.  He cites scant literature in support and largely ignores the extensive sources cited in the bibliography to my original expert report.  I am nonetheless familiar with his cited sources, which do not contradict the opinions in my original report.

10.     For example, Dr. Levine cites "key systematic review of surgeries for adults conducted by the HHS in 2016."  Levine Report at 32 ¶ 63 (citing Tamara Syrek Jensen et al., *Final Decision Memorandum on Gender Reassignment Surgery for Medicare Beneficiaries with*

3

**JA776**

*Gender Dysphoria*, Centers for Medicare & Medicaid Services (2016)).  He neglects to mention

these systematic reviews of the literature followed a decision of the agency to *eliminate* a

categorical ban on gender-affirming surgery, like the one West Virginia maintains in its

Medicaid program and state employee programs.  Dep't of Health and Human Servs.,

Departmental Appeals Board, Appellate Div., NCD 140.3, Transsexual Surgery (2014).  In fact,

the agency found that gender-affirming "surgery is an effective, safe and medically necessary

treatment for transsexualism."  *Id*.  While the agency declined to issue a National Coverage

Determination ("NCD") requiring the care to be made available without limitation, that was

based on factors specific to the average Medicare participant such as age.  In older individuals,

additional medical conditions may increase the risk for surgery generally.  Coverage is still

available on a case-by-case basis.  Additionally, many widely accepted surgical procedures and

surgical conditions do not have NCDs under Medicare.  The fact that gender-affirming surgery

does not have an NCD is not unusual.

      11.     Dr. Levine also cites to an article entitled "Reduction in Mental Health Treatment

Utilization among Transgender Individuals after Gender-affirming Surgeries: A Total Population

Study," by Bränström R, Pachankis, Am J Psychiatry 2020; 177: 727–734.  Levine Report at 32

n.101; 55-56 ¶¶ 111-13.  I have previously reviewed this article, which found in the Swedish

population a correlation between gender-affirming care and "a reduction in mental health

treatment as a function of time since completing such treatment."  Toward Rigorous

Methodologies for Strengthening Causal Inference in the Association Between Gender-

Affirming Care and Transgender Individuals' Mental Health: Response to Letters, Am J

Psychiatry 2020; 177:769–772; doi: 10.1176/appi.ajp.2020.20050599.  A correction was issued

after initial publication indicating that language in the article too strongly suggested causation

4

**JA777**

rather than correlation. *Id.* Nothing about this changes the overall state of the literature; nor is the correction remarkable since proving causation is very difficult in medical literature. Additionally, the fact that some transgender people may need ongoing mental health care does not mean that surgical interventions were unsuccessful. Surgery treats the medical condition of gender dysphoria. Other studies also find improvement in mental health conditions such as depression or anxiety. Additionally, ongoing care for individuals can be important across a host of medical conditions. Patients receive aftercare from their oncologist after surgery for cancer, and may need mental health care as well. That does not mean the surgery was unsuccessful.

12.  Dr. Levine also cites Wiepjes CM, den Heijer M, Bremmer MA, et al., Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972–2017). Acta Psychiatr Scand. 2020;141(6):486-491; doi:10.1111/acps.13164. I am familiar with this article too, which found a slight *reduction* in deaths by suicide for trans women. Additionally, reduction in suicide is not the only measure by which we determine whether care is medically necessary. Regardless, nothing in the literature suggests that categorically denying coverage for surgery, as West Virginia does, improves rates of suicidality or other health outcomes.[2]

13.  Finally, Dr. Levine invokes a review by the Hayes Corporation, which reviews treatments for insurance companies. Levine Report at 32-33 ¶ 63. The Hayes Corporation itself, however, states that it is "not intended to be used as the sole basis for determining coverage policy," or "as the sole basis for defining treatment protocols, or medical modalities." The

---

[2] Additionally, measures already exist to ensure that risk for suicidality is assessed before surgery. For example, my patients undergoing inpatient surgery have a required preoperative suicide assessment as required by The Joint Commission.

Hayes Corporation also describes a key part of its mission as "provid[ing] the best *business solutions* proven to enhance efficiencies, reduce cost, and reduce risk" (emphasis added). *See* https://www.hayesinc.com/about-hayes/.

14.     Dr. Levine describes the Hayes Corporation as rating the evidence for gender-affirming surgery for adults and adolescents as low-quality, but this misrepresents the meaning and significance of such reviews. Scientific ratings of evidence generally employ extremely high standards that are not satisfied for many commonly-prescribed treatments and procedures.[3] Such ratings do not mean that the treatment is unsupported in the literature and clinical practice, or that it is not medically necessary. The level of evidence does not always speak to the quality of the research, including because high-level evidence (generally Level I evidence) is not always the optimal or appropriate choice for a particular research question, and in some areas, is not feasible or ethical to conduct. The Hayes Corporation itself acknowledges that the literature shows gender-affirming surgeries improve outcomes across multiple areas for transgender people, including, for example, significant reductions in gender dysphoria. (Hayes Corp. 2018).

15.     Dr. Levine mentions two other issues with respect to my testimony specifically, including purported conflicts of interest and rates of complications after surgery. Levine Report at 33 ¶ 65. As I explain below, both points are unsupported.

## III.    DR. LEVINE'S OPINIONS ARE INCONSISTENT WITH THE MAINSTREAM MEDICAL CONSENSUS

### A.     **Gender-Confirming Surgery is Safe and Effective**

16.     As discussed in my original report, the research, as well as my own clinical

---

[3] *See, e.g.*, *Bernard T. Lee, et al.*, *Evidence-Based Clinical Practice Guideline: Autologous Breast Reconstruction with DIEP or Pedicled TRAM Abdominal Flaps*, Plastic and Reconstructive Surgery, 140(5):651e-664e (Nov. 2017); doi: 10.1097/PRS.0000000000003768.

**JA779**

expertise, show that surgical procedures for gender dysphoria are safe and effective, and that many of these procedures are analogous to surgical procedures used to treat other medical conditions.  The fact that the medical community deems these analogous procedures sufficiently safe to treat conditions other than gender dysphoria is by itself more than sufficient to support the safety of those surgeries to treat gender dysphoria, since nothing about the safety of these procedures varies when they are used to treat gender dysphoria.

17.     Dr. Levine claims that gender-affirming surgeries have high complication rates, *see, e.g.*, Levine Report at 33 ¶ 65; at 60-61 ¶¶ 125-26.  But as explained further below, Dr. Levine's interpretation of the surgical literature demonstrates his lack of understanding of surgery.  Additionally, Dr. Levine's sources for these opinions share the same flaws that run throughout his report generally.  He frequently cites sources in misleading ways, implying that they support his opinions when the sources in fact establish support for access to gender affirming care.  *See, e.g.*, Levine Report at 60 n.198 (citing de Vries, et al. (2014), which reported results showing that after gender-affirming care, gender dysphoria was alleviated in young adults and psychological functioning steadily improved); Levine Report at 61 n.199 (Olson-Kennedy, et al. (2018), which reported that serious complications were rare in post-surgical cohort).

18.     When compared with analogous procedures for other conditions, gender-confirming surgeries do not have a particularly high rate of complications.  For example, a recent study of 7,905 persons with gender dysphoria, of whom 1,047 underwent surgery between 2009-2015, revealed an overall complication rate for all surgical procedures on persons with gender

7

**JA780**

dysphoria of only 5.8%.[4]

19.    Looking specifically at the complication rates for chest surgeries (subcutaneous mastectomy and chest wall contouring), two recent studies reveal a complication rate among transgender men of between 11% -12%,[5] in comparison to the complication rate of 43% for cisgender women undergoing breast reduction shown in a 2005 study.[6]  Likewise, in a systematic review of cisgender women undergoing nipple-sparing mastectomy and immediate breast reconstruction using breast implants and acellular dermal matrix the complication rates include: 11% skin necrosis, 5% nipple necrosis, 12% infection, 1% hematoma, 5% seroma, 4% explantation, and 9% unplanned return to the operating room.[7]  Similarly, in a study which queried the American College of Surgeons National Surgical Quality Improvement database from 2006-2017 regarding augmentation mammaplasty in 1,360 cisgender and transgender individuals, "the rates of all-cause complications were low in both cohorts, and differences were not significant" (1.6% for transgender women versus 1.8% for cosmetic breast augmentation).[8]

---

[4] Megan Lane et al., *Trends in Gender-affirming Surgery in Insured Patients in the United States*, 6 Plastic and Reconstructive Surgery - Global Open e1738 (2018).
[5] M.G. Berry et al., *Female-To-Male Transgender Chest Reconstruction: A Large Consecutive, Single-Surgeon Experience*, 65 Journal of Plastic, Reconstructive & Aesthetic Surgery 711-719 (2012).; Cori A. Agarwal et al., *Quality of Life Improvement After Chest Wall Masculinization in Female-To-Male Transgender Patients: A Prospective Study Using the BREAST-Q and Body Uneasiness Test*, 71 Journal of Plastic, Reconstructive & Aesthetic Surgery 651-657 (2018).
[6] Bruce L. Cunningham et al., *Analysis of Breast Reduction Complications Derived from the BRAVO Study*, 115 Plastic and Reconstructive Surgery 1597-1604 (2005).
[7] Lene Nyhøj Heidemann et al., *Complications following Nipple-Sparing Mastectomy and Immediate Acellular Dermal Matrix Implant-based Breast Reconstruction—A Systematic Review and Meta-analysis*, 6 Plastic and Reconstructive Surgery - Global Open e1625 (2018).
[8] Nicholas G. Cuccolo et al., *Epidemiologic Characteristics and Postoperative Complications following Augmentation Mammaplasty: Comparison of Transgender and Cisgender Females*, 7 Plastic and Reconstructive Surgery - Global Open e2461 (2019).

20.     Additionally, complication rates for vaginoplasties in transgender women are

commensurate to rates of complications for cisgender women undergoing vaginal or vulvar

reconstruction for other medical conditions (*e.g.*, cancer).[9]

21.     Dr. Levine also asserts, without supporting literature, that "[r]e-operations are

frequently performed."  Levine Report at 61 ¶ 126.  This statement reflects a lack of

understanding of surgical literature.  Re-operations are not uncommon across many areas in

plastic surgery, including for example for breast reconstruction surgeries for cisgender women,[10]

---

[9] For example, a 2018 study looking at complications and patient reported outcomes in 3716
cases of male-to-female vaginoplasty found complications rates of 2% fistula, 14% stenosis and
strictures, 1% tissue necrosis, and 4% prolapse with patient-reported satisfaction of 93% (overall
results). *See* Oscar J. Manrique et al*., Complications and Patient-Reported Outcomes in Male-to-
Female Vaginoplasty—Where We Are Today*, 80 Annals of Plastic Surgery 684-691 (2018). An
additional 2018 study published in the *Journal of Urology* evaluated 330 patients presenting for
primary vaginoplasty.  The overall complication rate in this study was 28.7%. Thomas W.
Gaither et al., *Postoperative Complications following Primary Penile Inversion Vaginoplasty
Among 330 Male-to-Female Transgender Patients*, 199 Journal of Urology 760-765 (2018). In
comparison, studies examining complication rates in cisgender women undergoing vaginal and
vulvar reconstruction demonstrate complication rates ranging as high as 61%. Melissa A. Crosby
et al., *Outcomes of Partial Vaginal Reconstruction with Pedicled Flaps following Oncologic
Resection*, 127 Plastic and Reconstructive Surgery 663-669 (2011). And additional studies
demonstrate complication rates for cisgender women of 22.3%-26.7% for flap-related
complications and between 7%-22% for donor site and flap-related complications. *See* Violante
Di Donato et al., *Vulvovaginal Reconstruction After Radical Excision From Treatment of
Vulvar Cancer: Evaluation of Feasibility and Morbidity of Different Surgical Techniques*, 26
Surgical Oncology 511-521 (2017). (flap-related complications); Adrian McArdle et al., *Vaginal
Reconstruction Following Radical Surgery for Colorectal Malignancies: A Systematic Review of
the Literature*, 19 Annals of Surgical Oncology 3933-3942 (2012).(donor site and flap-related
complications). Additional studies reviewing reconstruction of congenital deformities found
complication rates as high as 57%. H. P. Versteegh et al., *Postoperative Complications After
Reconstructive Surgery for Cloacal Malformations: A Systematic Review*, 19 Techniques in
Coloproctology 201-207 (2015).
[10] Amanda Roberts et al., *Reoperation cascade in postmastectomy breast reconstruction and its
associated factors: Results from a long-term population-based study*, J. Surg. Oncol., 2020
Dec;122(7):1300-1306 (Dec. 2020), doi: 10.1002/jso.26166; Maryam Saheb-Al-Zamani et al.,
*Early Postoperative Complications From National Surgical Quality Improvement Program: A
Closer Examination of Timing and Technique of Breast Reconstruction*, Ann. Plast. Surg., 86(3S
Suppl 2):S159-S164 (March 2021), doi: 10.1097/SAP.0000000000002590.

9

**JA782**

and reconstruction of soft tissue defects in lower extremity (i.e., the leg, ankle, and foot).[11]  That does not affect the fact that the care is medically necessary.  Additionally, most revisions for gender-affirming care are minor scar revisions, which are ubiquitous in plastic surgery.

22.     In summary, Dr. Levine does appear to acknowledge that "surgical complications are common for all surgeries."  Levine Report at 61 ¶ 126.  While this paints complication rates with too broad a brush, Dr. Levine is correct to the extent he recognizes that this is generally true regardless of whether the patient is transgender or cisgender, although cisgender patients often receive coverage for this care as a matter of course.

23.     Dr. Levine also suggests that "'patient desire' for transgender interventions has supplanted the traditional definition of medical necessity used in all other areas of medicine." This is incorrect.  The medical community and insurance providers recognize a distinction between plastic surgery that is cosmetic and reconstructive plastic surgery that is medically necessary.  No particular surgery is inherently cosmetic or inherently reconstructive; rather, the underlying diagnosis determines whether the procedure is considered cosmetic or reconstructive. Gender-confirming surgeries are not cosmetic surgeries because, when performed in accordance with the Standards of Care, they are clinically indicated to treat the medical condition of gender dysphoria.  The professional medical consensus recognizes that these are appropriately categorized as reconstructive procedures.  In a study published in 2019 by Miller, et al., 100% of transgender women who underwent breast augmentation reported improvement in their gender

_____

[11] Lingyun Xiong et al., *Free flaps for reconstruction of soft tissue defects in lower extremity: a meta-analysis on microsurgical outcome and safety*, Microsurgery, 36(6):511-24 (Sept. 2016); doi: 10.1002/micr.30020.

**JA783**

dysphoria and "would undergo the operation again."[12]

24.     Additionally, reconstructive surgery often has the additional benefit of promoting and improving a patient's quality of life and well-being, which is often a component of medically necessary care.  Indeed, aside from the primary purpose of alleviating or reducing a patient's gender dysphoria, gender confirmation surgery also has been demonstrated to have other salutary effects, such as improving quality of life and reducing negative health outcomes.  In a prospective study utilizing a validated quality of life assessment tool, Alcon, et al. demonstrated significant improvements in quality of life up to 1 year following chest surgery.[13]  The authors indicated that "the effect sizes were large and...exhibited excellent internal validity."  The authors report that "every patient surveyed at 1 year reported that gender-affirming surgery changed their life for the better" and that, "every patient surveyed after surgery said they would choose it (surgery) again knowing what they know."  In addition, in a 2006 study published in Quality of Life Research, Newfield, et al. found that, "Chest reconstruction not only enhances the FTM transgender identity, increases self-esteem, and improves body image, but provides some security and safety for those who remove their shirts in public areas, such as gyms or beaches.  Those who had received top surgery reported higher QOL (quality of life) scores than those who had not received surgery, statistically significant findings (p<0.01) for the General Health, Social Functioning, and all three mental health concepts."[14]

---

[12] Travis J. Miller et al., *Breast Augmentation in Male-to-Female Transgender Patients: Technical Considerations and Outcomes*, 21 JPRAS Open 63-74 (2019).

[13] Loren S. Schechter, *Discussion: Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco*, Gender Quality of Life Survey, 147 Plastic & Reconstructive Surgery 741e-742e (2021).

[14] Emily Newfield et al., *Female-to-Male Transgender Quality of Life*, 15 Quality of Life Research 1447-1457 (2006).

11

**JA784**

25.     The overwhelming majority of patients who obtain gender confirmation surgery in a manner consistent with the Standards of Care are both satisfied and experience a reduction of gender dysphoria.  For the vast majority of transgender people who seek such surgery, the surgery is successful at alleviating and/or reducing gender dysphoria and alleviating a lifelong struggle to find peace of mind and comfort with their bodies.

B.     **Medically Necessary Care to Treat Gender Dysphoria is Not Experimental**

26.     It is my professional medical opinion that the contention of Dr. Levine that gender-confirming surgeries are experimental is unsupported by the professional medical consensus and prevailing standards of care for treating gender dysphoria, and is inconsistent with mainstream medical standards.  Levine Report 37 ¶ 75.  To the contrary, the prevailing consensus of the medical community recognizes that procedures used to treat gender dysphoria are reconstructive, not experimental, and are medically necessary.

27.     Surgical care is not considered experimental when it uses accepted techniques and has demonstrative benefits.  The techniques used in gender-affirming care are employed in other surgeries and are well-established.  For example, urethroplasties, orchiectomies, skin grafts, and mastectomies are all accepted techniques for congenital, oncological, and traumatic conditions. They are not experimental simply because they are applied to the well-established diagnosis of gender dysphoria.

28.     Gender-affirming surgery has been performed for decades, utilizes accepted surgical techniques, and yields demonstrated benefits for patients.  In addition, gender-affirming surgeries are: 1) part of the core curriculum in plastic surgery resident education; and 2) a component of both the written and oral board exams in plastic surgery.  I have given presentations at multiple professional societies, and none of them consider gender-affirming

**JA785**

surgery experimental.  In the disclosures required to give presentations of this kind there is no requirement that they be called experimental.  It is widely accepted by professional surgical societies that gender-affirming surgeries are not experimental.

C.    **Quality of Evidence**

29.    The quality of the evidence supporting gender-affirming surgeries is comparable to that supporting many surgeries and clinical procedures.  While prospective, randomized, double-blind, placebo-controlled studies are the gold standard, they cannot be used to evaluate many clinical procedures.  There are simply inherent limitations to our ability to conduct such studies in clinical medicine.  First, it is unethical to withhold medically necessary care.  As such, in many situations, clinicians cannot conduct a study that uses a control group who is deprived of the treatment being studied.  Practice guidelines published in 2013 by the Royal College of Psychiatrists indicated that a randomized controlled study to evaluate feminizing vaginoplasty would be "impossible to carry out."[15]

30.    It is not possible to perform a double-blind study of surgeries that modify body parts, nor is there a placebo that can mimic such a surgery – unlike studies that use placebo drug regimens, for example, people will know if they have had an operation or not.  For relatively uncommon conditions like gender dysphoria, sample sizes of individuals with the condition who are available to participate in a clinical study tend to be small.  This is especially true where treatment for a condition has not been covered by insurance programs and plans, and where additional barriers (such as ongoing stigmatization) prevent patients from accessing care.  That very lack of access to the procedure results in there being fewer people who have received

---

[15] Good Practice Guidelines for the Assessment and Treatment of Adults with Gender Dysphoria, Royal College of Psychiatrists 1-59 (2013).

treatment and who can participate in a prospective study of that treatment's effect.

31.     Put simply, the scientific literature pertaining to gender-affirming surgical interventions is similar to that of other accepted plastic surgery procedures.  The recommendation for ongoing research is a standard recommendation in many, if not most or all clinical scenarios.  This recommendation for ongoing study in a particular clinical area does not mean that surgical care is withheld.

      D.     **Misrepresentation of the Literature on Medical Necessity, Safety, and Effectiveness**

32.     The overwhelming weight of the scientific and medical literature supports the benefits of gender-affirming surgical interventions.  Gender-affirming interventions have been performed for decades, and the safety and efficacy of these procedures have been reported by multiple surgeons practicing at different institutions in different countries and continents.  Dr. Levine fails to acknowledge this literature, referencing instead several non-scientific sources to support his opinions.  As a few representative examples, he relies on a conservative website called The Federalist (Levine Report at 33 n.111); and a Canadian website (https://gender report.ca) which does not represent a professional medical or scientific organization (Levine Report at 35 n.113).

33.     Dr. Levine cites a study by Dhejne, et al. to imply that because individuals who received gender confirming surgeries had higher morbidity and mortality rates compared to the general population, the surgeries are not effective.  Levine Report at 54 ¶ 109; 59 ¶ 119.  He appears to misunderstand that study.  First, the study itself clearly states that it is not intended to evaluate whether gender-affirming surgeries are "an effective treatment or not."  Second, those who receive medically necessary surgery generally have reduced morbidity and mortality

14

**JA787**

compared to those with the same condition who do not, even if morbidity and mortality for both groups are higher than average.  Third, the study includes patients who had surgery prior to the development of the current standards of care.  Finally, the fact that gender confirming surgeries do not entirely resolve all possible causes of morbidity and mortality among transgender individuals is completely unsurprising.  While surgery can treat gender dysphoria by aligning transgender people's bodies with their gender identity, surgery alone cannot fully eliminate the stigma and discrimination that transgender people face.  Moreover, it is rare for any surgery to eliminate morbidity and mortality.  For example, people who have surgery to remove a cancerous tumor may still experience higher rates of morbidity and mortality than the general population, but that does not mean that they should not undergo the surgery.  In addition, individuals suffering from other medical conditions (including chronic conditions and traumatic injuries such as burns) are also at elevated risk of suicide.  The increased risk of suicide does not preclude treatment of burn patients.[16]

34.    For instance, one study cited by Dr. Levine concluded that gender-affirming surgeries "may reduce psychological morbidity for some individuals while increasing it for others."[17]  Levine Report at 54 n.173; 59 n.192.  The fact that surgery does not always reduce morbidity for everyone who receives it does not mean that the surgery is not safe or effective, particularly given the number of potential confounding factors that can impact morbidity.  Similarly, the continued existence of elevated morbidity and mortality rates, compared to the

---

[16] Sheera F. Lerman et al., *Suicidality After Burn Injuries: A Systematic Review*, 42 Journal of Burn Care & Research 357-364 (2021).
[17] Rikke Kildevæld Simonsen et al., *Long-Term Follow-up of Individuals Undergoing Sex Reassignment Surgery: Psychiatric Morbidity and Mortality*, 70 Nordic Journal of Psychiatry 241-247 (2016).

population at large, say nothing about whether a treatment is a safe and effective way to treat a

particular condition.  Similarly, in a study regarding "quality of life and patient satisfaction in

adults treated for a cleft lip and palate," Kappen, et al. found that although some study

participants "had accepted their diagnosis they were not entirely satisfied with their treatment

outcome.  These participants were still thinking about a possible correction in the future,

occasionally inquired about new treatment options, and/or had to weigh the risk of complications

or adverse outcomes against the (minor) benefits of surgery."  The authors also state that, "Two

patients … still had difficulties coping …  Both were psychologically affected at the time of

interview:  one was coping with depression, while the other was experiencing a mild form of

generalized anxiety."  Additionally, four patients sought "professional psychological help …"[18]

But that does not suggest that withholding medically necessary care is appropriate for those

patients, any more than it is for transgender people.

35.     Dr. Levine conflates various treatment options (i.e., pubertal suppression in

adolescents, hormone therapy, gender-affirming surgeries) in a wide range of clinical scenarios

(i.e., treatment of children, treatment of adolescents, treatment of adults, etc.).  As with many

areas of medicine, treatment options may differ depending upon the individual seeking care.  The

Center for Study of Inequality at Cornell University conducted a systematic review of all peer-

reviewed articles published in English between 1991 and June 2017.[19]  93% of the studies

"found that gender transition improves the overall well-being of transgender people…"  Only 7%

---

[18] Isabelle F. P. M. Kappen et al., *Quality of Life and Patient Satisfaction in Adults Treated for a Cleft Lip and Palate: A Qualitative Analysis*, 56 The Cleft Palate-Craniofacial Journal 1171-1180 (2019).
[19] What does the scholarly research say about the effect of gender transition on transgender well-being? What We Know (2021), https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

of the studies reported "mixed or null findings." In addition, no studies concluded that gender transition causes overall harm.

E.    **Informed Consent**

36.    Dr. Levine misunderstands the informed consent process for surgical care. Levine Report at 69 ¶ 149. Gender-affirming surgical procedures have been shown beneficial by multiple surgeons, in multiple countries, over decades. The risks of gender-affirming surgical procedures are well-known and well-described in the literature.[20] Additionally, because analogous surgical techniques have long been used to treat other underlying diagnoses, the risks of these techniques are well-understood.

37.    The Standards of Care specifically discuss the obligation of the surgeon to obtain informed consent and recommend health assessments prior to these gender-affirming surgical interventions. The options, including the potential complications, and risks and benefits of each, are discussed with patients. For adolescents, these discussions include the caregiver or parents who must consent as well.

38.    The process of securing informed consent is done in a multidisciplinary way. The Standards of Care specifically indicate the importance of health assessments prior to surgery, as well as the importance of a multi-disciplinary and collaborative approach between surgeons, mental health professionals, and primary care providers. *See* Standards of Care at 56-57. Working in this interdisciplinary way, surgeons determine if a patient has any medical or mental

---

[20] *See, e.g.*, Loren S. Schechter, *The Surgeon's Relationship with the Physician Prescribing Hormones and the Mental Health Professional: Review for Version 7 of the World Professional Association for Transgender Health's Standards of Care*, 11 International Journal of Transgenderism 222-225 (2009).

17

**JA790**

health conditions that could affect their suitability for surgery or complicate their recovery after surgery. *See* Standards of Care at 59.

39.     Accordingly, the patient undergoes a preoperative assessment by a qualified professional.  One component of that preoperative mental health evaluation is an assessment of the individual's ability to provide informed consent.  This represents a clinical standard which exceeds the threshold to perform many other types of surgical interventions, including those that are sterilizing.  For this reason, Dr. Levine's claims that patients are "being rushed into" gender-affirming care are spurious.  Levine Report at 68 ¶ 146.  To the contrary, the preoperative process is careful and deliberate.

40.     Dr. Levine also expresses concern about provisions in the Standards of Care for obtaining informed consent when the person has limited capacity to consent.  Levine Report at 69 ¶ 146.  I believe that he is referring to a provision of the Standards of Care that describes a series of options for obtaining meaningful consent in this circumstance, including a comprehensive and thorough assessment by a multidisciplinary healthcare team, or an alternative decisionmaker such as a legal guardian.  Far from being a detriment, this provision of the Standards of Care recognizes the reality of medicine and healthcare across all fields: at times, people who require interventions have a limited capacity to consent. The Standards of Care go further than many other areas of medicine by first, recognizing this fact and second, describing a process to address it.

### 1.      Fertility Counseling

41.     Dr. Levine invokes concerns around care that leads to sterility, but notably his discussion focuses almost entirely on treatment for children.  Levine Report at 61-62 ¶¶ 127-30.  To clarify, surgical procedures are not performed on children under the Standards of Care, and

18

**JA791**

select procedures are performed in limited circumstances on adolescents only after extensive evaluation and informed consent. But Dr. Levine does not express any specific concerns about procedures that are sterilizing in adults, stating only that it should be considered as an important factor for any patient. Levine Report at 62 ¶ 130.

42.     As discussed in the Standards of Care, individuals are counseled as to fertility-preserving options prior to undergoing sterilizing procedures. Individuals make decisions regarding interventions that affect fertility in a variety of clinical circumstances. These include procedures such as vasectomy, tubal ligation, and oophorectomy (whether for cancer or as a risk-reduction strategy). In the case of gender-affirming surgery, not only does the surgeon discuss the issue of fertility prior to surgery, individuals typically address this with their medical and/or mental health professionals as well. Once again, individuals seeking gender-affirming surgical interventions must meet a higher standard as compared to individuals undergoing sterilizing procedures for diagnoses or reasons other than gender dysphoria.

F.     **Sexual Function**

43.     Dr. Levine claims that "sexual dysfunction is not an uncommon complication of genital surgery." Levine Report at 63 ¶ 133. Once again, this demonstrates Dr. Levine's lack of understanding of surgery. Both my clinical experience and the literature indicate that sexual function generally improves after surgery where it is medically indicated.[21] Additionally, Dr. Levine fails to mention that lack of access to medically necessary care can be a significant source

---

[21] *See, e.g.*, Sara Bungener, *Sexual Experiences of Young Transgender Persons During and After Gender-Affirmative Treatment*, Pediatrics, 146(6):e20191411 (Dec. 2020); doi:10.1542/peds.2019-1411 (finding that one year after surgery, young transgender adults reported a significant increase in experiences with all types of sexual activities).

of distress and exacerbate gender dysphoria, leading to decreased rates of intimacy and sexual satisfaction for transgender people.

44.     Separately, Dr. Levine suggests that there is a "sexual-romantic risk" to gender-affirming care because few people will want to form relationships with them, and if they "do not pass well" their relationship options are largely limited to those looking for "exotic sexual experiences."  Levine Report at 66 ¶ 142.  Setting aside Dr. Levine's disparaging suggestion that transgender people are less likely to be able to form healthy and fulfilling relationships, the fact that surgery can affect multiple domains of a person's life is not unique to gender-affirming surgery.  For example, an oophorectomy may cause hot flashes and mood swings and affect one's romantic life, but there is no requirement that cisgender women see a mental health professional before obtaining that care.  The same is true for prostatectomy, which may result in erectile dysfunction, but does not involve any requirement to see a mental health professional.[22] In contrast, transgender people are subject to a higher standard because they are required to undergo an assessment before accessing the same kinds of surgical procedures.

G.      **"Error Rates"**

45.     Dr. Levine briefly references "error rates" for clinical decisions.  Levine Report at 9 ¶ 12.  To the extent Dr. Levine intends to refer to rates of complications or regret, rates of complications are regularly discussed in medical literature on treatments for gender dysphoria.  Rates of regret for procedures among individuals with gender dysphoria remain extremely low.[23]

---

[22] Jessica C. Emanu et al., *Erectile Dysfunction after Radical Prostatectomy: Prevalence, Medical Treatments, and Psychosocial Interventions*, Curr Opin Support Palliat Care, 10(1): 102–107 (March 2016); doi:10.1097/SPC.0000000000000195.
[23] Sasha Karan Narayan et al., *Guiding the Conversation—Types of Regret After Gender-Affirming Surgery and Their Associated Etiologies*, 9 Annals of Translational Medicine 605-616 (2021).

46.     Dr. Levine expresses concerns that transgender patients may "desist" and cease to want to transition.  *See, e.g.*, Levine Report at 42 ¶ 89; 43-44 ¶ 91.  Among other sources, Dr. Levine cites the work of Dr. Miroslav Djordjevic regarding his experience with patients seeking reversal of their surgeries, Levine Report at 42 n.129, but those patients all received surgery without following the Standards of Care.  Dr. Levine also cites "online community of young women who have desisted," Levine Report at 43 ¶ 91, but that is not a medical or scientific source.  In fact, all available scientific research indicates that reports of regret are extremely low when gender confirming surgery is provided in accordance with the Standards of Care.[24]

47.     Dr. Levine points to his own knowledge of "several" individuals no longer pursuing transition, including in the prison context.  Levine Report at 42 ¶ 89.  That Dr. Levine states that he has seen this happen several times in almost 40 years does not mean that it is a common occurrence among transgender individuals generally or among those who have received gender confirming surgery.  All available research—as well as my own clinical experience— indicates that very few patients experience regret when gender confirming surgery is provided in accordance with the WPATH SOC and by a qualified surgeon.  Regret of any kind is rare (0.6% in transgender women and 0.3% in transgender men),[25] but "true regrets," as opposed to regrets due to lack of social or familial acceptance, comprise an even smaller percentage (approximately half this group, roughly 0.3% in transgender women and 0.15% in transgender men).[26]  Having

---

[24] Chantal M. Wiepjes et al., *The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets*, 15 The Journal of Sexual Medicine 582-590 (2018).
[25] *Id.*
[26] *Id.* at 585, 587 (researchers classified "social regrets" as those experienced by individuals who still identified as transgender women, but reported feeling "ignored by surroundings" or regretted loss of relatives," and classified "true regrets" as those experienced by individuals who "thought

21

**JA794**

performed gender confirming surgeries for over 20 years, I have never had a patient request a reversal of male chest reconstruction.

48.     In a recent study I co-authored regarding regret following gender-affirming surgery, Narayan, et al. queried 154 surgeons surgically treating between 18,125 to 27,325 individuals.[27]  The rate of regret was found to be between 0.2-0.3%, consistent with previous literature.

49.     Moreover, issues pertaining to regret following surgical procedures are not limited to gender-affirming surgical interventions.[28]  Some cisgender women experience regret following breast reconstruction (40%), some cisgender women expressed regret following prophylactic mastectomy (6%) and prophylactic oophorectomy (7%).  Additionally, in my clinical experience, many people regretted not having access to gender-affirming care before access was expanded through insurance coverage.

H.     **Patient Diagnosis**

50.     Dr. Levine suggests that gender-affirming care is provided based on a "a patient's self-diagnosis of gender dysphoria," which purportedly clears the way for "rapid approval for hormonal and surgical interventions."  Levine Report at 68 ¶ 148.  This misrepresents the

---

gender affirming treatment would be a 'solution' for, for example, homosexuality or [lack of] personal acceptance, but, in retrospect, regretted the diagnosis and treatment").
[27] Sasha Karan Narayan et al., *Guiding the Conversation—Types of Regret After Gender-Affirming Surgery and Their Associated Etiologies*, 9 Annals of Translational Medicine 605-616 (2021).
[28] Toni Zhong et al., *Decision Regret Following Breast Reconstruction: The Role of Self-Efficacy and Satisfaction With Information in the Preoperative Period*, 132 Plastic and Reconstructive Surgery 724e-734e (2013).; Leslie L. Montgomery et al., *Issues of Regret in Women With Contralateral Prophylactic Mastectomies*, 6 Annals of Surgical Oncology 546-552 (1999).; Elizabeth M. Swisher et al., *Prophylactic Oophorectomy and Ovarian Cancer Surveillance*, 46 The Journal of Reproductive Medicine 87-94 (2001).

**JA795**

preoperative process and multidisciplinary assessment that occurs prior to gender-affirming surgical interventions.[29] Dr. Levine fails to accurately describe the process of diagnosis that is performed before the transgender patient is eligible for surgery, and also the role and responsibility of the surgeon in providing this care.

51.    The surgeon receives in writing one or more assessments of the patient's diagnosis and medical necessity of the care by one or more mental health professionals, as required for the relevant procedure under the Standards of Care.  But that is only one step in the assessment for surgical interventions.  The surgeon remains ultimately responsible for deciding whether a particular surgical intervention is medically indicated.  The surgeon evaluates the patient and makes the final decision about whether it is safe and medically indicated to proceed. This includes an evaluation of the patient's understanding of the condition, their self-awareness, and their goals and expectations for the intervention.  The surgeon also evaluates other health factors that would affect the patient's fitness for the surgery, and determines whether additional studies might be required, such as x-rays or laboratory work.  The surgeon also typically obtains an assessment from their primary care physician about their overall health.  In my own clinical practice, I have had occasion to decline to perform a requested intervention based on my exercise of professional judgment.

## IV.    WPATH STANDARDS OF CARE

### A.    WPATH is a Professional Medical Association

52.    Dr. Levine attempts to discount the broad medical consensus that gender

---

[29] *See* the Standards of Care; Loren S. Schechter, *The Surgeon's Relationship with the Physician Prescribing Hormones and the Mental Health Professional: Review for Version 7 of the World Professional Association for Transgender Health's Standards of Care*, 11 International Journal of Transgenderism 222-225 (2009).(now International Journal of Transgender Health).

**JA796**

confirming surgeries are medically necessary by claiming that WPATH is an "advocacy

organization" and not a professional one.  Levine Report at 34 ¶ 69.  First, most medical

associations and societies engage in advocacy on behalf of health care professionals, their

patients, and their medical specialty generally.  For example, the Endocrine Society describes

itself as devoted to "advocating on behalf of the global endocrinology community," including

patients with endocrine conditions.  Endocrine Soc'y, Who We Are, https://www.endocrine.org/

about-us; *see also* Endocrine Soc'y, Advocacy, https://www.endocrine.org/advocacy, Endocrine

Soc'y, Shaping Healthcare and Research Policy, https://www.endocrine.org/our-community/

shaping-healthcare-and-research-policy.  Similarly, the American Society of Plastic Surgeons

uses advocacy "to support its members in the provision of excellent patient care."  Am. Soc'y of

Plastic Surgeons, About ASPS, https://www.plasticsurgery.org/about-asps.  Far from being

unique, engaging in advocacy is the norm among professional medical associations.  *See, e.g.*,

Am. Medical Ass'n, Health Care Advocacy, https://www.ama-assn.org/health-care-advocacy;

Am. Psychiatric Ass'n, Make a Difference Through APA Advocacy, https://www.psychiatry.

org/psychiatrists/advocacy; Am, Acad. of Pediatrics, Advocacy,

https://services.aap.org/en/advocacy/.

53.     WPATH has transgender members who are licensed professionals in the wide

range of specialties associated with transgender health as well as transgender members who

bring the voice of the community into the organization.  This is analogous to other professional

societies, such as The American Burn Association, in which firefighters may be members.  *See*

https://ameriburn.org/ (The American Burn Association website).

54.     Dr. Levine critiques WPATH because transgender members of the community

may attend its biennial meetings, suggesting that it "limits … honest, methodologically

**JA797**

competent debate" and means the organization cannot be considered "purely professional." The presence and participation of transgender people in WPATH in no way restricts "honest, methodologically competent debate" among professionals. Levine Report at 34 ¶ 68. To the contrary, it enriches the discussion of important topics, just as the participation of patients and patient support groups does during discussions at conferences for other professional societies to which I belong. Having transgender members is vital to WPATH and the development of the Standards of Care, but notably, voting privileges are limited to members who are professionals. Thus, the implication that the participation of transgender members degrades WPATH's scientific integrity or impartiality has no merit. Moreover, in conjunction with WPATH's biennial conference, it hosts a meeting that is limited to surgeons and healthcare professionals directly involved in surgical care (a meeting that I started at the 2007 WPATH Biennial meeting in Chicago and continue to organize and participate in at each of the subsequent meetings). During the meeting, surgeons openly discuss a wide range of issues, including surgical techniques and ethical questions.

       B.    **Every Major Medical Organization Supports the Current Standards of Care**

     55.   Dr. Levine ignores that every relevant medical and behavioral health association agrees that gender-confirming care is a medically necessary treatment for individuals with gender dysphoria. *See, e.g.*, Schechter Report ¶ 25 (noting that the American Medical Association, American Psychological Association, American Psychiatric Association, American College of Obstetricians and Gynecologists, American Academy of Family Physicians, and World Health Organization recognize gender confirming surgeries as standard, appropriate, and necessary treatments for gender dysphoria); *see also* Am. Psychological Ass'n, Guidelines for Psychological Practice With Transgender and Gender Nonconforming People (2015),

**JA798**

https://www.apa.org/practice/guidelines/transgender.pdf; Am. Psychiatric Ass'n, A Guide for

Working With Transgender and Gender Nonconforming Patients (2017),

https://www.psychiatry.org/psychiatrists/cultural-competency/education/transgender-and-gender-

nonconforming-patients.

C.    **WPATH Standards of Care 8, and Clinical Guidelines Generally, are Determined Through Literature Review and Expert Testimony**

56.    Dr. Levine fundamentally mischaracterizes how clinical guidelines, and the

Standards of Care 8 specifically, are developed.  I am the co-lead author of the surgical and

postoperative care chapter of the eighth version of the Standards of Care, which is in the final

stages of preparation before release.  I also have served as chairman on prior committees that

have drafted clinical guidance.  In 2011, I helped to co-write the reduction mammaplasty clinical

guidelines.  The establishment of clinical guidelines generally involves:

- Careful evaluation of the relevant medical and scientific peer-reviewed literature.
- Testimony from experts in the relevant field.
- Disclosure of conflicts of interest.

57.    Dr. Levine insinuates that Standards of Care 8 are not evidence-based because

purportedly "none of the recommendations are linked to the evidence."  Levine Report at 38 ¶

79.  This is incorrect.  Contrary to Dr. Levine's assertions, the Standards of Care are the result of

careful and deliberate reviews of the relevant medical and scientific literature and expert

testimony.

58.    Additionally, experts in the field often serve as author or co-author on practice

guidelines—including, for example, practice guidelines in other areas of plastic surgery, such as

for reduction mammaplasty.  Contrary to Dr. Levine's suggestion, that poses no inherent conflict

of interest.  Levine Report at 33 ¶ 65.  This is because it would make no sense to exclude the

26

**JA799**

providers who actually perform the care for which the guidelines are developed. Professional

societies and organizations have mechanisms to address and mitigate potential or perceived

conflicts. It is unreasonable to assume that individuals without expertise in a field of study

would be asked to author professional guidelines.

59.     Review of guidelines is a constant revision process based on the latest available

evidence. There is no area of medicine where there is complete and absolute knowledge where

no further research is needed.

**V.    GENDER-AFFIRMING CARE MEETS THE STANDARDS OF MEDICAL
        NECESSITY UNDER WEST VIRGINIA'S MEDICAID PROGRAM AND STATE
        EMPLOYEE HEALTH PLANS**

60.     Dr. Levine states that, "[t]o determine whether West Virginia Medicaid and PEIA

should be forced to categorically cover medical and surgical interventions for gender dysphoria,

one will need to consider the balance of benefits and harms of such a decision." But that is

already what the Standards of Care require, which aligns with how all surgical treatment is

provided.

61.     Dr. Levine also claims that "[f]inancial considerations must also be taken into

account." Levine Report at 75 ¶ 162. But his testimony simply offers unsupported conjecture

about costs; he cites no literature or other supporting sources, and fails to respond to the

testimony in my original report. Schechter Report at 16-17 ¶¶ 38-39.

62.     Dr. Levine describes the standards for medical necessity in the relevant programs

and plans as follows:

        A.      West Virginia Medicaid: "items or services furnished to a patient that are

reasonable and necessary for the diagnosis or treatment of illness or injury, to improve the

functioning of a malformed body member, to attain, maintain, or regain functional capacity, for

**JA800**

the prevention of illness, or to achieve age appropriate growth and development."  Levine Report

at 40 ¶ 85 (citing National Academy for State Health Policy, "State Definitions of Medical

Necessity under the Medicaid EPSDT Benefit," https://www.nashp.org/medical-necessity/).

Chapter 200 of the West Virginia Bureau for Medical Services Policy Manual defines medically

necessary services as:

> Services and supplies that are appropriate and necessary for the symptoms,
> diagnosis, or treatment of an illness. They are provided for the diagnosis or direct
> care of an illness within the standards of good practice and not for the
> convenience of the plan, member, caregiver, or provider.  The appropriate level of
> care can be safely provided and the most efficient and cost effective
> services/supplies to meet the member's need.

*See* https://dhhr.wv.gov/bms/Provider/Documents/Manuals/Chapter%20200%20Definitions

%20and%20Acronyms.pdf.

> B.      PEIA: "A service is considered to be medically necessary if it is:

consistent with the diagnosis and treatment of the injury or illness; in keeping with generally

accepted medical practice standards; not solely for the convenience of the patient, family or

health care provider; not for custodial, comfort or maintenance purposes; rendered in the most

cost-efficient setting and level appropriate for the condition; and not otherwise excluded from

coverage under the PEIA PPB Plans."  Levine Report at 40 n.124.

63.      I am familiar with a variety of definitions of medical necessity across health

plans, many of which are similar to the definitions in the health plans at issue here.  Gender-

affirming surgery satisfies these standards.  This care is widely recognized as treating a serious

medical condition, significantly improves functioning for a majority of people who receive it,

and is generally the most cost efficient and effective treatment for this condition.

28

**JA801**

64.     As explained above, Dr. Levine's prior involvement with the Standards of Care, Version 5 suggests that he does not support categorical bans on coverage for surgical care, since those guidelines recognized that surgery can be medically necessary for transgender people. Instead, his report largely seems to critique the way that some people can access this care. But this does not support West Virginia's categorical exclusions of coverage, which contravene the established research, peer-reviewed literature, and clinical evidence in this area. Instead, the evidence base shows that surgical care can be medically necessary and lead to significant improvement in outcomes for transgender patients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___17___ day of March, 2022.

*Loren Schechter*
Loren Schechter (Mar 17, 2022 11:11 CDT)

Loren S. Schechter, M.D.

29

**JA802**

Subscribed and sworn before me, a Notary Public in and for the  <u>County of Norfolk</u> , State of <u>Virginia</u> , this <u>17</u> day of <u>March</u> , 2022.

```
KETSIA MCCLEASE
Electronic Notary Public
Commonwealth of Virginia
Registration No. 327724
My Commission Expires Apr 30, 2023
```

_____

Signature of Notary

This notarial act was performed online by way of
two-way audio/video communication technology.

**JA803**

# 1647505231-fain-v-crouch-schechter-rebuttal-report419424-10

Final Audit Report                                              2022-03-17

| | |
|---|---|
| Created: | 2022-03-17 |
| By: | Ketsia McClease (ketsiac@aol.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAVrn26LqLPLGw72cBd5HhEN2_WjEUSoYY |

## "1647505231-fain-v-crouch-schechter-rebuttal-report419424-10" History

Document created by Ketsia McClease (ketsiac@aol.com)
2022-03-17 - 4:08:49 PM GMT- IP address: 68.225.139.93

Document emailed to Loren Schechter (lorenschechter1@gmail.com) for signature
2022-03-17 - 4:09:41 PM GMT

Email viewed by Loren Schechter (lorenschechter1@gmail.com)
2022-03-17 - 4:10:14 PM GMT- IP address: 73.246.0.64

Document e-signed by Loren Schechter (lorenschechter1@gmail.com)
Signature Date: 2022-03-17 - 4:11:36 PM GMT - Time Source: server- IP address: 73.246.0.64

Agreement completed.
2022-03-17 - 4:11:36 PM GMT

 **Adobe Sign**

# Exhibit A

## Curriculum Vitae

**NAME:**              **LOREN SLONE SCHECHTER, MD, FACS**


**OFFICE:**            4700 Marine Dr.
                      Suite 515
                      Chicago, Il 60640
                      Tel:  773.564.6500


**E-MAIL:**            lorenschechter1@gmail.com

**MARITAL STATUS:**    Married (Rebecca Brown Schechter, MD)

**CERTIFICATION:**     The American Board of Plastic Surgery 2001
                      Certificate Number 6271
                      Date Issued:  September 2001
                      Maintenance of Certification:     2011
                      Maintenance of Certification:     2021

**EDUCATION:**
1986-1990             The University of Michigan          BS, 1990
1990-1994             The University of Chicago           MD, 1994
                      Pritzker School of Medicine

**POSTGRADUATE TRAINING:**
Residency:            The University of Chicago Hospitals  1994-1999
                      Coordinated Training Program in
                      Plastic and Reconstructive Surgery
Chief Resident:       The University of Chicago Hospitals  1998-1999
                      Section of Plastic and Reconstructive
                      Surgery
Fellowship:           Reconstructive Microsurgery          1999-2000
                      The University of Chicago Hospitals
                      Section of Plastic and Reconstructive
                      Surgery

**TEACHING APPOINTMENT:**
                      Professor of Surgery, Chief Section of Gender-
                      Affirmation Surgery, Rush University Medical Center-In
                      Process, Director, Gender Affirmation Surgery-Rush
                      University Medical Center-effective April 5, 2022

                      Clinical Professor of Surgery, The University of
                      Illinois at Chicago-resigned to accept position at
                      Rush University

                      Adjunct Assistant Professor, Dept. of Surgery, Rush
                      University Medical Center

Page **1** of **52**

**JA806**

Associate Professor, Physician Assistant Program, College of Health Professionals, Rosalind Franklin University

**LICENSURE:**              Illinois
                            Illinois Controlled Substance
                            DEA

**STAFF APPOINTMENTS:**
                            Rush University Medical Center
                            Advocate Lutheran General Hospital
                            Louis A. Weiss Memorial Hospital
                            Illinois Sports Medicine and Orthopedic Surgery Center

**HONORS AND AWARDS:**

| | |
|---|---|
| 2022 | Chicago Magazine Top Doctor |
| 2021 | Chicago Magazine Top Doctor-Surgery |
| 2020 | The University of Minnesota Program in Human Sexuality, recipient of 50 Distinguished Sexual and Gender Health Revolutionaries |
| 2017-2020 | Castle Connolly Top Doctor (Chicago) |
| 2017 | Chicago Consumer Checkbook Top Doctor |
| 2015 | University of Minnesota Program in Human Sexuality Leadership Council |
| 2014-2015 | Rosalind Franklin University of Medicine and Science Chicago Medical School Honors and recognizes for dedication and commitment to teaching |
| 2014 | National Center for Lesbian Rights honored guest |
| 2013 | Illinois State Bar Association Award for Community Leadership |
| 2010 | Advocate Lutheran General 2009 Physicians Philanthropy Leadership Committee-Outstanding Leadership |
| 2009 | Advocate Lutheran General Hospital Value Leader (received for compassion) |
| 1994 | Doctor of Medicine with Honors |
| 1994 | University of Chicago Department of Surgery Award for Outstanding Performance in the Field of Surgery |
| 1994 | Catherine Dobson Prize for the Best Oral Presentation Given at the 48th Annual Senior Scientific Session in The Area of Clinical Investigation |
| 1993 | Alpha Omega Alpha |
| 1991 | University of Chicago National Institutes Of Health Summer Research Award |
| 1990 | Bachelor of Science with High Distinction And Honors in Economics |
| 1990 | James B. Angell Award for Academic Distinction |
| 1989 | Omicron Delta Epsilon-National Economic Honor Society |
| 1988 | College Honors Program Sophomore Honors Award For Academic Distinction |

**JA807**

1988                          Class Honors (Dean's List)

**MEMBERSHIPS:**
2018–                         The American Association of Plastic Surgeons
2016–                         The American Society for Gender Surgeons
                              (founding member and president-elect)
2010–                         World Society for Reconstructive Microsurgery
2005–                         The University of Chicago Plastic Surgery Alumni
                              Association
2005–                         The Chicago Surgical Society
2004–                         The American Society for Reconstructive Microsurgery
2003–                         The American College of Surgeons
2002–                         The American Society of Plastic Surgeons
2001–                         Illinois Society of Plastic Surgeons (formerly Chicago
                              Society of Plastic Surgeons)
2001–                         The American Society of Maxillofacial Surgeons
2001–                         American Burn Association
2001–                         Midwest Association of Plastic Surgeons
2001–                         WPATH
1994–                         The University of Chicago Surgical Society
1994–                         The University of Chicago Alumni Association
1992–                         American Medical Association
1992–                         Illinois State Medical Society
1992–                         Chicago Medical Society
1990–                         The University of Michigan Alumni Association

**CURRENT HOSPITAL COMMITTEES:**
                              Director, Center for Gender Confirmation Surgery,
                              Louis A. Weiss Memorial Hospital

**PROFESSIONAL SOCIETY COMMITTEES:**
                              WPATH Executive Committee

                              Treasurer, The World Professional Association for
                              Transgender Health

                              Chair, Finance and Investment Committee, The American
                              Society of Plastic Surgeons

                              WPATH 2020 Biennial Meeting Steering Committee

                              American Society of Breast Surgeons Research
                              Committee, ASPS representative

                              American Board of Plastic Surgery, Guest Oral Board
                              Examiner

                              WPATH Ethics Committee

                              American   College   of   Radiology   Committee   on
                              Appropriateness  Criteria  Transgender  Breast  Imaging
                              Topic,  Expert  Panel  on  Breast  Imaging:  Transgender
                              Breast Cancer Screening Expert Panel on Breast Imaging

JA808

American Society of Plastic Surgeons, Finance and Investment Committee

Board of Directors, at-large, The World Professional Association for Transgender Health

PlastyPac, Board of Governors

Medicare Carrier Advisory Committee

**OTHER:**

American Board of Plastic Surgery-Oral Board Guest Examiner (2020, 2021)

Guest Reviewer, Pain Management

Guest Reviewer, Plastic and Aesthetic Research

Guest Reviewer, European Medical Journal

Guest Reviewer, Open Forum Infectious Diseases

Guest Reviewer, The Journal of The American College of Surgeons

Guest Book Reviewer, Plastic and Reconstructive Surgery

Editorial Board, Transgender Health

Editorial Board (Associate Editor), International Journal of Transgenderism

Fellow of the Maliniac Circle

Guest Reviewer, Journal of Reconstructive Microsurgery

Guest Reviewer, Journal of Plastic and Reconstructive Surgery

Guest Reviewer, Journal of Sexual Medicine

Guest Editor, Clinics in Plastic Surgery, Transgender Surgery (Elsevier Publishing)

Guest Reviewer, The Journal of Plastic and Reconstructive Surgery

**PREVIOUS EDITORIAL ROLE:**

Guest Reviewer, EPlasty, online Journal

Module Editor for Patient Safety, Plastic Surgery Hyperguide

Editorial Advisory Board, Plastic Surgery Practice

Guest Reviewer, International Journal of Transgenderism

Guest Reviewer, Pediatrics

**PREVIOUS ACADEMIC APPOINTMENT:**

Visiting Clinical Professor in Surgery, The University of Illinois at Chicago

Chief, Division of Plastic and Reconstructive Surgery, Chicago Medical School, Rosalind Franklin University of Medicine and Science

Associate Professor of Surgery, The College of Health Professionals, Rosalind Franklin University

Clinical Associate in Surgery, The University of Chicago

**PREVIOUS HOSPITAL COMMITTEES:**

Division Director, Plastic Surgery, Lutheran General Hospital

Division Director, Plastic Surgery, St. Francis Hospital

Medical Staff Executive Committee, Secretary, Advocate Lutheran General Hospital

Credentials Committee, Lutheran General Hospital

Pharmacy and Therapeutics Committee Lutheran General Hospital

Operating Room Committee, St. Francis Hospital

Cancer Committee, Lutheran General Hospital
-Director of Quality Control

Risk and Safety Assessment Committee, Lutheran General Hospital

Nominating Committee, Rush North Shore Medical Center

Surgical Advisory Committee, Rush North Shore Medical Center

Section Director, Plastic Surgery, Rush North Shore Medical Center

**JA810**

**PREVIOUS SOCIETY COMMITTEES:**

PlastyPac, Chair, Board of Governors

Chair of the Metro Chicago District #2 Committee on
Applicants, American College of Surgeons

American Society of Plastic Surgery, Health Policy
Committee

American Society of Plastic Surgery, Patient Safety
Committee

American Society of Plastic Surgeons, Coding and
Payment Policy Committee

American Society of Plastic Surgeons, Practice
Management Education Committee

Board of Governors, Governor-at-large, The American
College of Surgeons

American College of Surgeons, International Relations
Committee

Chair, Government Affairs Committee, American Society
of Plastic Surgeons

President, The Metropolitan Chicago Chapter of The
American College of Surgeons

2012 Nominating Committee, American Society of Plastic
Surgeons

Program Committee, The World Society for
Reconstructive Microsurgery, 2013 Bi-Annual
Meeting

President, Illinois Society of Plastic Surgeons

Vice-President, The Illinois Society of Plastic
Surgeons (formerly the Chicago Society of Plastic
Surgery)

Vice-President, The Metropolitan Chapter of the
American College of Surgeons

American Society of Plastic Surgery, Chairman, Patient
Safety Committee

2006-2007 Pathways to Leadership, The American Society
of Plastic Surgery

**JA811**

2005 & 2006 President, The University of Chicago
Plastic Surgery Alumni Association

2003 Leadership Tomorrow Program, The American Society
of Plastic Surgery

Senior Residents Mentoring Program, The American
Society of Plastic Surgery

American Society of Maxillofacial Surgery, Education
Committee

Alternate Councilor, Chicago Medical Society

American Society of Aesthetic Plastic Surgery,
Electronic Communications Committee

American Society of Aesthetic Plastic Surgery,
Intranet Steering Committee

American Society of Aesthetic Plastic Surgery,
International Committee

Membership Coordinator, The Chicago Society of Plastic
Surgeons
The Illinois State Medical Society, Governmental
Affairs Council

The Illinois State Medical Society, Council on
Economics

Chicago Medical Society, Physician Review Committee
    -Subcommittee on Fee Mediation

Chairman, Chicago Medical Society, Healthcare
Economics Committee

Secretary/Treasurer, The Metropolitan Chicago Chapter
of the American College of Surgeons

Scientific Committee, 2007 XX Biennial Symposium WPATH

Local Organizing Committee 2007 WPATH

Secretary, The Chicago Society of Plastic Surgeons

Treasurer, The Chicago Society of Plastic Surgeons

Council Member, The Metropolitan Chicago Chapter of
the American College of Surgeons

**INTERNATIONAL MEDICAL SERVICE:**
                    Northwest Medical Teams
                    Manos de Ayuda (Oaxaca, Mexico)

JA812

                        Hospital de Los Ninos (San Juan, Puerto Rico)

**COMMUNITY SERVICE:**

                        Alumni Council, The University of Chicago Medical and
                        Biological Sciences Alumni Association

                        The University of Minnesota Presidents Club
                        Chancellors Society

                        Board of Directors, Chicago Plastic Surgery Research
                        Foundation

                        National Center for Gender Spectrum Health Advisory
                        Council

**PREVIOUS COMMUNITY SERVICE:**

                        Board of Directors, Committee on Jewish Genetic
                        Diseases, Jewish United Fund, Chicago, Illinois

                        Governing Council, Lutheran General Hospital, Park
                        Ridge, Il

                        Lutheran General Hospital Development Council, Park
                        Ridge, Il

                        Lutheran General Hospital Men's Association, Park
                        Ridge, Il

                        Advisory Board, Committee on Jewish Genetic Diseases,
                        Cancer Genetics Subcommittee, Jewish United Fund,
                        Chicago, Illinois

                        Health Care Advisory Board, Congressman Mark Kirk, 10th
                        Congressional District, Illinois

                        Major Gifts Committee, Saint Francis Hospital
                        Development Council, Evanston, Il

**Visiting Professor:**

   1. University of Utah, Division of Plastic Surgery, November 6-8, 2014.

   2. Northwestern University, Division of Plastic Surgery, April 21-22,
      2016.

   3. The University of North Carolina, Division of Plastic Surgery, March
      28-29, 2017

   4. Georgetown University, Department of Plastic Surgery, May 17-18, 2017

   5. The University of Basel, Basel, Switzerland, August 31-September 1,
      2018

**JA813**

6. The Ochsner Health System, New Orleans, LA January 28-January 30, 2019

7. The University of Toronto, Toronto, Ontario, Canada, February 21-22, 2019

8. The University of Michigan, October3-4, 2019, Ann Arbor, MI,

**Invited Discussant:**

1. Department of Defense, Military service by people who are transgender, Invitation from Terry Adirim, M.D., M.P.H.Deputy Assistant Secretary of Defense for Health Services Policy & Oversight, The Pentagon, November 9, 2017

2. Aesthetic Surgery Journal, Invited Discussant May 7, 2019, Journal Club. "What is "Nonbinary" and What Do I need to Know?  A Primer for Surgeons Providing Chest Surgery for Transgender Patients."


**Research Interests:**

1. Role of Omental Stem Cells in Wound Healing (Grant:  Tawani Foundation)

2. Robotic-Assisted Bilateral Prophylatic Nipple Sparing Mastectomy with Immediate Tissue Expander/Implant Reconstruction (Pending submission to the FDA for Investigational Device Exemption in association with Intuitive Surgical)

3. Transgender Health and Medicine Research Conference, National Institutes of Health, Bethesda, MD May 7-8, 2015

4. Uterine Transplantation, Rush University Medical Center (IRB pending)

5. Gender Affirmation Surgery Prospective Surveys (Rush University-IRB approved)

6. National Network for Gender Affirming Surgeries:  Canadian Institute of Health Research, Training Grant – LGBQT 2S Stigma Reduction & Life Course Mental Wellness (application in process)

**BIBLIOGRAPHY:**
**PEER REVIEWED ARTICLES:**
1. E. Wall, D. A. Schoeller, **L. Schechter**, L.J. Gottlieb:  Measured Total Energy Requirements of Adult Patients with Burns. *The Journal of Burn Care and Rehabilitation* 20:329, 1999.

2. David C. Cronin, II, **Loren Schechter**, Somchi Limrichramren, Charles G. Winans, Robert Lohman, and J. Michael Millis, Advances in Pediatric Liver Transplantation:  Continuous Monitoring of Portal Venous and Hepatic Artery Flow with an Implantable Doppler Probe. *Transplantation 74(6):887-889, 2002.*

3. Robert F. Lohman**, Loren S. Schechter**, Lawrence S. Zachary, Solomon Aronson:  Evaluation of Changes in Skeletal Muscle Blood Flow in the Dog

with Contrast Ultrasonography Revisited:  Has the Technique Been Useful, and Where are We Headed Now?  *The Journal of Plastic and Reconstructive Surgery* 111(4):1477-1480, 2003.

4.  Alvin B. Cohn, Eric Odessey, Francis Casper, **Loren S. Schechter**: Hereditary Gingival Fibromatosis:  Aggressive Two-Stage Surgical Resection in Lieu of Traditional Therapy, *The Annals of Plastic  Surgery Vol 57, Number 5, November 2006*.

5.  Eric Odessey, Al Cohn, Kenneth Beaman, and **Loren Schechter**: Mucormycosis of the Maxillary Sinus:  Extensive Destruction with an Indolent Presentation, *Surgical Infections*, Vol. 9, Number 1, 2008

6.  Iris A. Seitz, MD, David Tojo, MD, **Loren S. Schechter**, MD Anatomy of a Medication Error:  Inadvertent Intranasal Injection of Neosynephrine During Nasal Surgery – A Case Report and Review of The Literature Plast Reconstr Surg. 2010 Mar;125(3):113e-4e. doi: 10.1097/PRS.0b013e3181cb68f9

7.  Iris Seitz, MD Craig Williams, MD, Thomas Weidrich, MD, John Seiler, MD, Ginard Henry, MD, and **Loren S. Schechter, MD**:  Omental Free Tissue Transfer for Coverage of Complex Upper Extremity Defects:  The Forgotten Flap *(N Y). 2009 Dec;4(4):397-405. doi: 10.1007/s11552-009-9187-6. Epub 2009 Mar 25.*

8.   Michael Salvino and **Loren S. Schechter**:  Microvascular Reconstruction of Iatrogenic Femoral Artery Thrombus in an Infant:  A Case Report and Review of the Literature ePlasty Volume 9 ISSN:  19357-5719, E-location ID: e20

9.   Phillip C. Haeck, MD, Jennifer A. Swanson, BS, Med, Ronald E. Iverson, MD., **Loren S. Schechter, MD**, Robert Singer, MD, Bob Basu, MD, MPH, Lynn A. Damitz, MD, Scott Bradley Bradley Glasberg, MD, Lawrence S. Glasman, MD, Michael F. McGuire, MD, and the ASPS Patient Safety Committee:  Evidence-Based Patient Safety Advisory:  Patient Selection and Procedures in Ambulatory Surgery, Supplement to Plastic and Reconstructive Surgery, Volume 124, Number 4s, October Supplement 2009.

10.   Philip C. Haeck, MD, Jennifer A. Swanson, BS, Med, **Loren S. Schechter, MD**, Elizabeth J. Hall-Findlay, MD, Noel B. McDevitt, MD, Gary Smotrich, MD, Neal R. Reisman, MD, JD, Scot Bradley Glasberg, MD, and the ASPS Patient Safety Committee:  Evidence-Based Patient Safety Advisory:  Blood Dyscrasias, Patient Selection and Procedures in Ambulatory Surgery, Supplement to Plastic and Reconstructive Surgery, Volume 124, Number 4s, October Supplement 2009.

11.   **Loren S. Schechter, MD**, The Surgeon's Relationship with The Physician Prescribing Hormones and the Mental Health Professional:  Review for Version 7 of the World Professional Association of Transgender Health's Standards of Care *International Journal of Transgenderism* 11 (4), p.222-225 Oct-Dec 2009

12.   Iris A Seitz, MD, PhD, Craig Williams, MD, **Loren S. Schechter, MD**, Facilitating Harvest of the Serratus Fascial Flap With Ultrasonic Dissection, *Eplasty 2010  Feb 23;10:e18*

**JA815**

13.  Seitz, I, Friedewald SM, Rimler, J, **Schechter, LS**, Breast MRI helps define the blood supply to the nipple-areolar complex, Plastische Chirurgie, Supplement 1, 10. Jahrgang, September 2010, p. 75

14. Iris A. Seitz**,** Sally Friedwald, MD; Jonathon Rimler, **Loren S. Schechter**, Breast MRI to Define The Blood Supply to The Nipple-Areolar Complex. *Plast Recon Surg  Suppl 126 (26) p. 27 Oct 2010*

15. Kalliainen LK; ASPS Health Policy Committee Evidence-Based Clinical Practice Guidelines:  Reduction Mammaplasty, The American Society of Plastic Surgeons Plast Reconstr Surg. 2012 Oct;130(4):785-9 **Loren S. Schechter** (member and contributor, ASPS Health Policy Committee)

16.  Eli Coleman, Walter Bockting, Marsha Botzer, Peggy Cohen-Kettenis, Griet DeCuypere, Jamie Feldman, Lin Fraser, Jamison Green, Gail Knudson, Walter J. Meyer, Stan Monstrey, Richard K. Adler, George R. Brown, Aaron H. Devor, Randall Ehrbar, Randi Ettner, Evan Eyler, Rob Garofalo, Dan H. Karasic, Arlene Istar Lev, Gal Mayer, Heino Meyer-Bahlburg, Blaine Paxton Hall, Friedmann Pfäfflin, Katherine Rachlin, Bean Robinson, **Loren S. Schechter**, Vin Tangpricha, Mick van Trotsenburg, Anne Vitale, Sam Winter, Stephen Whittle, Kevan R. Wylie & Ken Zucker, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7, *International Journal of Transgenderism, 13 (4) p. 165-232, August 2012.*

17.  Jonathan Bank, M.D., Lucio A. Pavone, M.D., Iris A. Seitz, M.D., Ph.D., Michelle C. Roughton M.D., **Loren S. Schechter M.D.** Case Report and Review of the Literature - Deep Inferior Epigastric Perforator Flap for Breast Reconstruction after Abdominal Recontouring, eplasty Ref.: Ms. No. EPLASTY-D-12-00050R1

18.  Unusual Sequela from a Pencil Stab Wound Reveals a Retained Graphite Foreign Body, Seitz IA, Silva BA, **Schechter LS**, Pediatr Emerg Care 2014 Aug;30(8):568-70.PMID: 25098803 DOI: 10.1097/PEC.0000000000000192,

19. Seitz IA, Siwinski P, Rioux-Forker D, Pavone L, **Schechter LS** Upper and Lower Limb Salvage with Omental Free Flaps:  A Long-Term Functional Outcome Analysis, Plast Reconst Surg. 2014; 134 (4 Suppl 1): 140. Doi: 10.1097/01.prs.0000455514.83516.31. No abstract available.  PMID: 25254872 [PubMed - in process]

20.  Seitz IA, Friedewald S, **Schechter LS**, "NACsomes":  A Classification system of the blood sypply to the nipple areola complex (NAC) based on diagnostic breast MRI exams, accepted for publication, Plast Reconstr Aesthet Surg. 2015 Jun;68(6):792-9. doi: 10.1016/j.bjps.2015.02.027. Epub 2015 Feb 19.

21.  **Loren S. Schechter**, Gender Confirmation Surgery:  An Update for the Primary Care Provider, Transgender Health. Jan 2016, 1(1): 32-40.

22.  **Loren S. Schechter**, Mimis N. Cohn, Gender Confirmation Surgery:  A New Frontier in Plastic Surgery Education, Journal of Plastic and Reconstructive Surgery, October 2016, 138 (4):  784 e

23.  Berli JU, Knudson G, Fraser L, Tangpricha V, Ettner R, Ettner FM, Safer JD, Graham J, Monstrey S, **Schechter L**, Gender Confirmation Surgery: What Surgeons Need To Know When Providing Care For Transgender Individuals,JAMA Surg. 2017 Apr 1;152(4):394-400. doi: 10.1001/jamasurg.2016.5549

24.  Seitz, I.A., Lee, J.C., Sulo, S, Shah, V, Shah, M, Jimenez, M, **Schechter, L**, Common characteristics of functional and adverse outcomes in acute lower-extremity trauma reconstruction, The European Journal of Plastic Surgery, (2017) doi:10.1007/s00238-016-1268-5

25.  **Loren S. Schechter**, Salvatore D'Arpa, Mimis Cohen, Ervin Kocjancic, Karel Claes, Stan Monstrey, Gender Confirmation Surgery:  Guiding Principles J Sex Med. 2017 Jun;14(6):852-856. doi: 10.1016/j.jsxm.2017.04.001. Epub 2017 May 3

26.  Response to Letter to the Editor: "Gender Confirmation Surgery: Guiding Principles". **Schechter LS**. J Sex Med. 2017 Aug;14(8):1067. doi: 10.1016/j.jsxm.2017.06.002. PMID: 28760249

27.  Iris A. Seitz, **Loren S. Schechter**, "Successful Tongue Replantation Following Segmental Auto-Amputation Using Supermicrosurgical Technique," J Reconstr Microsurg Open 2017; 02(02): e132-e135 DOI: 10.1055/s-0037-1606584

28.  Berli JU, Knudson G, **Schechter L**. Gender Confirmation Surgery and Terminology in Transgender Health-Reply. JAMA Surg. 2017 Nov 1;152(11):1091. doi: 10.1001/jamasurg.2017.2347. PMID: 28724140

29.  Randi Ettner, Fred Ettner, Tanya Freise, **Loren Schechter**, Tonya White, "Tomboys Revisited: A retrospective comparison of childhood behavioral patterns in lesbian women and transmen"  Journal of Child and Adolescent Psychiatry ISSN: 2643-6655 Volume No: 1 Issue No: 1

30.  Editor:  **Loren S. Schechter**, Bauback Safa, Gender Confirmation Surgery, Clinics in Plastic Surgery, Vol. 45 (3), July 2018

31.  **Loren S. Schechter**, Bauback Safa, Preface:  Gender Surgery:  A Truly Multidisciplinary Field, Gender Confirmation Surgery, Clinics in Plastic Surgery, Vol. 45 (3), p. xiii July 2018 (editors Loren S. Schechter, Bauback Safa)

32.  Introduction to Phalloplasty. **Schechter LS**, Safa B.Clin Plast Surg. 2018 Jul;45(3):387-389. doi: 10.1016/j.cps.2018.03.014. Epub 2018 May 1. Review. PMID: 29908627

33  David Whitehead, **Loren S. Schechter**, Cheek Augmentation Techniques, Facial Plastic Surgery Clinics of North America 27 (2019) 199-206

34.  Mosser SW, **Schechter LS**, Facque AR, et. al, Nipple Areolar Complex Reconstruction in an Integral Part of Chest Reconstruction in the Treatment of Transgender and Gender Diverse People, The International Journal of Transgenderism, DOI: 10.11080/15532739.2019.1568343

35.  Kocjancic E, Jaunarena JH, **Schechter L**, Acar Ö. Inflatable penile prosthesis implantation after gender affirming phalloplasty with radial

**JA817**

forearm free flap. Int J Impot Res. 2020 Jan;32(1):99-106. doi: 10.1038/s41443-019-0153-8. Epub 2019 Jun 6.

36.  **Loren S. Schechter**, Mimis N. Cohen, "Gender Confirmation Surgery: Moving Forward," The Journal of Craniofacial Surgery, Vol. 30, No. 5, July 2019, P. 1364

37.  **Loren S. Schechter**, Rebecca Schechter, "Training Surgeons in Gender Confirmation Surgery," The Journal of Craniofacial Surgery, Vol 30, No 5, July 2019, p. 1380

38.  Facque AR, Atencio D, **Schechter LS**. Anatomical Basis and Surgical Techniques Employed in Facial Feminization and Masculinization. J Craniofac Surg. 2019 Jul;30(5):1406-1408. doi: 10.1097/SCS.0000000000005535.PMID: 31299732

39.  Walter Pierre Bouman MD PhD, Jon Arcelus MD PhD, Griet De Cuypere MD PhD, M. Paz Galupo PhD, Baudewijntje P.C. Kreukels PhD, Scott Leibowitz MD, Damien W. Riggs PhD, **Loren S. Schechter MD FACS**, Guy T'Sjoen MD PhD, Jaimie Veale PhD, Transgender and gender diverse people's involvement in transgender health research, International Journal of Transgenderism, vol. 19, no. 4, 357-358.

40.  Bustos SS, Kapoor T, **Schechter LS**, Ciudad P, Forte AJ, Del Corral G, Manrique OJ."Impact of Social Media Presence on Online Reviews Among Plastic Surgeons Who Perform Gender Affirming Surgeries" J Plast Reconstr Aesthet Surg. 2020 Apr;73(4):783-808. doi: 10.1016/j.bjps.2019.11.031. Epub 2019 Nov 28.

41.  Wiegmann AL, **Schechter LS**, Aesthetic Surgery Journal, Invited Commentary on: "Gender Surgery Beyond Chest and Genitals:  Current Insurance Landscape" *Aesthetic Surgery Journal*,sjz318,https://doi.org/10.1093/asj/sjz318 Published:28 December 2019

42.  Rayisa Hontacharuk, Brandon Alba, **Loren Schechter**, International Journal of Impotence Research, Invited Commentary on: "Suprapubic Pedicled Phalloplasty in Transgender Men: A Multi-Centric Retrospective Cohort Analysis" (accepted for publication, The International Journal of Impotence Research)

43.  "The Affordable Care Act and Its Impact on Plastic Surgery and Gender-Affirmation Surgery," The Journal of Plastic and Reconstructive Surgery, (accepted for publication)

44.  Ara A. Salibian, MD; **Loren S. Schechter, MD**, FACS; Wiliam M. Kuzon, MD; Mark-Bram Bouman, MD, PhD; Lee C. Zhao, MD; Rachel Bluebond-Langner, MD "Vaginal Canal Reconstruction in Penile Inversion Vaginoplasty with Flaps, Peritoneum or Skin Grafts: Where Is The Evidence," The Journal of Plastic and Reconstructive Surgery (submitted for publication)

45.  Devin Coon, MD MSE, Rachel Bluebond-Langner, MD, Pierre Brassard, MD, William Kuzon, MD, Stan Monstrey, MD, **Loren S. Schechter, MD**, "The State of the Art in Vaginoplasty:  A Comparison of Algorithms, Surgical Techniques

JA818

and Management Practices Across Six High-Volume Centers," The Journal of Plastic and Reconstructive Surgery (in preparation)

46.  Rayisa Hontscharuk, Brandon Alba, Devin Coon, Elyse Pine, Caterine Manno, Madeline Deutsch, **Loren Schechter**, Perioperative Transgender Hormone Management:  Avoiding VTE and other Complications, The Journal of Plastic and Reconstructive Surgery (accepted for publication, the Journal of Plastic and Reconstructive Surgery)

47.  **Loren S. Schechter** and Rayisa Hontscharuk, Invited Commentary, Phantom Penis:  Extrapolating Neuroscience and Employing Imagination for Trans Male Embodiment, Studies in Gender and Sexuality (accepted for publication)

48.  Omer Acar, Ervin Kocjancic, Susan Talamini, and **Loren Schechter**' Masculinizing Genital Gender Affirming Surgery:  Metoidioplasty and Urethral Lengthening, Int J Impot Res. 2020 Mar 19. doi: 10.1038/s41443-020-0259-z. [Epub ahead of print] Review.PMID: 32203431

49.  Norah Oles, BS; Halley Darrach, BS; Wilmina Landford, MD; Matthew Garza; Claire Twose, MLIS; Phuong Tran, MS; Brandyn Lau, MPH; **Loren Schechter**, Devin Coon, MD, MSE Gender Affirming Surgery: A Comprehensive, Systematic Review of All Peer-Reviewed Literature and Methods of Assessing Patient-Centered OutcomesPart 1: Breast/Chest, Face, and Voice (Accepted for publication, Annals of Surgery)

50.  Siotos, Cheah, Damoulakis, Kelly, Siotou, **Schechter**, Shenaq, Derman and Dorafshar**,** Trends of Medicare Reimbursement Rates for Common Plastic Surgery Procedures (accepted for publication, Journal of Plastic and Reconstructive Surgery)

51.  **Loren S. Schechter**, Discussion: Quantifying the psychosocial benefits of masculinizing mastectomy in trans-male patients with patient reported outcomes:  The UCSF Gender Quality of Life (QoL) survey, The Journal of Plastic and Reconstructive Surgery Plastic and Reconstructive Surgery May 2021; 147(5)

52.  Alireza Hamidian Jahromi, **Loren Schechter,** Commentary on: Telemedicine in Transgender Care: A Twenty First-Century Beckoning, Plastic and Reconstructive Surgery, May 1; 147 (5):  898e-899e.

53.  Jazayeri HE, Lopez J, Sluiter EC, O'Brien-Coon D, Bluebond-Langner R, Kuzon WM Jr, Berli JU, Monstrey SJ, Deschamps-Braly JC, Dorafshar AH, **Schechter LS,**Discussion:  Promoting Centers for Transgender Care, Journal of Oral and Maxillofacial Surgery. 2021 Jan;79(1):3-4.  Doi: 10.1016/j.joms.2020.09.027.  Epub 2020 Oct 19. PMID:  33091402

54.  Letter to the editor, Body mass index requirements for gender-affirming surgeries are not empirically based. *Transgender Health.*(submitted for publication)

55.  Strategies for innervation of the neophallus, Rayisa Hontscharuk, Charalampso Siotos, **Loren S. Schechter**, https://doi.org/10.20517/2347-9264.2020.124  The Journal of Plastic and Aesthetic Research

56.  Sasha Karan Narayan1, Rayisa Hontscharuk, Sara Danker, Jess Guerriero, Angela Carter, Gaines Blasdel, Rachel Bluebond-Langner, Randi Ettner, Asa Radix, Loren Schechter, Jens Urs Berli, Guiding the Conversation-Types of Regret after Gender-Affirming Surgery and Their Associated Etiologies, Annals of Translational Medicine, https://atm.amegroups.com/issue/view/1060

57  Alireza Hamidian, Louisa Boyd, Loren Schechter, An Updated Overview of Gender Dysphoria and Gender Affirmation Surgery: What Every Plastic Surgeon Should Know World J Surg 2021 Apr 1. doi: 10.1007/s00268-021-06084-6.

58.  Alireza Hamidian, Sydney Horen, Amir Dorafshar, Michelle Seu, Asa Radix, Erica Anderson, Jamison Green, Lin Fraser, Liza Johannesson, Giuliano Testa, and Loren S. Schechter, Uterine Transplant and Donation in Transgender Individuals:  Proof  of  Concept https://doi.org/10.1080/26895269.2021.1915635

59.  Rayisa Hontscharuk, Brandon Alba, Alireza Hamidian, Loren S. Schechter, Penile Inversion Vaginoplasty Outcomes:  Complications and Satisfaction, (accepted for publication, Andrology)

60.  "Plastic Surgeon Financial Compensation - Incentivization Models in Surgical Care Delivery: The Past, Present & Future" (accepted for publication, Journal of Plastic and Reconstructive Surgery)

61. Alireza Hamidian, Jenna Stoehr, Loren S. Schechter, "Telemedicine for Gender-Affirming Medical and Surgical Care: A Systematic Review and Call-to-Action" Transgender Health https://doi.org/10.1089/trgh.2020.0136

62. Alireza Hamidian, Sydney Horen, Loren Schechter, Amir Dorafshar, Laryngochondroplasty: A Systematic Review of Safety, Satisfaction, and Surgical Techniques (accepted for publication, The Journal of Plastic and Reconstructive Surgery)

63. Ann Brown, Ana P Lourenco, Bethany L Niell, Beth Cronin, Elizabeth H Dibble, Maggie L DiNome, Mita Sanghavi Goel, Juliana Hansen, Samantha L Heller, Maxine S Jochelson, Baer Karrington, Katherine A Klein, Tejas S Mehta, Mary S Newell, Loren Schechter, Ashley R Stuckey, Mary E Swain, Jennifer Tseng, Daymen S Tuscano, Linda Moy, ACR Appropriateness Criteria® Transgender Breast Cancer Screening, Journal of The American College of Radiology, 2021; 18:  S502-S518 https://doi.org/10.1016/j.jacr.2021.09.005

64. Amir Dorafhsar, Alireza Hamidian, Sydney Horen, Loren Schecter, Liza Johannesson, Giuliano Testa, Martin Hertl, Summer Dewdney, Jeannie Aschkensasy, Mary Wood-Molo, Cynthia Brincat, Edward Cherullo, Jay M Behel, Charles Hebert, Robert Shulman, Shruti Bashi, Anna Alecci, and Badrinth Kontrey, Strategic Planning and Essential Steps for Establishing a Uterine Transplant and Rehabilitation Program: From Idea to Reality (Accepted for publication, Annals of Surgery)

**JA820**

65. Jazayeri, Hossein; Lopez, Joseph; Goldman, Edward; Shenaq, Deana; Schechter, Loren; Dorafshar, Amir; vercler, Christian, What is the Surgeon's Duty to Disclose COVID-19 Diagnosis? (Accepted for publication to FACE: Journal of the American Society of Maxillofacial Surgeon)

**NON-PEER REVIEWED ARTICLES:**

1. Printen KJ, Schechter HO, Veldenz HE, **Schechter LS,** Otto S, Jaley A, Otto W: Undetected Transport Hypoxia in Major Surgical Procedures. *The Quarterly Bulletin of St. Francis Hospital*, Spring, 1989

2. **Schechter LS**, Memmel H, Layke J: Breast Reconstruction: The Plastic Surgeon as a Member of the Multi-Disciplinary Team. *Chicago Medicine*, 106(15): 34-38, 2003

3. **Schechter LS**: Mission Accomplished: Achieving a Successful Microsurgical Reconstruction of the Head and Neck. *Plastic Surgery Products,* March 2004

4. **Loren S. Schechter, MD**: A Helping Hand. *Plastic Surgery Products*, November 2005.

5. **Loren S. Schechter, MD**: On Guard for DVT. *Plastic Surgery Products*, June 2007.

6. **Loren S. Schechter, MD** and Iris Seitz, MD, PhD: Mission: Possible Achieving a Successful Microsurgical Reconstruction of the Head and Neck, *Plastic Surgery Practice,* May 2009.

7. **Loren S. Schechter, MD** and Iris A. Seitz, MD, PhD: Soft-tissue Reconstruction of Arms and Hands, *Plastic Surgery Practice*, February, 2010.

8. Lucio A. Pavone, MD, Iris A. Seitz, MD, PhD, **Loren S. Schechter**, **MD**: Current Options in Autologous Breast Reconstruction, *Plastic Surgery Practice*, November, 2010.

9. Lucio A. Pavone, MD, Iris A. Seitz, MD, Michelle C. Roughton, MD, Daniel Z. Liu, **Loren S. Schechter, MD**: Options in Breast Reconstruction, *Chicago Medicine*, June 2013.

**Textbooks and Book Chapters:**

1. **Loren S. Schechter,** Surgery for Gender Identity Disorder, *Plastic Surgery*, Third Edition, ed. Neligan, 2013, Elsevier, Vol. Four, Volume Editor: David H. Song.

2. **Loren S. Schechter,** Surgery for Gender Identity Disorder, *Plastic Surgery*, Fourth Edition, ed. Neligan, 2013, Elsevier, Vol. Four, Volume Editor (Submitted for publication): David H. Song

3. Nicholas Kim and **Loren S. Schechter**, Plastic Surgery Board Review: Pearls of Wisdom, 3rd Edition, Gender Confirmation Surgery McGraw Hill, 2016

4. **Loren S. Schechter**, Surgical Management of the Transgender Patient (Elsevier, 2016)

**JA821**

5.  **Loren S. Schechter** and Rebecca B. Schechter, Pursuing Gender Transition Surgeries, *Adult Transgender Care  An Interdisciplinary Approach for Training Medical Health Professionals*, First Edition, published 2018, Taylor and Francis, edited by Michael Kauth and Jillian Shipherd

6.  **Loren S. Schechter**, Breast and Chest Surgery in Transgender Patients, Comprehensive Care of the Transgender Patient first edition, Elsevier, 2020

7.  **Loren S. Schechter** (editor), Gender Confirmation Surgery-Principles and Techniques for an Emerging Field, Springer-Verlag, 2020

8.  **Loren S. Schechter**, Bauback Safa, (editors), Gender Confirmation Surgery, Clinics in Plastic Surgery 45:3, Elsevier, July 2018

9.  **Loren S. Schechter** and Paul Weiss, Transgender Breast Surgery, Cosmetic Breast Surgery, edited by Sameer A. Patel and C.Bob Basu, Thieme, 2020

10. **Loren S. Schechter**, Rebecca B. Schechteer, Surgical Effects of GnRHa Treatment, Pubertal Suppression in Transgender Youth, Elsevier, 2019

11.  **Loren S. Schechter**, Surgical Anatomy:  Phalloplasty, in Urological Care for the Transgender Patient:  A Comprehensive guide (in preparation, Springer Nature)

12.  **Loren S. Schechter** and Alexander Facque, Transgender Surgery-Feminization and Masculinization, Tips and Tricks in Plastic Surgery, edited by Seth R. Thaller and Zubin Panthaki,(Springer Nature, Editors Seth R.Thaller and Zubin J. Panthaki https://doi.org/10.1007/978-3-030-78028-9

13.  **Loren S. Schechter** and Alexander Facque, Aesthetic Breast Surgery in Transgender Patients:  Male to Female, Spear's Surgery of the Breast: Principles and Art, 4e by Allen Gabriel, Wolters Kluwer (in publication)

14.  **Loren S. Schechter** and Alexander Facque, Navigating Problems with Transgender Top Surgery, Managing Common and Uncommon Complication of Aesthetic Breast Surgery, edited by Dr. John Y.S. Kim, Springer Nature

15.  **Loren S. Schechter**, Gender Affirming Surgery:  Bottom Surgery, The Art of Aesthetic Surgery:  Principles and Techniques, edited by Drs. Foad Nahai, Jeffrey Kenkel, Grant Stevens, Farzad Nahai, John Hunter, and William P. Adams,(Thieme, In Publication)

16. **Loren S. Schechter**, Rayisa Hontscharuk, and Amir Dorafshar, ALT Free Flap with Its Sensory Nerve:  Versatility in its Utilization, Reconstructive Principles and Strategies with Neurotization:  Current and Future Developments in Nerve Repair, Reconstruction, and Flaps, edited by Risal Djohan, MD (Springer Nature, in preparation)

17.  **Loren S. Schechter**, Recipient Vessels in Reconstructive Microsurgery,

**JA822**

**ABSTRACTS:**

1. **L.S. Schechter**, J.G. Lease, L.J. Gottlieb:  Routine HIV Testing in a Burn Center:  A Five Year Experience.  AAST 52nd Annual Meeting Program Manual, P. 122, 1992

2. E. Wall, **L. Schechter**, L.J. Gottlieb, D. Schoeller:  Calculated Versus Measured Energy Requirements in Adult Burn Patients.  Proceedings of the ABA 26th Annual Meeting, p. 239, 1994

3. **L. Schechter**, Robert Walton:  Plication of the Orbital Septum in Lower Eyelid Blepharoplasty.  New Frontiers in Aesthetic Surgery Annual Meeting Program Manual, p.90-91, 1999

4. **Loren Schechter, M.D.**, K. Alizadeh, M.D., M. McKinnon, M.D., Craniofacial Osseo-Distraction:  A Bridge to Eucephaly, Abstracts of the 12th Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, p. 63, 1999

5. McKay McKinnon, M.D., K. Alizadeh, M.D., **L. Schechter**, M.D., Ethnic Aesthetic Analysis and Surgery, Abstracts of the 12th Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, p. 89, 1999

6. Mark A. Grevious, **Loren S. Schechter**, David H. Song, and Robert Lohman: Sural Neurocutaneous Flaps for Reconstruction of Leg Wounds The American Society of Plastic Surgery Senior Residents' Conference 2001

7. **Loren S. Schechter**, Mark A. Grevious, David H. Song, Risal Djohan, and Robert F. Lohman:  Comparing Sural Neurocutaneous and Free Flaps for Reconstruction of Leg Wounds:  Indications and Outcomes, The World Society for Reconstructive Microsurgery p.29, 2001

8. LC Wu, **LS Schechter**, and RF Lohman:  Negative Pressure Wound Therapy as a Bridge Between Debridement and Free Flap Reconstruction of Extremity Wounds, The World Society for Reconstructive Microsurgery p. 31, 2001

9. Mark A. Grevious, **Loren S. Schechter**, Risal Djohan, David H. Song, and Robert Lohman:  Role of Free-Tissue Transfer and Sural Neurocutaneous Flaps for Reconstruction of Leg Wounds, The Journal of Reconstructive Microsurgery, 18(6):533, 2002.

10. Lawrence J. Gottlieb, Alex Kaplan, Kirstin Stenson, **Loren Schechter**: The Thoracoacromial Trunk as a Recipient Vessels:  A Lifeboat in Head and Neck Reconstruction, The Journal of Reconstructive Microsurgery, 18(6):563, 2002.

11. Liza C. Wu M.D., **Loren S. Schechter, M.D.**,Robert F.Lohman M.D., Robin Wall, P.A., Mieczyslawa Franczyk, P.T., Ph.D.: Defining the Role for Negative Pressure Therapy in the Treatment Algorithm of Extremity Wounds, Plastic Surgical Forum, Vol. XXV, p.245 2002.

12. Liza C. Wu, **Loren S. Schechter**, Robert F. Lohman, Somchai Limsrichamren, Charles G. Winans, J. Michael Millis, and David C. Cronin: Implantable Doppler Probe for Continuous Monitoring of Hepatic Artery and

JA823

Portal Vein Blood Flow in Pediatric Liver Transplantation, The Journal of Reconstructive Microsurgery, 19(7):  517, 2003.

13.  **Loren S. Schechter, MD,** John C. Layke, MD, Wayne M. Goldstein, MD, Lawrence J. Gottlieb, MD:  The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee:  An 18 Year Experience, Plastic Surgery Forum, Vol. XXVII, P. 133.

14.  Joseph Talarico, MD, Wayne Lee, MD, **Loren Schechter, MD**:  When Component Separation Isn't Enough, American Hernia Society, Inc, Hernia Repair 2005, P. 194

15.  **Loren S. Schechter, MD, FACS**, James Boffa, MD, Randi Ettner, Ph.D., and Frederic Ettner, MD: Revision Vaginoplasty With Sigmoid Interposition: A Reliable Solution for a Difficult Problem, The World Professional Association for Transgender Health (WPATH) 2007 XX Biennial Symposium P. 31-32

16.  Jacob M.P. Bloom, MS, Alvin B. Cohn, MD, Benjamin Schlechter, MD, Nancy Davis, MA, **Loren S. Schechter, MD**, Abdominoplasty and Intra-Abdominal Surgery:  Safety First, Plastic Surgery Abstract Supplement vol. 120, no 4, p. 99

17.  I.A. Seitz, C.S. Williams, T.A. Wiedrich, **L.S. Schechter**, Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap, Plastic Surgery At The Red Sea International Symposium Book Of Abstracts, March 24-28, 2009, p. 25

18.  Michael Salvino, MD and **Loren S. Schechter, MD**, Microvascular Reconstruction of Iatrogenic Femoral Artery Injury in a Neonate, The Midwestern Association of Plastic Surgeons Book of Abstracts, April 18-19, 2009, p.65

19.  Michelle Roughton, MD and **Loren Schechter, MD**, Two Birds, One Stone: Combining Abdominoplasty with Intra-Abdominal Procedures, The Midwestern Association of Plastic Surgeons Book of Abstracts, April 18-19, 2009, p.65

20.  Iris A. Seitz, MD, Phd, Sarah Friedewald, MD, Jonathon Rimler, BS, **Loren Schechter, MD, FACS**, Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,p.26

21.  Iris A. Seitz, MD, Phd, Craig Williams, MD, Daniel Resnick, MD, Manoj Shah, MD, **Loren Schechter, MD, FACS**, Achieving Soft Tissue Coverage of Complex Upper and Lower Extremity Defects with Omental Free Tissue Transfer, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, p. 28

22.  Iris A. Seitz, MD, Phd, Craig Williams, MD, **Loren Schechter, MD, FACS**, Facilitating Harvest of the Serratus Fascial Flap with Ultrasonic Dissection, Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, p. 29

23.   Michelle Roughton, MD, **Loren Schechter, MD, FACS,** Patient Safety:
Abdominoplasty and Intra-Abdominal Procedures,
Advocate Research Forum, Research and Case Report Presentation Abstracts,
Advocate Lutheran General Hospital, May 5, 2010, p. 20

24.   Iris A. Seitz, MD, PhD., Sarah M. Friedewald, MD, Jonathon Rimler, BS,
**Loren S. Schechter, MD, FACS** Breast MRI Helps Define the Blood Supply to
the Nipple-Areolar Complex, Abstract, P. 44.

25.   Loren S. Schechter, MD, FACS, Gender Confirmation Surgery in the Male-
to-Female Individual:  A Single Surgeon's Fourteen Year Experience, Annals
of Plastic Surgery, Vol. 74, Suppl. 3, June 2015, p. s187.

26.   25th WPATH Symposium, Surgeons Only, November 1, 2018, Buenos Aires,
Argentina, A Novel Approach for Neovagina Configuration During Vaginoplasty
for Gender Confirmation Surgery

27.   25th WPATH Symposium, Surgeons Only, November 1, 2018, Buenos Aires,
Argentina, IPP Implantation Post-Phalloplasty:  The Chicago Experience

28.   25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, The
Role of Pelvic Floor Physical Terhapy in Patients Undergoing Gender
Confirming Vaginoplasty Procedures

29.   25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina,
Establishing Guidelines for VTE Prophylaxis in Gender Confirmation Surgery

30.   25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina,
Gender Surgeons Experience with Detransition and Regret

**PRESENTATIONS:**
1.   Student Summer Research Poster Forum-The University of Chicago, Jan. 21,
1992:  "A Comparison of Dynamic Energy Expenditure Versus Resting Energy
Expenditure in Burn Patients Using The Doubly Labeled Water Method"

2.   American Association for the Surgery of Trauma, Sept. 17-19, 1992,
Louisville, KY:  "Routine HIV Testing in A Burn Center:  A Five Year
Experience"

3.   American Burn Association Poster Session, April 20-23, 1994, Orlando,
Fl:  "Calculated Versus Measured Energy Requirements in Adult Burn Patients"

4.   48th Annual Senior Scientific Session:  The University of Chicago, May
19, 1994:  "Calculated Versus Measured Energy Requirements in Adult Burn
Patients"

5.   Plastic Surgery Senior Residents Conference, April 20-25, 1999,
Galveston, TX:  "Plication of the Orbital Septum in Lower Eyelid
Blepharoplasty"

6.   The Chicago Society of Plastic Surgery, May 6, 1999, "Plication of the
Orbital Septum in Lower Eyelid Blepharoplasty"

7. The American Society for Aesthetic Plastic Surgery, May 14-19, 1999, Dallas, TX: "Plication of the Orbital Septum in Lower Eyelid Blepharoplasty"

8. XIII Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, June 27-July 2, 1999, San Francisco, CA: "Craniofacial Osseo-Distraction: A Bridge to Eucephaly"

9. XIII Congress of the International Confederation for Plastic, Reconstructive, and Aesthetic Surgery, June 27-July 2, 1999 San Francisco, CA: "Ethnic Aesthetic Analysis and Surgery"

10. Inaugural Congress of the World Society for Reconstructive Microsurgery, October 31-November 3, 2001, Taipei, Taiwan: "Comparing Sural Neurocutaneous and Free Flaps for Reconstruction of Leg Wounds: Indications and Outcomes"

11. American Society for Reconstructive Microsurgery, January 12-15, 2002, Cancun, Mexico: "The Role to Free Tissue Transfer and Sural Neurocutaneous flaps for Reconstruction of Leg Wounds"

12. American Society of Plastic Surgery, 71st Annual Scientific Meeting, November 2-6, 2002, San Antonio, Texas: "Defining the Role for Negative Pressure Therapy in the Treatment Algorithm of Extremity Wounds"

13. American Society of Reconstructive Microsurgery, Annual Scientific Meeting, January 11-15, 2003, Kauai, Hawaii: "Advances in Pediatric Liver Transplantation: Continuous Monitoring of Portal Venous and Hepatic Artery Flow With an Implantable Doppler Probe"

14. The 5th Annual Chicago Trauma Symposium, August 8-10, 2003, Chicago, Illinois: "Soft Tissue Salvage: Where Are We in 2003?"

15. The Midwestern Association of Plastic Surgeons, 42nd Annual Meeting, Chicago, Il May 1-2, 2004: "The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee: An Eighteen Year Experience"

16. The 6th Annual Chicago Trauma Sympsoium, August 12-15, 2004, Chicago, Il "Complex Wound Management"

17. The American Society of Plastic Surgery, October 9-13, 2004, Philadelphia, Pennsylvania: "The Gastrocnemius-Achilles Tendon Myocutaneous Flap (GAT Flap) for Single Stage Reconstruction of Combined Soft Tissue and Extensor Mechanism Defects of the Knee: An Eighteen Year Experience"

18. The American Society for Reconstructive Microsurgery, January 15-18, 2005, Fajardo, Puerto Rico: "Surviving as a Plastic Surgeon"

19. American Hernia Society, Poster Presentation, February 9-12, 2005, San Diego, California: "When Component Separation Isn't Enough"

20.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il: "Hereditary Gingival Fibromatosis in Monozygotic Twins:  First Reported Case"

21.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il:  "Modified Components Separation Technique for Two Massive Ventral Hernias"

22.  The Midwestern Association of Plastic Surgeons, April 23-24, Chicago, Il:  "Mucormycosis of the Head and Neck:  A Fatal Disease?"

23.  The 7th Annual Chicago Trauma Symposium, August 11-14, 2005, Chicago, Il "Management of Complex Injuries"

24.  Current Concepts in Advanced Wound Healing:  *A Practical Overview*, Rush North Shore Medical Center, Skokie, Il September 18, 2005 "From Flaps to Grafts"

25.  Taizoon Baxamusa, M and Loren S.Schechter, MD, Abdominoplasty:  Use in Reconstruction of the Mangled Upper Extremity, The American Association For Hand Surgery Annual Scientific Meeting, January 11-14, 2006, Tucson, Arizona.

26.  The American Academy of Orthopedic Surgeons 2006 Annual Meeting, March 22-26, 2006, Chicago, Il "Methods of Patella-Femoral and Extensor Mechanism Reconstruction for Fracture and Disruption After Total Knee Arthroplasty"

27.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Elective Abdominal Plastic Surgery Procedures Combined with Concomitant Intra-abdominal Operations:  A Single Surgeon's Four Year Experience"

28.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Hereditary Gingival Fibromatosis: Aggressive Two-Stage Surgical Resection Versus Traditional Therapy"

29.  Midwestern Association of Plastic Surgeons 44th Annual Meeting, April 29-30, 2006, Oak Brook, Illinois "Abdominoplasty Graft & VAC Therapy:  Two Useful Adjuncts in Full-Thickness Grafting of the Mangled Upper Extremity"

30.  The American Association of Plastic Surgeons 85th Annual Meeting, May 6-9, 2006 Hilton Head, South Carolina "Excision of Giant Neurofibromas"

31.  The 8th Annual Chicago Trauma Symposium, July 27-30, 2006, Chicago, Il "Management of Complex Injuries"

32.  The American Society of Plastic Surgeons Annual Meeting, October 6-12, 2006, San Francisco, California "Excision of Giant Neurofibromas"

33.  The American College of Surgeons Poster Presentation, October, 2006, Chicago, Il "Abdominoplasty:  Use in Reconstruction of the Mangled Upper Extremity"

34. American Medical Association-RFS 3rd Annual Poster Symposium, November 10, Las Vegas, NV, 2006 "Abdominal Wall Reconstruction With Alloderm"

35. Advocate Injury Institute: "Trauma 2006: The Spectrum of Care), November 30-December 2, 2006, Lisle, Il, "Pit Bull Mauling: A Case Study"

36. The 9th Annual Chicago Trauma Symposium, August 10-12, 2007, Chicago, Il "Management of Complex Injuries"

37. The World Professional Association for Transgender Health (WPATH) 2007 XX Biennial Symposium, September 5-8. 2007, Chicago, Il Revision Vaginoplasty With Sigmoid Interposition: "A Reliable Solution for a Difficult Problem"

38. Metropolitan Chicago Chapter of the American College of Surgeons, 2008 Annual Meeting, March 15, 2008 "ER Call: Who's Job is it Anyway"

39. The 10th Annual Chicago Trauma Symposium, August 7-10, 2008, Chicago, Il "Management of Complex Injuries"

40. 23nd Annual Clinical Symposium on Advances in Skin & Wound Care: The Conference for Prevention and Healing October 26-30, 2008, Las Vegas, Nevada,poster presentation "Use of Dual Therapies Consisting of Negative Pressure Wound Therapy (NPWT) and Small Intestine Mucosa (SIS) on a Complex Degloving Injury With an Expose Achilles Tendon: A Case Report."

41. The American Society of Plastic Surgeons Annual Meeting, October 31-November 3, 2008, Chicago, Il "Panel: Fresh Faces, Real Cases"

42. The American Association for Hand Surgery Annual Meeting, January 7-13, 2009, Maui, Hawaii, poster session: "Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap."

43. Plastic Surgery At The Red Sea Symposium, March 24-28, 2009 Eilat, Israel, "Omental Free Tissue Transfer for Coverage of Complex Upper Extremity and Hand Defects-The Forgotten Flap."

44. ASPS/IQUAM Transatlantic Innovations Meeting, April 4-7, 2009 Miason de la Chimie, Paris, France, "Advertising in Plastic Surgery?"

45. ASPS/IQUAM Transatlantic Innovations Meeting, April 4-7, 2009 Miason de la Chimie, Paris, France, "Cost-Effectiveness of Physician Extenders in Plastic Surgery"

46. Midwestern Association of Plastic Surgeons, 47th Annual Meeting, April 18-19, 2009, Chicago, Il, "Microvascular Reconstruction of Iatrogenic Femoral Artery Injury in a Neonate"

47. Midwestern Association of Plastic Surgeons, 47th Annual Meeting, April 18-19, 2009, Chicago, Il,"Two Birds, One Stone: Combining Abdominoplasty with Intra-Abdominal Procedures"

48. The 11th Annual Chicago Trauma Symposium, August 1, 2009, Chicago, Il "Management of Complex Injuries"

JA828

49.  Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Omental Free Tissue Transfer for Coverage of Complex Extremity Defects:  The Forgotten Flap."

50.  Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Challenging Cases."

51.  American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, "President's Panel:  The Future of the Solo Practice-Can We, Should We Survive?"

52. The 12th Annual Chicago Trauma Symposium, August 5-8, 2010, Chicago, Il "Management of Complex Injuries"

53.  Breast MRI to Define The Blood Supply to the Nipple-Areolar Complex. German Society of Plastic, Reconstructive and Aesthetic Surgery (DGPRAEC), Dresden, Germany, September 2010

54.  Roundtable Discussion:  Electronic Health Records-Implications for Plastic Surgeons, The American Society of Plastic Surgeons Annual Meeting, October 3, 2010, Toronto, CA

55.  Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, The American Society of Plastic Surgeons Annual Meeting, October 3, 2010, Toronto, CA.

56.  ASPS/ASPSN Joint Patient Safety Panel:  Patient Selection and Managing Patient Expectations, The American Society of Plastic Surgeons Annual Meeting, October 4, 2010, Toronto, CA

57.  Lunch and Learn:   Prevention of VTE in Plastic Surgery Patients, The American Society of Plastic Surgeons Annual Meeting, October 5, 2010, Toronto, CA

58.  Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, 16th Congress of The International Confederation for Plastic Reconstructive and Aesthetic Surgery, May 22-27, 2011, Vancouver, Canada

59.  Breast MRI Helps Define the Blood Supply to the Nipple-Areolar Complex, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

60.  Applications of the Omentum for Limb Salvage:  The Largest Reported Series, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

61.  Successful Tongue Replantation Following Auto-Amputation Using Supermicrosurgical Technique, Poster Session, The 6th Congress of The World Society for Reconstructive Microsurgery, WSRM 2011, 29 June-2 July, 2011, Helsinki, Finland

62.  The 13th Annual Chicago Trauma Symposium, August 25-28, 2011, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

63.  WPATH:  Pre-conference Symposium, September 24, 2011, Atlanta, GA "Surgical Options and Decision-Making"

64.  American Society of Plastic Surgeons Annual Meeting, September 27, 2011, Denver, CO Closing Session Lunch and Learn:  Pathways to Prevention-Avoiding Adverse Events, Part I:  Patient Selection and Preventing Adverse Events in the Ambulatory Surgical Setting

65.  American Society of Plastic Surgeons Annual Meeting, September 27, 2011, Denver, CO Closing Session Lunch and Learn:  Pathways to Prevention-Avoiding Adverse Events, Part III:  Preventing VTE

66.  XXIV Congresso Nazionale della Societa Italiana di Microchirugia congiunto con la American Society for Reconstructive Microsurgery, October 20-22, 2011, Palermo, Sicily: 3 Step Approach to Lower Extremity Trauma

67.  XXIV Congresso Nazionale della Societa Italiana Microchirugia congiunto con la American Society for Reconstructive Microsurgery, October 20-22, 2011, Palermo, Sicily:  Applications of the Omentum for Limb Salvage:  The Largest Reported Series

68.  American Society for Reconstructive Microsurgery, Poster Presentation, January 14-17, 2012, Las Vegas, NV: Neonatal Limb Salvage:  When Conservative Management is Surgical Intervention

69.  The 14th Annual Chicago Trauma Symposium, August 2-5, 2012, Chicago, Il "Soft Tissue Defects-Getting Coverage"

70.  The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30, 2012, New Orleans, LA "Reimbursement in Breast Reconstruction"

71.  The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30, 2012, New Orleans, LA "Thriving in a New Economic Reality:  Business Relationships and Integration in the Marketplace"

72.  The 15th Annual Chicago Trauma Symposium, August 2-5, 2013, Chicago, Il "Soft Tissue Defects-Getting Coverage"

73. 2014 WPATH Symposium, Tansgender Health from Global Perspectives, February 14-18, 2014, "Short Scar Chest Surgery."

74.  2014 WPATH Symposium, Transgender Health from Global Perspectives, February 14-18, 2014, "Intestinal Vaginoplasty with Right and Left Colon."

75.  24th Annual Southern Comfort Conference, September 3-7, 2014, Atlanta, Georgia, "Gender Confirmation Surgery:  State of the Art."

76.  The 15th Annual Chicago Trauma Symposium, September 4-7, 2014, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

77.  The Midwest Association of Plastic Surgeons, May 30, 2015, Chicago, Il "Gender Confirmation Surgery:  A Single-Surgeon's Experience"

78. The Midwest Association of Plastic Surgeons, May 30, 2015, Chicago, Il, Moderator, Gender Reassignment.

79. the American Society of Plastic Surgeons 2015 Professional Liability Insurance and Patient Safety Committee Meeting, July 17, 2015, "Gender Confirmation Surgery."

80.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA.  From Fee-for-Service to Bundled Payments

81.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Moderator, Transgender Surgery

82.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Efficient Use of Physician Assistants in Plastic Surgery.

83.  The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA. Patient Safety:  Prevention of VTE

84.  The World Professional Association for Transgender Health, Objective Quality Parameters for Gender Confirmation Surgery, June 18-22, 2016, Amsterdam, Netherlands

85.  The World Professional Association for Transgender Health, Resident Education Curriculum for Gender Confirmation Surgery, June 18-22, 2016, Amsterdam, Netherlands

86.  The World Professional Association for Transgender Health, Urologic Management of a Reconstructed Urethra(Poster session #195), June 18-22, 2016, Amsterdam, Netherlands

87.  The World Professional Association for Transgender Health, Construction of a neovagina for male-to-female gender reassignment surgery using a modified intestinal vaginoplasty technique, poster session (Poster session #198), June 18-22, 2016, Amsterdam, Netherlands

88.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Genital Aesthetics:  What are we trying to achieve?, Washington, DC June 23-25, 2016

89.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Female to Male Gender Reassignment, Washington, DC June 23-25, 2016

90.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, The journal of retractions, what I no longer do, Washington, DC June 23-25, 2016

91.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, The three minute drill, tips and tricks, Washington, DC June 23-25, 2016

92.  Aesthetica Super Symposium, The American Society of Plastic Surgeons, Moderator, Mini master class:  Male genital plastic surgery, Washington, DC June 23-25, 2016

93.  The 16th Annual Chicago Trauma Symposium, August 18-21, 2016, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

94.  USPATH Poster Session, Feb 2-5, 2017, Los Angeles, CA, Partial Flap Failure Five Weeks Following Radial Forearm Phalloplasty:  Case Report and Review of the Literature

95.  USPATH Poster Session, Feb 2-5, 2017, Los Angeles, CA, Urethroplasty for Stricture after Phalloplasty in Transmen Surgery for Urethral Stricture Disease after Radial Forearm Flap Phalloplasty-Management Options in Gender Confirmation Surgery

96.  USPATH, Feb 2-5, 2017, Los Angeles, CA,  Patient Evaluation and Chest Surgery in Transmen: A Pre-operative Classification

97.  USPATH, Feb 2-5, 2017, Los Angeles, CA Single Stage Urethral Reconstruction in Flap Phalloplasty: Modification of Technique for Construction of Proximal Urethra

98.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Use of Bilayer Wound Matrix on Forearm Donor Site Following Phalloplasty

99.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Vaginoplasty: Surgical Techniques

100.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Positioning of a Penile Prosthesis with an Acellular Dermal Matrix Wrap following Radial Forearm Phalloplasty

101.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Principles for a Gender Surgery Program

102.  USPATH, Feb 2-5, 2017, Los Angeles, CA, Construction of a Neovagina Using a Modified Intestinal Vaginoplasty Technique

103. The 18th Annual Chicago Orthopedic Symposium, July 6-9, 2017, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

104.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Moderator:  Genital Surgery Trends for Women

105.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Adding Transgender Surgery to Your Practice, Moderator and Speaker

106.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, Transbottom Surgery

107. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 A Novel Approach to IPP Implantation Post Phalloplasty:  The Chicago Experience

108. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018, A Novel Approach for Neovagina Configuration During Vaginoplasty for Gender Confirmation Surgery

109. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018 Developlment of a Pelvic Floor Physical Therapy Protocol for Patients Undergoing Vaginoplasty for Gender Confirmation

110. 14th Congress of The European Federation of Societies for Microsurgery, Belgrade, May 5-8, 2018  Establishing Guidelines for Gender Confirmation Surgery:  The Perioperative Risk of Asymptomatic Deep Venous Thrombosis for Vaginoplasty

111. The 19th Annual Chicago Trauma Symposium, August 16-19, 2018, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

112. Midwest LGBTQ Health Symposium, September 14-15, 2018, Chicago, Il "Quality Parameters in Gender Confirmation Surgery"

113. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Poster Session, Proposed Guidelines for Medical Tattoo Following Phalloplasty; An Interdisciplinary Approach

114. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Establishment of the First Gender Confirmation Surgery Fellowship

115. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, ISSM Lecture, The Importance of Surgical Training

116. 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Tracking Patient-Reported Outcomes in Gender Confirmation Surgery

117. "Theorizing the Phantom Penis," The Psychotherapy Center for Gender and Sexuality's 6th Biannual Conference, Transformations, March 29-March 30, 2019, NY, NY

**INSTRUCTIONAL COURSES:**
1.  Emory University and WPATH:  Contemporary Management of Transgender Patients: Surgical Options and Decision-Making, September 5, 2007 Chicago, Il

2.  Craniomaxillofacial Trauma Surgery:  An Interdisciplinary Approach, February 16-17, 2008, Burr Ridge, Il

3.  Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, Moderator:  Free Papers, Lower Extremity

JA833

4.   American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Moderator:  ASPS/ASPSN Patient Panel:  Effective Communication-A Key to Patient Safety and Prevention of Malpractice Claims

5.   American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Instructional Course:  Strategies to Identify and Prevent Errors and Near Misses in Your Practice

6.   American Society of Plastic Surgeons Annual Meeting, October 23-27, 2009, Seattle, WA, Roundtable Discussion:  Electronic Health Records-Implications for Plastic Surgeons

7.  10th Congress of The European Federation of Societies for Microsurgery, May 2—22, 2010, Genoa, Italy, "The Mangled Lower Extremities:  An Algorithm for Soft Tissue Reconstruction."

8.   Mulitspecialty Course for Operating Room Personnel-Craniomaxillofacial, Orthopaedics, and Spine, A Team Approach, AO North American, June 26-27, 2010, The Westin Lombard Yorktown Center.

9.   Management of Emergency Cases in the Operating Room, The American Society of Plastic Surgeons Annual Meeting, October 4, 2010, Toronto, CA.

10.  Surgical Approaches and Techniques in Craniomaxillofacial Trauma, November 6, 2010, Burr Ridge, Il.

11.  The Business of Reconstructive Microsurgery:  Maximizing Economic value (Chair)The American Society for Reconstructive Microsurgery, January 14-17, 2012, Las Vegas, Nevada.

12.  Strategies to Identify and Prevent Errors and Near Misses in Your Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 25th-30th, 2012, New Orleans, LA

13. Strategies to Identify and Prevent Errors and Near Misses in Your Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 11th-15th, 2013, San Diego, CA

14.  Mythbusters: Microsurgical Breast Reconstruction in Private Practice, The Annual Meeting of The American Society of Plastic Surgeons, October 11th-15th, 2013, San Diego, CA

15.  Minimizing Complications in Perioperative Care, The American Society for Reconstructive Microsurgery, January 11-14, 2014, Kauai, Hawaii

16.  Genitourinary and Perineal Reconstruction, The American Society for Reconstructive Microsurgery, January 11-14, 2014, Kauai, Hawaii

17.  Transgender Breast Surgery, The American Society of Plastic Surgeons, October 16-20, 2015, Boston, MA

18.  Gender Confirmation Surgery, The School of the Art Institute (recipient of American College Health Fund's Gallagher Koster Innovative Practices in College Health Award), October 27, 2015, Chicago, Il

19.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Overview of Surgical Treatment Options

20.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015 Chicago, Il Surgical Procedures

21.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Surgical Complications

22.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Post-operative Care

23.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, November 5-7, 2015, Chicago, Il Case Discussions:  The Multidisciplinary Team

24.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, January 20-23,2016, Atlanta, GA Overview of Surgical Treatment Options

25.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, January 20-23, 2016, Atlanta, GA Surgical Treatment Options

26.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, March 30-April 1, 2016, Springfield, MO, Surgical Treatment Options.

27.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Certified Training Course, March 30-April 1, 2016, Springfield, MO, Multi-disciplinary Case Discussion.

28.  Introduction to Transgender Surgery, ASPS Breast Surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

29.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Advanced Training Course, September 28, 2016, Ft. Lauderdale, FL.

30.  Cirugias de Confirmacion de Sexo Paso a Paso, XXXV Congreso Confederacion Americana de Urologia (CAU), Panama City, Panama, October 4-8, 2016.

31.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Advanced Training Course, December 3, 2016, Arlington, VA.

32.  PSEN (sponsored by ASPS and endorsed by WPATH), Transgender 101 for Surgeons, January 2017-March 2017

JA835

33.  Surgical Anatomy and Surgical Approaches to M-to-F Genital Gender Affirming Surgery and the Management of the Patient Before, During and After Surgery:  A Human Cadaver Based Course, Orange County, CA, Feb. 1, 2017

34.  Gender Confirmation Surgery, ALAPP, 2 Congreso Internacional de la Asociacion Latinoamericana de Piso Pelvico, Sao Paulo, Brasil, 9-11 de marzo de 2017

35.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Foundations Training Course, Overview of Surgical Treatment, March 31-April 2, 2017, Minneapolois Minnesota.

36.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Foundations Training Course, The Multi-Disciplinary Team Case Discussions, March 31-April 2, 2017, Minneapolois Minnesota.

37.  Transfeminine Cadaver Course, WPATH, May 19-20, 2017, Chicago, Il

38.  Transgender/Penile Reconstruction-Penile Reconstruction:  Radial Forearm Flap Vs. Anterolateral Thigh Flap, Moderator and Presenter, The World Society for Reconstructive Microsurgery, June 14-17, 2017, Seoul, Korea

39.  Primer of Transgender Breast Surgery, ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

40.  Confirmation Surgery in Gender Dysphoria: current state and future developments, International Continence Society, Florence, Italy, September 12-15, 2017

41.  The American Society of Plastic Surgeons Annual meeting, October 6-10, 2017, Orlando, FL, ASPS/WPATH Joint Session, Session Planner and Moderator

42.Transgender Health:  Best Practices in Medical and Mental Health Care.  A WPATH Global Education Initiative Foundations Training Course:  Overview of Surgical Treatment, Columbus, OH, October 20-21, 2017

43.  Transgender Health:  Best Practices in Medical and Mental Health Care. A WPATH Global Education Initiative Advanced Training Course:  Medical Care in the Perioperative Period, Aftercare:  Identifying Potential Complications, Columbus, OH, October 20-21, 2017

44.  Webinar:  Gender Affirming Surgeries 101:  Explore The Latest Topics in Gender Affirmation Surgery, PSEN, April 18, 2018

45.  Course Director:  MT. Sinai/WPATH Live Surgery Training Course for Gender Affirmation Procedures, April 26-28, 2018, New York, NY

46.  Philadelphia Trans Wellness Conference, Perioperative Care of the Transgender Woman Undergoing Vaginoplasty (Workshop), Philadelphia, PA, August 3, 2018

47.   Philadelphia Trans Wellness Conference, Gender Confirmation Surgery (Workshop), Philadelphia, PA, August 3, 2018

48.   Gender Confirmation Surgery, 2018 Oral and Written Board Preparation Course, The American Society of Plastic Surgeons, August 16-18, 2018, Rosemont, Il

49.   Confirmation Surgery in Gender Dysphoria:  Current State and Future Developments, The International Continence Society, Philadelphia, PA August 28, 2018

50.   WPATH Global Education Initiative, Foundations Training Course, "Overview of Surgical Treatment," Cincinnati, OH, September 14-15, 2018

51.   WPATH Global Education Initiative, Foundations Training Course, "The Multi-Disciplinary Team:  Case Discussions," Cincinnati, OH, September 14-15, 2018

52.   WPATH Global Education Initiative, Advanced Training Course, "Medical Care in the Perioperative Period After Care:  Identifying Potential Complications," Cincinnati, OH, September 14-15, 2018

53.   25th WPATH Symposium, Surgeons Conference, November 1, 2018, Buenos Aires, Argentina, Moderator

54.   25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Global Education Initiative (GEI):  Surgery and Ethics

55.   WPATH GEI:  Best Practices in Medical and Mental Health Care, Foundations in Surgery, New Orleans, March 22, 2019

56.   WPATH GEI:  Best Practices in Medical and Mental Health Care, Advanced Surgery, New Orleans, March 22, 2019

57.   Program Chair:  ASPS/WPATH GEI Inaugural Gender-Affirming Breast, Chest, and Body Master Class, Miami, Fl, July 20, 2019

58.   Overview of Surgical Management and The Standards of Care (WPATH, v. 7) ASPS/WPATH GEI Inaugural Gender-Affirming Breast, Chest, and Body Master Class, Miami, Fl, July 20, 2019

59.   Program Director, Gender Affirming Breast,Chest, and Body Master Class, The American Society of Plastic Surgeons, Miami, Fl, July 20, 2019

60.   Gender Confirmation Surgery, The American Society of Plastic Surgeons Oral and Written Board Preparation Course, August 15, 2019, Rosemont, Il

61. Upper Surgeries (chest surgery & breast augmentation), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

62. Preparing for Upper Surgeries-Case Based (chest surgery & breast augmentation), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

JA837

63. Preparing for Feminizing Lower Surgeries-Case Based (vaginoplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

64. Lower Surgeries-Masculinizing (phalloplasty & metoidioplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

65. Preparing for Masculinizing Lower Surgeries-Case Based (phalloplasty & metoidioplasty), WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

66. Panel Discussion about Ethics in Surgery and Interdisciplinary Care, WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

67. Discussion about Ethics and Tensions in Child and Adolescent Care, WPATH, Global Education Initiative, September 4-5, 2019, Washington, DC

68. Transgender Health: Best Practices in Medical and Mental Health Care Foundation Training Courses, Hanoi, Viet Nam, Jan 14-17, 2020 (Foundations in Surgery, Advanced Medical-surgery and complicated case studies), Planning & Documentation (upper surgeries-chest surgery and breast augmentation, preparing for upper surgeries-case based (chest surgery and breast augmentation), lower surgeries (feminizing-vaginoplasty), preparing for feminizing lower surgeries-case based, lower surgeries-masculinizing (phalloplasty and metoidioplasty), preparing for masculinizing lower surgeries-case-based (phalloplasty and metoidioplasty), Ethics-panel discussion about ethics in surgery and interdisciplinary care)

69. WPATH GEI Panel Cases Discussion, via Webinar, May 29, 30, 31, 2020

70. WPATH GEI: Illinois Dept. of Corrections, Foundations in Surgery, November 20, 2020

71. WPATH GEI: Illinois Dept. of Corrections, Ethical Considerations in Transgender Healthcare, November 20, 2020

72. WPATH GEI: Illinois Dept. of Corrections, Foundations in Surgery, February 26, 2021

73. WPATH GEI: Illinois Dept. of Corrections, Ethical Considerations in Transgender Healthcare, February 26, 2021.

74. Current Concepts in Gender Affirming Surgery for Women in Transition, March 11-12, 2021 (online event), Moderator, Transgender Health.

75. GEI Foundations Course, Live Q&A, March 21, 2021

76. GEI Foundations Course, Live Case Panel Discussion, March 23, 2021

77. GEI Advanced Ethics Workshop; Surgical and Interdisciplinary care ethics panel, May 1, 2021 (virtual)

78. Wpath GEI Foundations course for the Illinois Dept of Corrections, Foundations in Surgery, May 21, 2021

JA838

79.  Wpath GEI, Foundations course for the Illinois Dept of Corrections, Ethical considerations in Transgender Healthcare, May 21, 2021

80.  WPATH GEI, Online GEI Foundations Course, Moderator, August 31, 2001.

81.  WPATH Health Plan Provider (HPP) Training, Q&A Panel, September 13, 14, 21 2021, via Zoom

82.  WPATH, GEI Advanced Medical Course, Upper and Lower Surgery (via zoom), December 9, 2021

83.  I want to be a gender surgeon:  where do I even start, American Society for Reconstructive Microsurgery, Annual Meeting, January 17, 2022, Carlsbad, CA

**SYMPOSIA:**

1.  Program Director, 2011 Chicago Breast Symposium, October 15, 2011, The Chicago Plastic Surgery Research Foundation and The Chicago Medical School at Rosalind Franklin University, North Chicago, IL,

2.  Fundamentals of Evidence-Based Medicine & How to Incorporate it Into Your Practice, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

3.  Understanding Outcome Measures in Breast & Body Contouring Surgery, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

4.  Benchmarking Complications:  What We Know About Body Contouring Complication Rates from Established Databases, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

5.  Special Lecture:  VTE Prophylaxis for Plastic Surgery in 2011, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

6. Nipple Sparing Mastectomy:  Unexpected Outcomes, Challenging Complications in Plastic Surgery:  Successful Management Strategies, The American Society of Plastic Surgeons, July 13-14, 2012 Washington, DC

7.  Program Director, 2011 Chicago Breast Symposium, October 13-14, 2012, The Chicago Plastic Surgery Research Foundation and The Chicago Medical School at Rosalind Franklin University, North Chicago, Il

8.  Practice Strategies in a Changing Healthcare Environment, Moderator, Midwestern Association of Plastic Surgeons, April 27-28, 2013, Chicago, Il

9.  Moderator:  Breast Scientific Paper Session, The Annual Meeting of The American Society of Plastic Surgery, October 12, 2014, Chicago, Il.

**JA839**

10. Moderator:  The World Professional Association for Transgender Health, Tuesday, June 21, Surgical Session (0945-1045), June 18-22, 2016, Amsterdam, Netherlands

11. Course Director:  Transmale Genital Surgery:  WPATH Gender Education Initiative, October 21-22, 2016 Chicago, Il

12. Co-Chair and Moderator: Surgeon's Only Session, USPATH, Los Angeles, CA, Feb. 2, 2017

13. Vascular Anastomosis:  Options for Lengthening Vascular Pedicle, Surgeon's Only Session, USPATH, Los Angeles, CA, Feb. 2, 2017

14. Transgender Healthcare Mini-Symposium, Chicago Medical School of Rosalind Franklin University, North Chicago, Il March 10, 2017.

15. Moderator:  Penile Transplant:  Genito-urinary trauma/penile cancer, The European Association of Urologists, Meeting of the EAU Section of Genito-Urinary Reconstructive Surgeons (ESGURS), London, United Kingdom, March 23-26, 2017

16: 25th WPATH Symposium, November 2-6, 2018, Buenos Aires, Argentina, Mini-Symposium:  A Comprehensive Approach to Gender Confirming Surgery

17. Program Director, 2nd Annual Live Surgery Conference for Gender Affirmation Procedures, Ichan School of Medicine at Mt. Sinai, NY, NY February 28, 2019-March 2, 2019.

18. Moderator, "Genital Reassignment for Adolescents:  Considerations and Conundrums," Discussions on gender affirmation:  surgery and beyond, Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

19. Moderator, "Reconstructive Urology and Genitourinary Options in Gender Affirming Surgery," Discussions on gender affirmation:  surgery and beyond, Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

20. Moderator, "Complications in Masculinizing Genital Reconstruction Surgery," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

21. Moderator, "Preparing for Surgery and Recovery," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

22. Discussant, "WPATH Standards of Care Version 8 Preview," Dignity Health Saint Francis Memorial Hospital and WPATH GEI, San Francisco, CA, May 30-June 1, 2019

23. Program Coordinator, Surgeon's Only Course, USPATH, September 5, 2019, Washington, DC

JA840

24.  Master Series in Transgender Surgery 2020: Vaginoplasty and Top Surgery, course co-director, Mayo Clinic, Rochester, MN, August 7-8, 2020

25.  WPATH 2020 Surgeons' Program, Co-Chair, November 6-7, 2020, Virtual Symposium (due to covid-19 cancellation of Hong Kong meeting)

26.  WPATH Journal Club #3, Uterine Transplantation and Donation in Transgender Individuals; Proof of Concept, December 13, 2021 (Zoom)

**FACULTY SPONSORED RESEARCH:**
1.  Societa Italiana Di Microchirurgia, XXIII Congresso Nazionale della Societa Italiana di Microchirurgia, First Atlanto-Pacific Microsurgery Conference, Modena, Italy, October 1-3, 2009, "Free Tissue Transfer in the Treatment of Zygomycosis." Presented by Michelle Roughton, MD

2.  Hines/North Chicago VA Research Day, Edward Hines, Jr., VA Hospital, Maywood, Il, April 29, 2010, "Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex." Presented by Iris A. Seitz, MD, PhD.

3.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Breast MRI Helps to Define the Blood Supply to the Nipple-Areolar Complex." Presented by Iris A. Seitz, MD, PhD.

4.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Achieving Soft Tissue Coverage of Complex Upper and Lower Extremity Defects with Omental Free Tissue Transfer." Presented by Iris A. Seitz, MD, PhD.

5.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010, "Facilitating Harvest of the Serratus Fascial Flap with Ultrasonic Dissection." Presented by Iris A. Seitz, MD, PhD.

6.  Advocate Research Forum, Advocate Lutheran General Hospital, May 5, 2010,"Patient Safety: Abdominoplasty and Intra-Abdominal Procedures." Presented by Michelle Roughton, MD

7.  The Midwestern Association of Plastic Surgeons, 49th Annual Scientific Meeting, May 15th, 2010, "Breast MRI Helps Define The Blood Supply to the Nipple-Areolar Complex." Presented by Iris A. Seitz, MD, PhD.

8.  Jonathan M. Hagedorn, BA, **Loren S. Schechter**, MD, FACS, Dr. Manoj R. Shah, MD, FACS, Matthew L. Jimenez, MD, Justine Lee, MD, PhD, Varun Shah. Re-examining the Indications for Limb Salvage, 2011 All School Research Consortium at Rosalind Franklin University. Chicago Medical School of Rosalind Franklin University, 3/16/11.

9.  Jonathan Bank, MD, Lucio A. Pavone, MD, Iris A. Seitz, Michelle C. Roughton, MD, Loren S. Schechter, MD Deep Inferior Epigastric Perforator Flap for Breast Reconstruction after Abdominoplasty The Midwestern Association of Plastic Surgeons, 51st Annual Educational Meeting, April 21-22, 2012, Northwestern Memorial Hospital, Chicago, Illinois

**JA841**

10.   Samuel Lake, Iris A. Seitz, MD, Phd, Loren S. Schechter, MD, Daniel Peterson, Phd Omentum and Subcutaneous Fat Derived Cell Populations Contain hMSCs Comparable to Bone Marrow-Derived hMSCsFirst Place, Rosalind Franklin University Summer Research Poster Session

11.   J. Siwinski, MS II, Iris A. Seitz, MD PhD, Dana Rioux Forker, MD, Lucio A. Pavone, MD, Loren S Schechter, MD FACS. Upper and Lower Limb Salvage With Omental Free Flaps: A Long-Term Functional Outcome Analysis. Annual Dr. Kenneth A. Suarez Research Day, Midwestern University, Downers Grove, IL, May 2014

12.   Whitehead DM, Kocjancic E, Iacovelli V, Morgantini LA, **Schechter LS**. A Case Report: Penile Prosthesis With an Alloderm Wrap Positioned After Radial Forearm Phalloplasty. Poster session presented at: American Society for Reconstructive Microsurgery Annual Meeting, 2018 Jan 13-16; Phoenix, AZ.

13.   Whitehead DM, Kocjancic E, Iacovelli V, Morgantini LA, **Schechter LS**. An Innovative Technique: Single Stage Urethral Reconstruction in Female-to-Male Patients. Poster session presented at: American Society for Reconstructive Microsurgery Annual Meeting, 2018 Jan 13-16; Phoenix, AZ.

14.   Whitehead, DM Inflatable Penile Prosthesis Implantation Post Phalloplasty:  Surgical Technique, Challenges, and Outcomes, MAPS 2018 Annual Scientific Meeting, April 14, 2018, Chicago, Il

15.   Whitehead, DM, Inverted Penile Skin With Scrotal Graft And Omission of Sacrospinal Fixation: Our Novel Vaginoplasty Technique  MAPS 2018 Annual Scientific Meeting, April 14, 2018, Chicago, Il

16. S. Marecik, J. Singh. **L. Schechter**, M. Abdulhai, K. Kochar, J. Park, Robotic Repair of a Recto-Neovaginal Fistula in a Transgender Patient Utilizing Intestinal Vaginoplasty, The American College of Surgeons Clinical Congress 2020, October 7, 20

**Keynote Address:**

1.   University of Utah, Gender Confirmation Surgery, Transgender Provider Summit, November 8, 2014

**INVITED LECTURES:**
1.   Management of Soft Tissue Injuries of the Face, Grand Rounds, Emergency Medicine, The University of Chicago, August, 1999

2.   Case Report:  Excision of a Giant Neurofibroma, Operating Room Staff Lecture Series, Continuing Education Series, St. Francis Hospital, Evanston, Il March 2000

3.   Wounds, Lincolnwood Family Practice, Lincolnwood, Il April 2000

4.   The Junior Attending, Grand Rounds, Plastic and Reconstructive Surgery, The University of Chicago, June 2000

5.   Case Report:  Excision of a Giant Neurofibroma, Department of Medicine Grand Rounds, St. Francis Hospital, Evanston, Il June 2000

Page **37** of **52**

**JA842**

6. Facial Trauma, Resurrection Medical Center Emergency Medicine Residency, September 2000

7. Plastic Surgery of the Breast and Abdomen, Grand Rounds, Dept. of Obstetrics and Gynecology, Evanston Hospital, September, 2000

8. Change of Face; Is Cosmetic Surgery for You?, Adult Education Series, Rush North Shore Medical Center, October, 2000

9. Reconstructive Surgery of the Breast, Professional Lecture Series on Breast Cancer, St. Francis Hospital, October, 2000

10. Plastic Surgery of the Breast and Abdomen, Grand Rounds, Dept. of Obstetrics and Gynecology, Lutheran General Hospital, December, 2000

11. Change of Face; Is Cosmetic Surgery for You?, Adult Education Series, Lutheran General Hospital and The Arlington Heights Public Library, December, 2000

12. Updates in Breast Reconstruction, The Breast Center, Lutheran General Hospital, January 2001

13. Abdominal Wall Reconstruction, Trauma Conference, Lutheran General Hospital, February 2001

14. Wound Care, Rush North Shore Medical Center, March 2001

15. Breast Reconstruction, Diagnosis and Treatment Updates on Breast Cancer, Lutheran General Hospital, April 2001

16. Wound Care and V.A.C. Therapy, Double Tree Hotel, Skokie, Il October 2001

17. The Role of the V.A.C. in Reconstructive Surgery, LaCrosse, WI November 2001

18. Dressing for Success: The Role of the V.A.C. in Reconstructive Surgery, Grand Rounds, The University of Minnesota Section of Plastic and Reconstructive, Minneapolis, MN January, 2002

19. The Vacuum Assisted Closure Device in the Management of Complex Soft Tissue Defects, Eau Claire, WI February, 2002

20. The Vacuum Assisted Closure Device in Acute & Traumatic Soft Tissue Injuries, Orland Park, Il March, 2002

21. Body Contouring After Weight Loss, The Gurnee Weight Loss Support Group, Gurnee, Il April, 2002

22. An Algorithm to Complex Soft Tissue Reconstruction With Negative Pressure Therapy, Owensboro Mercy Medical Center, Owensboro, Ky, April, 2002

**JA843**

23.   Breast and Body Contouring, St. Francis Hospital Weight Loss Support Group, Evanston, Il April, 2002

24.   The Wound Closure Ladder vs. The Reconstructive Elevator, Surgical Grand Rounds, Lutheran General Hospital, Park Ridge, Il, May, 2002.

25.   An Algorithm for Complex Soft Tissue Reconstruction with the Vacuum Assisted Closure Device, The Field Museum, Chicago,Il, May, 2002

26.   The Role of Negative Pressure Wound Therapy in Reconstructive Surgery, Kinetic Concepts, Inc. San Antonio, Texas, July 31, 2002

27.   Management of Complex Soft Tissue Injuries of the Lower Extremity, Chicago Trauma Symposium, August 2-5, 2002, Chicago, Illinois:

28.   Wound Bed Preparation, Smith Nephew, Oak Brook, Il, August 6, 2002

29.   Getting Under Your Skin...Is Cosmetic Surgery for You?, Rush North Shore Adult Continuing Education Series, Skokie, Il August 28, 2002.

30.   The Role of Negative Pressure Therapy in Complex Soft Tissue Wounds, Columbia/St. Mary's Wound, Ostomy, and Continence Nurse Program, Milwaukee, Wi, September 17, 2002

31.   A Systematic Approach to Functional Restoration, Grand Rounds, Dept. of Physical Therapy and Rehabilitation Medicine, Lutheran General Hospital, September 19, 2002

32.   The Role of Negative Pressure Wound Therapy in Reconstructive Surgery, Ann Arbor, Mi September 26, 2002

33.   Dressing for Success:  The Role of the Vaccuum Assisted Closure Device in Plastic Surgery, Indianopolis, In November 11, 2002

34.   The Wound Closure Ladder Versus the Reconstructive Elevator, Crystal Lake, Il November 21, 2002

35.   A Systematic Approach to Functional Restoration, Grand Rounds, Dept. of Physical Therapy, Evanston Northwestern Healthcare, Evanston, Il February 13, 2003

36.   Case Studies in Traumatic Wound Reconstruction, American Association of Critical Care Nurses, Northwest Chicago Area Chapter, Park Ridge, Il February 19, 2003

37.   Reconstruction of Complex Soft Tissue Injuries of the Lower Extremity, Podiatry Lecture Series, Rush North Shore Medical Center, Skokie, Il March 5, 2003

38.   The Use of Negative Pressure Wound Therapy in Reconstructive Surgery, Kalamazoo, Mi March 19, 2003

39.   Updates in Breast Reconstruction, The Midwest Clinical Conference, The Chicago Medical Society, Chicago, Il March 21, 2003

40.  Updates of Vacuum Assisted Closure, Grand Rounds, The Medical College of Wisconsin, Department of Plastic Surgery, Milwaukee, Wi March 26, 2003

41.  Breast Reconstruction, Surgical Grand Rounds, Lutheran General Hospital, Park Ridge, Il March 27, 2003

42.  Decision-Making in Breast Reconstruction: Plastic Surgeons as Members of a Multi-Disciplinary Team, 1st Annual Advocate Lutheran General Hospital Breast Cancer Symposium, Rosemont, Il, April 11, 2003

43.  The Wound Closure Ladder Versus The Reconstructive Elevator, Duluth, Mn, April 24, 2003

44.  Dressing For Successs: The Role of The Wound VAC in Reconstructive Surgery, Detroit, Mi, May 9, 2003

45.  Plastic Surgery Pearls, Grand Rounds Orthopedic Surgery Physician Assistants Lutheran General Hospital and Finch University of Health Sciences, Park Ridge, Il, June 5, 2003

46.  A Systematic Approach to Complex Reconstruction, 12th Annual Vendor Fair "Surgical Innovations," October 18, 2003, Lutheran General Hospital, Park Ridge, Il 2003

47.  Dressing For Success: The Role of the Wound VAC in Reconstructive Surgery, American Society of Plastic Surgery, October 26, 2003, San Diego, CA

48.  Beautiful You: From Botox to Weekend Surgeries, 21st Century Cosmetic Considerations, March 21, 2004 Hadassah Women's Health Symposium, Skokie, Il

49.  Updates in Breast Reconstruction, The 2nd Annual Breast Cancer Symposium, Advocate Lutheran General, Hyatt Rosemont, April 2, 2004

50.  Head and Neck Reconstruction, Grand Rounds, The University of Illinois Metropolitan Group Hospitals Residency in General Surgery, Advocate Lutheran General Hospital, May 6, 2004

51.  Abdominal Wall Reconstruction, Surgeons Forum, LifeCell Corporation, May 15, 2004, Chicago, Il

52.  4th Annual Chicagoland Day of Sharing for Breast Cancer Awareness, Saturday, October 2, 2004, Hoffman Estates, Il

53.  Abdominal Wall Reconstruction, University of Illinois Metropolitan Group Hospitals Residency in General Surgery, November 19, 2004, Skokie, Il

54.  Advances in Wound Care, Wound and Skin Care Survival Skills, Advocate Good Samaritan Hospital, Tuesday, February 8, 2005, Downer's Grove, Il

55.  Plastic Surgery: A Five Year Perspective in Practice, Grand Rounds, The University of Chicago, May 18, 2005, Chicago, Il

**JA845**

56.   New Techniques in Breast Reconstruction, The Cancer Wellness Center, October 11, 2005 Northbrook, Il

57.   Principles of Plastic Surgery;  Soft Tissue Reconstruction of the Hand, Rehab Connections, Inc., Hand, Wrist, and Elbow Forum, October 28, 2005, Homer Glen, Il

58.   Principles of Plastic Surgery, Lutheran General Hospital Quarterly Trauma Conference, November 9, 2005, Park Ridge, Il

59.   Principles of Plastic Surgery, Continuing Medical Education, St. Francis Hospital, November 15, 2005, Evanston, Il

60.   Dressing for Success:  A Seven Year Experience with Negative Pressure Wound Therapy, Kinetic Concepts Inc, November 30, 2005, Glenview, Il.

61.   Breast Reconstruction:  The Next Generation, Breast Tumor Conference, Lutheran General Hospital, May 9, 2006.

62.   Complex Wound Care:  Skin Grafts, Flaps, and Reconstruction, The Elizabeth D. Wick Symposium on Wound Care, *Current Concepts in Advanced Healing:  An Update*, Rush North Shore Medical Center, November 4, 2006.

63.   An Approach to Maxillofacial Trauma:  Grand Rounds, Lutheran General Hospital/Univ. of Illinois Metropolitan Group Hospital Residency in General Surgery, November 9, 2006.

64.   "From Paris to Park Ridge", Northern Trust and Advocate Lutheran General Hospital, Northern Trust Bank, June 7, 2007.

65.   "Private Practice Plastic Surgery:  A Seven Year Perspective," Grand Rounds, The University of Chicago, Section of Plastic Surgery.

66.   "Meet the Experts on Breast Cancer," 7th Annual Chicagoland Day of Sharing, Sunday, April 13th, 2008

67.   Gender Confirmation Surgey: Surgical Options and Decision-Making, The University of Minnesota, Division of Human Sexuality, May 10, 2008, Minneapolis, Minnesota.

68.   "Private Practice Plastic Surgery:  A Seven Year Perspective," Grand Rounds, Loyola University, 2008 Section of Plastic Surgery.

69.   "Management of Lower Extremity Trauma," Grand Rounds, The University of Chicago, Section of Plastic Surgery, October, 8, 2008.

70.   "Concepts in Plastic Surgery:  A Multi-Disciplinary Approach," Frontline Surgical Advancements, Lutheran General Hospital, November 1, 2008

71.   "Surgical Techniques-New Surgical Techniques/Plastic Surgery/Prosthetics," Caldwell Breast Center CME Series, Advocate Lutheran General Hospital, November 12, 2008

**JA846**

72. "Genetics: *A Family Affair*" Panel Discussion: Predictive Genetic Testing, 23rd Annual Illinois Department of Public Health Conference, Oak Brook Hills Marriott Resort, Oak Brook, Il, March 18, 2009

73. "Gender Confirmation Surgery" Minnesota TransHealth and Wellness Conference, May 15, 2009, Metropolitan State University, Saint Paul, MN.

74. "The Role of Plastic Surgery in Wound Care, " Practical Wound Care A Multidisciplinary Approach, Advocate Lutheran General Hospital, October 9-10, 2009, Park Ridge, Il.

75. "In The Family," Panel, General Session III, 2009 Illinois Women's Health Conference, Illinois Dept. of Health, Office of Women's Health October 28-29, 2009, Oak Brook, Il.

76. "Patient Safety in Plastic Surgery," The University of Chicago, Section of Plastic Surgery, Grand Rounds, November 18, 2009.

77. "Compartment Syndrome," 6th Annual Advocate Injury Institute Symposium, Trauma 2009: Yes We Can!, November 19-20, 2009.

78. "Maxillofacial Trauma," 6th Annual Advocate Injury Institute Symposium, Trauma 2009: Yes We Can!, November 19-20, 2009.

79. "Management of Complex Lower Extremity Injuries," Grand Rounds, The Section of Plastic Surgery, The University of Chicago, December 16, 2009, Chicago, Il.

80. "Gender-Confirming MTF Surgery: Indications and Techniques," Working Group on Gender, New York State Psychiatric Institute, March 12, 2010

81. "Gender-Confirmation Surgery," Minnesota Trans Health and Wellness Conference, Metropolitan State University, St. Paul Campus, May 14th, 2010

82. "Physical Injuries and Impairments," Heroes Welcome Home The Chicago Association of Realtors, Rosemont, Illinois, May 25th, 2010.

83. "Genetics and Your Health," Hadassah Heals: Healing Mind, Body, & Soul, Wellness Fair, 2010, August 29, 2010, Wilmette, Illinois.

84. "GCS," Southern Comfort Conference 2010, September 6-11, 2010, Atlanta, GA.

85. "Gender Confirming Surgery," The Center, The LGBT Community Center, October 22, 2010 New York, NY.

86. "Gender Confirming Surgery," the Center, The LGBT Community Center, May 20, 2011, New York, NY.

87. "Gender Confirming Surgery," Roosevelt-St. Lukes Hospital, May 20, 2011, New York, NY

88. "Principles of Plastic Surgery," Learn about Ortho, Lutheran General Hospital, May 25, 2011, Park Ridge, Il.

**JA847**

89. "Forging Multidisciplinary Relationships in Private Practice," Chicago Breast Reconstruction Symposium 2011, September 9, 2011, Chicago, Il

90. "Gender Confirming Surgery," Minnesota TransHealth and Wellness Conference, Diverse Families: Health Through Community, September 10, 2011, Minneapolis, Minnesota

91. "Gender Confirming Surgery," University of Chicago, Pritzker School of Medicine, Anatomy Class, September 16, 2011, Chicago, Il

92. "Facial Trauma," 8th Annual Advocate Injury Institute Symposium, Trauma 2011: 40 years in the Making, Wyndham Lisle-Chicago, November 9-10, 2011

93. "Establishing a Community-Based Microsurgical Practice," QMP Reconstructive Symposium, November 18-20, 2011, Chicago, Il

94. "Surgery for Gender Identity Disorder," Grand Rounds, Dept. of Obstetrics and Gynecology, Northshore University Health System, December 7, 2011

95. "Managing Facial Fractures," Trauma Grand Rounds, Lutheran General Hospital, Park Ridge, Il July 17, 2012

96. "Principles of Transgender Medicine," The University of Chicago Pritzker School of Medicine, Chicago, Il, September 7, 2012

97. "State of the art breast reconstruction," Advocate Health Care, 11th Breast Imaging Symposium, January 26, 2013, Park Ridge, Il.

98. "State of the art breast reconstruction," Grand Rounds, Dept. of Surgery, Mount Sinai Hospital, April 25, 2013, Chicago, Il.

99. "Getting under your skin: is cosmetic surgery right for you?" Lutheran General Hospital community lecture series, May 7, 2013, Park Ridge, Il.

100. "Gender Confirming Surgery," University of Chicago, Pritzker School of Medicine, Anatomy Class, September 27, 2013, Chicago, Il

101. "State of the Art Breast Reconstruction," Edward Cancer Center, Edward Hospital, October 22, 2013, Naperville, Il

102. "Transgender Medicine and Ministry," Pastoral Voice, Advocate Lutheran General Hospital, October 23, 2013, Park Ridge, Il

103. "Principles of Transgender Medicine and Surgery," The University of Illinois at Chicago College of Medicine, January 28, 2014, Chicago, Il

104. "Principles of Transgender Medicine and Surgery," Latest Surgical Innovations and Considerations, 22nd Annual Educational Workshop, Advocate Lutheran General Hospital, March 1, 2014, Park Ridge, Il.

105. "Principles of Transgender Medicine: Gender Confirming Surgery," Loyola University Medical Center, March 12, 2014.

JA848

106.   "Principles of Plastic Surgery,"  Grand Rounds, Dept. of Obstetrics and Gynecology, Lutheran General Hospital, September 12, 2014.

107.   "Gender Confirmation Surgery," The University of Chicago, Pritzker School of Medicine, October 3, 2014

108.   "Private Practice:  Is There a Future?" The Annual Meeting of The American Society of Plastic Surgical Administrators/The American Society of Plastic Surgery Assistants, Chicago, Il, October 11, 2014.

109.   "Private Practice:  Is There a Future?" The Annual Meeting of The American Society of Plastic Surgery Nurses, Chicago, Il, October 12, 2014.

110.   "Gender Confirmation Surgery" Grand Rounds, The University of Minnesota, Dept. of Plastic Surgery, Minneapolis, MN, October 29, 2014.

111.   "Body Contour After Massive Weight Loss," The Bariatric Support Group, Advocate Lutheran General Hospital, February 5, 2015, Lutheran General Hospital, Park Ridge, Il.

112.   "Gender Confirmation Surgery," The School of the Art Institute of Chicago, February 1, 2015, Chicago, Il.

113.   "Gender Confirmation Surgery," The Community Kinship Life/Bronx Lebanon Department of Family Medicine, Bronx, NY, March 6, 2015

114.   "Gender Confirmation Surgery,"  Educational Inservice, Lutheran General Hospital, Park Ridge, Il, April 20, 2015

115.   "Principles of Plastic Surgery, " Surgical Trends, Lutheran General Hospital, Park Ridge, Il, May 16, 2015

116.   "Updates on Gender Confirmation Surgery, " Surgical Trends, Lutheran General Hospital, Park Ridge, Il, May 16, 2015

117.   "Gender Confirmation Surgery," Lurie Childrens' Hospital, Chicago, Il, May 18, 2015,Chicago, Il 2015.

118.   "Gender Confirmation Surgery," TransClinical Care and Management Track Philadelphia Trans-Health Conference, June 5, 2015, Philadelphia, Pa.

119.   "Gender Confirmation Surgery:  A Fifteen Year Experience," Grand Rounds, The University of Minnesota, Plastic and Reconstructive Surgery and the Program in Human Sexuality, July 30, 2015, Minneapolis, Mn

120.   "Gender Confirmation Surgery,"  Grand Rounds, Tel Aviv Medical Center, Tel Aviv, Israel, August 13, 2015

121.   "Gender Confirmation Surgery,"  Grand Rounds, University of Illinois, Dept of Family Medicine, September 2, 2015

122.   "Principles of Plastic Surgery," Grand Rounds, St. Francis Hospital, Evanston, Il September 18, 2015

123.  "Gender Confirmation Surgery," Midwest LGBTQ Health Symposium, Chicago, Il, October 2, 2015

124.  "Gender Confirmation Surgery," Southern Comfort Conference, Weston, Fl, October 3, 2015

125.  "Surgical Transitions for Transgender Patients," Transgender Health Training Institute, Rush University Medical Center, Chicago,Il, October 8, 2015

126.  "Gender Confirmation Surgery," The Transgender Health Education Peach State Conference, Atlanta, GA, October 30, 2015

127.  "Gender Confirmation Surgery,"  Weiss Memorial Medical Center, November 4, 2015, Chicago, Il

128.  "Gender Confirmation Surgery,"  University of Illinois at Chicago, Operating Room Staff Inservice, November 18, 2015, Chicago, Il

129.  "Gender Confirmation Surgery,"  University of Illinois at Chicago, Plastic Surgery and Urology Inservice, November 18, 2015, Chicago, Il

130.  "Gender Confirmation Surgery,"  Weiss Memorial Medical Center, November 19, 2015, Chicago, Il

131.  "Gender Confirmation Surgery,"  Section of Plastic Surgery, The University of Illinois at Chicago, January 13, 2016, Chicago, Il

132.  "Gender Confirmation Surgery," Dept. of Medicine, Louis A. Weiss Memorial Hospital, February 18, 2016, Chicago, Il

133.  "Gender Confirmation Surgery," BCBSIL Managed Care Roundtable March 2, 2016 Chicago, Il

134.  "Gender Confirmation Surgery-MtF," Keystone Conference, March 10, 2016, Harrisburg, PA

135.  "Gender Confirmation Surgery-FtM," Keystone Conference, March 10, 2016, Harrisburg, PA

136.  "Gender Confirmation Surgery," Grand Rounds, Dept. of Ob-Gyn, March 25, 2016, Lutheran General Hospital, Park Ridge, Il 60068

137.  "Surgical Management of the Transgender Patient," Spring Meeting, The New York Regional Society of Plastic Surgeons, April 16, 2016, New York, NY

138.  "A Three Step Approach to Complex Lower Extremity Trauma,"  University of Illinois at Chicago, April 27, 2016, Chicago, Il.

139.  "Gender Confirmation Surgery," Howard Brown Health Center, July 12, 2016, Chicago, Il

**JA850**

140. "Creating the Transgender Breast M-F; F-M", ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

141. "Overview of Transgender Breast Surgery," ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

142. "VTE Chemoprophylaxis in Cosmetic Breast and Body Surgery:  Science or Myth", ASPS Breast surgery and Body Contouring Symposium, Santa Fe, NM, August 25-27, 2016

143. "Gender Confirmation Surgery," Gender Program, Lurie Childrens', Parent Group, September 20, 201, 467 W. Deming, Chicago, Il

144. "Gender Confirmation Surgery," The American Society of Plastic Surgeons Expo, September 24, 2016, Los Angeles, CA

145. Transgender Surgery, Management of the Transgender Patient, Female to Male Surgery, Overview and Phalloplasty, The American College of Surgeons, Clinical Congress 2016 October 16-20,2016 Washington, DC

146. "Gender Confirmation Surgery," The Department of Anesthesia, The University of Illinois at Chicago, November 9, 2016

147. "Gender Confirmation Surgery," The Division of Plastic Surgery, The University of Illinois at Chicago, December 14, 2016

148. "Gender Confirmation Surgery,"  Nursing Education, The University of Illinois at Chicago, January 10, 2017

149. "F2M-Radial Forearm Total Phalloplasty:  Plastic Surgeon's Point of View," The European Association of Urologists, Meeting of the EAU Section of Genito-Urinary Reconstructive Surgeons (ESGURS), London, United Kingdom, March 23-26, 2017

150. "Gender Confirmation Surgery," Grand Rounds, The Department of Surgery, The University of North Carolina, March 29, 2017.

151. "Transgender Facial Surgery," *The Aesthetic Meeting 2017 – 50 Years of Aesthetics* - in San Diego, California April 27- May 2, 2017.

152. "Gender Confirmation Surgery:  A New Surgical Frontier," 15th Annual Morristown Surgical Symposium Gender and Surgery, Morristown, NJ, May 5, 2017.

153. "Gender Confirmation Surgery:  A New Surgical Frontier," Dept. of Obstetrics and Gynecology, The Medical College of Wisconsin, May 24, 2017

154. "Gender Confirmation Surgery:  A New Surgical Frontier," Dept. of Obstetrics and Gynecology, Howard Brown Health Center, August 8, 2017

155. "Current State of the Art:  Gynecomastia," ASPS Breast Surgery and Body Contouring Symposium, San Diego, CA, August 10-12, 2017

**JA851**

156.  "Gender Confirmation Surgery-An Overview," ASPS Breast Surgery and
Body Contouring Symposium, San Diego, CA, August 10-12, 2017

157.  "Gender Confirmation Surgery," Grand Rounds, Dept. of Obstetrics and
Gynecology, The University of Chicago, August 25, 2017

158. "Gender Confirmation Surgery," Wake Forest School of Medicine,
Transgender Health Conference, Winston-Salem, NC, September 28-29, 2017

159.  "Phalloplasty," Brazilian Professional Association for Transgender
Health, Teatro Marcos Lindenberg, Universidade Federal de São Paulo
(Unifesp), November 1-4, 2017

160.  "Gender Confirmation Surgery," Brazlian Professional Association for
Transgender Health/WPATH Session, Teatro Marcos Lindenberg, Universidade
Federal de São Paulo (Unifesp), November 1-4, 2017

161.  "Gender Confirmation Surgery," The Division of Plastic Surgery, The
University of Illinois at Chicago, December 13, 2017, Chicago, Il

162.  "Gender Confirmation Surgery," Gender and Sex Development Program, Ann
and Robert H. Lurie Children's Hospital of Chicago, December 18, 2017,
Chicago, Il

163.  "Transgender Breast Augmentation," 34th Annual Atlanta Breast Surgery
Symposium, January 19-21, 2018, Atlanta, GA

164.  "Top Surgery: Transmasculine Chest Contouring," 34th Annual Atlanta
Breast Surgery Symposium, January 19-21, 2018, Atlanta, GA

165.  "Gender Confirmation Surgery," The 17th International Congress of
Plastic and Reconstructive Surgery in Shanghai, March 18-25, 2018, Shanghai,
China

166.  "Gender Confirmation Surgery: Facial Feminization and
Metoidioplasty," 97th Meeting of the American Association of Plastic
Surgeons, Reconstructive Symposium, April 7-10, 2018, Seattle, WA

167.  Moderator: "Gender Confirmation Surgery: Top Surgery", The Annual
Meeting of The American Society of Aesthetic Plastic Surgery, April 26-May
1, 2018, New York, NY

168.  "Gender Confirmation Surgery," Econsult monthly meeting, Dept. of
Veterans' Affaris, May 24, 2018

169.  "Gender Confirmation Surgery," Transgender Care Conference:
Improving Care Across the Lifespan, Moses Cone Hospital, Greensboro, NC,
June 8, 2018

170.  "WPATH State of the Art," 1st Swiss Consensus Meeting on the
Standardization of Sex Reassignment Surgery, The University of Basel, August
31, 2018-September 1, 2018

**JA852**

171. "Facial Feminiztion Surgery: The New Frontier?" 1st Swiss Consensus Meeting on the Standardization of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

172. "Current Techniques and Results in Mastectomies," 1st Swiss Consensus Meeting on the Standardization of Sex Reassignment Surgery, The University of Basel, August 31, 2018-September 1, 2018

173. "Gender Confirmation Surgery," The University of Chicago, Pritzker School of Medicine, September 7, 2018, Chicago, Il.

174. The Business End: Incorporating Gender Confirmation Surgery, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, September 29, 2018, Chicago, Il

175. Body Contouring in Men, Gynecomastia, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, September 30, 2018, Chicago, Il

176. Moderator: Breast Augmentation and Chest Surgery in Gender Diverse Individuals, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

177. Moderator: Aesthetic Surgery of The Male Genitalia, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

178. Moderator: Gender Confirmation Surgeries: The Standards of Care and Development of Gender Identity, Plastic Surgery The Meeting, Annual Meeting of The American Society of Plastic Surgeons, October 1, 2018, Chicago, Il

179. The Center for Gender Confirmation Surgery Lecture Series, "Introduction to Gender Confirmation Surgery," Weiss Memorial Hospital, October 17, 2018, Chicago, Il

180. Institute 3: Gender Dysphoria Across Development: Multidisciplinary Perspectives on the Evidence, Ethics, and Efficacy of Gender Transition, Gender Confirming Care in Adolescence: Evidence, Timing, Options, and Outcomes, The American Academy of Child and Adolescent Psychiatry, 65th Annual Meeting, October 22-27, 2018, Seattle, WA

181. Gender Confirmation Surgery, Combined Endocrine Grand Rounds, The University of Illinois at Chicago, Rush University, Cook County Hospital, January 8, 2019

182. Gender Confirmation Surgery: An Update, Division of Plastic Surgery, The University of Illinois at Chicago, January 23, 2019

183. Gender Confirmation Surgery from Top to Bottom: A 20 Year Experience, Grand Rounds, The Department of Surgery, Ochsner Health System, January 30, 2019, New Orleans, LA

184. Master Series of Microsurgery: Battle of the Masters

JA853

One Reconstructive Problem – Two Masters with Two Different Approaches, Gender Affirmation, Male-to-Female Vaginoplasty:  Intestinal Vaginoplasty, The American Society for Reconstructive Microsurgery, Palm Desert, California, February 2, 2019

185.  Gender Confirmation Surgery:  From Top to Bottom, The University of Toronto, Toronto, Canada, February 21, 2019

186.  Gender Confirmation Surgery:  Where are We, The University of Toronto, Toronto, Canada, February 21, 2019

187.  Professors' Rounds:  Gender Confirmation Surgery:  A Twenty Year Experience, Princess Margaret Hospital, Toronto, Canada, February 22, 2019

188.  A 3 Step Approach to Lower Extremity Trauma, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

189.  Gender Surgery:  Where are We Now?, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

190.  Gender Confirmation Surgery, A Single Surgeon's 20 Year Experience, Plastic Surgery at The Red Sea, Eilat, Israel, March 6-9, 2019.

191.  Gender Confirmation Surgery:  Where We Have Been and Where We Are Going, Grand Rounds, The University of Chicago, Section of Plastic Surgery, March 13, 2019

192.  Gender Confirmation Surgery:  From Top To Bottom, Resident Core Curriculum Conference, The University of Chicago, Section of Plastic Surgery, March 13, 2019.

193.  "Gender Confirmation Surgery," WPATH/AMSA Medical School Trans Health Elective, Webinar, March 13, 2019

194.  Robotic Vaginoplasty:  An Alternative to Penile Inversion Vaginoplasty in Cases of Insufficient Skin, Vaginal Stenosis, and Rectovaginal Fistula. The European Professional Association for Transgender Health, April 9-13, Rome, Italy

195.  Current State of Gender-Affirming Surgery in the US and Beyond, Gender-affirming genital surgery presented by the American Urologic Association in collaboration with the Society for Genitourinary Reconstructive Surgeons (GURS), May 2, 2019, Chicago, Il

196.  Surgical Training-How Can I get it, The Aesthetic Meeting 2019, New Orleans, LA, May 20, 2019

197.  What is the Standard of Care in This New Frontier, The Aesthetic Meeting 2019, New Orleans, LA, May 20, 2019

198. The 20th Annual Chicago Orthopedic Symposium, August 15-18, 2019, Chicago, Il  "Soft Tissue Defects-Getting Coverage"

JA854

199.  Gender Confirmation Sugery, The Potocsnak Family Division of Adolescent and Young Adult Medicine, Ann & Robert H. Lurie Children's Hospital of Chicago, August 19, 2019

200.  Anatomy, Embryology, and Surgery, The University of Chicago, First Year Medical Student Anatomy Lecture, September 9, 2019, The University of Chicago, Chicago, Il.

201.  Gender Confirmation Surgery, Howard Brown Health Center Gender Affirming Learning Series, September 13, 2019, Chicago, Il.

202.  Moderator, Patient Selection in Gender Affirming Survey Surgery, 88th Annual Meeting of The American Society of Plastic Surgeons, September 20-23, 2019, San Diego, CA

203.  Breast Augmentation in Transwomen: Optimizing Aesthetics and Avoiding Revisions, 88th Annual Meeting of The American Society of Plastic Surgeons, September 20-23, 2019, San Diego, CA

204.  Breast Reconstruction, State of the Art, NYU-Langone Health, NYU School of Medicine, Standards of Care and Insurance Coverage, Saturday, November 23, 2019, New York, NY.

205.  ASRM Masters Series in Microsurgery:  Think Big, Act Small:  The Building Blocks for Success, "Building a Microsurgery Private Practice from the Ground Up", 2020 ASRM Annual Meeting, Ft. Lauderdale, Florida, January 10-14, 2020

206.  ASPS/ASRM Combined Panel II:  Gender Affirmation Surgery: Reconstruction Challenges of Function and Sensation, 2020 ASRM Annual Meeting, Ft. Lauderdale, Florida, January 10-14, 2020

207.  Rush University Medical Center, Division of Urology, Grand Rounds, "Gender Confirmation Surgery:  A Single Surgeon's Experience," January 22, 2020

208.  Rush University Medical Center, Department of General Surgery, Grand Rounds, "Gender Confirmation Surgery:  A Single Surgeon's Experience," February 5, 2020.

209.  WPATH/AMSA (American Medical Association) Gender Scholar Course, Webinar, March 11, 2020

210.  Rush University Medical Center, Division of Plastic Surgery, Weekly Presentation, Gender Confirmation Surgery:  Can a Surgeon Provide Informed Consent?, April 29, 2020

211.  Legal Issues Faced by the Transgender Community, ISBA Standing Committee on Women and The Law and the ISBA Standing Committee on Sexual Orientation and Gender Identity, Co-Sponsored by the National Association of Women Judges District 8, Live Webinar, May 28, 2020

**JA855**

212.   Principles of Transgender Surgery, National Association of Women's Judges, District 8, Webinar, June 4, 2020

213.   Gender-Affirming Surgery, National Association of Women's Judges, District 8, Webinar, July 8, 2020

214.   Gender-Affirming Surgery, The University of Chicago, Pritzker School of Medicine, 1st year Anatomy, September 15, 2020

215.   Gender-Affirming Surgery, Rush University Medical School, 2nd year Genitourinary Anatomy, September 16, 2020.

216.   Surgical Management of the Transgender Patient, Rosalind Franklin University, The Chicago Medical School, Plastic Surgery Interest Group, October 7, 2020

217.   Breast Augmentation in Transgender Individuals, The American Society of Plastic Surgeons Spring Meeting, March 20, 2021

218.   International Continence Society Institute of Physiotherapy Podcast 5-Pelvic Floor Most Common Disorders and Transgender Patients (recorded April 30, 2021)

219.   The American Association of Plastic Surgeons Annual Meeting, Reconstructive Symposium, Gender Affirmation Panel, Complications of GCS, Miami, FL, May 15, 2021 (presented virtually)

220.   Gender Confirmation Surgery, Grand Rounds, Rush University, Section of Urology, June 8, 2021.

221.   Genitourinary introduction lecture, M2, Rush University School of Medicine, September 2, 2021 (by Zoom)

222.   Demystifing Gender:  Fostering Gender Friendly Healthcare, Gender Affirmative Care in Adults, Querencia (lady hardinge medical college, WHO Collaborating Center for Adolescent Health, Dept of Paediatrics, JSCH & LHMC, New Delhi, WPATH September 5, 2021 (by zoom)

223.   Gender Confirmation Surgery, The University of Chicago Pritzker School of Medicine, MS-1, Anatomy lecture, September, 14, 2021, Chicago Il.

224.   Gender Confirmation Surgery, A Single Surgeon's 22 Year Experience: Where are We Now?, Research Seminar, Section of Endocrinology, The University of Chicago, Chicago, Il, October 4, 2011 (by Zoom)
225.   Chest Surgery, The Illinois Dept. of Corrections (by zoom), October 13, 2021.

226.   Vaginoplasty, The Illinois Dept. of Corrections (by zoom), October 15, 2021.

227.   International Continence Society, 20th Physioforum, Pelvic Floor Physical Therapy and Gender-Affirming Surgery, October 16, 2021, Melbourne, Australia (by Zoom)

JA856

228.  Rush University Division of Plastic Surgery, Gender Affirmation Surgery:  Where Are We Now?, educational conference, November 23, 2021, Chicago, Il

229.  51 Congreso Argentino de Cirugia Plastica, Microsurgery Symposium, SACPER-FILACP, 3 Step Approach to Lower Extremity Trauma, November 29, 2021, Mar del Plata, Argentina

230.  51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery I, "Gestión Quirúrgica de la Disforia de Género: Descripción general del manejo quirúrgico y los estándares de atención," December 1, 2021, Mar del Plata, Argentina

231.  51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery II, Cirugía Genital Masculinizante (Metoidioplastia y Faloplastia), December 2, 2021, Mar del Plata, Argentina

232.  51 Congreso Argentino de Cirugia Plastica, Genital Aesthetics and Gender Confirmation Surgery III, Faloplastia: optimización de resultados y reducción de complicaciones, December 2, 2021, Mar del Plata, Argentina

233.  Government of India, Ministry of Health and Welfare, National AIDS Control Organization, Meeting with AIIMS on Gender Affirmation Care (GAC) Clinic Pilot Intervention, December 21,2021, New Delhi (virtual)

234.  Affirming Care for Gender Diverse Patients, Rosalind Franklin University, January 5, 2022, North Chicago, Il (Virtual by Zoom)

235.  Sub-Unit Transplantation, Penile Transplant, WSRM/ASRT Mini-Symposium VCA Transplant, World Society for Reconstructive Microsurgery/American Society for Reconstructive Transplantation/American Society for Reconstructive Microsurgery Annual Meeting, January 14, 2022, Carlsbad, CA

236.  Strategies for Penile Transplantation, American Society for Reconstructive Microsurgery, Annual Meeting, January 16, 2022, Carlsbad, CA

237.  ASRM/WSRM/ASRT Battle of the Frontiers: To Transplant or Not? Conventional Reconstruction (Phalloplasty), American Society for Reconstructive Microsurgery, Annual Meeting, January 16, 2022, Carlsbad, CA

238.  Strategies for Penile Innervation, American Society for Gender Surgeons, Annual Meeting, January 18, 2022, Carlsbad, CA

239.  Pathway To Informed Consent:  Vaginoplasty, Illinois Dept. of Corrections (virtual), February 10, 2022

240.  Gender Confirmation Surgery From Top to Bottom:  A Single Surgeon's 22 Year Experience, Where are We Now, Grand Rounds (virtual), Department of Plastic Surgery, University of South Florida, February 14, 2022

# Exhibit

# References

1.  Cori A. Agarwal et al., *Quality of Life Improvement After Chest Wall Masculinization in Female-To-Male Transgender Patients: A Prospective Study Using the BREAST-Q and Body Uneasiness Test*, 71 Journal of Plastic, Reconstructive & Aesthetic Surgery 651-657 (2018).

2.  American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders (DSM-5). Washington, DC (2013).

3.  M.G. Berry et al., *Female-To-Male Transgender Chest Reconstruction: A Large Consecutive, Single-Surgeon Experience*, 65 Journal of Plastic, Reconstructive & Aesthetic Surgery 711-719 (2012).

4.  Bränström & Pachankis, *Reduction in Mental Health Treatment Utilization among Transgender Individuals after Gender-affirming Surgeries: A Total Population Study*, Am J Psychiatry, 177: 727–734 (2020).

5.  Sara Bungener et al., *Sexual Experiences of Young Transgender Persons During and After Gender-Affirmative Treatment*, Pediatrics, 146(6) (2020), https://doi.org/10.1542/peds.2019-1411.

6.  Centers for Medicare & Medicaid Services, Decision Memo for Gender Dysphoria and Gender Reassignment Surgery (CAG-00446N) (2016).

7.  Michael L. Conforti et al., *Evaluation of Performance Characteristics of the Medicinal Leech (Hirudo medicinalis) for the Treatment of Venous Congestion*, 109 Plastic and Reconstructive Surgery 228-235 (2001).

8.  Melissa A. Crosby et al., *Outcomes of Partial Vaginal Reconstruction with Pedicled Flaps following Oncologic Resection*, 127 Plastic and Reconstructive Surgery 663-669 (2011).

9.  Nicholas G. Cuccolo et al., *Epidemiologic Characteristics and Postoperative Complications following Augmentation Mammaplasty: Comparison of Transgender and Cisgender Females*, 7 Plastic and Reconstructive Surgery – Global Open e2461 (2019).

10. Bruce L. Cunningham et al., *Analysis of Breast Reduction Complications Derived from the BRAVO Study*, 115 Plastic and Reconstructive Surgery 1597-1604 (2005).

11. Dep't of Health and Human Servs., Departmental Appeals Board, Appellate Div., NCD 140.3, Transsexual Surgery (2014).

12. Cecilia Dhejne et al., *Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden*, 6 PloS ONE e16885 (2011).

13. Violante Di Donato et al., *Vulvovaginal Reconstruction After Radical Excision From Treatment of Vulvar Cancer: Evaluation of Feasibility and Morbidity of Different Surgical Techniques*, 26 Surgical Oncology 511-521 (2017).

14. Miroslav L. Djordjevic et al., *Reversal Surgery in Regretful Male-to-Female Transsexuals After Sex Reassignment Surgery*, 13 The Journal of Sexual Medicine 1000-1007 (2016).

15. Jessica C. Emanu et al., *Erectile Dysfunction after Radical Prostatectomy: Prevalence, Medical Treatments, and Psychosocial Interventions*, Curr Opin Support Palliat Care, 10(1): 102–107 (March 2016); doi:10.1097/SPC.0000000000000195.

16. *Evidence-based Clinical Practice Guideline: Reduction Mammaplasty*, American Society of Plastic Surgeons.

17. Michael Fleming, Carol Steinman & Gene Bocknek, *Methodological Problems in Assessing Sex-Reassignment Surgery: A Reply to Meyer and Reter*, 9 Archives of Sexual Behavior 451-456 (1980).

18. Thomas W. Gaither et al., *Postoperative Complications following Primary Penile Inversion Vaginoplasty among 330 Male-to-Female Transgender Patients*, 199 Journal of Urology 760-765 (2018).

19. Charles Galanis et al., *Microvascular Lifeboats: A Stepwise Approach to Intraoperative Venous Congestion in DIEP Flap Breast Reconstruction*, 134 Plastic and Reconstructive Surgery 20-27 (2014).

20. *Good Practice Guidelines for the Assessment and Treatment of Adults with Gender Dysphoria*, Royal College of Psychiatrists 1-59 (2013).

21. Miriam Hadj-Moussa et al., *Feminizing Genital Gender-Confirmation Surgery*, 6 Sexual Medicine Reviews 457-468.e2 (2018).

2

**JA860**

22.    Phillip C. Haeck et al., *Evidence-Based Patient Safety Advisory: Patient Selection and Procedures in Ambulatory Surgery*, 124 Plastic and Reconstructive Surgery 6S-27S (2009).

23.    Hayes Directory, *Sex Reassignment Surgery for the Treatment of Gender Dysphoria* (Aug. 2018).

24.    Lene Nyhøj Heidemann et al., *Complications following Nipple-Sparing Mastectomy and Immediate Acellular Dermal Matrix Implant-based Breast Reconstruction—A Systematic Review and Meta-analysis*, 6 Plastic and Reconstructive Surgery – Global Open e1625 (2018).

25.    Wylie C Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102 The Journal of Clinical Endocrinology & Metabolism 3869-3903 (2017).

26.    C. Herlin et al., *Leech Therapy In Flap Salvage: Systematic Review and Practical Recommendations*, 62 Annales de Chirurgie Plastique Esthétique e1-e13 (2017).

27.    Jochen Hess et al., *Satisfaction With Male-to-Female Gender Reassignment Surgery*, Deutsches Aerzteblatt Online (2014).

28.    Rayisa Hontscharuk et al., *Penile Inversion Vaginoplasty Outcomes: Complications and Satisfaction*, Andrology (2021). Doi: 10.1111/andr.13030. Epub ahead of print. PMID: 33955679.

29.    Rayisa Hontscharuk et al., *Perioperative Transgender Hormone Management: Avoiding Venous Thromboembolism and Other Complications*, 147 Plastic & Reconstructive Surgery 1008-1017 (2021). Doi: 10.1097/PRS.0000000000007786. PMID: 33776045.

30.    Sophie E.R. Horbach et al., *Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques*, 12 The Journal of Sexual Medicine 1499-1512 (2015).

31.    Alireza Hamidian Jahromi et al., *An Updated Overview of Gender Dysphoria and Gender Affirmation Surgery: What Every Plastic Surgeon Should Know*, World Journal of Surgery (2021). Doi: 10.1007/s00268-021-06084-6. Epub ahead of print. PMID: 33796924.

**JA861**

32.   Alireza Hamidian Jahromi et al., *Review of Telemedicine in Transgender Care: A Twenty-First–Century Beckoning*, by Malke Asaad et al., 147 Plastic and Reconstructive Surgery 898e-899e (2021).

33.   Tamara Syrek Jensen et al., Final Decision Memorandum on Gender Reassignment Surgery for Medicare Beneficiaries with Gender Dysphoria, Centers for Medicare & Medicaid Services (2016).

34.   The Joint Commission, National Patient Safety Goal for suicide prevention, R3 Report | Requirement, Rationale, Reference, updated May 6, 2019.

35.   Isabelle F. P. M. Kappen et al., *Quality of Life and Patient Satisfaction in Adults Treated for a Cleft Lip and Palate: A Qualitative Analysis*, 56 The Cleft Palate-Craniofacial Journal 1171-1180 (2019).

36.   Megan Lane et al., *Trends in Gender-Affirming Surgery in Insured Patients in the United States*, 6 Plastic and Reconstructive Surgery – Global Open e1738 (2018).

37.   Ricardo Lara, California Insurance Commissioner, "Enactment of Senate Bill 855 – Submission of Health Insurance Policies for Compliance Review" (2020), http://www.insurance.ca.gov/0250-insurers/0300-insurers/0200-bulletins/bulletin-notices-commiss-opinion/upload/Notice-to-Health-Insurers-re-Requirements-of-Senate-Bill-855.pdf.

38.   Z-Hye Lee et al., *Quantifying Outcomes for Leech Therapy in Digit Revascularization and Replantation*, 44 Journal of Hand Surgery (European Volume) 414-418 (2019).

39.   Albert Leriche et al., *Long-term Outcome of Forearm Flee-Flap Phalloplasty in the Treatment of Transsexualism*, 101 BJU International 1297-1300 (2008).

40.   Sheera F Lerman et al., *Suicidality After Burn Injuries: A Systematic Review*, 42 Journal of Burn Care & Research 357-364 (2021).

41.   Oscar J. Manrique et al., *Complications and Patient-Reported Outcomes in Male-to-Female Vaginoplasty—Where We Are Today*, 80 Annals of Plastic Surgery 684-691 (2018).

42.   Adrian McArdle et al., *Vaginal Reconstruction Following Radical Surgery for Colorectal Malignancies: A Systematic Review of the Literature*, 19 Annals of Surgical Oncology 3933-3942 (2012).

4

**JA862**

43.   Travis J. Miller et al., *Breast Augmentation in Male-to-Female Transgender Patients: Technical Considerations and Outcomes*, 21 JPRAS Open 63-74 (2019).

44.   Leslie L. Montgomery et al., *Issues of Regret in Women With Contralateral Prophylactic Mastectomies*, 6 Annals of Surgical Oncology 546-552 (1999).

45.   Shane D. Morrison et al., *Phalloplasty: A Review of Techniques and Outcomes*, 138 Plastic and Reconstructive Surgery 594-615 (2016).

46.   Sasha Karan Narayan et al., *Guiding the Conversation—Types of Regret After Gender-Affirming Surgery and Their Associated Etiologies*, 9 Annals of Translational Medicine 605-616 (2021).

47.   Emily Newfield et al., *Female-to-Male Transgender Quality of Life*, 15 Quality of Life Research 1447-1457 (2006).

48.   Dennis P. Orgill, Review of *Medicinal Leech Therapy*, by Andreas Michalsen et al., 120 Plastic and Reconstructive Surgery 808 (2007).

49.   William V. Padula et al., *Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis*, 31 Journal of General Internal Medicine 394-401 (2015).

50.   Nikolaos A. Papadopulos et al., *Male-to-Female Sex Reassignment Surgery Using the Combined Technique Leads to Increased Quality of Life in a Prospective Study*, 140 Plastic and Reconstructive Surgery 286-294 (2017).

51.   Amanda Roberts et al., *Reoperation cascade in postmastectomy breast reconstruction and its associated factors: Results from a long-term population-based study*, J. Surg. Oncol., 2020 Dec;122(7):1300-1306 (Dec. 2020), doi: 10.1002/jso.26166.

52.   Ara A. Salibian et al., *Vaginal Canal Reconstruction in Penile Inversion Vaginoplasty with Flaps, Peritoneum, or Skin Grafts: Where Is the Evidence?*, 147 Plastic & Reconstructive Surgery 634e-643e (2021).

53.   Agnes Gereben Schaefer et al., *The Implications of Allowing Transgender Personnel to Serve Openly in the U.S. Military*. Santa Monica, CA: RAND Corporation (2016).

54.   Maryam Saheb-Al-Zamani et al., *Early Postoperative Complications From National Surgical Quality Improvement Program: A Closer Examination of*

**JA863**

*Timing and Technique of Breast Reconstruction*, Ann. Plast. Surg., 86(3S Suppl 2):S159-S164 (March 2021), doi: 10.1097/SAP.0000000000002590.

55.   Loren S. Schechter, *Discussion: Quantifying the Psychosocial Benefits of Masculinizing Mastectomy in Trans Male Patients with Patient-Reported Outcomes: The University of California, San Francisco, Gender Quality of Life Survey*, 147 Plastic & Reconstructive Surgery 741e-742e (2021).

56.   Loren S. Schechter, *Surgical Management of the Transgender Patient*, Surgical Therapy,17–24 (2016)

57.   Loren S. Schechter, *The Surgeon's Relationship with the Physician Prescribing Hormones and the Mental Health Professional: Review for Version 7 of the World Professional Association for Transgender Health's Standards of Care*, 11 International Journal of Transgenderism 222-225 (2009).

58.   Loren S. Schechter et. al., *Uterine Transplantation and Donation in Transgender Individuals; Proof of Concept*, International Journal of Transgender Health 1-11 (2021).

59.   Science AMA Series: I'm Cecilia Dhejne a fellow of the European Committee of Sexual Medicine, from the Karolinska University Hospital in Sweden. I'm here to talk about transgender health, suicide rates, and my often misinterpreted study. Ask me anything!, Reddit.com, July 27, 2017 05:14, 30T https://www.reddit.com/r/science/comments/6q3e8v/science_ama_series_im_c ecilia_dhejne_a_fellow_of30T.

60.   Iris Seitz et al., *Successful Tongue Replantation Following Segmental Autoamputation Using Supermicrosurgical Technique*, 02 Journal of Reconstructive Microsurgery Open e132-e135 (2017).

61.   Rikke Kildevæld Simonsen et al., *Long-term follow-up of individuals undergoing sex reassignment surgery: Psychiatric morbidity and mortality*, 70 Nordic Journal of Psychiatry 241-247 (2016).

62.   Elizabeth M. Swisher et al., *Prophylactic Oophorectomy and Ovarian Cancer Surveillance*, 46 The Journal of Reproductive Medicine 87-94 (2001).

63.   U.S. Dep't of Health & Human Servs., Departmental Appeals Bd., Appellate Division NCD 140.3, Docket No. A-13-87, Decision No. 2576 (May 30, 2014).

**JA864**

64.     Tim C. van de Grift et al., *Body Image in Transmen: Multidimensional Measurement and the Effects of Mastectomy*, 13 The Journal of Sexual Medicine 1778-1786 (2016).

65.     H. P. Versteegh et al., *Postoperative Complications After Reconstructive Surgery for Cloacal Malformations: A Systematic Review*, 19 Techniques in Coloproctology 201-207 (2015).

66.     *What does the scholarly research say about the effect of gender transition on transgender well-being?* What We Know (2021), https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

67.     Romain Weigert et al., *Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals*, 132 Plastic and Reconstructive Surgery 1421-1429 (2013).

68.     Aaron L. Wiegmann et al., *The Affordable Care Act and Its Impact on Plastic and Gender-Affirmation Surgery*, 147 Plastic & Reconstructive Surgery 135e-153e (2020).

69.     Martin Wiener et al., *A New Approach to an Old Flap: A Technique to Augment Venous Drainage from the Paramedian Forehead Flap*, 143 Journal of the of the American Society of Plastic Surgeons 269-271 (2019).

70.     Chantal M. Wiepjes et al., *The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in Prevalence, Treatment, and Regrets*, 15 The Journal of Sexual Medicine 582-590 (2018).

71.     World Professional Association for Transgender Health, Mission and Vision, https://www.wpath.org/about/mission-and-vision.

72.     World Professional Association for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People*, 7th Ed. (2011).

73.     Lingyun Xiong et al., *Free flaps for reconstruction of soft tissue defects in lower extremity: a meta-analysis on microsurgical outcome and safety*, Microsurgery, 36(6):511-24 (Sept. 2016); doi: 10.1002/micr.30020.

**JA865**

74.    Toni Zhong et al., *Decision Regret Following Breast Reconstruction: The Role of Self-Efficacy and Satisfaction With Information in the Preoperative Period*, 132 Plastic and Reconstructive Surgery 724e-734e (2013).

```
                                                        Page 1

 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                       HUNTINGTON DIVISION
 4
 5   CHRISTOPHER FAIN; ZACHARY    )
     MARTELL; BRIAN MCNEMAR, SHAWN )
 6   ANDERSON a/k/a SHAUNTAE       )
     ANDERSON and LEANN JAMES,     )        Civil Action No.
 7   individually and on behalf of )
     all others similarly          )         3:20-cv-00740
 8   situated,                     )
                                   )
 9              Plaintiffs,        )
                                   )
10   vs.                           )
                                   )
11   WILLIAM CROUCH, in his        ) REMOTE VIDEOTAPED DEPOSITION OF
     official capacity as Cabinet  )
12   Secretary of the West         )    JOHANNA OLSON-KENNEDY, M.D.
     Virginia Department of Health )
13   and Human Resources; CYNTHIA  )         April 25, 2022
     BEANE, in her official        )
14   capacity as Commissioner for  )
     the West Virginia Bureau for  )
15   Medical Services; WEST        )
     VIRGINIA DEPARTMENT OF HEALTH )
16   AND HUMAN RESOURCES, BUREAU   )
     FOR MEDICAL SERVICES; JASON   )
17   HAUGHT, in his official       )
     Capacity as Director of the   )
18   West Virginia Public          )
     Employees Insurance Agency;   )
19   and THE HEALTH PLAN OF WEST   )
     VIRGINIA, INC.,               )
20                                 )
                Defendants.        )
21   _____)
22
23
24
25   Reported By: Amy E. Simmons, CSR, RPR, CRR, CRC
```

Page 2

```
 1              REMOTE VIDEOTAPED DEPOSITION OF
 2                 JOHANNA OLSON-KENNEDY, M.D.
 3
 4        BE IT REMEMBERED that the remote videotaped
 5   deposition of JOHANNA OLSON-KENNEDY, M.D., was taken via
 6   videoconference by the Defendants before Veritext Legal
 7   Solutions, Amy E. Simmons, Court Reporter and Notary
 8   Public in and for the County of Ada, State of Idaho, on
 9   Monday, the 25th day of April, 2022, commencing at the
10   hour of 8:39 a.m. Pacific Daylight Time in the
11   above-entitled matter.
12
13
14   APPEARANCES (Remotely):
15
     For the Plaintiffs:   LAMBDA LEGAL DEFENSE
16                         AND EDUCATION FUND, INC.
                           By:  Tara L. Borelli, Esq.
17                         1 West Court Square, Suite 105
                           Decatur, Georgia  30030
18                         Telephone:  (404) 897-1880
                           Facsimile:  (404) 506-9320
19                         tborelli@lambdalegal.org
20
                           LAMBDA LEGAL DEFENSE
21                         AND EDUCATION FUND, INC.
                           By:  Avatara Smith-Carrington, Esq.
22                         3500 Oak Lawn Avenue, Suite 500
                           Dallas, Texas  75219-6722
23                         Telephone:  (214) 219-8585
                           Facsimile:  (214) 219-4455
24                         asmithcarrington@lambdalegal.com
25
```

```
                                                        Page 3
 1    APPEARANCES (Contd.):
 2
      For the Plaintiffs:   THE EMPLOYMENT LAW CENTER
 3                          By:  Walt Auvil, Esq.
                            1208 Market Street
 4                          Parkersburg, West Virginia 26101
                            Telephone:  (304) 485-3058
 5                          Facsimile:  (304) 485-6344
                            auvil@theemploymentlawcenter.com
 6
 7    For the Defendants:   SHUMAN MCCUSKEY SLICER, PLLC
                            By:  Caleb B. David, Esq.
 8                          Post Office Box 3953
                            Charleston, West Virginia  25339
 9                          Telephone:  (304) 345-1400
                            Facsimile:  (304) 343-1826
10                          cdavid@shumanlaw.com
11
      Videographer:         Jonathan Hernandez
12
13    Also Present:         Michele Clanton-Lockhart
14
15
16
17
18
19
20
21
22
23
24
25
```

DEPOSITION OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S

Page 98

```
 1         So I think what is important is thinking
 2   about what people are balancing when they make
 3   those decisions.
 4         Q.   (BY MR. DAVID)  Is there a more
 5   significant post-surgical period of recovery for a
 6   genital surgery than there is for a chest surgery?
 7              MS. BORELLI:  Objection; form.
 8              THE WITNESS:  Generally speaking,
 9   absolutely.
10         Q.   (BY MR. DAVID)  And as a foundational
11   question, I assume that when you are referring a
12   patient for a surgical consultation for
13   gender-affirming surgery, that is to treat gender
14   dysphoria, correct?
15              MS. BORELLI:  Objection; form.
16              THE WITNESS:  That's correct in my
17   practice, yes.
18         Q.   (BY MR. DAVID)  And so the goal would be
19   to reduce the distress associated with -- sticking
20   with chest surgery -- the stress associated with
21   that person's chest; is that right?
22              MS. BORELLI:  Objection; form.
23              THE WITNESS:  That's correct.
24         Q.   (BY MR. DAVID)  Are there other risks
25   that you are hoping that will be reduced as a
```

Page 207

1                    REPORTER'S CERTIFICATE

2

STATE OF IDAHO   )

3                 )  ss.

COUNTY OF ADA     )

4

5        I, AMY E. SIMMONS, Certified Shorthand Reporter

6    and Notary Public in and for the State of Idaho, do

7    hereby certify:

8        That prior to being examined, the witness named in

9    the foregoing deposition was by me duly sworn remotely to

10   testify to the truth, the whole truth and nothing but the

11   truth;

12       That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to typewriting under my direction, and

15   that the foregoing transcript contains a full, true

16   and verbatim record of said deposition.

17       I further certify that I have no interest in the

18   event of the action.

19       WITNESS my hand and seal this 10th day of May,

20   2022.

21

                              AMY E. SIMMONS

22                            CSR, RPR, CRR, CRC and Notary

                              Public in and for the

23                            State of Idaho.

24

25   My Commission Expires: 06-13-2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| CHRISTOPHER FAIN, *et al.*, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 3:20-cv-00740 |
| | HON. ROBERT C. CHAMBERS, JUDGE |
| *Plaintiffs*, | |
| v. | |
| WILLIAM CROUCH, *et al.*, | |
| *Defendants*. | |

**EXPERT REBUTTAL REPORT OF DR. JOHANNA OLSON-KENNEDY, M.D., M.S.**

I, Johanna Olson-Kennedy, M.D., M.S., declare as follows:

1.      My name is Johanna Olson-Kennedy.  I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.      I have been asked by Plaintiffs' counsel to provide my expert opinion on gender identity, the treatment and diagnosis of gender dysphoria, particularly as it pertains to children and adolescents, and to respond to, rebut, and provide my expert opinion regarding the report by Dr. Stephen B. Levine in this case ("Levine Report").

3.      I have actual knowledge of the matters stated herein.  If called to testify in this matter, I would testify truthfully and based on my expert opinion.

**I.      BACKGROUND AND QUALIFICATIONS**

4.      I received my Doctor of Medicine (M.D.) degree from the Chicago Medical School in 1997.  In 2000, I completed my residency in pediatrics at the Children's Hospital of

**JA872**

Orange County, California, and from 2000 to 2003, I was a Fellow in adolescent medicine at the Children's Hospital of Los Angeles.

5.     I have been a licensed physician in California since 2000 and am Double Board Certified by the American Board of Pediatrics in Pediatrics and in Adolescent Medicine.  I specialize in the care of transgender youth and gender diverse children, and am currently the Medical Director of the Center for Transyouth Health and Development, in the Division of Adolescent Medicine at the Children's Hospital in Los Angeles, California.  The Center is one of the largest clinics in the United States for transgender youth and provides gender diverse youth with both medical and mental health services, including consultation for families with gender diverse children and routine use of medications to suppress puberty in peri-pubertal youth (i.e., youth at the onset of puberty), gender affirming hormone use for masculinization and feminization as well as surgical referrals.  Under my direction, the Center conducts rigorous research aimed at understanding the experience of gender diversity and gender dysphoria from childhood through early adulthood.

6.     Over the course of my work with this population during the past 16 years, I have provided services for approximately 1,000 young people and their families, and currently have an active panel of around 650 patients of varying ages, up to 25 years old.

7.     I have been awarded research grants to examine the impact of early interventions, including puberty-delaying treatment and gender affirming hormones, on the physiological and psychosocial development of gender diverse and transgender youth.  I have lectured extensively on the treatment and care of gender diverse children and transgender adolescents, including topics such as pubertal suppression, gender affirming hormone therapy, transitioning teens and the adolescent experience, age considerations in administering hormones, and the needs, risks,

and outcomes of hormonal treatments. I have published numerous articles and chapters, both peer reviewed and non-peer reviewed, on transgender health-related issues.

8.     I am currently the principal investigator on a multisite NIH grant which recently received funding to continue, for an additional 5 years, an ongoing study examining the impact of gender affirming medical care for transgender youth on physiologic and psychological health and well-being. The first five years have already been completed. This is the first study of its kind in the U.S. to determine longitudinal outcomes among this population of vulnerable youth. The study to date has yielded approximately 26 manuscripts.

9.     I am an Associate Professor at the Keck School of Medicine at the University of Southern California and attending physician at Children's Hospital of Los Angeles. I have been a member of the World Professional Association for Transgender Health (WPATH) since 2010, and a Board Member of the U.S. Professional Association for Transgender Health (USPATH) since 2017. I am also a member of the Society for Adolescent Health and Medicine and the American Academy of Pediatrics. In addition, I am a member of the LGBT Special Interest Group of the Society for Adolescent Health and Development.

10.     I am the 2014 Recognition Awardee for the Southern California Regional Chapter of the Society for Adolescent Health and Medicine.

11.     In 2019, I was invited by the University of Bristol as a Benjamin Meaker visiting professor, the purpose of which is to bring distinguished researchers from overseas to Bristol in order to enhance the research activity of the university.

12.     In preparing this report, I have relied on my training and years of research and clinical experience, as set out in my curriculum vitae, and on the materials listed therein. A true and accurate copy of my curriculum vitae is attached hereto as Exhibit A. It documents my

education, training, research, and years of experience in this field and includes a list of publications.

13.    I have also reviewed the materials listed in the attached bibliography (Exhibit B). The sources cited therein are authoritative, scientific peer-reviewed publications. I generally rely on these materials when I provide expert testimony, and they include the documents specifically cited as supportive examples in particular sections of this declaration.

14.    In addition, I have reviewed the First Amended Complaint in this case and the report by Dr. Levine.

15.    The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

**Prior Testimony**

16.    In the last four years, I have testified as an expert at trial or by deposition in the following cases: *Kadel v. Folwell*, Case No. 1:19-cv-00272-LCB-LPA (M.D.N.C.); *In the interest of JA.D.Y. and JU.D.Y.*, Children, Case No. DF-15-09887 (255th Jud. District Ct., Dallas Cty., Tex.); and *Paul E. v. Courtney F.*, No. FC2010-051045 (Superior Ct., Maricopa Cty., Ariz.).

**Compensation**

17.    I am being compensated for my work on this matter at a rate of $200.00 per hour for preparation of declarations and expert reports, as well as any pre-deposition and/or pre-trial

preparation and any deposition testimony or trial testimony.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

## II.   EXPERT OPINIONS[1]

### A.   Gender Identity

18.   Gender identity, often simply termed "gender," is a distinct characteristic and is defined as one's internal sense of being male, female, both, neither, or some other gender identity.  It has a strong biological basis.  Every person has a gender identity.  The term cisgender refers to a person whose gender identity matches their sex assigned at birth.  The term transgender refers to a person whose gender identity does not match their sex assigned at birth.

19.   Historically, "gender" was equated with a person's sex assigned at birth, which refers to the sex assigned to a person when they are born, generally based on external genitalia.  However, a more contemporary understanding of gender shows that one's gender identity may differ from one's sex assigned at birth.

20.   While both gender identity and sex are often assumed and treated as binary and oppositional, they are more accurately experienced as along a spectrum.  For example, there are multiple sex characteristics, such as genitalia, chromosomal makeup, hormones, and variations in brain structure and function.  For some of these characteristics there is significant variance as reflected by the dozens of intersex mechanisms and varying gender identities.  Additionally, not all sex characteristics, including gender identity, are always in alignment.  Accordingly, the Endocrine Society Guidelines, state that, "As these may not be in line with each other (*e.g.*, a

---

[1] Subsections A and B of this report explain several concepts and provide some necessary background information that is necessary to understand the more specific critiques of the report by Dr. Levine that I lay out in subsection C.

person with XY chromosomes may have female-appearing genitalia), the terms biological sex
and biological male or female are imprecise and should be avoided."

21.    As early as 1966 it has been understood that gender identity cannot be changed.
Efforts to do so have been shown to be unsuccessful and harmful.

22.    "Conversion" or "reparative" therapy refers to the practice of attempting to
change an individual's sexual orientation and attractions from members of the same sex to those
of the other sex.  A similar model of therapy for individuals with a transgender identity or
experience has historically been an approach promoted by some individuals, such as Dr. Levine,
notwithstanding its ineffectiveness and harmful effects.  Accordingly, 20 states and the District
of Columbia have banned reparative therapy for youth, and major medical organizations have
issued statements deeming the practice to be unethical.

23.    A Williams Institute report published in 2018 estimates that just under 700,000
LGBT individuals in the United States have undergone "conversion therapy" at some point in
their lifetime, about half of those during adolescence.  Because some psychiatrists and
sexologists working in the 1960's and 70's perpetuated the idea that being transgender was likely
the result of a pathological early childhood experience, many professionals and lay community
members continue to believe that gender is malleable.  Tactics have ranged from simple
redirection, thought pattern alteration or hypnosis to aversion techniques including induction of
vomiting, nausea, paralysis, or electric shocks to change the expression, behavior, and assertion
of one's authentic gender.  (Mallory, et al., 2019).  However, multiple studies show that gender
identity has a strong biological basis and cannot be changed.  As such, reparative therapy is both
ineffective and harmful for transgender and gender diverse youth.

    **B.    Gender Dysphoria and its Treatment**

6

**JA877**

24.    Gender Dysphoria (GD) is a serious medical condition characterized by distress due to a mismatch between assigned birth sex and a person's internal sense of their gender.  By definition this diagnosis applies to transgender people, not cisgender people.  GD was formerly categorized as Gender Identity Disorder (GID) but the condition was renamed in May 2013, with the release by the American Psychiatric Association (APA)'s fifth edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-V).  In announcing this change, the APA explained that in addition to the name change, the criteria for the diagnosis were revised "to better characterize the experiences of affected children, adolescents, and adults."  The APA further stressed that "gender nonconformity is not in itself a mental disorder.  The critical element of gender dysphoria is the presence of clinically significant distress associated with the condition."

25.    On May 25, 2019, the World Health Assembly approved International Classification of Diseases (ICD) version 11 that had been published by the World Health Organization in 2018.  In this newest version of the ICD, all transgender-related diagnostic codes were removed from the chapter "Mental and Behavioral Disorders," and the code "Gender incongruence" was included in a new chapter "Conditions related to sexual health."  These codes replaced the outdated "Gender Identity Disorder of childhood" (F64.2), "Gender Identity Disorder not otherwise specified" (F64.9), "transsexualism" (F64.0), and "Dual-role transvestism" (F64.1) codes which perpetuated the idea that patients seeking and undergoing medical interventions for this medical condition are mentally ill.  (Suess Schwend, 2020).

26.    For a person to be diagnosed with GD, there must be a marked difference between the individual's expressed/experienced gender and their assigned sex at birth , present for at least

six months.  In children, the desire to be of the other gender must be present and verbalized.[2]
The condition must cause clinically significant distress or impairment in social, occupational, or
other important areas of functioning.

27.    The World Professional Association of Transgender Health (WPATH) has clear
recommendations for the health of transgender and gender non-conforming people in what is
now the Standards of Care version 7.  The SOC are based on the best available science and
expert professional consensus.  They are currently under revision to create an updated version 8.
The WPATH Standards of Care have been endorsed and cited as authoritative by most major
medical associations in the United States, including the American Medical Association, the
American Psychiatric Association, the American Psychological Association, the Endocrine
Society, the Pediatric Endocrine Society, the American College of Physicians, and the American
Academy of Family Physicians, among others.

28.    The UCSF Center for Excellence in Transgender Care as well as the Endocrine
Society have both published comprehensive guidelines for the care of transgender and non-
binary individuals that are largely consistent with the WPATH Standards of Care.

29.    There are a significant number of *pre-pubertal* children who demonstrate an
interest or preference for clothing, toys, and games that are stereotypically of interest to members
of the "other" gender.  Some of these children are transgender and some are not.  It is the study
of such *pre-pubertal* children that has created confusion about the persistence of gender
dysphoria into adolescence and adulthood.  Specifically, the *pre-pubertal* children who were the

---

[2] Notably, the DSM-IV included a separate diagnosis for GID in children, which required the
child to display a number of behaviors stereotypical of the non-natal gender.  That diagnosis, and
its list of behavioral requirements, have been deleted from the DSM-V and replaced by updated
and more precise diagnostic criteria.

subject of research endeavors in the late 20th century included both of these groups of children, those that would have met current criteria for a diagnosis of "Gender Dysphoria in Children" and those who would be considered "sub-threshold" for this diagnosis.  At the time of these studies, criteria B had not yet been added to the diagnosis, which is "the presence of clinically significant distress associated with the condition."  In addition, the criteria for then-used "gender identity disorder in children" diagnosis did not require a child to have "a strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender)," which the current "gender dysphoria in children" diagnosis does.  Thus, given the broader criteria used at the time, it is unsurprising that some of the research undertaken toward the end of the 20th century demonstrated that most children who exhibited gender-nonconforming behavior did not go on to have a transgender identity in adolescence.  Yet, notwithstanding its inapplicability and faulty underpinnings, this "evidence" has been used to argue against gender affirmation for children and adolescents.

30.    In any event, these arguments are wholly irrelevant to the question of coverage and provision of medical care as treatment for GD.  That is because the majority of desistance research to date is among gender non-conforming pre-pubescent children, and my clinical experience has been that if gender dysphoria and gender identification with a gender other than that recorded at birth persists into adolescence, then desistance is incredibly rare.  No medical or surgical treatments are recommended for *pre-pubertal* children.

31.    Additionally, no studies have ever demonstrated that gender affirmation in childhood "leads to" a child being transgender who otherwise might not have been.  Studies have demonstrated that the majority of youth whose GD and cross-gender identity continue to be present in adolescence, or those whose GD emerges in adolescence, are highly unlikely to

9

**JA880**

identify and live as cisgender individuals.  Youth with GD, particularly those who are unaffirmed and denied care, are at high risk for depression, anxiety, isolation, self-harm and suicidality at the onset of puberty-related changes that feel wrong to them.

32.     In his report, Dr. Levine discusses a number of approaches to care, though he fails to properly describe them and to discuss their limitations.

33.     One of the approaches discussed by Dr. Levine is also known as "reparative" or "corrective" therapy.  As discussed above, this so-called "therapy" has proven to be ineffective at best, and harmful at worst, and has been deemed to be unethical.

34.     **"Redirection" –** Under this approach, advocated by people like Dr. Levine, a mental health therapist would encourage caregivers to use positive reinforcement to try to "redirect" children toward behavior that is more typical of their birth-designated sex or less gender specific.  Underlying this approach is the assumption that a child's gender identity is malleable through social interventions. The goal of redirection is thus to eliminate gender-diverse desires and expressions over time, and to try to prevent the transgender child from being transgender.  This approach is not recommended because negative reinforcement (e.g., shaming the child for gender diverse expression) has substantial negative mental and social health consequences.  (Turban and Ehrensaft, 2018; Ehrensaft, 2017).  It also ignores that gender identity is innate and cannot be involuntarily changed.

35.     **Wait-and-see –** The wait-and-see approach (also called watchful waiting) involves waiting to see if the child's gender identity will change as the child gets older.  This approach typically recommends that caregivers prohibit a prepubertal social transition but may allow cross-gender play and clothing within the home or support both masculine and feminine activities as the child explores their interests in other social settings.  The wait-and-see approach

assumes that gender is binary and becomes fixed at a certain age; it pathologizes gender diversity. It is distinguished from following the child's lead, an affirming approach that allows the child to present in the gender role that feels correct and moves at a pace that is largely directed by the child. This watchful waiting approach ignores evidence that young children thrive when given permission to live in the gender that is most authentic to them and are at risk for symptomatic behaviors if prevented from doing so. (Ehrensaft, 2017).

36.    **Affirmation** – The affirmative approach considers no gender identity outcome: transgender, cisgender, or otherwise, to be preferable. (Turban and Ehrensaft, 2018). It permits a child to explore gender development and self-definition within a safe setting. A fundamental concept of this approach is that gender diversity is not a mental illness. The gender affirmative model is defined as a method of therapeutic care that includes allowing children to speak for themselves about their self-experienced gender identity and expressions and providing support for them to evolve into their authentic gender selves, no matter at what age. Under this model, a child's self-report is embedded within a collaborative model with the child as subject and the collaborative team including the child, parents, and professionals. Support is not characterized by "encouraging" children or youth to be transgender or not, but rather by allowing children who express a desire to undergo a social transition (which may include changing names, pronouns, clothing, hairstyles, etc.) to do so. **For children who have not yet reached puberty, medical intervention is unnecessary and unwarranted.** After the onset of puberty medical interventions such as puberty blockers, and later hormones and surgery may be appropriate.

37.    While some argue that gender affirmation leads a child or adolescent down a path of inevitable transgender identity, no such evidence exists, either in the scientific or the clinical

setting.  To the contrary, studies show that gender identification does not meaningfully differ before and after social transition.  (Rae, et al., 2019).

38.    Under both the "wait and see" and affirmative care models, as understood in the scientific literature, medical care is recommended following the onset of puberty.  (Ehrensaft, 2017).

39.    The most effective treatment for adolescents and young adults with GD, in terms of both their mental and medical health, contemplates an approach allowing each patient to access care based on their particular need.  Medical and surgical treatment interventions are determined by the care team (usually a medical and mental health professional) in collaboration with the patient, and the patient's family.  These medical decisions are made by the care team in conjunction with the patient and the patient's family and consider the patient's social situation, the level of gender dysphoria, developmental stage, chronologic age, existing medical conditions, and other relevant factors.  Sometimes treatment begins with puberty delaying medications (also referred to as puberty blockers), later followed by gender affirming hormones. Most youth accessing treatment are already well into or have completed puberty.  Gender-affirming genital surgeries are generally sought after hormone treatment has commenced.

40.    *Puberty blockers:* The beginning signs of puberty in transgender youth (the development of breast buds in birth-assigned females and increased testicular volume in birth-assigned males) is often a painful and sometimes traumatic experience that brings increased body dysphoria and the potential development of a host of comorbidities including depression, anxiety, substance abuse, self-harming behaviors, social isolation, high-risk sexual behaviors, and increased suicidality.  Puberty blocking, which involves the administration of gonadotrophin-releasing hormone analogues (GnRH), essentially pauses puberty, thereby

allowing the young person an opportunity to explore gender without having to experience the anxiety and distress associated with developing the undesired secondary sexual characteristics. In addition, for parents/guardians uneducated about gender diversity and/or who have only recently become aware of their child's transgender identity, puberty blockers provide additional time and opportunity to integrate this new information into their own experience and to develop skills to support their child. Puberty suppression also has the benefit of potentially rendering obsolete some gender-affirming surgeries down the line, such as male chest reconstruction, tracheal shave, facial feminization, and vocal cord alteration, which otherwise would be required to correct the initial "incorrect" puberty.

41.     Puberty suppression has been used safely for decades in children with other medical conditions and is a reversible intervention. If the medication is discontinued, the young person continues their endogenous puberty several months after puberty suppression is discontinued. The "Dutch protocol," developed from a study conducted in the Netherlands and published in 2006, calls for the commencement of puberty blockers for appropriately diagnosed and assessed gender dysphoric youth as early as 12 years of age. (de Vries, et al., 2014). Both the Endocrine Society and the WPATH's Standards of Care, however, recommend initiation of puberty suppression at the earliest stages of puberty (usually, Tanner 2, assuming someone is engaged in services before or around this time), regardless of chronological age, in order to avoid the stress and trauma associated with developing secondary sex characteristics of the natal sex.

42.     A growing body of evidence that demonstrates the positive impact of pubertal suppression in youth with GD on psychological functioning including a decrease in behavioral and emotional problems, a decrease in depressive symptoms, and improvement in general functioning. (Turban, et al., 2020; de Vries, et al., 2014).

43.    Puberty-delaying treatment, thus, affords youth the opportunity to undergo a single, correct pubertal process and avoid many of the surgical interventions previously necessary for assimilation into an authentic gender role.  It is a simple reversible intervention that has the capacity to improve health outcomes and save lives.  Over the course of my work in the past sixteen years with gender diverse and transgender youth, I have prescribed hormone suppression for over 300 patients.  All of those patients have benefitted from putting their endogenous puberty process on pause, even the small handful who discontinued GnRH analogues and went through their endogenous puberty.  Many of these young people were able to matriculate back into school environments, begin appropriate peer relationships, participate meaningfully in therapy, and family functions.  Children who had contemplated or attempted suicide or self-harm (including cutting and burning) associated with monthly menstruation or the anxiety about their voice dropping were offered respite from those dark places of despair.  GnRH analogues for puberty suppression are, in my opinion, a sentinel event in the history of transgender medicine, and have changed the landscape almost as much as the development of synthetic hormones.

44.    *Gender affirming hormones:* Cross-gender or gender affirming hormone therapy involves administering steroids of the experienced sex (i.e., their gender identity) (estrogen for transfeminine individuals and testosterone for transmasculine individuals).  The purpose of this treatment is to attain the appropriate masculinization or feminization of the transgender person to achieve a gender phenotype that matches as closely as possible to their gender identity.  Gender affirming hormone therapy is a partially reversible treatment in that some of the effects produced by the hormones are reversible (e.g., changes in body fat composition, decrease in facial and body hair) while others are irreversible (e.g., deepening of the voice, breast development).

14
**JA885**

Eligibility and medical necessity should be determined case-by-case, based on an assessment of the youth's unique cognitive and emotional maturation and ability to provide knowing and informed consent. The decision would be made only after a careful review with the youth and parents/guardians of the potential risks and benefits of hormone therapy. The youth's primary care provider, therapist, or another experienced mental health professional can help document and confirm the patient's history of gender dysphoria, the medical necessity of the intervention, and the youth's readiness to transition medically.

45.    *Gender-affirming surgeries:* Some transgender individuals need surgical interventions to help bring their phenotype into alignment with their gender. Surgical interventions may include vaginoplasty, tracheal shave, liposuction, breast implants, and orchiectomy for transfeminine individuals and chest reconstruction, hysterectomy, oophorectomy, salpingectomy, construction of neo-scrotum, and metoidioplasty or phalloplasty for transmasculine individuals.

46.    The current WPATH Standards of Care recommend that genital surgery – i.e., surgery which may render the individual sterile – not be carried out until the individual reaches the legal age of majority to give consent for medical procedures, while acknowledging that care is individualized. In addition, the Standards recommend that the other surgical interventions (e.g., chest surgery for transgender males and breast augmentation for transgender females) may occur earlier than the legal age of consent, preferably after ample time living in the desired gender role and after one year of hormone therapy. The Standards of Care, however, further recognize that these are individual determinations and that "different approaches may be more suitable, depending on an adolescent's specific clinical situation and goals for gender identity expression."

47.     Gender affirming medical interventions are considered medically necessary and are recognized as such by many major professional organizations.  The denial of this care results in negative health consequences.

48.     There are those, like Dr. Levine, who would make the argument that the recent uptick in youth presenting for services related to GD is the result of "social contagion."  But if "social contagion" applied to gender and gender identity, there would be zero transgender people because of the consistent exposure to an overwhelming majority of cisgender people.  The social contagion argument that is posited by some confuses the relationship between one's recognition of their gender and their exposure to gender related information and community – particularly with regard to internet activity – asserting that youth are declaring themselves to be transgender or gender diverse because they were exposed to this online, or they have multiple friends who are also experiencing GD.  But adolescent development includes finding like groups of peers, which extends to finding friend groups who are also gender diverse.  Finally, attributing GD to "social contagion" is a simplistic perspective that ignores that the process of seeking care is complex and difficult and involves parental consent for minors.

49.     There is no scientific evidence that one develops gender dysphoria from being exposed to people with GD.  To the contrary, most evidence shows that gender identity has a biological basis (Korpaisarn, et al., 2019; Saraswat, et al., 2015) and is affixed by early childhood (Slaby, et al., 1975).

**C.     Specific Critiques**

50.     Overall, Dr. Levine shows a lack of familiarity and understanding regarding the existing research about gender identity and gender dysphoria, as well as the clinical experience surrounding the treatment of gender dysphoria, particularly regarding transgender youth.  This

lack of familiarity and understanding makes sense, as Dr. Levine appears to have very limited experience working with transgender youth and has not been a member of WPATH for decades.

51.    Dr. Levine has critiqued and opposed the provision of gender affirming care as treatment for gender dysphoria for decades.  Yet, in all of these years, he has not undertaken the research he calls for to answer the questions he raises.  Rather it seems his primary goal is opposing affirming care for transgender people, instead of finding answers to questions and providing the best care for transgender people suffering from gender dysphoria.

52.    Below I outline additional, more specific critiques regarding Dr. Levine's report.

53.    Dr. Levine's claim that treatment for gender dysphoria is experimental and unproven is simply a statement of opinion, and not fact.  *See, e.g.*, Levine Report ¶ 23.  We have decades of research and clinical experience on gender dysphoria and its care.  To be sure, as with all medical care, there is a range of quality in the existing data regarding the treatment of gender dysphoria (see UCSF Guidelines), and there is certainly a need for additional studies of a longitudinal nature.  But again, that is true with most medical care.

54.    One of the intrinsic elements of rating the quality of evidence is the study design. Randomized controlled studies are considered the highest quality in the grading of evidence.  But given the length of time that gender affirming medical interventions have been around and vast amount of clinical knowledge about their efficacy, having untreated control groups of patients with gender dysphoria is unethical.  For that reason, the majority of studies investigating the impact of gender affirming medical interventions are observational.  This is not uncommon.  For example, "Despite GnRH analogue treatment being used in precocious puberty for more than 20 years, there are no randomized controlled trials to evaluate the effect of GnRHa on a final height compared with untreated controls." (Mul, et al., 2008).  However, there are several studies

17
**JA888**

which demonstrate the safety and positive impact of gender affirming medical interventions.
Additionally, larger longitudinal studies are currently underway to help substantiate the
significant existing data we have.  (de Vries, et al, 2021; Weinand, 2015).

55.    Additionally, although it is not possible to ethically conduct randomized control
trials for gender-affirming care, we have a large de facto group of untreated individuals with
gender dysphoria who experience significant psychiatric symptoms because of widespread
barriers to access to care.  Clinicians who are competent in the care of transgender individuals
practice according to a "first do no harm" ethic which understands that doing nothing is not a
neutral option for those with gender dysphoria.  Multiple studies have demonstrated the safety of
gender affirming hormones, and a growing body of evidence does the same with regards to the
safety of GnRH analogs.  (Kuper, et al., 2020; Chew, et al., 2018; Colton-Meier, et al., 2011).
The same is true with regards to surgery. (Marano, et al., 2021; Olson-Kennedy, et al., 2018;
Murad, et al., 2010; Smith, et al., 2005; Pfafflin & Junge, 1998).

56.    Dr. Levine inaccurately suggests that diagnosis of gender dysphoria is done solely
through a patient's self-diagnosis.  Levine Report ¶ 148.  His critique demonstrates a
fundamental misunderstanding of how gender affirming care is provided.  While we have
continued to attain a greater understanding about the etiology of gender incongruence, patients
do not "self-diagnose," as Dr. Levine suggests.  However, it is not unusual or extraordinary in
medicine for a provider to consider patients' reports of their symptoms as part of the medical
assessment.  Much like the diagnosis of many clinical conditions, providers rely on self-report to
ascertain accurate diagnoses.  Consider the diagnosis of chronic fatigue.  The diagnostic criteria
for this diagnosis include the following: fatigue so severe that it interferes with the ability to
engage in pre-illness activities; of new or definite onset (not lifelong); not substantially alleviated

18

by rest; worsened by physical, mental or emotional exertion.  Like gender dysphoria, these diagnostic criteria are a subjective telling of an individual's personal experience.  It is incumbent upon providers of gender affirming care to acquire skills that help them ascertain many details about their patient's gender experience including but not limited to the history, developmental trajectory and expectations regarding treatment options.

57.    Dr. Levine also discusses the increase in numbers of youth presenting for care related to GD in recent years.  Levine Report ¶ 59.  For one, varying estimates of prevalence are the result of inconsistent measures of transgender populations. Some studies have assessed the fraction of a population which had received the DSM-IV diagnosis of GID or the ICD 10 diagnosis of transsexualism, both of which were limited to clinical populations who sought a binary transition (male-to-female or female-to-male). For example, the prevalence reported in DSM-5 (0.005–0.014% for birth-assigned males; 0.002–0.003% for birth-assigned females) are based on people who received a diagnosis of GID or transsexualism and were seeking hormone treatment and surgery from gender specialty clinics, and, therefore, do not reflect the prevalence of all individuals with gender dysphoria or who identify as transgender.  Other studies have reported on those who self-identified as transgender or gender incongruent and found that measuring self-identity yields much higher numbers.  In 2016, data from the Center for Disease Control's Behavioral Risk Factor Surveillance System suggested that 0.6% of U.S. adults identify as transgender, double the estimate utilizing data from the previous decade.  (Byne, et al., 2018).  Ultimately, there is nothing surprising about the fact that more transgender people have begun identifying themselves to others as societal stigma has started to abate.

58.    Dr. Levine further suggests that after "self-diagnosis" transgender patients will receive "rapid approval" for medical interventions.  Levine Report ¶ 148.  Self-reporting of

symptoms, as discussed above, is considered by the medical community to be an important

aspect of history taking to assist professionals in the process of providing a diagnosis, but it is

only part of the process.  While many patients may have an acute understanding that they are

experiencing gender dysphoria, providers in this field rely on their own understanding and

clinical experience in working with patients with GD in order to exercise professional judgment

while making this diagnosis and providing recommendations for care.  Rather than providing

hasty approval as Dr. Levine suggests, the process is careful, thoughtful, and considered.  If

anything, historically , unnecessarily long periods of psychiatric evaluation were required prior

to initiating any medical intervention because gender incongruence was considered a

psychopathologic condition.

59.    Dr. Levine claims that there is a lack of consensus among psychiatrists and

psychotherapists about the cause of, and therapeutic response to, gender dysphoria and because

of this, the field is experimental.  The entire field of medicine is dynamic, growing as more

information becomes available.  This does not preclude professionals from providing

interventions and necessary care.  For example, in the field of cancer care a more complete

understanding of how cancer is acquired, spread, and contained leads to improvement in

chemotherapy, as well as other modalities for intervention.  Whether or not individuals consider

the field of cancer to be experimental or not is irrelevant and does not preclude practitioners from

providing available treatment.

60.    In his discussion about "biology," Dr. Levine makes several assertions that bear

examination.  First, Dr. Levine references that no matter how many endocrinological or surgical

procedures an individual undergoes, they can never be made a "complete man" or "complete

woman," reserving that label to those who possess the germinal cells of ovaries or testes and can

reproduce.  Levine Report ¶ 18.  Terms like "complete man" or "complete woman" are not scientific, as even recognized by the work of Magnus Hirschfield over a century ago and ignore the current scientific understanding of sex.  Note that, as described above, there are multiple sex characteristics.  Indeed, aside from its offensiveness, Dr. Levine's opinion would mean that people born with differences in sex development (DSD) conditions could not also be considered a "complete man" or "complete woman."

61.    Dr. Levine also references "rapid-onset gender dysphoria," and critiques WPATH for not discussing it in WPATH's upcoming eighth version of the Standards of Care.  Levine Report ¶ 79.  This is a fabricated name for a fabricated entity that arose out of a deeply flawed research endeavor that gathered parents of youth with gender dysphoria from distinctly anti-gender affirming websites.  (Littman 2021.)  Investigators and clinicians who practice in this area of expertise do not utilize this terminology.

62.    Dr. Levine asserts that a disproportionate number of children from communities of color are diagnosed with gender dysphoria.  Levine Report ¶ 156.  This is patently untrue across the United States.  In fact, the opposite is true.  The youth seeking puberty suppression do not deviate significantly from general demographics; indeed, the preponderance of youth seeking puberty suppression are of European descent.  In any event, this is irrelevant.  Many medical conditions impact some communities more than others.  (Manton, et al., 1997).  That is not a reason to deny medically necessary health care.  Additionally, nothing in the science supports withholding medically necessary care from patients simply because they are neuro-diverse, and the predominant recommendation is certainly not that individuals with ASD be denied care related to their gender dysphoria simply for being neuro-atypical.

63.     Dr. Levine distorts the literature to suggest that gender-affirming care does not lower suicidality, and indeed insinuates that such care may contribute to suicidality. *See, e.g.*, Levine Report ¶ 95. Dr. Levine misuses the data, specifically, the Cecilia Djhene manuscript about suicidality among transgender women who underwent genital surgery compared to the entire population statistics. This research has been consistently misused, much to the dismay of the first author, whom I have communicated with about this very issue. The Dhejne study specifically states that, "For the purpose of evaluating whether sex reassignment is an effective treatment for gender dysphoria, it is reasonable to compare reported gender dysphoria pre and post treatment. Such studies have been conducted either prospectively or retrospectively and suggest that sex reassignment of transsexual persons improves quality of life and gender dysphoria." Dr. Levine's characterization of the Dhejne research is misleading, because the two comparison groups were transgender women who underwent surgery and aged matched individuals from the general population of Sweden. It is well known that transgender individuals have a higher suicide rate than cisgender individuals. That is explained by the fact that transgender people, even after obtaining gender affirming care, suffer from large and disproportionate rates of discrimination, harassment, family rejection, and violence, all of which could contribute to larger suicidality rates when compared to the general population. Additionally, the data in the Dhejne study was gathered from patients seeking surgery between 1973 and 2003. The political and cultural context is vastly different in 2021 and the surgical techniques are improved.

64.     Dr. Levine further equates participants who are lost to follow up as a potential indicator of desistance and/or who regretted undergoing medical interventions, Levine Report ¶ 92, but he provides no support for his assertions. A recent study confirms that the majority of

people who detransition do so because of external factors such as pressure from family and societal stigma.  (Turban, et al., 2021).  In addition, studies show that regret rates for those who have undertaken gender affirming care are extremely low.  (Narayan, et al., 2021; Wiepjes, et al., 2018).

65.     Dr. Levine and others who espouse similar "concern" about gender affirming medical procedures have had decades to test their own recommendations about how gender dysphoria should be managed.  Nothing scientific has come from those efforts, except several accountings of the negative sequelae experienced by many who underwent conversion therapy.  Dr. Levine also assumes that gender-affirming care focuses only on moving youth down a transgender pathway, without spending any time or effort addressing the young person's mental health.  Both of these claims are false.  Mental health practitioners who are practicing an affirming model of care are providing a safe space in which mental health symptoms or issues can be identified and addressed.  Conversion therapy is not supported by any scientific evidence or rigorous data.

66.     It is concerning that Dr. Levine consistently misrepresents the affirmative model of care, particularly in pre-pubertal children.  Affirming approaches promote exploration of gender development and self-definition within a safe setting.  A fundamental concept of this approach is that gender diversity is not a mental illness.  The gender affirmative model is defined as a method of therapeutic care that includes allowing children to speak for themselves about their gender identity and expressions and providing support for them to evolve into their authentic gender selves.  Support is not characterized by "encouraging" children or youth to be transgender or not.  Interventions may include social transition, the changing of one's

presentation to more closely align with one's gender, as well as later medical interventions after the onset of puberty, such as puberty blockers, hormones, or surgery.

67.     Dr. Levine asserts that there is a growing body of evidence that suggests that affirmation of gender diverse children results in a higher likelihood of persistence of gender incongruence.  He cites an article entitled "The myth of persistence: Response to 'A critical commentary on follow-up studies and 'desistance' theories about transgender and gender non-conforming children'" by Temple Newhook et al. (2018) written by Ken Zucker.  This is not a research article.  It simply provides a rebuttal by Dr. Zucker to a previous manuscript.  In it Dr. Zucker reviews some of the existing literature about persistence and desistance of gender incongruence among children over time.  As previously noted, though, the studies upon which Dr. Zucker relies were based on the now obsolete and overly broad categorizations contained in the diagnosis for "Gender Identity Disorder in Children."  None of the studies use the current DSM-5 "Gender Dysphoria in Children" diagnosis.  Thus, the desistance rates of which Dr. Levine speaks include children who did not identify as transgender to begin with or would be considered "sub-threshold" for a Gender Dysphoria diagnosis.  In addition, research shows that children who identify as transgender into adolescence, which is when any medical treatment begins, persist in their transgender identity. (de Vries, et al., 2011).

68.     Dr. Levine attempts to create a causal relationship by asserting that gender affirmation (social transition specifically) in childhood causes children to continue to assert a gender incongruent with the sex they assigned at birth and that they would not have done so had they not undergone social transition.  There is a failure to consider the clinical observation that children who end up socially transitioning are often experiencing the greatest distress about their gender incongruence, a discussed predictor of persistence.  He presents an argument against

affirmation, social transition in particular, in light of the data that suggests the majority of children with gender non-conforming behaviors in childhood grow out of those behaviors and feelings as they move into adolescence.  However, research shows that that gender identification does not meaningfully differ before and after social transition. (Rae, et al., 2019).

69.    Even if we fully embrace the idea that most children who are gender non-conforming in childhood do not go on to assert gender incongruence in adolescence, it has no relevance to the medical treatment of adolescents and adults who do have gender incongruence, which is the subject of this case.  The question is not "should we provide access to medical interventions for people who had GD in childhood that dissipated in adolescence?" because that population is not the population presenting for treatment and medical care is not indicated for that population of children.  Transgender adolescents and adults with gender dysphoria are the patients we are discussing.

70.    Dr. Levine goes on to discuss the purported lack of quality evidence regarding the impact of gender affirming interventions.  Like all areas of medicine, clinical care often outpaces the science in various respects, as is the case with transgender youth care.  But the current evidence base for treatment of transgender youth is commensurate with the evidence base for many other types of treatment for adolescents.  Additionally, the increase in younger patients seeking services is being paralleled by the increase in data collection, with the promise of the creation of a rich database to better answer some of the still unanswered questions.  Nothing about that is unique to gender dysphoria.  Additionally, many existing studies have small numbers of participants because transgender experience is uncommon, there exist multiple barriers to accessing services, and there is a historical mistrust of medical institutions based on

an unimaginable amount of harm that such institutions have perpetuated upon this vulnerable community.  (Sharman, 2016).

71.     Dr. Levine also "wonder[s]" whether using medications off label (i.e., without formal approval by the U.S. Food and Drug Administration) is supportable.  Levine Report ¶ 103.  But it is common for medications to be used "off label" across all domains of medicine. In addition to there being fewer studies in children and adolescents, pharmaceutical companies often do not want to spend the money to get an FDA indication for use in a very small population.

72.     Dr. Levine critiques the Endocrine Society's guidelines for the treatment of gender dysphoria, Levine Report ¶ 104, observing that the guidelines grade the evidence supporting hormone interventions for adolescents as low quality.  Dr. Levine fails to understand that this is typical of clinical guidelines for many widely accepted types of care.  In fact, within the Endocrine Society Guidelines for the clinical care of pediatric obesity, 48% of the recommendations are graded as very low-quality evidence.  By contrast, within the Endocrine Society Gender Dysphoria/Gender Incongruence guidelines, only 23% of the recommendations are graded as very low-quality evidence.  It is unlikely that Dr. Levine would suggest we don't treat pediatric obesity because the recommendations are based on low quality evidence.  This is another example of applying a different standard to gender affirming care than to other areas of medicine.

73.     Dr. Levine asserts that there is no data to suggest that affirmation will lower suicide deaths more than a psychotherapeutic model or watchful waiting, *see e.g.*, Levine Report ¶ 95, while also admitting that his preferred model of providing psychotherapy and withholding other medical interventions is "lacking in long-term evidence" and "quality evidence."  Levine

Report ¶¶ 37, 160.  However, there is evidence that youth who have been exposed to both a psychotherapeutic model and/or a watchful waiting approach, which deny affirmation and withhold medical care from adolescents, have died by suicide.  It does not seem logical to keep employing a method that has been unsuccessful in preventing such deaths.  His criticism of Jack Turban's manuscript includes that there was a high level of suicidality (both ideation and attempts) among both those who wanted and received blockers and those who wanted and did not receive blockers.  Levine Report ¶ 114.  That was not the thrust of the article.  The article was demonstrating a decrease of suicidal ideation among the cohort that got blockers.  While it is true that the raw data indicates that a higher percentage of the group that had access to puberty blockers had hospitalizations related to suicide attempts (n=5), this difference was not statistically significant, whereas lifetime suicidal ideation was statistically significantly lower in that cohort.

74.    Dr. Levine opines about what he believes are a series of health risks related to gender-affirming care.  Levine Report ¶¶ 118-144.  As a psychiatrist, Dr. Levine is not qualified to offer opinions on several of these topics, including the intricacies of gender-affirming surgery.  Nonetheless, I respond to several of his claims here.

75.    **Disease and mortality:**  Dr. Levine suggests that a series of health effects are associated with gender-affirming care, Levine Report ¶¶ 119-123, but his claims simply demonstrate a lack of familiarity with how these medical interventions are provided.  For example, he cites risks involved with hormonal interventions, Levine Report ¶¶ 119, 122-123, but seems unfamiliar with the fact that newer evidence is demonstrating that the cardiovascular risk from gender affirming hormones is actually much lower than previously thought, as even one of his own sources show.  As with every area of medicine, the risks and benefits of treatment

are discussed with the patient, and patients are monitored to ensure that their risk profile remains within the normal range.

76.    Dr. Levine also refers briefly to puberty-delaying treatment as affecting height. Levine Report ¶ 134.  The use of puberty blockers may impact height, but primarily providing an opportunity for transmasculine youth to grow taller, which is generally a desirable feature. Additionally, Dr. Levine makes the conclusory allegation that "[s]hortened life expectancy has been repeatedly documented."  Levine Report ¶ 120.  To the extent he suggests that gender-affirming care reduces one's life expectancy, no data support that exclusion—in fact, as discussed above they support the opposite conclusion.

77.    **Fertility:**  Dr. Levine expresses concerns about fertility from surgery and cross-sex hormone therapy, and claims (inaccurately) that puberty blockers may cause infertility as well.  Levine Report ¶¶ 127-128.  Aside from this being an overly simplistic perspective about a significantly long and complicated process, it is wholly divorced from the reality of care for transgender people.  First, like all health care, gender affirming care for every transgender person is individualized.  There simply is no one specific route.  Second, there is no evidence that affirmation of pre-pubertal children in their identity or the provision of puberty blockers lead to sterility.  Indeed, the effects of puberty blockers are reversible.  To the extent a person desires and needs hormone treatment or surgery, such care is not provided until well into maturity and after discussion of the effects of such.  In addition, patients who may need a procedure or treatment that will result in the side-effect of sterility are informed of such consequences and are provided with alternative options such as fertility preservation before initiating such care. (Chen, et al., 2017).

28
**JA899**

78.   **Sexual function:**  Dr. Levine asserts, without support, that puberty blockers may contribute to lack of sexual function.  When data are lacking, we rely on clinical experience gathered from patient care and conversations as well as existing data on extrapolatable cases.  There is a body of research on the capacity of minors for sexual arousal and orgasm, and there is no data to support the idea that gender affirmation diminishes sexual capacity.  More commonly youth with GD experience dysphoria from the act of masturbation, and often even the possibility or thoughts around sexual intimacy.  In fact, there is data that demonstrates improved satisfaction with sexual intimacy after gender affirming interventions.

79.   Informed consent is the legal embodiment of the concept that each individual has the right to make decisions affecting their health.  Physicians engaged in patient-physician relationships involving medical informed consent have a moral responsibility to identify the best treatments for each patient on the basis of available medical evidence and to discuss with patients the hoped-for benefits and the potential risks.  Physicians must allow for patients' questions about the proposed treatments, benefits, and risks and must answer those questions from the available medical literature and their professional experience.  This exchange of information and ideas is the foundation of the patient-physician partnership and promotes informed decision making in the most complex medical situations.  (Paterick, et al., 2008).  As noted above, speaking from my own clinical experience, at our center we strive to ensure that we are obtaining informed consent from every patient (and their parent/guardian) throughout the course of treatment.

80.   **Psychosocial effects:**  Dr. Levine expresses concern that puberty-delaying medication will "halt" maturation, and cause transgender adolescents to "undergo[] puberty at a substantially older age."  Levine Report ¶¶ 134-135. Dr. Levine's assertion that puberty

suppression for a limited time has adverse effects on cognition is not supported by evidence within the realm of transgender youth care. Additionally, puberty suppression does not impact somatic growth, or emotional maturation. Dr. Levine fails to point out that experiencing the changes of a puberty that does not align with one's gender identity creates significant problems for transgender and nonbinary youth, including an exacerbation of anxiety, depression, isolation and sometimes poor coping mechanisms including self-harm and substance abuse. Youth going through an endogenous puberty that does not align with their gender express that it is difficult for them to participate in school, therapy, family and social activities. Most youth who utilize puberty blockers will likely go on to add exogenous hormones so that they do undergo puberty on the somewhat older side of normal range, but still well within normal range.

III.    CONCLUSION

81.    In conclusion, I do not disagree that, as with every field of medicine, there is more to learn in the field of transgender youth care. That is why I became an investigator. However, there is room to provide gender affirming medical interventions in a thoughtful manner that extrapolates from relevant fields of science and medicine, existing data, and clinical expertise while simultaneously carrying out further investigations. The denial of much needed care only serves to harm transgender people.

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.  Executed this ___17___ day of March, 2022.

_____
Johanna Olson-Kennedy (Mar 17, 2022 10:26 PDT)

Johanna Olson-Kennedy, M.D., M.S.

Subscribed and sworn before me, a Notary Public in and for the <u>County of Norfolk</u>, State of <u>Virginia</u>, this <u>17</u> day of <u>March</u>, 2022.

> KETSIA MCCLEASE
> Electronic Notary Public
> Commonwealth of Virginia
> Registration No. 327724
> My Commission Expires Apr 30, 2023

_____
Signature of Notary

This notarial act was performed online by way of two-way audio/video communication technology.

# 1647520704-olson-kennedy-rebuttal-report_final

Final Audit Report                                                      2022-03-17

| | |
|---|---|
| Created: | 2022-03-17 |
| By: | Ketsia McClease (ketsiac@aol.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxswFYOj-D8L2uAsOS7TCX_oInnkHtVI2 |

## "1647520704-olson-kennedy-rebuttal-report_final" History

Document created by Ketsia McClease (ketsiac@aol.com)
2022-03-17 - 5:19:01 PM GMT- IP address: 68.225.139.93

Document emailed to Johanna Olson-Kennedy (jolson@chla.usc.edu) for signature
2022-03-17 - 5:19:57 PM GMT

Email viewed by Johanna Olson-Kennedy (jolson@chla.usc.edu)
2022-03-17 - 5:25:59 PM GMT- IP address: 172.226.7.102

Document e-signed by Johanna Olson-Kennedy (jolson@chla.usc.edu)
Signature Date: 2022-03-17 - 5:26:31 PM GMT - Time Source: server- IP address: 23.241.12.211

Agreement completed.
2022-03-17 - 5:26:31 PM GMT


Adobe Sign

# Exhibit A

**CURRICULUM VITAE**
**JOHANNA OLSON-KENNEDY MS, MD**
**MAY 8, 2021**

**EDUCATION AND PROFESSIONAL APPOINTMENTS**

**EDUCATION:**

| Year | Degree, Field, Institution, City |
|------|----------------------------------|
| 1992 | BA, Mammalian Physiology, UC San Diego, San Diego |
| 1993 | MS, Animal Physiology, The Chicago Medical School, Chicago |
| 1997 | MD, Medical Doctor, The Chicago Medical Shool, Chicago |
| 2015 | MS, Clinical and Biomedical Investigations in Translational Science, USC, Los Angeles |

**POST-GRADUATE TRAINING:**

| Year-Year | Training Type, Field, Mentor, Department, Institution, City |
|-----------|------------------------------------------------------------|
| 1997-1998 | Internship, Pediatrics, Children's Hospital Orange County, Orange |
| 1998-2000 | Residency, Pediatrics, Antonio Arrieta, Children's Hosptial Orange County, Orange |
| 2000-2003 | Fellowship, Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles |
| 2012-2015 | Master's Degree, Clinical and Biomedical Investigations in Translational Science, USC |

**ACADEMIC APPOINTMENTS:**

| Year-Year | Appointment | Department, Institution, City, Country |
|-----------|-------------|----------------------------------------|
| 2012-present | Medical Director | The Center for Transyouth Health and Development, Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |
| 2008-2012 | Fellowship Director | Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |
| 2006-2016 | Assistant Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |
| 2016 - Present | Associate Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |

**LICENSURE, CERTIFICATIONS**

**LICENSURE:**

| Year | License number, State, Status |
|------|-------------------------------|
| 2000 | A-67352, California, Active |

**BOARD CERTIFICATION OR ELIGIBILITY:**

| Year | Board, State, Status |
|------|----------------------|
| 2001, 2009, 2015 | Pediatrics, California, active |

**JA906**

**SPECIALTY CERTIFICATION:**

| Year | Specialty Certification, Status |
|---|---|
| 2003, 2013 | Adolescent Medicine, California, active |

**HONORS, AWARDS:**

| Year | Description | Awarding agency, address, city |
|---|---|---|
| 2019 | Benjamin Meaker Visiting Professorship | University of Bristol, Bristol UK |
| 2015 | The Champion Award | The Division of Adolescent Medicine; CHAMPION FUND 5000 Sunset Blvd. Los Angeles |
| 2014 | Recognition Award for Outstanding Compassionate and Innovative Service | SoCal Society for Adolescent Health and Medicine Regional Chapter, Los Angeles |
| 2014 | Anne Marie Staas Ally Award | Stonewall Democratic Club; 1049 Havenhurst Drive #325, West Hollywood |
| 2012 | Extraordinary Service Award | Equality California, 202 W 1st St., Suite 3-0130 Los Angeles |
| 2010 | Clinical Research Academic Career Development Award | Saban Research Center TSRI Program: Community Health Outcomes and Intervention, Los Angeles |
| 2009 | Health Care Advocacy Champion | Democratic Advocates for Disability Issues, Los Angeles |

**TEACHING**

**UNDERGRADUATE, GRADUATE AND MEDICAL STUDENT (OR OTHER) MENTORSHIP:**

| Year-Year | Trainee Name | Trainee Type | Dissertation/Thesis/Project Title |
|---|---|---|---|
| 2020-Present | Richard Mateo Mora | MD | Fertility Preservation Among Transgender Women |
| 2019-2021 | Laer Streeter | MD | Comparison of Histrelin Implants |
| 2016-Present | Jonathan Warus | MD/KL2 | Affecting Pre-Exposure Prophylaxis (PrEP) Decision Making to Improve Youth Engagement in HIV Prevention Services |
| 2015-2020 | Shannon Dunlap | PhD | Developmental Aspects of Gender Non-Conformong Youth |
| 2015-2016 | David Lyons | MD | Transgender Youth Clinical Clerkship |
| 2014-2015 | Michael Haymer | MD | Transgender Youth Clinical Clerkship |

JA907

**POSTGRADUATE MENTORSHIP:**

| Year-Year | Trainee Name | If past trainee, current position and location |
|---|---|---|
| 2020-Present | Marianela Gomez-Rincon | Adolescent Medicine Fellow |
| 2015-2018 | Jonathan Warus, MD | Faculty, CHLA/USC Keck School of Medicine |
| 2015-2017 | Patrick Shepherd, MD | CHLA Endocrinology Fellow |
| 2014 | Julie Spencer, MD | Adolescent Medicine Provider Kaiser Hospital |
| 2013 | Shelley Aggarwal, MD | Clinical Instructor – StanfordUniversity School of Medicine |
| 2012-2013 | Lisa Simons, MD | Clinical Instructor – Lurie Children's Hospital |

## SERVICE

**DEPARTMENT SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2010-2015 | Secretary, The CHAMPION Fund Executive Board | The Division of Adolescent Medicine, Children's Hospital Los Angeles |

**PROFESSIONAL SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2012-present | Member, LGBT Special Interest Group | Society for Adolescent Health and Medicine |

**CONSULTANTSHIPS AND ADVISORY BOARDS:**

| Year | Position, Board | Organization/Hospital/School, Institution |
|---|---|---|
| 2017 - Present | Board Member | US Professional Association of Transgen Health |
| 2021 | Member, Advisory Board | The National LGBTQIA+ Health Education Center |
| 2010-2017 | Member, Advisory Board | Transyouth Family Allies |
| 2017-present | Member, National Medical Committee | Planned Parenthood |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

| Year- Year | Society |
|---|---|
| 2017 - present | US Professional Association for Transgender Health |
| 2014-present | Society for Pediatric Research |
| 2010-present | World Professional Association for Transgender Health |
| 2006-2011 | Los Angeles Pediatric Society (Past president 2010) |
| 2005-2012 | American Academy of Pediatrics |
| 2003-present | Society for Adolescent Health and Medicine |

**MAJOR LEADERSHIP POSITIONS: (E.G., DEAN, CHAIR, INSTITUTE DIRECTOR, HOSPITAL ADMINISTRATION, ETC.)**

JA908

## RESEARCH AND SCHOLARSHIP

### EDITORSHIPS AND EDITORIAL BOARDS:

| Year-Year | Position | Journal/Board Name |
|---|---|---|
| 2015-present | Associate Editor | Journal of Transgender Health |

### MANUSCRIPT REVIEW:

| Year-Year | Journal |
|---|---|
| 2018-present | Journal of Transgender Health |
| 2018 - present | Clinical Child Psychology and Psychiatry |
| 2018 - present | Journal of Sexual Medicine |
| 2015-present | Journal of Transgender Health |
| 2014-present | International Journal of Transgenderism |
| 2014-present | LGBT Health |
| 2014-present | Journal of Adolescent Health |
| 2014-present | Pediatrics |

### MAJOR AREAS OF RESEARCH INTEREST

| Research Areas |
|---|
| 1. Gender diverse children, transgender youth and young adults |
| 2. HIV medication adherence |

### GRANT SUPPORT - CURRENT:

| Grant No. (PI)2R01HD082554-06A1 | Dates of Award: 2021-2026 |
|---|---|
| Agency: NICHD | Percent Effort 25% |
| Title: The Impact of Early Medical Treatment in Transgender Youth | |
| Description: This is the continuations of a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. | |
| Role: Principle Investigator | |
| Total Direct Costs: $4,918,586 | |

| Grant No. (PI) 1R01HD097122-01 | Dates of Award: 2019-2024 |
|---|---|
| Agency: NICHD | Percent Effort 10% |
| Title: A Longitudinal Study of Gender Nonconformity in Prepubescent Children | |
| Description: The purpose of this study is to establish a national cohort of prepubertal transgender/gender nonconforming (TGNC) children (and their parents), and longitudinally observe this cohort to expand the body of empirical knowledge pertaining to gender development and cognition in TGNC children, their mental health symptomology and functioning over time, and how family-initiated social gender transition may predict or alleviate mental health symptoms and/or diagnoses. | |
| Role:Co-Investigator | |
| Total Direct Costs: $2,884,950 | |

**GRANT SUPPORT - PAST:**

| | |
|---|---|
| *Grant No. (PI) 1RO1HD082554-01A1* | *Dates of Award: 2015-2020* |
| *Agency: NICHD* | *Percent Effort 45%* |
| *Title:* The Impact of Early Medical Treatment in Transgender Youth | |
| *Description:* This is a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. | |
| *Role: Principle Investigator* | |
| *Total Direct Costs:* $4,631,970 | |

| | |
|---|---|
| Grant No. (COI) R01AI128796-01 | Dates of Award: 2/24/17-1/31/18 |
| Agency: NIAID | Percent Effort: 5% |
| Title: Maturation, Infectibility and Trauma Contributes to HIV Susceptibility in Adolescents | |
| Description: This proposal explores the overarching hypothesis that fluctuations in sex steroid levels and mucosal trauma (sexual activity) are key determinants of mucosal immune activation and epithelial integrity, and that microbial communities are central to these processes. We will pursue this hypothesis by examining longitudinal changes in the anogenital microbiome as well as protein expression at these mucosal sites during sexual maturation (cisgender youth) and in hormonally-controlled sexual maturation (transgender youth). Associations between sex steroid levels, microbial community composition, mucosal trauma, and vaginal proteins will be determined and modeled. | |
| Role: Co-Investigator | |
| Total Direct Costs: $44,816 | |

| | |
|---|---|
| *Grant No. (PI)* U01HD040463 | *Dates of Award* 2006 – 2016 |
| *Agency:* NIH/NICHD | *Percent Effort: 10%* |
| *Title:* Adolescent Medicine Trials Network for HIV/AIDS | |
| *Description:* Adolescent Medicine Trials Network for HIV/AIDS | |
| *Role:* Co-Investigator | |
| *Total Direct Costs:* 2,225,674 | |

| | |
|---|---|
| *Grant No. (PI)* SC CTSI 8KL2TR000131 | *Dates of Award: 2012-2014* |

**JA910**

| | |
|---|---|
| *Agency:* KL2 Mentored Career Research Development Program of the Center for Education, Training and Career Development | *Percent Effort: 37.5%* |
| *Title:* The Impact of Hormone Blockers on the Physiologic and Psychosocial Development of Gender Non-Conforming Peri-Pubertal Youth | |
| *Description: This study aimed to understand the impact of puberty blocking medications on mental health and physiolgic parameters in peri-pubertal transgender youth.* | |
| *Role: Principal Investigator* | |
| *Total Direct Costs:* 191,525 | |

**Invited Lectures, Symposia, keynote addresses**

| Year | Type | Title, Location |
|---|---|---|
| 2021 | Invited Lecture | Approach to the Care of Gender Diverse Children and Transgender Youth, USC Keck Medical School, Virtual Lecture |
| 2021 | Invited Lecture | Caring for Gender Diverse and Transgender Youth. SLO Acceptance, Cal Poly, Virtual Presentation |
| 2020 | Symposium | Trans Youth Care, Chico Transgender Week, Virtual Presentation |
| 2020 | Invited Lecture | Gender Nonconforming and Transgender Youth, Novartis, Virtual Presentation |
| 2020 | Invited Lecture | Advanced Hormones; More than Just T and E, CHLA, Virtual Presentation |
| 2020 | Invited Lecture | Video Telehealth and Transgender Youth, Telehealth Best Practices for the Trans Community, The Central Texas Transgender Health Coalition, Virtual Presentation |
| 2020 | Invited Lecture | Caring for Gender Diverse and Transgender Youth , Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Virtual Presentation |
| 2020 | Invited Lecture | Gear Talk, Transforming Families, Virtual Lecture |
| 2020 | Invited Lecture | Tips for Parenting a Trans or Gender Diverse Youth, Models of Pride, Virtual Presentation |
| 2020 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, LGBTQ+ Clinical Academy, Palo Alto University, Virtual presentation |
| 2020 | Invited Lecture | Approach to the Care of Gender Non-conforming Children and Transgender Youth, USC Medical School, Los Angeles, CA |
| 2020 | Invited Lecture | Medical Interventions for transgender youth, Cal State Los Angeles, Los Angeles |
| 2020 | Plenary Session | Understanding Issues Involving Gender Non-Conforming and Transgender Individuals Coming to a Courtroom Near You, Mid-Winter Workshop for Judges of the Ninth Circuit, Palm Springs, CA |
| 2019 | Keynote | Transgender Youth Care, SickKids, Toronto, Canada |

**JA911**

| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | Symposium | TransYouth Care; Flagstaff, AZ |
| 2019 | Keynote | Future Directions, USPATH, Washington DC |
| 2019 | Invited Lecture | Just a Boy, Just a Girl, Gender Odyssey San Diego, San Diego, CA |
| 2019 | Invited Lecture | Hormonas que Affirman el Genero pasa Juventud y Adultos Menores Trans, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Infancia Trans y da Genero Diverso, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Keynote address, Inaugaral LGBTQ summit, Santa Clara CA |
| 2019 | Invited Lecture | Transgender and Gender Non-conforming Youth, Ascend Residential Treatment, Utah |
| 2019 | Invited Lecture | Gender Diverse and Transgender Youth; What Pediatricians Should Know, Common Problems in Pediatrics Conference, Utah AAP, Utah |
| 2019 | Invited Lecture | Gender Diverse and Transgender Youth; What Pediatricians Should Know, Common Problems in Pediatrics Conference, Utah AAP, Utah |
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, UCLA Olive View, CA |
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, Good Samaritan, CA |
| *2019* | *Invited Lecture* | Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Advance LA Conference, California |
| 2019 | Invited Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, USC Keck School of Medicine Reproductive Health Section. Los Angeles, CA |
| 2019 | Invited Lecture | Transgender Youth: Medical and Mental Health Needs, Bristol, United Kingdom |
| 2019 | Invited Lecture | Rethinking Gender, University of Bristol, United Kingdom |
| 2019 | Invited Lecture | Puberty Suppression in Youth with Gender Dysphoria, Fenway Trans Health Program, Boston |
| 2019 | Invited Lecture | Recognizing the Needs of Transgender Youth, California Department of Corrections And Rehabilitation, Ventura, CA |
| 2019 | Invited Lecture | Gender Dysphoria; Beyond the Diagnosis, Gender Education Demystification Symposium, GA |
| 2019 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Los Angeles Superior Court/Los Angeles Bar Association Training, CA |
| 2019 | Invited Lecture | Supporting Gender Diverse and Transgender Youth; A Deeper Look at Gender Dysphoria, Oakwood School, CA |

| 2018 | Invited Lecture | Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults: Comparison of Nonsurgical and Postsurgical Cohorts, Buenos Aires, Argentina |
|------|-----------------|---|
| 2018 | Invited Lecture | Transyouth Care – An NIH Multisite Study About the Impact of Early Medical Treatment in Transgender Youth in the US, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transgender Youth and Gender Affirming Hormones; A 6-8 year follow-up, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Supporting Gender Diverse and Transgender Youth: A Deeper Look at Gender Dysphoria, Studio City, CA |
| 2018 | Invited Lecture | Gender Dysphoria: Beyond the Diagnosis, Washington DC |
| 2018 | Invited Lecture | Uso de Hormonas Reaffirmantes de Genero en Adolescentes Transgenero, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
| 2018 | Invited Lecture | Bloquedores de la Pubertad, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
| 2018 | Invited Lecture | Working with Trans and Gender Non-Conforming Youth, Children's Hospital Orange County, CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, Ascend Residential, Encino CA |
| 2018 | Invited Lecture | Gender Dysphoria; Beyond the Diagnosis; Midwest LGBTQ Health Symposium, Chicago, IL |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, California State University Northridge, Northridge, CA |
| 2018 | Invited Lecture | Puberty Suppression and Gender Affirming Hormones, Gender Fest, Las Vegas, NV |
| 2018 | Invited Lecture | Gender Google; Gender Odyssey Family Conference, Seattle WA |
| 2018 | Invited Lecture | Gender Dysphoria; Beyond the Diagnosis, Gender Odyssey Family Conference, Seattle WA |
| 2018 | Invited Lecture | Puberty Suppression: What, When, and How, Gender Odyssey Family Conference, Seattle WA |
| 2018 | Invited Lecture | Gender Dysphoria; School Nurse Organization of Idaho Annual Conference, Idaho |
| 2018 | Invited Lecture | Understanding Gender Dysphoria, Gender Spectrum Family Conference, Moraga, CA |
| 2018 | Invited Lecture | Puberty Suppression and Gender Affirming Hormones, Gender Odyssey Family, Los Angeles, CA |
| 2018 | Invited Lecture | Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey Family, Los Angeles, CA |
| 2018 | Invited Lecture | Gender and What You Should Know, Archer School for Girls, Brentwood, CA |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Oceanside, CA |

| 2018 | Invited Lecture | Gender Dysphoria: Beyond the Diagnosis, Advance LA, Los Angeles, CA |
|------|-----------------|--------------------------------------------------------------------|
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Andrology Society of America Clinical Symposium, Portland, OR |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Los Angeles, CA |
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Center for Early Education, Los Angeles, CA |
| 2017 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Santa Barbara, CA |
| 2017 | Invited Lecture | Gender Dysphoria, Beyond the Diagnosis, Pink Competency, Oslo Norway |
| 2017 | Invited Lecture | "Just a Boy, Just a Girl" Gender Infinity, Houston TX |
| 2017 | Invited Lecture | Caring for Gender Non-Conforming Children and Transgender Adolescents: <br><br> A United States Perspective, Pink Competency, Oslo Norway |
| 2017 | Invited Lecture | Gender Dysphoria; Beyond the Diagnosis, Models of Pride, Los Angeles, CA |
| 2017 | Invited Lecture | Puberty Delay and Cross Hormones for Trans* Youth, Models of Pride, Los Angeles, CA |
| 2017 | Invited Lecture | Healthcare for TGNC Youth, Expanding Competency for LGBT Youth in the System, Washington DC |
| 2017 | Invited Lecture | Gender Non-conforming and Transgender Children and Youth; Center for Early Education, West Hollywood, CA |
| 2017 | Invited Lecture | Rethinking Gender, University of Massachusetts <br><br> Annual Convocation Welcome Luncheon, Worcester, MA |
| 2017 | Invited Lecture | Puberty Delay and Cross Hormones for Trans* Youth, Gender Odyssey Family Conference, Seattle, WA |
| 2017 | Invited Lecture | Puberty Suppression; What, When and How, Gender Odyssey Family Conference, Seattle, WA |
| 2017 | Invited Lecture | Just a Boy, Just a Girl, Gender Odyssey, Los Angeles, California |
| 2017 | Invited Lecture | Puberty Blockers and Cross Sex Hormones, Gender Odyssey, Los Angeles, California |
| 2017 | Invited Lecture | Caring for Gender Non-conforming and Transgender youth and Young Adults, Diverse Families Forum: The Importance of Family Support In The Trans And LGBT Children, Organized by COPRED and The International Association Of Families For Diversity (FDS), Mexico City, Mexico |
| 2017 | Invited Lecture | Gender Non-Conforming Children and Transgender Youth, Board of Behavioral Sciences, Orange, CA |
| 2017 | Invited Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, Santa Monica Rape Treatment Center, Santa |

JA914

| | | Monica, CA |
|------|------|------|
| 2017 | Invited Lecture | Gender Nonconforming and Transgender Youth, CSU Fullerton, Fullerton, CA |
| 2017 | Invited Lecture | Rethinking Gender, Chico TransGNC Week, Chico, California |
| 2017 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Chico TransGNC Week, Chico, California |
| 2017 | Invited Lecture | Transgender Youth Care in the New Millennium, USC Law and Global Health Initiative, Los Angeles, CA |

**Invited Grand Rounds, CME Lectures**

| Year | Type | Title, Location |
|------|------|------|
| 2021 | | |
| 2020 | CME Lecture | Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: a Comparison of 50 mcg/day (Vantas) and 65 mcg/day (SupprelinLA), WPATH Conference, Virtual Presentation |
| 2020 | CME Lecture | Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, Comparison of Post-surgical and Non-surgical Cohorts, WPATH Conference, Virtual Presentation |
| 2020 | CME Lecture | Gender Affirmation Through a Social Justice Lens, SAHM Conference, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, AAP Conference, Virtual Lecture |
| 2020 | CME Lecture | Conversations with LGBTQ youth; the role of the pediatrician, AAP Conference, Virtual Lecture |
| 2020 | Grand Rounds | Creating Affirming Environments for Trans and Gender Diverse Patients, USC OB/Gyn Grand Rounds, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Resident Lecture, CHLA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Facey Medical Group, Los Angeles, CA |
| 2020 | Plenary Lecture | Reframing Gender Dysphoria, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Gender Affirming Care for Pre and Peri-pubertal Trans and Gender Diverse Youth, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Division of Endocrinology, USC, Los Angeles , CA |
| 2020 | Plenary Session | Understanding Issues Involving Gender Non-Conforming and Transgender Individuals Coming to a Courtroom Near You, Mid-Winter Workshop for Judges of the Ninth Circuit, Palm Springs, CA |
| 2019 | Symposium | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Stockton, CA |

| 2019 | Keynote | Transgender Youth Care, SickKids, Toronto, Canada |
|------|---------|---------------------------------------------------|
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | CME Lecture | Gender Diverse and Transgender Youth, Harbor UCLA Medical Center Grand Rounds, Torrance, CA |
| 2019 | CME Lecture | Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey San Diego, San Diego, CA |
| 2019 | CME Lecture | Hormones 201 – Beyond T and E, Gender Odyssey San Diego, San Diego, CA |
| 2019 | *Grand Rounds* | Transgender Youth; What's New in 2019?, Children's Hospital Los Angeles, CA |
| 2019 | Oral Presentation | Male Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, European Professional Association of Transgender Health, Rome Italy |
| 2019 | Oral Presentation | Transgender Youth and Gender Affirming Hormones; 5-7 Year Follow Up, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME Educational Lecture | Gender Dysphoria; Beyond the Diagnosis, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Children's Hospital Orange County, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Stanislaus County Behavioral Health and Recovery Services, CA |
| 2019 | CME Eduational Lecture | Rethinking Gender, Olive View Medical Center Grand Rounds, CA |
| 2018 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Glendale Unified School District, CA |
| 2018 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Youth, CME by the Sea, CA |
| 2018 | CME Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Austin, TX |
| 2018 | CME Educational Lecture | Gender Affirming Hormone Therapy for Transmasculine Adolescents and Young Adults, Gender Infinity, Houston, Texas |
| 2018 | CME Educational Lecture | Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston, Texas |
| 2018 | CME Educational Lecture | Chest Dysphoria and the Impact of Chest Reconstruction, Gender Infinity, Houston, Texas |
| 2018 | CME Educational Lecture | Just a Girl, Just a Boy, Gender Infinity, Houston, Texas |
| 2018 | CME Educational Lecture | Hormones 201: More than Testosterone and Estrogen, Gender Odyssey Professional Symposium, WA |
| 2018 | CME Educational Lecture | Male Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults, Gender Odyssey Professional Symposium, |

| | | WA |
|---|---|---|
| 2018 | CME Educational Lecture | Chest Surgery, Gender Spectrum, Moraga, CA |
| 2018 | CME Educational Lecture | Understanding Gender Dysphoria, Gender Spectrum, Moraga, CA |
| 2018 | CME Educational Lecture | Puberty Suppression and Gender Affirming Hormones, Gender Odyssey, Los Angeles, CA |
| 2018 | CME Educational Lecture | Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey, Los Angeles, CA |
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Desert Oasis Healthcare, Palm Desert, CA |
| 2018 | CME Educational Lecture | Puberty Blockers and Gender Affirming Hormones for Transgender Youth: What Do We Know, and What Have We Learned, Pediatric Academic Societies, Toronto, Canada |
| 2018 | CME Workshop | Mental and Medical Healthcare for Transgender Adolescents, California Association of Marriage and Family Therapists, Garden Grove, CA |
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Keck School of Medicine, Los Angeles, CA |
| 2018 | Grand Rounds | Caring for Gender Non-Conforming Children and Transgender Adolescents, Primary Children's Hospital, Salt Lake City, UT |
| 2018 | CME Educational Lecture | Caring for Transgender Youth, Chico Trans Week, Chico, CA |
| 2018 | CME Educational Lecture | Rethinking Gender, UCSD Medical School, San Diego, CA |
| 2018 | CME Educational Lecture | Rethinking Gender, UCLA Medical School, Los Angeles, CA |
| 2018 | CME Educational Lecture | Transyouth Care – Self-reflection On Personal Biases and Their Impact On Care, Society for Adolescent Health and Medicine, Seattle WA |
| 2018 | CME Educational Lecture | Rethinking Gender, Society for Adolescent Health and Medicine, Seattle WA |
| 2018 | CME Educational Lecture | Providing 360 degree transgender hormone therapy: beyond the protocols, Medical Directors Council (MeDC) 14th Annual Clinical Update in Reproductive Health and Medical Leadership, Snowbird, Utah |
| 2018 | CME Educational Lecture | Gender Dysphoria: Beyond the Diagnosis, Gender Education and deMystification Symposium, Salt Lake City, Utah |
| 2018 | CME Educational Lecture - Keynote | Rethinking Gender, SoCal LGBTQIA health conference, Los Angeles, CA |
| 2017 | CME Educational Seminar | The Care of Gender Non-Conforming children and Transgender Youth; Orange County Health Care Agency, Orange County, CA |
| 2017 | CME Educational Lecture | Rethinking Gender, Adolescent Grand Rounds, Children's Hospital Los Angeles, Los Angeles, CA |
| 2017 | CME Educational Lecture | "Just a Boy, Just a Girl" Gender Infinity, Houston TX |
| 2017 | CME Educational Lecture | Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Infinity, Houston TX |

| 2017 | CME Educational Lecture | Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston TX |
|---|---|---|
| 2017 | CME Educational Lecture | Puberty Blockers; What, When and How, Gender Infinity, Houston TX |
| 2017 | CME Educational Lecture | Gender Non-Conforming Children and Transgender Youth, Pasadena CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming Children and Transgender Youth; Integrated Care Conference, Los Angeles, CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming and Transgender Children and Adolescents; A Multidisciplinary Approach, California Psychiatric Association Annual Conference, Yosemite, CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming and Transgender Children and Adolescents, Developmental Pediatrics continuing education lecture, Children's Hospital Los Angeles, CA |
| 2017 | CME Educational Lecture | Masculinizing Hormones, Central Texas Transgender Health Conference, Austin, TX |
| 2017 | CME Educational Lecture | Children, Youth, Families and Hormone Blockers, Central Texas Transgender Health Conference, Austin, TX |
| 2017 | CME Educational Lecture | Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Odyssey Professional Symposium, Seattle, WA |
| 2017 | CME Educational Lecture | Puberty Delay and Cross Hormones for Transyouth, Gender Odyssey Professional Symposium, Seattle, WA |
| 2017 | CME Invited Lecture | Just a Girl, Just a Boy, Gender Odyssey Professional Symposium, Seattle, WA |
| 2017 | CME Educational Lecture | Gender Dysphoria, Gender Spectrum Family Conference, Moraga, CA |
| 2017 | CME Educational Lecture | Care of Gender Non-Conforming Children and Transgender Adolescents, Lopez Family Foundation Educational Lecture, Los Angeles, CA |
| 2017 | CME Educational Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, USC Keck School of Medicine Reproductive Health, Los Angeles, CA |
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2017 | CME Educational Lecture | Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA |
| 2017 | CME Educational Lecture | The Impact of Male Chest Reconstruction on Chest Dysphoria in Transmasculine Adolescents and Young Men; A Preliminary Study, US Professional Association of Transgender Health, Los Angeles, CA |
| 2017 | CME Educational Lecture | Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA |

JA918

<u>PUBLICATIONS:</u>

* INDICATES TRAINEES
** INDICATE YOURSELF AS CO-FIRST OR CO-CORRESPONDING OR SENIOR AUTHORS

REFEREED JOURNAL ARTICLES:
Julian J*, Salvetti B, Held J, Lara-Rojas L, **Olson-Kennedy J**, (2020), The Impact of Chest Binding in Transgender and Gender Diverse Youth and Young Adults, Journal of Adolescent Health, DOI://https://doi.org/10.1016/j.jadohealth.2020.09.029

**Olson-Kennedy J**, Streeter LH*, Garofalo R, Chan YM, Rosenthal SM (2020) Histrelin implants for suppression of puberty in youth with gender dysphoria: a comparison of 50 mcg/day (Vantas) and 65 mcg/day (SupprelinLA), Transgender Health X:X, 1–7, DOI: 10.1089/trgh.2014.0032.

Chen D, Abrams M, Clark L, Ehrensaft D, Tishelman AC, Chan YM, Garofalo R, **Olson-Kennedy J**, Rosenthal SM, Hidalgo MA, Psychosocial Characteristics of Transgender Youth Seeking Gender-Affirming Medical Treatment: Baseline Findings From the Trans Youth Care Study, Journal of Adolescent Health, 2020, ISSN 1054-139X https://doi.org/10.1016/j.jadohealth.2020.07.033.

Millington K, Schulmeister C, Finlayson C, Grabert R, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Physiological and Metabolic Characteristics of a Cohort of Transgender and Gender-Diverse Youth in the United States. *J Adolesc Health*. 2020 May

Lee JY, Finlayson C, **Olson-Kennedy J,** Garofalo R, Chan Y, Glidden DV, Rosenthal SM, Low bone mineral density in early pubertal transgender/gender diverse youth: Findings from the Trans Youth Care Study, *Journal of the Endocrine Society*, bvaa065. https://doi.org/10.1210/jendso/bvaa065

**Olson-Kennedy J**, Chan YM, Rosenthal S, et al. Creating the Trans Youth Research Network: A Collaborative Research Endeavor. *Transgend Health*. 2019;4(1):304–312. Published 2019 Nov 1. doi:10.1089/trgh.2019.0024

Rider G, Berg D, Pardo S, **Olson-Kennedy J,** Sharp C, Tran K, Calvetti S, Keo-Meier C, Using the Child Behavior Checklist (CBCL) with transgender/gender nonconforming children and adolescents. Clinical Practice in Pediatric Psychology. 7(3):291–301, 2019 Sep

**Olson-Kennedy J****, Chan YM, Garofalo R, et al. Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study. JMIR Res Protoc. 2019;8(7):e14434. Published 2019 Jul 9. doi:10.2196/14434

Clark B, Virani A, Ehrensaft D, **Olson-Kennedy J**, (2019) Resisting the Post-Truth Era: Maintaining a Commitment to Science and Social Justice in Bioethics, The American Journal of Bioethics, 19:7, W1-W3, DOI: 10.1080/15265161.2019.1618951

**JA919**

Sayegh CS, MacDonell KK, **Olson-Kennedy J**. The Impact of Cell Phone Support on Psychosocial Outcomes for Youth Living with HIV Nonadherent to Antiretroviral Therapy. AIDS Behav. Accepted for publication 2018. Role: Conceptualized the research, Edited manuscript

**Olson-Kennedy J**\*\*, Warus J\*, Okonta V, Belzer M, Clark LF., Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. JAMA Pediatrics, 2018 May 1;172(5):431-436. doi: 10.1001/jamapediatrics.2017.5440. Role: Conceptualized the research, wrote and edited manuscript; first author

**Olson-Kennedy J**\*\*, Okonta V, Clark LF, Belzer M, Physiologic Response to Gender-Affirming Hormones Among Transgender Youth, Journal of Adolescent Health, Volume 0, Issue 0 Published online October 2017; DOI: http://dx.doi.org/10.1016/j.jadohealth.2017.08.005 Role: Conceptualized the research, wrote and edited manuscript; first author.

**Olson-Kennedy J**\*\*, Cohen-Kettenis P. T., Kreukels B.P.C, Meyer-Bahlburg H.F.L, Garofalo R, Meyer W, Rosenthal S.M., Research Priorities for Gender Nonconforming/Transgender Youth:  Gender Identity Development and Biopsychosocial Outcomes, Curr Opin Endocrinol Diabetes Obes. 2016 Jan 27. [Epub ahead of print]: Role: coordinated information from all authors, wrote all drafts, and finalized manuscript; first author

**Olson J**\*\*, Schrager S, Belzer M, Simons L\*, Clark L. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria.  Journal of Adolescent Health, July 2015 doi: 10.1016/j.jadohealth.2015.04.027 Role: Conceptualized the research, wrote and edited manuscript; first author.

Klein DA, Ellzy JA, **Olson J**\*\*. Care of a transgender adolescent. Am Fam Physician. 2015;92(2):143-148. Role: Edited manuscript; senior author

Belzer M, Kolmodin MacDonell K, Clark L, Huang J, **Olson J**, Kahana S, Naar S, Sarr M, Thornton S. Acceptability and feasibility of a cell phone support intervention for youth living with hiv with nonadherence to antiretroviral therapy, AIDS Patient Care and STDs, Vol. 29, No. 6, June 2015: 338-345. doi: 10.1089/apc.2014.0282; Role: edited manuscript;

**Olson J**\*\*, Schrager S M., Clark L F., Dunlap S L., Belzer M.  Subcutaneous testosterone: an effective delivery mechanism for masculinizing young transgender men, LGBT Health. September 2014, 1(3): 165-167. doi:10.1089/lgbt.2014.0018. Role: conceptualized research, collected data, first authored manuscript; First author

Schrager SM, **Olson J**, Beharry M\*, Belzer M, Goldsich K\*, Desai M, Clark LF. Young men and the morning after: a missed opportunity for emergency contraception provision? J Fam Plann Reprod Health Care. 2015 Jan;41(1):33-7. doi: 10.1136/jfprhc-2013-100617. Epub 2014 Jan 24. PubMed PMID: 24465024. Role: conceptualized research project, edited manuscript.

Belzer ME, Naar-King S, **Olson J**, Sarr M, Thornton S, Kahana SY, Gaur AH, Clark LF; Adolescent Medicine Trials Network for HIV/AIDS Interventions. The use of cell phone support for non-adherent HIV-infected youth and young adults: an initial randomized and controlled intervention trial. AIDS Behav. 2014 Apr;18(4):686-96. doi: 10.1007/s10461-013-0661-3. PubMed PMID: 24271347; PubMed Central PMCID: PMC3962719. Role: Edited manuscript

Simons L*, Schrager SM, Clark LF, Belzer M, **Olson J\*\***. Parental support and mental health among transgender adolescents. J Adolesc Health. 2013 Dec;53(6):791-3. DOI: 10.1016/j.jadohealth.2013.07.019. Epub 2013 Sep 4. PubMed PMID: 24012067; PubMed Central PMCID: PMC3838484. Role: Conceptualized research, collected data, edited manuscript

**Olson J\*\*,** Forbes C, Belzer M. Management of the transgender adolescent. Arch Pediatr Adolesc Med. 2011 Feb;165(2):171-6. doi: 10.1001/archpediatrics.2010.275. Review. PubMed PMID: 21300658. Role: Drafted and edited manuscript: first author

Puccio JA, Belzer M, **Olson J**, Martinez M, Salata C, Tucker D, Tanaka D. The use of cell phone reminder calls for assisting HIV-infected adolescents and young adults to adhere to highly active antiretroviral therapy: a pilot study. AIDS Patient Care STDS. 2006 Jun;20(6):438-44. PubMed PMID: 16789857. Edited manuscript.

Belzer M, Sanchez K, **Olson J**, Jacobs AM, Tucker D. Advance supply of emergency contraception: a randomized trial in adolescent mothers. J Pediatr Adolesc Gynecol. 2005 Oct;18(5):347-54. PubMed PMID: 16202939. Edited manuscript.

**REFEREED REVIEWS, CHAPTERS, AND EDITORIALS:**

**Olson-Kennedy J\*\*,** The Care of Gender Non-Conforming and Transgender Youth. Lavin N, Manual of Endocrinology and Metabolism, 5th Edition, Wolters Kluwer, 2019

**Olson J\*\*,** Transgender Youth and Young Adults. In: Neinsteins Adolescent and Young Adult Health Care: A Practical Guide, 6th edition, Lippincott Williams and Wilkins, 2015

Forcier M, **Olson J\*\***, Transgender and Gender Nonconforming Youth, AM:STARs Hot Topics in Adolescent Health: Adolescent Medicine State of the Art Reviews, 25(2), August 2014  American Academy of Pediatrics Section on Adolescent Health

Belzer ME, **Olson J\*\***. Adherence in Adolescents: A Review of the literature. Adolescent Medicine: State of the Art Reviews.  Evaluation and Management of Adolescent Issues. American Academy of Pediatrics   2008:1999-117.

**NON-REFEREED JOURNAL ARTICLES, REVIEWS, OR OTHER COMMUNICATIONS:**

**Olson-Kennedy, J\*\*.** Hot Topics and Fresh Paradigms in Gender, Diversity and Care, AM:STARs: LGBTQ Youth: Enhancing Care For Gender and Sexual Minorities
By American Academy of Pediatrics Section on Adolescent Health 2018
ISBN (paper): 978-1-61002-136-4

**JA921**

**Olson-Kennedy J**\*\*. Mental Health Disparities Among Transgender Youth Rethinking the Role of Professionals. *JAMA Pediatr.* 2016;170(5):423–424. doi:10.1001/jamapediatrics.2016.0155

**Olson J**\*\*, Garofalo R. The peripubertal gender-dysphoric child: puberty suppression and treatment paradigms. Pediatr Ann. 2014 Jun;43(6):e132-7. doi: 10.3928/00904481-20140522-08. PubMed PMID: 24972421. Role: Drafted and edited manuscrpt: first author

Hildago MA, Ehrensaft D, Tishelman AC, Clark LF, Garofalo R, Rosenthal SM, Spack NP, **Olson J**\*\*. The gender affirmative model: What we know and what we aim to learn. *Human Development*, 2013, 3: 285-290. Edited manuscript; senior author

**Olson J**\*\*, Forcier M, Overview of the management of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed) UpToDate, Waltham, MA Role: co-first authored manuscript – drafting and editing.

Forcier M, **Olson J**\*\*, Overview of gender development and clinical presentation of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed) UpToDate, Waltham, MA. Role: co-first authored manuscript – drafting and editing.

**Olson, J**\*\*. Lesbian, gay, bisexual, transgender, queer youth and the internet- a virtual closet or cornucopia? – California Pediatrician, Jan 2011

**ABSTRACTS AND PRESENTATIONS:**

**Olson J**\*\*, Clark L, Schrager S, Simons L, Belzer M, Baseline Characteristics Of Transgender Youth Naïve To Cross Sex Hormone Therapy, J Adol Health, February 2013 (Vol. 52, Issue 2, Supplement 1, Pages S35-S36, DOI: 10.1016/j.jadohealth.2012.10.086)

Beharry M\*, **Olson J**\*\*, Men and the Morning After, poster presented at the Society for Adolescent Health and Medicine, Toronto, 2010.

**MEDIA AND TELEVISION APPEARANCES:**

France 24 TV – Transgender Youth, 2015

The DeMita Fletcher Family: What We Learned From Our Transgender Son , People.com

Eisenhower Medical Center Hosts Transgender Symposium, Desert Sun

Transgender 13-year-old Zoey having therapy, BBC

Driven to Suicide, People Magazine

Gay Dads with Gender Non-Conforming Kids, Gays with Kids

Transgender Teen Opens Up about Struggles, Journey, ABC 7

Transgender community, allies see Jenner interview in positive light, LA Times

Bruce Jenner's transgender journey will lead to more understanding, many say, Daily News

Fellow Olympian on Bruce Jenner's Transgender Announcement: 'Hardest Thing I Could Ever Imagine' ET On

Local Teens Hopes to Inspire Transgender Youth by Speaking Publicly About Transition, KCBS

15-Year-Old Transgender Teen Hopes to Inspire Others, Fox 11

Pausing Puberty with Hormone Blockers May Help Transgender Kids, Fox News

'I Am Jazz': Transgender Teen on Grappling with High School, Puberty, ABC/Nightline

New study proves transgender status is not the result of a hormone imbalance, Examiner.com

Transgender youth have typical hormone levels, Science Daily

Health Effects of Transitioning in Teen Years Remain Unknown, NPR

STUDY: Being Young and Trans Is Not the Result of a Hormonal Imbalance

Transgender Kids Found to Have No Hormone Abnormalities Contributing To Their

Experience, The Advocate

No Difference in Hormone Levels of Transgender Youth, Science 2.0

When parenting a trans child, let them teach you, Mashable

Transgender Youth Don't Have Hormone Abnormalities, Doctors Lounge

Parenting My Transgender Teen: Britt Rubenstein, Mom-Momstampblog

Transparenthood: Raising a Transgender Child, Parents Magazine

Identifying as a Different Gender, Student Science

Inside Vanity Fair: Trans America, Our New Special Issue on Gender Identity and Expression, Vanity Fair

First Study on Transgender Youth Tx Outcomes Starting Soon, Oncology Nurse Advisor

NIH funds multicenter study to evaluate impact of medical treatment in transgender youth, News-Medical.net

First Study on Transgender Youth Tx Outcomes Starting Soon, Monthly Prescribing Reference

Do-Gooder Gallery – E!

Why There's a Medical Crisis for Transgender Youth, The Hollywood Reporter

Hollywood's Top Doctors 2015, The Hollywood Reporter

**JA923**

Transgender Medical Crises, Daily Kos

Op-ed: Jazz Jennings is TV's Unsung Trans Heroine, Buzz Feed

Al Jazeera America – Betrayed by their bodies: For trans teens, puberty can be a trauma

Daycare workers fired for not acknowledging 6-year-old as transgender boy, Rolling Out.com

Sam's Journey: This is who I am, San Diego Union Tribune

 Born This Way: Stories of Young Transgender Children, CBS The Sunday Morning Show, 2014

Coy Mathis: One Child's Fight to Change Gender, Rolling Stone Magazine, 2013

Boy to Girl: One Child's Journey, People Magazine, 2013

Transgender Childhood, Dateline, 2012

Transgender Teen's Journey From Meghan to Mason "Really, Really Good" NBC, Bruce Hentsel Show, 2012

Transgender Child: A Parents' Difficult Choice, Our America with Lisa Ling, OWN Network, 2011

My Extraordinary Family, ABC Nightline, 2011

Transgender Youth, Rosie O'Donnell's The DOC Club, 2011

Adolescents and Bullying, Dr. Drew show, 2011

Lost Little Boy, The Dr. Phil Show, 2008

Born in the Wrong Body, ABC 20/20, 2007

# Exhibit B

## **BIBLIOGRAPHY**

*The Journal of the Oklahoma State Medical Association  111*

*JAMA surgery*

*American Psychologist*

*Transgender Health  3*

*The Journal of adolescent health: official publication of the Society for Adolescent Medicine* 61 _____

*Transgender health* 1 _____

*Pediatrics* 141

*JAMA*

*International Journal of Transgenderism*

*Journal of Gay & Lesbian Mental Health*

. *Annals of Internal Medicine, 163* , _____

*International Journal of Transgender Health*

*Pediatrics* 134

*The journal of sexual medicine* 8

*Archives of sexual behavior*  43

*Adolescent health, medicine and therapeutics*  8

*Journal of sex & marital therapy*  47

*Archives of sexual behavior*  9

*Current opinion in pediatrics*

*Pediatrics*

*JAMA Surgery.*

*European journal of endocrinology / European Federation of Endocrine Societies*

*Clinical Endocrinology*

*Annals of translational medicine  9*

*JAMA Pediatrics.*

*Mayo Clinic proceedings  83*

*The Australian and New Zealand journal of psychiatry*

*Psychological Science*

*Pediatrics*

*Child Development*

*Psychological Medicine*

*Public Health Rev* _____

*LGBT health*
_____

*Pediatrics*

*Journal of child psychology and psychiatry, and allied disciplines* 59 _____

*Journal of Clinical and Translational Endocrinology*

*The journal of sexual medicine* 15
_____

_____  _____
_____

_____
_____  _____
_____

_____







## CHAPTER 100– GENERAL INFORMATION
### CHANGE LOG

| Replace | Title | Change Date | Effective Date |
|---|---|---|---|
| Sections: 110, 121, 150, 151, 152, 153, 160, 161, 170, 180, 191 | Various | 12/02/04 | 01/01/05 |
| Section 140 | Manual Updates | 12/02/04 | 01/01/05 |
| Section 153 | Other Contact Information | 12/02/04 | 01/01/05 |
| | Medicaid Managed Care | 12/02/04 | 01/01/05 |
| Section 161 | General Non-Covered Services | 12/02/04 | 01/01/05 |

### CHAPTER 100– GENERAL INFORMATION
### 12/2/2004

#### Sections: 110, 121, 150, 151, 152, 153, 160, 161, 170, 180, 191

**Introduction**: The terms beneficiary and recipient have been replaced by member throughout the entire manual.

**Directions:**    Replace the pages containing these sections.

**Change:**    Replace current sections with the updated ones.

#### Section 140

**Introduction**: The manual update process has undergone some changes.  Also the contact phone numbers in this section have changed.

**Directions:**    Replace the page containing this section.

**Change:**    Replace old phone numbers with the new ones.

#### Section 153

**Introduction**: Some of the contact phone numbers in this section have changed because of the change in contractors.

---

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

CFAIN0001650

**JA931**





**Directions:**    Replace the page containing this section.

**Change:**       Replace old phone numbers with the new ones.


**Introduction**: Added wording related to PCCM Program.

**Directions:**    Replace the page containing this section.

**Change:**       Add PCCM Program.


### Section 161


**Introduction**: Removed Gastric By-pass from the section since this surgery is now a covered service under certain conditions.

**Directions:**    Replace the page containing this section.

**Change:**       Delete gastric by-pass as a non-covered service.

**DISCLAIMER:** This manual does not address all the complexities of Medicaid policies
and procedures, and must be supplemented with all State and Federal Laws and
Regulations.

CFAIN0001651

**JA932**




## CHAPTER 100—GENERAL INFORMATION
### TABLE OF CONTENTS

| TOPIC | PAGE NO. |
|---|---|

100 Introduction ............................................................................................................ 2
110 Medicaid Program Overview ................................................................................. 2
120 Purpose of the Manual ......................................................................................... 3
121 Organization of the Manual .................................................................................. 3
130 Other Resource Information .................................................................................. 3
140 Manual Updates .................................................................................................... 4
150 Written or Phone Inquiries .................................................................................... 4
151 Voice Response System ....................................................................................... 4
152 Contacting Provider Services ............................................................................... 5
153 Other Contacts ..................................................................................................... 6
160 Covered Services .................................................................................................. 9
161 General Non-Covered Services .......................................................................... 10
170 Relationship to Medicare .................................................................................... 11
180 Out-of-State Services .......................................................................................... 11
190 Fraud and Abuse ................................................................................................. 12
191 Confidentiality ...................................................................................................... 13

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and
procedures, and must be supplemented with all State and Federal Laws and Regulations.

CFAIN0001652

**JA933**




- Speech and Hearing Services
- Transportation Services
- Vision Services.

Certain services are covered only for specific categories of eligible members. All covered Medicaid services, both traditional and special services, must be medically necessary, may be limited in scope, i.e., specific number of units of services, and may be subject to prior authorization.

BMS contracts with West Virginia Medical Institute (WVMI) for the review and approval of all hospital inpatient services for Medicaid members. However, physicians, acute care hospitals, rehab hospitals for members under age 21 only, and psychiatric hospitals for members under 21 only, must obtain prior authorization before admission of the patient. For documented emergencies, the patient may be admitted, but the request for prior authorization must be made to WVMI within 24 hours or the first working day after admission.

Refer to appropriate the applicable provider manual for specific provider policy and billing instructions for each of these covered services.

## 161   GENERAL NON-COVERED SERVICES

The WV Medicaid Program does not cover certain services and items regardless of medical necessity.

Some examples are identified below:

- Acupuncture
- Artificial insemination, in vitro fertilization, infertility services, or sterilization reversal
- Autopsy
- Christian Science services
- Cosmetic surgery services
- Dental services for members 21 years of age and over (except for treatment of fractures of mandible and maxilla and biopsy), removal of cysts and tumors, and emergency extractions
- Drugs for weight gain or loss, hair growth, fertility, cosmetic use, and those considered investigational or unproven
- Duplicate services
- Equipment or supplies which are primarily for patient comfort and/or family or caretaker convenience (Note: One mobility item is covered in a five-year period.)
- Experimental or investigational/research services or drugs
- Inpatient psychiatric services for individuals between 22 and 65 years of age, except acute care admissions
- Optometry services for individuals over age 21, except the first pair of glasses after cataract surgery
- Personal comfort and convenience items or services, whether on an inpatient or outpatient basis, such as television, telephone, barber or beauty service, guest services, and similar incidental services and supplies, even when prescribed by a physician
- Radial Keratotomy; Lasik surgery

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

**JA934**

CFAIN0001661




- Services rendered outside the scope of a provider's license
- Sterilization for individuals under age 21
- Transsexual surgery
- Fees for missed appointments*
- Fees to copy medical records
- Weight loss programs or drugs for weight loss
- Services rendered by students as part of their clinical or academic training.

\* Enrolled providers cannot bill Medicaid members for missed appointments.

The above list is illustrative only. It should not be construed as a complete or exhaustive list of excluded items or services.

Refer to Chapter 400 for additional information on member responsibilities for payment, and appicable provider manuals for specific covered and non-covered services.

The "WV Works" Program covers dental and optometry services for certain eligible adult Medicaid members. Please note: Not all Medicaid-eligible members are eligible for enrollment in the "WV Works" Program. Contact the local DHHR office for questions regarding specific benefits and possible coverage for patients.

## 170    RELATIONSHIP TO MEDICARE

Medicaid covers medically necessary health services furnished to individuals who meet specific income, resource, and eligibility standards. Medicare is a federal program that offers health insurance coverage to individuals 65 years of age or older, to those who have received social security disability benefits for 24 consecutive months, to those who have end-stage renal disease, to those on advanced life support, and to other eligible individuals, as specified by other provisions of the Social Security Act.

WV Medicaid covers the applicable co-insurance and deductible amounts, not to exceed Medicaid's allowable payment, for services covered by Medicare Parts A and B for all eligible Medicaid members who are also entitled to Medicare benefits. The Medicaid Program may also provide payment for services not covered by Medicare.

A member with both Medicare and Medicaid coverage is identified as "dual eligible." Medicaid reimburses secondary to Medicare. If a Medicare Supplemental policy exists in addition to Medicare and Medicaid coverage, Medicaid is the third-party payer subsequent to Medicare and Medicare Supplemental payments. Medicaid is always the payer of last resort.

Refer to Chapter 300 for more specific provider information on the Medicare program and its relationship to WV Medicaid, including Medicare provider numbers as part of your Medicaid participation responsibilities.

For information related to claim submission procedures for services rendered to a "dual eligible" member, refer to Chapter 300.

## 180    OUT-OF-STATE SERVICES

Non-emergency, out-of-state services provided to WV Medicaid members routinely require prior authorization from the BMS Out-of-State Unit, Bureau for Medical Services. For HMO members, follow the respective HMO prior-authorization requirements. If applicable, contact BMS at 1-304-558-1700.

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

**JA935**

CFAIN0001662



**Exhibit PL0002**

SY



## CHAPTER–519 COVERED SERVICES, LIMITATIONS, AND EXCLUSIONS FOR PRACTITIONER SERVICES – INCLUDING PHYSICIANS, PHYSICIAN ASSISTANTS, AND ADVANCED REGISTERED NURSE PRACTITIONERS

### CHANGE LOG

| Replace | Title | Change Date | Effective Date |
|---|---|---|---|
| Attachment 18 | Infant and Child Oral Health Fluoride Varnish Program for Primary Care Practitioners | 01/16/12 | 01/16/12 |
| Section 519.20.1 | Prior Authorization for Outpatient Surgeries | 01/10/06 | 02/15/06 |
| Section 519.13.2.1 | Immunization for Children | 11/21/05 | 11/30/05 |
| Section 519.19.1 | Prior Authorization for Outpatient Surgeries | 10/24/05 | Postponed |
| Section 519.12.5 | Medicaid Diabetes Disease State Management | 10/4/05 | 10/15/05 |
| Section 519.13.2.2 | Immunizations for Adults | 10/4/05 | 10/24/05 |
| Section 519.13.2.1 | Immunizations for Children | 9/28/05 | 7/18/05 |
| Section 519.19.1 | Prior Authorization for Outpatient Surgeries | 9/28/05 | 11/1/05 |
| Section 519.14.3 | Prior Authorization Requirements for Imaging Procedures | 9/1/05 | 10/1/05 |
| Section 519.7.6 | Nursing Facility Visits | 5/17/05 | 6/1/05 |
| Section 519.11.3 | Psychiatric Services | 5/17/05 | 6/1/05 |
| Section 519.12.1 | Caloric Vestibular Testing | 5/17/05 | 6/1/05 |

**DISCLAIMER:** This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

**JA936**





# CHAPTER 519—COVERED SERVICES, LIMITATIONS AND EXCLUSIONS FOR PRACTITIONERS SERVICES

## TABLE OF CONTENTS

| TOPIC | PAGE NO. |
|---|---|
| Introduction | 6 |
| 519.1 Definitions | 6 |
| 519.2 Medical Necessity | 6 |
| 519.3 Provider Enrollment Requirements | 6 |
| 519.3.1 Enrollment: Physician | 7 |
| 519.3.2 Enrollment: Physician Assistant | 7 |
| 519.3.3 Enrollment: Advanced Registered Nurse Practitioner | 7 |
| 519.3.4 Enrollment: Group/Pay-To Practices | 8 |
| 519.3.5 Enrollment: Other Practitioners | 8 |
| 519.3.6 Enrollment: Documentation | 8 |
| 519.4 Practitioner Services: Overview | 9 |
| 519.4.1 Physician Supervision of Employed Non-Physician Practitioners | 9 |
| 519.4.2 Physician Supervision in a Teaching Setting | 10 |
| 519.4.3 Residents and Fellows | 10 |
| 519.4.4 Advanced Registered Nurse Practitioner | 11 |
| 519.4.5 Registered Nurse First Assistant | 11 |
| 519.4.6 Out-of-State Physician Services | 12 |
| 519.4.7 WV Medicaid Must Pay Provider of Services | 12 |
| 519.5 Service Descriptions in other Manuals | 12 |
| 519.6 Index of Covered Services | 13 |
| 519.7 Evaluation and Management Services | 15 |
| 519.7.1 Office Visits and Other Outpatient Services | 15 |
| 519.7.2.Preventive Care for Members | 16 |
| 519.7.2.1 Early and Periodic Screening, Diagnosis, and Treatment (EPSDT) | 16 |
| 519.7.3 Hospital Visits | 17 |

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

JA937




519.7.3.1 Emergency Department Services ............................................................... 17

519.7.3.2 Observation Services ....................................................................................... 17

519.7.4 Referrals ......................................................................................................................... 18

519.7.5 Consultations ................................................................................................................ 18

519.7.5.1 Second Opinions for Elective Surgery ................................................. 19

519.7.5.2 Telehealth Services ........................................................................................ 19

519.7.6 Nursing Facility Visits ............................................................................................. 19

519.7.7 Care Plan Oversight Services ............................................................................... 20

519.7.8 Critical Care Visits ..................................................................................................... 20

519.7.9 Prolonged Physician Attendance ....................................................................... 21

519.7.10 Eligibility Examinations ....................................................................................... 21

519.8 Anesthesia Services ........................................................................................................... 22

519.8.1 Base and Time Units .................................................................................................. 22

519.8.2 Coverage Policies ........................................................................................................ 23

519.8.3 Maternity-Related Anesthesia ............................................................................. 24

519.8.4 Emergency Anesthesia ............................................................................................. 24

519.8.5 Monitored Anesthesia Care .................................................................................... 24

519.8.6 Other Anesthesia Services ..................................................................................... 25

519.8.7 Anesthesiologist Directed Anesthesia ............................................................. 25

519.8.8 Anesthesia Teams ....................................................................................................... 26

519.9 Surgical Services .................................................................................................................. 26

519.9.1 Reconstructive Surgery ............................................................................................ 26

519.9.2 Integumentary Services ........................................................................................... 27

519.9.3 Bariatric Surgical Procedures ............................................................................... 27

519.9.3.1 Medical Necessity Review and Prior Authorization .......................... 27

519.9.3.2 Physician Credentialing Requirements ................................................. 28

519.9.3.3 Physician Professional Services ................................................................ 29

519.9.3.4 Reimbursement ............................................................................................... 29

519.9.3.5 Covered Bariatric Procedures ................................................................... 29

519.9.3.6 Non-Covered Bariatric Procedures ......................................................... 29

519.9.4 Excluded Surgical Procedures .............................................................................. 31

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and
procedures, and must be supplemented with all State and Federal Laws and Regulations.

JA938




519.10 Obstetrical and Gynecological Services ............................................................... 31

519.10.1 Maternity Services........................................................................................ 31

519.10.1.1 Obstetrical Ultrasounds/Fetal Non-Stress Tests ................................ 33

519.10.2 Pregnancy Termination ............................................................................... 34

519.10.2.1 Drug RU-486 (Mifeprex) ................................................................... 34

519.10.3 Sterilization................................................................................................. 35

519.10.4 Hysterectomy ............................................................................................. 37

519.10.5 Family Planning .......................................................................................... 38

519.11 Specialty Services ..........................................................................................38

519.11.1 Pain Management .......................................................................................38

519.11.1.1 Osteopathic Manipulations ................................................................ 39

519.11.1.2 Paravertebral Facet Joint Block and Denervation ............................. 39

519.11.2 Wound Therapy........................................................................................... 41

519.11.3 Psychiatric Services .................................................................................... 44

519.11.4 Laboratory and Pathology Services ............................................................ 45

519.11.4.1 Laboratory Services........................................................................... 45

519.11.4.2 Pathology Services ............................................................................ 45

519.12 Medical Services ............................................................................................. 47

519.12.1 Caloric Vestibular Testing........................................................................... 47

519.12.2 Hyperbaric Oxygen Therapy (HBOT).......................................................... 47

519.12.3 High Frequency Chest Wall Oscillation, Airway Clearance Therapy: Respiratory Vest System ......................................................................................... 50

519.12.4 Cancer Screening........................................................................................ 52

519.12.4.1 Colorectal Cancer Screening.............................................................. 52

519.12.4.2 Prostate Cancer Screening................................................................. 53

519.12.4.3 Breast and Cervical Cancer Screening ............................................. 53

519.12.4.4 Mammography ................................................................................... 54

519.12.5 Diabetes Disease State Management .......................................................... 54

519.12.6 Pulmonary Function Tests .......................................................................... 58

519.12.7 Hemophilia Services.................................................................................... 59

519.12.8 Tobacco Cessation Program ...................................................................... 59

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

JA939




519.13 Medication Services ................................................................................. 60
519.13.1 Injections ............................................................................................. 60
519.13.1.1 Palivizumab/Synagis ................................................................ 61
519.13.2 Immunizations ..................................................................................... 62
519.13.2.1 Immunizations for Children ...................................................... 62
519.13.2.2 Immunizations for Adults ......................................................... 64
519.13.3 Antigen/Allergy Services ..................................................................... 65
519.13.4 Chemotherapy Administration ............................................................. 67
519.14 Radiology Services ................................................................................... 68
519.14.1 Emergency Room X-Rays and Electrocardiograms ............................ 69
519.14.2 Bone Density Testing ........................................................................... 69
519.14.3 Prior Authorization Requirements for Imaging Procedures .................. 69
519.15 Unlisted Services, Drugs, Procedures, or Items ...................................... 71
519.16 Non-Covered Items—Medical Supplies/Durable Medical Equipment ......... 71
519.17 Non-Covered Services .............................................................................. 71
519.18 Billing and Reimbursement ....................................................................... 73
519.18.1 HCPCS Codes ...................................................................................... 73
519.18.2 Clinical Code Modifiers ........................................................................ 74
519.18.3 Payment for Anesthesia Services ........................................................ 74
519.18.4 CMS 1500 Claim Form ......................................................................... 74
519.19 Solicitations .............................................................................................. 74
519.20 Medical Necessity Certification and Prior Authorization ........................... 75
519.20.1 Prior Authorization for Outpatient Surgeries ....................................... 75
519.21 Managed Care .......................................................................................... 75
Attachment 1: Prior Authorization Form for Blepharoplasty, Upper Eyelids
Attachment 2: Prior Authorization Form for Breast Reconstruction
Attachment 3: Prior Authorization Form for Breast Reduction
Attachment 4: Prior Authorization Form for Panniculectomy
Attachment 5: CPT Codes to Report Pregnancy Termination Procedures
Attachment 6: CPT Codes to Report Sterilization Procedures
Attachment 7: CPT Codes to Report Hysterectomies

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and
procedures, and must be supplemented with all State and Federal Laws and Regulations.

JA940




### 519.15 UNLISTED SERVICES, DRUGS, PROCEDURES, OR ITEMS

Unlisted services, drugs, procedures, or items (as defined by HCPCS) are used only when there is no code that describes the service, item, or procedure provided to a Medicaid member. Unlisted codes must always be billed on paper with a description of the service provided, e.g., an operative report or clinical notes.

When billing for other unlisted services, procedures, or items, the claim must be accompanied by all documentation necessary to justify reimbursement (i.e., operative reports, cost invoices, etc).

### 519.16        NON-COVERED ITEMS – MEDICAL SUPPLIES/DURABLE MEDICAL EQUIPMENT

Payment will not be authorized for non-covered items – medical supplies/durable medical equipment. Details of non-covered items – medical supplies/durable medical equipment are found in the Chapter 506 pertaining to durable medical equipment.

### 519.17        NON-COVERED SERVICES

Certain services and items are not covered by the Medicaid Program. Non-covered services include, but not limited to, the following:

- Acupressure
- Acupuncture
- Autopsy
- Cardiac rehabilitation programs, pulmonary rehabilitation programs, and other rehabilitation programs
- Chelation therapy
- Claims received more than 12 months after the date of service
- Completion of forms and reports, except for eligibility purposes as specifically requested by the Department of Human Services using ‑ESRT" letters of request
- Cosmetic procedures, medical or surgical, the primary purpose of which is to improve the member's appearance. Such procedures include, but not limited to, otoplasty for protruding ears of lop ears, rhinoplasty (except to correct nasal deformity), nasal reconstruction, excision of keloids, fascioplasty, osteoplasty for prognathism or micrognathism or both, dermabrasion, certain skin grafts, malar augmentation, breast implants for other than breast cancer reconstruction, and lipectomy
- Courtesy Calls (visits in which no identifiable medical service was rendered)
- Dietary (food) supplements, except as provided in a hospital or nursing home
- Direct payments to members (payments are made to the provider of service)
- Domestic or housekeeping services, except to the extent they may be provided under a home health service plan
- Drugs and supplies dispensed by the physician which are acquired by the physician at no cost
- Educational services
- Experimental/Research/Investigational medical or surgical procedures
- Genetic testing
- Hypnosis
- Immunizations required for travel outside the Continental United States
- Incidental surgical Procedures (i.e., incidental appendectomy, lysis of adhesions, excision of previous scar, etc.) performed at the same time as a major surgical procedure
- Infertility services (i.e., artificial insemination, in vitro fertilization, etc.)
- Inhalation Therapy (chronic basis)

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

## JA941




- Injections and visits solely for the administration of injections unless medically necessary and the member's inability to take appropriate oral medications are documented in the member's medical record and on the claim form
- Inpatient rehabilitation services for members over 18 years of age
- Items/Services not related to medical care that were provided for the convenience of the member, their custodian, or the provider
- Maintenance services if no progress is being made
- Mass screenings for any condition
- Massage therapy
- Meals-on-Wheels (or similar food service arrangements)
- Naturopathy
- Non-legend Drugs (over-the-counter drugs), except for the following:
  - Family planning supplies
  - Insulin
  - Diabetic syringes/Needles/Testing kits
  - End-Stage Renal Disease (ESRD) Vitamin/Vitamin mineral preparations and other medications related to ESRD services.

  NON-LEGEND DRUGS FOR MEMBERS RESIDING IN LONG-TERM CARE (LTC) FACILITIES (skilled and intermediate nursing homes) are to be furnished by the LTC and are not to be billed to the member or the Department of Health and Human Resources.

- Nutritional (dietary) counseling
- Operating surgeon may not bill for the administration of anesthesia, except epidural anesthesia
- Pain Clinics (Specific medical procedures ordered by the physician for treatment are covered)
- Payment to a physician for laboratory services as payment is made directly to the facility performing these services. (The physician may have a laboratory specifically approved for Medicaid purposes; the laboratory must have a Medicaid laboratory provider number)
- Personal comfort items (items which do not directly contribute to the treatment of an illness or injury or to the functioning of a malformed body part)
- Physician services denied by Medicare as not medically necessary, ineffective, unsafe, or without proven clinical value
- Physician services included as part of the cost of an inpatient facility or hospital outpatient department
- Pre-operative evaluations for anesthesia are included in the fee for administration of anesthesia and the provider may not bill them
- Procedures prohibited by State or Federal statute or regulations
- Pulmonary rehabilitation programs and other similar rehabilitation programs
- Referrals from one physician to another for treatment of specific member problems are not to be billed as consultations
- Reflexology
- Rehabilitation programs such as cardiac, pulmonary, dietary, weight control, etc.
- Respiratory therapy
- Routine Foot Care, except for those members having a metabolic disease such as diabetes and the metabolic disease must be documented
- Services and items under a Workers Compensation law or other payment services
- Services provided as inpatient hospital services if the service could appropriately and safely be

DISCLAIMER: This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

## JA942





performed on an outpatient basis in an office or outpatient hospital setting unless the procedure is performed as a secondary necessary procedure

- Services provided by students
- Services provided for the purpose of relieving discomfort
- Services which are not medically justified
- Services which are provided at no charge to patients who are not Medicaid members (i.e., services provided free to the general public cannot be billed to Medicaid)
- Sex change surgery (transsexual surgery)
- Sex determination services
- Spectacle (glasses) cases
- Sterilizations when the member is under 21 years of age, institutionalized, or mentally incompetent
- Tai chi
- Telephone contacts with members or on their behalf
- Tempomandibular Joint Syndrome (TMJ) surgery or treatment
- Visits solely for one or more of the following:
  - Prescription pickup
  - Collection of specimens for laboratory procedures
  - Ascertaining members' weight.
- Weight reduction (obesity) clinics/programs.
- Yoga

### 519.18    BILLING AND REIMBURSEMENT

Practitioners must bill WV Medicaid directly for covered services provided to Medicaid members. However, payment may be made to a practitioner's employer when the practitioner is required as a condition of employment to turn over his/her fees to the employer or when the facility where a service is rendered has a signed contract with the practitioner that requires the facility to submit the claim. **Chapters 300 and 600** contain additional information.

**As is consistent with Federal law prohibiting Medicaid providers from balance billing, (i.e., billing an amount in excess of the Medicaid fee), the practitioner may not bill the member any additional amount regardless of the setting in which a service is rendered.**

### 519.18.1    HCPCS CODES

The Center for Medicare and Medicaid Services (CMS) of the Federal Government has mandated that all States implement the HCPCS codes to identify medical services provided to Medicaid members.

HCPCS is a coding system that uses the AMA's Current Procedural Terminology, fourth edition (CPT-4) as its base (Level I codes) and then nationalizes non-standard codes used by various states so all state and federal payers of medical claims use the same coding system (Level II codes).

In an effort to maintain uniformity with National Correct Coding Policies implemented by CMS, the BMS incorporates the National Correct Coding Initiative methodologies for the analysis of standard medical and surgical practice. These policies were developed based on coding conventions defined in the AMA's CPT-4 Manual, in national and local policies, in edits and in coding guidelines developed by national societies. They are consistent with federally and state mandated program policies. Incorporating these edits into the review process does not represent new policy or monitoring procedures by the BMS and should not be interpreted as such. These edits represent generally accepted standards of medical and surgical practice. Adherence to these policies will be monitored

**DISCLAIMER:** This manual does not address all the complexities of Medicaid policies and procedures, and must be supplemented with all State and Federal Laws and Regulations.

**JA943**



# Welcome

## Aetna Better Health® of West Virginia

2021-2022 Member Handbook

Mountain Health Trust – Medicaid

AetnaBetterHealth.com/WestVirginia

86.20.301.1-WV



Aetna Better Health® of West Virginia

CFAIN0002152

## TABLE OF CONTENTS

# Contents

WELCOME.........................................................................................................................3

  **ABOUT OUR PLAN**.......................................................................................................3

  **CONTACT US**..............................................................................................................4

WHAT YOU SHOULD KNOW............................................................................................5

  **CONFIDENTIALITY**.....................................................................................................5

  **DISCRIMINATION**......................................................................................................5

  **DEFINITIONS**.............................................................................................................6

  **YOUR RIGHTS**........................................................................................................10

  **YOUR RESPONSIBILITIES**......................................................................................11

STEPS TO GETTING CARE..............................................................................................12

  **YOUR MEMBER ID CARD**......................................................................................12

  **CHOOSING YOUR PRIMARY CARE PROVIDER (PCP)**..........................................13

  **HOW TO SCHEDULE AN APPOINTMENT**............................................................13

  **CHANGING YOUR PCP**..........................................................................................14

  **SECURE MEMBER WEB PORTAL**..........................................................................14

WHERE TO GET MEDICAL CARE....................................................................................14

  **ROUTINE CARE**......................................................................................................14

  **URGENT CARE**.......................................................................................................15

  **EMERGENCY CARE**................................................................................................15

  **HOSPITAL CARE**....................................................................................................16

  **CARE AWAY FROM HOME**....................................................................................17

YOUR BENEFITS............................................................................................................17

  **COVERED SERVICES**..............................................................................................17

  **BENEFITS COVERED UNDER MEDICAID FEE-FOR-SERVICE**................................22

  **VALUE-ADDED SERVICES**.....................................................................................23

  **COMMUNITY SERVICES**........................................................................................25

  WEST VIRGINIA WIC..................................................................................................25

  WORKFORCE WEST VIRGINIA...................................................................................25

MORE INFORMATION ABOUT YOUR HEALTH PLAN.....................................................25

  WELL-CHILD VISITS...................................................................................................25

  POPULATION HEALTH MANAGEMENT.....................................................................27

  INTEGRATED CARE MANAGEMENT..........................................................................27

  HEALTH HOME..........................................................................................................28

UTILIZATION MANAGEMENT .................................................................................... 28

   MEDICATIONS ............................................................................................................. 29

   PREGNANCY AND MATERNITY SERVICES ............................................................. 29

   DENTAL SERVICES .................................................................................................... 30

   BEHAVIORAL HEALTH SERVICES ............................................................................ 30

   COURT ORDERED SERVICES ................................................................................... 31

   SECOND MEDICAL OPINIONS ................................................................................. 31

   SERVICES NOT COVERED ....................................................................................... 31

   NEW TECHNOLOGY FOR MEDICAL PROCEDURES ............................................... 32

GETTING YOUR BENEFITS ........................................................................................... 32

   **SPECIALTY CARE** ..................................................................................................... **32**

   **SERVICE AUTHORIZATIONS** .................................................................................. **33**

   **PRIOR AUTHORIZATIONS** ...................................................................................... **33**

   **OUT-OF-NETWORK SERVICES** ............................................................................... **34**

   **COST SHARING** ....................................................................................................... **34**

   **ACCESS AND AVAILABILITY GUIDE** ...................................................................... **36**

LETTING US KNOW WHEN YOU'RE UNHAPPY .............................................................. 36

   **COMPLAINTS/GRIEVANCES** ................................................................................... **37**

   **APPEALS** ................................................................................................................. **38**

   **FAIR HEARINGS** ..................................................................................................... **38**

   **COMPLAINTS TO THE BUREAU FOR MEDICAL SERVICES** ................................... **39**

   **REPORTING FRAUD** ................................................................................................ **39**

OUR POLICIES ............................................................................................................... 40

   **YOUR MEDICAL RECORDS** ..................................................................................... **40**

   **YOUR RIGHT TO INFORMATION ABOUT YOUR HEALTH PLAN** ............................. **40**

   **ADVANCE DIRECTIVES** ........................................................................................... **40**

   **APPROPRIATE TREATMENT OF MINORS** ............................................................. **41**

   **THIRD PARTY LIABILITY** ......................................................................................... **41**

   **RECOMMENDING CHANGES IN POLICIES OR SERVICES** ..................................... **41**

   **CHANGES TO YOUR HEALTH PLAN** ....................................................................... **41**

   **REPORTING ABUSE & NEGLECT** ............................................................................ **41**

   **ENDING YOUR MEMBERSHIP** ................................................................................ **42**

APPENDIX A: IMMUNIZATION CHARTS ........................................................................ 44

## COURT ORDERED SERVICES

Medically necessary court ordered treatment services are covered by Aetna Better Health. Court ordered services are subject to, BMS review and determination and member appeals.

## SECOND MEDICAL OPINIONS

You may need a second opinion for an illness, surgery and/or confirming a treatment of care your practitioner has told you that you need. Contact your practitioner or Member Services for help to get a second opinion. If an appropriate provider or practitioner for the second opinion is not available within the Aetna Better Health network, we will arrange for you to get the second opinion outside the network. There is no cost to you for the second opinion.

## SERVICES NOT COVERED

Some services are not available through Aetna Better Health or Medicaid. If you choose to get these services, you may have to pay the entire cost of the service. Aetna Better Health is not responsible for paying for these services:

- All non-medically necessary services
- Sterilization of a mentally incompetent or institutionalized individual
- Except in an emergency, inpatient hospital tests that are not ordered by the attending physician or other licensed practitioner, acting within the scope of practice, who is responsible for the diagnosis or treatment of a particular patient's condition
- Organ transplants, except corneal transplant
- Treatment for infertility and the reversal of sterilization
- Sex transformation procedures and hormone therapy for sex transformation procedures
- All cosmetic services, except in the case of accidents or birth defects
- Christian science nurses and sanitariums
- Duplicate Services
- Service codes determined by Bureau for Medical Services as not covered
- Health services or supplies from nonparticipating practitioners, except in an emergency, for family planning or when otherwise approved by Aetna Better Health
- Health Services prohibited by law or regulation
- For adults, TMJ and other dental problems related to malocclusion unless proven to be life-threatening

This is not a complete list of the services that are not covered by Aetna Better Health. If a service is not covered, not authorized, or is provided by an out-of-

CFAIN0002184

**JA947**

Case 3:20-cv-00740   Document 250-29   Filed 05/31/22   Page 6 of 24 PageID #: 2364

**AetnaBetterHealth.com/WestVirginia**

©2021 Aetna Inc.

86.20.301.1-WV



Aetna Better Health® of West Virginia

CFAIN0002203

**JA948**



# WEST VIRGINIA MEDICAID MANAGED CARE MEMBER HANDBOOK



**SFY 2022**

**(July 1, 2021 – June 30, 2022)**

CFAIN0002067

# Table of Contents

Welcome................................................................................................................2

About Your Plan ...................................................................................................2

   Contact Us ...................................................................................................3

What You Should Know ........................................................................................4

   Confidentiality ...............................................................................................4

   Discrimination...............................................................................................4

   Definitions ....................................................................................................5

   Your Rights ...................................................................................................9

   Your Responsibilities ....................................................................................11

Steps to Your Getting Care .................................................................................11

   Your Member ID Card....................................................................................11

   Choosing Your Primary Care Provider (PCP) ...................................................13

   How to Schedule an Appointment ..................................................................13

   What If I Receive a Bill or Have to Pay for Care? ............................................14

   Changing Your PCP ......................................................................................14

Where to Get Medical Care.................................................................................14

   Routine Care ...............................................................................................14

   Teladoc 24/7 Services ...................................................................................15

   Urgent Care ................................................................................................15

   Emergency Care ..........................................................................................15

Your Benefits ......................................................................................................16

   Covered Services .........................................................................................16

   More Information about Your Coverage ...........................................................23

      Well-child Visits ...................................................................................23

      Dental Services...................................................................................23

      Behavioral Health Services ..................................................................24

      Court Ordered Services .......................................................................25

   Services Not Covered ...................................................................................25

Getting Your Benefits .........................................................................................29

**JA950**

Referrals and Specialty Care ............................................................................................ 29
Service Authorizations .................................................................................................... 29
Prior Authorizations ........................................................................................................ 30
Out-of-Network Services ................................................................................................ 30
New Technology .............................................................................................................. 30
Cost Sharing .................................................................................................................... 30
Access and Availability Guide .............................................................................................. 32
Letting Us Know When You're Unhappy ............................................................................. 32
Appeals ............................................................................................................................ 33
Grievances ....................................................................................................................... 34
Keeping your Appeals and Grievances ........................................................................... 35
Fair Hearings ................................................................................................................... 35
Complaints ...................................................................................................................... 35
Reporting Fraud .............................................................................................................. 36
Our Policies ........................................................................................................................... 36
Advance Directives ......................................................................................................... 36
Ending Your Membership ............................................................................................... 36
Appropriate Treatment of Minors .................................................................................. 37
Third Party Liability ....................................................................................................... 38
Recommending Changes in Policies or Services ............................................................ 38
Changes to Your Health Plan ......................................................................................... 38
Accreditation Report ...................................................................................................... 39
Important Contact Information ............................................................................................. 40

CFAIN0002070

**JA951**

Behavioral Health Services Not Covered:

- Services provided to individuals under the age of 21 performed in a children's residential treatment facility
- Any services that are covered by fee-for-service
- School-based services

If there is a mental health or substance abuse emergency, please call 911 right away.

---

*COURT ORDERED SERVICES*

Medically necessary court ordered treatment services are covered by The Health Plan. Court ordered services are subject to BMS reviews and determination.

## SERVICES NOT COVERED

Some services are not available through The Health Plan or Medicaid. If you choose to get these services, you may have to pay the entire cost of the service. The Health Plan is not responsible for paying for these services and others:

- All non-medically necessary services.
- Except in an emergency, inpatient hospital tests that are not ordered by the attending physician or other licensed practitioner, acting within the scope of practices, who is responsible for the diagnosis or treatment of a particular patient's condition.
- Cosmetic/plastic surgery will be covered only to correct conditions from accidents/injuries like a car accident and birth defects like a cleft lip. Breast implants are covered only for mastectomy due to breast cancer or fibrocystic breast disease. You may have to get a second opinion before getting these services.
- Removal/replacement of breast implants must be proven medically necessary. Implants must have been inserted for reconstructive purposes due to mastectomy for breast cancer or fibrocystic breast disease. You may have to get a second opinion before getting these services.
- These conditions must have happened while you were a member of The Health Plan. If not, The Health Plan must determine an ongoing history of medically necessary cosmetic/plastic surgery to correct these conditions. The Health Plan may do so by looking at your past medical records.

25

CFAIN0002094

**JA952**

- Removal of breast implants that were inserted for <u>cosmetic reasons only</u> will not be covered.

- Oral surgery for adults will be covered to correct conditions from accidents/injuries, like a car accident. The accident/injury must have happened *while* you were a member of The Health Plan. An oral surgeon *must* be needed to correct these conditions. These services must start within six months of the accident/injury.

- Custodial or home care, rest and respite care, or other services primarily to assist in the activities of daily living and personal comfort items (to include cleansing and luxury items) are not paid for by The Health Plan. This includes personal services and residential services.

- Health care that is for research, investigation, or experimental as determined by The Health Plan, is not paid for by The Health Plan. The Health Plan will look at standards of the AMA, FDA, NIH, Medicare, or reports of consultants to decide if a health care treatment is experimental or investigational.

- Private rooms are not paid for, except when medically needed and approved by The Health Plan. Personal or comfort items and services like guest meals, lodging, radio, television, and telephone are not paid for by The Health Plan.

- Hospital or medical care for problems that state or local law requires treatment in a public facility is not paid for by The Health Plan.

- Any injury or sickness when any benefits, settlements, awards, or damages will be received or paid will not be paid for by The Health Plan. This also includes workers' comp, employer's liability or similar law or act. This applies even if you waived your rights to workers' comp, employer's liability, or similar laws or acts. Be sure to tell The Health Plan if you will get any benefits, settlements, awards, damages, or workers' comp.

- Reversal of voluntary sterilization and associated services and/or expenses will not be paid for by The Health Plan.

- Sterilization for members under age 21 will not be paid for by The Health Plan.

- Sex change, hormone therapy for sex transformation, and gender transition procedures/expenses will not be paid for by The Health Plan. Procedures, services and supplies related to sexual dysfunction will not be paid for by The Health Plan.

- Special services not approved by The Health Plan will not be paid for.

CFAIN0002095





**Provider Procedural Manual**

**Corporate Office**

1110 Main Street
Wheeling, WV 26003

P: 1.800.624.6961
F: 1.740.699.6169
TTY: 711

**healthplan.org**

This manual is intended for the sole use of the physicians of The Health Plan. Any reproduction or distribution of any part of this manual without written consent from The Health Plan is prohibited.

# Table of Contents

## Section 1 - Welcome

Introduction ........................................................................................................................ 2

About Us............................................................................................................................... 3

Mission Statement............................................................................................................. 4

Network Services Contacts ............................................................................................ 5

Provider Quick Reference Guide ................................................................................... 8

## Section 2 – Physician Availability

Physician Availability....................................................................................................... 11

Primary Care Physician Guidelines ............................................................................. 12

PCPs Encouraged to Screen for Behavioral Health Needs ................................. 13

Initiation and Engagement of Alcohol and Other Drug Dependence Treatment............................. 13

Secondary Care Physician Guidelines ....................................................................... 14

Specialist Guidelines ....................................................................................................... 15

Physician Care of Self or Family .................................................................................. 16

## Section 3 – Member Benefits

Member Benefits................................................................................................................ 18

Product Matrix.................................................................................................................... 19

Commercial HMO Plans .................................................................................................. 20

Commercial POS Plans .................................................................................................... 20

Commercial PPO Plans .................................................................................................... 21

Sample Commercial ID Card ......................................................................................... 22

SecureCare HMO Medicare Advantage Plan ........................................................... 23

SecureChoice PPO Medicare Advantage Plan......................................................... 23



CFAIN0001785

**Provider Procedural Manual**
Table of Contents

D-SNP Program (Medicare Advantage Special Needs Plan) ................................................. 24

Sample Medicare ID Card ....................................................................................................... 25

Mountain Health Trust and West Virginia Health Bridge (WV Medicaid Program) ............................. 26

Sample Medicaid ID Card ....................................................................................................... 26

Administrative Services Only (ASO) Self-Funded Employer Groups ........................................ 27

Sample Self-Funded ID Card ................................................................................................... 27

Vision Service Benefit ............................................................................................................. 28

Sample Vision Provider Reimbursement Voucher ................................................................... 29

The Health Plan's Members' Rights and Responsibilities Statement ...................................... 30

The Health Plan's Members' Anti-Discrimination Statement ................................................... 32

**Section 4 – Medicare**

SecureCare HMO Medicare Advantage Plan ......................................................................... 34

SecureChoice PPO Medicare Advantage Plan ...................................................................... 35

D-SNP Medicare Advantage Special Needs Plan ................................................................... 36

Coordination of Benefits Medicare Advantage Secondary Payer .......................................... 38

THP Insurance Company Medicare Supplemental Plans ........................................................ 38

Medicare Noncovered Service Guidelines ............................................................................... 38

CMS Quality Measures/Standards .......................................................................................... 40

Appointment of Representative Statement for a Medicare Member ........................................ 41

Appointment of Representative Forms ..................................................................................... 41

Notice of Medicare Noncoverage (NOMNC) ........................................................................... 42

Medicare Outpatient Observation Notice (MOON) .................................................................. 43

Medicare Appeals Overview .................................................................................................... 44

Notice of Medicare Hospital Discharge Appeals Notices ........................................................ 45

Low Income Medicare Beneficiaries ........................................................................................ 46



CFAIN0001786

**JA956**

**Provider Procedural Manual**
Table of Contents

Medicare Provider Rights and Responsibilities ........................................................................ 47

SecureCare/SecureChoice Rights and Responsibilities Statement ....................................... 49

## Section 5 – Medicaid

Mountain Health Trust (MHT) and West Virginia Health Bridge (WVHB) ............................... 58

Mountain Health Trust ID Cards ............................................................................................. 60

WV Health Bridge ID Cards .................................................................................................... 61

Medicaid Benefits and Exclusions at a Glance ..................................................................... 62

Additional Resources for Medicaid Members ......................................................................... 70

Hours of Operation ................................................................................................................. 71

Cultural Competence .............................................................................................................. 71

EPSDT ..................................................................................................................................... 71

Copays ..................................................................................................................................... 73

Medicaid Out-of-Network Non-Patient Facing Provider Reimbursement ............................... 74

Prescription Benefit ................................................................................................................. 75

Family Planning ....................................................................................................................... 75

Local Health Departments ....................................................................................................... 76

Staffing .................................................................................................................................... 76

Surgical Consent Forms .......................................................................................................... 77

Pregnancy and Newborn Enrollment ...................................................................................... 78

Women's Access to Health Care ............................................................................................. 79

Tobacco Cessation ................................................................................................................. 79

Diabetes .................................................................................................................................. 79

Medicaid Behavioral Health Services ..................................................................................... 80

Medicaid Behavioral Health Credentialing and Billing Guidelines ........................................ 95



**Provider Procedural Manual | Section 5**

Medicaid

### Exclusions, continued

- Sex change, hormone therapy for sex transformation, and gender transition procedures/expenses will not be paid for by The Health Plan. Procedures, services and supplies related to sexual dysfunction will not be paid for by The Health Plan.

- Special services not approved by The Health Plan will not be paid for.

- Provider and medical services outside the service area will not be paid for if you knew you would need these services before you left the service area. If you know you will need services and you may be traveling soon, tell your PCP or The Health Plan.

- Hearing aid evaluations, bone-anchored hearing aids, cochlear implants, hearing aids, hearing aid supplies, batteries and repairs will only be covered for members under the age of 21. Coverage depends on hearing loss and The Health Plan guidelines.

- Exams for insurance, sports physicals, camp physicals, or daycare physicals will not be paid for unless it is part of your yearly physical exam given by your PCP.

- Medical and surgical treatment for *all* infertility services will not be paid for by The Health Plan.

- Abortions will not be paid for by The Health Plan but are covered by FFS Medicaid. Use your medical card.

- Long-term cardiac and pulmonary, physical, respiratory, occupational or speech therapy will only be paid for in certain situations, such as for children.

- Services for acupressure, hypnosis, electrolysis, Christian Science treatment and autopsy. Any education or training classes including Lamaze and to quit tobacco use (unless under RFTS) will not be paid for by The Health Plan. Estrogen and androgen pellet implants, arch supports, massage, and paternity testing are not covered.

- Liposuction, panniculectomies or abdominoplasty, such as surgery to remove fatty tissue ("tummy tucks"), will not be covered by The Health Plan.

- Work hardening programs, including functional capacity evaluations will not be covered by The Health Plan.

- Services at non-medical weight loss clinics and diet centers, mini-gastric bypass surgery, and gastric balloon for treatment of obesity will not be covered by The Health Plan. Consideration for bariatric surgery and related services require prior authorization. Also included are wiring of the jaw, weight control programs, screening for weight control programs, and similar services.

- Organ transplants and related expenses will not be covered by The Health Plan. These are covered by FFS Medicaid through your medical card.

- Vision services for members over age 21 are limited to medical treatment only and require an approved referral to a participating ophthalmologist.

- Practitioner and medical services that are not medically necessary or appropriate as determined by The Health Plan will not be paid for.

- Other limitations specifically stated in the provider and medical benefits list in this handbook.



CFAIN0001861

**JA958**



UniCare Health Plan of West Virginia, Inc.

# Member Handbook

Mountain Health Trust
West Virginia Health Bridge
West Virginia Children's Health Insurance Program



UWV-MHB-0022-20

CFAIN0001686

# UNICARE®

**Please note this change to your handbook.**

Thank you for being a member. We have important updates to your UniCare Health Plan of West Virginia, Inc. benefits. Starting July 1, 2021, mothers and their newborns can continue to receive Medicaid benefits for up to one year postpartum. Extending coverage for you and your baby helps ensure continued access to care for your health-related needs.

It is important you provide UniCare with your newborn's name. This helps us stay up to date and provides UniCare with the right details for your health coverage. To provide a name, call your Department of Health and Human Resources (DHHR) or tell the Change Center at **877-716-1212**.

Please keep this insert with your UniCare handbook.

Questions? We're here to help. Call the Customer Care Center at **800-782-0095**, Monday through Friday from 8 a.m. to 6 p.m. Eastern time, or visit **unicare.com/wv**.

Enclosure(s):   Get help in another language
                HHS nondiscrimination notice

1033803WVMENUNC 06/21

**unicare.com/wv**

CFAIN0001687

**JA960**

## TABLE OF CONTENTS

Welcome ............................................................................................................... 1
   About Your Plan ............................................................................................. 1
   Contact Us ...................................................................................................... 1
What You Should Know ....................................................................................... 4
   Confidentiality .............................................................................................. 4
   Discrimination ............................................................................................... 4
   Definitions ..................................................................................................... 4
   Your Rights ..................................................................................................... 9
   Your Responsibilities ................................................................................... 11
Steps to Your Getting Care ............................................................................... 12
   Your Member ID Card .................................................................................. 12
   Choosing Your Primary Care Provider (PCP) ............................................. 13
   Enrolling Newborns and Changes to family makeup ................................. 15
   How to Schedule an Appointment ............................................................. 15
   Changing Your PCP ..................................................................................... 16
   Getting a Second Opinion .......................................................................... 17
Where to Get Medical Care .............................................................................. 18
   Routine Care ................................................................................................ 18
   Pregnancy Care ........................................................................................... 19
   Urgent Care ................................................................................................. 19
   Emergency Care .......................................................................................... 20
   Urgent Care Centers ................................................................................... 21
   Emergency Rooms ....................................................................................... 23
Your Benefits ..................................................................................................... 25
   Covered Services ......................................................................................... 25
West Virginia Health Bridge Covered Benefits ............................................... 29
WVCHIP Covered Benefits ................................................................................ 33
   Value-Added Benefits and Services............................................................ 37
   Healthy Rewards .......................................................................................... 40
   More Information about Your Coverage...................................................... 40
      *Medical Services* ...................................................................................... 40

UWV-MHB-0022-20

*Dental Services* ........................................................................... 40
*Behavioral Health Services* ......................................................... 43
*Clinic Health Services* .................................................................. 43
*Court Ordered Services* ............................................................... 44
*Disease Management* ................................................................... 44
*Durable Medical Equipment, Supplies, and prosthetic devices* ........... 46
*Early and periodic screening, diagnosis, and treatment (EPSDT)* ......... 48
*Family planning* ........................................................................... 49
*Home health Services* .................................................................. 50
*Hospital Services* ......................................................................... 50
*Lab and x-ray Services (not received in a hospital)* ........................ 52
*Physical or occupational therapy, speech pathology, and audiology* .......... 52
*Rehabilitation Services* ................................................................ 53
*Hemophilia Program (WVCHIP Members Only)* ........................... 54
*Transplant Program (WVCHIP Members Only)* ........................... 54
*Provider services* ......................................................................... 55
*Podiatry Services (foot care)* ....................................................... 55
*Prescription Pharmacy Benefits* .................................................. 56
*Pregnancy and maternity care* .................................................... 56
*hospice services* .......................................................................... 59
*Private duty nursing* ..................................................................... 60
*Substance Use Disorder (SUD) services* ...................................... 60
Services Not Covered ..................................................................... 61
Getting Your Benefits ..................................................................... 65
Referrals and Specialty Care ......................................................... 65
Utilization Management ................................................................. 65
Prior Authorizations ...................................................................... 66
Out-of-Network Services ............................................................... 66
Cost Sharing fOR medicaid ........................................................... 66
Cost Sharing for WVCHIP .............................................................. 68
Access and Availability Guide ....................................................... 69
Renewing your benefits ................................................................. 70
Letting Us Know When You're Unhappy ......................................... 70

UWV-MHB-0022-20

**JA962**

CFAIN0001696

State Fair Hearings ............................................................................................... 72

Complaints ........................................................................................................... 73

Reporting Fraud ................................................................................................... 74

Meet with UniCare ............................................................................................... 74

Our Policies ............................................................................................................. 74

Advance Directives ............................................................................................. 74

Ending Your Membership .................................................................................... 75

Appropriate Treatment of Minors ...................................................................... 75

Third Party insurance .......................................................................................... 76

Recommending Changes in Policies or Services ................................................. 76

Changes to Your Health Plan ............................................................................... 77

New Medical Treatments ..................................................................................... 77

Quality Improvement ........................................................................................... 77

Accreditation report ............................................................................................ 77

Important Contact Information ............................................................................... 77

## SERVICES NOT COVERED

Some services are not available through UniCare, Medicaid, or WVCHIP. If you choose to get these services, you may have to pay the entire cost of the service. UniCare is not responsible for paying for these services and others:

**Medicaid non-covered services:**

- All non-medically necessary services and those not listed as covered
- Autopsy and other services performed after death
- Care from a provider not in our plan when you didn't get the needed OK from us before you got the service
- Coma stimulation
- Cosmetic or reconstructive surgery when not required as a result of accidental injury or disease, or not performed to correct birth defects; services resulting from or related to these excluded services also are not covered
- Daily living skills training
- Dental services other than those listed as covered
- Duplicate testing, interpretation, or handling fees
- Education, training, and/or cognitive services, unless specifically listed as covered services
- Emergency evacuation from foreign country, even if medically necessary
- Expenses for which you are not responsible, such as patient discounts and contractual discounts
- Expenses incurred as a result of illegal action while incarcerated or while under the control of the court system
- Experimental, investigational, or unproven services
- Fertility drugs and services
- Foot care (routine, except for diabetic patients)
- Genetic testing for screening purposes — except those tests covered under the maternity benefit are not covered
- Sterilization of a mentally incompetent or institutionalized individual
- Except in an emergency, inpatient hospital tests that are not ordered by the attending physician or other licensed practitioner, acting within the scope of practices, who is responsible for the diagnosis or treatment of a particular patient's condition
- Organ transplants, except in some instances
- Treatment for infertility and the reversal of sterilization
- Sex transformation procedures and hormone therapy for sex transformation procedures
- All cosmetic services, except in the case of accidents or birth defects
- Care given outside of the U.S.
- Medical equipment, prescriptions, services, and supplies that are:
  - Used only for your comfort or hygiene

CFAIN0001758

**JA964**

- o  Used for exercise
- o  Personal or comfort items
- o  Used for the same function as another service we have already paid for
- o  Changes to your house or car, including ramps, stair glides, vehicle lifts for wheelchairs, vehicle safety devices (such as EZ Vests, transit systems, or car seats)
- o  Equipment that needs replacement due to neglect or misuse
- Service animals
- Emergency room visits for routine care
- Payment for care you got for health problems that were work-related if they can be paid for by workers' compensation insurance, your employer, or by a disease law that has to do with your job
- Acupuncture
- Experimental or investigational services
- Christian science nurses and sanitariums
- Homeopathic medicine
- Hospital days associated with non-emergency weekend admissions or other unauthorized hospital days prior to scheduled surgery
- Hypnosis
- Incidental surgery performed during medically necessary surgery
- Orientation therapy
- Orthotripsy
- Screenings, except those specifically listed as covered benefits
- Sensory Stimulation (SS) therapy

**WVCHIP non-covered services:**
Some services are not covered by WVCHIP regardless of medical necessity. Specific exclusions are listed below.

- All non-medically necessary services and those not listed as covered
- Acupuncture
- All expenses incurred at a facility when a patient leaves against medical advice
- Ancillary services and/or services resulting from an office visit not covered by WVCHIP
- Aqua therapy
- Autopsy and other services performed after death
- Behavioral or functional type skills training except for applied behavior analysis (ABA) treatment
- Biofeedback
- Coma stimulation

CFAIN0001759

**JA965**



CFAIN0001783

**JA966**

## 2021, Apr. 2021 Release CP:Procedures

**Subset:** Gender Affirmation Surgery [1, 2, 3, 4, 5, 6, 7, 8]

**Requested Service:** Penectomy for Gender Affirmation Surgery

**Age:** Age ≥ 18

| Patient: | Name: | | DOB: | | ID #: | | GROUP #: |
|---|---|---|---|---|---|---|---|
| | Sex (circle): M / F | | Height: | | Weight: | | |
| Provider/PCP: | Name: | | Fax #: | | Phone #: | | |
| | NPI/ID #: | | Signature: | | | Date: | |
| Servicing: | Vendor/Facility: | | | Phone #: | | | |
| | Diagnosis/ICD: | | Service Date: | | Authorization: | / / to | / / |

InterQual® criteria (IQ) is confidential and proprietary information and is being provided to you solely as it pertains to the information requested. IQ may contain advanced clinical knowledge which we recommend you discuss with your physician upon disclosure to you. Use permitted by and subject to license with Change Healthcare LLC and/or one of its subsidiaries. IQ reflects clinical interpretations and analyses and cannot alone either (a) resolve medical ambiguities of particular situations; or (b) provide the sole basis for definitive decisions. IQ is intended solely for use as screening guidelines with respect to medical appropriateness of healthcare services. All ultimate care decisions are strictly and solely the obligation and responsibility of your health care provider. © 2021 Change Healthcare LLC and/or one of its subsidiaries. All Rights Reserved. CPT® only © 2011-2020 American Medical Association. All Rights Reserved.

ICD-10:

CPT®:

**INSTRUCTIONS:** Answer the following questions

☐ 10. Primary gender affirmation surgery

    1. Strong and persistent cross-gender identification ≥ 6 months [9]
      ☐ A) Yes
      ☐ B) No

> • If option Yes selected, then go to question 2
> • No other options lead to the requested service

    2. Choose all that apply: [9]
      ☐ A) Marked incongruence between experienced or expressed gender and primary or secondary sex characteristics
      ☐ B) Strong desire to not have current primary or secondary sex characteristics because of the incongruence with experienced or expressed gender
      ☐ C) Strong desire to have primary or secondary sex characteristics of the other gender
      ☐ D) Strong desire to be the other gender or an alternative gender
      ☐ E) Strong desire to be treated as the other gender
      ☐ F) Strong confidence that typical feelings and reactions are of the other gender
      ☐ G) Other clinical information (add comment)

> • If 2 or more options A, B, C, D, E or F selected and option G not selected, then go to question 3
> • No other options lead to the requested service

DHHRBMS015368

**InterQual®**

**2021, Apr. 2021 Release CP:Procedures**
**Gender Affirmation Surgery**
**Penectomy for Gender Affirmation Surgery**

*Primary gender affirmation surgery (continued...)*

3. Choose all that apply: [9]
   - ☐ A) Clinically significant distress or impairment in social or occupational or other important areas of functioning
   - ☐ B) Clinically significant increased risk of suffering
   - ☐ C) Other clinical information (add comment)

   > • If **1** or more options A or B selected and option C not selected, then go to question 4
   > • No other options lead to the requested service

4. Gender affirmation surgery, Choose one:
   - ☐ A) Female-to-male surgery, genital [10, 11]
   - ☐ B) Female-to-male surgery, other [10, 11]
   - ☐ C) Male-to-female surgery, genital [12, 13]
   - ☐ D) Male-to-female surgery, other [12, 13]
   - ☐ E) Other clinical information (add comment)

   > • If option C selected, then go to question 5
   > • No other options lead to the requested service

5. Choose all that apply:
   - ☐ A) Referrals from two behavioral health specialists clearing patient for gender affirmation surgery [14, 15]
   - ☐ B) Persistent and well-documented gender dysphoria [14]
   - ☐ C) Capacity to make fully informed decisions and to consent [14]
   - ☐ D) No psychiatric disorder by history or psychiatric disorder controlled [16, 17]
   - ☐ E) Other clinical information (add comment)

   > • If the number of options selected is 4 and option E not selected, then go to question 6
   > • No other options lead to the requested service

6. Choose all that apply:
   - ☐ A) Cross-sex hormone therapy ≥ 12 months or hormone therapy contraindicated [18]
   - ☐ B) Lived ≥ 12 months in gender role congruent with gender identity [19]
   - ☐ C) Other clinical information (add comment)

   > • If the number of options selected is 2 and option C not selected, then the rule is satisfied; you may stop here **(Outpatient)** [20]
   > • No other options lead to the requested service

**Reference**

**Ltd** - This requested service is designated as 'Limited Evidence' in this clinical scenario. Criteria cannot be met.
**2nd** - Secondary review required. Criteria cannot be met.
*Off-label* - Use of a drug for an indication not approved by the U.S. Food and Drug Administration (FDA).

DHHRBMS015369

**JA968**

Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 4 of 49 PageID #: 2386

## Notes:

**1:**
InterQual® content contains numerous references to gender. Depending on the context, these references may refer to either genotypic or phenotypic gender. At the individual patient level, a variety of factors, including, but not limited to, gender identity and gender affirmation via surgery or hormonal manipulation, may affect the applicability of some InterQual criteria. This is most often the case with genetic testing and procedures that assume the presence of gender-specific anatomy. With these considerations in mind, all references to gender in InterQual have been reviewed and modified when appropriate. InterQual users should carefully consider issues related to patient genotype and anatomy, especially for transgender individuals, when appropriate.

**2:**
Delaying treatment for those with gender dysphoria is not a reasonable treatment option. This can lead to negative consequences, such as delay or arrest in emotional, social, or intellectual development. Isolating oneself from family and friends, being excluded from society, becoming a victim of bullying and self-harm all may be seen when there is an impediment or interruption in care. Some individuals, notably adolescents, may develop psychiatric issues including anxiety, depression, and suicidal ideation (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**3:**
Guidelines agree that gender affirmation surgical intervention is appropriate for individuals 18 years of age or older, as these procedures are irreversible; however, behavioral health counseling and hormone therapy may be used to treat individuals who have been diagnosed with gender dysphoria at an earlier age. The sooner the diagnosis is made and treatment options are discussed, the more successful the individual is when transitioning (Hembree et al., Endocr Pract 2017, 23: 1437; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

**4:**
According to the American Psychiatric Association, the Diagnostic and Statistical Manual of Mental Disorders defines gender dysphoria as a condition where sex assigned at birth is incongruent with experienced or desired gender, resulting in distress and suffering. Distress must persist for at least six months and result in a desire to change (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). Transgender persons are described as someone whose gender identity, behavior or expression, is not typical of that assigned at birth, including those who are gender dysphoric. In the United States, approximately 0.6%, or 1.4 million adults identify as transgender individuals. The prevalence is similar worldwide and has doubled in the last decade (Flores et al., How many adults identify as Transgender in the United States? 2016).
Therapeutic options for gender dysphoria or transgender individuals include psychotherapy, hormonal treatment, and gender affirmation surgery (GAS). Dressing, acting, or speaking consistent with the correct gender, taking hormones, changing one's name, and surgical intervention are possible activities carried out to identify with the correct gender. Some transgender individuals do not define themselves as conforming to the gender binary (male or female) and may also use terms such as gender non-conforming, pangender, agender, bigender, polygender, gender fluid, gender queer, or gender neutral. This will impact their treatment choices (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013). GAS is a treatment option for gender dysphoria and is often the final stage of transition. GAS is not a single procedure, but part of a complex process involving multiple medical, psychiatric, and surgical modalities working in conjunction with each other to assist the candidate for gender affirmation achieve successful outcomes. Before undertaking GAS, candidates need to undergo important medical and psychological evaluations to confirm that surgery is the most appropriate treatment choice. Procedures vary significantly from female-to-male and male-to-female and are generally comprised of a series of primary and secondary sex character changes, chest reconstruction, facial alterations and voice-modification. After working with a transgender care team, a surgical plan is tailored to the individual's needs to relieve gender dysphoria. Treatment standardization in this population is not possible as clinical presentations and symptoms will vary significantly with each individual. A specialized, multidisciplinary transgender care team may include, but is not limited to, practitioners in primary care, behavioral health, speech and language therapy, dermatology, endocrinology, urology, gynecology, and plastic surgery. Collaborative care, joint participation in goal setting along with regular follow-up is crucial (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional

DHHRBMS015370

**JA969**

USCA4 Appeal: 22-1927    Doc: 20-2        Filed: 10/31/2022    Pg: 400 of 505

InterQual®    Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 5 of 49 PageID #: 2387    2021, Apr. 2021 Release CP:Procedures
**Gender Affirmation Surgery**
**Penectomy for Gender Affirmation Surgery**

Association for Transgender Health. 2011, 7: 1-112).

**5:**
Although there are many publications on gender affirmation surgery (GAS), most articles are observational case studies, have less than 30 participants, do not have strong evidence, or are focused on surgical technique. There is a paucity of published evidence that is adequately powered or designed to allow definitive conclusions on safety and efficacy of the individual surgical procedures. Surgical technique and observational case studies represent the largest body of evidence. Future research is needed to improve patient selection, surgical procedure selection and patient outcome.

Statistics around GAS are primarily estimations. Private facilities are not mandated to report this data; there are variations on how surgical procedures are staged and many of the procedures are identified as simply cosmetic, therefore making data collection difficult. In addition, the complexity and various reconstructive scenarios distinguishing procedures with multiple stages from revisional affirmation surgery is not truly accounted for. Although estimates vary, the American Society of Plastic Surgeons stated that there was a 155% increase in gender affirmation surgeries in 2017, approximating over 8,300 facial, body contouring and sex surgeries (American Society of Plastic Surgeons, 2017 Plastic Surgery Statistics Report. 2018).

**6:**
These criteria include the following procedures:

Bilateral Mastectomy
Breast Augmentation
Clitoroplasty
Gender Confirmation Surgery
Gender Reassignment Surgery
Hysterectomy
Intersex Surgery
Labiaplasty
Male Chest Contouring
Metoidioplasty
Orchiectomy
Ovariectomy
Penectomy
Penile Prosthesis
Permanent Hair Removal
Phalloplasty
Salpingo-oophorectomy
Scrotoplasty
Sex Reassignment Surgery
Transgender Surgery
Transsexual Surgery
Urethroplasty
Vaginoplasty
Vulvoplasty

**7:**
InterQual® Procedures criteria are derived from the systematic, continuous review and critical appraisal of the most current evidence-based literature and include input from our independent panel of clinical experts. To generate the most appropriate recommendations, a comprehensive literature review of the clinical evidence was conducted. Sources searched included PubMed, ECRI Guidelines Trust®, Agency for Healthcare Research and Quality (AHRQ) Comparative Effectiveness Reviews, the Cochrane Library, Choosing Wisely, Centers for Medicare & Medicaid Services (CMS) National Coverage Determinations, and the National Institute of Health and Care Excellence (NICE). Other medical literature databases, medical content providers, data sources, regulatory body websites, and specialty society resources may also have been used. Relevant studies were assessed for risk of bias following principles described in the Cochrane Handbook. The resulting evidence was assessed for consistency, directness, precision, effect size, and publication bias. Observational trials were also evaluated for the presence of a dose-response gradient and the likely effect of plausible confounders.

**8:**
dose-response gradient and the likely effect of plausible confounders.

DHHRBMS015371

**JA970**

This is a procedure that can be performed for either medically necessary or cosmetic purposes. The criteria as written are intended solely for use in determining the medical appropriateness of this procedure and do not cover this procedure when performed for cosmetic reasons.

**9:**
Prior to surgical intervention for gender affirmation, gender dysphoria must be present as outlined by the Diagnostic and Statistical Manual of Mental Disorders. If a pronounced distress between the assigned gender at birth and the gender that is desired persists for at least six months, and there is significant distress in social or occupational settings, the diagnosis of gender dysphoria can be made. It is accompanied by marked incongruence between experienced or expressed gender and sex characteristics, strong desire to be an alternate gender, strong desire to be treated as the other gender, to not have or to change assigned sex characteristics, or having strong confidence that typical feelings are of the other gender (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013). InterQual® consultants agree that the Diagnostic and Statistical Manual of Mental Disorders is the most widely accepted for the diagnosis of gender dysphoria.

**10:**
The most common female-to-male (FtM) genital procedures include hysterectomy, ovariectomy, salpingo-oophorectomy, metoidioplasty, phalloplasty, penile prosthesis, scrotoplasty, and urethroplasty. Permanent hair removal can be done prior to a number of genital surgeries.

The most common FtM chest procedures are mastectomy and male chest contouring. There are also various body contouring, facial and voice modification surgeries (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**11:**
Surgical risks in female-to-male (FtM) genital and breast surgeries include, but are not limited to, infection, unsightly scarring, nipple necrosis, contour irregularities, urinary tract stenosis, fistulas, necrosis of neophallus, micropenis, and incapacity to stand while urinating. FtM genital surgery has been less successful than male-to-female genital surgery because of the difficulty creating a functional and aesthetic penis from smaller clitoral tissue (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**12:**
The most common male-to-female (MtF) genital procedures include orchiectomy, penectomy, clitoroplasty, labiaplasty, urethroplasty, vaginoplasty, and vulvoplasty.

The most common MtF chest procedure is breast augmentation. Permanent hair removal can be done prior to a number of genital surgeries. There are also various body contouring, facial and voice modification surgeries that may be appropriate MtF procedures (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**13:**
Some surgical risks in male-to-female genital and breast augmentation surgeries include, but are not limited to, infection, capsular fibrosis, partial necrosis of the vagina or labia, fistulas from the bladder or bowel into the vagina, stenosis of the urethra, the vagina being too short or small for coitus, anorgasmia, lower urinary tract infection from a shortened urethra, and dysfunctional bladder (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**14:**
Therapy is intended to explore gender concerns, assess the intensity of and help alleviate gender dysphoria, assist in determining appropriate subsequent steps in treatment, assess existing mental health concerns, and evaluate outcomes of interventions (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). A behavioral health specialist must document persistent gender dysphoria, the ability to make fully informed decisions, and assure there are no active psychiatric disorders to impede decision making or interfere with successful postoperative care (Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). The individual should be assessed before surgery and demonstrate an understanding of the procedure, surgical options, and potential risks and outcomes. The patient should be aware of the risk of sterility as a result of hormone therapy and gender affirmation surgery. Discussions regarding fertility preservation options prior to these interventions, as well as ongoing oncological risk monitoring, are necessary (Hembree et al., Endocr

DHHRBMS015372

**JA971**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 402 of 505

InterQual®    Case 3:20-cv-00740    Document 250-30    Filed 05/31/22    Page 7 of 49 PageID #: 2389    2021, Apr. 2021 Release CP: Procedures

**Gender Affirmation Surgery**

Penectomy for Gender Affirmation Surgery

Pract 2017, 23: 1437; Wylie et al., Lancet 2016, 388: 401-11; American Psychological, Am Psychol 2015, 70: 832-64; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). There is no recommended length of therapy or number of sessions an individual must attend or complete preceding surgery. It is however, strongly suggested that transgender individuals have access to therapy throughout the process as it can be a supportive adjunct to gender affirming surgery (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**15:**
It is required that individuals seeking chest or breast surgery, to treat gender dysphoria, submit one referral letter from a behavioral health specialist to the surgeon stating psychotherapy requisites have been met. Surgeons generally require two referral letters before proceeding with genital surgery. It is recommended that at least one of the behavioral health professionals submitting a letter should have a doctoral degree (e.g., Ph.D., M.D., Ed.D., D.Sc., D.S.W., Psy.D) or a master's level degree in a clinical behavioral science field (e.g., M.S.W., L.C.S.W., Nurse Practitioner, Advanced Practice Nurse, Licensed Professional Councilor, Marriage and Family Therapist). Since there is not a standardized letter format outlining specific content that needs to be communicated between the behavioral health specialist and surgeon, letter writing varies. Often, referrals will include diagnostic criteria of gender dysphoria from the Diagnostic and Statistical Manual of Mental Disorders, standards of care met from The World Professional Association for Transgender Health, the individual's duration and compliance with therapy, as well as an understanding of procedures, individual readiness and consent. Typically, an explanation that the criteria for surgery have been met and a brief description of the clinical rationale for supporting the individual's request for surgery are also recorded. Ideally, the mental health professional should document willingness to coordinate care with the primary and surgical care team (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**16:**
A significant number of gender dysphoric patients have a history of diagnosed or undiagnosed psychopathology including substance abuse, post-traumatic stress disorder, mood disorders, and anxiety. Although no specific conditions are exclusionary, all patients should be screened to ensure stability and a complete understanding of the procedure and postoperative follow-up. Depression may occur anytime throughout the transition process and individuals are encouraged to continue with psychotherapy during and after transition as needed (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Dhejne et al., Int Rev Psychiatry 2016, 28: 44-57; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**17:**
Symptoms or behaviors are considered to be controlled when they have responded to therapeutic and/or pharmacologic interventions.

**18:**
Surgical intervention should not be performed until the patient is 18 years or older. Hormone therapy, however, may begin sooner if not contraindicated. Guidelines suggest pubertal suppression can begin at Tanner stage 2 as better outcomes are seen when initiated with puberty. These guidelines do not agree on an age to begin cross-sex hormone therapy, but do agree that cross-sex hormone therapy should be taken for at least 12 months prior to genital surgery and female-to-male (FtM) mastectomy, and male chest contouring. For best results in male-to-female (MtF) breast augmentation surgery, some guidelines suggest at least 2 years of cross-sex hormone therapy because breasts continue to grow during this time, while others agree 12 months is sufficient (Hembree et al., Endocr Pract 2017, 23: 1437; Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

Pubertal suppressing hormones halt gonadotropin secretion and lead to gradual regression of development of sex characteristics. Girls breasts will not continue to grow and will reduce in size, and menstruation will stop. Boys will experience a cessation in virilization and decreased testicular volume. The effects of these hormones are fully reversible. If the patient has surpassed puberty, cross-sex hormone therapy can begin. Cross-sex hormone therapy leads to the development of opposing sex characteristics and is only partially reversible. In FtM patients, the aim of cross-sex hormone therapy is to cause gradual clitoral enlargement, vaginal atrophy, fat redistribution, voice deepening, facial and body hair growth, suppress menses as well as increase libido, muscle mass and height. The goal for MtF individuals is to reduce height, decrease libido, grow breasts, redistribute body fat, decrease muscle mass, and soften the skin (Hembree et al., Endocr Pract 2017, 23: 1437).

DHHRBMS015373

**JA972**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 403 of 505

InterQual®  Case 3:20-cv-00740    Document 250-30    Filed 05/31/22    Page 8 of 49 PageID #: 2390  2021, Apr. 2021 Release CP:Procedures
**Gender Affirmation Surgery**
Penectomy for Gender Affirmation Surgery

A systematic review reports that hormonal treatment improves depression, self-esteem, anxiety, personality-related psychopathology, and higher emotional quality of life in both FtM and MtF patients. This review also suggests improved body uneasiness in MtF. Many individuals do not continue with affirmation surgery if hormone therapy and other lifestyle changes have significantly decreased gender dysphoria (Costa and Colizzi, Neuropsychiatr Dis Treat 2016, 12: 1953-66).

**19:**
Living in the preferred gender role congruent with gender identity is a key component to successful transition prior to irreversible genital intervention. A minimum of twelve months is required to experience life events and incorporate transition in different personal and social settings. External response is observed and allows the individual to experience everyday life as the gender they identify with. Continuous living in the correct gender role must be documented by a behavioral health specialist (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: **1**-112).

**20:**
I/O Setting:
Bilateral Mastectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Clitoroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Hysterectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Intersex Surgery - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Metoidioplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Ovariectomy/Salpingo-oophorectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Phalloplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Scrotoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Urethroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Vaginoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
All others - Outpatient

DHHRBMS015374

JA973

InterQual®                                                    2021, Apr. 2021 Release CP:Procedures
**Gender Affirmation Surgery**
**Penectomy for Gender Affirmation Surgery**

**ICD-10-CM (circle all that apply):** F64.0, F64.1, F64.2, F64.8, F64.9, Z87.890, Other _____

**ICD-10-PCS (circle all that apply):** 0VTS0ZZ, 0VTS4ZZ, 0VTSXZZ, Other _____

**CPT® (circle all that apply):** 54125, 54130, 54135, Other _____

DHHRBMS015375

JA974

## 2021, Apr. 2021 Release CP:Procedures

**Subset:**     Gender Affirmation Surgery [1, 2, 3, 4, 5, 6, 7, 8]

**Requested Service:**     Phalloplasty for Gender Affirmation Surgery

**Age:**     Age ≥ 18

| Patient: | Name: | | DOB: | | ID #: | | GROUP #: |
|---|---|---|---|---|---|---|---|
| | Sex (circle): M / F | | Height: | | Weight: | | |
| Provider/PCP: | Name: | | Fax #: | | Phone #: | | |
| | NPI/ID #: | | Signature: | | | Date: | |
| Servicing: | Vendor/Facility: | | | | Phone #: | | |
| | Diagnosis/ICD: | | Service Date: | | Authorization: | / / to | / / |

InterQual® criteria (IQ) is confidential and proprietary information and is being provided to you solely as it pertains to the information requested. IQ may contain advanced clinical knowledge which we recommend you discuss with your physician upon disclosure to you. Use permitted by and subject to license with Change Healthcare LLC and/or one of its subsidiaries. IQ reflects clinical interpretations and analyses and cannot alone either (a) resolve medical ambiguities of particular situations; or (b) provide the sole basis for definitive decisions. IQ is intended solely for use as screening guidelines with respect to medical appropriateness of healthcare services. All ultimate care decisions are strictly and solely the obligation and responsibility of your health care provider. © 2021 Change Healthcare LLC and/or one of its subsidiaries. All Rights Reserved. CPT® only © 2011-2020 American Medical Association. All Rights Reserved.

ICD-10:

CPT®:

**INSTRUCTIONS:** Answer the following questions

☐ 10. Primary gender affirmation surgery

1. Strong and persistent cross-gender identification ≥ 6 months [9]
   ☐ A) Yes
   ☐ B) No

   > • If option Yes selected, then go to question 2
   > • No other options lead to the requested service

2. Choose all that apply: [9]
   ☐ A) Marked incongruence between experienced or expressed gender and primary or secondary sex characteristics
   ☐ B) Strong desire to not have current primary or secondary sex characteristics because of the incongruence with experienced or expressed gender
   ☐ C) Strong desire to have primary or secondary sex characteristics of the other gender
   ☐ D) Strong desire to be the other gender or an alternative gender
   ☐ E) Strong desire to be treated as the other gender
   ☐ F) Strong confidence that typical feelings and reactions are of the other gender
   ☐ G) Other clinical information (add comment)

   > • If 2 or more options A, B, C, D, E or F selected and option G not selected, then go to question 3
   > • No other options lead to the requested service

Licensed for use exclusively by KEPRO        Page 1 of 8

DHHRBMS015376

**JA975**

InterQual®                                                        2021, Apr. 2021 Release CP:Procedures
**Gender Affirmation Surgery**
Phalloplasty for Gender Affirmation Surgery

*Primary gender affirmation surgery (continued...)*

3. Choose all that apply: [9]
   □ A) Clinically significant distress or impairment in social or occupational or other important areas of functioning
   □ B) Clinically significant increased risk of suffering
   □ C) Other clinical information (add comment)

   > • If **1** or more options A or B selected and option C not selected, then go to question **4**
   > • No other options lead to the requested service

4. Gender affirmation surgery, Choose one:
   □ A) Female-to-male surgery, genital [10, 11]
   □ B) Female-to-male surgery, other [10, 11]
   □ C) Male-to-female surgery, genital [12, 13]
   □ D) Male-to-female surgery, other [12, 13]
   □ E) Other clinical information (add comment)

   > • If option A selected, then go to question **5**
   > • No other options lead to the requested service

5. Choose all that apply:
   □ A) Referrals from two behavioral health specialists clearing patient for gender affirmation surgery [14, 15]
   □ B) Persistent and well-documented gender dysphoria [14]
   □ C) Capacity to make fully informed decisions and to consent [14]
   □ D) No psychiatric disorder by history or psychiatric disorder controlled [16, 17]
   □ E) Other clinical information (add comment)

   > • If the number of options selected is 4 and option E not selected, then go to question **6**
   > • No other options lead to the requested service

6. Choose all that apply:
   □ A) Cross-sex hormone therapy ≥ 12 months or hormone therapy contraindicated [18]
   □ B) Lived ≥ 12 months in gender role congruent with gender identity [19]
   □ C) Other clinical information (add comment)

   > • If the number of options selected is 2 and option C not selected, then the rule is satisfied; you may stop here [20]
   > • No other options lead to the requested service

**Reference**

**Ltd** - This requested service is designated as 'Limited Evidence' in this clinical scenario. Criteria cannot be met.

**2nd** - Secondary review required. Criteria cannot be met.

*Off-label* - Use of a drug for an indication not approved by the U.S. Food and Drug Administration (FDA).

DHHRBMS015377

**JA976**

**InterQual®**                                                 **2021, Apr. 2021 Release CP:Procedures**
**Gender Affirmation Surgery**
**Phalloplasty for Gender Affirmation Surgery**

## Notes:

**1:**
InterQual® content contains numerous references to gender. Depending on the context, these references may refer to either genotypic or phenotypic gender. At the individual patient level, a variety of factors, including, but not limited to, gender identity and gender affirmation via surgery or hormonal manipulation, may affect the applicability of some InterQual criteria. This is most often the case with genetic testing and procedures that assume the presence of gender-specific anatomy. With these considerations in mind, all references to gender in InterQual have been reviewed and modified when appropriate. InterQual users should carefully consider issues related to patient genotype and anatomy, especially for transgender individuals, when appropriate.

**2:**
Delaying treatment for those with gender dysphoria is not a reasonable treatment option. This can lead to negative consequences, such as delay or arrest in emotional, social, or intellectual development. Isolating oneself from family and friends, being excluded from society, becoming a victim of bullying and self-harm all may be seen when there is an impediment or interruption in care. Some individuals, notably adolescents, may develop psychiatric issues including anxiety, depression, and suicidal ideation (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**3:**
Guidelines agree that gender affirmation surgical intervention is appropriate for individuals 18 years of age or older, as these procedures are irreversible; however, behavioral health counseling and hormone therapy may be used to treat individuals who have been diagnosed with gender dysphoria at an earlier age. The sooner the diagnosis is made and treatment options are discussed, the more successful the individual is when transitioning (Hembree et al., Endocr Pract 2017, 23: 1437; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

**4:**
According to the American Psychiatric Association, the Diagnostic and Statistical Manual of Mental Disorders defines gender dysphoria as a condition where sex assigned at birth is incongruent with experienced or desired gender, resulting in distress and suffering. Distress must persist for at least six months and result in a desire to change (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). Transgender persons are described as someone whose gender identity, behavior or expression, is not typical of that assigned at birth, including those who are gender dysphoric. In the United States, approximately 0.6%, or 1.4 million adults identify as transgender individuals. The prevalence is similar worldwide and has doubled in the last decade (Flores et al., How many adults identify as Transgender in the United States? 2016).
Therapeutic options for gender dysphoria or transgender individuals include psychotherapy, hormonal treatment, and gender affirmation surgery (GAS). Dressing, acting, or speaking consistent with the correct gender, taking hormones, changing one's name, and surgical intervention are possible activities carried out to identify with the correct gender. Some transgender individuals do not define themselves as conforming to the gender binary (male or female) and may also use terms such as gender non-conforming, pangender, agender, bigender, polygender, gender fluid, gender queer, or gender neutral. This will impact their treatment choices (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013). GAS is a treatment option for gender dysphoria and is often the final stage of transition. GAS is not a single procedure, but part of a complex process involving multiple medical, psychiatric, and surgical modalities working in conjunction with each other to assist the candidate for gender affirmation achieve successful outcomes. Before undertaking GAS, candidates need to undergo important medical and psychological evaluations to confirm that surgery is the most appropriate treatment choice. Procedures vary significantly from female-to-male and male-to-female and are generally comprised of a series of primary and secondary sex character changes, chest reconstruction, facial alterations and voice-modification. After working with a transgender care team, a surgical plan is tailored to the individual's needs to relieve gender dysphoria. Treatment standardization in this population is not possible as clinical presentations and symptoms will vary significantly with each individual. A specialized, multidisciplinary transgender care team may include, but is not limited to, practitioners in primary care, behavioral health, speech and language therapy, dermatology, endocrinology, urology, gynecology, and plastic surgery. Collaborative care, joint participation in goal setting along with regular follow-up is crucial (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional

DHHRBMS015378

**JA977**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 408 of 505

**InterQual®** Case 3:20-cv-00740  Document 250-30  Filed 05/31/22  Page 13 of 49 PageID #: 2395
**2021, Apr: 2021 Release CP:Procedures**
**Gender Affirmation Surgery**
**Phalloplasty for Gender Affirmation Surgery**

Association for Transgender Health. 2011, 7: 1-112).

**5:**
Although there are many publications on gender affirmation surgery (GAS), most articles are observational case studies, have less than 30 participants, do not have strong evidence, or are focused on surgical technique. There is a paucity of published evidence that is adequately powered or designed to allow definitive conclusions on safety and efficacy of the individual surgical procedures. Surgical technique and observational case studies represent the largest body of evidence. Future research is needed to improve patient selection, surgical procedure selection and patient outcome.

Statistics around GAS are primarily estimations. Private facilities are not mandated to report this data; there are variations on how surgical procedures are staged and many of the procedures are identified as simply cosmetic, therefore making data collection difficult. In addition, the complexity and various reconstructive scenarios distinguishing procedures with multiple stages from revisional affirmation surgery is not truly accounted for. Although estimates vary, the American Society of Plastic Surgeons stated that there was a 155% increase in gender affirmation surgeries in 2017, approximating over 8,300 facial, body contouring and sex surgeries (American Society of Plastic Surgeons, 2017 Plastic Surgery Statistics Report. 2018).

**6:**
These criteria include the following procedures:

Bilateral Mastectomy
Breast Augmentation
Clitoroplasty
Gender Confirmation Surgery
Gender Reassignment Surgery
Hysterectomy
Intersex Surgery
Labiaplasty
Male Chest Contouring
Metoidioplasty
Orchiectomy
Ovariectomy
Penectomy
Penile Prosthesis
Permanent Hair Removal
Phalloplasty
Salpingo-oophorectomy
Scrotoplasty
Sex Reassignment Surgery
Transgender Surgery
Transsexual Surgery
Urethroplasty
Vaginoplasty
Vulvoplasty

**7:**
InterQual® Procedures criteria are derived from the systematic, continuous review and critical appraisal of the most current evidence-based literature and include input from our independent panel of clinical experts. To generate the most appropriate recommendations, a comprehensive literature review of the clinical evidence was conducted. Sources searched included PubMed, ECRI Guidelines Trust®, Agency for Healthcare Research and Quality (AHRQ) Comparative Effectiveness Reviews, the Cochrane Library, Choosing Wisely, Centers for Medicare & Medicaid Services (CMS) National Coverage Determinations, and the National Institute of Health and Care Excellence (NICE). Other medical literature databases, medical content providers, data sources, regulatory body websites, and specialty society resources may also have been used. Relevant studies were assessed for risk of bias following principles described in the Cochrane Handbook. The resulting evidence was assessed for consistency, directness, precision, effect size, and publication bias. Observational trials were also evaluated for the presence of a dose-response gradient and the likely effect of plausible confounders.

**8:**

DHHRBMS015379

**JA978**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 409 of 505

This is a procedure that can be performed for either medically necessary or cosmetic purposes. The criteria as written are intended solely for use in determining the medical appropriateness of this procedure and do not cover this procedure when performed for cosmetic reasons.

**9:**
Prior to surgical intervention for gender affirmation, gender dysphoria must be present as outlined by the Diagnostic and Statistical Manual of Mental Disorders. If a pronounced distress between the assigned gender at birth and the gender that is desired persists for at least six months, and there is significant distress in social or occupational settings, the diagnosis of gender dysphoria can be made. It is accompanied by marked incongruence between experienced or expressed gender and sex characteristics, strong desire to be an alternate gender, strong desire to be treated as the other gender, to not have or to change assigned sex characteristics, or having strong confidence that typical feelings are of the other gender (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013). InterQual® consultants agree that the Diagnostic and Statistical Manual of Mental Disorders is the most widely accepted for the diagnosis of gender dysphoria.

**10:**
The most common female-to-male (FtM) genital procedures include hysterectomy, ovariectomy, salpingo-oophorectomy, metoidioplasty, phalloplasty, penile prosthesis, scrotoplasty, and urethroplasty. Permanent hair removal can be done prior to a number of genital surgeries.

The most common FtM chest procedures are mastectomy and male chest contouring. There are also various body contouring, facial and voice modification surgeries (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**11:**
Surgical risks in female-to-male (FtM) genital and breast surgeries include, but are not limited to, infection, unsightly scarring, nipple necrosis, contour irregularities, urinary tract stenosis, fistulas, necrosis of neophallus, micropenis, and incapacity to stand while urinating. FtM genital surgery has been less successful than male-to-female genital surgery because of the difficulty creating a functional and aesthetic penis from smaller clitoral tissue (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**12:**
The most common male-to-female (MtF) genital procedures include orchiectomy, penectomy, clitoroplasty, labiaplasty, urethroplasty, vaginoplasty, and vulvoplasty.

The most common MtF chest procedure is breast augmentation. Permanent hair removal can be done prior to a number of genital surgeries. There are also various body contouring, facial and voice modification surgeries that may be appropriate MtF procedures (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**13:**
Some surgical risks in male-to-female genital and breast augmentation surgeries include, but are not limited to, infection, capsular fibrosis, partial necrosis of the vagina or labia, fistulas from the bladder or bowel into the vagina, stenosis of the urethra, the vagina being too short or small for coitus, anorgasmia, lower urinary tract infection from a shortened urethra, and dysfunctional bladder (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**14:**
Therapy is intended to explore gender concerns, assess the intensity of and help alleviate gender dysphoria, assist in determining appropriate subsequent steps in treatment, assess existing mental health concerns, and evaluate outcomes of interventions (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). A behavioral health specialist must document persistent gender dysphoria, the ability to make fully informed decisions, and assure there are no active psychiatric disorders to impede decision making or interfere with successful postoperative care (Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). The individual should be assessed before surgery and demonstrate an understanding of the procedure, surgical options, and potential risks and outcomes. The patient should be aware of the risk of sterility as a result of hormone therapy and gender affirmation surgery. Discussions regarding fertility preservation options prior to these interventions, as well as ongoing oncological risk monitoring, are necessary (Hembree et al., Endocr

DHHRBMS015380

**JA979**

Pract 2017, 23: 1437; Wylie et al., Lancet 2016, 388: 401-11; American Psychological, Am Psychol 2015, 70: 832-64; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). There is no recommended length of therapy or number of sessions an individual must attend or complete preceding surgery. It is however, strongly suggested that transgender individuals have access to therapy throughout the process as it can be a supportive adjunct to gender affirming surgery (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**15:**
It is required that individuals seeking chest or breast surgery, to treat gender dysphoria, submit one referral letter from a behavioral health specialist to the surgeon stating psychotherapy requisites have been met. Surgeons generally require two referral letters before proceeding with genital surgery. It is recommended that at least one of the behavioral health professionals submitting a letter should have a doctoral degree (e.g., Ph.D., M.D., Ed.D., D.Sc., D.S.W., Psy.D) or a master's level degree in a clinical behavioral science field (e.g., M.S.W., L.C.S.W., Nurse Practitioner, Advanced Practice Nurse, Licensed Professional Councilor, Marriage and Family Therapist). Since there is not a standardized letter format outlining specific content that needs to be communicated between the behavioral health specialist and surgeon, letter writing varies. Often, referrals will include diagnostic criteria of gender dysphoria from the Diagnostic and Statistical Manual of Mental Disorders, standards of care met from The World Professional Association for Transgender Health, the individual's duration and compliance with therapy, as well as an understanding of procedures, individual readiness and consent. Typically, an explanation that the criteria for surgery have been met and a brief description of the clinical rationale for supporting the individual's request for surgery are also recorded. Ideally, the mental health professional should document willingness to coordinate care with the primary and surgical care team (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**16:**
A significant number of gender dysphoric patients have a history of diagnosed or undiagnosed psychopathology including substance abuse, post-traumatic stress disorder, mood disorders, and anxiety. Although no specific conditions are exclusionary, all patients should be screened to ensure stability and a complete understanding of the procedure and postoperative follow-up. Depression may occur anytime throughout the transition process and individuals are encouraged to continue with psychotherapy during and after transition as needed (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Dhejne et al., Int Rev Psychiatry 2016, 28: 44-57; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**17:**
Symptoms or behaviors are considered to be controlled when they have responded to therapeutic and/or pharmacologic interventions.

**18:**
Surgical intervention should not be performed until the patient is 18 years or older. Hormone therapy, however, may begin sooner if not contraindicated. Guidelines suggest pubertal suppression can begin at Tanner stage 2 as better outcomes are seen when initiated with puberty. These guidelines do not agree on an age to begin cross-sex hormone therapy, but do agree that cross-sex hormone therapy should be taken for at least 12 months prior to genital surgery and female-to-male (FtM) mastectomy, and male chest contouring. For best results in male-to-female (MtF) breast augmentation surgery, some guidelines suggest at least 2 years of cross-sex hormone therapy because breasts continue to grow during this time, while others agree 12 months is sufficient (Hembree et al., Endocr Pract 2017, 23: 1437; Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

Pubertal suppressing hormones halt gonadotropin secretion and lead to gradual regression of development of sex characteristics. Girls breasts will not continue to grow and will reduce in size, and menstruation will stop. Boys will experience a cessation in virilization and decreased testicular volume. The effects of these hormones are fully reversible. If the patient has surpassed puberty, cross-sex hormone therapy can begin. Cross-sex hormone therapy leads to the development of opposing sex characteristics and is only partially reversible. In FtM patients, the aim of cross-sex hormone therapy is to cause gradual clitoral enlargement, vaginal atrophy, fat redistribution, voice deepening, facial and body hair growth, suppress menses as well as increase libido, muscle mass and height. The goal for MtF individuals is to reduce height, decrease libido, grow breasts, redistribute body fat, decrease muscle mass, and soften the skin (Hembree et al., Endocr Pract 2017, 23: 1437).

DHHRBMS015381

A systematic review reports that hormonal treatment improves depression, self-esteem, anxiety, personality-related psychopathology, and higher emotional quality of life in both FtM and MtF patients. This review also suggests improved body uneasiness in MtF. Many individuals do not continue with affirmation surgery if hormone therapy and other lifestyle changes have significantly decreased gender dysphoria (Costa and Colizzi, Neuropsychiatr Dis Treat 2016, 12: 1953-66).

**19:**
Living in the preferred gender role congruent with gender identity is a key component to successful transition prior to irreversible genital intervention. A minimum of twelve months is required to experience life events and incorporate transition in different personal and social settings. External response is observed and allows the individual to experience everyday life as the gender they identify with. Continuous living in the correct gender role must be documented by a behavioral health specialist (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**20:**
I/O Setting:
Bilateral Mastectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Clitoroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Hysterectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Intersex Surgery - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Metoidioplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Ovariectomy/Salpingo-oophorectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Phalloplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Scrotoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Urethroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Vaginoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
All others - Outpatient

DHHRBMS015382

**JA981**

InterQual®                                                              2021, Apr. 2021 Release CP:Procedures
**Gender Affirmation Surgery**
**Phalloplasty for Gender Affirmation Surgery**

**ICD-10-CM (circle all that apply):** F64.0, F64.1, F64.2, F64.8, F64.9, Z87.890, Other _____

**CPT® (circle all that apply):** 55899, Other _____

DHHRBMS015383

JA982

InterQual®

## 2021, Apr. 2021 Release CP:Procedures

**Subset:**   Gender Affirmation Surgery [1, 2, 3, 4, 5, 6, 7, 8]

**Requested Service:**   Orchiectomy for Gender Affirmation Surgery

**Age:**   Age ≥ 18

| Patient: | Name: | | DOB: | | ID #: | | GROUP #: |
|---|---|---|---|---|---|---|---|
| | Sex (circle): M / F | | Height: | | Weight: | | |
| Provider/PCP: | Name: | | Fax #: | | Phone #: | | |
| | NPI/ID #: | | Signature: | | | Date: | |
| Servicing: | Vendor/Facility: | | | | Phone #: | | |
| | Diagnosis/ICD: | | Service Date: | | Authorization: | / / to / / | |

InterQual® criteria (IQ) is confidential and proprietary information and is being provided to you solely as it pertains to the information requested. IQ may contain advanced clinical knowledge which we recommend you discuss with your physician upon disclosure to you. Use permitted by and subject to license with Change Healthcare LLC and/or one of its subsidiaries. IQ reflects clinical interpretations and analyses and cannot alone either (a) resolve medical ambiguities of particular situations; or (b) provide the sole basis for definitive decisions. IQ is intended solely for use as screening guidelines with respect to medical appropriateness of healthcare services. All ultimate care decisions are strictly and solely the obligation and responsibility of your health care provider. © 2021 Change Healthcare LLC and/or one of its subsidiaries. All Rights Reserved. CPT® only © 2011-2020 American Medical Association. All Rights Reserved.

ICD-10:

CPT®:

**INSTRUCTIONS:** Answer the following questions

☐ 10. Primary gender affirmation surgery

   1. Strong and persistent cross-gender identification ≥ 6 months [9]
     ☐ A) Yes
     ☐ B) No

> • If option Yes selected, then go to question 2
> • No other options lead to the requested service

   2. Choose all that apply: [9]
     ☐ A) Marked incongruence between experienced or expressed gender and primary or secondary sex characteristics
     ☐ B) Strong desire to not have current primary or secondary sex characteristics because of the incongruence with experienced or expressed gender
     ☐ C) Strong desire to have primary or secondary sex characteristics of the other gender
     ☐ D) Strong desire to be the other gender or an alternative gender
     ☐ E) Strong desire to be treated as the other gender
     ☐ F) Strong confidence that typical feelings and reactions are of the other gender
     ☐ G) Other clinical information (add comment)

> • If 2 or more options A, B, C, D, E or F selected and option G not selected, then go to question 3
> • No other options lead to the requested service

DHHRBMS015384

**JA983**

InterQual®                                                    2021, Apr. 2021 Release CP:Procedures
**Gender Affirmation Surgery**
Orchiectomy for Gender Affirmation Surgery

---

*Primary gender affirmation surgery (continued...)*

3. Choose all that apply: [9]
   ☐ A) Clinically significant distress or impairment in social or occupational or other important areas of functioning
   ☐ B) Clinically significant increased risk of suffering
   ☐ C) Other clinical information (add comment)

   > • If **1** or more options A or B selected and option C not selected, then go to question **4**
   > • No other options lead to the requested service

4. Gender affirmation surgery, Choose one:
   ☐ A) Female-to-male surgery, genital [10, 11]
   ☐ B) Female-to-male surgery, other [10, 11]
   ☐ C) Male-to-female surgery, genital [12, 13]
   ☐ D) Male-to-female surgery, other [12, 13]
   ☐ E) Other clinical information (add comment)

   > • If option C selected, then go to question 5
   > • No other options lead to the requested service

5. Choose all that apply:
   ☐ A) Referrals from two behavioral health specialists clearing patient for gender affirmation surgery [14, 15]
   ☐ B) Persistent and well-documented gender dysphoria [14]
   ☐ C) Capacity to make fully informed decisions and to consent [14]
   ☐ D) No psychiatric disorder by history or psychiatric disorder controlled [16, 17]
   ☐ E) Other clinical information (add comment)

   > • If the number of options selected is 4 and option E not selected, then go to question 6
   > • No other options lead to the requested service

6. Choose all that apply:
   ☐ A) Cross-sex hormone therapy ≥ 12 months or hormone therapy contraindicated [18]
   ☐ B) Lived ≥ 12 months in gender role congruent with gender identity [19]
   ☐ C) Other clinical information (add comment)

   > • If the number of options selected is 2 and option C not selected, then the rule is satisfied; you may stop here **(Outpatient)** [20]
   > • No other options lead to the requested service

---

**Reference**

`Ltd` - This requested service is designated as 'Limited Evidence' in this clinical scenario. Criteria cannot be met.
`2nd` - Secondary review required. Criteria cannot be met.
*Off-label* - Use of a drug for an indication not approved by the U.S. Food and Drug Administration (FDA).

---

Licensed for use exclusively by KEPRO

DHHRBMS015385

**JA984**

**InterQual®**

## Notes:

**1:**
InterQual® content contains numerous references to gender. Depending on the context, these references may refer to either genotypic or phenotypic gender. At the individual patient level, a variety of factors, including, but not limited to, gender identity and gender affirmation via surgery or hormonal manipulation, may affect the applicability of some InterQual criteria. This is most often the case with genetic testing and procedures that assume the presence of gender-specific anatomy. With these considerations in mind, all references to gender in InterQual have been reviewed and modified when appropriate. InterQual users should carefully consider issues related to patient genotype and anatomy, especially for transgender individuals, when appropriate.

**2:**
Delaying treatment for those with gender dysphoria is not a reasonable treatment option. This can lead to negative consequences, such as delay or arrest in emotional, social, or intellectual development. Isolating oneself from family and friends, being excluded from society, becoming a victim of bullying and self-harm all may be seen when there is an impediment or interruption in care. Some individuals, notably adolescents, may develop psychiatric issues including anxiety, depression, and suicidal ideation (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**3:**
Guidelines agree that gender affirmation surgical intervention is appropriate for individuals 18 years of age or older, as these procedures are irreversible; however, behavioral health counseling and hormone therapy may be used to treat individuals who have been diagnosed with gender dysphoria at an earlier age. The sooner the diagnosis is made and treatment options are discussed, the more successful the individual is when transitioning (Hembree et al., Endocr Pract 2017, 23: 1437; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

**4:**
According to the American Psychiatric Association, the Diagnostic and Statistical Manual of Mental Disorders defines gender dysphoria as a condition where sex assigned at birth is incongruent with experienced or desired gender, resulting in distress and suffering. Distress must persist for at least six months and result in a desire to change (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). Transgender persons are described as someone whose gender identity, behavior or expression, is not typical of that assigned at birth, including those who are gender dysphoric. In the United States, approximately 0.6%, or 1.4 million adults identify as transgender individuals. The prevalence is similar worldwide and has doubled in the last decade (Flores et al., How many adults identify as Transgender in the United States? 2016).
Therapeutic options for gender dysphoria or transgender individuals include psychotherapy, hormonal treatment, and gender affirmation surgery (GAS). Dressing, acting, or speaking consistent with the correct gender, taking hormones, changing one's name, and surgical intervention are possible activities carried out to identify with the correct gender. Some transgender individuals do not define themselves as conforming to the gender binary (male or female) and may also use terms such as gender non-conforming, pangender, agender, bigender, polygender, gender fluid, gender queer, or gender neutral. This will impact their treatment choices (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013). GAS is a treatment option for gender dysphoria and is often the final stage of transition. GAS is not a single procedure, but part of a complex process involving multiple medical, psychiatric, and surgical modalities working in conjunction with each other to assist the candidate for gender affirmation achieve successful outcomes. Before undertaking GAS, candidates need to undergo important medical and psychological evaluations to confirm that surgery is the most appropriate treatment choice. Procedures vary significantly from female-to-male and male-to-female and are generally comprised of a series of primary and secondary sex character changes, chest reconstruction, facial alterations and voice-modification. After working with a transgender care team, a surgical plan is tailored to the individual's needs to relieve gender dysphoria. Treatment standardization in this population is not possible as clinical presentations and symptoms will vary significantly with each individual. A specialized, multidisciplinary transgender care team may include, but is not limited to, practitioners in primary care, behavioral health, speech and language therapy, dermatology, endocrinology, urology, gynecology, and plastic surgery. Collaborative care, joint participation in goal setting along with regular follow-up is crucial (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional

DHHRBMS015386

**JA985**

Association for Transgender Health. 2011, 7: 1-112).

**5:**
Although there are many publications on gender affirmation surgery (GAS), most articles are observational case studies, have less than 30 participants, do not have strong evidence, or are focused on surgical technique. There is a paucity of published evidence that is adequately powered or designed to allow definitive conclusions on safety and efficacy of the individual surgical procedures. Surgical technique and observational case studies represent the largest body of evidence. Future research is needed to improve patient selection, surgical procedure selection and patient outcome.

Statistics around GAS are primarily estimations. Private facilities are not mandated to report this data; there are variations on how surgical procedures are staged and many of the procedures are identified as simply cosmetic, therefore making data collection difficult. In addition, the complexity and various reconstructive scenarios distinguishing procedures with multiple stages from revisional affirmation surgery is not truly accounted for. Although estimates vary, the American Society of Plastic Surgeons stated that there was a 155% increase in gender affirmation surgeries in 2017, approximating over 8,300 facial, body contouring and sex surgeries (American Society of Plastic Surgeons, 2017 Plastic Surgery Statistics Report. 2018).

**6:**
These criteria include the following procedures:

Bilateral Mastectomy
Breast Augmentation
Clitoroplasty
Gender Confirmation Surgery
Gender Reassignment Surgery
Hysterectomy
Intersex Surgery
Labiaplasty
Male Chest Contouring
Metoidioplasty
Orchiectomy
Ovariectomy
Penectomy
Penile Prosthesis
Permanent Hair Removal
Phalloplasty
Salpingo-oophorectomy
Scrotoplasty
Sex Reassignment Surgery
Transgender Surgery
Transsexual Surgery
Urethroplasty
Vaginoplasty
Vulvoplasty

**7:**
InterQual® Procedures criteria are derived from the systematic, continuous review and critical appraisal of the most current evidence-based literature and include input from our independent panel of clinical experts. To generate the most appropriate recommendations, a comprehensive literature review of the clinical evidence was conducted. Sources searched included PubMed, ECRI Guidelines Trust®, Agency for Healthcare Research and Quality (AHRQ) Comparative Effectiveness Reviews, the Cochrane Library, Choosing Wisely, Centers for Medicare & Medicaid Services (CMS) National Coverage Determinations, and the National Institute of Health and Care Excellence (NICE). Other medical literature databases, medical content providers, data sources, regulatory body websites, and specialty society resources may also have been used. Relevant studies were assessed for risk of bias following principles described in the Cochrane Handbook. The resulting evidence was assessed for consistency, directness, precision, effect size, and publication bias. Observational trials were also evaluated for the presence of a dose-response gradient and the likely effect of plausible confounders.

**8:**

DHHRBMS015387

This is a procedure that can be performed for either medically necessary or cosmetic purposes. The criteria as written are intended solely for use in determining the medical appropriateness of this procedure and do not cover this procedure when performed for cosmetic reasons.

**9:**
Prior to surgical intervention for gender affirmation, gender dysphoria must be present as outlined by the Diagnostic and Statistical Manual of Mental Disorders. If a pronounced distress between the assigned gender at birth and the gender that is desired persists for at least six months, and there is significant distress in social or occupational settings, the diagnosis of gender dysphoria can be made. It is accompanied by marked incongruence between experienced or expressed gender and sex characteristics, strong desire to be an alternate gender, strong desire to be treated as the other gender, to not have or to change assigned sex characteristics, or having strong confidence that typical feelings are of the other gender (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013). InterQual® consultants agree that the Diagnostic and Statistical Manual of Mental Disorders is the most widely accepted for the diagnosis of gender dysphoria.

**10:**
The most common female-to-male (FtM) genital procedures include hysterectomy, ovariectomy, salpingo-oophorectomy, metoidioplasty, phalloplasty, penile prosthesis, scrotoplasty, and urethroplasty. Permanent hair removal can be done prior to a number of genital surgeries.

The most common FtM chest procedures are mastectomy and male chest contouring. There are also various body contouring, facial and voice modification surgeries (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**11:**
Surgical risks in female-to-male (FtM) genital and breast surgeries include, but are not limited to, infection, unsightly scarring, nipple necrosis, contour irregularities, urinary tract stenosis, fistulas, necrosis of neophallus, micropenis, and incapacity to stand while urinating. FtM genital surgery has been less successful than male-to-female genital surgery because of the difficulty creating a functional and aesthetic penis from smaller clitoral tissue (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**12:**
The most common male-to-female (MtF) genital procedures include orchiectomy, penectomy, clitoroplasty, labiaplasty, urethroplasty, vaginoplasty, and vulvoplasty.

The most common MtF chest procedure is breast augmentation. Permanent hair removal can be done prior to a number of genital surgeries. There are also various body contouring, facial and voice modification surgeries that may be appropriate MtF procedures (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**13:**
Some surgical risks in male-to-female genital and breast augmentation surgeries include, but are not limited to, infection, capsular fibrosis, partial necrosis of the vagina or labia, fistulas from the bladder or bowel into the vagina, stenosis of the urethra, the vagina being too short or small for coitus, anorgasmia, lower urinary tract infection from a shortened urethra, and dysfunctional bladder (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**14:**
Therapy is intended to explore gender concerns, assess the intensity of and help alleviate gender dysphoria, assist in determining appropriate subsequent steps in treatment, assess existing mental health concerns, and evaluate outcomes of interventions (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). A behavioral health specialist must document persistent gender dysphoria, the ability to make fully informed decisions, and assure there are no active psychiatric disorders to impede decision making or interfere with successful postoperative care (Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). The individual should be assessed before surgery and demonstrate an understanding of the procedure, surgical options, and potential risks and outcomes. The patient should be aware of the risk of sterility as a result of hormone therapy and gender affirmation surgery. Discussions regarding fertility preservation options prior to these interventions, as well as ongoing oncological risk monitoring, are necessary (Hembree et al., Endocr

DHHRBMS015388

**JA987**

Pract 2017, 23: 1437; Wylie et al., Lancet 2016, 388: 401-11; American Psychological, Am Psychol 2015, 70: 832-64; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). There is no recommended length of therapy or number of sessions an individual must attend or complete preceding surgery. It is however, strongly suggested that transgender individuals have access to therapy throughout the process as it can be a supportive adjunct to gender affirming surgery (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**15:**
It is required that individuals seeking chest or breast surgery, to treat gender dysphoria, submit one referral letter from a behavioral health specialist to the surgeon stating psychotherapy requisites have been met. Surgeons generally require two referral letters before proceeding with genital surgery. It is recommended that at least one of the behavioral health professionals submitting a letter should have a doctoral degree (e.g., Ph.D., M.D., Ed.D., D.Sc., D.S.W., Psy.D) or a master's level degree in a clinical behavioral science field (e.g., M.S.W., L.C.S.W., Nurse Practitioner, Advanced Practice Nurse, Licensed Professional Councilor, Marriage and Family Therapist). Since there is not a standardized letter format outlining specific content that needs to be communicated between the behavioral health specialist and surgeon, letter writing varies. Often, referrals will include diagnostic criteria of gender dysphoria from the Diagnostic and Statistical Manual of Mental Disorders, standards of care met from The World Professional Association for Transgender Health, the individual's duration and compliance with therapy, as well as an understanding of procedures, individual readiness and consent. Typically, an explanation that the criteria for surgery have been met and a brief description of the clinical rationale for supporting the individual's request for surgery are also recorded. Ideally, the mental health professional should document willingness to coordinate care with the primary and surgical care team (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**16:**
A significant number of gender dysphoric patients have a history of diagnosed or undiagnosed psychopathology including substance abuse, post-traumatic stress disorder, mood disorders, and anxiety. Although no specific conditions are exclusionary, all patients should be screened to ensure stability and a complete understanding of the procedure and postoperative follow-up. Depression may occur anytime throughout the transition process and individuals are encouraged to continue with psychotherapy during and after transition as needed (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Dhejne et al., Int Rev Psychiatry 2016, 28: 44-57; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**17:**
Symptoms or behaviors are considered to be controlled when they have responded to therapeutic and/or pharmacologic interventions.

**18:**
Surgical intervention should not be performed until the patient is 18 years or older. Hormone therapy, however, may begin sooner if not contraindicated. Guidelines suggest pubertal suppression can begin at Tanner stage 2 as better outcomes are seen when initiated with puberty. These guidelines do not agree on an age to begin cross-sex hormone therapy, but do agree that cross-sex hormone therapy should be taken for at least 12 months prior to genital surgery and female-to-male (FtM) mastectomy, and male chest contouring. For best results in male-to-female (MtF) breast augmentation surgery, some guidelines suggest at least 2 years of cross-sex hormone therapy because breasts continue to grow during this time, while others agree 12 months is sufficient (Hembree et al., Endocr Pract 2017, 23: 1437; Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

Pubertal suppressing hormones halt gonadotropin secretion and lead to gradual regression of development of sex characteristics. Girls breasts will not continue to grow and will reduce in size, and menstruation will stop. Boys will experience a cessation in virilization and decreased testicular volume. The effects of these hormones are fully reversible. If the patient has surpassed puberty, cross-sex hormone therapy can begin. Cross-sex hormone therapy leads to the development of opposing sex characteristics and is only partially reversible. In FtM patients, the aim of cross-sex hormone therapy is to cause gradual clitoral enlargement, vaginal atrophy, fat redistribution, voice deepening, facial and body hair growth, suppress menses as well as increase libido, muscle mass and height. The goal for MtF individuals is to reduce height, decrease libido, grow breasts, redistribute body fat, decrease muscle mass, and soften the skin (Hembree et al., Endocr Pract 2017, 23: 1437).

DHHRBMS015389

**JA988**

Case 3:20-cv-00740    Document 250-30    Filed 05/31/22    Page 24 of 49 PageID #: 2406

A systematic review reports that hormonal treatment improves depression, self-esteem, anxiety, personality-related psychopathology, and higher emotional quality of life in both FtM and MtF patients. This review also suggests improved body uneasiness in MtF. Many individuals do not continue with affirmation surgery if hormone therapy and other lifestyle changes have significantly decreased gender dysphoria (Costa and Colizzi, Neuropsychiatr Dis Treat 2016, 12: 1953-66).

**19:**
Living in the preferred gender role congruent with gender identity is a key component to successful transition prior to irreversible genital intervention. A minimum of twelve months is required to experience life events and incorporate transition in different personal and social settings. External response is observed and allows the individual to experience everyday life as the gender they identify with. Continuous living in the correct gender role must be documented by a behavioral health specialist (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**20:**
I/O Setting:
Bilateral Mastectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Clitoroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Hysterectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Intersex Surgery - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Metoidioplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Ovariectomy/Salpingo-oophorectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Phalloplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Scrotoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Urethroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Vaginoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
All others - Outpatient

DHHRBMS015390

**JA989**

**InterQual®**

**2021, Apr. 2021 Release CP:Procedures**
**Gender Affirmation Surgery**
**Orchiectomy for Gender Affirmation Surgery**

**ICD-10-CM (circle all that apply):** F64.0, F64.1, F64.2, F64.8, F64.9, Z87.890, Other _____

**ICD-10-PCS (circle all that apply):** 0VT90ZZ, 0VT94ZZ, 0VTB0ZZ, 0VTB4ZZ, 0VTC0ZZ, 0VTC4ZZ, Other _____

**CPT® (circle all that apply):** 54520, 54690, Other _____

DHHRBMS015391

**JA990**

## 2021, Apr. 2021 Release CP:Procedures

**Subset:**     Gender Affirmation Surgery [1, 2, 3, 4, 5, 6, 7, 8]

**Requested Service:**     Ovariectomy/Salpingo-oophorectomy for Gender Affirmation Surgery

**Age:**     Age ≥ 18

| Patient: | Name: | | DOB: | | ID #: | | GROUP #: |
|---|---|---|---|---|---|---|---|
| | Sex (circle): M / F | | Height: | | Weight: | | |
| Provider/PCP: | Name: | | Fax #: | | Phone #: | | |
| | NPI/ID #: | | Signature: | | | Date: | |
| Servicing: | Vendor/Facility: | | | | Phone #: | | |
| | Diagnosis/ICD: | | Service Date: | | Authorization: / / to / / | | |

InterQual® criteria (IQ) is confidential and proprietary information and is being provided to you solely as it pertains to the information requested. IQ may contain advanced clinical knowledge which we recommend you discuss with your physician upon disclosure to you. Use permitted by and subject to license with Change Healthcare LLC and/or one of its subsidiaries. IQ reflects clinical interpretations and analyses and cannot alone either (a) resolve medical ambiguities of particular situations; or (b) provide the sole basis for definitive decisions. IQ is intended solely for use as screening guidelines with respect to medical appropriateness of healthcare services. All ultimate care decisions are strictly and solely the obligation and responsibility of your health care provider. © 2021 Change Healthcare LLC and/or one of its subsidiaries. All Rights Reserved. CPT® only © 2011-2020 American Medical Association. All Rights Reserved.

ICD-10:

CPT®:

**INSTRUCTIONS:** Answer the following questions

☐ 10. Primary gender affirmation surgery

   1. Strong and persistent cross-gender identification ≥ 6 months [9]
     ☐ A) Yes
     ☐ B) No

> • If option Yes selected, then go to question 2
> • No other options lead to the requested service

   2. Choose all that apply: [9]
     ☐ A) Marked incongruence between experienced or expressed gender and primary or secondary sex characteristics
     ☐ B) Strong desire to not have current primary or secondary sex characteristics because of the incongruence with experienced or expressed gender
     ☐ C) Strong desire to have primary or secondary sex characteristics of the other gender
     ☐ D) Strong desire to be the other gender or an alternative gender
     ☐ E) Strong desire to be treated as the other gender
     ☐ F) Strong confidence that typical feelings and reactions are of the other gender
     ☐ G) Other clinical information (add comment)

> • If 2 or more options A, B, C, D, E or F selected and option G not selected, then go to question 3
> • No other options lead to the requested service

---

DHHRBMS015392

**JA991**

**InterQual®**                                                                **2021, Apr. 2021 Release CP:Procedures**
**Gender Affirmation Surgery**
**Ovariectomy/Salpingo-oophorectomy for Gender Affirmation Surgery**

*Primary gender affirmation surgery (continued...)*

3. Choose all that apply: [9]
   □ A) Clinically significant distress or impairment in social or occupational or other important areas of functioning
   □ B) Clinically significant increased risk of suffering
   □ C) Other clinical information (add comment)

   > • If 1 or more options A or B selected and option C not selected, then go to question 4
   > • No other options lead to the requested service

4. Gender affirmation surgery, Choose one:
   □ A) Female-to-male surgery, genital [10, 11]
   □ B) Female-to-male surgery, other [10, 11]
   ⊔ C) Male-to-female surgery, genital [12, 13]
   □ D) Male-to-female surgery, other [12, 13]
   □ E) Other clinical information (add comment)

   > • If option A selected, then go to question 5
   > • No other options lead to the requested service

5. Choose all that apply:
   □ A) Referrals from two behavioral health specialists clearing patient for gender affirmation surgery [14, 15]
   □ B) Persistent and well-documented gender dysphoria [14]
   □ C) Capacity to make fully informed decisions and to consent [14]
   □ D) No psychiatric disorder by history or psychiatric disorder controlled [16, 17]
   □ E) Other clinical information (add comment)

   > • If the number of options selected is 4 and option E not selected, then go to question 6
   > • No other options lead to the requested service

6. Choose all that apply:
   □ A) Cross-sex hormone therapy ≥ 12 months or hormone therapy contraindicated [18]
   □ B) Lived ≥ 12 months in gender role congruent with gender identity [19]
   □ C) Other clinical information (add comment)

   > • If the number of options selected is 2 and option C not selected, then the rule is satisfied; you may stop here [20]
   > • No other options lead to the requested service

## Reference

Ltd - This requested service is designated as 'Limited Evidence' in this clinical scenario. Criteria cannot be met.

2nd - Secondary review required. Criteria cannot be met.

*Off-label* - Use of a drug for an indication not approved by the U.S. Food and Drug Administration (FDA).

DHHRBMS015393

**JA992**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 423 of 505

InterQual®  Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 28 of 49 PageID #: 2410  Procedures
**Gender Affirmation Surgery**
**Ovariectomy/Salpingo-oophorectomy for Gender Affirmation Surgery**

## Notes:

**1:**
InterQual® content contains numerous references to gender. Depending on the context, these references may refer to either genotypic or phenotypic gender. At the individual patient level, a variety of factors, including, but not limited to, gender identity and gender affirmation via surgery or hormonal manipulation, may affect the applicability of some InterQual criteria. This is most often the case with genetic testing and procedures that assume the presence of gender-specific anatomy. With these considerations in mind, all references to gender in InterQual have been reviewed and modified when appropriate. InterQual users should carefully consider issues related to patient genotype and anatomy, especially for transgender individuals, when appropriate.

**2:**
Delaying treatment for those with gender dysphoria is not a reasonable treatment option. This can lead to negative consequences, such as delay or arrest in emotional, social, or intellectual development. Isolating oneself from family and friends, being excluded from society, becoming a victim of bullying and self-harm all may be seen when there is an impediment or interruption in care. Some individuals, notably adolescents, may develop psychiatric issues including anxiety, depression, and suicidal ideation (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**3:**
Guidelines agree that gender affirmation surgical intervention is appropriate for individuals 18 years of age or older, as these procedures are irreversible; however, behavioral health counseling and hormone therapy may be used to treat individuals who have been diagnosed with gender dysphoria at an earlier age. The sooner the diagnosis is made and treatment options are discussed, the more successful the individual is when transitioning (Hembree et al., Endocr Pract 2017, 23: 1437; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

**4:**
According to the American Psychiatric Association, the Diagnostic and Statistical Manual of Mental Disorders defines gender dysphoria as a condition where sex assigned at birth is incongruent with experienced or desired gender, resulting in distress and suffering. Distress must persist for at least six months and result in a desire to change (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). Transgender persons are described as someone whose gender identity, behavior or expression, is not typical of that assigned at birth, including those who are gender dysphoric. In the United States, approximately 0.6%, or 1.4 million adults identify as transgender individuals. The prevalence is similar worldwide and has doubled in the last decade (Flores et al., How many adults identify as Transgender in the United States? 2016).
Therapeutic options for gender dysphoria or transgender individuals include psychotherapy, hormonal treatment, and gender affirmation surgery (GAS). Dressing, acting, or speaking consistent with the correct gender, taking hormones, changing one's name, and surgical intervention are possible activities carried out to identify with the correct gender. Some transgender individuals do not define themselves as conforming to the gender binary (male or female) and may also use terms such as gender non-conforming, pangender, agender, bigender, polygender, gender fluid, gender queer, or gender neutral. This will impact their treatment choices (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013). GAS is a treatment option for gender dysphoria and is often the final stage of transition. GAS is not a single procedure, but part of a complex process involving multiple medical, psychiatric, and surgical modalities working in conjunction with each other to assist the candidate for gender affirmation achieve successful outcomes. Before undertaking GAS, candidates need to undergo important medical and psychological evaluations to confirm that surgery is the most appropriate treatment choice. Procedures vary significantly from female-to-male and male-to-female and are generally comprised of a series of primary and secondary sex character changes, chest reconstruction, facial alterations and voice-modification. After working with a transgender care team, a surgical plan is tailored to the individual's needs to relieve gender dysphoria. Treatment standardization in this population is not possible as clinical presentations and symptoms will vary significantly with each individual. A specialized, multidisciplinary transgender care team may include, but is not limited to, practitioners in primary care, behavioral health, speech and language therapy, dermatology, endocrinology, urology, gynecology, and plastic surgery. Collaborative care, joint participation in goal setting along with regular follow-up is crucial (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional

DHHRBMS015394

**JA993**

USCA4 Appeal: 22-1927     Doc: 20-2        Filed: 10/31/2022      Pg: 424 of 505

InterQual®     Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 29 of 49 PageID #: 2411   2021, Apr: 2021 Release CP:Procedures
**Gender Affirmation Surgery**
**Ovariectomy/Salpingo-oophorectomy for Gender Affirmation Surgery**

Association for Transgender Health. 2011, 7: 1-112).

**5:**
Although there are many publications on gender affirmation surgery (GAS), most articles are observational case studies, have less than 30 participants, do not have strong evidence, or are focused on surgical technique. There is a paucity of published evidence that is adequately powered or designed to allow definitive conclusions on safety and efficacy of the individual surgical procedures. Surgical technique and observational case studies represent the largest body of evidence. Future research is needed to improve patient selection, surgical procedure selection and patient outcome.

Statistics around GAS are primarily estimations. Private facilities are not mandated to report this data; there are variations on how surgical procedures are staged and many of the procedures are identified as simply cosmetic, therefore making data collection difficult. In addition, the complexity and various reconstructive scenarios distinguishing procedures with multiple stages from revisional affirmation surgery is not truly accounted for. Although estimates vary, the American Society of Plastic Surgeons stated that there was a 155% increase in gender affirmation surgeries in 2017, approximating over 8,300 facial, body contouring and sex surgeries (American Society of Plastic Surgeons, 2017 Plastic Surgery Statistics Report. 2018).

**6:**
These criteria include the following procedures:

Bilateral Mastectomy
Breast Augmentation
Clitoroplasty
Gender Confirmation Surgery
Gender Reassignment Surgery
Hysterectomy
Intersex Surgery
Labiaplasty
Male Chest Contouring
Metoidioplasty
Orchiectomy
Ovariectomy
Penectomy
Penile Prosthesis
Permanent Hair Removal
Phalloplasty
Salpingo-oophorectomy
Scrotoplasty
Sex Reassignment Surgery
Transgender Surgery
Transsexual Surgery
Urethroplasty
Vaginoplasty
Vulvoplasty

**7:**
InterQual® Procedures criteria are derived from the systematic, continuous review and critical appraisal of the most current evidence-based literature and include input from our independent panel of clinical experts. To generate the most appropriate recommendations, a comprehensive literature review of the clinical evidence was conducted. Sources searched included PubMed, ECRI Guidelines Trust®, Agency for Healthcare Research and Quality (AHRQ) Comparative Effectiveness Reviews, the Cochrane Library, Choosing Wisely, Centers for Medicare & Medicaid Services (CMS) National Coverage Determinations, and the National Institute of Health and Care Excellence (NICE). Other medical literature databases, medical content providers, data sources, regulatory body websites, and specialty society resources may also have been used. Relevant studies were assessed for risk of bias following principles described in the Cochrane Handbook. The resulting evidence was assessed for consistency, directness, precision, effect size, and publication bias. Observational trials were also evaluated for the presence of a dose-response gradient and the likely effect of plausible confounders.

**8:**

DHHRBMS015395

**JA994**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 425 of 505

Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 30 of 49 PageID #: 2412

**InterQual®**                                          **2021, Apr: 2021 Release CP:Procedures**
**Gender Affirmation Surgery**
**Ovariectomy/Salpingo-oophorectomy for Gender Affirmation Surgery**

This is a procedure that can be performed for either medically necessary or cosmetic purposes. The criteria as written are intended solely for use in determining the medical appropriateness of this procedure and do not cover this procedure when performed for cosmetic reasons.

**9:**
Prior to surgical intervention for gender affirmation, gender dysphoria must be present as outlined by the Diagnostic and Statistical Manual of Mental Disorders. If a pronounced distress between the assigned gender at birth and the gender that is desired persists for at least six months, and there is significant distress in social or occupational settings, the diagnosis of gender dysphoria can be made. It is accompanied by marked incongruence between experienced or expressed gender and sex characteristics, strong desire to be an alternate gender, strong desire to be treated as the other gender, to not have or to change assigned sex characteristics, or having strong confidence that typical feelings are of the other gender (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013). InterQual® consultants agree that the Diagnostic and Statistical Manual of Mental Disorders is the most widely accepted for the diagnosis of gender dysphoria.

**10:**
The most common female-to-male (FtM) genital procedures include hysterectomy, ovariectomy, salpingo-oophorectomy, metoidioplasty, phalloplasty, penile prosthesis, scrotoplasty, and urethroplasty. Permanent hair removal can be done prior to a number of genital surgeries.

The most common FtM chest procedures are mastectomy and male chest contouring. There are also various body contouring, facial and voice modification surgeries (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**11:**
Surgical risks in female-to-male (FtM) genital and breast surgeries include, but are not limited to, infection, unsightly scarring, nipple necrosis, contour irregularities, urinary tract stenosis, fistulas, necrosis of neophallus, micropenis, and incapacity to stand while urinating. FtM genital surgery has been less successful than male-to-female genital surgery because of the difficulty creating a functional and aesthetic penis from smaller clitoral tissue (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**12:**
The most common male-to-female (MtF) genital procedures include orchiectomy, penectomy, clitoroplasty, labiaplasty, urethroplasty, vaginoplasty, and vulvoplasty.

The most common MtF chest procedure is breast augmentation. Permanent hair removal can be done prior to a number of genital surgeries. There are also various body contouring, facial and voice modification surgeries that may be appropriate MtF procedures (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**13:**
Some surgical risks in male-to-female genital and breast augmentation surgeries include, but are not limited to, infection, capsular fibrosis, partial necrosis of the vagina or labia, fistulas from the bladder or bowel into the vagina, stenosis of the urethra, the vagina being too short or small for coitus, anorgasmia, lower urinary tract infection from a shortened urethra, and dysfunctional bladder (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**14:**
Therapy is intended to explore gender concerns, assess the intensity of and help alleviate gender dysphoria, assist in determining appropriate subsequent steps in treatment, assess existing mental health concerns, and evaluate outcomes of interventions (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). A behavioral health specialist must document persistent gender dysphoria, the ability to make fully informed decisions, and assure there are no active psychiatric disorders to impede decision making or interfere with successful postoperative care (Moreno-Perez and Esteva De Antonio, Endocrinología y Nutrición 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). The individual should be assessed before surgery and demonstrate an understanding of the procedure, surgical options, and potential risks and outcomes. The patient should be aware of the risk of sterility as a result of hormone therapy and gender affirmation surgery. Discussions regarding fertility preservation options prior to these interventions, as well as ongoing oncological risk monitoring, are necessary (Hembree et al., Endocr

DHHRBMS015396

**JA995**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 426 of 505

InterQual®    Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 31 of 49 PageID #: 2413
2021, Apr: 2021 Release CP:Procedures
Gender Affirmation Surgery
Ovariectomy/Salpingo-oophorectomy for Gender Affirmation Surgery

Pract 2017, 23: 1437; Wylie et al., Lancet 2016, 388: 401-11; American Psychological, Am Psychol 2015, 70: 832-64; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). There is no recommended length of therapy or number of sessions an individual must attend or complete preceding surgery. It is however, strongly suggested that transgender individuals have access to therapy throughout the process as it can be a supportive adjunct to gender affirming surgery (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**15:**
It is required that individuals seeking chest or breast surgery, to treat gender dysphoria, submit one referral letter from a behavioral health specialist to the surgeon stating psychotherapy requisites have been met. Surgeons generally require two referral letters before proceeding with genital surgery. It is recommended that at least one of the behavioral health professionals submitting a letter should have a doctoral degree (e.g., Ph.D., M.D., Ed.D., D.Sc., D.S.W., Psy.D) or a master's level degree in a clinical behavioral science field (e.g., M.S.W., L.C.S.W., Nurse Practitioner, Advanced Practice Nurse, Licensed Professional Councilor, Marriage and Family Therapist). Since there is not a standardized letter format outlining specific content that needs to be communicated between the behavioral health specialist and surgeon, letter writing varies. Often, referrals will include diagnostic criteria of gender dysphoria from the Diagnostic and Statistical Manual of Mental Disorders, standards of care met from The World Professional Association for Transgender Health, the individual's duration and compliance with therapy, as well as an understanding of procedures, individual readiness and consent. Typically, an explanation that the criteria for surgery have been met and a brief description of the clinical rationale for supporting the individual's request for surgery are also recorded. Ideally, the mental health professional should document willingness to coordinate care with the primary and surgical care team (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**16:**
A significant number of gender dysphoric patients have a history of diagnosed or undiagnosed psychopathology including substance abuse, post-traumatic stress disorder, mood disorders, and anxiety. Although no specific conditions are exclusionary, all patients should be screened to ensure stability and a complete understanding of the procedure and postoperative follow-up. Depression may occur anytime throughout the transition process and individuals are encouraged to continue with psychotherapy during and after transition as needed (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Dhejne et al., Int Rev Psychiatry 2016, 28: 44-57; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**17:**
Symptoms or behaviors are considered to be controlled when they have responded to therapeutic and/or pharmacologic interventions.

**18:**
Surgical intervention should not be performed until the patient is 18 years or older. Hormone therapy, however, may begin sooner if not contraindicated. Guidelines suggest pubertal suppression can begin at Tanner stage 2 as better outcomes are seen when initiated with puberty. These guidelines do not agree on an age to begin cross-sex hormone therapy, but do agree that cross-sex hormone therapy should be taken for at least 12 months prior to genital surgery and female-to-male (FtM) mastectomy, and male chest contouring. For best results in male-to-female (MtF) breast augmentation surgery, some guidelines suggest at least 2 years of cross-sex hormone therapy because breasts continue to grow during this time, while others agree 12 months is sufficient (Hembree et al., Endocr Pract 2017, 23: 1437; Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

Pubertal suppressing hormones halt gonadotropin secretion and lead to gradual regression of development of sex characteristics. Girls breasts will not continue to grow and will reduce in size, and menstruation will stop. Boys will experience a cessation in virilization and decreased testicular volume. The effects of these hormones are fully reversible. If the patient has surpassed puberty, cross-sex hormone therapy can begin. Cross-sex hormone therapy leads to the development of opposing sex characteristics and is only partially reversible. In FtM patients, the aim of cross-sex hormone therapy is to cause gradual clitoral enlargement, vaginal atrophy, fat redistribution, voice deepening, facial and body hair growth, suppress menses as well as increase libido, muscle mass and height. The goal for MtF individuals is to reduce height, decrease libido, grow breasts, redistribute body fat, decrease muscle mass, and soften the skin (Hembree et al., Endocr Pract 2017, 23: 1437).

DHHRBMS015397

**JA996**

USCA4 Appeal: 22-1927    Doc: 20-2      Filed: 10/31/2022      Pg: 427 of 505

Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 32 of 49 PageID #: 2414

InterQual®                                                    2021, Apr. 2021 Release CP:Procedures
                                                              Gender Affirmation Surgery
                                     Ovariectomy/Salpingo-oophorectomy for Gender Affirmation Surgery

A systematic review reports that hormonal treatment improves depression, self-esteem, anxiety, personality-related psychopathology, and higher emotional quality of life in both FtM and MtF patients. This review also suggests improved body uneasiness in MtF. Many individuals do not continue with affirmation surgery if hormone therapy and other lifestyle changes have significantly decreased gender dysphoria (Costa and Colizzi, Neuropsychiatr Dis Treat 2016, 12: 1953-66).

**19:**
Living in the preferred gender role congruent with gender identity is a key component to successful transition prior to irreversible genital intervention. A minimum of twelve months is required to experience life events and incorporate transition in different personal and social settings. External response is observed and allows the individual to experience everyday life as the gender they identify with. Continuous living in the correct gender role must be documented by a behavioral health specialist (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**20:**
I/O Setting:
Bilateral Mastectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Clitoroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Hysterectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Intersex Surgery - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Metoidioplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Ovariectomy/Salpingo-oophorectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Phalloplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Scrotoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Urethroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Vaginoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
All others - Outpatient

DHHRBMS015398

JA997

**ICD-10-CM (circle all that apply):** F64.0, F64.1, F64.2, F64.8, F64.9, Z87.890, Other _____

**ICD-10-PCS (circle all that apply):** 0UT00ZZ, 0UT04ZZ, 0UT08ZZ, 0UT0FZZ, 0UT10ZZ, 0UT14ZZ, 0UT18ZZ, 0UT1FZZ, 0UT20ZZ, 0UT24ZZ, 0UT27ZZ, 0UT28ZZ, 0UT2FZZ, 0UT50ZZ, 0UT54ZZ, 0UT57ZZ, 0UT58ZZ, 0UT5FZZ, 0UT60ZZ, 0UT64ZZ, 0UT67ZZ, 0UT68ZZ, 0UT6FZZ, 0UT70ZZ, 0UT74ZZ, 0UT77ZZ, 0UT78ZZ, 0UT7FZZ, Other _____

**CPT® (circle all that apply):** 58661, 58700, 58720, 58953, 58956, Other _____

DHHRBMS015399

**JA998**

InterQual®

**2021, Apr. 2021 Release CP:Procedures**

**Exhibit Ex 0018**

**Subset:**    Gender Affirmation Surgery [1, 2, 3, 4, 5, 6, 7, 8]

**Requested Service:**    Vaginoplasty for Gender Affirmation Surgery

**Age:**    Age ≥ 18

| Patient: | Name: | | DOB: | | ID #: | | GROUP #: |
|---|---|---|---|---|---|---|---|
| | Sex (circle): M / F | | Height: | | Weight: | | |
| Provider/PCP: | Name: | | Fax #: | | Phone #: | | |
| | NPI/ID #: | | Signature: | | | Date: | |
| Servicing: | Vendor/Facility: | | | | Phone #: | | |
| | Diagnosis/ICD: | | Service Date: | | Authorization: | / / to / / | |

InterQual® criteria (IQ) is confidential and proprietary information and is being provided to you solely as it pertains to the information requested. IQ may contain advanced clinical knowledge which we recommend you discuss with your physician upon disclosure to you. Use permitted by and subject to license with Change Healthcare LLC and/or one of its subsidiaries. IQ reflects clinical interpretations and analyses and cannot alone either (a) resolve medical ambiguities of particular situations; or (b) provide the sole basis for definitive decisions. IQ is intended solely for use as screening guidelines with respect to medical appropriateness of healthcare services. All ultimate care decisions are strictly and solely the obligation and responsibility of your health care provider. © 2021 Change Healthcare LLC and/or one of its subsidiaries. All Rights Reserved. CPT® only © 2011-2020 American Medical Association. All Rights Reserved.

ICD-10:

CPT®:

**INSTRUCTIONS:** Answer the following questions

☐ 10. Primary gender affirmation surgery

    1. Strong and persistent cross gender identification ≥ 6 months [9]
      ☐ A) Yes
      ☐ B) No

> • If option Yes selected, then go to question 2
> • No other options lead to the requested service

    2. Choose all that apply: [9]
      ☐ A) Marked incongruence between experienced or expressed gender and primary or secondary sex characteristics
      ☐ B) Strong desire to not have current primary or secondary sex characteristics because of the incongruence with experienced or expressed gender
      ☐ C) Strong desire to have primary or secondary sex characteristics of the other gender
      ☐ D) Strong desire to be the other gender or an alternative gender
      ☐ E) Strong desire to be treated as the other gender
      ☐ F) Strong confidence that typical feelings and reactions are of the other gender
      ☐ G) Other clinical information (add comment)

> • If 2 or more options A, B, C, D, E or F selected and option G not selected, then go to question 3
> • No other options lead to the requested service

DHHRBMS015400

**JA999**

InterQual®                                                      **2021, Apr. 2021 Release CP:Procedures**
**Gender Affirmation Surgery**
**Vaginoplasty for Gender Affirmation Surgery**

---

*Primary gender affirmation surgery (continued...)*

3. Choose all that apply: [9]
   ☐ A) Clinically significant distress or impairment in social or occupational or other important areas of functioning
   ☐ B) Clinically significant increased risk of suffering
   ☐ C) Other clinical information (add comment)

> • If **1** or more options A or B selected and option C not selected, then go to question 4
> • No other options lead to the requested service

4. Gender affirmation surgery, Choose one:
   ☐ A) Female-to-male surgery, genital [10, 11]
   ☐ B) Female-to-male surgery, other [10, 11]
   ☐ C) Male-to-female surgery, genital [12, 13]
   ☐ D) Male-to-female surgery, other [12, 13]
   ☐ E) Other clinical information (add comment)

> • If option C selected, then go to question 5
> • No other options lead to the requested service

5. Choose all that apply:
   ☐ A) Referrals from two behavioral health specialists clearing patient for gender affirmation surgery [14, 15]
   ☐ B) Persistent and well-documented gender dysphoria [14]
   ☐ C) Capacity to make fully informed decisions and to consent [14]
   ☐ D) No psychiatric disorder by history or psychiatric disorder controlled [16, 17]
   ☐ E) Other clinical information (add comment)

> • If the number of options selected is 4 and option E not selected, then go to question 6
> • No other options lead to the requested service

6. Choose all that apply:
   ☐ A) Cross-sex hormone therapy ≥ 12 months or hormone therapy contraindicated [18]
   ☐ B) Lived ≥ 12 months in gender role congruent with gender identity [19]
   ☐ C) Other clinical information (add comment)

> • If the number of options selected is 2 and option C not selected, then the rule is satisfied; you may stop here [20]
> • No other options lead to the requested service

---

### Reference

`Ltd` - This requested service is designated as 'Limited Evidence' in this clinical scenario. Criteria cannot be met.

`2nd` - Secondary review required. Criteria cannot be met.

*Off-label* - Use of a drug for an indication not approved by the U.S. Food and Drug Administration (FDA).

---

DHHRBMS015401

**JA1000**

**InterQual®**                                                   **2021, Apr: 2021 Release CP:Procedures**
**Gender Affirmation Surgery**
**Vaginoplasty for Gender Affirmation Surgery**

## Notes:

**1:**
InterQual® content contains numerous references to gender. Depending on the context, these references may refer to either genotypic or phenotypic gender. At the individual patient level, a variety of factors, including, but not limited to, gender identity and gender affirmation via surgery or hormonal manipulation, may affect the applicability of some InterQual criteria. This is most often the case with genetic testing and procedures that assume the presence of gender-specific anatomy. With these considerations in mind, all references to gender in InterQual have been reviewed and modified when appropriate. InterQual users should carefully consider issues related to patient genotype and anatomy, especially for transgender individuals, when appropriate.

**2:**
Delaying treatment for those with gender dysphoria is not a reasonable treatment option. This can lead to negative consequences, such as delay or arrest in emotional, social, or intellectual development. Isolating oneself from family and friends, being excluded from society, becoming a victim of bullying and self-harm all may be seen when there is an impediment or interruption in care. Some individuals, notably adolescents, may develop psychiatric issues including anxiety, depression, and suicidal ideation (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**3:**
Guidelines agree that gender affirmation surgical intervention is appropriate for individuals 18 years of age or older, as these procedures are irreversible; however, behavioral health counseling and hormone therapy may be used to treat individuals who have been diagnosed with gender dysphoria at an earlier age. The sooner the diagnosis is made and treatment options are discussed, the more successful the individual is when transitioning (Hembree et al., Endocr Pract 2017, 23: 1437; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

**4:**
According to the American Psychiatric Association, the Diagnostic and Statistical Manual of Mental Disorders defines gender dysphoria as a condition where sex assigned at birth is incongruent with experienced or desired gender, resulting in distress and suffering. Distress must persist for at least six months and result in a desire to change (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). Transgender persons are described as someone whose gender identity, behavior or expression, is not typical of that assigned at birth, including those who are gender dysphoric. In the United States, approximately 0.6%, or 1.4 million adults identify as transgender individuals. The prevalence is similar worldwide and has doubled in the last decade (Flores et al., How many adults identify as Transgender in the United States? 2016).
Therapeutic options for gender dysphoria or transgender individuals include psychotherapy, hormonal treatment, and gender affirmation surgery (GAS). Dressing, acting, or speaking consistent with the correct gender, taking hormones, changing one's name, and surgical intervention are possible activities carried out to identify with the correct gender. Some transgender individuals do not define themselves as conforming to the gender binary (male or female) and may also use terms such as gender non-conforming, pangender, agender, bigender, polygender, gender fluid, gender queer, or gender neutral. This will impact their treatment choices (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013). GAS is a treatment option for gender dysphoria and is often the final stage of transition. GAS is not a single procedure, but part of a complex process involving multiple medical, psychiatric, and surgical modalities working in conjunction with each other to assist the candidate for gender affirmation achieve successful outcomes. Before undertaking GAS, candidates need to undergo important medical and psychological evaluations to confirm that surgery is the most appropriate treatment choice. Procedures vary significantly from female-to-male and male-to-female and are generally comprised of a series of primary and secondary sex character changes, chest reconstruction, facial alterations and voice-modification. After working with a transgender care team, a surgical plan is tailored to the individual's needs to relieve gender dysphoria. Treatment standardization in this population is not possible as clinical presentations and symptoms will vary significantly with each individual. A specialized, multidisciplinary transgender care team may include, but is not limited to, practitioners in primary care, behavioral health, speech and language therapy, dermatology, endocrinology, urology, gynecology, and plastic surgery. Collaborative care, joint participation in goal setting along with regular follow-up is crucial (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional

DHHRBMS015402

**JA1001**

USCA4 Appeal: 22-1927     Doc: 20-2     Filed: 10/31/2022     Pg: 432 of 505

InterQual® Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 37 of 49 PageID #: 2419 2021, Apr. 2021 Release CP:Procedures
Gender Affirmation Surgery
Vaginoplasty for Gender Affirmation Surgery

Association for Transgender Health. 2011, 7: 1-112).

**5:**
Although there are many publications on gender affirmation surgery (GAS), most articles are observational case studies, have less than 30 participants, do not have strong evidence, or are focused on surgical technique. There is a paucity of published evidence that is adequately powered or designed to allow definitive conclusions on safety and efficacy of the individual surgical procedures. Surgical technique and observational case studies represent the largest body of evidence. Future research is needed to improve patient selection, surgical procedure selection and patient outcome.

Statistics around GAS are primarily estimations. Private facilities are not mandated to report this data; there are variations on how surgical procedures are staged and many of the procedures are identified as simply cosmetic, therefore making data collection difficult. In addition, the complexity and various reconstructive scenarios distinguishing procedures with multiple stages from revisional affirmation surgery is not truly accounted for. Although estimates vary, the American Society of Plastic Surgeons stated that there was a 155% increase in gender affirmation surgeries in 2017, approximating over 8,300 facial, body contouring and sex surgeries (American Society of Plastic Surgeons, 2017 Plastic Surgery Statistics Report. 2018).

**6:**
These criteria include the following procedures:

Bilateral Mastectomy
Breast Augmentation
Clitoroplasty
Gender Confirmation Surgery
Gender Reassignment Surgery
Hysterectomy
Intersex Surgery
Labiaplasty
Male Chest Contouring
Metoidioplasty
Orchiectomy
Ovariectomy
Penectomy
Penile Prosthesis
Permanent Hair Removal
Phalloplasty
Salpingo-oophorectomy
Scrotoplasty
Sex Reassignment Surgery
Transgender Surgery
Transsexual Surgery
Urethroplasty
Vaginoplasty
Vulvoplasty

**7:**
InterQual® Procedures criteria are derived from the systematic, continuous review and critical appraisal of the most current evidence-based literature and include input from our independent panel of clinical experts. To generate the most appropriate recommendations, a comprehensive literature review of the clinical evidence was conducted. Sources searched included PubMed, ECRI Guidelines Trust®, Agency for Healthcare Research and Quality (AHRQ) Comparative Effectiveness Reviews, the Cochrane Library, Choosing Wisely, Centers for Medicare & Medicaid Services (CMS) National Coverage Determinations, and the National Institute of Health and Care Excellence (NICE). Other medical literature databases, medical content providers, data sources, regulatory body websites, and specialty society resources may also have been used. Relevant studies were assessed for risk of bias following principles described in the Cochrane Handbook. The resulting evidence was assessed for consistency, directness, precision, effect size, and publication bias. Observational trials were also evaluated for the presence of a dose-response gradient and the likely effect of plausible confounders.

**8:**

DHHRBMS015403

**JA1002**

**InterQual®**

2021, Apr: 2021 Release CP:Procedures
**Gender Affirmation Surgery**
Vaginoplasty for Gender Affirmation Surgery

This is a procedure that can be performed for either medically necessary or cosmetic purposes. The criteria as written are intended solely for use in determining the medical appropriateness of this procedure and do not cover this procedure when performed for cosmetic reasons.

**9:**
Prior to surgical intervention for gender affirmation, gender dysphoria must be present as outlined by the Diagnostic and Statistical Manual of Mental Disorders. If a pronounced distress between the assigned gender at birth and the gender that is desired persists for at least six months, and there is significant distress in social or occupational settings, the diagnosis of gender dysphoria can be made. It is accompanied by marked incongruence between experienced or expressed gender and sex characteristics, strong desire to be an alternate gender, strong desire to be treated as the other gender, to not have or to change assigned sex characteristics, or having strong confidence that typical feelings are of the other gender (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013). InterQual® consultants agree that the Diagnostic and Statistical Manual of Mental Disorders is the most widely accepted for the diagnosis of gender dysphoria.

**10:**
The most common female-to-male (FtM) genital procedures include hysterectomy, ovariectomy, salpingo-oophorectomy, metoidioplasty, phalloplasty, penile prosthesis, scrotoplasty, and urethroplasty. Permanent hair removal can be done prior to a number of genital surgeries.

The most common FtM chest procedures are mastectomy and male chest contouring. There are also various body contouring, facial and voice modification surgeries (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**11:**
Surgical risks in female-to-male (FtM) genital and breast surgeries include, but are not limited to, infection, unsightly scarring, nipple necrosis, contour irregularities, urinary tract stenosis, fistulas, necrosis of neophallus, micropenis, and incapacity to stand while urinating. FtM genital surgery has been less successful than male-to-female genital surgery because of the difficulty creating a functional and aesthetic penis from smaller clitoral tissue (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**12:**
The most common male-to-female (MtF) genital procedures include orchiectomy, penectomy, clitoroplasty, labiaplasty, urethroplasty, vaginoplasty, and vulvoplasty.

The most common MtF chest procedure is breast augmentation. Permanent hair removal can be done prior to a number of genital surgeries. There are also various body contouring, facial and voice modification surgeries that may be appropriate MtF procedures (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**13:**
Some surgical risks in male-to-female genital and breast augmentation surgeries include, but are not limited to, infection, capsular fibrosis, partial necrosis of the vagina or labia, fistulas from the bladder or bowel into the vagina, stenosis of the urethra, the vagina being too short or small for coitus, anorgasmia, lower urinary tract infection from a shortened urethra, and dysfunctional bladder (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**14:**
Therapy is intended to explore gender concerns, assess the intensity of and help alleviate gender dysphoria, assist in determining appropriate subsequent steps in treatment, assess existing mental health concerns, and evaluate outcomes of interventions (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). A behavioral health specialist must document persistent gender dysphoria, the ability to make fully informed decisions, and assure there are no active psychiatric disorders to impede decision making or interfere with successful postoperative care (Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). The individual should be assessed before surgery and demonstrate an understanding of the procedure, surgical options, and potential risks and outcomes. The patient should be aware of the risk of sterility as a result of hormone therapy and gender affirmation surgery. Discussions regarding fertility preservation options prior to these interventions, as well as ongoing oncological risk monitoring, are necessary (Hembree et al., Endocr

Licensed for use exclusively by KEPRO                                                    Page 5 of 8

DHHRBMS015404

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 434 of 505

Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 39 of 49 PageID #: 2421

InterQual®                                                                    2021, Apr. 2021 Release CP:Procedures
**Gender Affirmation Surgery**
**Vaginoplasty for Gender Affirmation Surgery**

Pract 2017, 23: 1437; Wylie et al., Lancet 2016, 388: 401-11; American Psychological, Am Psychol 2015, 70: 832-64; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). There is no recommended length of therapy or number of sessions an individual must attend or complete preceding surgery. It is however, strongly suggested that transgender individuals have access to therapy throughout the process as it can be a supportive adjunct to gender affirming surgery (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**15:**
It is required that individuals seeking chest or breast surgery, to treat gender dysphoria, submit one referral letter from a behavioral health specialist to the surgeon stating psychotherapy requisites have been met. Surgeons generally require two referral letters before proceeding with genital surgery. It is recommended that at least one of the behavioral health professionals submitting a letter should have a doctoral degree (e.g., Ph.D., M.D., Ed.D., D.Sc., D.S.W., Psy.D) or a master's level degree in a clinical behavioral science field (e.g., M.S.W., L.C.S.W., Nurse Practitioner, Advanced Practice Nurse, Licensed Professional Councilor, Marriage and Family Therapist). Since there is not a standardized letter format outlining specific content that needs to be communicated between the behavioral health specialist and surgeon, letter writing varies. Often, referrals will include diagnostic criteria of gender dysphoria from the Diagnostic and Statistical Manual of Mental Disorders, standards of care met from The World Professional Association for Transgender Health, the individual's duration and compliance with therapy, as well as an understanding of procedures, individual readiness and consent. Typically, an explanation that the criteria for surgery have been met and a brief description of the clinical rationale for supporting the individual's request for surgery are also recorded. Ideally, the mental health professional should document willingness to coordinate care with the primary and surgical care team (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**16:**
A significant number of gender dysphoric patients have a history of diagnosed or undiagnosed psychopathology including substance abuse, post-traumatic stress disorder, mood disorders, and anxiety. Although no specific conditions are exclusionary, all patients should be screened to ensure stability and a complete understanding of the procedure and postoperative follow-up. Depression may occur anytime throughout the transition process and individuals are encouraged to continue with psychotherapy during and after transition as needed (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Dhejne et al., Int Rev Psychiatry 2016, 28: 44-57; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**17:**
Symptoms or behaviors are considered to be controlled when they have responded to therapeutic and/or pharmacologic interventions.

**18:**
Surgical intervention should not be performed until the patient is 18 years or older. Hormone therapy, however, may begin sooner if not contraindicated. Guidelines suggest pubertal suppression can begin at Tanner stage 2 as better outcomes are seen when initiated with puberty. These guidelines do not agree on an age to begin cross-sex hormone therapy, but do agree that cross-sex hormone therapy should be taken for at least 12 months prior to genital surgery and female-to-male (FtM) mastectomy, and male chest contouring. For best results in male-to-female (MtF) breast augmentation surgery, some guidelines suggest at least 2 years of cross-sex hormone therapy because breasts continue to grow during this time, while others agree 12 months is sufficient (Hembree et al., Endocr Pract 2017, 23: 1437; Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

Pubertal suppressing hormones halt gonadotropin secretion and lead to gradual regression of development of sex characteristics. Girls breasts will not continue to grow and will reduce in size, and menstruation will stop. Boys will experience a cessation in virilization and decreased testicular volume. The effects of these hormones are fully reversible. If the patient has surpassed puberty, cross-sex hormone therapy can begin. Cross-sex hormone therapy leads to the development of opposing sex characteristics and is only partially reversible. In FtM patients, the aim of cross-sex hormone therapy is to cause gradual clitoral enlargement, vaginal atrophy, fat redistribution, voice deepening, facial and body hair growth, suppress menses as well as increase libido, muscle mass and height. The goal for MtF individuals is to reduce height, decrease libido, grow breasts, redistribute body fat, decrease muscle mass, and soften the skin (Hembree et al., Endocr Pract 2017, 23: 1437).

---

DHHRBMS015405

**JA1004**

A systematic review reports that hormonal treatment improves depression, self-esteem, anxiety, personality-related psychopathology, and higher emotional quality of life in both FtM and MtF patients. This review also suggests improved body uneasiness in MtF. Many individuals do not continue with affirmation surgery if hormone therapy and other lifestyle changes have significantly decreased gender dysphoria (Costa and Colizzi, Neuropsychiatr Dis Treat 2016, 12: 1953-66).

**19:**
Living in the preferred gender role congruent with gender identity is a key component to successful transition prior to irreversible genital intervention. A minimum of twelve months is required to experience life events and incorporate transition in different personal and social settings. External response is observed and allows the individual to experience everyday life as the gender they identify with. Continuous living in the correct gender role must be documented by a behavioral health specialist (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**20:**
I/O Setting:
Bilateral Mastectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Clitoroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Hysterectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Intersex Surgery - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Metoidioplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Ovariectomy/Salpingo-oophorectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Phalloplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Scrotoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Urethroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Vaginoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
All others - Outpatient

DHHRBMS015406

**JA1005**

InterQual®                                                    2021, Apr. 2021 Release CP:Procedures
**Gender Affirmation Surgery**
**Vaginoplasty for Gender Affirmation Surgery**

**ICD-10-CM (circle all that apply):** F64.0, F64.1, F64.2, F64.8, F64.9, Z87.890, Other _____

**CPT® (circle all that apply):** 57335, Other _____

DHHRBMS015407

JA1006

## 2021, Apr. 2021 Release CP:Procedures

**Subset:** Gender Affirmation Surgery [1, 2, 3, 4, 5, 6, 7, 8]

**Requested Service:** Hysterectomy for Gender Affirmation Surgery

**Age:** Age ≥ 18

| Patient: | Name: | | DOB: | | ID #: | | GROUP #: |
|---|---|---|---|---|---|---|---|
| | Sex (circle): M / F | | Height: | | Weight: | | |
| Provider/PCP: | Name: | | Fax #: | | Phone #: | | |
| | NPI/ID #: | | Signature: | | | Date: | |
| Servicing: | Vendor/Facility: | | | Phone #: | | | |
| | Diagnosis/ICD: | | Service Date: | | Authorization:   /  /   to   /  / | | |

InterQual® criteria (IQ) is confidential and proprietary information and is being provided to you solely as it pertains to the information requested. IQ may contain advanced clinical knowledge which we recommend you discuss with your physician upon disclosure to you. Use permitted by and subject to license with Change Healthcare LLC and/or one of its subsidiaries. IQ reflects clinical interpretations and analyses and cannot alone either (a) resolve medical ambiguities of particular situations; or (b) provide the sole basis for definitive decisions. IQ is intended solely for use as screening guidelines with respect to medical appropriateness of healthcare services. All ultimate care decisions are strictly and solely the obligation and responsibility of your health care provider. © 2021 Change Healthcare LLC and/or one of its subsidiaries. All Rights Reserved. CPT® only © 2011-2020 American Medical Association. All Rights Reserved.

ICD-10:

CPT®:

**INSTRUCTIONS:** Answer the following questions

☐ 10. Primary gender affirmation surgery

    1. Strong and persistent cross-gender identification ≥ 6 months [9]
      ☐ A) Yes
      ☐ B) No

> • If option Yes selected, then go to question 2
> • No other options lead to the requested service

    2. Choose all that apply: [9]
      ☐ A) Marked incongruence between experienced or expressed gender and primary or secondary sex characteristics
      ☐ B) Strong desire to not have current primary or secondary sex characteristics because of the incongruence with experienced or expressed gender
      ☐ C) Strong desire to have primary or secondary sex characteristics of the other gender
      ☐ D) Strong desire to be the other gender or an alternative gender
      ☐ E) Strong desire to be treated as the other gender
      ☐ F) Strong confidence that typical feelings and reactions are of the other gender
      ☐ G) Other clinical information (add comment)

> • If 2 or more options A, B, C, D, E or F selected and option G not selected, then go to question 3
> • No other options lead to the requested service

Licensed for use exclusively by KEPRO

USCA4 Appeal: 22-1927     Doc: 20-2     Filed: 10/31/2022     Pg: 438 of 505

InterQual®     Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 43 of 49 PageID #: 2425     2021, Apr. 2021 Release CP Procedures
Gender Affirmation Surgery
Hysterectomy for Gender Affirmation Surgery

*Primary gender affirmation surgery (continued...)*

3. Choose all that apply: [9]
   □ A) Clinically significant distress or impairment in social or occupational or other important areas of functioning
   □ B) Clinically significant increased risk of suffering
   □ C) Other clinical information (add comment)

   > • If 1 or more options A or B selected and option C not selected, then go to question 4
   > • No other options lead to the requested service

4. Gender affirmation surgery, Choose one:
   □ A) Female-to-male surgery, genital [10, 11]
   □ B) Female-to-male surgery, other [10, 11]
   □ C) Male-to-female surgery, genital [12, 13]
   □ D) Male-to-female surgery, other [12, 13]
   □ E) Other clinical information (add comment)

   > • If option A selected, then go to question 5
   > • No other options lead to the requested service

5. Choose all that apply:
   □ A) Referrals from two behavioral health specialists clearing patient for gender affirmation surgery [14, 15]
   □ B) Persistent and well-documented gender dysphoria [14]
   □ C) Capacity to make fully informed decisions and to consent [14]
   □ D) No psychiatric disorder by history or psychiatric disorder controlled [16, 17]
   □ E) Other clinical information (add comment)

   > • If the number of options selected is 4 and option E not selected, then go to question 6
   > • No other options lead to the requested service

6. Choose all that apply:
   □ A) Cross-sex hormone therapy ≥ 12 months or hormone therapy contraindicated [18]
   □ B) Lived ≥ 12 months in gender role congruent with gender identity [19]
   □ C) Other clinical information (add comment)

   > • If the number of options selected is 2 and option C not selected, then the rule is satisfied; you may stop here [20]
   > • No other options lead to the requested service

## Reference

**Ltd** - This requested service is designated as 'Limited Evidence' in this clinical scenario. Criteria cannot be met.
**2nd** - Secondary review required. Criteria cannot be met.
*Off-label* - Use of a drug for an indication not approved by the U.S. Food and Drug Administration (FDA).

DHHRBMS015409

**JA1008**

## Notes:

**1:**
InterQual® content contains numerous references to gender. Depending on the context, these references may refer to either genotypic or phenotypic gender. At the individual patient level, a variety of factors, including, but not limited to, gender identity and gender affirmation via surgery or hormonal manipulation, may affect the applicability of some InterQual criteria. This is most often the case with genetic testing and procedures that assume the presence of gender-specific anatomy. With these considerations in mind, all references to gender in InterQual have been reviewed and modified when appropriate. InterQual users should carefully consider issues related to patient genotype and anatomy, especially for transgender individuals, when appropriate.

**2:**
Delaying treatment for those with gender dysphoria is not a reasonable treatment option. This can lead to negative consequences, such as delay or arrest in emotional, social, or intellectual development. Isolating oneself from family and friends, being excluded from society, becoming a victim of bullying and self-harm all may be seen when there is an impediment or interruption in care. Some individuals, notably adolescents, may develop psychiatric issues including anxiety, depression, and suicidal ideation (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**3:**
Guidelines agree that gender affirmation surgical intervention is appropriate for individuals 18 years of age or older, as these procedures are irreversible; however, behavioral health counseling and hormone therapy may be used to treat individuals who have been diagnosed with gender dysphoria at an earlier age. The sooner the diagnosis is made and treatment options are discussed, the more successful the individual is when transitioning (Hembree et al., Endocr Pract 2017, 23: 1437; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

**4:**
According to the American Psychiatric Association, the Diagnostic and Statistical Manual of Mental Disorders defines gender dysphoria as a condition where sex assigned at birth is incongruent with experienced or desired gender, resulting in distress and suffering. Distress must persist for at least six months and result in a desire to change (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). Transgender persons are described as someone whose gender identity, behavior or expression, is not typical of that assigned at birth, including those who are gender dysphoric. In the United States, approximately 0.6%, or 1.4 million adults identify as transgender individuals. The prevalence is similar worldwide and has doubled in the last decade (Flores et al., How many adults identify as Transgender in the United States? 2016).
Therapeutic options for gender dysphoria or transgender individuals include psychotherapy, hormonal treatment, and gender affirmation surgery (GAS). Dressing, acting, or speaking consistent with the correct gender, taking hormones, changing one's name, and surgical intervention are possible activities carried out to identify with the correct gender. Some transgender individuals do not define themselves as conforming to the gender binary (male or female) and may also use terms such as gender non-conforming, pangender, agender, bigender, polygender, gender fluid, gender queer, or gender neutral. This will impact their treatment choices (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013). GAS is a treatment option for gender dysphoria and is often the final stage of transition. GAS is not a single procedure, but part of a complex process involving multiple medical, psychiatric, and surgical modalities working in conjunction with each other to assist the candidate for gender affirmation achieve successful outcomes. Before undertaking GAS, candidates need to undergo important medical and psychological evaluations to confirm that surgery is the most appropriate treatment choice. Procedures vary significantly from female-to-male and male-to-female and are generally comprised of a series of primary and secondary sex character changes, chest reconstruction, facial alterations and voice-modification. After working with a transgender care team, a surgical plan is tailored to the individual's needs to relieve gender dysphoria. Treatment standardization in this population is not possible as clinical presentations and symptoms will vary significantly with each individual. A specialized, multidisciplinary transgender care team may include, but is not limited to, practitioners in primary care, behavioral health, speech and language therapy, dermatology, endocrinology, urology, gynecology, and plastic surgery. Collaborative care, joint participation in goal setting along with regular follow-up is crucial (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional

DHHRBMS015410

**JA1009**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 440 of 505

InterQual®  Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 45 of 49 PageID #: 2427
**Gender Affirmation Surgery**
**Hysterectomy for Gender Affirmation Surgery**
2021, Apr. 2021 Release CP:Procedures

Association for Transgender Health. 2011, 7: 1-112).

**5:**
Although there are many publications on gender affirmation surgery (GAS), most articles are observational case studies, have less than 30 participants, do not have strong evidence, or are focused on surgical technique. There is a paucity of published evidence that is adequately powered or designed to allow definitive conclusions on safety and efficacy of the individual surgical procedures. Surgical technique and observational case studies represent the largest body of evidence. Future research is needed to improve patient selection, surgical procedure selection and patient outcome.

Statistics around GAS are primarily estimations. Private facilities are not mandated to report this data; there are variations on how surgical procedures are staged and many of the procedures are identified as simply cosmetic, therefore making data collection difficult. In addition, the complexity and various reconstructive scenarios distinguishing procedures with multiple stages from revisional affirmation surgery is not truly accounted for. Although estimates vary, the American Society of Plastic Surgeons stated that there was a 155% increase in gender affirmation surgeries in 2017, approximating over 8,300 facial, body contouring and sex surgeries (American Society of Plastic Surgeons, 2017 Plastic Surgery Statistics Report. 2018).

**6:**
These criteria include the following procedures:

Bilateral Mastectomy
Breast Augmentation
Clitoroplasty
Gender Confirmation Surgery
Gender Reassignment Surgery
Hysterectomy
Intersex Surgery
Labiaplasty
Male Chest Contouring
Metoidioplasty
Orchiectomy
Ovariectomy
Penectomy
Penile Prosthesis
Permanent Hair Removal
Phalloplasty
Salpingo-oophorectomy
Scrotoplasty
Sex Reassignment Surgery
Transgender Surgery
Transsexual Surgery
Urethroplasty
Vaginoplasty
Vulvoplasty

**7:**
InterQual® Procedures criteria are derived from the systematic, continuous review and critical appraisal of the most current evidence-based literature and include input from our independent panel of clinical experts. To generate the most appropriate recommendations, a comprehensive literature review of the clinical evidence was conducted. Sources searched included PubMed, ECRI Guidelines Trust®, Agency for Healthcare Research and Quality (AHRQ) Comparative Effectiveness Reviews, the Cochrane Library, Choosing Wisely, Centers for Medicare & Medicaid Services (CMS) National Coverage Determinations, and the National Institute of Health and Care Excellence (NICE). Other medical literature databases, medical content providers, data sources, regulatory body websites, and specialty society resources may also have been used. Relevant studies were assessed for risk of bias following principles described in the Cochrane Handbook. The resulting evidence was assessed for consistency, directness, precision, effect size, and publication bias. Observational trials were also evaluated for the presence of a dose-response gradient and the likely effect of plausible confounders.

**8:**

DHHRBMS015411

**JA1010**

This is a procedure that can be performed for either medically necessary or cosmetic purposes. The criteria as written are intended solely for use in determining the medical appropriateness of this procedure and do not cover this procedure when performed for cosmetic reasons.

**9:**
Prior to surgical intervention for gender affirmation, gender dysphoria must be present as outlined by the Diagnostic and Statistical Manual of Mental Disorders. If a pronounced distress between the assigned gender at birth and the gender that is desired persists for at least six months, and there is significant distress in social or occupational settings, the diagnosis of gender dysphoria can be made. It is accompanied by marked incongruence between experienced or expressed gender and sex characteristics, strong desire to be an alternate gender, strong desire to be treated as the other gender, to not have or to change assigned sex characteristics, or having strong confidence that typical feelings are of the other gender (American Psychiatric Association, The Diagnostic and Statistical Manual of Mental Disorders: DSM-5. 2013). InterQual® consultants agree that the Diagnostic and Statistical Manual of Mental Disorders is the most widely accepted for the diagnosis of gender dysphoria.

**10:**
The most common female-to-male (FtM) genital procedures include hysterectomy, ovariectomy, salpingo-oophorectomy, metoidioplasty, phalloplasty, penile prosthesis, scrotoplasty, and urethroplasty. Permanent hair removal can be done prior to a number of genital surgeries.

The most common FtM chest procedures are mastectomy and male chest contouring. There are also various body contouring, facial and voice modification surgeries (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**11:**
Surgical risks in female-to-male (FtM) genital and breast surgeries include, but are not limited to, infection, unsightly scarring, nipple necrosis, contour irregularities, urinary tract stenosis, fistulas, necrosis of neophallus, micropenis, and incapacity to stand while urinating. FtM genital surgery has been less successful than male-to-female genital surgery because of the difficulty creating a functional and aesthetic penis from smaller clitoral tissue (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**12:**
The most common male-to-female (MtF) genital procedures include orchiectomy, penectomy, clitoroplasty, labiaplasty, urethroplasty, vaginoplasty, and vulvoplasty.

The most common MtF chest procedure is breast augmentation. Permanent hair removal can be done prior to a number of genital surgeries. There are also various body contouring, facial and voice modification surgeries that may be appropriate MtF procedures (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**13:**
Some surgical risks in male-to-female genital and breast augmentation surgeries include, but are not limited to, infection, capsular fibrosis, partial necrosis of the vagina or labia, fistulas from the bladder or bowel into the vagina, stenosis of the urethra, the vagina being too short or small for coitus, anorgasmia, lower urinary tract infection from a shortened urethra, and dysfunctional bladder (Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**14:**
Therapy is intended to explore gender concerns, assess the intensity of and help alleviate gender dysphoria, assist in determining appropriate subsequent steps in treatment, assess existing mental health concerns, and evaluate outcomes of interventions (Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). A behavioral health specialist must document persistent gender dysphoria, the ability to make fully informed decisions, and assure there are no active psychiatric disorders to impede decision making or interfere with successful postoperative care (Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). The individual should be assessed before surgery and demonstrate an understanding of the procedure, surgical options, and potential risks and outcomes. The patient should be aware of the risk of sterility as a result of hormone therapy and gender affirmation surgery. Discussions regarding fertility preservation options prior to these interventions, as well as ongoing oncological risk monitoring, are necessary (Hembree et al., Endocr

DHHRBMS015412

**JA1011**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 442 of 505

InterQual® Case 3:20-cv-00740   Document 250-30   Filed 05/31/22   Page 47 of 49 PageID #: 2429 2021, Apr: 2021 Release CP Procedures
**Gender Affirmation Surgery**
**Hysterectomy for Gender Affirmation Surgery**

Pract 2017, 23: 1437; Wylie et al., Lancet 2016, 388: 401-11; American Psychological, Am Psychol 2015, 70: 832-64; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112). There is no recommended length of therapy or number of sessions an individual must attend or complete preceding surgery. It is however, strongly suggested that transgender individuals have access to therapy throughout the process as it can be a supportive adjunct to gender affirming surgery (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**15:**
It is required that individuals seeking chest or breast surgery, to treat gender dysphoria, submit one referral letter from a behavioral health specialist to the surgeon stating psychotherapy requisites have been met. Surgeons generally require two referral letters before proceeding with genital surgery. It is recommended that at least one of the behavioral health professionals submitting a letter should have a doctoral degree (e.g., Ph.D., M.D., Ed.D., D.Sc., D.S.W., Psy.D) or a master's level degree in a clinical behavioral science field (e.g., M.S.W., L.C.S.W., Nurse Practitioner, Advanced Practice Nurse, Licensed Professional Councilor, Marriage and Family Therapist). Since there is not a standardized letter format outlining specific content that needs to be communicated between the behavioral health specialist and surgeon, letter writing varies. Often, referrals will include diagnostic criteria of gender dysphoria from the Diagnostic and Statistical Manual of Mental Disorders, standards of care met from The World Professional Association for Transgender Health, the individual's duration and compliance with therapy, as well as an understanding of procedures, individual readiness and consent. Typically, an explanation that the criteria for surgery have been met and a brief description of the clinical rationale for supporting the individual's request for surgery are also recorded. Ideally, the mental health professional should document willingness to coordinate care with the primary and surgical care team (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**16:**
A significant number of gender dysphoric patients have a history of diagnosed or undiagnosed psychopathology including substance abuse, post-traumatic stress disorder, mood disorders, and anxiety. Although no specific conditions are exclusionary, all patients should be screened to ensure stability and a complete understanding of the procedure and postoperative follow-up. Depression may occur anytime throughout the transition process and individuals are encouraged to continue with psychotherapy during and after transition as needed (Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Dhejne et al., Int Rev Psychiatry 2016, 28: 44-57; Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**17:**
Symptoms or behaviors are considered to be controlled when they have responded to therapeutic and/or pharmacologic interventions.

**18:**
Surgical intervention should not be performed until the patient is 18 years or older. Hormone therapy, however, may begin sooner if not contraindicated. Guidelines suggest pubertal suppression can begin at Tanner stage 2 as better outcomes are seen when initiated with puberty. These guidelines do not agree on an age to begin cross-sex hormone therapy, but do agree that cross-sex hormone therapy should be taken for at least 12 months prior to genital surgery and female-to-male (FtM) mastectomy, and male chest contouring. For best results in male-to-female (MtF) breast augmentation surgery, some guidelines suggest at least 2 years of cross-sex hormone therapy because breasts continue to grow during this time, while others agree 12 months is sufficient (Hembree et al., Endocr Pract 2017, 23: 1437; Deutsch M. B., Center of Excellence for Transgender Health 2016, 2 ed; Fisher et al., J Endocrinol Invest 2014, 37: 675-87; Moreno-Perez and Esteva De Antonio, Endocrinologia y Nutricion 2012, 6: 367-82; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112; Hembree, Child Adolesc Psychiatr Clin N Am 2011, 20: 725-32).

Pubertal suppressing hormones halt gonadotropin secretion and lead to gradual regression of development of sex characteristics. Girls breasts will not continue to grow and will reduce in size, and menstruation will stop. Boys will experience a cessation in virilization and decreased testicular volume. The effects of these hormones are fully reversible. If the patient has surpassed puberty, cross-sex hormone therapy can begin. Cross-sex hormone therapy leads to the development of opposing sex characteristics and is only partially reversible. In FtM patients, the aim of cross-sex hormone therapy is to cause gradual clitoral enlargement, vaginal atrophy, fat redistribution, voice deepening, facial and body hair growth, suppress menses as well as increase libido, muscle mass and height. The goal for MtF individuals is to reduce height, decrease libido, grow breasts, redistribute body fat, decrease muscle mass, and soften the skin (Hembree et al., Endocr Pract 2017, 23: 1437).

DHHRBMS015413

USCA4 Appeal: 22-1927    Doc: 20-2        Filed: 10/31/2022      Pg: 443 of 505

A systematic review reports that hormonal treatment improves depression, self-esteem, anxiety, personality-related psychopathology, and higher emotional quality of life in both FtM and MtF patients. This review also suggests improved body uneasiness in MtF. Many individuals do not continue with affirmation surgery if hormone therapy and other lifestyle changes have significantly decreased gender dysphoria (Costa and Colizzi, Neuropsychiatr Dis Treat 2016, 12: 1953-66).

**19:**
Living in the preferred gender role congruent with gender identity is a key component to successful transition prior to irreversible genital intervention. A minimum of twelve months is required to experience life events and incorporate transition in different personal and social settings. External response is observed and allows the individual to experience everyday life as the gender they identify with. Continuous living in the correct gender role must be documented by a behavioral health specialist (Royal College of Psychiatrists, Good practice guidelines for the assessment and treatment of adults with gender dysphoria. 2013; Coleman, The World Professional Association for Transgender Health. 2011, 7: 1-112).

**20:**
I/O Setting:
Bilateral Mastectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Clitoroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Hysterectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Intersex Surgery - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Metoidioplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Ovariectomy/Salpingo-oophorectomy - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Phalloplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Scrotoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Urethroplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
Vaginoplasty - Due to variations in practice, this procedure can be performed in the inpatient or outpatient setting.
All others - Outpatient

DHHRBMS015414

JA1013

InterQual®

2021, Apr. 2021 Release CP:Procedures

**Gender Affirmation Surgery**

**Hysterectomy for Gender Affirmation Surgery**

**ICD-10-CM (circle all that apply):** F64.0, F64.1, F64.2, F64.8, F64.9, Z87.890, Other _____

**ICD-10-PCS (circle all that apply):** 0UT90ZL, 0UT90ZZ, 0UT94ZL, 0UT94ZZ, 0UT97ZL, 0UT97ZZ, 0UT98ZL, 0UT98ZZ, 0UT9FZL, 0UT9FZZ, 0UTC0ZZ, 0UTC4ZZ, 0UTC7ZZ, 0UTC8ZZ, Other _____

**CPT® (circle all that apply):** 58150, 58180, 58260, 58262, 58275, 58290, 58291, 58541, 58542, 58543, 58544, 58552, 58553, 58554, 58570, 58571, 58572, 58573, Other _____

DHHRBMS015415

**JA1014**



# MEDICAID 101

**An Overview of West Virginia's Medicaid Program**

WEST VIRGINIA
Department of
**Health & Human**
**Resources**
**BUREAU FOR**
**MEDICAL SERVICES**



Exhibit
03

CFAIN0009542

## Medicaid: The Basics

Medicaid is a public benefit program that provides health insurance and medical services to eligible individuals. Medicaid is financed by state and federal governments and is administered by states. In West Virginia, the Bureau for Medical Services (BMS) within the West Virginia Department of Health and Human Resources (DHHR) is the single state agency responsible for administering the West Virginia Medicaid program.

Across the country, Medicaid is the nation's single largest health insurer, covering more than 73 million individuals in May 2018, or about 22% of the US population.[1] Medicaid contributes substantially to the financing of the US health care system, supporting local public health infrastructure, hospitals, mental health centers, at-home-care, community clinics, nursing homes, physicians, and many other health professionals and administrators.

The Medicaid program is critical to the health and well-being of hundreds of thousands of West Virginians. This manual is intended to provide you with a brief overview of the West Virginia Medicaid program, including how the Medicaid program is financed, Medicaid care delivery models, covered services, and trends in Medicaid enrollment and spending. The information in this manual should not be considered Medicaid policy. Rather, this manual is intended to serve as an accessible resource to answer frequently asked questions related to the Medicaid program. Every effort was taken to document data sources used in the creation of this book.  If you have additional questions related to Medicaid program, or any of the information in this manual, please see the contact information in the Appendix.

### MEDICAID VS. MEDICARE

Medicaid: A public assistance program that serves low-income people of all ages. Medicaid is jointly funded by states and the federal government but is administered by states. Patients with Medicaid usually do not have out-of-pocket costs related to covered medical expenses.

Medicare: An insurance program funded and administered by the federal government. Medicare provides health insurance for hospital and medical care to seniors age 65 and older and some individuals under age 65 with disabilities. Medicare beneficiaries typically have some out-of-pocket costs.



1

CFAIN0009543

**JA1016**

## Who pays for Medicaid?

*A state-federal partnership*
Medicaid is jointly funded by state and federal governments. The majority of Medicaid funding is provided by the federal government. The federal government shares financial responsibility for the Medicaid program by matching state spending with federal dollars. The federal share of those costs is determined by the Federal Medical Assistance Percentages (FMAP). The FMAP is calculated annually using a formula set forth in federal statute and is inversely proportional to a states per capita income relative to the US average. States with lower per capita incomes have higher FMAPs. As seen in Figure 1, West Virginia has the highest FMAP in the region.

**Figure 1: Fiscal year 2019 FMAP in West Virginia and surrounding states**



In fiscal year 2019, West Virginia's FMAP is 74.3%.[2] This means that the federal government pays for 74.3% of the costs for eligible Medicaid services, while BMS is only responsible for 25.7% of the costs. In practice, if a Medicaid member has a hospital stay that results in $1,000 in costs, the federal government will pay $743, while BMS will pay only $257. In this sense, the FMAP acts as a multiplier for state spending. For example, in West Virginia, every $100 in state spending on Medicaid services will bring in $290 in matching federal funds. States may also receive an enhanced FMAP for covering certain services or populations. Perhaps most notably, states currently receive a 94% FMAP for the Medicaid expansion population.[3] These matching funds directly benefit patients receiving medical care while also helping to finance the healthcare infrastructure in areas with large Medicaid populations.

2

CFAIN0009544

State Medicaid programs are often seen as low-hanging fruit when financially strapped states are forced to make budget cuts. However, thanks to the FMAP, Medicaid spending acts as a tremendous financial boon for the state. The Kaiser Commission on Medicaid and the Uninsured recently compiled findings from 29 different studies examining the economic impact of Medicaid spending and found that in all studies examined Medicaid spending had a positive impact on local economies.[3] These studies also found that Medicaid spending generates economic activity within the state by providing jobs, personal income, and state tax revenues. While most state government expenditures reallocate spending from one sector to another, Medicaid is one of the few state government spending opportunities that is guaranteed to pull in money from outside the state and directly benefit the local economy.

## Medicaid care delivery systems



States are generally given leeway to set standards and policies for how they deliver medical and pharmacy services to Medicaid enrollees. States are also able to choose how services are purchased and payments distributed to Medicaid providers. The two most common care delivery systems are fee-for-service and managed care.

*Fee-for-service*: States directly pay providers a flat fee for each service delivered.

*Managed care*: States contract with health plans or managed care organizations (MCOs) and pay these groups a monthly per member capitation payment to provide all covered Medicaid services.

More than 75% of West Virginia Medicaid beneficiaries receive their benefits via the managed care delivery system through the Mountain Health Trust program. The Mountain Health Trust program contracts with four Managed Care Organizations (MCOs) for the provision of medical benefits. The four MCOs contracted through the program include Aetna Better Health of West Virginia (formerly Coventry Health Care of West Virginia), Health Plan of the Upper Ohio Valley, Unicare, and West Virginia Family Health. Individuals who are not covered by an MCO receive all benefits via the fee-for-service delivery system and are typically eligible for Medicaid through a waiver program such as the Intellectual/Developmental Disabilities Waiver or the Traumatic Brain Injury Waiver. Importantly, some Medicaid benefits, including pharmacy benefits, long-term care services, and non-emergency medical transportation are still paid via the fee-for-service delivery system for all Medicaid beneficiaries.

3

CFAIN0009545

**JA1018**

**Figure 2: Approximate percent of Medicaid beneficiaries enrolled in each MCO**



## Covered benefits and services

The federal government requires every state Medicaid program to cover a specific set of benefits and services. The services that programs are required to cover have changed greatly since the Medicaid program's inception in 1965, given advancements in medical technologies and changes in the makeup of the Medicaid population. In addition to the required covered services, states are allowed some flexibility in terms of offering additional benefits so long as services are equitable in terms of availability and scope for all Medicaid beneficiaries.

Medicaid programs are required to cover the following services:
- Inpatient and outpatient hospital services
- Physician services
- Nursing facility services
- Early periodic screening, diagnostic and treatment services for children, including dental services
- Laboratory and x-ray services
- Home health services including nursing services, home health aides, and medical supplies and equipment
- Rural health clinic services
- Federally qualified health center services
- Transportation to medical care
- Certified pediatric and family nurse practitioner services
- Emergency medical services for certain noncitizens, also known as emergency medical assistance
- Family planning services, including nurse midwife services
- Tobacco cessation counseling for pregnant women

4

West Virginia's Medicaid program also covers the following optional services:

- Alcohol and drug treatment
- Chiropractic services
- Emergency dental care for adults
- Orthodontics for children
- Emergency hospital services
- Post-cataract eyeglasses for adults
- Hearing aids for children
- Home care including personal care assistant services
- Hospice care
- Medical equipment and supplies
- Prescriptions and medication therapy management
- Both physical and mental rehabilitative services
- Inpatient and outpatient substance use disorder treatment
- Case management
- Care coordination
- Autism spectrum disorder services

## Who is eligible for Medicaid in West Virginia?

West Virginia Medicaid provides health insurance to a diverse population of individuals. All individuals who meet federally established income eligibility requirements are guaranteed Medicaid coverage. However, states are also allowed some flexibility in terms of eligibility requirements and can extend coverage to certain optional populations. The vast majority of Medicaid beneficiaries in West Virginia fall into one of the following categories:

*Pregnant women and children*
It is extremely important that women receive adequate medical care while they are pregnant. Fortunately, Medicaid provides prenatal care to many pregnant women without other forms of insurance. More than half of all births in West Virginia are paid for by Medicaid. Medicaid is also the primary health insurance program for low-income children from birth to age 18. Nearly half of all West Virginia children receive health care and



important developmental services through Medicaid. Ensuring the health and developmental success of pregnant women and children is a sound investment in West Virginia's future.

5

CFAIN0009547

**JA1020**

*Aged and disabled population*

Medicaid is the primary insurer for many individuals with mental or physical disabilities. Individuals who are aged, blind, or disabled, and who have limited assets to support themselves may be eligible for



supplemental security income (SSI) from the federal government. In West Virginia, all individuals who receive SSI automatically become eligible for Medicaid. Once enrolled, these individuals may receive health care, therapy, and long-term care services with few or no out-of-pocket costs. Medicaid also supports seniors in West Virginia by paying for some low-income Medicare beneficiaries' co-pays, deductibles, and premiums as well as certain medical services. For example, Medicaid pays for the majority of all nursing home care for West Virginia seniors.

*Expansion adults*

Historically, adults aged 19-64 without dependent children were not eligible for Medicaid coverage. However, with the passage of the Patient Protection and Affordable Care Act, states were given the option of expanding Medicaid eligibility to adults with incomes up to 133% of the federal poverty



level. West Virginia is one of 36 states to expand Medicaid eligibility to this population. Importantly, the federal government pays an enhanced FMAP for Medicaid services provided to this population.

### MEDICAID VS. CHIP

While Medicaid insures many children in West Virginia, some children receive benefits through the Children's Health Insurance Program (CHIP). Medicaid is intended to provide health benefits to the poorest children in the state. CHIP expands health insurance coverage to children in families who have incomes above the Medicaid eligibility threshold who do not have commercial insurance. Services provided through CHIP are generally comparable to those offered under the Medicaid program, however states have more flexibility in determining the breadth of coverage for CHIP services.

*How is Medicaid eligibility determined?*

Medicaid eligibility is dependent on a host of factors including household income, family size, age, disability, and citizenship status. The specifications for these criteria vary by eligibility category. For example, pregnant women may make up to 158% of the federal poverty level (FPL) and qualify for Medicaid eligibility, while adults in the expansion population may only

6

CFAIN0009548

make up to 133% of the FPL. West Virginia Medicaid's income eligibility thresholds, as a percentage of the FPL, for various groups are displayed in Figure 3. Figure 4 displays the 2018 FPL designations for different family sizes; families that make less than this amount are deemed in poverty. Regardless of eligibility group, individuals must pass an annual asset test to become eligible for Medicaid benefits. Assets include items such as a car above a certain value, personal savings, and life insurance policies. Notably, a family home is not considered an asset for Medicaid eligibility.

**Figure 3: Eligibility thresholds as a percent of the FPL for various Medicaid groups[5]**

| Population | Eligibility threshold as a percent of FPL |
|---|---|
| **Children** | |
| Ages 0 − 1 | 158% |
| Ages 1 − 5 | 141% |
| Ages 6 − 18 | 133% |
| CHIP | 300% |
| **Adults** | |
| Aged and Disabled* | Up to 300% of SSI Limit |
| Expansion population | 133% |
| **Pregnant Women** | 158% |

*Eligibility for the aged and disabled population is based on social security income (SSI) limits. Certain individuals can make up to 300% of the SSI limit and qualify for Medicaid benefits

**Figure 4: 2018 FPL by family size[6]**

| Family Size | FPL Threshold |
|---|---|
| Individuals | $12,140 |
| 2 | $16,460 |
| 3 | $20,780 |
| 4 | $25,100 |
| 5 | $29,420 |
| 6 | $33,740 |
| 7 | $38,060 |
| 8+ | $42,380 |

7

## Medicaid enrollment by the numbers

Figure 5 displays the number of individuals enrolled with West Virginia Medicaid at any point in a calendar year from 2013 – 2017. Please note that the number of individuals enrolled with Medicaid on any given day will be significantly less than the number enrolled at any point in the calendar year. For example, there are about 530,000 individuals enrolled in Medicaid on any particular day of the month, while there are generally more than 650,000 individuals enrolled at some point over the course of an entire year.

**Figure 5: Total annual Medicaid enrollment 2013 – 2017**



In 2017, more than 675,000 West Virginians were enrolled in Medicaid at some point during the year. This represents approximately one third of the state's total population in 2017. West Virginia chose to expand Medicaid eligibility under the Affordable Care Act in 2014. From 2013 to 2014, Medicaid enrollment increased by more than 50%, and has remained relatively stable since then.

Figure 6 displays trends in Medicaid enrollment from 2013 – 2017 by Medicaid eligibility category. Changes in Medicaid enrollment from 2013 – 2017 have been driven almost entirely by the adult expansion population. The number of blind and disabled individuals enrolled in Medicaid has decreased slightly over this time period.

**Figure 6: Annual Medicaid enrollment by eligibility group 2013 – 2017**



8

CFAIN0009550

**JA1023**

Given the dramatic increases in Medicaid enrollment over the last five years, West Virginia now has one of the lowest uninsured rates in the country. Figure 7 displays trends in the percentage of West Virginians with Medicaid coverage relative to the percent of uninsured West Virginians. While more than one-third of the state's population was enrolled with Medicaid at some point in 2017, only about 6% of the state's population was uninsured for the majority of the year.

**Figure 7: Percent of West Virginians with Medicaid relative to percent uninsured 2013 – 2017[7,8]**



Figure 8 displays the percent of individuals enrolled in Medicaid in each county in West Virginia during calendar year 2017. Generally speaking, counties in the southern region of the state had higher rates of Medicaid coverage relative to counties in the Northern region or Eastern Panhandle.

**Figure 8: Percent of individuals with Medicaid in each county in calendar year 2017**



9

CFAIN0009551

**JA1024**

## Medicaid spending by the numbers

Annual Medicaid enrollment increased substantially following implementation of Medicaid expansion under the Affordable Care Act. Understandably, Medicaid spending also increased over this time period, however it was outpaced by increases in Medicaid enrollment. Figure 9 displays trends in annual Medicaid enrollment and spending from 2013 – 2017.

**Figure 9: Annual Medicaid enrollment and spending 2013 – 2017**



Medicaid enrollment increased by more than 50% from 2013 to 2014, but total Medicaid spending increased by less than 20% over the same time period. While the adult expansion population has largely driven increases in Medicaid enrollment, this population accounts for a relatively small proportion of total Medicaid spending. Figure 10A displays the percent of Medicaid beneficiaries by eligibility category in calendar year 2017, while Figure 10B displays the percent of spending attributable to each eligibility category in the same year.



10

CFAIN0009552

**JA1025**

**Figure 10A: Percent of Medicaid beneficiaries by eligibility group in calendar year 2017**



11

CFAIN0009553

In 2017, more than one-third of Medicaid beneficiaries were part of the adult expansion population, however, these individuals accounted for only about 25% of total Medicaid spending during the calendar year. On the other hand, the aged population and the blind and disabled populations together comprised only about 22% of the Medicaid population in 2017, however they accounted for more than 50% of all Medicaid spending. The aged population and the blind and disabled Medicaid populations tend to have special healthcare needs and require more frequent Medicaid services than other groups. It is understandable that the expansion population accounts for a smaller proportion of Medicaid spending relative to populations with greater healthcare needs.

Figure 11 displays average Medicaid spending per person by eligibility group. Individuals in the aged population and the blind and disabled Medicaid populations account for a much greater share of Medicaid spending than individuals in other eligibility groups. Beneficiaries in the aged population and blind and disabled population accounted for two to four times greater average spending per person relative to beneficiaries in any of the other eligibility groups.

**Figure 11: Medicaid spending per person by eligibility group**



## Medicaid innovations and successes

*Innovative approaches to treating Substance Use Disorder*
West Virginia has been at the epicenter of the nation's drug crisis. In 2017, West Virginia had the highest drug overdose death rate in the country, with a rate that was greater than double the national average.[9] This crisis has dramatically impacted our Medicaid program, which insures many individuals suffering from Substance Use Disorder (SUD). In the last year, BMS has implemented several innovative policies to improve the quality and availability of SUD treatment for Medicaid beneficiaries. Ultimately, these policies will bolster the SUD care delivery network in the state and improve the health and well-being of West Virginians.

BMS was recently awarded a Medicaid 1115 waiver by the Centers for Medicare and Medicaid Services (CMS) to enhance the continuum of care for beneficiaries with SUD. This waiver is

12

CFAIN0009554

intended to improve the availability, quality, and coverage of SUD treatment services for Medicaid beneficiaries. The waiver allows Medicaid beneficiaries with SUD to receive the full continuum of care for SUD treatment as defined by the American Society of Addiction Medicine. Medicaid enrollees with SUD are now eligible to receive additional behavioral therapies including peer recovery support and withdrawal management services, as well as short-term residential treatment. The 1115 waiver also expands access to medication assisted treatment (MAT) including methadone treatment services from opioid treatment programs. Additionally, emergency medical service providers can now be reimbursed for administration of naloxone to Medicaid beneficiaries suffering an overdose. Importantly, the new services provided under the 1115 waiver are consistent with the industry standard best practices set forth by the American Society of Addiction Medicine.

In addition to the 1115 waiver, BMS is also taking an innovative approach to treating babies born with neonatal abstinence syndrome (NAS). NAS is a disorder caused by prenatal exposure to opioids or other drugs. Babies with NAS experience a host of symptoms including tremors, vomiting, seizures, excessive crying and sensitivity to stimuli, and these infants require around-the-clock care during the first few weeks of life. BMS is the first Medicaid program in the country to have an approved state plan  amendment (SPA) specifically to bolster NAS treatment services. The SPA allows health facilities to be recognized as NAS Treatment Centers, and allows them to receive Medicaid reimbursement for providing NAS treatment. Services that can now be reimbursed under the SPA include comprehensive assessment and care plan development; housing in a low or reduced stimuli environment; pharmaceutical withdrawal management; therapeutic swaddling; rocking; newborn massage; and other services.

*Home and Community-Based Services for person-centered care*
The Medicaid Home and Community-Based Services (HCBS) waiver program allows state Medicaid agencies to provide services to members in their homes or communities to avoid institutionalization. HCBS programs work to create sustainable, person-centered, long-term support systems for people with disabilities, chronic conditions, and the elderly. The goal of HCBS waiver programs is to improve members' independence, health, and quality of life. Within broad federal guidelines, states can develop HCBS programs tailored to the needs of Medicaid beneficiaries who prefer to receive treatment in their home or communities rather than an institutional setting. West Virginia has three HCBS waiver programs:

13

CFAIN0009555

**JA1028**

1. Aged and Disabled Waiver—This program is a long-term care alternative that provides services that enable an individual to remain at or return home rather than receiving nursing home care. The goals and objectives of this program are focused on providing services that are person-centered, promote choice, independence, respect, and community integration.



2. Intellectual/Developmental Disabilities (I/DD) Waiver—This program provides services that instruct, train, support, supervise, and assist individuals who have intellectual and/or developmental disabilities in achieving the highest level of independence and self-sufficiency possible. The I/DD waiver program provides services in natural settings where the member resides rather than in intermediate care facilities.

3. Traumatic Brain Injury (TBI) Waiver—This program provides services to individuals with a documented traumatic brain injury, defined as a non-degenerative, non-congenital injury to the brain resulting in the need for a nursing facility level of care. The purpose of the program is to prevent unnecessary institutionalization by providing services and supports that are person-centered and promote independence and community integration.



*Health Homes for at risk populations*
The Affordable Care Act gave state Medicaid programs the option of creating the Health Homes program to provide a comprehensive system of care coordination for Medicaid beneficiaries with multiple chronic conditions. The Health Homes program does not act as a place where patients live, but as a system for holistically providing medical, behavioral, and social support services for individuals with complex healthcare needs. Individuals enrolled in Health Homes are assigned a multidisciplinary team of healthcare providers who collaboratively provide services and supports in a coordinated manner. Health Homes services include comprehensive care management, care coordination, health promotion, and community and social support services. Each patient enrolled in the program is also assigned a personal care manager who is required to contact the patient at least bi-weekly to ensure the patient's needs are being addressed. West Virginia currently has two Health Homes. The first Health Home began in July 2014 for members with bipolar disorder who have, or are at risk of having, hepatitis B or C. The second Health Home

14

CFAIN0009556

**JA1029**

began in April 2017 and is designed for Medicaid beneficiaries with pre-diabetes, diabetes or obesity, who are at risk of also having anxiety or depression.

*Reducing pharmacy spending and investing in the state*
On July 1, 2017, BMS carved out pharmacy services from the managed care program and began delivering these services as part of the fee-for-service delivery model. With this model, pharmacy benefits are managed by the State Pharmacy Services program, which serves as its own Pharmacy Benefits Manager (PBM). This model unbundles incurred costs and creates a more transparent method of payment for pharmacy services. Claims processing is handled by DXC, the fee-for-service medical/dental claims processor, and processing fees are transparent. Supplemental rebates on preferred drugs are negotiated through a multi-state consortium of Medicaid programs. The collection of federal and supplemental rebates is overseen in-house and the entire amount collected is retained by the Medicaid program. So far, this initiative has paid dividends, with significant cost-savings in the first year alone. In addition to savings on administrative costs and increased rebates, BMS increased the dispensing fee to $10.49 per prescription, providing a significant re-investment back into the pharmacy business community.

## Looking to the future

BMS is committed to providing innovative, high quality, and accessible healthcare to the citizens of West Virginia. As part of this commitment, BMS recently completed a strategic planning initiative to more formally establish the Bureau's mission, core values, and major strategic initiatives. This plan will be used to guide the overall direction that BMS will take over the next five years. Development of this strategic plan is only the first step in continuing efforts to improve transparency and better serve the citizens of West Virginia. A copy of the BMS strategic plan can be found on the website: dhhr.wv.gov/bms.



15

CFAIN0009557

**JA1030**

## Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

16

CFAIN0009558

**JA1031**

**Notes**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

17

CFAIN0009559

## Appendix

For additional information about the West Virginia Medicaid program, please contact BMS at: 304-558-1700

For additional information pertaining to preparation of this manual, please contact Nathan Pauly at Nathan.J.Pauly@wv.gov.

## References

1- https://www.medicaid.gov/medicaid/program-information/medicaid-and-chip-enrollment-data/report-highlights/index.html
2- https://www.kff.org/medicaid/state-indicator/federal-matching-rate-and-multiplier/?currentTimeframe=0&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D
3- https://www.kff.org/medicaid/issue-brief/understanding-how-states-access-the-aca-enhanced-medicaid-match-rates/
4- https://kaiserfamilyfoundation.files.wordpress.com/2013/01/7075_02_es.pdf
5- https://www.medicaid.gov/state-overviews/stateprofile.html?state=West-Virginia
6- https://www.healthcare.gov/glossary/federal-poverty-level-fpl/
7- https://www.census.gov/content/dam/Census/library/publications/2018/demo/p60-264.pdf
8- https://www.kff.org/other/state-indicator/total-population/?activeTab=graph&currentTimeframe=0&startTimeframe=3&selectedDistributions=uninsured&selectedRows=%7B%22states%22:%7B%22west-virginia%22:%7B%7D%7D%7D&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D
9- https://www.cdc.gov/nchs/products/databriefs/db329.htm

18

CFAIN0009561

**JA1034**

Mandatory & Optional Medicaid Benefits | Medicaid

U.S. flag U.S. flagAn official website of the United States government

## Medicaid.gov
Keeping America Healthy

MENU

Home › Medicaid › Benefits › Mandatory & Optional Medicaid Benefits

# Mandatory & Optional Medicaid Benefits

This page outlines mandatory Medicaid benefits, which states are required to provide under federal law, and optional benefits that states may cover if they choose.

## Mandatory Benefits

- Inpatient hospital services
- Outpatient hospital services
- EPSDT: Early and Periodic Screening, Diagnostic, and Treatment Services
- Nursing Facility Services
- Home health services
- Physician services
- Rural health clinic services
- Federally qualified health center services
- Laboratory and X-ray services
- Family planning services
- Nurse Midwife services
- Certified Pediatric and Family Nurse Practitioner services
- Freestanding Birth Center services (when licensed or otherwise recognized by the state)
- Transportation to medical care
- Tobacco cessation counseling for pregnant women

## Optional Benefits

- Prescription Drugs
- Clinic services
- Physical therapy

DHHRBMS016220

Mandatory & Optional Medicaid Benefits | Medicaid

- Occupational therapy

- Speech, hearing and language disorder services

- Respiratory care services

- Other diagnostic, screening, preventive and rehabilitative services

- Podiatry services

- Optometry services

- Dental Services

- Dentures

- Prosthetics

- Eyeglasses

- Chiropractic services

- Other practitioner services

- Private duty nursing services

- Personal Care

- Hospice

- Case management

- Services for Individuals Age 65 or Older in an Institution for Mental Disease (IMD)

- Services in an intermediate care facility for Individuals with Intellectual Disability

- State Plan Home and Community Based Services- 1915(i)

- Self-Directed Personal Assistance Services- 1915(j)

- Community First Choice Option- 1915(k)

- TB Related Services

- Inpatient psychiatric services for individuals under age 21

- Other services approved by the Secretary[*]

- Health Homes for Enrollees with Chronic Conditions – Section 1945

[*]This includes services furnished in a religious nonmedical health care institution, emergency hospital services by a non-Medicare certified hospital, and critical access hospital (CAH).

DHHRBMS016221

JA1036

## Mandatory & Optional Medicaid Benefits



Twitter YouTube

A federal government managed website by the
Centers for Medicare & Medicaid Services.
7500 Security Boulevard Baltimore, MD 21244

DHHRBMS016222

# Centers for Medicare & Medicaid Services

DHHRBMS016223

*Robert Price*
Agree

♥**aetna**

Todd R. White
Chief Executive Officer

**Aetna Better Health® of West Virginia**
500 Virginia Street East, Suite 400
Charleston, WV 25301

304-348-2041 T
959-282-1026 F

**Exhibit
04**

May 6, 2021

Susan Hall, Chief, Center of Managed Care
WV Department of Health and Human Resources
Bureau for Medical Services
350 Capitol Street, Room 251
Charleston, WV 25301
E-mail: susan.l.hall@wv.gov

RE: Mid-Year Contract Change Acknowledgement for the SFY2021 Purchase of Service Provider Agreement for Mountain Health Trust -- Contract No. CMA BMS20*09

Dear Ms. Hall:

This letter serves as the written acceptance by Coventry Health Care of West Virginia, Inc. d/b/a Aetna Better Health of West Virginia of the SFY21 mid-year terms and rates changes set forth in the updated State Fiscal Year 2021 Model Purchase of Service Provider Agreement for Mountain Health Trust Between State of West Virginia Department of Health and Human Resources Bureau for Medical Services and Coventry Health Care of West Virginia, Inc. d/b/a Aetna Better Health of West Virginia, effective 1/1/21.

Sincerely,

Todd R. White
Chief Executive Officer

TRW/ago

**EXHIBIT
33**

aetnabetterhealth.com/westvirginia

DHHRBMS001121

**JA1039**

STATE FISCAL YEAR 2021

MODEL PURCHASE OF SERVICE PROVIDER AGREEMENT

BETWEEN

STATE OF WEST VIRGINIA

DEPARTMENT OF HEALTH AND HUMAN RESOURCES

BUREAU FOR MEDICAL SERVICES

AND

Aetna Better Health of WV

i

DHHRBMS001122

The MCO must comply with all established criteria required by WV Medicaid before approving the initial coverage of any physician-administered agent which is currently available in a point of sale form. If exceptions to the criteria are considered appropriate or necessary, the MCO must obtain written consent for such variance from BMS Office of Pharmacy Services.

The MCO shall be subject to following provisions of Section 1004 of the SUPPORT for Patient and Communities Act:

- **Claim Reviews:**
    - o Retrospective reviews on opioid prescriptions exceeding state defined limitations on an ongoing basis.
    - o Retrospective reviews on concurrent utilization of opioids and benzodiazepines as well as opioids and antipsychotics on an ongoing periodic basis.
- **Programs to monitor antipsychotic medications to children**: Antipsychotic agents are reviewed for appropriateness for all children including foster children based on approved indications and clinical guidelines.
- **Fraud and abuse identification:** The DUR program has established a process that identifies potential fraud or abuse of controlled substances by enrolled individuals, health care providers and pharmacies.

### 1.3.3 Organ and Tissue Transplantations

MCO enrollees receiving services for transplantation of organs or tissues, other than corneal transplants, are covered under FFS Medicaid for the entire duration of their treatment.

The MCO must have the ability to notify the State of any past, present, or future transplant recipient and request transfer to FFS Medicaid. BMS will coordinate with Utilization Management vendor and Medicaid Management Information Systems (MMIS) vendor to transition enrollees to the FFS system and coordinate care at that time. The enrollee will be covered under FFS retroactively to the beginning of the month that the MCO notifies the State. Capitation will be recouped for this month. Any claims paid during the month by the MCO may be reversed and directed to the fiscal agent for payment.

### 1.4 Non-covered Services

MCOs are not permitted to provide Medicaid excluded services that include, but are not limited to, the following:

1. All non-medically necessary services;
2. Sterilization of a mentally incompetent or institutionalized individual;
3. Except in an emergency, inpatient hospital tests that are not ordered by the attending physician or other licensed practitioner, acting within the scope of practices, who is responsible for the diagnosis or treatment of a particular patient's condition;
4. All organ transplants, except for those specified in Appendix A;

65

DHHRBMS001193

**JA1041**

5. Treatments for infertility[5] and for the reversal of sterilization;

6. Sex transformation procedures and hormone therapy associated with sex transformation procedures

7. All cosmetic services, except for those provided as a result of accidents or birth defects; and

8. Christian Science nurses and sanitariums.

The MCO must not reimburse for drugs, drug products, and related services, which are defined as a non-covered benefit by BMS' Outpatient Drug Pharmacy Program.

In accordance with 42 U.S.C. § 1396r-8, the MCO must exclude coverage for any drug marketed by a drug company (or labeler) that does not participate in the federal drug rebate program. The MCO is not permitted to provide coverage for any drug product, brand name or generic, legend or non-legend, sold or distributed by a company that did not sign an agreement with the federal government to provide Medicaid rebates for that product.

The MCO must not provide coverage under any circumstances for drug products that have been classified as less-than-effective by the Food and Drug Administration (FDA) Drug Efficacy Study Implementation (DESI).

MCOs cannot enhance the benefits provided to Medicaid enrollees, with the exception of clinical preventive services, without the prior approval of BMS.

### 1.5   Other Requirements Pertaining to Covered Services

MCOs must assume responsibility for all covered medical conditions, inclusive of pre-existing conditions of each enrollee as of the effective date of enrollment in the plan. MCOs may not prohibit or otherwise restrict a covered health professional from advising his/her patient about the health status of the individual or medical care or treatment for the individual's condition or disease, regardless of whether benefits for that care or treatment are provided under the Contract, if the professional is acting within the lawful scope of practice.[6]

MCOs and their participating providers may not bill or collect any payment from Medicaid enrollees for care that was determined not to be Medically Necessary. Anyone who knowingly and willfully charges for any service provided to a patient under a State Plan approved under Title XIX or under a MCO Contract under 1903(m) of the Social Security Act, money or other consideration at a rate in excess of the rates established by BMS or Contract will be guilty of a

---

[5]  Infertility services are excluded per West Virginia State law, section 33-25A-4(2)(b).

[6]  The term "health care professional" means a physician (as defined in section 1861(r) of the Social Security Act) or other health care professional if coverage for the professional's services is provided under the Managed Care Plan's Contract for the services. A health care professional includes the following: podiatrist, optometrist, chiropractor, psychologist, dentist, physician assistant, physical or occupational therapist and therapy assistant, speech-language pathologist, audiologist, registered or licensed practical nurse (including nurse practitioner, clinical nurse specialist, certified registered nurse, registered nurse anesthetist, and certified nurse-midwife), licensed certified social worker, registered respiratory therapist, and certified respiratory therapy technician.

66

DHHRBMS001194

**JA1042**



An Anthem Company

UniCare Health Plan of West Virginia, Inc.
200 Association Drive, Suite 200  Agree
Charleston, WV 25311
Tel  888 611-9958
Fax 888 335-1320  *Robert Price*

May 6, 2021

**Exhibit 05**

Susan Hall, Chief of Managed Care
WV Bureau for Medical Services
350 Capitol Street, Room 251
Charleston, WV 25301

RE: SFY21 Mid-Year Rate Amendment Acceptance

Dear Ms. Hall:

UniCare has reviewed the SFY21 mid-year Manage Care Contract and Rates amendment under procurement BMS20*08. UniCare accepts the proposed contract and rates amendment. We look forward to our continued partnership with BMS.

Sincerely,

Tadd Haynes
President

**EXHIBIT 37**

DHHRBMS001682

**JA1043**

STATE FISCAL YEAR 2021

MODEL PURCHASE OF SERVICE PROVIDER AGREEMENT

BETWEEN

STATE OF WEST VIRGINIA

DEPARTMENT OF HEALTH AND HUMAN RESOURCES

BUREAU FOR MEDICAL SERVICES

AND

Unicare WV

i

DHHRBMS001683

The MCO must comply with all established criteria required by WV Medicaid before approving the initial coverage of any physician-administered agent which is currently available in a point of sale form. If exceptions to the criteria are considered appropriate or necessary, the MCO must obtain written consent for such variance from BMS Office of Pharmacy Services.

The MCO shall be subject to following provisions of Section 1004 of the SUPPORT for Patient and Communities Act:

- **Claim Reviews:**
  - Retrospective reviews on opioid prescriptions exceeding state defined limitations on an ongoing basis.
  - Retrospective reviews on concurrent utilization of opioids and benzodiazepines as well as opioids and antipsychotics on an ongoing periodic basis.
- **Programs to monitor antipsychotic medications to children**: Antipsychotic agents are reviewed for appropriateness for all children including foster children based on approved indications and clinical guidelines.
- **Fraud and abuse identification:** The DUR program has established a process that identifies potential fraud or abuse of controlled substances by enrolled individuals, health care providers and pharmacies.

### 1.3.3 Organ and Tissue Transplantations

MCO enrollees receiving services for transplantation of organs or tissues, other than corneal transplants, are covered under FFS Medicaid for the entire duration of their treatment.

The MCO must have the ability to notify the State of any past, present, or future transplant recipient and request transfer to FFS Medicaid. BMS will coordinate with Utilization Management vendor and Medicaid Management Information Systems (MMIS) vendor to transition enrollees to the FFS system and coordinate care at that time. The enrollee will be covered under FFS retroactively to the beginning of the month that the MCO notifies the State. Capitation will be recouped for this month. Any claims paid during the month by the MCO may be reversed and directed to the fiscal agent for payment.

### 1.4  Non-covered Services

MCOs are not permitted to provide Medicaid excluded services that include, but are not limited to, the following:

1. All non-medically necessary services;
2. Sterilization of a mentally incompetent or institutionalized individual;
3. Except in an emergency, inpatient hospital tests that are not ordered by the attending physician or other licensed practitioner, acting within the scope of practices, who is responsible for the diagnosis or treatment of a particular patient's condition;
4. All organ transplants, except for those specified in Appendix A;

65

**JA1045**

5. Treatments for infertility[5] and for the reversal of sterilization;

6. Sex transformation procedures and hormone therapy associated with sex transformation procedures

7. All cosmetic services, except for those provided as a result of accidents or birth defects; and

8. Christian Science nurses and sanitariums.

The MCO must not reimburse for drugs, drug products, and related services, which are defined as a non-covered benefit by BMS' Outpatient Drug Pharmacy Program.

In accordance with 42 U.S.C. § 1396r-8, the MCO must exclude coverage for any drug marketed by a drug company (or labeler) that does not participate in the federal drug rebate program. The MCO is not permitted to provide coverage for any drug product, brand name or generic, legend or non-legend, sold or distributed by a company that did not sign an agreement with the federal government to provide Medicaid rebates for that product.

The MCO must not provide coverage under any circumstances for drug products that have been classified as less-than-effective by the Food and Drug Administration (FDA) Drug Efficacy Study Implementation (DESI).

MCOs cannot enhance the benefits provided to Medicaid enrollees, with the exception of clinical preventive services, without the prior approval of BMS.

### 1.5    Other Requirements Pertaining to Covered Services

MCOs must assume responsibility for all covered medical conditions, inclusive of pre-existing conditions of each enrollee as of the effective date of enrollment in the plan. MCOs may not prohibit or otherwise restrict a covered health professional from advising his/her patient about the health status of the individual or medical care or treatment for the individual's condition or disease, regardless of whether benefits for that care or treatment are provided under the Contract, if the professional is acting within the lawful scope of practice.[6]

MCOs and their participating providers may not bill or collect any payment from Medicaid enrollees for care that was determined not to be Medically Necessary. Anyone who knowingly and willfully charges for any service provided to a patient under a State Plan approved under Title XIX or under a MCO Contract under 1903(m) of the Social Security Act, money or other consideration at a rate in excess of the rates established by BMS or Contract will be guilty of a

---

[5]  Infertility services are excluded per West Virginia State law, section 33-25A-4(2)(b).

[6]  The term "health care professional" means a physician (as defined in section 1861(r) of the Social Security Act) or other health care professional if coverage for the professional's services is provided under the Managed Care Plan's Contract for the services. A health care professional includes the following: podiatrist, optometrist, chiropractor, psychologist, dentist, physician assistant, physical or occupational therapist and therapy assistant, speech-language pathologist, audiologist, registered or licensed practical nurse (including nurse practitioner, clinical nurse specialist, certified registered nurse, registered nurse anesthetist, and certified nurse-midwife), licensed certified social worker, registered respiratory therapist, and certified respiratory therapy technician.

66

DHHRBMS001755

DocuSign Envelope ID: B7BF863C-1478-40BC-BFE3-179E5F0A8EA3

*Robert Price*
Agree


TheHealthPlan

April 21, 2021

> **Exhibit 06**

Susan Hall, Chief of Managed Care
WV Bureau for Medical Services
350 Capitol Street, Room 251
Charleston, WV 25301

RE: SFY21 Mid-Year Rate Amendment Acceptance

Dear Ms. Hall:

The Health Plan has reviewed the SFY21 mid-year Manage Care Contract and Rates amendment under procurement BMS20*10. The Health Plan accepts the proposed contract and rates amendment. We look forward to our continued partnership with BMS.

Sincerely,

DocuSigned by:

471124B160224EC...

Jeff Knight
President & COO

1110 Main Street, Wheeling, WV 26003-2704 • 1.800.624.6961 • healthplan.org

> **EXHIBIT 41**

DHHRBMS002212

**JA1047**

DocuSign Envelope ID: 7C03449E-1D7A-472B-8DCE-3BD805048BD2

## STATE FISCAL YEAR 2021

## MODEL PURCHASE OF SERVICE PROVIDER AGREEMENT

### BETWEEN

### STATE OF WEST VIRGINIA

### DEPARTMENT OF HEALTH AND HUMAN RESOURCES

### BUREAU FOR MEDICAL SERVICES

### AND

The Health Plan of West Virginia

i

DHHRBMS002213

DocuSign Envelope ID: 7C03449E-1D7A-472B-8DCE-3BD805048BD2

The MCO must comply with all established criteria required by WV Medicaid before approving the initial coverage of any physician-administered agent which is currently available in a point of sale form. If exceptions to the criteria are considered appropriate or necessary, the MCO must obtain written consent for such variance from BMS Office of Pharmacy Services.

The MCO shall be subject to following provisions of Section 1004 of the SUPPORT for Patient and Communities Act:

- **Claim Reviews:**
  - ○ Retrospective reviews on opioid prescriptions exceeding state defined limitations on an ongoing basis.
  - ○ Retrospective reviews on concurrent utilization of opioids and benzodiazepines as well as opioids and antipsychotics on an ongoing periodic basis.
- **Programs to monitor antipsychotic medications to children**: Antipsychotic agents are reviewed for appropriateness for all children including foster children based on approved indications and clinical guidelines.
- **Fraud and abuse identification:** The DUR program has established a process that identifies potential fraud or abuse of controlled substances by enrolled individuals, health care providers and pharmacies.

### 1.3.3 Organ and Tissue Transplantations

MCO enrollees receiving services for transplantation of organs or tissues, other than corneal transplants, are covered under FFS Medicaid for the entire duration of their treatment.

The MCO must have the ability to notify the State of any past, present, or future transplant recipient and request transfer to FFS Medicaid. BMS will coordinate with Utilization Management vendor and Medicaid Management Information Systems (MMIS) vendor to transition enrollees to the FFS system and coordinate care at that time. The enrollee will be covered under FFS retroactively to the beginning of the month that the MCO notifies the State. Capitation will be recouped for this month. Any claims paid during the month by the MCO may be reversed and directed to the fiscal agent for payment.

## 1.4  Non-covered Services

MCOs are not permitted to provide Medicaid excluded services that include, but are not limited to, the following:

1. All non-medically necessary services;

2. Sterilization of a mentally incompetent or institutionalized individual;

3. Except in an emergency, inpatient hospital tests that are not ordered by the attending physician or other licensed practitioner, acting within the scope of practices, who is responsible for the diagnosis or treatment of a particular patient's condition;

4. All organ transplants, except for those specified in Appendix A;

65

DHHRBMS002284

**JA1049**

DocuSign Envelope ID: 7C03449E-1D7A-472B-8DCE-3BD805048BD2

5.  Treatments for infertility[5] and for the reversal of sterilization;

6.  Sex transformation procedures and hormone therapy associated with sex transformation procedures

7.  All cosmetic services, except for those provided as a result of accidents or birth defects; and

8.  Christian Science nurses and sanitariums.

The MCO must not reimburse for drugs, drug products, and related services, which are defined as a non-covered benefit by BMS' Outpatient Drug Pharmacy Program.

In accordance with 42 U.S.C. § 1396r-8, the MCO must exclude coverage for any drug marketed by a drug company (or labeler) that does not participate in the federal drug rebate program. The MCO is not permitted to provide coverage for any drug product, brand name or generic, legend or non-legend, sold or distributed by a company that did not sign an agreement with the federal government to provide Medicaid rebates for that product.

The MCO must not provide coverage under any circumstances for drug products that have been classified as less-than-effective by the Food and Drug Administration (FDA) Drug Efficacy Study Implementation (DESI).

MCOs cannot enhance the benefits provided to Medicaid enrollees, with the exception of clinical preventive services, without the prior approval of BMS.

### 1.5    Other Requirements Pertaining to Covered Services

MCOs must assume responsibility for all covered medical conditions, inclusive of pre-existing conditions of each enrollee as of the effective date of enrollment in the plan. MCOs may not prohibit or otherwise restrict a covered health professional from advising his/her patient about the health status of the individual or medical care or treatment for the individual's condition or disease, regardless of whether benefits for that care or treatment are provided under the Contract, if the professional is acting within the lawful scope of practice.[6]

MCOs and their participating providers may not bill or collect any payment from Medicaid enrollees for care that was determined not to be Medically Necessary. Anyone who knowingly and willfully charges for any service provided to a patient under a State Plan approved under Title XIX or under a MCO Contract under 1903(m) of the Social Security Act, money or other consideration at a rate in excess of the rates established by BMS or Contract will be guilty of a

---

[5]  Infertility services are excluded per West Virginia State law, section 33-25A-4(2)(b).

[6]  The term "health care professional" means a physician (as defined in section 1861(r) of the Social Security Act) or other health care professional if coverage for the professional's services is provided under the Managed Care Plan's Contract for the services. A health care professional includes the following: podiatrist, optometrist, chiropractor, psychologist, dentist, physician assistant, physical or occupational therapist and therapy assistant, speech-language pathologist, audiologist, registered or licensed practical nurse (including nurse practitioner, clinical nurse specialist, certified registered nurse, registered nurse anesthetist, and certified nurse-midwife), licensed certified social worker, registered respiratory therapist, and certified respiratory therapy technician.

DHHRBMS002285

**To:**       Beane, Cynthia E (BMS)[Cynthia.E.Beane@wv.gov]
**From:**     Becker, James
**Sent:**     Tue 10/13/2020 5:24:39 PM
**Subject:**  [External] gender dysphoria question
**Received:**            Sat 5/1/2021 1:10:48 PM

CAUTION: External email. Do not click links or open attachments unless you verify sender.

Cindy,

We've held off on approving the Vantas implant for this child getting treated at UPMC.

Based on conversations with several experts, it is a standard of care. Dr. Yoost at Marshall said she would have someone with those issues treated in with a comprehensive program at a Center of Excellence.

If this child had a diagnosis of "precocious puberty" we would allow the use of this medicine for that condition.

These are tough issues.

Thanks for your input.
Jim

**Exhibit**
Ex 0008

DHHRBMS012318

**JA1051**



National Center for
**TRANSGENDER EQUALITY**

### Ensuring Nondiscrimination for Transgender People in the West Virginia Medicaid Program
January 2019

West Virginia Medicaid provides essential benefits to the health and well-being of many of the state's most vulnerable residents, including transgender West Virginians. Like you, we believe that all West Virginians should have access to high quality and affordable health care. Therefore, we are confident you will agree that the Department of Health and Human Resources (DHHR) should adopt an affirmative clinical coverage policy to clarify the coverage of medically necessary care for transgender people. Doing so is particularly critical in light of the long history of health care discrimination that transgender people have faced and federal law that prohibits discrimination against transgender people in state Medicaid programs.

West Virginia Medicaid does not expressly exclude health care services needed for gender transition. However, the program has not yet adopted an affirmative clinical coverage policy that confirms that treatment for gender dysphoria—whether mental health services, hormone therapy, or surgery—is medically necessary for many transgender people and thus should be covered. In the absence of clear guidance, transgender Medicaid beneficiaries have struggled to access medically necessary care, leaving beneficiaries, providers and Managed Care Organizations (MCOs) confused about their rights and obligations under West Virginia's Medicaid program. For example, while several MCOs explicitly say that their plans do not discriminated against members based on gender identity, plan booklets still contain broad exclusions of coverage for transition-related care.[1]

Adopting an affirmative coverage policy will ensure that beneficiaries, providers and MCOs understand that these medically necessary health care services are covered and ensure that all transgender West Virginians enrolled in Medicaid can consistently access the care that they need without discrimination. Doing so is particularly critical in light of the long history of health care discrimination that transgender people have faced, and is recognized as a best practice among other state Medicaid programs.

Adopting an affirmative coverage protocol is consistent with the mission of DHHR to provide a system of high-quality and cost-effective health care services to West Virginians and their families and improve their quality of life. This memorandum explains the medical and legal need to ensure that West Virginia Medicaid covers medically necessary procedures, services, and treatments for transgender individuals. Thank you again for your consideration and efforts to promote health equity.

**Health treatment for gender dysphoria is widely recognized as medically necessary, but until recently was commonly excluded from coverage.**

Medical consensus has established that gender identity is an inherent aspect of human identity.[2] Transgender people are those whose innate gender identity is different from that typically associated with their assigned sex at birth. An estimated 0.6 percent of the U.S. adult population— at least 1.4 million adults—are transgender, including 6,100 West Virginians.[3] Sources such as the

---

[1] See, e.g.: Aetna Better Health, West Virginia Medicaid Managed Care Member Handbook, p. 30, https://www.aetnabetterhealth.com/westvirginia/assets/pdf/members/Final%20ABH%20WV%20Model%20Member%20Handbook_SFY%2019%20082918.docx.pdf; Unicare Health Plan of West Virginia, Inc, Member Handbook, p. IV and 43, http://mss.unicare.com/DocumentLibrary/UWV-MHB-0011-18-WV-Model-Handbook-Combined_ENG-508.pdf; The Health Plan, West Virginia Medicaid Managed Care Member Handbook, p. 27, https://www.healthplan.org/sites/default/files/documents/resources/medicaid/Revised_Member%20Handbook%20SFY19.pdf; West Virginia Family Health, Member Handbook, p. CP4 and p. 37, https://www.wvfh.com/Portals/4/members/WV-Member-Handbook.pdf
[2] See, e.g., World Prof'l Ass'n for Transgender Health, *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*, Seventh Edition, 16 (2011).
[3] Andrew R. Flores et al., *How Many Adults Identify as Transgender in the United States?* (2016), available at: http://williamsinstitute.law.ucla.edu/wp-content/uploads/How-Many-Adults-Identify-as-Transgender-in-the-United-States.pdf.

DHHRBMS012435

Institute of Medicine,[4] Healthy People 2020,[5] the Substance Abuse and Mental Health Services Administration,[6] and the *National Healthcare Disparities Report*[7] indicate that transgender individuals experience significant disparities in health indicators such as experiences of abuse and violence, mental and behavioral health concerns, and HIV infection. This in turn links to higher levels of poverty, uninsurance, stigma, and discrimination[8]—particularly when seeking health care.[9]

The estimated 6,100 transgender people in West Virginia, like everyone else, need acute care when they are sick and preventive care to keep from becoming sick. In addition, many transgender West Virginians need access to medically necessary care related to gender transition. For many transgender people, their identity—the essence of who they are—is closely connected with a medical condition known as gender dysphoria (formerly known as gender identity disorder).[10] The American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders* (DSM 5) defines gender dysphoria as: (1) a marked incongruence between one's experienced/expressed gender and assigned gender (manifested in at least two of six specific symptoms), which (2) is associated with clinically significant distress or impairment in social, occupational or other important areas of functioning.[11]

Necessary treatment for gender dysphoria may include mental health care, hormone therapy, and a variety of possible surgical treatments.[12] These medical services are not unique to transgender people. The same hormone therapy used for transgender patients, for example, is provided to patients with endocrine disorders and menopausal symptoms. The surgical procedures that may be used in gender transition, such as breast removal or augmentation, hysterectomy, oophorectomy, orchiectomy, salpingectomy, and various reconstructive procedures, are regularly covered by Medicaid programs for non-transgender individuals for purposes such as treating injuries or for cancer treatment or prevention. The use of this range of treatments to treat gender dysphoria is commonly referred to as "transition-related care."

It is the overwhelming consensus among medical experts that transition-related treatments, including surgical procedures, are medically necessary, effective, and safe when clinically indicated to alleviate gender dysphoria.[13] According to the American Medical Association (AMA), untreated gender dysphoria "can result in clinically significant psychological distress, dysfunction, debilitating depression and, for some people without access to appropriate medical care and

[4] Inst. of Medicine, *The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding* (2011), http://www.iom.edu/Reports/2011/The-Health-of-Lesbian-Gay-Bisexual-and-Transgender-People.aspx.
[5] Dep't of Health & Human Servs., *Healthy People 2020: LGBT Health Topic Area* (2015),
http://www.healthypeople.gov/2020/topics-objectives/topic/lesbian-gay-bisexual-and-transgender-health.
[6] Substance Abuse & Mental Health Servs. Admin, *Top Health Issues for LGBT Populations* (2012),
http://store.samhsa.gov/product/Top-Health-Issues-for-LGBT-Populations/SMA12-4684.
[7] Agency for Healthcare Research & Quality, *National Healthcare Disparities Report* (2012),
http://archive.ahrq.gov/research/findings/nhqrdr/nhdr12/index.html.
[8] Joint Comm'n, *Advancing Effective Communication, Cultural Competence, and Patient- and Family-Centered Care for the LGBT Community: A Field Guide* (2011), http://www.jointcommission.org/assets/1/18/LGBTFieldGuide.pdf.
[9] Sandy E. James et al., The Report of the 2015 U.S. Transgender Survey 96–97 (2016), www.ustranssurvey.org/report (finding that one-third of transgender respondents who saw a health care provider in the year prior to the survey were denied treatment, turned away or suffered mistreatment or discrimination for being transgender) Center for American Progress, Discrimination Prevents LGBTQ People from Accessing Health Care (2018)
https://www.americanprogress.org/issues/lgbt/news/2018/01/18/445130/discrimination-prevents-lgbtq-people-accessing-health-care/ (finding that among transgender people who had visited a doctor in the past year, 29% said a doctor or other health care provider refused to see them because of their actual or perceived gender identity)
[10] *See, e.g.*, Schwenk v. Hartford, 204 F.3d 1187, 1193 (9th Cir. 2000) (referring to "gender dysphoria [as] the technical diagnosis for transsexuality"); Farmer v. Haas, 990 F.2d 319, 320 (7th Cir. 1993) (using "transsexualism" and "gender dysphoria" as interchangeable); Glenn v. Brumby, 724 F. Supp. 2d 1284, 1304, n.5 (N.D. Ga. 2010) *aff'd*, 663 F.3d 1312 (11th Cir. 2011) (stating that "GID and transsexualism are closely related and are sometimes used as synonyms").
[11] AM. PSYCHIATRIC ASS'N, DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS 452 (5th ed., 2013).
[12] *See* World Professional Association for Transgender Health, Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People 16 (7th edition, 2011).
[13] *See, e.g.*, Am. Academy of Fam. Physicians, Resolution No. 1004 (2012); Am. Medical Assn., Resolution 122 (A-08), Removing Financial Barriers to Care for Transgender Patients (2008); Am. Psychiatric Assn., Position Statement: Access to Care for Transgender and Gender Variant Individuals (2012); Am. Psychological Assn., Policy on Transgender, Gender Identity & Gender Expression Non-Discrimination (2008); Am. College of Physicians, Lesbian, Gay, Bisexual, and Transgender Health Disparities: A Policy Position Paper, 163 ANN INTERN MED. 135-137 (2015); Am. Coll. of Obstetricians & Gynecologists, Committee Op. 512, 118 OBSTETRICS & GYNECOLOGY 1454 (2011); National Assn. of Social Workers, Transgender and Gender Identity Issues Policy Statement (2008).

DHHRBMS012436

treatment, suicidality and death."[14] Numerous studies and meta-analyses —including a recent comprehensive literature review on the issue—[15] have similarly demonstrated the significant benefits of transition-related care in the treatment of gender dysphoria.[16] As such, treatments for this condition cannot be considered "cosmetic" or "experimental." Recognizing this, the Medicare program rescinded its 30-year exclusion of transition-related surgical care in 2014 after concluding that gender confirmation surgery "is safe and effective and not experimental," "has gained broad acceptance in the medical community," and "is an effective treatment option."[17] Following the removal of the exclusion, the Medicare Appeals Council issued a decision in favor of covering transition-related surgery when medically necessary.[18]

Despite the medical necessity of transition-related care for transgender people, some Medicaid programs have historically limited access to care associated with gender transition. Currently, only 11 states continue to have exclusions for coverage of transition-related care,[19] and at least two of them are being challenged in court.[20] These limits—typically exclusions or coverage denials for transition-related care—target transgender people for discrimination by forcing them to forego necessary treatments or to pay out-of-pocket for the same medically necessary services provided to non-transgender people. As the U.S. Department of Health and Human Services noted:

> [M]any health-related insurance plans or other health-related coverage, including Medicaid programs, currently have explicit exclusions of coverage for all care related to gender dysphoria or associated with gender transition. Historically, covered entities have justified these blanket exclusions by categorizing all transition-related treatment as cosmetic or experimental. However, such across-the-board categorization is now recognized as outdated and not based on current standards of care.[21]

Even where Medicaid programs have not *explicitly* excluded transition-related care, transgender people are often denied medically necessary care. Such denials may occur if the plan records a "gender mismatch," such as when a transgender man needs a hysterectomy or other type of "sex-specific" service (such as a Pap smear or a mammogram), or because plans continue to justify denials of care by categorizing certain procedures as cosmetic or experimental when needed for transition-related purposes. As a result, the same procedures—such as a hysterectomy—are typically covered for non-transgender people but denied as cosmetic or experimental for transgender people. These types of coverage denials are particularly common in the absence of explicit affirmative coverage protocols and standards. For these reasons, the AMA, American Psychiatric Association, American Psychological Association, and other major medical association have adopted policy statements in support of coverage for medically necessary transition-related care; many of these statements are collected in Appendix A.

---

[14] Am. Med. Ass'n House of Delegates, *Removing Financial Barriers to Care for Transgender Patients* (2008).
[15] Cornell University, Public Policy Research Portal, *What does the scholarly research say about the effect of gender transition on transgender well-being?*, https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/
[16] William Byne et al., *Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder*, 41 ARCHIVES OF SEXUAL BEHAVIOR 759 (2012); Marco Colizzi, Rosalia Costa & Orlando Todarello, *Transsexual Patients' Psychiatric Comorbidity and Positive Effect of Cross-Sex Hormonal Treatment on Mental Health: Results from a Longitudinal Study*, 39 PSYCHONEUROENDOCRINOLOGY 65 (2014); Audrey Gorin-Lazard et al., *Hormonal Therapy is Associated with Better Self-Esteem, and Quality of Life in Transsexuals*, 201 J. Nervous & Mental Disorders 996 (2013); M. Hussan Murad et al., *Hormonal Therapy and Sex Reassignment: A Systematic Review and Meta-Analysis of Quality of Life and Psychosocial Outcomes*, 72 CLINICAL ENDOCRINOLOGY, 214 (2010); Griet De Cuypere et al., *Sexual and Physical Health After Sex Reassignment Surgery*, 34 ARCHIVES OF SEXUAL BEHAVIOR 679 (2005); Giulio Garaffa, Nim A. Christopher & David J. Ralph, *Total Phallic Reconstruction in Female-to-Male Transsexuals*, 57 EUROPEAN UROLOGY 715 (2010); Caroline Klein & Boris B. Gorzalka, *Sexual Functioning in Transsexuals Following Hormone Therapy and Genital Surgery: A Review*, 6 J. OF SEXUAL MEDICINE 2922 (2009).
[17] Departmental Appeals Board, *NCD 140.3, Transsexual Surgery*, Decision No. 2576 (2014), available at: http://www.hhs.gov/dab/decisions/dabdecisions/dab2576.pdf.
[18] Dep't of Health and Human Services, NCD 140.3, Transsexual Surgery, 12 (2014); HHS Department Appeals Board, Decision of Medicare Appeals Council, Docket Number M-15-1069, United Healthcare/AARP (January 21, 2016)
[19] These states are: Alaska, Georgia, Illinois, Iowa, Maine, Missouri, Nebraska, Ohio, Tennessee, Wisconsin and Wyoming.
[20] See: Flack v. Wisconsin Department of Health Services, No. 3:18-cv-00309-wmc (W.D. Wis. July 25, 2018) and Good/Beal v. Iowa Department of Human Services, No. CVCV054956 (Iowa District Court for Polk County, 2018).
[21] Nondiscrimination in Health Programs and Activities; Final Rule, 81 Fed. Reg. 31375, 31429 (May 13, 2016).

DHHRBMS012437

**Federal law requires equal treatment of transgender beneficiaries in the design of Medicaid benefits**

Denials of coverage that are based solely upon gender identity, transgender status, or related diagnoses constitute unlawful, arbitrary discrimination against transgender people under federal law, including the Medicaid Act and the Affordable Care Act. Claims that are submitted for transition-related care must be considered under the same standards of medical necessity and clinical appropriateness, utilizing current clinical standards, as when such claims are submitted by other enrollees for other indications. To ensure compliance with these protections, we strongly urge DHHR to clarify that medically necessary health care services for gender transition are covered under West Virginia Medicaid.

   *i.   State coverage policies must comply with nondiscrimination in benefit design under the Medicaid Act and federal Medicaid regulations*

State coverage policies must comply with the federal Medicaid Act. In *Cruz v. Zucker*, a federal district court ruled that a New York regulation that categorically excluded coverage of specific procedures for the treatment of gender dysphoria violated the Medicaid Act.[22] The court held that under the Medicaid Act's availability provision, "a state may not place an outright ban on medically necessary treatments for a particular diagnosis," including gender dysphoria.[23] The Court also found that the exclusions violated the Medicaid Act's comparability provision, which "prohibits discrimination among individuals with the same medical needs stemming from different medical condition," as New York Medicaid provided coverage for the same procedures for people diagnosed with other medical conditions, but not for people diagnosed with gender dysphoria.[24] In response to the ruling, New York adopted rules to eliminate its exclusions for transition-related procedures, replacing them instead with a policy of case-by-case coverage determinations for services outside of a defined list.[25]

Additionally, federal regulations for Medicaid Managed Care Organizations explicitly prohibit MCOs from discriminating against beneficiaries on the basis of gender identity and from adopting any policies or practices that have the effect of discriminating on the basis of gender identity.[26]

To comply with the federal Medicaid Act and federal regulations, we urge DHHR to ensure that transgender West Virginians have equal access to the coverage of procedures that have been identified by the World Professional Association of Transgender Health (WPATH) Standards of Care as medically necessary for the treatment of gender dysphoria. In particular, we urge DHHR to adopt a clinical coverage policy for the treatment of gender dysphoria. This policy can be used when such care is clinically indicated as determined by a qualified health care professional based on the WPATH Standards of Care.

   *ii.   Nondiscrimination in benefit design under the Affordable Care Act*

Section 1557 of the Affordable Care Act prohibits prohibits discrimination against transgender beneficiaries in state Medicaid programs.[27] Federal courts have specifically found that

---

[22] 195 F.Supp.3d 554, 571 (S.D.N.Y. Jul. 5, 2016) (applying 42 U.S.C. § 1396a(a)(10)(A)).

[23] *Id.*, citing DeSario v. Thomas, 139 F.3d 80, 96 (2d Cir.1998).

[24] *Id.*, citing Davis v. Shah, 821 F.3d 231, 258 (2d Cir. 2016).

[25] New York State Reg., Dec. 7, 2016, I.D. No. HLT-40-16-00030-P, Transgender Related Care and Services.

[26] 81 FR 27497 ("The MCO, PIHP, PAHP, PCCM or PCCM entity will not discriminate against individuals eligible to enroll on the basis of race, color, national origin, sex, sexual orientation, gender identity, or disability and will not use any policy or practice that has the effect of discriminating on the basis of race, color, or national origin, sex, sexual orientation gender identity, or disability.")

[27] 42 U.S.C. § 18116(a). *See, e.g., Rumble v. Fairview Health Servs.*, No. 14–cv–2037, 2015 WL 1197415 (D. Minn. Mar. 16, 2015) (holding that discrimination against hospital patient based on his transgender status constitutes sex discrimination under Section 1557 of the Affordable Care Act); *Flack v. Wis. Dep't of Health Servs.*, No. 3:18-cv-00309-wmc (W.D. Wis. July 25, 2018) (holding that a Medicaid program's refusal to cover treatments related to gender transition is "text-book discrimination based on sex" in violation of the Affordable Care Act and the Equal Protection Clause of the Constitution); *Cruz v. Zucker*, 195 F.Supp.3d 554 (S.D.N.Y. 2016) (holding exclusion invalid under the Medicaid Act and the Affordable Care Act); *Prescott v. Rady Children's Hosp.-San Diego*, 265 F.Supp.3d 1090 (S.D. Cal. Sept. 27, 2017) (holding that discrimination against transgender patients violates the Affordable Care Act); *Tovar v. Essentia Health*, No. 16-cv-00100-DWF-LIB (D. Minn. September 20, 2018) (holding that Section 1557 of the Affordable Care Act prohibits discrimination on the basis of gender identity); *Boyden v. Conlin*, No. 17-cv-264-WMC, 2018 (W.D. Wis. September 18, 2018) (holding that a state employee health

DHHRBMS012438

**JA1055**

discriminatory health insurance and coverage practices, such as exclusions of transition-related care, violate the Affordable Care Act.[28] For example, in *Flack v. Wisconsin Department of Health Services*, a federal court found that an exclusion of transition-related care the state's Medicaid program amounted to illegal discrimination by treating transgender individuals differently on the basis of sex when it comes to coverage, in violation of the Affordable Care Act and the Equal Protection Clause.[29] Even in the absence of a blanket exclusion of transition-related care, certain coverage exclusions of specific services may constitute illegal discrimination. For example, Courts have similarly found that even when a Medicaid program generally covers gender dysphoria treatment, maintaining medically unsupported exclusions of *specific* treatments for transgender beneficiaries could constitute discrimination,[30] including when programs deny coverage for services used in the treatment of gender dysphoria when similar services are covered for the purpose of treating other conditions.[31]

As noted above, all procedures potentially used in gender transition—including hormone therapy or reconstructive surgical procedures—are used to treat both transgender and non-transgender people. However, historically, such procedures had often been covered only for *non-transgender* people under state Medicaid programs. Under the Affordable Care Act, denying coverage for substantially similar procedures simply because those procedures are used for the treatment of gender dysphoria would constitute unlawful discrimination against transgender people. Further, services may only be limited based on "a neutral, nondiscriminatory reason."[32] Automatic coverage denials for certain treatments for gender dysphoria—in spite of a medical provider's determination of medical necessity—discriminate against transgender beneficiaries.

The nondiscrimination requirements of the Affordable Care Act also apply to any limitation on coverage that "results in discrimination against a transgender individual."[33] In particular, Medicaid programs may not employ discriminatory benefit designs or policies that create onerous and unjustifiable barriers to coverage that make it impossible or highly impractical for transgender people to access essential care. For example, a program cannot impose standards that are not supported by sound medical evidence for determining eligibility or medical necessity of transition-related procedures. And, as noted above, state Medicaid programs cannot deny coverage for services used in the treatment of gender dysphoria when similar services are covered for the purpose of treating other conditions for non-transgender people. To ensure that these rules are clear and understood by providers, claims handlers, and others, we urge DHHR to clarify its policies on the coverage of medically necessary transition-related care.

---

plan refusal to cover transition-related care constitutes sex discrimination in violation of Title VII, Section 1557 of the ACA, and the Equal Protection Clause). Other federal courts have found that similar federal sex discrimination laws also prohibit anti-transgender discrimination. *See, e.g., Whitaker v. Kenosha Unified School District*, No. 16-3522 (7th Cir. 2017) (Title IX and Equal Protection Clause); *Dodds v. U.S. Dep't of Educ.*, 845 F.3d 217 (6th Cir. 2016) (Title IX and Equal Protection Clause); *Glenn v. Brumby*, 663 F.3d 1312 (11th Cir. 2011) (Equal Protection Clause); *Barnes v. City of Cincinnati*, 401 F.3d 729 (6th Cir. 2005) (Title VII of the 1964 Civil Rights Act); *Smith v. City of Salem*, 378 F.3d 566 (6th Cir. 2004) (Title VII); *Rosa v. Park West Bank & Trust Co.*, 214 F.3d 213 (1st Cir. 2000) (Equal Credit Opportunity Act); *Schwenk v. Hartford*, 204 F.3d 1187 (9th Cir. 2000) (Gender Motivated Violence Act); *Schroer v. Billington*, 577 F. Supp. 2d 293 (D.D.C. 2008) (Title VII); Grimm v. Gloucester County School Board, No. 4:15-cv-54 (E.D. Va. May 22, 2018) (holding that denying a transgender boy access to school restrooms matching his gender violated Title IX and the Equal Protection Clause of the U.S. Constitution); M.A.B. v. Board of Education of Talbot County, 286 F. Supp. 3d 704 (D. Md. March 12, 2018) (holding that prohibiting a transgender boy from boys' locker room based on transgender status is a Title IX sex-discrimination claim as well as a gender-stereotyping claim).

[28] *See, e.g., Flack v. Wis. Dep't of Health Servs.*, No. 3:18-cv-00309-wmc; *Cruz v. Zucker*, 195 F.Supp.3d 554; *Tovar v. Essentia Health*, No. 16-cv-00100-DWF-LIB; *Boyden v. Conlin*, No. 17-cv-264-WMC, 2018.

[29] *Flack v. Wis. Dep't of Health Servs.*, No. 3:18-cv-00309-wmc

[30] *Cruz*, 195 F.Supp.3d at 571; Jesse McKinley, *For Transgender Youths in New York, It Would Be a Health Care Milestone*, N. Y. TIMES (Oct. 5, 2016), https://www.nytimes.com/2016/10/06/nyregion/new-york-moves-to-allow-medicaid-to-cover-hormone-therapy-for-transgender-youth.html.

[31] *Id.* State nondiscrimination laws applicable to insurance have also been interpreted similarly. *See, e.g.*, 10 Cal. Admin. Code § 2561.2(a)(4) (prohibiting exclusion of services for gender transition "if coverage is available for those services under the policy when the services are not related to gender transition"); Oregon Insurance Division Bulletin INS 2012-1 ("A health insurer may not deny or limit coverage or deny a claim for a procedure provided for [gender dysphoria] if the same procedure is allowed in the treatment of another [non-gender dysphoria] condition").

[32] Nondiscrimination in Health Programs and Activities; Final Rule, 81 Fed. Reg. 31375, 31433 (May 13, 2016).

[33] *Cruz v. Zucker*, 195 F.Supp.3d; 45 C.F.R. § 92.207. *See also*, generally: *Rumble v. Fairview Health Servs.*, No. 14–cv–2037, 2015 WL 1197415 (D. Minn. Mar. 16, 2015); *Prescott v. Rady Children's Hospital-San Diego*, 265 F.Supp.3d 1090 (S.D. Cal. Sept. 27, 2017),

DHHRBMS012439

**Affirmative coverage of transition-related care is increasingly routine in state Medicaid programs, federal health programs, and private health insurance coverage**

Seventeen states and the District of Columbia have adopted affirmative coverage standards for transition-related care to help ensure that their Medicaid programs do not discriminate against transgender beneficiaries.[34] These states have updated their regulations or issued new guidance to 1) remove transgender-specific exclusions and 2) adopt affirmative coverage standards for the coverage of transition-related care. State coverage protocols typically address the scope of covered services (including hormone therapy, mental health services, and surgeries) and direct providers to provide treatment in accordance with the latest version of the nationally and internationally recognized WPATH Standards of Care. As noted above, even affirmative coverage standards—such as that in New York—have been successfully challenged under federal law as discriminatory against transgender people where they maintain categorical, medically unsupported exclusions of specific services for transgender beneficiaries.[35] A number of other states, such as Illinois and Virginia, are actively considering similar guidance.

The standards set by the Medicaid programs in Colorado, Connecticut, Montana, and Pennsylvania reflect best practices to ensure that transgender people receive the medical care they need. We urge you to consider a similar approach as these states in developing an appropriate affirmative clinical coverage policy for the treatment of gender dysphoria. We have included direct references to their policies in Appendix B of this memorandum. This policy would affect covered services under physician services, behavioral health, reconstructive surgery, and pharmacy services. Additionally, we urge you to direct MCOs to remove blanket exclusions for transition-related care currently outlined in Medicaid member handbooks. Finally, DHHR should amend existing current clinical coverage policies—such as those related to, at a minimum, hysterectomy, outpatient pharmacy, mental health drug management, breast surgeries, reconstructive and cosmetic surgery—to ensure that these policies do not limit access to medically necessary transition-related care.

There are also 19 states and DC that prohibit transgender exclusions in private health insurance. Insurance regulators and state officials in many of these states have interpreted or adopted state nondiscrimination statutes and statutory prohibitions on unfair trade practices in private health insurance to prohibit insurers from discriminating against transgender enrollees.[36] Federal health programs also cover transition-related care. As previously mentioned, the Medicare program eliminated a national exclusion for transition-related surgeries in 2014, based on the recognition that it was not supported by the overwhelming medical evidence demonstrating that transition-related surgeries are safe, effective and medically necessary when indicated.[37] The Office of Personnel Management directed Federal Employee Health Benefit plans to eliminate blanket exclusions for transition-related care in 2015.[38]

---

[34] Cal. Code Regs. tit. 10, § 2561.2 (2011) (*see also* State of Cal., Dep't of Health Care Servs., Medi-Cal Update, Gen. Medicine, Bulletin 465, Policy Clarification: Gender Identity Disorder (September 25, 2013)); Comm. Health Network of Conn, Gender Reassignment Surgery (2016); Col. Health Program Benefits and Operations, Rule MSB 17-03-21-B, Revision to the Medical Assistance Benefits Rule Concerning Transgender Services, Section 8.735 (July 14 2017); D.C. Dep't of Health Care Fin., Non-Discrimination in the District's State Medicaid Program Based on Gender Identity or Expression (Feb. 27, 2014) (*see also* D.C. Dep't of Health Care Fin., Gender Reassignment Surgery Policy (Mar. 1, 2016); Hawaii. H.B. 2084 (2016); 130 Mass. Code Regs. 450.202; 42-2 Md. Reg. 181; Minnesota Department of Human Services, Gender-Confirming Surgery Protocol (February 2, 2017); Montana Department of Health and Human Services, Federal Final Rule, "Nondiscrimination in Health Program and Activities" and Implication for Coverage of Services Related to Gender Transition (May 26, 2017); Nevada, Division of Health Care Financing and Policy, Medicaid Services Manual Transmittal Letter, December 21, 2017; New Hampshire, Amend He-W 531.06, effective 3/29/14 (Document #10561), September 2017; New Jersey, Assembly Bill 4568, Approved P.L.2017, c.176.; 2015-10 N.Y. St. Reg. 19 ; New York State Reg., Oct. 5, 2016, I.D. No. HLT-40-16-00030-P, Transgender Related Care and Services; Proposed Rule Making; Or. Admin. R. 410-141-0520, *See also:* Prioritized List: Guideline for Gender Dysphoria; Penn. Department of Human Services. Medical Assistance Bulletin, July 18, 2016; State of R.I., Exec. Office of Health & Human Services, Gender Dysphoria/Gender Nonconformity Coverage Guidelines (October 28, 2015); Dep't of Vt. Health Access, The Department of Vermont Health Access Medical Policy (May 13, 2016); Washington State Health Care Authority, Physician-Related Services/ Health Care Professional Services Billing Guide, July 1, 2016
[35] Jesse McKinley, "For Transgender Youths in New York, It Would Be A Health Care Milestone," *New York Times* (Oct. 5, 2016).
[36] These states include California, Colorado, Connecticut, Delaware, the District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington.
[37] Dep't of Health and Human Services, NCD 140.3, Transsexual Surgery, 12 (2014).
[38] FEHB Program Carrier Letter No. 2015-12, Covered Benefits for Gender Transition Services, (June 24, 2015).

DHHRBMS012440

Similar guidance from DHHR clarifying the availability of coverage for medically necessary transition-related care would ensure that all transgender West Virginians enrolled in Medicaid are protected from discrimination.

**Transition-related care coverage does not impose significant costs while significantly enhancing the well-being of beneficiaries.**

Where state Medicaid programs have assessed the cost of covering transition-related care, minimal costs have been observed. The Oregon Health Authority, for instance, spent an estimated $435,000 on transition-related care, a number that will likely reduce significantly in subsequent years after catching up with the initial demand.[39] Overall, a report issued before the announcement of benefits stated that the cost of adding hormone therapy "would likely be minimal to the [Medicaid] program" and the cost of adding gender confirmation surgery would be "higher than that of cross-sex hormone therapy alone, but still very low."[40] Policymakers also noted the potential for cost savings through reduced suicide attempts.[41]

Private and public employers that have covered transition-related care for their employees have similarly found it to be highly cost-effective. When San Francisco eliminated its exclusion in 2001, the city responded to cost concerns by limiting the scope of the benefit and implementing a $1.70 premium surcharge for all employees. Actual cost and utilization data were so much less than expected that the surcharge produced a multi-million-dollar surplus. The city eventually raised the dollar cap and ultimately eliminated the surcharge entirely.[42] This example has led other states and cities such as California, Massachusetts, Minnesota, Nevada, New York, Oregon, Pennsylvania, Washington, the District of Columbia, Atlanta, Austin, Bloomington, Chicago, Cincinnati, Columbus, Dayton, Detroit, Minneapolis, Missoula, Orlando, Phoenix, Rochester, and St. Louis to eliminate exclusions in their employee plans.[43]

In an Economic Impact Assessment of its 2012 rule that prohibited insurance discrimination against transgender people, the California Department of Insurance concluded that "any such costs are immaterial and insignificant."[44] Similarly, the removal of transgender exclusions from the Massachusetts Group Insurance Commission was found to be highly cost-effective, with a budget impact of $0.016 per member per month that was offset by a reduction in negative health outcomes, such as HIV infection, depression, and suicidality.[45] More recently, in August 2018, the Wisconsin Group Insurance Board voted to remove the exclusion of treatment of gender dysphoria from its state employee plan. Memos from the Wisconsin Department of Employee Trust Funds to the Board cited positive developments in employer coverage of transition-related care and low costs of implementation, which they estimated to be between 0.007% and 0.018% of the $1.3 billion in state health plan premiums.[46]

Private companies also report minimal economic impact from providing equal coverage for transgender employees. The Human Rights Campaign's Corporate Equality Index reports that for the 750 employers who did so, eliminating exclusions "comes at an overall negligible cost to the

---

[39] Lost In Transition: Oregon's promise to aid low-income transgender people comes up short. Oregon Live, Updated Jan 23, 2017, https://www.oregonlive.com/transgender-health/2016/04/oregon_health_plan_transgender.html.
[40] *Id.*
[41] *Id.*
[42] San Francisco Human Rights Comm'n, *San Francisco City and County Transgender Health Benefit* (Aug. 2007), available at: http://www.hrc.org/files/assets/resources/San_Francisco_City_and_County_Transgender_Health_Benefit_-_2007-08-10.pdf.
[43] Human Rights Campaign & Equality Federation Institute, *2016 State Equality Index* (2016), http://assets.hrc.org//files/assets/resources/SEI-2016-Report-FINAL.pdf; Human Rights Campaign, *Municipal Equality Index: A Nationwide Evaluation of Municipal Law* (2016), http://assets.hrc.org/files/assets/resources/MEI-2016-Final-Online.pdf.
[44] Cal. Dep't of Ins., *Economic Impact Assessment. Gender Nondiscrimination in Health Insurance* (2012), available at: http://transgenderlawcenter.org/wp-content/uploads/2013/04/Economic-Impact-Assessment-Gender-Nondiscrimination-In-Health-Insurance.pdf.
[45] William V. Padula et al., "Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis," 31 *Journal of General Internal Medicine* 394 (2015).
[46] State of Wisconsin, Department of Employee Trust Funds. *Correspondence Memorandum* (August 14, 2018), http://etf.wi.gov/boards/agenda-items-2018/gib0822/item6a1.pdf; State of Wisconsin, Department of Employee Trust Funds. *Correspondence Memorandum* (January 30, 2017). http://etf.wi.gov/boards/agenda-items-2017/gib0208/item4.pdf

DHHRBMS012441

employers' overall health insurance plans. This holds true across industries."[47] A survey of employers by the Williams Institute at the UCLA School of Law found that transition-related health care benefits have "zero or very low costs" and low utilization rates estimated at 1 per 10,000 to 20,000 employees.[48] Overall, the report finds that "transition-related health care benefits have very low costs, have low utilization rates by employees, and yet can provide benefits for employers and employees alike."[49] More than 86 leading universities and colleges, including state universities in at least 28 states, have similarly found that it is cost-effective to provide this coverage in their student health plans.[50]

Failing to adequately treat gender dysphoria can result in negative outcomes for individuals as well as society—but the opposite is equally true and attainable. Affirming transgender individuals by ensuring nondiscriminatory coverage significantly improves the lives of these individuals and society at large. While the costs to ensure trans-related care provisions are minimal, the benefits are significant.[51] The California Economic Impact Assessment has similarly found that eliminating transgender exclusions results in "lower costs associated with the high cost of suicide and attempts at suicide, overall improvements in mental health and lower rates of abuse," and "will not only save insurers from the costs associated with suicide, but prevent significant numbers of transgender insureds from losing their lives."[52] Finally, failing to provide coverage for transition-related care can lead to higher costs as a result of litigation. For example, the state of Wisconsin was recently ordered by a jury to pay almost $800,000 in damages for two transgender state employees for denying coverage of medically necessary care. Only a small fraction of the total paid was for the actual cost of the procedures (around $80,000), with $720,000 constituting reparations for the discrimination suffered.[53]

## Conclusion

To ensure that transgender West Virginians can access the care they need without discrimination, we urge DHHR to adopt an appropriate affirmative clinical coverage policy for the treatment of gender dysphoria to be used when such care is clinically indicated as determined by a qualified health care professional based on the WPATH Standards of Care. For best practices for such policies, please refer to Appendix B of this memorandum.

We also urge DHHR to direct MCOs to remove any blanket exclusions for transition-related care included member handbooks and replace them with affirmative coverage language.

DHHR should also amend its own clinical coverage policies —such as those related to, at a minimum, hysterectomy, outpatient pharmacy, mental health drug management, breast surgeries, reconstructive and cosmetic surgery—to ensure that these policies do not limit access to medically necessary transition-related care.

We thank you for the opportunity to discuss this important issue and stand ready to support you in your efforts. If you have questions regarding this memorandum or other opportunities for ensuring

---

[47] Human Rights Campaign, *Corporate Equality Index 2018: Rating Workplaces on Lesbian, Gay, Bisexual, Transgender, and Queer Equality* 28 (2018).
[48] Jody L. Herman, *Costs and Benefits of Providing Transition-Related Health Care Coverage in Employee Health Benefit Plans: Findings from a Survey of Employers*, (2013), available at: http://williamsinstitute.law.ucla.edu/wp-content/uploads/Herman-Cost-Benefit-of-Trans-Health-Benefits-Sept-2013.pdf
[49] *Id.* at 17.
[50] Campus Pride, Trans Policy Clearinghouse: Colleges and Universities that Cover Transition-Related Medical Expenses under Student Health Insurance, available at: http://www.campuspride.org/tpc-student-health-insurance.
[51] A systematic literature review study by Cornell University analyzed all peer review articles published in English between 1991 and 2017, and concluded that 93% of the studies on this topic found that gender transition—including transition-related care—improves the well-being of transgender people. The remaining 7% reported mixed or null findings and no studies concluded that gender transition causes overall harm. Cornell University, Public Policy Research Portal, *What does the scholarly research say about the effect of gender transition on transgender well-being?*, https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/
[52] Cal. Dep't of Ins., *supra* note 40 at 9, 11.
[53] *Boyden v. Conlin*, No. 17-cv-264-WMC, 2018 (W.D. Wis. September 18, 2018) (holding that a state employee health plan refusal to cover transition-related care constitutes sex discrimination in violation of Title VII, Section 1557 of the ACA, and the Equal Protection Clause), Think Progress, Transgender women celebrate monumental court win (2018), https://thinkprogress.org/wisconsin-transgender-women-health-care-court-victory-e5ca758264b4/

DHHRBMS012442

health equity for transgender people in West Virginians, please do not hesitate to contact [CONTACT INFO].

Thank you for your work to help all transgender people in West Virginia access the health care they need.

DHHRBMS012443

**JA1060**

Where state Medicaid programs have assessed the cost of covering transition-related care, minimal costs have been observed. The Oregon Health Authority, for instance, spent an estimated $435,000 on transition-related care, a number that will likely reduce significantly in subsequent years after catching up with the initial demand.[i] Overall, a report issued before the announcement of benefits stated that the cost of adding hormone therapy "would likely be minimal to the [Medicaid] program" and the cost of adding gender confirmation surgery would be "higher than that of cross-sex hormone therapy alone, but still very low."[ii] Policymakers also noted the potential for cost savings through reduced suicide attempts.[iii]

Private and public employers that have covered transition-related care for their employees have similarly found it to be highly cost-effective. When San Francisco eliminated its exclusion in 2001, the city responded to cost concerns by limiting the scope of the benefit and implementing a $1.70 premium surcharge for all employees. Actual cost and utilization data were so much less than expected that the surcharge produced a multi-million-dollar surplus. The city eventually raised the dollar cap and ultimately eliminated the surcharge entirely.[iv] This example has led other states and cities such as California, Massachusetts, Minnesota, Nevada, New York, Oregon, Pennsylvania, Washington, the District of Columbia, Atlanta, Austin, Bloomington, Chicago, Cincinnati, Columbus, Dayton, Detroit, Minneapolis, Missoula, Orlando, Phoenix, Rochester, and St. Louis to eliminate exclusions in their employee plans.[v]

In an Economic Impact Assessment of its 2012 rule that prohibited insurance discrimination against transgender people, the California Department of Insurance concluded that "any such costs are immaterial and insignificant."[vi] Similarly, the removal of transgender exclusions from the Massachusetts Group Insurance Commission was found to be highly cost-effective, with a budget impact of $0.016 per member per month that was offset by a reduction in negative health outcomes, such as HIV infection, depression, and suicidality.[vii] More recently, in August 2018, the Wisconsin Group Insurance Board voted to remove the exclusion of treatment of gender dysphoria from its state employee plan. Memos from the Wisconsin Department of Employee Trust Funds to the Board cited positive developments in employer coverage of transition-related care and low costs of implementation, which they estimated to be between 0.007% and 0.018% of the $1.3 billion in state health plan premiums.[viii]

Private companies also report minimal economic impact from providing equal coverage for transgender employees. The Human Rights Campaign's Corporate Equality Index reports that for the 750 employers who did so, eliminating exclusions "comes at an overall negligible cost to the employers' overall health insurance plans. This holds true across industries."[ix] A survey of employers by the Williams Institute at the UCLA School of Law found that transition-related health care benefits have "zero or very low costs" and low utilization rates estimated at 1 per 10,000 to 20,000 employees.[x] Overall, the report finds that "transition-related health care benefits have very low costs, have low utilization rates by employees, and yet can provide benefits for employers and employees alike."[xi] More than 86 leading universities and colleges, including state universities in at least 28 states, have similarly found that it is cost-effective to provide this coverage in their student health plans.[xii]

---

[i] Lost In Transition: Oregon's promise to aid low-income transgender people comes up short, Oregon Live, Updated Jan 23, 2017, https://www.oregonlive.com/transgender-health/2016/04/oregon_health_plan_transgender.html.

DHHRBMS012498

ii *Id.*

iii *Id.*

iv San Francisco Human Rights Comm'n, *San Francisco City and County Transgender Health Benefit* (Aug. 2007), available at: http://www.hrc.org/files/assets/resources/San_Francisco_City_and_County_Transgender_Health_Benefit_-_2007-08-10.pdf.

v Human Rights Campaign & Equality Federation Institute, *2016 State Equality Index* 20 (2016), http://assets.hrc.org/files/assets/resources/SEI-2016-Report-FINAL.pdf; Human Rights Campaign, *Municipal Equality Index: A Nationwide Evaluation of Municipal Law* (2016), http://assets.hrc.org/files/assets/resources/MEI-2016-Final-Online.pdf.

vi Cal. Dep't of Ins., *Economic Impact Assessment: Gender Nondiscrimination in Health Insurance* (2012), available at: http://transgenderlawcenter.org/wp-content/uploads/2013/04/Economic-Impact-Assessment-Gender-Nondiscrimination-In-Health-Insurance.pdf.

vii William V. Padula et al., "Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis," 31 *Journal of General Internal Medicine* 394 (2015).

viii State of Wisconsin, Department of Employee Trust Funds. *Correspondence Memorandum* (August 14, 2018), http://etf.wi.gov/boards/agenda-items-2018/gib0822/item6a1.pdf; State of Wisconsin, Department of Employee Trust Funds. *Correspondence Memorandum* (January 30, 2017), http://etf.wi.gov/boards/agenda-items-2017/gib0208/item4.pdf

ix Human Rights Campaign, *Corporate Equality Index 2018: Rating Workplaces on Lesbian, Gay, Bisexual, Transgender, and Queer Equality* 28 (2018).

x Jody L. Herman, *Costs and Benefits of Providing Transition-Related Health Care Coverage in Employee Health Benefit Plans: Findings from a Survey of Employers*, (2013), available at: http://williamsinstitute.law.ucla.edu/wp-content/uploads/Herman-Cost-Benefit-of-Trans-Health-Benefits-Sept-2013.pdf.

xi *Id.* at 17.

xii Campus Pride, Trans Policy Clearinghouse: Colleges and Universities that Cover Transition-Related Medical Expenses under Student Health Insurance, available at: http://www.campuspride.org/tpc-student-health-insurance.

DHHRBMS012499

**JA1062**

THE JOURNAL OF
## SEXUAL MEDICINE

ORIGINAL RESEARCH & REVIEWS

TRANSGENDER HEALTH

## Which U.S. States' Medicaid Programs Provide Coverage for Gender-Affirming Hormone Therapy and Gender-Affirming Genital Surgery for Transgender Patients?: A State-by-State Review, and a Study Detailing the Patient Experience to Confirm Coverage of Services

 Check for updates

Michael Zaliznyak, BA,[1,2] Eric E. Jung, MD,[1] Catherine Bresee, MS,[3] and Maurice M. Garcia, MD, MAS[1,2,4,5]

### ABSTRACT

**Background:** To date, a comprehensive state-by-state assessment of transgender transition-related health care coverage for gender-affirming hormone therapy (GAHT) and genital gender-affirming surgery (GAS) has not been reported.

**Aims:** The aims of this study were 1) to verify which U.S. states' Medicaid systems do/do not cover GAHT and GAS; 2) to assess the ease/difficulty for patients to determine whether GAHT and GAS are Medicaid-covered benefits; and 3) to understand possible state-related predictors of Medicaid coverage for gender-affirming care.

**Methods:** We reviewed the official Medicaid Handbook and website for all 51 states (+D.C.) and 5 territories to confirm whether GAHT and GAS are covered benefits. When indeterminate, we called the Medicaid office in each state, and for many, Medicaid managed care organizations (MCOs), and individual in-state providers, to confirm coverage. We recorded our experiences, number of, and duration of phone calls to confirm coverage.

**Outcomes:** The main outcome was a definitive answer from the state/territory's Medicaid program or MCOs regarding whether GAHT and GAS are/are not covered benefits. Secondary outcome measures included responses we received and the total number/duration of phone calls necessary to confirm coverage.

**Results:** Only 12 of 51 states and 0 of 5 territories featured their policy regarding coverage for GAHT in their Medicaid Handbook/webpages. We confirmed that 34 of 51 state Medicaid programs do cover GAHT, whereas 9 of 51 states' and 2 of 5 territories' do not. We could not confirm coverage of GAHT in 8 of 51 states and 3 of 5 territories. Only 26 of 51 states and 0 of 5 territories featured their policy regarding coverage for GAS in their Medicaid Handbook/webpages. We confirmed that 25 of 51 state Medicaid programs do cover GAS, whereas 22 of 51 states' and 3 of 5 territories' do not. We could not confirm coverage of GAS in 4 of 51 states and 2 of 5 territories. Up to 12 calls, lasting up to 125 minutes, were required to confirm coverage for GAHT/GAS.

**Clinical Implications:** Our findings indicate that important health care access barriers/disparities exist today and warrant improvement.

**Strengths & Limitations:** To our knowledge, this is the most comprehensive assessment of transgender transition-related health care coverage. Limitations include possible bias, as it could be that we were more persistent than actual patients would be to determine service coverage, and a lack of specificity regarding which specific hormone formulations or procedures are/are not covered.

**Conclusion:** Our findings show that only 34 of 51 (67%) states' Medicaid programs include GAHT and 25 of 51 (49%) include GAS as covered benefits. Our experience suggests that the process to confirm coverage can be especially time-consuming and frustrating for patients. **Zaliznyak M, Jung EE, Bresee C, et al. Which U.S. States' Medicaid Programs Provide Coverage for Gender-Affirming Hormone Therapy and Genital Gender-Affirming Surgery for Transgender Patients?: A State-by-State Review, and a Study Detailing the Patient Experience to Confirm Coverage of Service. J Sex Med 2021;18:410−422.**

Received May 18, 2020. Accepted November 25, 2020.

[1]Division of Urology, Cedars-Sinai Medical Center, Los Angeles, CA, USA;

[2]Cedars-Sinai Transgender Surgery and Health Program, Cedars-Sinai Medical Center, Los Angeles, CA, USA;

[3]Biostatistics and Bioinformatics Core, Cedars-Sinai Samuel Oschin Comprehensive Cancer Center, Los Angeles, CA, USA;

[4]Department of Urology, University of California San Francisco San Francisco, CA, USA;

[5]Department of Anatomy, University of California San Francisco San Francisco, CA, USA

Copyright © 2020, International Society for Sexual Medicine. Published by Elsevier Inc. All rights reserved.
https://doi.org/10.1016/j.jsxm.2020.11.016

DHHRBMS015455

**JA1063**

Copyright © 2020, International Society for Sexual Medicine. Published by Elsevier Inc. All rights reserved.

**Key Words:** Transgender; Gender Dysphoria; Medicaid Assistance Program; Gender-Affirming Hormone Therapy (GAHT); Gender-Affirming Surgery (GAS); Sex Reassignment Surgery (SRS)

## INTRODUCTION

Transgender is a term for people whose gender identity does not align with or reflect the social-cultural roles associated with the biological sex that they were assigned at birth in the individual's social environment.[1] Flores et al estimated that between 0.6% and 0.7% of the U.S. population (1.4-1.65 million) is identified as transgender, representing a 100% growth from the same study that was published in 2011.[2] A 2015 national survey of transgender individuals found that transgender individuals suffer from health-related disparities at a considerably higher rate than the United States average.[3] The survey found that 29% of respondents were living in poverty,[3] compared with the U.S. poverty rate of 11.8%.[4] This same survey found 40% of surveyed transgender respondents reported attempting suicide at least once in their life, and 7% attempted suicide in the past year[3]—nearly 14 times greater than the U.S. national average of 0.5%,[5] and 39% reported suffering from serious psychological distress [3][3]—compared with the U.S. national average of 3.4%.[6] In addition, 55% of respondents reported being denied coverage for transition-related surgery, and 25% reported being denied coverage for transition-related hormone therapy treatment.[3]

Studies have shown that transgender people with untreated gender dysphoria experience relatively higher rates of depression, anxiety, suicidality, and HIV as compared with cisgender people.[3,7–11] The 3 now well-established treatment domains for gender dysphoria, which include counseling and therapy to help the individual with social transition (full-time life in the gender role they identify with), gender-affirming hormone therapy (GAHT), and gender-affirming surgery (GAS), have been shown to significantly improve quality of life[10,12–15] for transgender people with gender dysphoria. Research has shown that health-insurance coverage for the subset of transgender patients who choose these transition-related treatments is both affordable and cost-effective.[10,16]

Today, with changing social mores and greater visibility of transgender people in popular culture media, there are a growing number of community-based transgender support and resource centers throughout the United States which support transgender youth and adults.[17] We see also an increase in transgender people seeking transition-related health services,[18,19] as transition-related health care has been shown to improve patient quality of life and the efficiency of our health care service system.[10,12–16] A significant proportion of transgender people utilize public health care services (such as Medicaid).[19,20] It was estimated that 152,000 transgender adults (11% of the estimated transgender population in America) are enrolled in Medicaid.[20] This estimate, however, is likely an underestimate as it is 4 years old (2016), and because most epidemiologic studies tend to underestimate the prevalence of individuals that identify as gender non-conforming.[21]

Medicaid is a joint federal and state health insurance program for people of low income or disabilities, and pays the health care provider directly for the entire cost of most health care procedures, doctor's visits, and prescription drugs. In October 2018, approximately 66,000,000 Americans, or one in every 5 U.S. citizens, were enrolled in a state Medicaid program.[22] Given recent unprecedented national unemployment rates related to the COVID-19 global pandemic, the proportion of U.S. citizens that depend on Medicaid for their health care may increase, at least in the short term.

Although Medicaid provides health care insurance, this does not necessarily translate to access to needed health care services. In an effort to address discrimination in access to health care services, section 1557 of the ACA (2010), states are prohibited from denying federal benefits to individuals based on a patient's gender.[23] How Federal Medicaid funding is utilized is controlled by the state legislature and Medicaid Programs. In 2013 California became the first state to issue policies that explicitly include coverage for gender transition—related care under its state Medicaid program.[24] By 2014 California also passed legislation that specifically bans health insurance policy riders that allow for health care to be denied based on gender identity, and explicitly including medically necessary transgender health care. Since then, additional State Medicaid programs have followed suit to include gender transition—related care (including gender affirming surgery) as covered benefits under their Medicaid programs. Despite such precedent, many states continue to deny coverage for gender transition—related health care to transgender citizens within their state Medicaid programs.[20,25,26] Several states, for example, have explicitly written policies that exclude coverage for transition-related care. Many more states have Medicaid policies that simply do not make clear whether they exclude or include gender transition—related services.[20,25,26] This opacity makes it difficult for transgender citizens of those states to, first, know clearly whether such benefits are or are not available to them under Medicaid, and second, lack of clarity makes it difficult for people to make educated decisions regarding which specific Medicaid managed care plan to enroll into (plans can vary regarding what transition-related services they cover). Finally, uncertainty about whether or not highly important services are available is highly anxiety-provoking to most people, which fuels despair and can lead to high-risk behaviors. Altogether, explicit policies that deny access and/or

DHHRBMS015456

**JA1064**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 495 of 505

412                                                                                                    Zaliznyak et al

opaque and indiscernible policies concerning whether transition-related services are or are not covered serve to deny transgender youth and adults' access to vitally important and medically necessary transition-related health care.

To date, a comprehensive state-by-state assessment of transgender transition-related health care coverage under state Medicaid for genital GAS and GAHT has not been reported. In this work, we queried all U.S. Medicaid programs to assess the availability of 2 primary transition-related health care services (GAS and GAHT). We also sought to gain a patient-centered perspective for how easy or difficult it is to confirm Medicaid coverage for transition-related services: we tracked the burden of effort (as number of separate phone calls and total time spent on the telephone) necessary to arrive at a definitive answer regarding whether or not GAHT and GAS are covered benefits under their state's Medicaid program. And finally, we attempted to understand possible state-related predictors as to why states do or do not provide Medicaid coverage for GAS.

## METHODS

We queried all 50 U.S. state Medicaid programs, plus the District of Columbia (N = 51), and the 5 U.S. territories (American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and U.S Virgin Islands) to determine whether or not each includes GAHT and GAS as covered benefits to patients who meet the treatment criteria. We used the methodology outlined in Figure 1 to confirm coverage for GAHT, and the methodology outlined in Figure 2, to confirm coverage for GAS. We also queried whether the criteria listed for GAS, as listed on the Medicaid Program Handbook and webpages, aligned with World Professional Association for Transgender Health (WPATH) Standards of Care (SOC) guidelines for GAS.[13]

We included the 5 U.S. territories in our search after consulting the national Medicaid program webpages (www.medicaid.gov) to confirm that federal Medicaid programs operates in all 5 territories.[27]

## Methodologic Approach

### [Step 1] We Searched Each State Medicaid Program Website/ Webpages to Confirm Coverage

We began by first reviewing each state's online Medicaid Handbook and program webpages to determine whether these featured any explicit written policy regarding coverage of gender transition—related GAHT and GAS. We reviewed any content related to eligibility criteria for GAS to determine whether this reflected 4 principal WPATH SOC guideline requirements for GAS: 1. diagnosis of gender dysphoria; 2. use and tolerance of GAHT for ≥1 year before GAS; 3. social transition for ≥1 year before GAS; and 4. two referral letters from mental health providers that support readiness for GAS.[13]

If states had explicitly written policies that indicated that GAHT and/or GAS are covered benefits, we recorded their policy and a URL link to the policy statement both for documentation and to serve as a reference for the public (Supplementary Table 1).

### [Step 2] We Called State Medicaid Program Offices Directly

When state and U.S. territory Medicaid program offices did not have explicit written policies regarding Medicaid coverage for GAHT and GAS, we called the state Medicaid office for each state and spoke with health care services representatives to confirm whether GAHT and GAS were classified as a covered benefit.



**Figure 1.** Flowchart outline of our study approach and methods to confirm Medicaid coverage for GAHT on for each U.S. state and territory. GAHT = gender-affirming hormone therapy. Figure 1 is available in color online at www.jsm.jsexmed.org.

J Sex Med 2021;18:410—422

DHHRBMS015457

GAHT and GAS for Transgender Patients: A State-by-State Review                                                413



**Figure 2.** Flowchart outline of our study approach and methods to confirm Medicaid coverage for GAS on for each U.S. state and territory. GAS = gender-affirming surgery. Figure 2 is available in color online at www.jsm.jsexmed.org.

If the Medicaid Program Office was unable to confirm a coverage policy, the state or territory was classified by us as "indeterminate". If the Medicaid program representative requested information that no patient could reasonably provide (eg, surgery current procedural terminology [CPT] or treatment CPT codes), or do (eg, if the representative recommended that we consult a physicians-only hotline to inquire about coverage, or that the patient's surgeon submit a preauthorization request form for GAHT or GAS), we proceeded to classify the state or territory as "indeterminate".

If the Medicaid office representative could not confirm whether CHT or GAS is covered benefits, we proceeded to step 3 (below).

[Step 3] When the State Medicaid Program Office Could Not Confirm Coverage of GAHT or GAS, We Contacted [3a.] Medicaid Managed Care Organizations and/or [3b.] Local Providers to Confirm Coverage

[3a.] Each state Medicaid Program office that could not confirm whether GAHT or GAS is or is not a Medicaid-covered benefit was asked whether their state or U.S. territory Medicaid program defers to managed care organizations (MCOs) for policy regarding coverage of GAHT and GAS. If the answer to this question was either a definitive "no" (eg, because state policy specifically prohibits coverage by Medicaid funds) or "not applicable" (eg, when a given state or territory has no Medicaid MCOs), the state or territory's Medicaid program was classified as "indeterminate" for whether or not GAHT and GAS are covered benefits under Medicaid.

However, if the Medicaid program office was at all uncertain about coverage, before classifying it as "indeterminate", we requested the contact information for any MCO that the state or territory contracts with and we contacted these directly to confirm coverage. We contacted each organization (or up to a maximum of 7) by telephone until at least one responded that they do cover GAHT or GAS, or, until all MCOs confirmed that they do not cover GAHT or GAS.

If any of the MCOs that we contacted deferred confirmation about coverage to completion of a requirement that we believe a patient could not reasonably complete (eg, 1. the patient's physician consult a "physician-only" consultation hotline for further inquiry; or 2. the patient provide specific CPT codes for GAHT and/or GAS), we classified the MCO's coverage of GAHT and GAS as "indeterminate".

Only application of the research methodology described in 1-3a. above resulted in a definitive and final classification of all states/territories' Medicaid programs into one of 3 groups regarding Medicaid program coverage of GAHT and GAS: "does cover", "does not cover", or "indeterminate".

[3b.] For all states/territories whose coverage of GAHT or GAS was still classified as "indeterminate" after completing research method steps 1-3a., we attempted to collect circumstantial evidence of coverage of GAHT/GAS by their state/territory Medicaid programs by contacting individual GAHT/GAS providers to query their own experiences providing these services under Medicaid coverage. We performed an internet-based search for a minimum of 2 GAHT and 2 GAS providers and contacted them by telephone to ask whether they (or colleagues they know personally) have ever successfully provided GAHT and/or GAS under coverage by their state/territory's Medicaid program. When more than 2 providers of GAHT or GAS operated within a state, we would choose to contact the first 2 which appeared through our internet-based search. (For GAHT, we extended the definition of "providers" to pharmacies affiliated with transgender community centers and clinics).

DHHRBMS015458

**JA1066**

414                                                                                         Zaliznyak et al

Results from research method step 3b. were recorded, but all states/territories for whom research method step 3b. was performed to query Medicaid coverage for GAHT/GAS were still given a final classification of "indeterminate", given the circumstantial and subjective nature of this research method.

[Step 4] Data Analysis

We recorded and analyzed the following data points for all states/territories:

1. Whether or not a given state/territory's Medicaid program did or did not include GAHT and/or GAS as a covered benefit;
2. For states/territories whose Medicaid programs state explicitly on their webpages that they do cover GAS, we recorded whether the eligibility criteria for these services align with current WPATH SOC guidelines eligibility criteria for GAS;
3. We created a record of any conflicting information or unusual experiences from contacting states/territories' Medicaid program and MCO service representatives.
4. For all state Medicaid programs/MCOs that we contacted by telephone (steps 2-3a.), we recorded the total number of individual phone calls and total call duration (minutes) that was necessary to definitively confirm coverage. We excluded from these calculations any calls/time spent contacting individual providers (ie, step 3b.).

When states/territories' Medicaid Handbook or webpages featured their benefits coverage policy for GAHT/GAS, we recorded the URL to this written policy as a reference tool for patients and providers.

Associations between outcomes were calculated as the nonparametric Spearman rank correlation ($r_S$), and were considered significant where $P < .05$.

RESULTS

We completed methods steps 1-3b. for 51 U.S. states (includes the District of Columbia) (N = 51 states) and all 5 U.S. territories (American Samoa, Guam, Northern Mariana Islands; Puerto Rico; U.S. Virgin Islands) for GAHT (Figure 3 and Figure 4) and GAS (Figure 5 and Figure 6).

Gender-Affirming Hormone Therapy

Methods, step 1: Our review of each state/territory's Medicaid Program webpages found that only 12 of 51 states listed any explicit policy on their web content regarding whether GAHT is or is not a covered benefit. All 12 states with an explicit policy stated that they do cover GAHT. No state or U.S. territory's web content announced a policy that they do not cover GAHT. Owing to an absence of explicit policy the remaining 39 of 51 states and all 5 territories were classified as "indeterminate" (Figure 3).

Methods, step 2: We began step 2 with 39 states and all 5 U.S. territories still classified as "indeterminate". After telephoning

these 39 states' Medicaid program offices, we confirmed that 10 of 39 do cover GAHT, whereas 4 of 39 do not cover GAHT. The remaining 25 of 39 states remained classified as "indeterminate" (Figure 3).

U.S. territories: We called the Medicaid program contact telephone number listed on the Federal Medicaid website for each of the territories.[28] 2 of the 5 territories confirmed that they do not cover GAHT. The Medicaid program office of 1 territory (Puerto Rico) could not confirm whether GAHT is or is not a covered benefit, and for the remaining 2 territories (Guam and U.S. Virgin Islands) there was no answer to our telephone calls. All 3 territories (Guam, Puerto Rico, and U.S. Virgin Islands) were classified as "indeterminate" (Figure 3).

Methods, step 3a: We began with 25 states and 3 U.S. territories still classified as "indeterminate". The Medicaid programs for 20 of these 25 states and for 1 U.S. territory deferred questions about coverage of GAHT to their Medicaid MCOs and directed us to contact their state's MCOs to confirm coverage. Upon calling, we identified 12 of 20 states with at least one MCO that confirmed that they do cover GAHT and 5 of 20 states whose MCOs *all* confirmed that they do not cover GAHT. (There was one exception: for Texas, only 4 of 7 MCOs stated that GAHT was not a covered benefit for their MCO or any other Texas MCOs, whereas the remaining 3 MCOs were "not certain" about coverage ("indeterminate"). We ultimately classified this state as one that does not cover GAHT.) MCOs from the remaining 3 of 20 states (Arkansas; Nebraska; Tennessee): none stated that they do cover GAHT; a small number stated that they do not cover GAS, and the majority from each state could not confirm whether GAHT is or is not a covered benefit. These 3 states were classified as "indeterminate."

U.S. territories: One of Puerto Rico's MCOs confirmed that GAHT is not a covered benefit, but the majority could not confirm whether it is or is not a covered benefit. For this reason, Puerto Rico was ultimately classified as "indeterminate".

Summary of results to confirm coverage for GAHT under Medicaid by methods steps 1-3a: States with an explicit written policy regarding coverage of GAHT as a covered benefit: 12 of 51; States that do cover GAHT: 34 of 51; States that do not cover GAHT: 9/51; States classified as "indeterminate": 8 of 51.

U.S. territories: U.S. territories with an explicit written policy regarding coverage of GAHT: 0 of 5. Territories we confirmed that do cover GAHT: 0 of 5. U.S. territories we confirmed that do not cover GAHT: 2 of 5. U.S. territories classified as "indeterminate": 3 of 5 (Figures 3 and 4).

Methods, step 3b: We began with 8 states and 3 U.S. territories still classified as "indeterminate". We identified at least 2 providers of GAHT per state by internet search and contacted them to confirm whether they have had success providing GAHT under coverage by Medicaid. Providers from 4 of 8 states reported that they have provided GAHT to patients under

J Sex Med 2021;18:410—422

DHHRBMS015459

GAHT and GAS for Transgender Patients: A State-by-State Review                                      415



**Figure 3.** Flowchart outline of our results obtained through our step-by-step methodology to confirm Medicaid coverage for GAHT. GAHT = gender-affirming hormone therapy. Figure 3 is available in color online at www.jsm.jsexmed.org.

Medicaid coverage (although 2 of 4 reported specific restrictions to coverage; see Figure 3), whereas providers from the remaining 4 of 8 states reported they have not had success providing GAHT under Medicaid.

U.S. territories: We were able to identify a single provider of GAHT by internet search in only 1 territory (Puerto Rico); the provider reported that Medicaid in Puerto Rico "does not cover" GAHT (Figure 3).



**Figure 4.** Maps of all 51 U.S. states (includes District of Columbia) and 5 U.S. territories, colored based on whether our work confirmed whether GAHT is a covered benefit (green), is not a covered benefit (red), or whether coverage remains "indeterminate". GAHT = gender-affirming hormone therapy. Figure 4 is available in color online at www.jsm.jsexmed.org.

DHHRBMS015460

**JA1068**

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 499 of 505

416

Zaliznyak et al



**Figure 5.** Flowchart outline of our results obtained through our step-by-step methodology to confirm Medicaid coverage for GAS. GAS = gender-affirming surgery. Figure 5 is available in color online at www.jsm.jsexmed.org.

*Methods*, step 4: The mean number of individual phone calls necessary to complete steps 2-3a. was 3.0 calls (range 1-10). Mean and median call duration were 31.8 min and 24.5 min, respectively; range was 1.5-124.8 min (Figure 3).

### Genital Gender-Affirming Surgery

Methods, step 1: Our review of each state/territory's Medicaid program webpages found that only 26 of 51 states featured any explicit policy regarding whether or not GAS is a covered benefit:



**Figure 6.** Maps of all 51 U.S. states (includes District of Columbia) and 5 U.S. territories, colored based on whether our work confirmed whether GAS is a covered benefit (green), is not a covered benefit (red), or whether coverage remains "indeterminate". GAS = gender-affirming surgery. Figure 6 is available in color online at www.jsm.jsexmed.org.

DHHRBMS015461

GAHT and GAS for Transgender Patients: A State-by-State Review                                              417

16 states had content that clearly states that their Medicaid program benefits do cover GAS, whereas 10 states clearly state that their Medicaid program benefits do not. We found that for the 16 states which do cover GAS, 15 of 16 explicitly specify eligibility criteria that align with the Transgender Health (WPATH) SOC guidelines.

U.S. territories: No territory's Medicaid program web content featured any policy statement regarding transgender health care. The remaining 25 of 51 states and all 5 U.S. territories were classified as "indeterminate" (Figure 5).

Methods, step 2: We began with 25 states and all 5 U.S. territories still classified as "indeterminate". After telephoning these 25 states' Medicaid program offices, we confirmed that 2 of 25 do cover GAS, and 8 of 25 do not cover GAS. The remaining 15 of 25 states remained classified as "indeterminate".

U.S. territories: We called the Medicaid program contact telephone number listed on the Federal Medicaid website for each of the territories.[28] 2 of the 5 territories confirmed that they do not cover GAS. The Medicaid program office of 1 territory (Puerto Rico) could not confirm whether GAS is or is not a covered benefit, and for the remaining 2 territories (Guam and U.S. Virgin Islands), there was no answer to our telephone calls. All 3 territories (Guam, Puerto Rico, and U.S. Virgin Islands) were classified as "indeterminate" (Figure 5).

Methods, step 3a: We began with 15 states and all 5 U.S. territories still classified as "indeterminate". The Medicaid programs for 13 of the 15 states and 1 U.S. territory classified by step 2 as "indeterminate" deferred questions about coverage of specific services to their Medicaid MCOs and directed us to contact their state's MCOs to confirm coverage. On calling these, we identified 7 of 13 states with at least one MCO that confirmed that they do cover GAS, whereas all* of the MCOs from 4 of 13 states confirmed that they do not cover GAS. (South Carolina was an exception: 4 of the State MCOs stated that GAS is not a covered benefit whereas 1 was "not certain" about coverage ["indeterminate"]. We classified this state as one that does not cover GAS). MCOs from the remaining 2 of 13 states (Arkansas and Wisconsin): none stated that they do cover GAS; a small number stated that they do not cover GAS, and the majority from each state could not confirm whether GAS is or is not a covered benefit. These 2 states were classified as "indeterminate."

U.S. territories: We contacted Puerto Rico's MCOs and confirmed that these do not cover GAS.

Summary of results to confirm coverage for GAS under Medicaid by methods steps 1-3a: States with any explicit written policy regarding coverage of GAS as a covered benefit: 26 of 51; States that we found do cover GAS: 25 of 51; States that do not cover GAS: 22 of 51; States classified as "indeterminate": 4 of 51.

U.S. territories: U.S. territories that do cover GAS: 0 of 5; U.S. territories that do not cover GAS: 3 of 5; U.S. territories classified as "indeterminate": 2 of 5 (Figures 5 and 6).

Methods, step 3b: We began with 4 states and 2 U.S. territories still classified as "indeterminate". We identified only 1 provider of GAS in 3 of the 4 states (Idaho, Utah, Wisconsin) and 0 providers in the fourth state (Arkansas). We found 0 providers in the 2 U.S. territories. The single provider from one of these 3 states (Utah) reported successfully providing GAS to patients under Medicaid coverage, although with restrictions: (masculinizing GAS [phalloplasty] is covered, but feminizing GAS [vaginoplasty] is not covered (see Figure 5). All providers from the remaining 2 of 3 states reported no success providing GAS under Medicaid reimbursement.

U.S. territories: We could not identify any providers of GAS by internet search in the remaining 2 territories (Figure 5).

Methods, step 4: The mean number of individual phone calls necessary to complete steps 2-3a. was 3.3 calls (range 1-12). Mean and median call duration were 33.2 min and 25.1 min, respectively; range was 1.5 - 119.8 min.

We compiled a list of the U.S. states for whom we found explicit policy disclosure in their web content regarding whether or not GAHT and/or GAS is a covered benefit under their state Medicaid program, with an accompanying link to that disclosure (Supplementary Table 1). We also compiled a list of the Medicaid MCOs which confirmed covering GAHT and/or GAS (Supplementary Table 2).

## Associations

Currently 25 states have passed non-discrimination laws that specifically outlaw health care plan provisions that allow insurers to refuse outright coverage for gender transition—related health care. There is a significant correlation between Medicaid programs that cover GAHT ($r_S = 0.61$, $P < .01$) and GAS ($r_S = 0.87$, $P < .01$) and states that have passed these non-discrimination laws. In addition, 14 states have not adopted Medicaid expansion per the ACA. We found that there is a significant correlation between states whose Medicaid programs do not provide coverage for GAHT ($r_S = 0.56$, $P < .01$) and GAS ($r_S = 0.62$, $P < .01$) and states that have not adopted the expansion of Medicaid under the ACA.

## DISCUSSION

Our work shows that access to GAHT and GAS for people who depend on Medicaid for their health care remains limited and not uniformly distributed throughout the United States. Our research study had 3 aims: first, to provide an assessment that is as definitive as possible regarding coverage for gender transition—related health care in the literature to date; second, to provide a better understanding of the "patient experience" for those who depend on Medicaid and seek to confirm access to transition-related care (ie, how easy or difficult is it to confirm access to care); and third, to try to understand possible state-related predictors as to why states do or do not provide Medicaid coverage for gender-affirming care.

DHHRBMS015462

**JA1070**

Regarding our first study aim, our approach allowed us to confirm that GAHT is a covered benefit under Medicaid in only - two-thirds of the U.S. states (34/51, 67%) (Figure 3), and that GAS is a covered benefit in only close to half (25/51, 49%) of all the U.S. states (including the District of Columbia) (Figure 5), all despite an abundance of evidence based data that shows that gender transition—related care in these domains improves quality of life and decreases health care—related costs.[10,12−15] Such data are cited in the Federal Government's nationwide Medicare policy Handbook as the basis for why care is a covered benefit under Medicare. In addition to how gender transition—related care helps individual patients, access to it serves our health care system and society in immeasurable ways as well, especially when we consider the fact that 1 in 5 Americans depends on Medicaid for health care, as transgender people are significantly more likely to be uninsured[16,29,30] and depend on Medicaid and/or health care from "urgent care" settings. High incidence of depression, anxiety, and status as "medically disabled" (related to depression and anxiety) pre-transition[13,14,31,32] contribute to high rates of unemployment (and as a consequence, dependence on the public health care system), and suggests that access to gender transition health care would help transgender people enter the workforce.[33−35] These findings closely correlate with the results of the 2015 National Transgender Survey which found that 55% of respondents reported being denied coverage for transition-related surgery, and 25% reported being denied coverage for transition—related hormone therapy treatment.[3] Several states indicated to us that coverage for GAS is denied because of the states position that gender reassignment surgery falls into the "cosmetic surgery" or "elective surgery" designation. This argument is contradictory to the position of several professional organizations (including the American Medical Association[36] and American Public Health Association[37]) which have endorsed classifying gender affirming health care such as GAHT and GAS as "medically necessary" treatments for transgender individuals suffering from gender dysphoria.

There were several notable findings from our study that warrant consideration.

Why does Medicaid cover gender transition—related health care in only a limited number of states, whereas Medicare (a federal program) covers it in all states? This is most likely explained by the fact that Medicaid is a combined federal and state program, managed by each state's government policies. Any opposition to coverage must either originate, or at a minimum pass through, each state's policy-making bodies. Although such opposition could be from medical-scientific disagreement with empiric data showing that gender transition—related health care improves quality of life and decreases costs to our health care system, our work found no evidence of writings or debate arguing that these data were incorrect, or, suggesting that transgender people were better served without gender transition—related health care among the states that explicitly

deny or are silent about coverage. However, we did find that, by contrast, virtually all states that do cover transition-related care have webpage content which announced to the public that they do so and explained the rationale for their policy. All of these states' Medicaid program web-based content either states explicitly that any policy that denies access to transition-related care is discriminatory, and/or that transition-related care is recognized as "medically necessary".

We have also considered how to explain why, as our work showed, some state Medicaid programs cover gender transition—related services, whereas others do not. Given the abundance of empiric data that supports the benefit to patient quality of life, and cost-savings to state health care systems, it is hard to understand why some states would make such services inaccessible under Medicaid. We cannot answer this question definitively, but, results from our work leads us to conjecture that why some states' Medicaid programs do and others do not cover GAHT and GAS depends on whether or not the state (Medicaid program and state legislators that oversee it) view denial of access to these services as discrimination. For example, our work found that of the 25 states whose Medicaid programs cover GAS, 23 of these states have passed non-discrimination laws that specifically outlaw health care plan provisions that allow insurers to refuse outright coverage for gender transition—related health care.[38,39] This association was found to be significant ($r_S = 0.87$, $P < .01$). This will be an important observation to monitor in light of the June 12th, 2020, U.S. Federal Government policy announcement that it would direct the Department of Health and Human Services to more narrowly define sex discrimination in health care as being based on an individual's biological birth sex, while excluding both gender identity and sexual orientation as bases of discrimination. This policy would make it legal for health insurers to deny coverage for medically necessary gender transition—related health care and services.

Medicaid expansion became effective January 1st, 2014, and allowed for the expansion of Medicaid eligibility to individuals and families with annual incomes at or below 138% of the federal poverty line. The expansion of Medicaid inclusion is of particular importance to the U.S. transgender population as a 2015 national survey of transgender individuals found that 38% of respondents had household incomes that would fall within the Medicaid expansion range.[3] We observed a significant correlation between states whose Medicaid programs do not provide coverage for GAHT and GAS and states who have not adopted the expansion of Medicaid under the ACA.[40] Currently 14 states have not adopted Medicaid expansion per the ACA. Our study found that GAHT and GAS are not covered benefits in 7 of 14 (50%, $r_S = 0.56$, $P < .01$) and 12 of 14 (86%, $r_S = 0.62$, $P < .01$) of these states, respectively.

Another finding from our work which warrants consideration is that among the state Medicaid Programs that do cover GAHT (34/51) and GAS (25/51) (methods, steps 1-3A), only a relatively small fraction of these states advertised their coverage

DHHRBMS015463

USCA4 Appeal: 22-1927    Doc: 20-2    Filed: 10/31/2022    Pg: 502 of 505

GAHT and GAS for Transgender Patients: A State-by-State Review                                        419

Table 1. Inconsistent responses regarding coverage for GAS we encountered when it was necessary to call some state Medicaid program offices twice (methods, step 2)

| | Responses from state Medicaid office | |
|---|---|---|
| State | State Medicaid Office response: FIRST telephone call (*Methods Step 2*) | State Medicaid office response: SECOND telephone call (*Methods Step 2*) |
| Michigan | Told "GAS *is* a covered benefit if 'medically necessary'" | Told "we cannot confirm if GAS is a covered benefit" |
| Mississippi | Told "GAS is *probably* not a covered benefit" | Told "procedure codes are required in order to confirm if GAS is a covered benefit" |
| Utah | Told "GAS is *generally* not a covered benefit, but has been covered in the past" | Told "GAS *is not* a covered benefit" |
| Virginia | Told "GAS is not a covered a covered benefit" | Told "procedure codes are required in order to confirm if GAS is a covered benefit" |

GAS = gender-affirming surgery.

policy on their Medicaid program web content (for GAHT only 12 of 34 states did so, and for GAS, only 16 of 25 states did so). At face value, it makes sense for a program to clearly state their coverage policies, as doing so not only serves the public interest (ie, yields good patient/customer experience), but also reduces un-necessary phone calls with questions to the Medicaid program patient help hotlines. It is possible that the reason that the states whose Medicaid programs do cover these services but do not state doing so on their Medicaid program web content do so under the influence of Medicaid services administrators and/or state legislators, and/or providers opposed to providing these services to transgender people. However, we did consider other explanations too: some state Medicaid programs may not disclose coverage of transition-related health care services because they have "too few" or "no" transgender care—specialized providers. This explanation seems less likely; however, given that most all states today have at least some transgender-dedicated clinics and providers.

A question that no state's Medicaid Program Handbook or webpages addressed is what options patients have when their state Medicaid does cover less commonly offered services such as GAS, but there are either no providers within the state who do GAS, or, there are no providers within the state who accept Medicaid reimbursement for GAS. In such cases, despite benefits "coverage", Medicaid patients will go without care. It would be helpful for patients if Medicaid programs addressed this difficult situation, and offered options such as allowing patients to receive treatment from out of state Medicaid providers.

The second aim of our research was to provide an estimate of how easy or difficult it is for patients to simply confirm whether their state Medicaid program benefits cover transition-related care. How much effort should patients be expected to have to expend to confirm whether or not their insurance covers a medically necessary service? If we assume that a "reasonable effort" constitutes 1. An internet search of their state's Medicaid Program web-based Services Handbook (which is specifically designed for public use to answer such questions), and/or 2. A telephone call to the Medicaid program patient services hotline to confirm coverage (our methods steps 1-2), then our findings

suggest that more than half of U.S. states do not meet this standard. For example, by our research methods steps 1-2, we were able to confirm a clear policy regarding coverage of GAHT in only 26 of 51 (51%), and for GAS in only 36 of 51 (71%) of the states. It is our opinion that it is not reasonable to expect patients to have to do more than steps 1 and 2 simply to confirm whether or not they have access to medically necessary transition-related care. It should be noted that the aforementioned statistics do not address the negative impact on patients when the "explicit policy" is to deny coverage for transition-related GAHT and GAS.

The process to confirm access to care is time-consuming. Patients who would have to make telephone calls, as we did, to complete methods steps 2-3A (calling state Medicaid offices and Medicaid MCOs) to confirm services for GAHT (76% of states) and GAS (49% of states) must spend a significant amount of time on the telephone to confirm coverage: for GAHT, an average of 31.8 minutes (range 1.5-124.8) over an average of 3.0 calls (range 1-10) (Figure 4), and for GAS, an average of 33.2 minutes (range 1.5-119.8) over 3.3 calls (range 1-12) (Figure 5). These results do not include the time that was required to review state's Medicaid Program web-based Services Handbooks (methods, step 1) which can also be significantly time-consuming. A recent study found that it can take on average > 50 min to review a private insurance company's online insurance information to determine gender transition—related coverage.[41]

Besides being time-consuming, the process to confirm access to gender transition—related care under Medicaid can be frustrating for patients in other ways. For example, information from the Medicaid office was most often not straight-forward; representatives at state Medicaid offices would often ask us to call other departments (pharmacy/billing), individual state insurance plans, or direct supervisors to obtain coverage information. Such time delays and need for multiple telephone "hand-offs" during a single call disfavors patients who work during normal business hours and cannot afford extended time for telephone calls, and people with language barriers and/or modest communication skills.

DHHRBMS015464

JA1072

420                                                                                                    Zaliznyak et al

The process to confirm access to gender transition—related care under Medicaid can also be opaque and contradictory (Table 1). For example, nearly all states and territories initially classified as "indeterminate" required at least one additional follow-up phone call to confirm coverage (methods, steps 2 and 3A). During these follow-up phone calls, we often received answers/responses regarding whether or not GAHT/GAS are covered benefits that contradicted previous statements from the same Medicaid program office or MCO (Table 1). We estimate that telephone calls to approximately 50% of all states classified as "indeterminate" yielded contradictory information of the types shown in Table 1.

Some telephone call exchanges with Medicaid representatives were notable for responses that were "negatively uncertain". For example, Medicaid program representatives from some states responded that while their Medicaid program has covered GAS in the past, coverage is "typically an exception", and is as such, "not common." Some Medicaid program representatives said that they "have been instructed to say" that GAS and/or GAHT are "generally not covered."

Finally, representatives from some states' Medicaid program offices (Alaska, Georgia, Idaho, Mississippi, Missouri, Tennessee, Texas, Utah, Virginia, and Wyoming) told us by telephone that they could only confirm whether GAHT and/or GAS are covered benefits if we provided CPT (medical procedure) codes, or, unless the patient's physician called a specific telephone hotline to inquire. Opaque, contradictory and/or "negatively uncertain" responses from Medicaid program office representatives are likely frustrating and discouraging for transgender patients, and for some, could possibly encourage distrust of their Medicaid health care system.

## Strengths and Limitations

A strength of our study is that our research group has expertise in the very services we were inquiring about, as we are a high-volume tertiary-care center for gender-affirming care that includes genital GAS and GAHT, which regularly provides these services to patients covered by both Medicaid- and Medicaid-managed care plans. As such, we are likely more adept at navigating Medicaid services than the average patient. Another strength of the study design is that to better understand barriers actual patients face, we acted as proxies for real Medicaid patients and approached confirming access to care as a real patient seeking services might: by using the internet and contacting their state's Medicaid program office. However, despite our expertise with transgender health care, we were careful to not leverage this expertise in the course of our inquiries, as this would make the findings we report less representative of what actual patients experience. For example, some Medicaid programs requested surgical procedure CPT codes before they could confirm the availability of surgical services. We did not provide these as doing so would be out of line with what information that an actual patient could be expected to provide.

A limitation of our study design is that in an effort to more definitively determine whether GAS and GAHT are or are not available in a given state, it could be that we were more adept at navigating Medicaid Program office helplines and/or we were persistent than some actual patients would be. If so, this would bias our results to underestimate how long it takes for a real patient to correctly conclude whether GAS and GAHT are or are not covered benefits in their state. Another limitation of our study is that we did not confirm which specific hormone formulations or specific genital gender affirming procedures would or would not be covered by each state's Medicaid programs. Drug formulation and surgical procedure—specific details are not information that a Medicaid office can readily access or share. In addition, these details would presumably vary by provider, as well. It is certainly possible that some Medicaid programs or their MCOs may have distinctions regarding coverage of certain services over others, and potential Medicaid enrollees should continue to work with their insurance carriers and health care providers to ensure that their healthcare needs will be covered.

## CONCLUSIONS

By our research approach, we were able to confirm that GAHT and genital GAS are covered benefits under the Medicaid programs in only 34 of 51 (67%) and 25 of 51 (49%) states, respectively, and in none of the 5 U.S. territories. Our work found that the process to confirm coverage of these services by individual state Medicaid programs is opaque, time-consuming, and represents a barrier to care that warrants improvement. We speculate that based on our findings the strongest predictor for whether or not a state's Medicaid program includes gender transition—related care as a covered benefit is whether or not it has legal statutes in place that recognize denial of care based on gender identity as discriminatory. To date, this is the most thorough work to confirm coverage of these services nationwide.

**Corresponding Author:** Maurice M. Garcia, MD, MAS, Division of Urology, Cedars-Sinai Medical Center, Los Angeles, CA, USA. Tel: 310 423-4707; Fax: 310 423-4711; E-mail: maurice.garcia@cshs.org

Conflict of Interest: None.

*Funding:* None.

## STATEMENT OF AUTHORSHIP

**Michael Zaliznyak**: Writing - Original Draft, Formal Analysis, Conceptualization, Methodology, Investigation, Resources, Writing - Review & Editing, Project Administration, Resources. **Eric E. Jung**: Writing - Original Draft, Formal Analysis, Conceptualization, Methodology, Investigation, Resources, Writing - Review & Editing, Funding Acquisition, Project Administration. **Catherine Bresee**: Writing - Original Draft, Formal Analysis, Conceptualization, Methodology, Investigation, Resources, Writing - Review & Editing,

DHHRBMS015465

**JA1073**

GAHT and GAS for Transgender Patients: A State-by-State Review

Funding Acquisition, Project Administration. **Maurice M. Garcia**: Writing – Original Draft, Formal Analysis, Conceptualization, Methodology, Investigation, Resources, Writing - Review & Editing, Funding Acquisition, Project Administration.

## REFERENCES

1. American Psychological Association. What does transgender mean?. Available from: https://www.apa.org/topics/lgbt/transgender. Accessed May 18, 2020.

2. Flores AR, Herman J, Gates GJ, et al. How many adults identify as transgender in the United States?; online resource Los Angeles, CA: The Williams Institute, UCLA School of Law; 2016. p. 1.

3. James SE, Herman JL, Rankin S, et al. The Report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality. 2016.

4. Semega J, Kollar Melissa, Creamer John, et al; U.S. Census Bureau. Income and poverty in the United States: 2018. Current Population Reports, P60-266. Washington, D.C.: U.S. Census Bureau; 2019.

5. Substance Abuse and Mental Health Services Administration. Key substance use and mental health indicators in the United States: Results from the 2018 National Survey on Drug Use and Health. Rockville, MD: Center for Behavioral Health Statistics and Quality, Substance Abuse and Mental Health Services Administration; 2019.

6. Weissman JF, Pratt LA, Miller EA, et al. Serious Psychological Distress Among Adults: United States, 2009-2013. NCHS Data Brief 2015;203:1-8.

7. Clements-Nolle K, Marx R, Katz M. Attempted suicide among transgender persons: The influence of gender-based discrimination and victimization. J Homosex 2006;51:53-69.

8. Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. Psychoneuroendocrinology 2014;39:65-73.

9. Brennan J, Kuhns LM, Johnson AK, et al. Syndemic theory and HIV-related risk among young transgender women: the role of multiple, co-occurring health problems and social marginalization. Am J Public Health 2012;102:1751-1757.

10. Padula WV, Heru S, Campbell JD. Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis. J Gen Intern Med 2016;31:394-401.

11. Zaliznyak M, Bresee C, Garcia MM. Age at First Experience of Gender Dysphoria Among Transgender Adults Seeking Gender-Affirming Surgery. JAMA Netw Open 2020; 3:e201236.

12. Heylens G, Elaut E, Kreukels BP, et al. Psychiatric characteristics in transsexual individuals: multicentre study in four European countries. Br J Psychiatry 2014;204:151-156.

13. Coleman E, Bockting W, Botzer M, et al. Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7. Int J Transgenderism 2012; 13:165-232.

14. Costa R, Colizzi M. The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review. Neuropsychiatr Dis Treat 2016;12:1953-1966.

15. Wierckx K, Van Caenegem E, Elaut E, et al. Quality of life and sexual health after sex reassignment surgery in transsexual men. J Sex Med 2011;8:3379-3388.

16. Padula WV, Baker K. Coverage for Gender-Affirming Care: Making Health Insurance Work for Transgender Americans. LGBT Health 2017;4:244-247.

17. Hsieh S, Leininger J. Resource list: Clinical care programs for gender-nonconforming children and adolescents. Pediatr Ann 2014;43:238-244.

18. Canner JK, Harfouch O, Kodadek LM, et al. Temporal Trends in Gender-Affirming Surgery Among Transgender Patients in the United States. JAMA Surg 2018;153:609-616.

19. Lane M, Ives GC, Sluiter EC, et al. Trends in Gender-affirming Surgery in Insured Patients in the United States. Plast Reconstr Surg Glob Open 2018;6:e1738.

20. Mallory C, Tentindo W; Williams Institute (University of California Los Angeles. School of Law). Medicaid coverage for gender-affirming care. Los Angeles, CA: The Williams Institute, UCLA School of Law; 2019. p. 1; online resource.

21. Meerwijk EL, Sevelius JM. Transgender Population Size in the United States: a Meta-Regression of Population-Based Probability Samples. Am J Public Health 2017;107:e1-e8.

22. Medicaid.gov. December 2018 Medicaid & CHIP Enrollment Data Highlights. Available from: https://www.medicaid.gov/medicaid/program-information/medicaid-and-chip-enrollment-data/report-highlights/index.html.

23. U.S. Department of Health & Human Services. Discrimination on the Basis of Sex. Available from: https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.

24. Department of Health Care Services. All Plan Letter 13-011: Ensuring Access to Transgender Services from Toby Douglas, Dir., Cal. Dep't. of Health Care Servs., to All Medi-Cal Managed Care Health Plans. Available from, https://www.dhcs.ca.gov/formsandpubs/Documents/MMCDAPLsandPolicyLetters/APL2013/APL13-011.pdf.

25. Movement Advancement Project. Equality Maps: Healthcare Laws and Policies. Available from, http://lgbtmap.org/equality-maps/healthcare_laws_and_policies.

26. Bakko M, Kattari SK. Differential Access to Transgender Inclusive Insurance and Healthcare in the United States: Challenges to Health across the Life Course. J Aging Soc Policy 2019.

27. Medicaid.gov. State Overviews. Available from: https://www.medicaid.gov/state-overviews/index.html; Accessed May 18, 2020.

28. Centers for Medicare & Medicaid Services. The Center for Consumer Information & Insurance Oversight. Available from: https://www.cms.gov/cciio/Resources/consumer-assistance-grants. Accessed May 18, 2020.

29. Macapagal K, Bhatia R, Greene GJ. Differences in Healthcare Access, Use, and Experiences Within a Community Sample of Racially Diverse Lesbian, Gay, Bisexual, Transgender, and Questioning Emerging Adults. LGBT Health 2016;3:434-442.

DHHRBMS015466

**JA1074**

30. Daniel H, Butkus R. Lesbian, Gay, Bisexual, and Transgender Health Disparities: Executive Summary of a Policy Position Paper From the American College of Physicians. **Ann Intern Med** 2015;163:135-137.

31. Olson KR, Durwood L, DeMeules M, et al. Mental Health of Transgender Children Who Are Supported in Their Identities. **Pediatrics** 2016;137:e20153223.

32. Owen-Smith AA, Gerth J, Sineath RC, et al. Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals. **J Sex Med** 2018;15:591-600.

33. Drydakis N. Trans people, well-being, and labor market outcomes. **IZA World of Labor** 2017;2017:386.

34. Drydakis N. Trans employees, transitioning, and job satisfaction. **J Vocational Behav** 2016;98:1-16.

35. Martinez LR, Sawyer KB, Thoroughgood CN, et al. The importance of being "me": The relation between authentic identity expression and transgender employees' work-related attitudes and experiences. **J Appl Psychol** 2017;102:215-226.

36. American Medical Association. Removing Financial Barriers to Care for Transgender Patients. Available from, https://policysearch.ama-assn.org/policyfinder/detail/Removing%20Financial%20Barriers%20to%20Care%20for%20Transgender%20Patients%20H-185.950?uri=%2FAMADoc%2FHOD.xml-0-1128.xml. Accessed May 18, 2020

37. American Public Health Association. Promoting Transgender and Gender Minority Health through Inclusive Policies and Practices. Available from, https://www.apha.org/policies-and-advocacy/public-health-policy-statements/policy-database/2017/01/26/promoting-transgender-and-gender-minority-health-through-inclusive-policies-and-practices. Accessed May 18, 2020.

38. Movement Advancement Project. *Healthcare Laws and Policies: Nondiscrimination in Private Insurance (and Bans on Transgender Exclusions)*. Available from: https://www.lgbtmap.org/img/maps/citations-nondisc-insurance.pdf. Accessed May 18, 2020.

39. "Stateline - an initiative of The Pew Charitable Trusts. States Diverge on Transgender Health Care. Available from, https://www.pewtrusts.org/en/research-and-analysis/blogs/stateline/2019/07/17/states-diverge-on-transgender-health-care. Accessed May 18, 2020.

40. Kaiser Family Foundation. Status of State Medicaid Expansion Decisions: Interactive Map. Available from, https://www.kff.org/medicaid/issue-brief/status-of-state-medicaid-expansion-decisions-interactive-map/. Accessed May 18, 2020.

41. Dowshen NL, Christensen J, Gruschow SM. Health Insurance Coverage of Recommended Gender-Affirming Health Care Services for Transgender Youth: Shopping Online for Coverage Information. **Transgend Health** 2019;4:131-135.

## SUPPLEMENTARY DATA

Supplementary data related to this article can be found at https://doi.org/10.1016/j.jsxm.2020.11.016.

DHHRBMS015467

**JA1075**