FILED: November 8, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-1927
(3:20-cv-00740)

_____

CHRISTOPHER FAIN; SHAUNTAE ANDERSON, individually and on behalf of all others similarly situated

       Plaintiffs - Appellees

v.

WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, Bureau for Medical Services

       Defendants - Appellants

------------------------------

STATE OF WEST VIRGINIA

       Amicus Supporting Appellant

_____

O R D E R

_____

State of West Virginia has filed an amicus curiae brief.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk