No. 22-1927

In The

# United States Court of Appeals for the Fourth Circuit

---

**CHRISTOPHER FAIN and SHAUNTAE ANDERSON, individually and on behalf of all others similarly situated,**

*Plaintiffs-Appellees,*

v.

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner of the West Virginia Bureau for Medical Services; and WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES,**

*Defendants-Appellants.*

---

On Appeal from the U.S. District Court for the Southern District of West Virginia
No. 3:20-cv-00740

---

## UNOPPOSED MOTION OF PLAINTIFFS-APPELLEES FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX

---

Avatara Smith-Carrington
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC  20006-2304
Phone: 202-804-6245

Anna P. Prakash
Nicole J. Schladt
NICHOLS KASTER, PLLP
80 South 8th Street,
Suite 4700
Minneapolis, MN 55402
Phone: 612-256-3200

*Additional counsel for Plaintiffs-Appellees listed on following page.*

Tara L. Borelli
Carl Charles
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 470-225-5341

Nora Huppert
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Phone: 312-663-4413

Walt Auvil
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058

*Counsel for Plaintiffs-Appellees*

COME NOW the Plaintiffs-Appellees, and for their Unopposed Motion for Leave to File a Supplemental Appendix, state as follows:

1.    In preparing their Responsive Brief, Plaintiffs-Appellees have discovered that two pages of a deposition transcript were inadvertently omitted from the parties' Joint Appendix.  A heavily redacted version of these pages currently appears in the Joint Appendix (JA1314-1315), but the unredacted version[1] contains important testimony related to the standing of Plaintiff-Appellee Shauntae Anderson.  Plaintiffs-Appellees respectfully move the Court for leave to file a Supplemental Appendix with the two additional pages of unredacted deposition testimony. The proposed Supplemental Appendix is filed concurrently herewith.

2.    It is vital for this Court to have access to all relevant factual information while it reviews this case.  Accordingly, Plaintiffs-Appellees seek to supplement the record with two pages of deposition testimony by Ms. Anderson introducing information regarding the medical providers who would refer Ms. Anderson for gender-confirming surgical care were it not barred by West Virginia Medicaid's exclusion for "transsexual surgery."

3.    Pursuant to Local Rule 30(c), these pages are a matter of record because they were filed in the district court at ECF No. 262-4.

---

[1] The portion of Ms. Anderson's deposition transcript that Plaintiffs-Appellees seek to supplement the record with contains more limited redactions of protected health information.

1

4.     Counsel for Defendants-Appellants has been notified of the filing of this motion. Counsel does not oppose the granting of this motion.

5.     Good cause exists to grant this motion for leave to file a Supplemental Appendix since the omission of these pages was inadvertent, the Supplemental Appendix will consist of only two additional pages of deposition testimony, and the motion is unopposed.

Dated: November 30, 2022         Respectfully submitted,

/s/ Avatara Smith-Carrington
 Avatara Smith-Carrington         Anna P. Prakash
 LAMBDA LEGAL DEFENSE AND      Nicole J. Schladt
 EDUCATION FUND, INC.         NICHOLS KASTER, PLLP
 1776 K Street, N.W., 8th Floor     80 South 8th Street
 Washington, DC 20006-2304     Suite 4700
 Phone: 202-804-6245         Minneapolis, MN 55402
                          Phone: 612-256-3200
 Tara L. Borelli
 Carl Charles               Walt Auvil
 LAMBDA LEGAL DEFENSE AND      THE EMPLOYMENT LAW CENTER, PLLC
 EDUCATION FUND, INC.         1208 Market Street
 1 West Court Square, Ste. 105     Parkersburg, WV 26101
 Decatur, GA 30030         Phone: 304-485-3058
 Phone: 470-225-5341

 Nora Huppert
 LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
 65 E. Wacker Pl., Suite 2000
 Chicago, IL 60601
 Phone: 312-663-4413

*Counsel for Plaintiffs-Appellees*

2

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing filing complies with the typeface requirements of Federal Rule of Appellate Procedure ("Rule") 32(a)(5) and the type-style requirements of Rule 32(a)(6).

1.    Exclusive of the exempted portions of the motion, as provided in Fed. R. App. P. 32(f), the brief contains 275 words.

2.    The brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font. As permitted by Rule 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated:  November 30, 2022            /s/ Avatara Smith-Carrington
                                     Avatara Smith-Carrington
                                     LAMBDA LEGAL DEFENSE AND EDUCATION
                                     FUND, INC.
                                     1776 K Street, N.W., 8th Floor
                                     Washington, DC  20006-2304
                                     Phone: 202-804-6245

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I filed the foregoing document through the Court's CM/ECF system, which will serve an electronic copy on all registered counsel of record.

Dated: November 30, 2022

/s/ Avatara Smith-Carrington
Avatara Smith-Carrington
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: 202-804-6245

Tara L. Borelli
Carl Charles
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 470-225-5341

Nora Huppert
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Phone: 312-663-4413

Anna P. Prakash
Nicole J. Schladt
NICHOLS KASTER, PLLP
80 South 8th Street, Suite 4700
Minneapolis, MN 55402
Phone: 612-256-3200

Walt Auvil
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058

*Counsel for Plaintiffs-Appellees*

4