**No. 22-1927**

IN THE

# United States Court of Appeals for the Fourth Circuit

**CHRISTOPHER FAIN and SHAUNTAE ANDERSON, individually and on behalf of all others similarly situated,**

***Plaintiffs-Appellees,***

**v.**

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner of the West Virginia Bureau for Medical Services; and WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES,**

***Defendants-Appellants*.**

On Appeal from the U.S. District Court for the Southern District of West Virginia
No. 3:20-cv-00740

## SUPPLEMENTAL APPENDIX

Avatara Smith-Carrington
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: 202-804-6245

Anna P. Prakash
Nicole J. Schladt
NICHOLS KASTER, PLLP
80 South 8th Street
Suite 4700
Minneapolis, MN 55402
Phone: 612-256-3200

*Additional counsel for Plaintiffs-Appellees listed on following page.*

Tara L. Borelli
Carl Charles
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 470-225-5341

Nora Huppert
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Phone: 312-663-4413

Walt Auvil
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058

*Counsel for Plaintiffs-Appellees*

## TABLE OF CONTENTS

**Page**

Excerpt of Deposition of Shauntae Anderson taken April 22, 2022 (DE262-4) ........ SA1

cover it, and they know what kind of distress that would cause me to even talk about it.

Q. How do you know that that's why no doctor has said that on the record?

MS. BUCHERT: Objection to form.

THE WITNESS: Because they've all mirrored the same thing when we've had these conversations. It's not covered by Medicaid.

BY MS. CYRUS:

Q. So you've discussed --

A. So there is no sense in them discussing it any further.

Q. So you have discussed with physicians the fact that breast augmentation and vaginoplasty would not be covered by Medicaid?

MS. BUCHERT: Objection to form.

THE WITNESS: No. The doctors have discussed with me that it's not covered. So there is nothing that they can do about it.

BY MS. CYRUS:

Q. And who were the doctors who discussed that with you?

THE WITNESS: Do I have to answer that question.

MS. BUCHERT: Shauntae, yes, you have to answer the questions unless we instruct you not to.

THE WITNESS: Dr. [redacted] and Dr. [redacted].

BY MS. CYRUS:

Q. I mean, have Dr. [redacted] and Dr. [redacted] told you that if it were covered by Medicaid they would recommend you have breast augmentation and vaginoplasty?

MS. BUCHERT: Objection to form.

THE WITNESS: They both have instructed me that they would refer me to the places that -- for the next step in my gender confirmation.

BY MS. CYRUS:

Q. Do you know if any of your medical records say that?

MS. BUCHERT: Objection to form.

THE WITNESS: To my knowledge, no.

BY MS. CYRUS:

Q. So have you ever made a claim with Medicaid requesting that it or one of the MCOs, your MCO, pay for you to have breast augmentation and vaginoplasty?

A. No, I have not.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I filed the foregoing document through the Court's CM/ECF system, which will serve an electronic copy on all registered counsel of record.

Dated: November 30, 2022

/s/ Avatara Smith-Carrington
Avatara Smith-Carrington
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: 202-804-6245

Tara L. Borelli
Carl Charles
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 470-225-5341

Nora Huppert
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Phone: 312-663-4413

Anna P. Prakash
Nicole J. Schladt
NICHOLS KASTER, PLLP
80 South 8th Street, Suite 4700
Minneapolis, MN 55402
Phone: 612-256-3200

Walt Auvil
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058

*Counsel for Plaintiffs-Appellees*