RECORD NO. 22-1927

In The
# United States Court of Appeals
For The Fourth Circuit

**CHRISTOPHER FAIN; SHAUNTAE ANDERSON,**
individually and on behalf of all others similarly situated,

*Plaintiffs – Appellees*,

v.

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES,** Bureau for Medical Services,

*Defendants – Appellants*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE AMERICAN MEDICAL ASSOCIATION AND FOUR ADDITIONAL HEALTH CARE ORGANIZATIONS IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

---

**Howard S. Suskin**
**Lillian M. McGuire**
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

**Matthew D. Cipolla**
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1600

**Christina M. Isnardi**
JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
(202) 639-6000

**Shana L. Fulton**
**Sarah M. Saint**
BROOKS PIERCE MCLENDON
 HUMPHREY & LEONARD, LLP
Suite 2000 Renaissance Plaza
230 North Elm Street (27401)
Post Office Box 26000
Greensboro, North Carolina 27420
(336) 373-8850

*Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a), the American Medical Association and Four Additional Health Care Organizations move for leave to file an *amici curiae* brief in support of affirmance and Plaintiffs-Appellees. The proposed brief accompanies this Motion.

## INTEREST AND IDENTITY OF *AMICI CURIAE*

*Amici curiae* are five leading medical, mental health, and other health care organizations. Collectively, *amici* represent hundreds of thousands of physicians and mental-health professionals, including specialists in family medicine, mental health treatment, internal medicine, endocrinology, obstetrics and gynecology, and thousands of nurses.

*Amicus* the American Medical Association ("AMA") is the largest professional association of physicians, residents, and medical students in the United States. Additionally, through state and specialty medical societies and other physician groups seated in its House of Delegates, substantially all physicians, residents, and medical students in the United States are represented in the AMA's policy-making process. The AMA was founded in 1847 to promote the art and science of medicine and the betterment of public health, and these remain its core purposes. AMA members practice in every medical specialty and in every state.

*Amicus* the American Psychiatric Association ("APA"), with more than 37,400 members, is the Nation's leading organization of physicians who specialize

in psychiatry. The APA has participated in numerous cases in the Supreme Court and in the United States Courts of Appeals. The APA opposes all public and private discrimination against transgender and gender-diverse individuals, including in health care. *See* Jack Drescher et al., Am. Psychiatric Ass'n, *Position Statement on Discrimination Against Transgender and Gender Diverse Individuals* 1 (2018), https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2018-Discrimination-Against-Transgender-and-Gender-Diverse-Individuals.pdf.

*Amicus* the Endocrine Society is the oldest and largest global professional membership organization representing the field of endocrinology. The Endocrine Society's more than 18,000 members care for patients and are dedicated to advancing hormone research and excellence in the clinical practice of endocrinology, focusing on diabetes, obesity, osteoporosis, infertility, rare cancers, and thyroid conditions.

*Amicus* the National Association of Nurse Practitioners in Women's Health ("NPWH") is a national professional membership organization. NPWH is the nation's leading voice for courageous conversations about women's health. NPWH gives voice to over 12,000 certified women's health nurse practitioners in the United States, as well as other advanced practice registered nurses (APRNs) providing women's health and gender related care. NPWH sets a standard of excellence by

2

translating and promoting the latest research and evidence-based clinical guidance, providing high quality continuing education, and advocating for patients, providers, and the NPWH profession. NPWH's mission includes protecting and promoting a woman's right to make her own choices regarding her health and well-being within the context of her lived experience and her personal, religious, cultural, and family beliefs. Since its inception in 1980 NPWH has been a trusted source of information on nurse practitioner education, practice, and women's health issues.

Women's health and gender related nurse practitioners champion state-of-the-science healthcare that holistically and inclusively addresses the unique needs of women across their lifetimes. NPWH works with a wide range of individuals and groups within nursing, medicine, the healthcare industry, and the women's health community.

*Amicus* the Society of OB/GYN Hospitalists ("SOGH") is a national organization of more than 1,500 women's healthcare physicians and medical professionals and is the only national medical subspecialty organization whose members specialize in inpatient obstetrics and gynecologic care. SOGH is committed to improving outcomes for hospitalized women and to patient safety and quality care for all women. As frontline, hospital-based providers of women's healthcare, SOGH is uniquely positioned to advocate for justice and tolerance

3

through evidence-based care, research, and policy development. SOGH rejects discriminatory practices that jeopardize patient care.

All *amici* share a commitment to improving the physical and mental health of all individuals—regardless of gender identity—and to informing and educating lawmakers, the judiciary, and the public regarding the public-health impacts of laws and policies. *Amici* submit this brief to inform the Court of the medical consensus regarding what it means to be transgender; the protocols for the treatment of gender dysphoria, which include living in accordance with one's gender identity in all aspects of life; and the predictable harms to the health and well-being of transgender individuals who are denied access to necessary medical treatments to do so.

## DESIRABILITY OF AN *AMICUS* BRIEF

*Amici* feel a responsibility to inform this Court about the nearly-universally agreed upon best practices when treating transgender individuals for gender dysphoria and providing gender-conforming care. *Amici*, as leading healthcare providers both within the State of West Virginia and beyond, are in a unique position to inform the Court about the proper treatments for people experiencing gender dysphoria, the negative health outcomes when gender dysphoria is left untreated, and other health concerns that could arise from lack of coverage by State health care plans. *Amici* believe that the information contained in their proposed brief will assist

4

the Court in its deliberations by presenting a complete and accurate description of the medical conditions and treatments at issue in this pending appeal.

Proposed *Amici Curiae* therefore respectfully request that the Court grant them permission to file an *amici curiae* brief in support of Plaintiffs-Appellees and affirmance.

Counsel for *Amici Curiae* reached out to the parties to seek consent to file this brief. Counsel for Plaintiffs consented to the filing of the *amicus* brief, and counsel for Defendants did not.

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), no party's counsel authored this brief in whole or in part. No person other than *amici* and their counsel contributed any money intended to fund the preparation or submission of this brief.

WHEREFORE, for the foregoing reasons and those included in the brief of *amici curiae*, the American Medical Association and Four Additional Health Care Organizations respectfully request leave to file the attached brief.

Respectfully submitted,

Date: December 7, 2022

/s/ Howard S. Suskin

Matthew D. Cipolla
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600

Howard S. Suskin
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350

5

| | |
|---|---|
| Shana L. Fulton<br>Sarah M. Saint<br>BROOKS PIERCE MCLENDON<br>HUMPHREY & LEONARD, LLP<br>Suite 2000 Renaissance Plaza<br>230 North Elm Street (27401)<br>P.O. Box 26000<br>Greensboro, NC 27420-6000<br>(336) 373-8850 | Christina M. Isnardi<br>JENNER & BLOCK LLP<br>1099 New York Avenue NW<br>Suite 900<br>Washington, DC 20001<br>(202) 639-6000 |

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    [ X ] this motion contains [949] words.

    [   ] this motion uses a monospaced type and contains [*state the number of*] lines of text.

2. This motion complies with the typeface and type style requirements because:

    [ X ] this motion has been prepared in a proportionally spaced typeface using [*Microsoft Word 365*] in [*14pt Times New Roman*]; *or*

    [   ] this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

Date: December 7, 2022                    /s/ Howard S. Suskin
                                              Howard S. Suskin

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing Motion to be electronically filed with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system on December 7, 2022. I further certify that all participants in this case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

Date: December 7, 2022        /s/ Howard S. Suskin
                                                Howard S. Suskin