# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 8, 2022

_____

RESPONSE REQUESTED

_____

No. 22-1927,   <u>Christopher Fain v. William Crouch</u>
               3:20-cv-00740

TO:   William Crouch
      West Virginia Department of Health and Human Resources
      Cynthia Beane

RESPONSE DUE: 12/19/2022

Response is required to the motions to file amicus brief on or before 12/19/2022.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Richard H. Sewell, Deputy Clerk
804-916-2702