NO. 22-1927

In The

# United States Court Of Appeals
## For The Fourth Circuit

**CHRISTOPHER FAIN; SHAUNTAE ANDERSON,**
**individually and on behalf of all others similarly situated,**
*Plaintiffs - Appellees,*

**v.**

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; and WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, Bureau for Medical Services,**
*Defendants – Appellants.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON**

———————————

**APPELLANTS' RESPONSE TO MOTIONS TO FILE AMICUS BRIEF**

———————————

**Kimberly M. Bandy**
**Lou Ann S. Cyrus**
**Caleb David**
**Roberta F. Green**
**SHUMAN MCCUSKEY SLICER PLLC**
**P. O. Box 3953**
**Charleston, WV  25339**
**(304) 345-1400**

*Counsel for Appellants*

Pursuant to Rules 27 and 29 of the Federal Rules of Appellate Procedure, the Appellants hereby respond to the Motions for Leave to File amicus brief (Docs. 34, 36-1, 37-1, 38). Upon review of said motions, the Appellants do not oppose the filing of the Motions for Leave to File amicus brief.

Respectfully submitted,

*/s/ Kimberly M. Bandy*
Kimberly M. Bandy
Lou Ann S. Cyrus
Caleb B. David
Roberta F. Green
SHUMAN MCCUSKEY SLICER PLLC
P.O. Box 3953
Charleston, WV  25339
(304) 345-1400

*Counsel for Appellants*

# CERTIFICATE OF COMPLIANCE

1.     This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this response contains 52 words.

2.     This document complies with the typeface requirements because it has been prepared in a proportional spaced typeface using Microsoft Word in 14-point Times New Roman font.

3.     As permitted by Rule 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Respectfully submitted,

*/s/ Kimberly M. Bandy*
Kimberly M. Bandy
Lou Ann S. Cyrus
Caleb B. David
Roberta F. Green
SHUMAN MCCUSKEY SLICER PLLC
P.O. Box 3953
Charleston, WV  25339
(304) 345-1400

*Counsel for Appellants*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on December 19, 2022, I filed the ***Appellants' Response to Motions to File Amicus Brief*** through the CM/ECF system established for the United States Court of Appeals for the Fourth Circuit, which will serve an electronic copy on all counsel of record.

/s/ *Kimberly M. Bandy*
Kimberly M. Bandy
Lou Ann S. Cyrus
Caleb B. David
Roberta F. Green
SHUMAN MCCUSKEY SLICER PLLC
P.O. Box 3953
Charleston, WV  25339
(304) 345-1400

*Counsel for Appellants*