FILED: December 19, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1927
(3:20-cv-00740)

_____

CHRISTOPHER FAIN; SHAUNTAE ANDERSON, individually and on behalf of all others similarly situated

      Plaintiffs - Appellees

v.

WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner for the West Virginia Bureau for Medical Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, Bureau for Medical Services

      Defendants - Appellants

------------------------------

STATE OF WEST VIRGINIA

Amicus Supporting Appellant

COLORADO; DELAWARE; DISTRICT OF COLUMBIA; FAIRNESS WEST VIRGINIA; MOUNTAIN STATE JUSTICE, INC.; NATIONAL HEALTH LAW PROGRAM; CENTER FOR MEDICARE ADVOCACY; CONSTITUTIONAL LAW PROFESSORS; AMERICAN MEDICAL ASSOCIATION; ENDOCRINE SOCIETY; NATIONAL ASSOCIATION OF NURSE PRACTITIONERS IN WOMEN'S HEALTH; AMERICAN PSYCHIATRIC ASSOCIATION; SOCIETY OF OB/GYN HOSPITALISTS; ILLINOIS; MAINE; MARYLAND;

MASSACHUSETTS; MINNESOTA; NEVADA; NEW JERSEY; NEW MEXICO; NEW YORK; OREGON; RHODE ISLAND; VERMONT; WASHINGTON

  Amici Supporting Appellee

---

## O R D E R

---

  Upon consideration of submissions relative to the motions to file amicus curiae briefs, the court grants the motions and accepts the amicus briefs filed by American Medical Association, American Psychiatric Association, Endocrine Society, National Association of Nurse Practitioners in Women's Health, Society of OB/GYN Hospitalists, National Health Law Program, Center for Medicare Advocacy, Constitutional Law Professors, Fairness West Virginia and Mountain State Justice, Inc.

            For the Court--By Direction

            <u>/s/ Patricia S. Connor, Clerk</u>