## CORPORATE DISCLOSURE STATEMENT

Amici curiae Fairness West Virginia and Mountain State Justice, Inc. certify that they are both nonprofit organizations, with no parent companies and no publicly traded stock. Amici certify that they are unaware of any publicly held corporation or similarly situated legal entity that has a direct financial interest in the outcome of this litigation.

<u>/s/ Jah Akande</u>
Jah Akande

*Counsel for Amici Curiae*

i