IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Christopher Fain; Shauntae Anderson, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>William Crouch, *in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources*; Cynthia Beane, *in her official capacity as Commissioner for the West Virginia Bureau for Medical Services*; West Virginia Department of Health and Human Resources, Bureau for Medical Services,<br><br>*Defendants-Appellants.* | Case No. 22-1927 |

## MOTION TO WITHDRAW NICOLE J. SCHLADT AS COUNSEL FOR PLAINTIFFS-APPELLEES

Pursuant to Local Rule 46(c), the undersigned counsel respectfully moves for an order to withdraw Nicole J. Schladt as counsel for Plaintiffs-Appellees Christopher Fain and Shauntae Anderson in the above-captioned appeal. Nicole J. Schladt is leaving Nichols Kaster, PLLP on March 24, 2023. Anna P. Prakash of Nichols Kaster, PLLP; Avatara Smith-Carrington, Tara L. Borelli, Carl Charles, and

Nora Huppert of Lambda Legal Defense and Education Fund, Inc.; and Walt Auvil of The Employment Law Center, PLLC remain as counsel of record for Plaintiffs.

Notice of Nicole J. Schladt's withdrawal was provided to Christopher Fain and Shauntae Anderson on March 22, 2023 and will be served via ECF upon all parties through their counsel of record.

Pursuant to Loc. R. 27(a) counsel for Plaintiffs-Appellees has conferred with counsel for Defendants-Appellants who indicated consent to granting the motion.

                                          Respectfully Submitted,

Dated: March 22, 2023              **NICHOLS KASTER, PLLP**

                                          /s/ Nicole J. Schladt
Anna P. Prakash
Nicole J. Schladt
NICHOLS KASTER, PLLP
80 South 8th Street
Suite 4700
Minneapolis, MN 55402
Phone: 612-256-3200

Avatara Smith-Carrington
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC 20006-2304
Phone: 202-804-6245

Tara L. Borelli
Carl Charles
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030

2

Phone: 470-225-5341

Nora Huppert
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Phone: 312-663-4413

Walt Auvil
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I filed the foregoing document through the Court's CM/ECF system, which will serve an electronic copy on all registered counsel of record.

Dated: March 22, 2023                           /s/ Nicole J. Schladt
                                                Nicole J. Schladt