FILED:  March 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1927
(3:20-cv-00740)

_____

CHRISTOPHER FAIN; SHAUNTAE ANDERSON, individually and on behalf
of all others similarly situated

        Plaintiffs - Appellees

v.

WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West
Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her
official capacity as Commissioner for the West Virginia Bureau for Medical
Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN
RESOURCES, Bureau for Medical Services

        Defendants - Appellants

------------------------------

STATE OF WEST VIRGINIA

        Amicus Supporting Appellant

COLORADO; DELAWARE; DISTRICT OF COLUMBIA; FAIRNESS WEST
VIRGINIA; MOUNTAIN STATE JUSTICE, INC.; NATIONAL HEALTH LAW
PROGRAM; CENTER FOR MEDICARE ADVOCACY; CONSTITUTIONAL
LAW PROFESSORS; AMERICAN MEDICAL ASSOCIATION; ENDOCRINE
SOCIETY; NATIONAL ASSOCIATION OF NURSE PRACTITIONERS IN
WOMEN'S HEALTH; AMERICAN PSYCHIATRIC ASSOCIATION;
SOCIETY OF OB/GYN HOSPITALISTS; ILLINOIS; MAINE; MARYLAND;
MASSACHUSETTS; MINNESOTA; NEVADA; NEW JERSEY; NEW
MEXICO; NEW YORK; OREGON; RHODE ISLAND; VERMONT;

WASHINGTON

Amici Supporting Appellee

_____

O R D E R

_____

The court grants Nicole J. Schladt's motion to withdraw from further

representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk