# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 28, 2023

_____

RESPONSE REQUESTED

_____

No. 22-1927,   <u>Christopher Fain v. William Crouch</u>
                  3:20-cv-00740

TO:   Shauntae Anderson
        Christopher Fain

RESPONSE DUE: 05/05/2023

Response is required to the motion for leave to participate in oral argument on or before 05/05/2023.

Richard H. Sewell, Deputy Clerk
804-916-2702