No. 22-1927

In The

# United States Court of Appeals for the Fourth Circuit

───────────────────────────

**CHRISTOPHER FAIN and SHAUNTAE ANDERSON, individually and on behalf of all others similarly situated,**

*Plaintiffs-Appellees,*

v.

**WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner of the West Virginia Bureau for Medical Services; and WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES,**

*Defendants-Appellants.*

───────────────────────────

On Appeal from the U.S. District Court for the Southern District of West Virginia
No. 3:20-cv-00740

───────────────────────────

**PLAINTIFFS-APPELLEES' RESPONSE TO THE STATE OF WEST VIRGINIA'S MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT AS AMICUS CURIAE**

───────────────────────────

Plaintiffs-Appellees respectfully submit the following Response to the Motion for Leave to Participate in Oral Argument (the "Motion") filed by *Amicus Curiae*, the state of West Virginia.

Although Plaintiffs-Appellees disagree with the substantive arguments and mischaracterizations of the record offered in the Motion, Plaintiffs-Appellees do

1

not oppose the State's request to participate in oral argument by dividing time with

Defendants-Appellants.

Dated: May 1, 2023

/s/ Avatara Smith-Carrington
Avatara Smith-Carrington
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street, N.W., 8th Floor
Washington, DC  20006-2304
Phone: 202-804-6245

Tara L. Borelli
Carl Charles
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 470-225-5341

Nora Huppert
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Phone: 312-663-4413

*Counsel for Plaintiffs-Appellees*

Respectfully submitted,

Anna P. Prakash
NICHOLS KASTER, PLLP
80 South 8th Street, Suite 4700
Minneapolis, MN 55402
Phone: 612-256-3200

Walt Auvil
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058

2

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing filing complies with the relevant type-volume limitation and typeface requirements of the Federal Rules of Appellate Procedure and Federal Circuit Rules.

1. Exclusive of the exempted portions of the brief, as provided in Fed. R. App. P. 32(f), this response contains 60 words.

2. This response has been prepared in proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font. As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: May 1, 2023                /s/ Avatara Smith-Carrington
                                                 Avatara Smith-Carrington
                                                 LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
                                                 1776 K Street, N.W., 8th Floor
                                                 Washington, DC 20006-2304
                                                 Phone: 202-804-6245