No. 22-1927

# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

CHRISTOPHER FAIN, *et al.*,

*Plaintiffs-Appellees*

*v.*

WILLIAM CROUCH, *et al.*,

*Defendants-Appellants*

On Appeal from the United States District Court for the
Southern District of West Virginia,
No. 3:20-cv-00740

## MOTION OF STATE OF MISSOURI AND 20 OTHER STATES FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANTS-APPELLANTS

*Amici Curiae*—the State of Missouri and 20 other States—respectfully moves this Court for leave under Federal Rules of Appellate Procedure 27 and 29 to file the attached proposed amicus brief in support of Defendants-Appellants.

1.  This lawsuit challenges the decision by a State not to fund interventions that some practitioners use in an attempt to treat gender

1

dysphoria. The district court determined that the decision not to fund was unlawful, and the State has appealed.

2. *Amici* States have a strong interest in this litigation because all States must make policy determinations about practices used to treat gender dysphoria. The Supreme Court has made clear that all *Amici* States have a strong interest in making policy decisions where scientific or medical evidence is unsettled. *See Marshall v. United States*, 414 U.S. 417, 427 (1974).

3. The proposed brief provides the Court with additional context and information about the scientific evidence in this area. *Amici* States are familiar with the conclusions drawn by medical authorities and advocacy organizations in the United States and across the globe. The proposed brief consolidates this information for the Court. Participation by *Amici* States would thus assist this Court with understanding the technical arguments in this important case. *Amici* States also include States within this Circuit.

4. On April 12, 2023, this Court *sua sponte* ordered this case and a similar case to be heard en banc.

5. This case is now scheduled for en banc oral argument during the Court's September 19-22, 2023 session.

6. Under Rule 29(a), States may submit amicus briefs as of right and without seeking consent of the parties, but the rule is ambiguous about whether this right applies when a court has granted hearing en banc.

7. In an abundance of caution because of this ambiguity, *Amici* States file this motion for leave and have sought consent of the parties. Defendants-Appellants consented. Plaintiffs-Appellees stated only that they oppose the amicus brief "to the extent that it is untimely under Federal Rule of Appellate Procedure 29(a)(6)," but they expressed no opposition to the extent this request is timely.

8. This request is timely. This Court's Local Rule 35(d) governs timeliness of an amicus brief filed after a *sua sponte* order to hear a case en banc. It provides that the Court may grant leave to file an amicus brief whenever "the Court agrees additional briefing is desirable." In contrast, Rule 29(a)(6) governs only the filing of an amicus brief "during a court's *initial* consideration of a case"—that is, before the Court orders hearing en banc. Rule 29(a)(1) (emphasis added). In any event, even if Rule

3

n
<017>

29(a)(6) governs, it allows the court to "grant leave for later filing" in the Court's discretion, so this request is timely even under Rule 29(a)(6). *Amici* States move to file this brief one month after this Court *sua sponte* ordered hearing en banc and 120 days before the end of the September argument session when this case is scheduled to be argued. Granting leave for the 21 States to file this amicus brief thus will not delay the Court's consideration of the merits or prejudice the parties.

### REQUEST FOR RELIEF

*Amici* States respectfully request an order granting leave to file the attached proposed amicus brief in support of Defendant-Appellants.

Dated: May 25, 2023

    Respectfully submitted,

ANDREW BAILEY
 ATTORNEY GENERAL

*s/ Joshua M. Divine*
Joshua M. Divine
 Solicitor General
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573) 751-8870
E-mail: josh.divine@ago.mo.gov
*Counsel for Amici States*

4

*Counsel for Additional Amici States*

Steve Marshall
Attorney General
State of Alabama

Treg Taylor
Attorney General
State of Alaska

Tim Griffin
Attorney General
State of Arkansas

Ashley Moody
Attorney General
State of Florida

Christopher M. Carr
Attorney General
State of Georgia

Theodore E. Rokita
Attorney General
State of  Indiana

Brenna Bird
Attorney General
State of Iowa

Kris W. Kobach
Attorney General
State of Kansas

Daniel Cameron
Attorney General
Commonwealth of Kentucky

Jeff Landry
Attorney General
State of Louisiana

Lynn Fitch
Attorney General
State of Mississippi

Austin Knudsen
Attorney General
State of Montana

Michael T. Hilgers
Attorney General
State of Nebraska

Drew H. Wrigley
Attorney General
State of North Dakota

Dave Yost
Attorney General
State of Ohio

Gentner Drummond
Attorney General
State of Oklahoma

Alan Wilson
Attorney General
State of South Carolina

Ken Paxton
Attorney General
State of Texas

5

| | |
|---|---|
| Sean D. Reyes<br>Attorney General<br>State of Utah | Jason S. Miyares<br>Attorney General<br>Commonwealth of Virginia |

6

## CERTIFICATE OF SERVICE

I, Joshua M. Divine, hereby certify that the foregoing motion has been filed with the Clerk of Court using the Court's electronic filing system, which sent notification of such filing to all counsel of record.

Dated: May 25, 2023

> *s/ Joshua M. Divine*
> Joshua M. Divine
> *Counsel for Amici States*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the exempted parts of the document, it contains 546 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface, including serifs, using Microsoft Word 2016, in Century Schoolbook 14-point font.

Dated: May 25, 2023

> *s/ Joshua M. Divine*
> Joshua M. Divine
> *Counsel for Amici States*