## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 6, 2023

_____

COPY FOLLOW-UP NOTICE

_____

No. 22-1927,   Christopher Fain v. William Crouch
              3:20-cv-00740

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 06/09/2023**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amici Brief | 16 | Missouri, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, Texas, Utah, and Virginia, |

/s/ PATRICIA S. CONNOR, CLERK