# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

| | |
|---|---|
| Case Number: 22-1927 | Date of Oral Argument: 09/21/23 |
| Caption: Christopher Fain v. William Crouch | |
| Attorney Arguing: Michael R. Williams | |

Arguing on Behalf of (party name):
State of West Virginia

Select party type:
☐ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☑ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Michael R. Williams (amicus BLO court)
Phone Number (day of argument): 207.233.6405

Principal Argument Time: 10
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Caleb David
Phone Number (day of argument):

Principal Argument Time:
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
Court permitting, amicus will argue first as noted above
Phone Number (day of argument):

Argument Time:

Select one of the following: ☑ Order allowing argument time
☐ Court-Appointed Amicus

Signature: /s/Michael R. Williams            Date: 7/19/2023

03/08/2022 SCC