## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

| |
|---|
| This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form. |
| Case Number: Date of Oral Argument: |
| Caption: |
| Attorney Arguing: |
| Arguing on Behalf of (party name): |
| Select party type: <br>   Appellant   Appellee   Appellant/Cross-Appellee   Appellee/Cross-Appellant   Amicus   Intervenor |
| Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case: |
| **Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form. <br>   →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time <br>   →15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases <br>   →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes) |
| First Attorney Arguing Per Side: <br>Phone Number (day of argument): <br><br>Principal Argument Time:                                    Rebuttal Argument Time (if any): <br>(for appellants and appellees)                               (appellants and cross-appellants only) |
| Any Second Attorney Sharing Arguing Time: <br>Phone Number (day of argument): <br><br>Principal Argument Time:                                    Rebuttal Argument Time (if any): <br>(for appellants and appellees)                               (appellants and cross-appellants only) |
| Any Counsel for Amicus Participating in Argument by Leave of Court: <br><br>Phone Number (day of argument): <br><br>Argument Time:                    Select one of the following:    Order allowing argument time <br>                                                                   Court-Appointed Amicus |
| Signature:                                                  Date: |

03/08/2022 SCC