No. 22-1927

In The

# United States Court of Appeals for the Fourth Circuit

───────────────────────────

CHRISTOPHER FAIN and SHAUNTAE ANDERSON, individually and on behalf of all others similarly situated,

*Plaintiffs-Appellees,*

v.

WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her official capacity as Commissioner of the West Virginia Bureau for Medical Services; and WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES,

*Defendants-Appellants.*

───────────────────────────

On Appeal from the U.S. District Court for the Southern District of West Virginia
No. 3:20-cv-00740

───────────────────────────

**MOTION TO WITHDRAW CARL S. CHARLES AS COUNSEL FOR PLAINTIFFS-APPELLEES**

───────────────────────────

Pursuant to Local Rule 46(c), the undersigned counsel respectfully moves for an order to withdraw Carl S. Charles as counsel for Plaintiffs-Appellees Christopher Fain and Shauntae Anderson in the above-captioned appeal. Mr. Charles is departing Lambda Legal Defense and Education Fund, Inc. on September 8, 2023. Tara L. Borelli and Nora Huppert of Lambda Legal Defense and Education Fund,

1

Inc.; Anna P. Prakash of Nichols Kaster, PLLP; and Walt Auvil of The Employment Law Center, PLLC remain as counsel of record for Plaintiffs.

Notice of Carl S. Charles' withdrawal was provided to Christopher Fain and Shauntae Anderson on August 29, 2023, and will be served via ECF upon all parties through their counsel of record.

Pursuant to Local Rule 27(a) counsel for Plaintiffs-Appellees has conferred with counsel for Defendants-Appellants who indicated their consent to Court's granting of the instant motion.

***

Dated: August 31, 2023

/s/ Carl S. Charles
Tara L. Borelli
Carl S. Charles
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 404-897-1880

Nora Huppert
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Phone: 312-663-4413

*Counsel for Plaintiffs-Appellees*

Respectfully submitted,

Anna P. Prakash
NICHOLS KASTER, PLLP
80 South 8th Street, Suite 4700
Minneapolis, MN 55402
Phone: 612-256-3200

Walt Auvil
THE EMPLOYMENT LAW CENTER, PLLC
1208 Market Street
Parkersburg, WV 26101
Phone: 304-485-3058

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I filed the foregoing document through the Court's CM/ECF system, which will serve an electronic copy on all registered counsel of record.

Dated:  August 31, 2023        /s/ Carl S. Charles
                               Carl S. Charles