

Tara L. Borelli, Senior Counsel
Email: tborelli@lambdalegal.org

February 1, 2024

The Honorable Nwamaka Anowi, Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re:    *Fain v. Crouch*, No. 22-1927

Dear Clerk Anowi:

Plaintiffs-Appellees write to inform the Court of a change in the Medicaid eligibility status of one of the Class Representatives in this matter, Christopher Fain.

As of February 1, 2024, Mr. Fain's income makes him ineligible for participation in the West Virginia's Medicaid Program. As a result, his individual claims in this action will be moot.

Mr. Fain's changed Medicaid status, however, does not moot the action. First, upon the district court granting certification under Federal Rule of Civil Procedure 23, the class in this case acquired independent legal status. *See Sosna v. Iowa*, 419 U.S. 393, 401-403 (1975); *Doe 4 v. Shenandoah Valley Juv. Ctr. Comm'n*, 985 F.3d 327, 332 n.5 (2021) (because of the certified class's separate legal status, "even if the claim of the named plaintiff becomes moot" a "live

controversy continues to exist"). Second, Mr. Fain remains adequate and typical given the nature of the claims and injunctive relief sought because "it is unlikely that segments of the class [Mr. Fain] represents would have interests conflicting with those [he] has sought to advance, and where the interests of that class have been competently urged at each level of the proceeding[.]" *Sosna*, 419 U.S. at 403. And finally, Plaintiff-Appellee Shauntae Anderson remains a Medicaid participant and Class Representative.

          Respectfully Submitted,

          Tara L. Borelli
          Senior Counsel

CC: All Counsel of Record, served via CM/ECF.