# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 29, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


      Re:  Bill Crouch, in His Official Capacity as Cabinet Secretary of the
           West Virginia Department of Health and Human Resources, et al.

v. Shauntae Anderson, Individually and on Behalf of All Others Similarly Situated
No. 24-90
(Your No. 22-1927)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 25, 2024 and placed on the docket July 29, 2024 as No. 24-90.



                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Emily Walker
                    Case Analyst