# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 30, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  William Crouch, in His Official Capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources, et al.
v. Shauntae Anderson, Individually and on Behalf of All Others Similarly Situated
No. 24-90
(Your No. 22-1927)

Dear Clerk:

      The Court today entered the following order in the above-entitled case:

      The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *United States* v. *Skrmetti*, 605 U. S. ___ (2025).

      The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk