**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2025

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

      **Re:  Crouch, Sec., WV DHHR, et al.**
          **v. Shauntae Anderson**
          **No. 24-90 (Your docket No. 22-1927)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                Sincerely,

                SCOTT S. HARRIS, Clerk

                By

                M. Altner
                Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 1, 2025

Mr. Michael Ray Williams, Esq.
Office of the West Virginia Attorney General
State Capitol Complex, Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

Ms. Tara L. Borelli, Esq.
Lambda Legal Defense
    and Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030

      Re:   **Crouch, Sec., WV DHHR, et al.**
            **v. Shauntae Anderson**
            **No. 24-90**

Dear Counsel:

      Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

      The petitioners are given recovery of costs in this Court as follows:

          **Clerk's costs:**          **$300.00**

      This amount may be recovered from the respondent.

               Sincerely,

               SCOTT S. HARRIS, Clerk

               By

               M. Altner
               Assistant Clerk – Judgments

cc:  Clerk, 4th Cir.
      (Your docket No. 22-1927)

# Supreme Court of the United States

No. 24–90

**WILLIAM CROUCH, IN HIS OFFICIAL CAPACITY AS CABINET SECRETARY OF THE WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, ET AL.,**

Petitioners

*v.*

**SHAUNTAE ANDERSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for a writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *United States* v. *Skrmetti*, 605 U. S. ___ (2025).

**IT IS FURTHER ORDERED** that the petitioners, William Crouch, in His Official Capacity as Cabinet Secretary of the West Virginia Department of Health and Human Resources, et al., recover from Shauntae Anderson, Individually and on Behalf of All Others Similarly Situated, Three Hundred Dollars ($300.00) for costs herein expended.

June 30, 2025

**Clerk's costs:**          **$300.00**

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States