# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 26, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 22-1927,    <u>Shauntae Anderson v. William Crouch</u>
                3:20-cv-00740

TO:    Illinois
       Commonwealth of Virginia
       Cynthia Beane
       Endocrine Society
       New Jersey
       Rhode Island
       Delaware
       State of Indiana
       State of Georgia
       District of Columbia
       State of South Carolina
       State of Utah
       Massachusetts
       Fairness West Virginia
       Mountain State Justice, Inc.
       Carlos A. Ball
       State of Florida
       Center for Medicare Advocacy
       Shauntae Anderson
       State of West Virginia
       State of Alaska
       State of Montana
       State of Iowa
       David B. Cruz
       New Mexico
       National Association of Nurse Practitioners in Women's Health
       William Crouch

State of Alabama
State of Oklahoma
Erwin Chemerinsky
New York
Naomi Schoenbaum
Vermont
State of Kansas
State of Ohio
Brian Soucek
Maryland
Deborah Dinner
Ezra Young
American Medical Association
Maine
State of Texas
Washington
State of North Dakota
State of Arkansas
Kevin M. Barry
West Virginia Department of Health and Human Resources
American Psychiatric Association
Commonwealth of Kentucky
Constitutional Law Professors
Courtney G. Joslin
State of Louisiana
State of Mississippi
State of Missouri
Colorado
Nevada
State of Nebraska
Minnesota
Society of Ob/Gyn Hospitalists
Courtney Cahill
Oregon
National Health Law Program
Katie Eyer

RESPONSE DUE: 10/01/2025

Response is required to the notice requesting information regarding similar cases on or before 10/01/2025. Please use the following form to submit response:

**Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

R. Sewell, Deputy Clerk
804-916-2702