# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: Shauntae Anderson v. William Crouch, No. 22-1927

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> West Virginia v. B.P.J., No. 24-43 and Little v. Hecox, No. 24-38 (U.S. Supreme Court), challenge bans on transgender girls' participation in athletics under the Equal Protection Clause, and in B.P.J., under Title IX.
>
> PFLAG, Inc. v. Donald Trump, No. 25-1279 (4th Cir.) challenges executive orders involving healthcare for transgender people under the Equal Protection Clause and Section 1557 of the Affordable Care Act.

Signature: /s/ Tara Borelli     Counsel for: Plaintiff-Appellee Anderson

Date: Sept. 29, 2025

**File using event: RESPONSE/ANSWER (to Similar Case notice)**