UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 22-1927 - Shauntae Anderson v. William Crouch

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> West Virginia v. B.P.J., No. 24-43 (S. Ct.): considering whether Title IX prevents a State from consistently designating girls' and boys' sports teams based on biological sex determined at birth.
>
> PFLAG, Inc. v. Trump, No. 25-1279 (4th Cir.): considering whether executive orders involving gender ideology and funding for institutions that provide sex reassignment services violate the Equal Protection Clause and Section 1557 of the Affordable Care Act.

Signature: /s/ Michael R. Williams     Counsel for: State of West Virginia

Date: 10/2/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)