UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 22-1927 - Shauntae Anderson v. William Crouch

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

West Virginia v. B.P.J., 24-43, and Little v. Hecox, 24-38 (S. Ct.) (whether Title IX and the Equal Protection Clause prevent a State from assigning sports teams based on biological sex); PFLAG, Inc. v. Trump, 25-1279 (4th Cir.) (whether executive orders suspending funding for sex reassignment procedures violate the Equal Protection Clause and Section 1557 of the Affordable Care Act). (NOTE: Submitted on behalf of Amici States who joined Missouri's Amicus Brief, see DE 89)

Signature: William J. Seidleck          Counsel for: Amici Curiae Missouri et al.

Date: Oct. 3, 2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)