Filed: October 10, 2025

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## ORAL ARGUMENT NOTIFICATION

**ORAL ARGUMENT NOTIFICATION**

Please take notice that this case has been scheduled for oral argument as set forth below.

**CASE**

 No.  22-1927,   **Shauntae Anderson v. William Crouch**
3:20-cv-00740

**PLACE**

Lewis F. Powell, Jr., United States Courthouse
1000 East Main Street
Richmond, Virginia 23219

**ENTRANCE & CHECK-IN**

Enter at 1000 East Main St. and check-in at Room 102 (Clerk's Office)
The entrance opens at 7:30 AM during court week.

**DATE**

**12/09/2025**

**SESSION STARTING TIME**

**9:30 a.m.**

**CHECK-IN TIME**

**At least one hour before the first scheduled argument of the day.**

**ORAL ARGUMENT ACKNOWLEDGMENT FORM TO BE FILED WITHIN 7 DAYS**

Arguing counsel must file the **ORAL ARGUMENT ACKNOWLEDGMENT FORM** within 7 calendar days of service of this notification. (Click link to access form. ECF Event: **Oral Argument Acknowledgement**.)

**COURTHOUSE INFORMATION**

- Picture ID is required.
- No food, water, other beverages, or potential weapons allowed.
- Electronic devices permitted for counsel and their staff. Devices must be turned off in the courtroom, unless being used by counsel (in silent mode) during presentation of argument.
- For hearing assistance or other access accommodations, call 804-916-2714 in advance of argument date.
- Directions, hotel, and parking information are available at **www.ca4.uscourts.gov/oral-argument/visiting-the-court** .

**CJA CASES**

CJA attorneys traveling by plane or train must submit a **CJA Authorization Request - Travel form**. Counsel bases their estimated airfare on the **GSA City-Pair Program Airfares**.

(refer toYCA). Once the court has approved the Travel Voucher through CJA eVoucher, counsel should call the National Travel Service at 800-445-0668 to obtain government-rate plane or train reservations.

**ARGUMENT TIME**    Each side is normally allowed 20 minutes; if more than one attorney is arguing per side, they must agree on how the time is to be divided. In en banc cases, each side receives 30 minutes. Appellants & cross-appellants may reserve up to 1/3 of the time for rebuttal.

**IDENTITY OF PANEL & ORDER OF CASES**    The identity of the panel hearing a case is not disclosed until the morning of argument. The order of cases is subject to change until the morning of argument and is announced in the courtroom.

**MOTIONS TO SEAL**    Any motion to seal the courtroom for oral argument must be filed at least 5 days prior to argument and state whether opposing counsel consents to the motion.