# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 22-1927    Date of Oral Argument: 12/09/25

Caption: Shauntae Anderson v. William Crouch

Attorney Arguing: Caleb B. David

Arguing on Behalf of (party name):
William Crouch, Cynthia Beane, West Virginia Bureau for Medical Services

Select party type:
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
 →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
 →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Caleb B. David
Phone Number (day of argument): (724) 992-8508

Principal Argument Time: 17    Rebuttal Argument Time (if any): 3
(for appellants and appellees)    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:    Rebuttal Argument Time (if any):
(for appellants and appellees)    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:    Select one of the following:  ☐ Order allowing argument time
                                                 ☐ Court-Appointed Amicus

Signature: /s/ Caleb B. David    Date: 10/14/25