**FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT**

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

| | |
|---|---|
| Case Number: 22-1927 | Date of Oral Argument: 12/09/25 |
| Caption: Shauntae Anderson v. William Crouch | |
| Attorney Arguing: Omar Gonzalez-Pagan | |

Arguing on Behalf of (party name):
Shauntae Anderson, individually and on behalf of all others similarly situated

Select party type:
☐ Appellant   ☒ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Omar Gonzalez-Pagan
Phone Number (day of argument): (617) 686-3464

Principal Argument Time: 20
(for appellants and appellees)

Rebuttal Argument Time (if any): 
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: 
Phone Number (day of argument): 

Principal Argument Time: 
(for appellants and appellees)

Rebuttal Argument Time (if any): 
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument): 

Argument Time:    Select one of the following:  ☐ Order allowing argument time
                                                 ☐ Court-Appointed Amicus

Signature: /s/ Omar Gonzalez-Pagan      Date: 10/15/25

12/01/2024 NA