No. 22-1927

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

CHRISTOPHER FAIN; SHAUNTAE ANDERSON, *INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*,

*Plaintiffs-Appellees*,

v.

WILLIAM CROUCH, IN HIS OFFICIAL CAPACITY AS CABINET
SECRETARY OF THE WEST VIRGINIA DEPARTMENT OF HEALTH
AND HUMAN RESOURCES; CYNTHIA BEANE, IN HER OFFICIAL
CAPACITY AS COMMISSIONER FOR THE WEST VIRGINIA
BUREAU FOR MEDICAL SERVICES; WEST VIRGINIA
DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU
FOR MEDICAL SERVICES,

*Defendants-Appellants.*

_____

**MOTION TO WITHDRAW ALICIA PENN-TAYLOR AND JAH
AKANDE AS COUNSEL FOR AMICI FAIRNESS WEST
VIRGINIA AND MOUNTAIN STATE JUSTICE, INC.**

_____

Evan X. Tucker
MᴄGᴜɪʀᴇWᴏᴏᴅs LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1067
etucker@mcguirewoods.com

*Counsel for Amici Fairness West
Virginia and Mountain State
Justice, Inc.*

Pursuant to Local Rule 46(c), Evan Tucker respectfully requests leave to withdraw the appearance of Alicia Penn-Taylor and Jah Akande as counsel for Amici Fairness West Virginia and Mountain State Justice, Inc.  As grounds, Mr. Tucker states that Alicia Penn-Taylor and Jah Akande are no longer under the employ of McGuireWoods LLP.  Amici Fairness West Virginia and Mountain State Justice, Inc. were given notice of the departure of Alicia Penn-Taylor and Jah Akande from McGuireWoods LLP, and Evan Tucker of McGuireWoods LLP will continue to represent Amici.  The undersigned conferred with counsel for Plaintiffs-Appellees and Defendants-Appellants, both of whom consented to granting this motion.

Dated:  December 5, 2025

Respectfully submitted,

*/s/ Evan X. Tucker*
Evan X. Tucker
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA  23219
(804) 775-1407
etucker@mcguirewoods.com

*Counsel for Amici Fairness West Virginia and Mountain State Justice, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I caused a true and correct copy of this document to be electronically filed through the Court's CM/ECF system, which will send a notice of filing to all registered users.

Dated: December 5, 2025

*/s/ Evan X. Tucker*
Evan X. Tucker
*Counsel for Amici Fairness West Virginia and Mountain State Justice, Inc.*