# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 25, 2026

_____

RESPONSE REQUESTED

_____

No.   22-1927,        Shauntae Anderson v. William Crouch
                      3:20-cv-00740

TO:    William Crouch, West Virginia Department of Health and Human
       Resources, Cynthia Beane

RESPONSE DUE: **April 6, 2026**

Please respond to the petition for rehearing en banc on or before April 6, 2026. The response may not exceed 3900 words.

R. Sewell, Deputy Clerk
804-916-2702