FILED: June 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1927
(3:20-cv-00740)

_____

SHAUNTAE ANDERSON, individually and on behalf of all others similarly
situated

        Plaintiff - Appellee

v.

WILLIAM CROUCH, in his official capacity as Cabinet Secretary of the West
Virginia Department of Health and Human Resources; CYNTHIA BEANE, in her
official capacity as Commissioner for the West Virginia Bureau for Medical
Services; WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN
RESOURCES, Bureau for Medical Services

        Defendants - Appellants

------------------------------

STATE OF WEST VIRGINIA; COMMONWEALTH OF KENTUCKY;
COMMONWEALTH OF VIRGINIA; STATE OF ALABAMA; STATE OF
ALASKA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF
GEORGIA; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS;
STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI;
STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH
DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH
CAROLINA; STATE OF TEXAS; STATE OF UTAH

        Amicus Supporting Appellants

COLORADO; DELAWARE; DISTRICT OF COLUMBIA; FAIRNESS WEST
VIRGINIA; MOUNTAIN STATE JUSTICE, INC.; NATIONAL HEALTH LAW

PROGRAM; CENTER FOR MEDICARE ADVOCACY; CONSTITUTIONAL LAW PROFESSORS; AMERICAN MEDICAL ASSOCIATION; ENDOCRINE SOCIETY; NATIONAL ASSOCIATION OF NURSE PRACTITIONERS IN WOMEN'S HEALTH; AMERICAN PSYCHIATRIC ASSOCIATION; SOCIETY OF OB/GYN HOSPITALISTS; ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MINNESOTA; NEVADA; NEW JERSEY; NEW MEXICO; NEW YORK; OREGON; RHODE ISLAND; VERMONT; WASHINGTON

       Amici Supporting Appellees

————————————

O R D E R

————————————

Costs for these proceedings are taxed and certified in the amount of $9193.00, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk